**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>　　　Defendants. | NO. 3:20CV00738 (JAM) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH L. MANSON III

Plaintiff, Universitas Education, LLC ("Universitas"), by the undersigned counsel, moves this Court for the admission *pro hac vice* of Joseph L. Manson III for purposes of representing it as counsel in this matter.

This motion is made pursuant to Rule 83.1(d), D. Conn. L. Civ R., by the undersigned member of the bar of this Court, and is supported by the attached Affidavit of Joseph L. Manson III.

In addition, as required by Local Rule 83.1(d)(3), a payment of $75 has been paid to the Clerk of this Court in connection with this motion.

WHEREFORE, Universitas, through the undersigned counsel and pursuant to Local Rule 83.1(d), requests that the Court enter an order admitting Joseph L. Manson III as counsel for

Universitas in the above-captioned matter.

Dated: New Haven, CT
May 29, 2020

/s/Michael G. Caldwell
Ilan Markus (ct26345)
Michael G. Caldwell (ct26561)
Barclay Damon, LLP
545 Long Wharf Drive
New Haven, CT 06511
Tel. (203) 672-2665
Fax (203) 654-3271
Em. mcaldwell@barclaydamon.com

*Attorneys for Plaintiff Universitas Education, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ ct 26561
Michael G. Caldwell