UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>    Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>    Defendants. | CIVIL ACTION NO. _____ |

### AFFIDAVIT OF JOSEPH L. MANSON III

Joseph L. Manson III, Esquire having been duly sworn, hereby states the following in support of the Motion of Ilan Markus for my Admission Pro Hac Vice:

1. I am an attorney at law licensed in the District of Columbia and other jurisdictions as set forth below. My primary office address and contact information is:

> Joseph L. Manson III
> Law Offices of Joseph L. Manson III
> 600 Cameron St.
> Alexandria, VA 22314
> Telephone: 202-674-1450
> Facisimile: 703 340-1642
> Email: jmanson@jmansonlaw.com

2. I am a member in good standing of the bar of the following courts. I have never been a member of the bar of any other court.

District of Columbia Court of Appeals – I.D. # 206102
Supreme Court of Virginia – I.D. # 86664
United States Court of Appeals for the Third Circuit
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Fifth Circuit
United States Court of Appeals for the Ninth Circuit
United States Court of Appeals for the Eleventh Circuit
United States Supreme Court

3.  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

4.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.  I hereby designate Ilan Markus as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Dated: May 28, 2020
Alexandria, VA

_____
Joseph L. Manson III

Sworn to me on this 28 day
of May, 2020.

_____
Notary Public