# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>    Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS,<br><br>    Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br><br><br><br>JUNE 1, 2020 |

## **APPLICATION FOR *EX PARTE* PREJUDGMENT REMEDY**

To the United States District Court for the District Court of Connecticut.

The undersigned represents:

1.    That the plaintiff, Universitas Education, LLC ("Universitas"), has commenced an action against the defendants, Benistar, Benistar Admin Services, Inc., TPG Group, Inc., Grist Mill Partners, LLC, Moonstone Partners, LLC, Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Donald Trudeau, Molly Carpenter, Jane Doe Entities Under Control of Molly Carpenter and/or Donald Trudeau, and Jane Doe Entities Under Control of Judgment Debtors, pursuant to the Complaint filed with this Court on May 28, 2020.

2.    That, in support of this Application, Universitas is submitting the Affidavit of

1

Sharon Seibert (the "Siebert Affidavit"), a copy of which is attached hereto as Exhibit A.

3. That the Siebert Affidavit states that, as of August 12, 2014, the Defendants' affiliate Daniel Carpenter is indebted to Universitas for approximately $26 million.

4. That, in support of this Application, Universitas is submitting the Affidavit of Benjamin Chernow, a copy of which is attached hereto as Exhibit B.

5. As an initial measure, Universitas seeks to secure its likely judgment against Defendants by attaching Connecticut real property known to be owned by Defendants. Specifically, Defendant Molly Carpenter owns property in Simsbury, Connecticut with an appraised value of $430,780. (*See* Exhibit 32, attached herewith.) Additionally, Defendant Grist Mill Partners, LLC owns property in Simsbury, Connecticut with an appraised value of $2.4 million. (*See* Exhibit 33, attached herewith.)

6. That there is a reasonable likelihood that Defendants have fraudulently disposed of property with the intent to hinder, delay, or otherwise defraud Universitas, are about to fraudulently dispose of property with the intent to hinder, delay, or otherwise defraud Universitas, and/or have fraudulently hidden or withheld money, property, or effects which should be liable to the satisfaction of their debts.

7. That there is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the applicant and that to secure the judgment the applicant seeks an order from this court directing that the following prejudgment remedy be granted to secure the sum of $26 million:

    a. To attach or garnish sufficient property of the Defendants to secure such

sum, including the properties in Simsbury, Connecticut, as are identified by Defendants in their response to Universitas' Motion for Prejudgment Disclosure of Property.

        b.      Such other type of prejudgment remedy as this Court deems appropriate.

8. Accordingly, Universitas respectfully requests that the Court grant its application and issue an Order in a form similar to the proposed order attached hereto as Exhibit C.

9. Attached hereto as Exhibit 1 is a redacted copy of the award from the arbitration underlying Universitas' judgment.

10. Attached hereto as Exhibit 2 is a decision issued by the Massachusetts superior court on September 23, 2003 concerning certain Defendants and their affiliate Daniel Carpenter.

11. Attached hereto as Exhibit 3 is a decision issued by the Massachusetts superior court on June 26, 2008 concerning certain Defendants and their affiliate Daniel Carpenter.

12. Attached hereto as Exhibit 4 is the Entry of Final Judgment in an unrelated litigation involving certain Defendants and their affiliate Daniel Carpenter.

13. Attached hereto as Exhibit 5 is a copy of portions of the deposition of Peter Goldman, in his capacity as the Rule 30(b)(6) representative of Nova Group, Inc. and the Charter Oak Trust, taken on July 26, 2013.

14. Attached hereto as Exhibit 6 is a copy of the Government's Sentencing Memorandum from the criminal prosecution of Daniel Carpenter in the District of Massachusetts.

15. Attached hereto as Exhibit 7 is a copy of the Government's brief in opposition to Daniel Carpenter's request to travel internationally. The brief was filed in the criminal

prosecution of Daniel Carpenter in the District of Massachusetts.

16. Attached hereto as Exhibit 8 is a copy of portions of the deposition of Daniel Carpenter taken on April 17, 2013.

17. Attached hereto as Exhibit 9 is a copy of portions of the deposition of Daniel Carpenter taken on April 13, 2016.

18. Attached hereto as Exhibit 10 is a redacted copy of an Inventory Listing depicting bank accounts controlled by certain Defendants and their affiliate Daniel Carpenter.

19. Attached hereto as Exhibit 11 is email correspondence involving Daniel Carpenter.

20. Attached hereto as Exhibit 12 is email correspondence involving Daniel Carpenter.

21. Attached hereto as Exhibit 13 is a redacted copy of an account statement for an account belonging to Judgment Debtor Grist Mill Holdings, LLC.

22. Attached hereto as Exhibit 14 is email correspondence involving Daniel Carpenter.

23. Attached hereto as Exhibit 15 is a copy of portions of the deposition of Daniel Carpenter taken on April 6, 2011.

24. Attached hereto as Exhibit 16 is a copy of portions of the deposition of Molly Carpenter taken on July 19, 2011.

25. Attached hereto as Exhibit 17 is a court order issued by the Southern District of New York concerning certain Defendants and their affiliate Daniel Carpenter.

26. Attached hereto as Exhibit 18 is a redacted copy of two checks from Defendant Moonstone Partners, LLC.

27. Attached hereto as Exhibit 19 is a redacted copy of various checks, deposit slips, and other banking records depicting payment from Judgment Debtor Carpenter Financial Group to Defendant Molly Carpenter.

28. Attached hereto as Exhibit 20 is a copy of portions of the sentencing proceeding in the criminal prosecution of Daniel Carpenter in the District of Massachusetts.

29. Attached hereto as Exhibit 21 is the declaration of Daniel Carpenter executed on October 2, 2017.

30. Attached hereto as Exhibit 22 is the affidavit of Edward Weasche executed on January 14, 2016.

31. Attached hereto as Exhibit 23 is a letter to the court filed with the Southern District of New York, along with Exhibit B attached to the letter.

32. Attached hereto as Exhibit 24 is a copy of portions of testimony from Defendant Donald Trudeau given in an arbitration proceeding involving Judgment Debtor Avon Capital, LLC.

33. Attached hereto as Exhibit 25 is a court order from the District of Massachusetts concerning certain Defendants and their affiliate Daniel Carpenter.

34. Attached hereto as Exhibit 26 is email correspondence involving Daniel Carpenter.

35. Attached hereto as Exhibit 27 is a Settlement Agreement and Release involving certain Judgment Debtors.

36. Attached hereto as Exhibit 28 is the declaration of Michael Barnett executed on October 9, 2013.

37. Attached hereto as Exhibit 29 is a check from Penn Mutual Life Insurance Co.

to Judgment Debtor Grist Mill Capital, LLC.

38. Attached hereto as Exhibit 30 are documents illustrating certain transactions concerning property belonging to Daniel Carpenter.

39. Attached hereto as Exhibit 31 is a decision issued by the Massachusetts superior court concerning certain Defendants and their affiliate Daniel Carpenter.

40. Attached hereto as Exhibit 32 is a Property Summary from the Simsbury, Connecticut Assessor's office concerning real property in Connecticut.

41. Attached hereto as Exhibit 33 is a Property Summary from the Simsbury, Connecticut Assessor's office concerning real property in Connecticut.

42. Attached hereto as Exhibit 34 is email correspondence involving Daniel Carpenter.

43. Attached hereto as Exhibit 35 are redacted documents concerning bank accounts belonging to Defendant Grist Mill Partners, LLC.

44. Attached hereto as Exhibit 36 are interrogatory responses from Daniel Carpenter filed on September 1, 2017.

45. Attached hereto as Exhibit 37 is an application submitted to the Connecticut Secretary of State by Defendant Benistar Admin Services, Inc.

46. Attached hereto as Exhibit 38 is a redacted letter from Jack Robinson concerning various bank accounts with Christiana Corporate Services, Inc.

47. Attached hereto as Exhibit 39 is a redacted document concerning a bank account belonging to Judgment Debtor Nova Group, Inc.

48. Attached hereto as Exhibit 40 is a redacted document concerning a bank account belonging to Judgment Debtor Carpenter Financial Group.

49. Attached hereto as Exhibit 41 is a redacted document concerning a bank account belonging to Defendant Moonstone Partners, LLC.

50. Attached hereto as Exhibit 42 is a redacted document concerning a bank account belonging to Defendant TPG Group, Inc.

51. Attached hereto as Exhibit 43 is a redacted check from Judgment Debtor Grist Mill Trust.

52. Attached hereto as Exhibit 44 is a redacted document concerning a bank account belonging to Judgment Debtor Grist Mill Holdings, LLC.

53. Attached hereto as Exhibit 45 is the result of a search for Defendant Grist Mill Partners, LLC on the Delaware Department of State website.

54. Attached hereto as Exhibit 46 is the Operating Agreement for Defendant Moonstone Partners, LLC.

55. Attached hereto as Exhibit 47 is a redacted portion of Defendant Grist Mill Partners, LLC's state tax returns for 2013.

For all the foregoing reasons, Plaintiff Universitas Education, LLC respectfully requests that the Court grant the prejudgment remedy requested *ex parte*.

Dated:  New Haven, CT
June 1, 2020

PLAINTIFF UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell            /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, L.P.
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2658
Fax (203) 654-3265
IMarkus@barclaydamon.com

*Pro Hac Motion to Be Filed:*
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Em. jmanson@jmansonlaw.com

*Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/  ct26561
Michael G. Caldwell