# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>  Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>  Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br>JUNE 1, 2020 |

### [Proposed] ORDER FOR PREJUDGMENT REMEDIES

WHEREAS, the plaintiff in the above-captioned action has made application for a prejudgment remedy to attach the real and personal property of the defendants, as more particularly described in the application;

WHEREAS, the application sought an *ex parte* prejudgment remedy without hearing, and upon an examination of the application, the exhibits thereto, and the pleadings and matters herein, it is found that there is a reasonable likelihood that Defendants may engage in the actions set forth in Conn. Gen. Stat. § 52-278e(a);

WHEREAS, from an examination of the application, the exhibits thereto, and the pleadings and matters herein, it is found that there is probable cause to sustain the validity of the plaintiff's claims and the application should be GRANTED.

NOW THEREFORE, it is hereby ORDERED that the plaintiffs may attach, to the value of _____ Dollars ($_____), such real property of the defendants identified by compliance with the plaintiff's Motion to Commence Discovery and Disclose Assets, or otherwise, including without limitation, certain real property in Simsbury, Connecticut identified in the plaintiff's application for prejudgment remedy; and

It is further ORDERED that plaintiffs may attach, to the value of _____ Dollars ($_____), such personal property of the defendants as may be identified by compliance with the plaintiff's Motion to Commence Discovery and Disclose Assets, or otherwise.

Dated at _____ this _____ day of 2020.

_____
United States District Judge