# EXHIBIT 41

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| REGION: | TD Banknorth CT Mid-Atl | | DATE OPENED: | 05/22/2009 |
|---|---|---|---|---|

ACCOUNT #: ▮5455    TYPE OF ACCOUNT: IM    Business Convenience Checking

TAX ID #: ▮5026    TYPE CODE: 720    CATEGORY: Non-Personal Checking

BRANCH #: 507    BANK REPRESENTATIVE: Dawn Foster

---

**Account Officer Information** (Complete *only* if an officer will be assigned to this account)

Officer Number: 067    Officer Name: ___    Telephone: ___

---

**BUSINESS NAME/ADDRESS:**    TIN:

MOONSTONE PARTNERS LLC    ▮5026    BUSINESS PHONE: (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY, CT    USA    06070

---

eFunds Verification: ___    If Existing Customer, Enter the RM Number: ▮▮▮ ⁰

Account Relationship: Corporation or LLC-2 Signers

---

**Additional Account Verification:**

☒ Business/Entity Documentation: Certified Formation Docs & Resolution/Consent

☐ Previous Bank: Bank of America    ☐ Visual Inspection of Business
               (Enter Name of Previous Bank)

---

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X *Daniel E Carpenter*    DANIEL E CARPENTER    ▮4417
Signature    Print Name    Date of Birth    SSN    eFunds Verification
Date Signed: 5/22/09    If Existing Personal Customer, Enter the RM Number: ___

X *Molly Carpender*    MOLLY D CARPENTER    ▮7784
Signature    Print Name    Date of Birth    SSN    eFunds Verification
Date Signed: 05/22/09    If Existing Personal Customer, Enter the RM Number: ___

X ___
Signature    Print Name    Date of Birth    SSN    eFunds Verification
Date Signed: ___    If Existing Personal Customer, Enter the RM Number: ___

X ___
Signature    Print Name    Date of Birth    SSN    eFunds Verification
Date Signed: ___    If Existing Personal Customer, Enter the RM Number: ___

---

| For Deposit Operations Use Only | |
|---|---|
| SIC: ___ | Entered By: ___ |

Rev. 11/2008

# EXHIBIT 42

**TD Banknorth**

## NEW NON-PERSONAL ACCOUNT

**DATE OPENED:** 07/28/2009

**REGION:** TD Banknorth CT Mid-Atl

**ACCOUNT #:** ████8110       **TYPE OF ACCOUNT:** IM   Business Convenience Checking

**TAX ID #:** 061432630       **TYPE CODE:** 720       **CATEGORY:** Non-Personal Checking

**BRANCH #:** 507       **BANK REPRESENTATIVE:** Dawn Foster

**Account Officer Information** (Complete only if an officer will be assigned to this account)

**Officer Number:** 067       **Officer Name:**       **Telephone:**

**BUSINESS NAME/ADDRESS:**       **TIN:**

TPG GROUP INC       ████2630       **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY, CT       USA       06070

**eFunds Verification:** Verified       **If Existing Customer, Enter the RM Number:** C0000018857608

**Account Relationship:** Corporation or LLC-2 Signers

**Additional Account Verification:**

☒ Business/Entity Documentation:   State Website Report & Resolution/Consent

☐ Previous Bank:       ☐ Visual Inspection of Business

(Enter Name of Previous Bank)

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _Molly Carpenter_       **MOLLY D CARPENTER**       ████1957   ████7784
Signature                                                      Date of Birth    SSN    eFunds Verification
Date Signed:                    Print Name             If Existing Personal Customer, Enter the RM Number: ████████

X _Jason Concatelli_ 8/4/09       **JASON J CONCATELLI**       ████1950   ████4214
Signature                                                      Date of Birth    SSN    eFunds Verification
Date Signed:                    Print Name             If Existing Personal Customer, Enter the RM Number: ████████2416

X _____       _____       Date of Birth    SSN    eFunds Verification
Signature                    Print Name             If Existing Personal Customer, Enter the RM Number:
Date Signed:

X _____       _____       Date of Birth    SSN    eFunds Verification
Signature                    Print Name             If Existing Personal Customer, Enter the RM Number:
Date Signed:

**SIC:**       **Entered By:**

Rev. 11/2008

**GOVERNMENT EXHIBIT 1803**

3:13CR226(RNC)

TD BANK NORTH_005133

GOVT_000333

# EXHIBIT 43

**GMT SPECIAL ACCOUNT**
GRIST MILL PLAZA
100 GRIST MILL ROAD
SIMSBURY, CT 06070
(860) 408-7000

PEOPLE'S UNITED BANK
51-7218-2211

1010

DATE
Jul 1, 2010

AMOUNT
***************$30,402.34

Thirty Thousand Four Hundred Two and 34/100 Dollars

$

PAY
TO THE
ORDER
OF:

HALLORAN & SAGE, LLP
ONE GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CT 06103-4303

*Daniel E Carpenter*
AUTHORIZED SIGNATURE

UNIV# 10050209

⑈"0010 10"⑈ ⑈:2 2 1 1 7 2 1 8 6 ⑈:  ▮▮▮▮▮▮▮ 3 2 9 1 ⑈"

Pocket:0 Pattern:24 Account:▮▮▮▮3291 Serial:1010 Amount:$30,402.34 Sequence:6146789818 TR:221172186 BOFD TR:-
TranCode:0 CUID:1615 Date:09/01/2010 PostAcct:▮▮▮▮3291

PAY TO THE ORDER OF HALLORAN SAGE 09/01/2010 14:25:49 11B

For Deposit Only
HALLORAN SAGE LLP
8975108
Webster Bank
211170101
—Deposit Link Deposit—

COT_PEOPLES0000214

UNIV_AAA 00068158

# EXHIBIT 44

(Page 1 of 1)

**TD Banknorth**                                          NEW NON-PERSONAL ACCOUNT

| | | | |
|---|---|---|---|
| **REGION:** | TD Banknorth CT Mid-Atl | **DATE OPENED:** | 05/20/2009 |
| **ACCOUNT #:** | ▮7138 | **TYPE OF ACCOUNT:** IM | Business Convenience Checking |
| **TAX ID #:** | ▮8307 | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** | 507 | **BANK REPRESENTATIVE:** | Carolyn M Starr |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

Officer Number: _____   Officer Name: _____   Telephone: _____

**BUSINESS NAME/ADDRESS:**                TIN:

GRIST MILL HOLDINGS  LLC                ▮8307      **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY , CT          USA          08070

eFunds Verification: _____   If Existing Customer, Enter the RM Number: ▮▮▮

Account Relationship:  Corporation or LLC-2 Signers

**Additional Account Verification:**

[X] Business/Entity Documentation:   Certified Formation Docs & Resolution/Consent

[ ] Previous Bank: _____   [ ] Visual Inspection of Business
     (Enter Name of Previous Bank)

---

**IMPORTANT INFORMATION**

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens.  Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because:  (a) I am exempt from backup withholding, or  (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions.  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return and for any other reason.  For real estate transactions, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

X  _Daniel E Carpenter_          DANIEL E CARPENTER        ▮1954    ▮4417    eFunds Verification
   Signature                    Print Name                 Date of Birth    SSN
   Date Signed:  5-21-09                                    If Existing Personal Customer, Enter the RM Number: _____

X  _Amanda R_                    AMANDA ROSSI              ▮1980    ▮1423    eFunds Verification
   Signature                    Print Name                 Date of Birth    SSN
   Date Signed:  6/2/09                                     If Existing Personal Customer, Enter the RM Number: _____

X  _____              _____           _____    _____    eFunds Verification
   Signature                    Print Name                 Date of Birth    SSN
   Date Signed:  _____                                    If Existing Personal Customer, Enter the RM Number: _____

X  _____              _____           _____    _____    eFunds Verification
   Signature                    Print Name                 Date of Birth    SSN
   Date Signed:  _____                                    If Existing Personal Customer, Enter the RM Number: _____

---

**For Deposit Operations Use Only**

SIC: _____          Entered By: _____

Rev. 11/2006

TD - Universitas  0091

# EXHIBIT 45

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies



*State of* **Delaware**

*The Official Website of the First State*

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **3552861** | Incorporation Date / Formation Date: | **7/30/2002** (mm/dd/yyyy) |
| Entity Name: | **GRIST MILL PARTNERS, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **THE COMPANY CORPORATION** |
| Address: | **251 LITTLE FALLS DRIVE** |
| City: | **WILMINGTON** |
| State: | **DE** |
| Phone: | **302-636-5440** |

| | |
|---|---|
| County: | **New Castle** |
| Postal Code: | **19808** |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

# EXHIBIT
# 46

# LIMITED LIABILITY COMPANY OPERATING AGREEMENT

## FOR

# MOONSTONE PARNTERS, LLC
## (A Manager-Managed Limited Liability Company)

THIS LIMITED LIABILITY COMPANY AGREEMENT ("Agreement") of and for **MOONSTONE PARTNERS, LLC**, a Delaware limited liability company (the "Company"), is made and entered into this 20th day of April, 2009 by and between:

| Name | Address | Capital Interest |
|------|---------|-----------------|
| a. Caroline Financial Group, Inc. | 100 Grist Mill Road Simsbury, CT 06070 | 1% |
| b. Molly Carpenter | 100 Grist Mill Road Simsbury, CT 06070 | 99% |

and each natural person and/or entity subsequently admitted to the Company. These natural persons and/or entities shall be known as and referred to herein collectively as "Members" and individually as a "Member."

The Members have formed the Company under the laws of the State of Delaware. Accordingly, in consideration of the conditions contained herein, the Members agree as follows:

1.      Formation. The Members formed the Company pursuant to the Delaware Limited Liability Company Act, as amended (the "Act"). A certificate of formation has been filed with the Delaware Secretary of State on April 20, 2009.

2.      Name. The name of the Company shall be **MOONSTONE PARTNERS, LLC**.

3.      Registered Office and Agent. The identity of the Company's registered agent and location of its registered office in Delaware shall be:

> Benistar Employer Services Trust Corporation
> 1000 North West Street
> Suite 1200
> Wilmington, DE 19801

1

4.     Business Purpose. The purpose of the Company is to engage in any lawful act or activity for which a Limited Liability Company may be formed under the Act.

5.     Principal Place of Business. The location of the principal place of business of the Company shall be:

> 100 Grist Mill Road
> Simsbury, CT 06070

6.     Admission of Additional Members. No additional members may be admitted to the Company without the prior unanimous written consent of all the existing members.

7.     Management. The management of the Company shall be exercised solely by the Managing Member as identified on the last page hereof. The Managing Member shall be vested with all powers of management as allowed under the Act.

8.     Profits, Losses & Distributions. The allocation of profits, losses and distributions in the Company shall be according to the capital interest percentages listed in the preamble above.

9.     Liability. The liability of the Members shall be limited as provided under the Act. The Company shall fully indemnify the Members for any and all damages, actions, claims, demands, causes of actions, lawsuits, attorneys' fees and expenses incurred by reason of the membership in the Company of the Members.

10.    Transfers. If at any time a Member proposes to sell, assign or otherwise dispose of all or any part of his interest in the Company, such Member shall first make a written offer to sell such interest to the other Members at fair market value as determined by either mutual agreement of the Members or an appraisal performed by a qualified appraiser. If such other Members decline or fail to elect to purchase such interest within forty-five (45) days after the fair market value has been determined, then the selling Member may sell, assign or transfer his interest to any third party of his choosing. The purchaser or assignee shall only be entitled to receive the share of the profits or other compensation by way of profit, loss and distributions to which that Member would otherwise be entitled. In the case of death of a Member, that Member's interest shall pass automatically to the heirs of that Member, who shall be bound by the terms of this Agreement.

11.    Fiscal Year. The fiscal year of the Company shall end on December 31st.

JLM023745

12.   <u>Arbitration</u>. Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, which cannot be amicably settled by the Members themselves within thirty (30) days after receipt of notice of breach by a Member, shall be settled by binding arbitration (with a single arbitrator) administered by the American Arbitration Association ("AAA") under its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. The arbitration shall take place at the AAA's offices located in Hartford, Connecticut. This Agreement shall be governed by and according to the internal laws of the State of Connecticut.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date and year first above written.

MANAGING MEMBER:                              MEMBER:

CAROLINE FINANCIAL                            MOLLY CARPENTER
GROUP, INC.

_____                       _____
Daniel E. Carpenter                           Molly Carpenter
Chairman

3

JLM023746

# EXHIBIT 47

Department of Revenue Services
State of Connecticut

(Rev. 12/13)

**Form CT-1065/CT-1120SI**

**Connecticut Composite Income Tax Return**

CT-1065/CT-1120SI

**2013**

Complete this form in blue or black ink only. See instructions before completing this return.

Visit www.ct.gov/TSC to file and pay this return electronically.

For calendar year 2013, or other taxable year ▶ beginning _____, 2013, and ▶ ending _____

Name of pass-through entity (PE)

▶GRIST MILL PARTNERS, LLC.

Federal Employer ID Number (FEIN)

▮▮▮9511

Number and street                                                      PO Box

▶100 GRIST MILL ROAD

DRS use only

▮▮ - ▮▮▮ - 20

City or town                              State           ZIP code

▶SIMSBURY, CT   06070

Connecticut Tax Registration Number

▮▮66-000

Type of PE ▶ ☐ Electing large partnership (ELP) ▶ ☐ General partnership (GP) ▶ ☐ S corporation
☐ Limited liability partnership (LLP) ▶ ☐ Limited partnership (LP) ▶ ☒ Partnership (LLC treated as a partnership)

**Pass-Through Entity Information**

Complete this section first and then complete Part I, Schedule C.

A. Check here if ▶ ☐ Final return (out of business in Connecticut)      Date of dissolution: _____
☐ Amended return          ☐ Short period return   Explanation: _____
B. ☐ Change of address. See instructions, Page 16.

C. Total number of noncorporate members as of the close of the PE's taxable year:
Resident (RI, RE, RT) ▶ _____  Nonresident (NI, NE, NT, PE) ▶ _____

D. Enter the six-digit Business Code Number from federal Form 1065 or federal Form 1120S.
Business Code Number ▶ 531120

E. Date business began: 01/01/2002          Date business began in Connecticut: 01/01/2002

For a faster refund, file this return electronically at **www.ct.gov/TSC** and choose direct deposit.

|  | Yes | No |
|---|---|---|
| F. Does this PE own, directly or indirectly, an interest in Connecticut real property? If the answer to this question is **Yes**, and either answer to Item G or H is **Yes**, provide a listing of all Connecticut real property owned. | ▶ ☒ | ▶ ☐ |
| G. Was a controlling interest in this PE transferred? If **Yes**, enter transferor name and Social Security Number (SSN) or FEIN, transferee name, and date of transfer below. | ▶ ☐ | ▶ ☒ |

Transferor name: _____                          SSN or FEIN: _____
Transferee name: _____                          Date of transfer: _____

H. Did this PE transfer a controlling interest in an entity that owns, directly or indirectly, an interest in Connecticut real property? If **Yes**, enter name and FEIN, transferee name, and date of transfer below. ▶ ☐ ▶ ☒
Name: _____                                      FEIN: _____
Transferee name: _____                          Date of transfer: _____

**Part I  Schedule A - PE Computation of Composite Tax Due**

| | | |
|---|---|---|
| 1. Total Connecticut-sourced income included in composite return from Part I, *Schedule B*, Line 10, Column C. | ▶ 1. | 0 00 |
| 2. Multiply Line 1 by 6.7% (.067). | ▶ 2. | 0 00 |
| 3. Members' credits from Part I, *Schedule B*, Line 12, Column E. | ▶ 3. | 00 |
| 4. Tax liability: Subtract Line 3 from Line 2. | ▶ 4. | 00 |
| 5. Payment made with Form CT-1065/CT-1120SI EXT. | ▶ 5. | 00 |
| 6. Parent PE only: Enter amount from Part I, *Schedule D*, Line 10, Column C. | ▶ 6. | 00 |
| 7. Add Line 5 and Line 6. | ▶ 7. | 00 |
| 8. Amount to be refunded to PE: If Line 7 is more than Line 4, subtract Line 4 from Line 7. | ▶ 8. | 00 |

For faster refund, use Direct Deposit by completing Lines 8a, 8b, and 8c.

8a. Checking ▶ ☐   Savings ▶ ☐   8b. Routing number ▶ _____
8c. Account number ▶ _____
8d. Will this refund go to a bank account outside the U.S.? ▶ ☐ Yes

| | | |
|---|---|---|
| 9. Amount of tax owed: If Line 4 is more than Line 7, subtract Line 7 from Line 4. | ▶ 9. | 00 |
| 10. If late, enter penalty. See instructions. | ▶ 10. | 00 |
| 11. If late, enter interest. Multiply the amount on Line 9 by 1% (.01). Multiply the result by the number of months or fraction of a month late. | ▶ 11. | 00 |
| 12. Balance due with this return: Add Lines 9 through 11. | ▶ 12. | 00 |

**Partnership:** Attach a complete copy of federal Form 1065 (excluding federal K-1s).

**S corporation:** Attach a complete copy of federal Form 1120S (excluding federal K-1s). **For a faster refund, choose direct deposit (Lines 8a - 8c).**

Page 1 of 4

341641
11-08-13    1019

GRIST MILL PARTNERS, LLC. █████ 9511

## Part I Schedule B - PE Member Composite Return  Attach supplemental attachment(s), if needed.

| | Column A<br><br>Member #<br>From Part IV | Column B<br><br>Identification No.<br>See instructions. | Column C<br>Connecticut-Sourced<br>Income<br>See instructions. | Column D<br>Multiply Column C<br>by 6.7% (0.067) | Column E<br>Members' Credit<br>Schedule CT K-1,<br>Part IV, Line 5, Col. B | Column F<br>Connecticut Income<br>Tax Liability<br>Column D minus<br>Column E |
|---|---|---|---|---|---|---|
| 1. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 2. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 3. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 4. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 5. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 6. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 7. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 8. | ▶ | ▶ | 00 | 00 ▶ | 00 ▶ | 00 |
| 9. Subtotal(s) from supplemental attachment(s) | | | 00 | 00 | 00 | 00 |
| 10. Add Lines 1 through 9, Column C. Enter amount here and on Part I, *Schedule A*, Line 1. | | | 00 | | | |
| 11. Add Lines 1 through 9, Column D. | | | | 00 | | |
| 12. Add Lines 1 through 9, Column E. Enter amount here and on Part I, *Schedule A*, Line 3. | | | | | 00 | |
| 13. Total composite return tax liability. Add Lines 1 through 9, Column F. | | | | | | 00 |

## Part I Schedule C - Federal Schedule K Information (Form 1065 or Form 1120S)

| All PEs must complete this schedule. | | Column A<br>Amounts Reported<br>by This PE on<br>Federal Schedule K | Column B<br><br>Amount<br>From Subsidiary PE(s) | Column C<br><br>Column A minus<br>Column B |
|---|---|---|---|---|
| 1. Ordinary business income (loss) | 1. ▶ | 00 ▶ | 00 | 00 |
| 2. Net rental real estate income (loss) | 2. ▶ | 150,282 00 ▶ | 0 00 | 150,282 00 |
| 3. Other net rental income (loss) | 3. ▶ | 00 ▶ | 00 | 00 |
| 4. Guaranteed payments | 4. ▶ | 00 ▶ | 00 | 00 |
| 5. Interest income | 5. ▶ | 00 ▶ | 00 | 00 |
| 6a. Ordinary dividends | 6a. ▶ | 00 ▶ | 00 | 00 |
| 6b. Qualified dividends | 6b. ▶ | 00 ▶ | 00 | 00 |
| 7. Royalties | 7. ▶ | 00 ▶ | 00 | 00 |
| 8. Net short-term capital gain (loss) | 8. ▶ | 00 ▶ | 00 | 00 |
| 9a. Net long-term capital gain (loss) | 9a. ▶ | 00 ▶ | 00 | 00 |
| 9b. Collectibles (28%) gain (loss) | 9b. ▶ | 00 ▶ | 00 | 00 |
| 9c. Unrecaptured section 1250 gain | 9c. ▶ | 00 ▶ | 00 | 00 |
| 10. Net section 1231 gain (loss) | 10. ▶ | 00 ▶ | 00 | 00 |
| 11. Other income (loss): Attach statement. | 11. ▶ | 00 ▶ | 00 | 00 |
| 12. Section 179 deduction | 12. ▶ | 00 ▶ | 00 | 00 |
| 13. Other deductions: Attach statement. | 13. ▶ | 00 ▶ | 00 | 00 |

## Part I Schedule D - Connecticut-Sourced Income From Subsidiary PE(s)  Attach supplemental attachment(s), if needed.

**Only a parent PE must complete this schedule.**
● Refer to federal Schedule K-1 and Schedule CT K-1 for amounts to enter in Columns A, B, and C.
● Amounts reported in Column B are subject to the passive activity limitations, at-risk limitations, and capital loss limitations.

| | Name of<br>Subsidiary PE | FEIN | Column A<br>Amount Reported<br>on Federal K-1 | Column B<br>Amount From<br>Connecticut Sources | Column C<br>CT Income Tax Liability<br>Schedule CT K-1, Part III, Line 1 |
|---|---|---|---|---|---|
| 1. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 2. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 3. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 4. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 5. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 6. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 7. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 8. ▶ | | ▶ | ▶ 00 ▶ | 00 ▶ | 00 |
| 9. Subtotal(s) from supplemental attachment(s) | | | 00 | 00 | 00 |
| 10. Add Lines 1 through 9, Column C. Enter amount here and on Part I, *Schedule A*, Line 6. | | | | | 00 |

GRIST MILL PARTNERS, LLC.                                      ███████ 9511

## Part II - Allocation and Apportionment of Income

Complete only if all of the following apply:

- There are one or more nonresident noncorporate members or one or more members that are PEs;
- The PE carries on business both within and outside Connecticut; and
- The PE does not maintain books and records that satisfactorily disclose the portion of income, gain, loss, or deduction derived from or connected with Connecticut sources.

| | | Column A Totals Everywhere | | Column B Connecticut Only | | Column C Fraction Enter as a decimal. |
|---|---|---|---|---|---|---|
| 1. Real property owned | 1. | | 00 | | 00 | Divide Column B by Column A |
| 2. Real property rented from others | 2. | | 00 | | 00 | |
| 3. Tangible personal property owned or rented | 3. | | 00 | | 00 | |
| 4. Property owned or rented: Add Lines 1, 2, and 3. | 4. ▶ | | 00 ▶ | ▶ | 00 ▶ | ▶ |
| 5. Employee wages and salaries | 5. ▶ | | 00 ▶ | ▶ | 00 ▶ | ▶ |
| 6. Gross income from sales and services | 6. ▶ | | 00 ▶ | ▶ | 00 ▶ | ▶ |
| 7. Total: Add Lines 4, 5, and 6, Column C. | | | | | 7. ▶ | |
| 8. Apportionment fraction: Divide Line 7 by three or actual number of fractions. | | | | | 8. ▶ | |

## Part III - Place(s) of Business Attach supplemental attachment(s), if needed.

Complete only if the PE carries on business both within and outside Connecticut.

| Location | Description | Owned or Rented to PE | Activity |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Part IV - Member Information   Attach supplemental attachment(s), if needed.

| Member # | Member Name and Address See instructions for order in which to list and for member type codes. | Member Type Code | FEIN or SSN | Profit Sharing % Enter as a decimal. | Loss Sharing % Enter as a decimal. | Capital Ownership % Enter as a decimal. |
|---|---|---|---|---|---|---|
| ▶ | ▶ | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | ▶ SEE SUPPLEMENTAL ATTACHMENT PART IV | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | ▶ | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | ▶ | ▶ | ▶ | ▶ | ▶ | ▶ |

## Part V - Member's Share of Connecticut Modifications Attach supplemental attachment(s), if needed.

Additions: Enter all amounts as positive numbers.

| | | Member # | | Member # | | Member # | | Totals for All Members |
|---|---|---|---|---|---|---|---|---|
| 1. Interest on state and local government obligations other than Connecticut | 1. ▶ | | 00 ▶ | | 00 ▶ | | 00 | 00 |
| 2. Mutual fund exempt-interest dividends from non-Connecticut state or municipal government obligations | 2. | SEE SUPPLEMENTAL ATTACHMENT PART V | 00 ▶ | | 00 ▶ | | 00 | 00 |
| 3. Certain deductions relating to income exempt from Connecticut income tax | 3. ▶ | | 00 ▶ | | 00 ▶ | | 00 | 00 |
| 4. Reserved for future use | 4. | | | | | | | |
| 5. Other - specify: | 5. ▶ | | 00 ▶ | | 00 ▶ | | 00 | 00 |

Subtractions: Enter all amounts as positive numbers.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6. Interest on U.S. government obligations | 6. ▶ | | 00 ▶ | | 00 ▶ | | 00 | 00 |
| 7. Exempt dividends from certain qualifying mutual funds derived from U.S. government obligations | 7. ▶ | | 00 ▶ | | 00 ▶ | | 00 | 00 |
| 8. Certain expenses related to income exempt from federal income tax but subject to Connecticut tax | 8. ▶ | | 00 ▶ | | 00 ▶ | | 00 | 00 |
| 9. Reserved for future use | 9. | | | | | | | |
| 10. Other - specify: | 10. ▶ | | 00 ▶ | | 00 ▶ | | 00 | 00 |

GRIST MILL PARTNERS, LLC.  ████ 9511

## Part VI - Connecticut-Sourced Portion of Items From Federal Schedule K-1 of Form 1065 or Form 1120S.

Include member's share of Connecticut modifications from Part V. Attach supplemental attachment(s), if needed.

SEE SUPPLEMENTAL ATTACHMENT
PART VI

| | | Member # | | Member # | | Member # | | Totals for All Members | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ordinary business income (loss) | 1. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 2. Net rental real estate income (loss) | 2. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 3. Other net rental income (loss) | 3. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 4. Guaranteed payments | 4. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 5. Interest income | 5. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 6a. Ordinary dividends | 6a. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 6b. Qualified dividends | 6b. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 7. Royalties | 7. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 8. Net short-term capital gain (loss) | 8. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 9a. Net long-term capital gain (loss) | 9a. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 9b. Collectibles (28%) gain (loss) | 9b. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 9c. Unrecaptured section 1250 gain | 9c. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 10. Net section 1231 gain (loss) | 10. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 11. Other income (loss): Attach statement | 11. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 12. Section 179 deduction | 12. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |
| 13. Other deductions: Attach statement | 13. | ▶ | 00 | ▶ | 00 | ▶ | 00 | | 00 |

## Part VII - Connecticut Income Tax Credit Summary

Attach supplemental attachment(s), if needed.

| | | Member # | | Member # | | Member # | | Totals for All Members | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Qualified small business tax credit | 1. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 2. Job expansion tax credit | 2. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 3. Angel investor tax credit | 3. | ▶ | 00 | ▶ | 00 | ▶ | ·00 | ▶ | 00 |
| 4. Insurance reinvestment fund tax credit | 4. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 5. Total credits: Add Lines 1 through 4 | 5. | | 00 | | 00 | | 00 | | 00 |

---

**The PE must furnish Schedule CT K-1 to all members.**

Form CT K-1T and all copies of all Schedules CT K-1s issued by a PE must be filed with the Department of Revenue Services (DRS).

**Do not attach Form CT K-1T and Schedule CT K-1s to the composite income tax return.**

---

Visit the DRS website at **www.ct.gov/TSC** to use the **Taxpayer Service Center** (TSC) to file and pay this return electronically.

To pay by mail, make check payable to **Commissioner of Revenue Services.**

Mail return **with** payment to: Department of Revenue Services, State of Connecticut, PO Box 5019, Hartford CT 06102-5019.

Mail return **without** payment to: Department of Revenue Services, State of Connecticut, PO Box 2967, Hartford CT 06104-2967.

---

**Declaration:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return or document to DRS is a fine of not more than $5,000, imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

| Sign Here | Signature of general partner or corporate officer | Date 6-18-14 | May DRS contact the preparer shown below about this return? |
|---|---|---|---|
| | Title Managing Member | Telephone number | [X] Yes  [ ] No (See instructions, Page 30.) |
| Keep a copy of this return for your records. | Email address of general partner or corporate officer | | |
| | Paid preparer's signature | Date ▶ 6/18/14 | Preparer's SSN or PTIN ▶ ████1111  [ ] SSN  [X] PTIN |
| | Firm's name and address WESTCOTT & ASSOCIATES, LLC 258 SPIELMAN HIGHWAY BURLINGTON, CT 06013 | FEIN ████5965 | Telephone number (860)470-4174 |

341653
11-08-13   1019   Form CT-1065/CT-1120SI (Rev. 12/13)                     Page 4 of 4

GRIST MILL PARTNERS, LLC.   ███ 9511

## Part IV - Member Information

| Member # | Member Name and Address<br>See instructions for order in which to list and for member type codes. | Member Type Code | FEIN or SSN | Profit Sharing %<br>Enter as a decimal. | Loss Sharing %<br>Enter as a decimal. | Capital Ownership %<br>Enter as a decimal. |
|---|---|---|---|---|---|---|
| 1 | CARPENTER FINANCIAL GROUP INC<br>SIMSBURY CT   06070 | CM | ███ 6689 | ▶ .99000 | ▶ .99000 | ▶ .99000 |
| 2 | CAROLINE FINANCIAL GROUP INC<br>SIMSBURY CT   06070 | CM | ███ 5208 | ▶ .01000 | ▶ .01000 | ▶ .01000 |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |
| ▶ | | ▶ | ▶ | ▶ | ▶ | ▶ |

## Part V - Member's Share of Connecticut Modifications

**Additions:** Enter all amounts as positive numbers.

Member # _____   Member # _____   Member # _____   Member # _____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Interest on state and local government obligations other than Connecticut | 1. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 2. Mutual fund exempt-interest dividends from non-Connecticut state or municipal government obligations | 2. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 3. Certain deductions relating to income exempt from Connecticut income tax | 3. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 4. Reserved for future use | 4. | | | | | | | |
| 5. Other - specify: | 5. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |

**Subtractions:** Enter all amounts as positive numbers.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6. Interest on U.S. government obligations | 6. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 7. Exempt dividends from certain qualifying mutual funds derived from U.S. government obligations | 7. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 8. Certain expenses related to income exempt from federal income tax but subject to Connecticut tax | 8. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |
| 9. Reserved for future use | 9. | | | | | | | |
| 10. Other - specify: | 10. | ▶ | 00 | ▶ | 00 | ▶ | 00 | ▶ | 00 |

341671
11-08-13   1019   Form CT-1065/CT-1120SI Supplemental Attachment (Rev. 12/13)   Page 2 of 3



GRIST MILL PARTNERS, LLC.                                                    9511

**Part VI - Connecticut-Sourced Portion of Items From Federal Schedule K-1 of Form 1065 or Form 1120S**
Include member's share of Connecticut modifications from Part V.

| | | # | Member | | # | Member | | # | Member | | # | Member | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Ordinary business income (loss) | 1. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 2. Net rental real estate income (loss) | 2. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 3. Other net rental income (loss) | 3. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 4. Guaranteed payments | 4. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 5. Interest income | 5. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 6a. Ordinary dividends | 6a. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 6b. Qualified dividends | 6b. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 7. Royalties | 7. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 8. Net short-term capital gain (loss) | 8. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 9a. Net long-term capital gain (loss) | 9a. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 9b. Collectibles (28%) gain (loss) | 9b. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 9c. Unrecaptured section 1250 gain | 9c. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 10. Net section 1231 gain (loss) | 10. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 11. Other income (loss): Attach statement | 11. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 12. Section 179 deduction | 12. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 13. Other deductions: Attach statement | 13. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |

**Part VII - Connecticut Income Tax Credit Summary**

| | | # | Member | | # | Member | | # | Member | | # | Member | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Qualified small business tax credit | 1. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 2. Job expansion tax credit | 2. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 3. Angel investor tax credit | 3. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 4. Insurance reinvestment fund tax credit | 4. | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 | ▷ | | 00 |
| 5. Total credits: Add Lines 1 through 4 | 5. | | | 00 | | | 00 | | | 00 | | | 00 |