# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>  Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>  Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br><br><br><br><br>JUNE 1, 2020 |

## MOTION FOR DISCLOSURE OF ASSETS

  Pursuant to Connecticut General Statutes § 52-279n, plaintiff Universitas Education, LLC ("Universitas"), moves this Court to enter an Order to Defendants in the above-captioned matter to disclose the existence, location, and extent of property in which any of them have an interest sufficient to satisfy, in whole or in part, a prejudgment remedy in the amount of $26 million. Such an Order is necessary to enable Universitas to enforce such prejudgment remedy because Universitas currently lacks knowledge about the existence, location, and extent of assets belonging to Defendants sufficient to satisfy such a remedy, and has no other reasonable means of obtaining such information.

Dated:  New Haven, CT
       June 1, 2020

PLAINTIFF UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell          /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, L.P.
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2658
Fax (203) 654-3265
IMarkus@barclaydamon.com

*Pro Hac Motion to Be Filed:*
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Em. jmanson@jmansonlaw.com

*Its Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 /s/   ct26561
Michael G. Caldwell