# BARCLAY DAMON LLP

**Michael G. Caldwell**
*Partner*

June 3, 2020

**FILED ON THE CASE DOCKET**

Magistrate Judge Robert Spector
Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

Re: *Universitas Education, LLC v. Benistar*, Case No. 3:20-cv-00738 (JAM)
    Plaintiff's Application for *Ex Parte* Prejudgment Relief

Dear Judge Spector,

    We represent Universitas Education, LLC ("Universitas") in the above-captioned matter. We write to you to request oral argument on Universitas' Application for *ex parte* prejudgment relief ("PJR"). We understand that Your Honor does not typically grant prejudgment remedies on an *ex parte* basis. However, the circumstances of the present case warrant an exception to your rule.

    This is not a new dispute. As explained in Universitas' PJR application, Universitas received an arbitration award in this dispute in 2011 for over $25 million, which was stolen from it by Daniel Carpenter, and obtained a judgment from the Southern District of New York affirming the arbitration award in 2012. The Second Circuit affirmed the District Court's Decision. Universitas has not been able to collect its judgment because the judgment debtors have continually fraudulently transferred assets with an intent to frustrate Universitas' collection efforts. This is not merely an allegation from Universitas – it is an explicit finding of the United States District Court of the Southern District of New York. *See e.g.*, *Universitas Educ., LLC v. Nova Group, Inc.*, Case Nos. 11-civ-1590 (LTS)(HBP) and 11-civ-8726 (LTS)(HBP), 2014 U.S. Dist. LEXIS 109077 (S.D.N.Y. Aug. 7, 2014).

    As explained in Universitas' PJR Application, the Defendants in the above-captioned action are part of a vast criminal conspiracy. Although not a Defendant in this case, Daniel Carpenter is a judgment debtor in this dispute, and the person responsible for the harm caused to Universitas. Mr. Carpenter is currently incarcerated for, *inter alia*, operating a fraudulent enterprise underlying his conviction on two counts of criminal conspiracy (in addition to over fifty

additional felony charges, many of which are directly related to events underlying Universitas' judgment). Numerous Defendants in the above-captioned matter, and numerous judgment debtors in this dispute, were explicitly found to be participants in this criminal conspiracy.

The Defendants' practice of fraudulently transferring assets with an intent to frustrate judgment creditors is not limited to this dispute. As outlined in Universitas' PJR Application, Mr. Carpenter and his associates have done this for decades. *See e.g.*, *Universitas Educ., LLC v. Nova Group, Inc.*, Case Nos. 11-civ-1590 (LTS)(HBP) and 11-civ-8726 (LTS)(HBP), 2013 U.S. Dist. LEXIS 165803 (S.D.N.Y. Nov. 20, 2013) (invalidating transactions from 2009 and 2010 as fraudulent conveyances intended solely to frustrate Mr. Carpenter's judgment creditors).

The Defendants' practice of consistently fraudulently transferring assets with an intent to frustrate their judgment creditors, including Universitas, indicates that the Defendants will likely fraudulently transfer assets to prevent Universitas from enforcing its judgment in this proceeding.

Connecticut General Statutes § 52-278e was enacted to protect parties under circumstances like this. Attachment of the real estate sought in Universitas' PJR Application would ensure that Universitas is, finally, able to obtain some satisfaction of its judgment. As explained in Plaintiff's PJR Application, the property Universitas seeks to attach is only a small fraction of the judgment likely to be entered in this proceeding.

Universitas respectfully requests oral argument on its *ex parte* PJR Application so that it may demonstrate to the Court that the circumstances at hand satisfy the requirements of Connecticut General Statutes § 52-278e and warrant an exception to Your Honor's general disapproval of *ex parte* prejudgment remedies. We thank you for your attention to this matter.

    Very Truly Yours,

    PLAINTIFF UNIVERSITAS EDUCATION, LLC,

    By: /s/ Michael G. Caldwell            /
    Ilan Markus, ct 26345
    Michael G. Caldwell, ct 26561
    Barclay Damon, L.P.
    545 Long Wharf Drive
    New Haven, CT 06511
    Ph. (203) 672-2658
    Fax (203) 654-3265
    IMarkus@barclaydamon.com

Joseph L. Manson III, phv 10663
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Fax. 703-340-1642
Em. jmanson@jmansonlaw.com
Admitted *Pro Hac Vice*

*Its Attorneys*