# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>    Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>    Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br><br><br><br><br>JUNE 7, 2020 |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order Re: Disclosure Statement, defendant Universitas Education, LLC hereby states that it is has no parent corporations and that no publicly held company owns more than 10% of its stock.

                                                                       PLAINTIFF UNIVERSITAS EDUCATION, LLC,

                                                                       By: /s/ Michael G. Caldwell          /
                                                                       Ilan Markus, ct 26345
                                                                       Michael G. Caldwell, ct 26561
                                                                       Barclay Damon, L.P.
                                                                       545 Long Wharf Drive
                                                                       New Haven, CT 06511
                                                                       Ph. (203) 672-2658
                                                                       Fax (203) 654-3265
                                                                       IMarkus@barclaydamon.com

Joseph L. Manson III  
Law Offices of Joseph L. Manson III  
600 Cameron Street  
Alexandria, VA 22314  
Tel. 202-674-1450  
Fax 703-340-1642  
Em. jmanson@jmansonlaw.com  
Admitted *Pro Hac Vice*

*Its Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/  ct26561  
Michael G. Caldwell