UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br><br><br><br><br>JUNE 8, 2020 |

## NOTICE CONCERNING SERVICE OF DOCUMENTS ON PHOENIX CHARITABLE TRUST

Pursuant to Rule 5(b)(2)(D) of the Federal Rule of Civil Procedure, plaintiff Universitas Education, LLC ("Universitas"), hereby serves the attached documents on Phoenix Charitable Trust ("Phoenix") by leaving it with the court Clerk. Universitas is unable to complete service by the means listed in Rule 5(b)(2)(A)-(C) or (E)-(F), and Phoenix has no known address. Under Rule 5(b)(2), "A paper is served under this rule by … (D) leaving it with the court clerk if the person has no known address." For that reason, Universitas hereby serves Phoenix by leaving these documents with the Clerk's Office, 141 Church Street, New Haven, Connecticut.

The attached documents were filed in the above-captioned action, and include the following: Docket Sheet for this action as of June 8, 2020, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notices to Counsel, Notice of Markus

Appearance, PHV Motion with Affidavit, PJR Application with Brief and Supporting Documents, PJR Exhibits 1-47, Motion for Disclosure of Assets, Notice of Manson Appearance, and Letter to Judge Spector.

PLAINTIFF UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell          /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, L.P.
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2658
Fax (203) 654-3265
IMarkus@barclaydamon.com

*Pro Hac Motion to Be Filed:*
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Em. jmanson@jmansonlaw.com

*Its Attorneys*

2



A TRUE COPY ATTEST:
ROBERT W. ARSENAULT
Connecticut State Marshal - Hartford C...
Indifferent Person