United States District Court
District of Connecticut
Case 3:20-CV-00738-JAM

# SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
: SS. WEST HARTFORD    June 12, 2020
COUNTY OF HARTFORD:

**UNIVERSITAS EDUCATION, LLC**

**V.**

**BENESTAR, et al**

**DEFENDANT: PHOENIX CHARITABLE TRUST**

At said West Hartford, I deposited in a U.S. Post Office a letter certified, postage prepaid, return receipt requested, which letter contained verified copies of the documents referenced in my original Return of Service for this action, dated June 10, 2020, and on the above date the letter/receipt hereto attached was returned to me

ATTEST:

ROBERT W. ARSENAULT
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

ROBERT W. ARSENAULT
CONNECTICUT STATE MARSHAL
P.O. BOX 270479 • WEST HARTFORD, CONNECTICUT 06127-0479

USPS TRACKING #

9590 9402 5256 9154 2512 76

United States Postal Service

RECEIVED
JUN 12 20
Robert W. Arsenault
Connecticut State Marshal

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

ROBERT W. ARSENAULT
Connecticut State Marshal
P.O. Box 270479
West Hartford, CT 06127-0479

R/D 3 of 6

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Phoenix Charitable Trust**
**10 Tower Ln**
**Avon, CT 06001-4211**

9590 9402 5256 9154 2512 76

2. Article Number  7019 2280 0000 2593 4118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt