# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC. | : | 3:20-CV- 00738 (JAM) |
| v. | : | |
| BENISTAR, ET AL. | : | JULY 17, 2020 |

## STIPULATION FOR PREJUDGMENT ATTACHMENT OF REAL ESTATE

WHEREAS, Plaintiff has filed an Application for Prejudgment Remedy ("the PJR Application") pursuant to Connecticut General Statutes §§ 52-278a et seq.; and

WHEREAS, the undersigned parties now wish to resolve the PJR Application without judicial hearing or determination;

NOW THEREFORE, in order to avoid the costs and uncertainty of formal adjudication and without admission by any party regarding the merit or lack thereof of the PJR Application, the undersigned parties stipulate and agree as follows:

1. The Court may issue a non-modifiable Order of Attachment, substantially in the form of the Proposed Order attached as Exhibit 1.

2. The issuance of the Order of Attachment shall satisfy all claims made or to be made by Plaintiff with respect to any prejudgment remedy in this litigation.

3. The parties will cooperate to facilitate the recording of the Order of Attachment and related papers on the land records where the subject real estate is located and the redomestication of the Order of Attachment so that the Order will be effective with respect to the real estate which is located in the State of Rhode Island.

4.     The undersigned Defendants shall not undertake any actions, directly or indirectly, which diminish the value of the attachments to the properties located at 18 Pond Side Lane, 100 Grist Mill Road, and/or 392B Cards Pond Road, without the prior written consent of Plaintiff.

Dated: New Haven, CT
       July 17, 2020

PLAINTIFF UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell          /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, L.P.
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2658
Fax (203) 654-3265
IMarkus@barclaydamon.com

*Admitted Pro Hac Vice:*
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Em. jmanson@jmansonlaw.com

*Its Attorneys*

The Defendants,
Molly Carpenter, Donald Trudeau, Benistar Admin Services, Inc., TPG Group, Inc., and Moonstone Partners, LLC.

By:    /s/ Dan E. Labelle
       Dan E. LaBelle, Esq. (ct01984)
       labelle@halloransage.com
       Halloran Sage, LLP
       315 Post Road West
       Westport, CT 06880
       Tel: (203) 227-2855

Fax: (203) 227- 6992

Michael R. McPherson, Esq. (ct24082)
mcpherson@halloransage.com
Halloran Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06880
Tel: (860) 241-4079
Fax: (860) 548-0006


DEFENDANT:
GRIST MILL PARTNERS, LLC

By: /s/ Lawrence S. Grossman
　　　Lawrence S. Grossman (ct15790)
　　　Green & Sklarz, LLC
　　　One Audubon Street, Third Floor
　　　New Haven, CT 06511
　　　(203) 285-8545
　　　Fax: (203) 306-3391
　　　lgrossman@gs-lawfirm.com