## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>    Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br><br><br><br><br>JULY 17, 2020 |

### [Proposed] ORDER OF ATTACHMENT

WHEREAS, Plaintiff in the above-captioned action has made application for a prejudgment remedy to attach the real and personal property of the defendants, as more particularly described in the application;

WHEREAS, the parties to the above-captioned action have entered into a Stipulation for Prejudgment Attachment of Real Estate;

NOW THEREFORE, it is hereby ORDERED, in accordance with that Stipulation, that:

(1) Plaintiff may attach, to the value of seven hundred thousand Dollars ($700,000), certain real property belonging to defendant Grist Mill Partners, LLC, that is located at 100 Grist Mill Road, Simsbury, Connecticut and is described in Exhibit A hereto; and

(2) Plaintiff may attach, to the value of four hundred thousand Dollars ($400,000), certain real property belonging to defendant Molly Carpenter that is located at 18 Pond Side Lane, Simsbury, Connecticut and described in Exhibit B hereto; and

(3) Plaintiff may attach, to the value of one million and sixty thousand Dollars ($1,060,000), certain real property belonging to defendant Moonstone Partners, LLC that is located at 392B Cards Pond Road, South Kingstown, Rhode Island and is described in Exhibit C hereto.

Dated at _____ this _____ day of 2020.

_____
United States Magistrate Judge