# EXHIBIT A

EXHIBIT A
PREMISES DESCRIPTION

The land referred to in this Commitment is described as follows:

All that certain piece or parcel of land, with the buildings and improvements thereon and appurtenances thereto, known as No. 100 Grist Mill Road, situated in the Town of Simsbury, County of Hartford and State of Connecticut, being shown on a certain survey entitled "Resurvey Map Parcel 25 Land Owned by Ensign-Bickford Realty Corporation Easterly of Grist Mill Road Simsbury, Connecticut Scale 1" = 40' November 1997", revised 7-23-07, made by Hodge Surveying Associates, P.C., which survey is on file in the Simsbury Land Records. Said premises are more particularly bounded and described as follows:

Beginning at a point on the easterly streetline of Grist Mill Road, said point being the southwesterly corner of the herein described parcel; thence in a northerly direction along the easterly streetline of Grist Mill Road along a curve to the left having a radius of 2182.68 feet, a distance of 50.49 feet to a point; thence S 89° 14' 42" E, a distance of 182.33 feet to a point; thence N 65° 28' 04" E, a distance of 280.59 feet to a point; thence N 2° 44' 27" W, a distance of 160.70 feet to a point; thence N 79° 06' 32" E, a distance of 120.00 feet to a point; thence N 10° 15' 04" E, a distance of 151.05 feet to a point; thence S 72° 27' 29" E, a distance of 275.05 feet to a point; thence S 77° 04' 33" E, a distance of 80.16 feet to a point; thence N 42° 44' 29" E, a distance of 405.00 feet to a point in the center of Hop Brook; thence S 52° 58' 15" E, a distance of 341.25 feet to a point; thence S 10° 58' 40" W, a distance of 14.00 feet to a point; thence N 73° 55' 26" W, a distance of 205.35 feet to a point; thence S 3° 39' 30" W, a distance of 304.99 feet to a point; thence S 6° 21' 18" W, a distance of 261.31 feet to a point; thence N 78° 35' 13" W, a distance of 770.84 feet to a point; thence S 65° 28' 04" W, a disatnce if 291.81 feet to a point; thence N 89° 14' 42" W, a distance of 186.50 feet to the point and place of beginning.

Together with the easements set forth in a Declaration of Easements, Covenants and Restrictions for Theh Powder Forest Business Park dated December 2, 1983 and recorded in Volume 271 at Page 546 of the Simsbury Land Records; amended by virtue of an Amended and Restated Declaration of Easements, Covenants and Restrictions for The Powder Forest Business Park dated December 8, 1997 and recorded in Volume 479 at Page 795 of the said Land Records; as affected by a Certification Under Declaration by Ensign-Bickford Realty Corporation dated January 6, 1998 and recorded in Volume 481 at Page 116 of the said Land Records; as further amended by virtue of a Second Amendment to Declaration of Easements, Covenants and Restrictions for the Powder Forest Business Park dated Novemnber 17, 2000 and recorded in Volume 533 at Page 227 of the said Land Records; as further affected by a Partial Termination of Declaration of Easements, Covenants and Restrictions for the Powder Forest Business Park dated May 2, 2003 and recorded in Volume 618 at Page 678 of the said Land Records; as further amended by virtue of a Third Amendment to Amended and Restated Declaration of Easements, Covenants and Restrictions for the Powder Forest Business Park dated June 7, 2005 and recorded in Volume 690 at Page 419 of the said Land Records.