# EXHIBIT B

## SCHEDULE A
## DESCRIPTION

      A certain piece or parcel of land, situated in the Town of Simsbury, County of Hartford and State of Connecticut, known as 18 Pondside Lane and shown as Lot No. 11 on a map entitled: "Stratton Brook Acres Property of Paula Builders, Inc. Stratton Brook Road Simsbury, Connecticut Scale: 1"=100" May 10, 1971 Office of Sanderson & Washburn Simsbury, Connecticut R-40 Zone" on file in the Simsbury Town Clerk's Office and being more particularly bounded and described as follows:

NORTHERLY:      by Lot No. 10 on said map, one hundred fifty and thirty-four one-hundredths (150.34) feet;

EASTERLY:      by land now or formerly of Village Water Company, one hundred eighty-six and sixty-nine one-hundredths (186.69) feet;

SOUTHERLY:      by Lot No. 17 on said map, two hundred seventy-four and ninety one-hundredths (274.90) feet;

WESTERLY:      by Lot No. 12 on said map, two hundred fifteen and five one-hundredths (215.05) feet; and

NORTHWESTERLY:      by the arc of the cul-de-sac of Pond Side Lane, one hundred and no one-hundredths (100.00) feet