# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BENISTAR, BENISTAR ADMIN SERVICES, INC., TPG GROUP, INC., GRIST MILL PARTNERS, LLC, MOONSTONE PARTNERS, LLC, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, DONALD TRUDEAU, MOLLY CARPENTER, JANE DOE ENTITIES UNDER CONTROL OF MOLLY CARPENTER AND/OR DONALD TRUDEAU, AND JANE DOE ENTITIES UNDER CONTROL OF JUDGMENT DEBTORS<br><br>      Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br><br><br><br><br>JULY 20, 2020 |

## ORDER OF ATTACHMENT

WHEREAS, Plaintiff in the above-captioned action has made application for a prejudgment remedy to attach the real and personal property of the defendants, as more particularly described in the application;

WHEREAS, the parties to the above-captioned action have entered into a Stipulation for Prejudgment Attachment of Real Estate;

NOW THEREFORE, it is hereby ORDERED, in accordance with that Stipulation, that:

(l)  Plaintiff may attach, to the value of seven hundred thousand Dollars ($700,000), certain real property belonging to defendant Grist Mill Partners, LLC, that is located at 100 Grist Mill Road, Simsbury, Connecticut and is described in Exhibit A hereto; and

(2)      Plaintiff may attach, to the value of four hundred thousand Dollars ($400,000), certain real property belonging to defendant Molly Carpenter that is located at 18 Pond Side Lane, Simsbury, Connecticut and described in Exhibit B hereto; and

(3)      Plaintiff may attach, to the value of one million and sixty thousand Dollars ($1,060,000), certain real property belonging to defendant Moonstone Partners, LLC that is located at 392B Cards Pond Road, South Kingstown, Rhode Island and is described in Exhibit C hereto.

Dated at New Haven, Connecticut this 20th day of July, 2020.

/s/ Robert M. Spector, USMJ

United States Magistrate Judge

# EXHIBIT
# A

EXHIBIT A
PREMISES DESCRIPTION

The land referred to in this Commitment is described as follows:

All that certain piece or parcel of land, with the buildings and improvements thereon and appurtenances thereto, known as No. 100 Grist Mill Road, situated in the Town of Simsbury, County of Hartford and State of Connecticut, being shown on a certain survey entitled "Resurvey Map Parcel 25 Land Owned by Ensign-Bickford Realty Corporation Easterly of Grist Mill Road Simsbury, Connecticut Scale 1" = 40' November 1997", revised 7-23-07, made by Hodge Surveying Associates, P.C., which survey is on file in the Simsbury Land Records. Said premises are more particularly bounded and described as follows:

Beginning at a point on the easterly streetline of Grist Mill Road, said point being the southwesterly corner of the herein described parcel; thence in a northerly direction along the easterly streetline of Grist Mill Road along a curve to the left having a radius of 2182.68 feet, a distance of 50.49 feet to a point; thence S 89° 14' 42" E, a distance of 182.33 feet to a point; thence N 65° 28' 04" E, a distance of 280.59 feet to a point; thence N 2° 44' 27" W, a distance of 160.70 feet to a point; thence N 79° 06' 32" E, a distance of 120.00 feet to a point; thence N 10° 15' 04" E, a distance of 151.05 feet to a point; thence S 72° 27' 29" E, a distance of 275.05 feet to a point; thence S 77° 04' 33" E, a distance of 80.16 feet to a point; thence N 42° 44' 29" E, a distance of 405.00 feet to a point in the center of Hop Brook; thence S 52° 58' 15" E, a distance of 341.25 feet to a point; thence S 10° 58' 40" W, a distance of 14.00 feet to a point; thence N 73° 55' 26" W, a distance of 205.35 feet to a point; thence S 3° 39' 30" W, a distance of 304.99 feet to a point; thence S 6° 21' 18" W, a distance of 261.31 feet to a point; thence N 78° 35' 13" W, a distance of 770.84 feet to a point; thence S 65° 28' 04" W, a disatnce if 291.81 feet to a point; thence N 89° 14' 42" W, a distance of 186.50 feet to the point and place of beginning.

Together with the easements set forth in a Declaration of Easements, Covenants and Restrictions for Theh Powder Forest Business Park dated December 2, 1983 and recorded in Volume 271 at Page 546 of the Simsbury Land Records; amended by virtue of an Amended and Restated Declaration of Easements, Covenants and Restrictions for The Powder Forest Business Park dated December 8, 1997 and recorded in Volume 479 at Page 795 of the said Land Records; as affected by a Certification Under Declaration by Ensign-Bickford Realty Corporation dated January 6, 1998 and recorded in Volume 481 at Page 116 of the said Land Records; as further amended by virtue of a Second Amendment to Declaration of Easements, Covenants and Restrictions for the Powder Forest Business Park dated Novemnber 17, 2000 and recorded in Volume 533 at Page 227 of the said Land Records; as further affected by a Partial Termination of Declaration of Easements, Covenants and Restrictions for the Powder Forest Business Park dated May 2, 2003 and recorded in Volume 618 at Page 678 of the said Land Records; as further amended by virtue of a Third Amendment to Amended and Restated Declaration of Easements, Covenants and Restrictions for the Powder Forest Business Park dated June 7, 2005 and recorded in Volume 690 at Page 419 of the said Land Records.

# EXHIBIT B

**SCHEDULE A**
**DESCRIPTION**

A certain piece or parcel of land, situated in the Town of Simsbury, County of Hartford and State of Connecticut, known as 18 Pondside Lane and shown as Lot No. 11 on a map entitled: "Stratton Brook Acres Property of Paula Builders, Inc. Stratton Brook Road Simsbury, Connecticut Scale: 1"=100" May 10, 1971 Office of Sanderson & Washburn Simsbury, Connecticut R-40 Zone" on file in the Simsbury Town Clerk's Office and being more particularly bounded and described as follows:

NORTHERLY:        by Lot No. 10 on said map, one hundred fifty and
                  thirty-four one-hundredths (150.34) feet;

EASTERLY:         by land now or formerly of Village Water Company,
                  one hundred eighty-six and sixty-nine one-hundredths
                  (186.69) feet;

SOUTHERLY:        by Lot No. 17 on said map, two hundred seventy-four and
                  ninety one-hundredths (274.90) feet;

WESTERLY:         by Lot No. 12 on said map, two hundred fifteen and five
                  one-hundredths (215.05) feet; and

NORTHWESTERLY:    by the arc of the cul-de-sac of Pond Side Lane, one hundred
                  and no one-hundredths (100.00) feet

# EXHIBIT C

EXHIBIT A

Bk L1364 P:914 ,:,76

(Legal Description)

That certain lot or parcel of land, with all the buildings and other improvements thereon, situated in said Town of South Kingstown, County of Washington and State of Rhode Island, and bounded and described as follows: Beginning at a stone bound set in the ground at the southwesterly corner of lot or parcel of land hereby conveyed, which point is the southeasterly corner of land now or formerly of Marion W. Dawley; thence running in a general northerly direction, one hundred fifty-four and eighty-three one-hundredths (154.83) feet, more or less, to a stone bound set in the southerly side of a right of way or driftway twenty-five (25) feet wide, more or less; thence turning and running in a general easterly direction bounded northerly by said right of way or driftway, one hundred fifty-four and fourteen one-hundredths (154.14) feet, more or less, to land now or formerly of Alice J. Tyler; thence turning and running in a general southerly direction one hundred fifty-five and three one-hundredths (155.03) feet, more or less, bounded easterly by said Tyler land to a drill hole in a white rock; thence continuing in the same line to the Atlantic Ocean at mean high water line; thence turning and running in a general westerly direction following the line of mean high water, bounded southerly by the Atlantic Ocean, to the continuation of the line first mentioned; thence turning and running in a general northerly direction to the stone bound first above mentioned and the point and place of beginning. Said lot or parcel is bounded southerly by the Atlantic Ocean, westerly by land now or fonnerly of Marion W. Dawley, northerly by said right of way or driftway and easterly by said land now or formerly of Alice J. Tyler. However otherwise described being the same premises designated "Mrs. K.H. Noyes" on that certain plat entitled "Plat of Land owned by Heirs of George N. Browning in the Town of South Kingstown, R.I. also showing Adjacent Lands, Scale 1" = 100', Sept. 1915, Leon L. Holland, Civil Engineer," which said plat is duly recorded in the Town Clerk's Office in the said Town of South Kingstown. However otherwise described, being the same premises conveyed by four certain deeds, as follows: (a) Deed from George N. Browning to Katharine H. Noyes , dated February 21, 1894, and recorded in the records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 33 at Page 144. (b) Deed from George N. Browning to Katharine H. Noyes dated September 21, 1896, and recorded in the Records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 34 at Page 52. (c) Deed from George N. Browning to Katharine H. Noyes dated June 9, 1905 and recorded in the Records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 36 at Page 271. (d) Deed from Harriet A. Webster to Katharine H. Noyes, dated September 4, 1915, and recorded in the Records of Land Evidence in said Town of South Kingstown in Book of Deeds No. 39 at Page 425. As appurtenant to the lot or parcel above described and herein designated "1", there is hereby granted the right to pass and repass to and from said granted premises and the public highway by the right of way theretofore used for that purpose.

Together with well rights and rights of access thereto as set forth in Book 51 at Page 146.

All right, title, and interest in and to land lying within the lines of the right of way hereinbefore mentioned twenty-five (25) feet wide and running in a general easterly and westerly direction.

Meaning and intending to convey and describe the same premises conveyed by deed from Katharine H. Noyes to Frederic H. Bontecou and Cornelia M. Bontecou dated November 29, 1938 recorded in the Land Evidence Records of the said Town of South Kingstown in Book 51 at Page 146.

MOONSTONE