# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>          Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>          Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>JULY 27, 2020 |

## AFFIDAVIT OF JOSEPH L. MANSON III IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT

I, Joseph L. Manson III, being duly sworn, deposes and says as follows:

1.     My name is Joseph L. Manson III and I am the principal in the Law Offices of Joseph L. Manson III. My business address is 600 Cameron Street, Alexandria, Virginia 22314. I have personal knowledge of all facts set forth herein.

2.     I am a member in good standing of the bars of the District of Columbia and Virginia. Prior to starting my own law firm, I was a partner in Baker Hostetler, DLA Piper, and Verner, Liipfert, Bernhard, McPherson and Hand, which was merged into DLA Piper. I represent Universitas Education, LLC ("Universitas"), the Plaintiff in the above-captioned matter.

3.     Universitas filed its Complaint in the above-captioned matter on May 28, 2020.

4.     Universitas served all of the Defendants in the above-captioned proceeding with a copy of the Complaint and other documents that the Court ordered served. The Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trust (collectively the "Charitable Trusts") were properly served with these documents on June 9, 2020.

5.      The Charitable Trusts have not filed a responsive pleading. Nor have the Charitable

Trusts been granted (or requested) an extension to file such a pleading.


_____
Signature

_____
Joseph L. Manson III
Print Name


Sworn to me on this 28 day

of July , 20 20 .


_____
Notary Public

My commission
Expires: 2/29/24
#239156

2