**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC )<br>)<br>   Plaintiff )<br>)<br>vs. )<br>)<br>BENISTAR, et al )<br>)<br>   Defendants )<br>) | CIVIL ACTION NO.<br>3:20-cv-00738-JAM<br><br><br>AUGUST 3, 2020 |

**Defendants Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trusts Objection to Plaintiff's Motion For Default**

The Defendants, Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trusts, (hereinafter known as "the Defendant Trusts") by and through its undersigned counsel, respectfully object to the Plaintiff's Motion for Default dated July 30, 2020. In support of this motion, the undersigned represents that the Defendant Trusts were not properly served and a responsive motion to the Complaint was filed on August 3, 2020.

Wherefore, the Defendant Trusts respectfully move this Court to sustain this objection to the Plaintiff's Motion for Default.

Respectfully Submitted
THE DEFENDANTS,

By: _/s/ Grayson Colt Holmes_
Grayson Colt Holmes
Federal Bar No.: ct30111
Ouellette, Deganis, Gallagher & Grippe LLC
143 Main Street, Cheshire, CT 06410
Phone: (203) 272-1157
Fax: (203) 250-1835
Email: gholmes@odglaw.com

## **CERTIFICATION**

     I hereby certify that on this 3rd day of August, 2020, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                  By: */s/ Grayson Colt Holmes*
                                          Grayson Colt Holmes
                                          Federal Bar No.: ct03111