UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                          Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>                          Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>AUGUST 17, 2020 |

**AFFIDAVIT OF BENJAMIN CHERNOW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT**

Benjamin Chernow, being duly sworn, deposes and says as follows:

1. My name is Benjamin Chernow, and I am an associate with the Law Offices of Joseph L. Manson III ("Manson"). Manson is counsel for Plaintiff Universitas Education, LLC in this proceeding.

2. On July 13, 2020 there was a telephonic status conference in this proceeding. I was on the call for this status conference. During this status conference the parties discussed a potential settlement proposal that would result in a stipulated prejudgment attachment of real estate.

3. At the onset of the call, counsel for Grist Mill Partners, LLC ("GM Partners") stated that he believed his client would approve the settlement proposal, but that he did not yet have formal approval from his client. Accordingly, counsel for GM Partners indicated that he could not yet accept the settlement proposal. All of the other parties involved in the proceeding at this point had already accepted this same settlement proposal.

4. In conjunction with his statements regarding formal approval from his client, counsel for GM Partners noted that his client was incarcerated, which in turn made it difficult for him to communicate with his client. The clear intimation was that he was communicating with

1

Daniel Carpenter.

5. Later in the same telephonic status conference, counsel for GM Partners stated that he received formal approval from his client, and thus accepted the settlement proposal. GM Partners' counsel noted the "marvels of modern technology" that allowed him to communicate with his incarcerated client during a telephonic status conference with the Court.

6. The Court then ordered the parties to submit a proposed order to the Court by July 17, 2020.

_____
Signature

Benjamin Chernow
Print Name

Sworn to me on this 17 day of August, 2020.

_____
Notary Public

My Commission expires 2/29/24
Notary # 239156