# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>　　　　　　　　　　Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>AUGUST 24, 2020 |

## DECLARATION OF BENJAMIN CHERNOW IN OPPOSITION TO DEFENDANTS ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, AND CARPENTER CHARITABLE TRUST'S MOTION TO DISMISS COMPLAINT

I, Benjamin Chernow, make this declaration pursuant to 28 U.S.C. § 1746 and state as follows under oath:

1. I am an associate at the Law Offices of Joseph L. Manson III, counsel for Plaintiff Universitas Education, LLC ("Universitas") in the above- captioned matter. I make this declaration to put before the Court certain facts and documents, which are referred to in Universitas' brief in opposition to defendants Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trust's (collectively the "Charitable Trusts") motion to dismiss the complaint. I have personal knowledge of the following facts.

2. Attached as **Exhibit 1** is a true and accurate copy of a screenshot depicting the website for the Residential Reentry Management field office in New York. I took this screenshot from my personal computer on or about August 16, 2020.

3. Attached as **Exhibit 2** is a true and accurate excerpt of the sentencing hearing for Daniel Carpenter in the matter entitled *United States v. Carpenter*, Case No. 3:13-cr-226 (RNC) (D. Conn.).

4. Attached as **Exhibit 3** is a true and accurate copy of the information provided on the Connecticut Secretary of State's website concerning Benistar Admin Services, Inc.

5. Attached as **Exhibit 4** is a true and accurate copy of the information provided on the Connecticut Secretary of State's website concerning Bestco Benefit Plans, LLC.

6. Attached as **Exhibit 5** is a true and accurate copy of a declaration submitted by Daniel Carpenter in the matter entitled *Iantosca v. Benistar Admin Services, Inc.*, Case No. 1:08-cv-11785-NMG (D. Mass.).

7. Attached as **Exhibit 6** is a true and accurate copy of the complaint filed in the matter entitled *Carpenter v. Allen*, Case No. 3:14-cv-741-KAD (D. Conn.).

8. Attached as **Exhibit 7** is a true and accurate copy of the third amended complaint filed in the matter entitled *Carpenter v. Koskinen*, Case No. 3:13-cv-563-SRU (D. Conn.).

9. Attached as **Exhibit 8** is a true and accurate excerpt of the deposition of Daniel Carpenter, taken April 13, 2016, in the matter entitled *Penn Mut. Life Ins. Co. v. Kehoe*, Case No. 15-cv-4594 (AJN) (S.D.N.Y.).

10. Attached as **Exhibit 9** is a true and accurate copy of the emergency motion for reduction in sentence and immediate release filed by Daniel Carpenter in the matter entitled *United States v. Carpenter*, Case No. 3:13-cr-226 (RNC) (D. Conn.).

11. Attached as **Exhibit 10** is a true and accurate excerpt of trial testimony from the matter entitled *United States v. Carpenter*, Case No. 3:13-cr-226 (RNC) (D. Conn.).

12. Attached as **Exhibit 11** is a true and accurate excerpt of trial testimony from the matter entitled *United States v. Carpenter*, Case No. 3:13-cr-226 (RNC) (D. Conn.).

13. Attached as **Exhibit 12** is a true and accurate copy of the Presentment, along with the documents attached therewith, in the matter entitled *In re Carpenter*, Case No. 3:09-gp-009-AWT (D. Conn.).

14. Attached as **Exhibit 13** is a true and accurate copy of the Stipulation of Discipline in the matter entitled *In re Carpenter*, Case No. 3:09-gp-009-AWT (D. Conn.).

15. Attached as **Exhibit 14** is a true and accurate copy of the complaint filed in the matter entitled *Carpenter v. United States* Case No. 3:13-cv-574-AVC (D. Conn.).

16. Attached as **Exhibit 15** is a true and accurate copy of various documents concerning Daniel Carpenter's disciplinary proceedings before the bar of the State of Connecticut, as filed in the matter entitled *In re Carpenter*, Case No. 3:09-gp-009-AWT (D. Conn.).

17. Attached as **Exhibit 16** is a true and accurate copy of a letter from Daniel Carpenter to the Honorable Judge Laura T. Swain, which was filed by Judge Swain as an *ex parte* submission in the matter entitled *Universitas Educ., LLC v. Nova Grp., Inc.*, Case No. 1:11-cv-1590-LTS-HBP and 1:11-cv-8726-LTS-HBP (S.D.N.Y.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Alexandria, Virginia
August 24, 2019

_/s/ Benjamin Chernow_
Benjamin Chernow