Federal Bureau of Prisons

*Correctional Excellence. Respect. Integrity.*

A-Z Topics • Site Map • FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# RRM NEW YORK

A Residential Reentry Management (RRM) field office.

100 29TH STREET
BROOKLYN, NY  11232

Email:   CNK/CCM@bop.gov
Phone: 718-840-4219
Fax:      718-840-4207

County: KINGS
Judicial Districts: Southern New York
Eastern New York
District of New Jersey
Region: **Northeast Region**

**How to send staff mail** ▾
**RRM Statistics** ▾
**Driving Directions**
**Job Vacancies**

## How to send staff mail

Use this address when sending correspondence and parcels to staff:

**STAFF NAME**
RRM New York
RESIDENTIAL REENTRY OFFICE
P.O. BOX 329014
BROOKLYN, NY  11232

## RRM Statistics

**22 total RRM field offices are in operation nationwide.**

List all RRM Locations ▸
Map all RRM Locations ▸

**14,452 total federal offenders are managed by RRM field offices with a population breakdown that follows:**

| No. of Inmates | Population Type |
|---|---|
| 18 | Juveniles |
| 7,811 | Home Confinement |
| 577 | Jail/Short-term |
| 100 | Long-term Boarders |
| 5,946 | Residential Reentry Centers |

**Learn more about Residential Reentry Management Field Offices** ›



Federal Bureau of Prisons — 90 Years (1930-2020) — Protecting Society. Changing Lives.
| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Federal Executions |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government


