UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: DANIEL E. CARPENTER        CASE NO. 3:09 GP9 (AWT)

:
:
:
:
:        February 29, 2009

**PRESENTMENT**

      To The Honorable United States District Court for the District of Connecticut comes the Grievance Committee of the United States District Court for the District of Connecticut, duly appointed and qualified, and makes presentment to said Court by its Counsel, Moy N. Ogilvie, that Daniel E. Carpenter, a member the Bar of said Court, has engaged in conduct that negatively reflects upon his character, integrity, professional standing and conduct, and therefore makes complaint and says:

      1.       Daniel E. Carpenter ("Respondent"), is an attorney-at-law, having been duly admitted to the Bar of the United States District Court for the District of Connecticut on February 22, 1996.

      2.       On or about January 6, 2009, the Connecticut Superior Court issued an Order suspending the Respondent from the practice of law until further order of the court as a result of an agreement to disposition. A copy of the Order is attached hereto as Exhibit A.

3.  Under Local Rule 83.2(f), when an attorney is disciplined as a result of an order of the Courts of Connecticut, counsel for the Grievance Committee must institute a Presentment in the manner specified in paragraph (d) of Rule 83.2 petitioning this Court to impose the identical discipline upon the attorney admitted to the bar of this Court.

WHEREFORE, the said Committee prays that an Order may issue to Daniel E. Carpenter to answer this Presentment and to appear and show cause why he should not be suspended form the practice of law by the Court under the same circumstance as set forth in the Order entered in the State Court proceedings, and that such proceeding may be had on this Presentment as is provided for in Local Rule 83.2(c), (f) and (g).

Dated at Hartford, Connecticut this 10th day of February, 2009.

> THE GRIEVANCE COMMITTEE FOR
> THE UNITED STATES DISTRICT
> COURT FOR THE DISTRICT OF
> CONNECTICUT
>
> By_____
> Moy N. Ogilvie (CT16508)
> McCarter & English, LLP
> CityPlace I - 185 Asylum Street
> Hartford, CT 06103
> Telephone: (860) 275-6000
> Facsimile: (860) 724-3397
> Email: mogilvie@mccarter.com

ME1 8151356v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 20th day of February, 2009 to:

Daniel E. Carpenter
18 Pond Side Lane
West Simsbury, CT 06092-2422

Daniel Carpenter
Benistar Client Svc., Inc.
100 Grist Mill Road
Simsbury, CT 06070

Daniel Carpenter
Carpenter & Robinson
2187 Atlantic Street
Stamford, CT 06902

_____
Moy N. Ogilvie (CT 16508)

ME1 8151356v.1

A

No. HHDCV-05-4013820  
STATEWIDE GRIEVANCE COMMITTEE

SUPERIOR COURT

VS.

HARTFORD J.D.

DANIEL CARPENTER

### ORDER

This matter having come to this Court with an agreement as to disposition in accordance with Practice Book 2-82, it is hereby ORDERED;

Attorney Daniel Carpenter, Juris #300541 is hereby suspended from the practice of law until further order of this court.

By the Court,

_____, Judge  
Aurigemma

Date: 1-6-09

COPY CERTIFIED
2009 JAN -4 P 12:08
U.S. DISTRICT OF
HARTFORD
STATE OF CONNECTICUT