# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>                Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>SEPTEMBER 4, 2020 |

## CONTINGENT MOTION TO AMEND COMPLAINT

Universitas Education, LLC ("Universitas") requests leave of this Court to amend the complaint dated May 28, 2020, subject to the Court's ruling on the defendants' motions to dismiss. Universitas seeks leave of this Court to amend the complaint only if the Court requires Universitas to replead its claims in response to the defendants' motions to dismiss. Universitas does not seek leave of the Court to amend the complaint if the Court rules otherwise. No responsive pleading has been served in this proceeding, and thus Rule 15(a) of the Federal Rules of Civil Procedure permits Universitas to amend the complaint, as a matter of course. Should the Court require Universitas to replead its claims, Rule 15(a) would still permit Universitas to amend the complaint without leave of the Court, but the deadline provided in this Court's scheduling order for moving to amend the complaint and/or joining additional parties will have passed. Universitas thus brings this contingent motion to amend the complaint out of an abundance of caution and a desire to strictly adhere to the Court's scheduling order.

Should Universitas be required to replead its claims, Universitas will seek to amend the Complaint as follows:

    1.     An additional claim against defendant Molly Carpenter to impose a constructive

1

trust as a result of shielding Daniel Carpenter's assets from his creditors.

2. A claim to impose a constructive trust against Caroline Meckel as a result of shielding Daniel Carpenter's assets from his creditors.

3. A constructive trust claim and an alter ego claim against 1 & 3 Mill Pond Partners, LLC related to shielding Daniel Carpenter's assets from his creditors.

4. A constructive trust claim and an alter ego claim against Birch Hill Partners, LLC related to shielding Daniel Carpenter's assets from his creditors.

5. A constructive trust claim and an alter ego claim against Seir Hill Partners, LLC related to shielding Daniel Carpenter's assets from his creditors.

Universitas has filed a memorandum of law in support of this motion which describes the proposed claims in further detail. Pursuant to D. Conn. L. Civ. R. 7(f), Universitas verifies that it inquired of all non-moving parties. Defendants Benistar Admin Services, Inc., TPG Group, Inc., Moonstone Partners, LLC, Donald Trudeau, and Molly Carpenter do not consent to the motion. Defendants Grist Mill Partners, LLC, Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trust take no position – they neither agree to the motion nor object to it. Universitas is unsure whether it requires leave of this Court to amend the complaint, and thus has not provided the redlined version of the proposed amended pleading as described in D. Conn. L. Civ. R. 7(f)(2). Universitas will provide a redlined version of the proposed amended pleading should the Court request one.

WHEREFORE, Universitas respectfully moves this Court to grant this contingent motion to amend the complaint, should the contingency to which this motion is subject occur.

Dated: New Haven, CT
September 4, 2020

          PLAINTIFF UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell          /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, L.P.
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2658
Fax (203) 654-3265
IMarkus@barclaydamon.com


*Admitted Pro Hac Vice:*
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Em. jmanson@jmansonlaw.com

*Its Attorneys*

**CERTIFICATION**

I hereby certify that on September 4, 2020 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph L. Manson III