# Law Offices of Joseph L. Manson III

Joseph L. Manson III, Esq.
600 Cameron St.
Alexandria, VA 22314

September 8, 2020

<u>VIA ECF</u>

Honorable Judge Jeffrey Meyer
Richard C. Lee United States District Courthouse
141 Church Street
New Haven, CT 06510

Re:   *Universitas v. Benistar*, Case No. 3:20-cv-00738-JAM, Contingent Motion to Amend the Complaint

Dear Honorable Judge Meyer,

We represent the Plaintiff Universitas Education, LLC ("Universitas") in the above-referenced matter. We write to you regarding Universitas' contingent motion to amend the complaint filed on September 4, 2020. (ECF No. 88.) In accordance with D. Conn. L. Civ. R. 7(f), Universitas inquired of all non-moving parties and represented their positions to the Court. Upon further communication with counsel, it appears as though clarification is needed regarding the position of defendant Grist Mill Partners, LLC ("GM Partners").

Universitas correctly stated that GM Partners took no position in regard to Universitas filing the contingent motion to amend the complaint. However, GM Partners wants to clarify that it may wish to object once it has reviewed the motion and the proposed contingent amendments. Should GM Partners wish to object, it will file an objection within the time permitted by the Court or the Federal Rules of Civil Procedure to file such an objection.

    PLAINTIFF UNIVERSITAS EDUCATION, LLC,

    By: /s/ Michael G. Caldwell        /
    Ilan Markus, ct 26345
    Michael G. Caldwell, ct 26561
    Barclay Damon, L.P.
    545 Long Wharf Drive
    New Haven, CT 06511
    Ph. (203) 672-2658
    Fax (203) 654-3265
    IMarkus@barclaydamon.com

*Admitted Pro Hac Vice:*
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Em. jmanson@jmansonlaw.com

*Its Attorneys*

**CERTIFICATION**

I hereby certify that on September 8, 2020 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph L. Manson III