# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>JANUARY 12, 2021 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Whereas, this action was commenced by Universitas Education, LLC ("Universitas") to pursue claims arising from the judgment debtors Nova Group, Inc., Daniel Carpenter, Grist Mill Capital, LLC, Grist Mill Holdings, LLC, Carpenter Financial Group, Avon Capital, LLC, Phoenix Capital Management, LLC and Hanover Trust Company against the Defendants Benistar Admin Services, Inc., TPG Group, Inc., Grist Mill Partners, LLC, Moonstone Partners, LLC, Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Donald Trudeau, and Molly Carpenter asserted, *inter alia*, to be alter egos of the judgment debtors, and

Whereas the defendants moved to dismiss the complaint in this proceeding, which motions are pending, and

Whereas the parties in the interest of judicial economy have engaged in limited discovery pending the decision of this Court on the motions to dismiss, and

Whereas the parties wish to ensure that there is adequate time for discovery in the above-captioned proceeding without delaying the ultimate disposition of this case,

Now, therefore, the parties respectfully request that this Court:

1. Extend the fact discovery deadline in its scheduling order from January 25, 2021 to March 26, 2021.

2. Direct that fact discovery proceed contemporaneously with expert discovery.

3. Order that the other dates in the Court's scheduling order remain the same.

PLAINTIFF UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell_____/
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, L.P.
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2658
Fax (203) 654-3265
IMarkus@barclaydamon.com

DEFENDANT GRIST MILL PARTNERS, LLC,

By: /s/ Jeffrey M. Sklarz_____/
Jeffrey M. Sklarz, ct 20938
Green & Sklarz LLC
One Audobon Street
3rd Floor
New Haven, CT 06511
203-285-8545
Email: jsklarz@gs-lawfirm.com
*Its Attorney*

DEFENDANTS BENISTAR ADMIN SERVICES, TPG GROUP, INC., MOONSTONE PARTNERS, LLC, AND MOLLY CARPENTER,

By: /s/ Dan E. LaBelle_____/
Dan E. LaBelle, ct 01984
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
Ph. 203-227-2855
Fax 203-227-6922
Email: labelle@halloran-sage.com
*Its Attorney*

Respectfully Submitted
THE DEFENDANTS ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST ,

By: _/s/ Grayson Colt Holmes___
Grayson Colt Holmes
Federal Bar No.: ct30111
Ouellette, Deganis, Gallagher & Grippe LLC
143 Main Street
Cheshire, CT 06410
Phone: (203) 272-1157
Fax: (203) 250-1835
Email: gholmes@odglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


   /s/   ct26561
Michael G. Caldwell