## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>BENISTAR, ET AL.<br><br>　　　　　　　　　　　Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>April 26, 2021 |

### PLAINTIFF'S MOTION TO FILE UNREDACTED COPY OF SETTLEMENT AGREEMENT WITH AVON OLD FARMS SCHOOL UNDER SEAL

Pursuant to D. Conn. L. Civ. R. 5(e), Universitas hereby moves for leave to file an unredacted copy of a settlement agreement between Avon Old Farms School and Universitas Education, LLC ("Universitas") under seal. If this motion is granted, Universitas will also file a redacted copy of the agreement on the public docket.

Sealing the unredacted copy of the settlement agreement is supported by clear and compelling reasons and is narrowly tailored to serve those reasons as set forth herein. This Court issued a Protective Order concerning document production in this proceeding on May 28, 2020. [Dkt. #4]. The Protective Order permits documents designated as "CONFIDENTIAL" to be filed with the Court, but mandates that any such documents be filed under seal. [Dkt. #4 at ¶ 5]. Universitas intends to file the settlement agreement as an exhibit in conjunction with its forthcoming reply to the brief in opposition to Universitas' Motion to Amend the Complaint and Join Additional Defendants filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, and Phoenix Charitable Trust. The majority of the factual assertions made in this opposition brief are demonstrably false. [*See* Dkt. # 121-1]. Demonstrating the falsity of the assertions concerning the Avon Old Farms School requires that

Universitas file the settlement agreement between Universitas and the Avon Old Farms School, which is subject to a confidentiality clause within that agreement and was marked as "CONFIDENTIAL" during discovery in this proceeding, and thus is within the scope of this Protective Order. Universitas accordingly brings this motion to file the settlement agreement between Avon Old Farms School and Universitas under seal.

The settlement agreement is confidential for two reasons. First, when Universitas signed the document, it took on the obligation under the confidentiality clause to maintain the confidentiality of the agreement. Second, the settlement agreement concerns sensitive information of a non-party, including settlement discussions, which affect a non-party's reputational interests. *See Travelers Indem. Co. v. Excalibur Reinsurance Corp.*, No. 3:11 - CV- 1209 (CSH), 2013 U.S. Dist. LEXIS 110400, at *22-23 (D. Conn. Aug. 5, 2013) (explaining that "the reputational interests, settlement discussions, and sensitive business information of a non-party" provide clear and compelling reasons for filing under seal) (citing D. Conn. L. Civ. R. 5(e)).

**WHEREFORE**, Universitas respectfully requests that the Court permit Universitas to file an unredacted copy of the settlement agreement between Avon Old Farms School and Universitas under seal in conjunction with its forthcoming reply brief.

Dated:  New Haven, CT
April 26, 2020

PLAINTIFF UNIVERSITAS EDUCATION, LLC,

By: /s/ Michael G. Caldwell          /
Ilan Markus, ct 26345
Michael G. Caldwell, ct 26561
Barclay Damon, L.P.
545 Long Wharf Drive
New Haven, CT 06511
Ph. (203) 672-2658
Fax (203) 654-3265
IMarkus@barclaydamon.com

2

                                        Joseph L. Manson III
                                        Law Offices of Joseph L. Manson III
                                        600 Cameron Street
                                        Alexandria, VA 22314
                                        Tel. 202-674-1450
                                        Em. jmanson@jmansonlaw.com
                                        *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2021 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/   ct26561
          Michael G. Caldwell