# Exhibit 2

# REDACTED

(an unredacted copy of this Exhibit has been filed under seal pursuant to Court order)