## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>*Defendants*. | CASE NO. 3:20-cv-00738-JAM<br><br><br><br>MAY 17, 2021 |

## **SUPPLEMENTAL CERTIFICATION OF SERVICE**

On behalf of plaintiff Universitas Education, LLC, the undersigned hereby certifies that a copy of Plaintiff's Memorandum in Opposition to Daniel Carpenter's Motion to Quash Subpoena was sent via Federal Express to non-party Daniel E. Carpenter, at:

> Daniel E. Carpenter
> 18 Pond Side Lane
> West Simsbury, CT 06092

Federal Express is scheduled to deliver the copy of Plaintiff's Memorandum in Opposition to Daniel Carpenter's Motion to Quash Subpoena on May 18, 2021.

> By:  /s/  Benjamin Chernow
> Benjamin Chernow, Esq.
> Law Offices of Joseph L. Manson III
> 600 Cameron St.
> Alexandria, VA 22314
> Tel.: (301) 633-2163
> Email: bchernow@jmansonlaw.com