**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                           Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>                           Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>May 21, 2021 |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR ATTORNEYS' FEES**

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Universitas Education, LLC ("Universitas") hereby moves the Court to compel Defendant Grist Mill Partners, LLC ("GM Partners") to respond to Interrogatory No. 2 and Interrogatory Nos. 4-5 as well as Request for Production No. 2, Request for Production No. 6, and Request for Production Nos. 8-9. Universitas also expressly reserves the right to compel GM Partners to respond to Request for Production No. 11, but is not currently seeking to compel a response to this request. Universitas further moves the Court to compel GM Partners to bring its interrogatory responses into compliance with Federal Rule of Civil Procedure 33(b). Universitas further requests that the Court award Universitas attorneys' fees and related expenses incurred in bringing this motion, and further requests that counsel for GM Partners be held liable for any such award of expenses.

WHEREFORE, Universitas respectfully moves this Court to compel GM Partners to respond to the identified discovery requests, to bring their interrogatory responses into compliance with the Federal Rules of Civil Procedure, and to award Universitas expenses incurred in bringing this motion.

ORAL ARGUMENT NOT REQUESTED

Dated: May 21, 2021
Alexandria, VA

PLAINTIFF UNIVERSITAS EDUCATION, LLC

By: /s/ Joseph L. Manson III            /
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Fax 703-340-1642
jmanson@jmansonlaw.com

*Admitted Pro Hac Vice*

## CERTIFICATION

I hereby certify that on May 21, 2021 a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph L. Manson III