## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                              Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>                              Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>May 21, 2021 |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR ATTORNEYS' FEES**

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Universitas Education, LLC ("Universitas") hereby moves the Court to compel Defendants Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, and Phoenix Charitable Trust (hereinafter collectively the "Charitable Trusts") to provide complete responses to Universitas' interrogatories and requests for production, and to bring their interrogatory responses into compliance with Federal Rule of Civil Procedure 33(b). Universitas further requests that the Court award Universitas attorneys' fees and related expenses incurred in bringing this motion, and further requests that counsel for the Charitable Trusts be held liable for any such award of expenses.

WHEREFORE, Universitas respectfully moves this Court to compel the Charitable Trusts to provide complete responses to Universitas' discovery requests, to bring their interrogatory responses into compliance with the Federal Rules of Civil Procedure, and to award Universitas expenses incurred in bringing this motion.

ORAL ARGUMENT NOT REQUESTED

Dated: May 21, 2021
      Alexandria, VA

                PLAINTIFF UNIVERSITAS EDUCATION, LLC

                By: /s/ Joseph L. Manson III            /
                Joseph L. Manson III
                Law Offices of Joseph L. Manson III
                600 Cameron Street
                Alexandria, VA 22314
                Tel. 202-674-1450
                Fax 703-340-1642
                jmanson@jmansonlaw.com

                *Admitted Pro Hac Vice*

## CERTIFICATION

    I hereby certify that on May 21, 2021 a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                /s/ Joseph L. Manson III