# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                              Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>                              Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>MAY 25, 2021 |

## **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Universitas Education, LLC ("Universitas") commenced this action to pursue claims arising from the judgment debtors Nova Group, Inc., Daniel Carpenter, Grist Mill Capital, LLC, Grist Mill Holdings, LLC, Carpenter Financial Group, Avon Capital, LLC, Phoenix Capital Management, LLC and Hanover Trust Company against the Defendants Benistar Admin Services, Inc., TPG Group, Inc., Grist Mill Partners, LLC, Moonstone Partners, LLC, Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Donald Trudeau, and Molly Carpenter asserted, *inter alia*, to be alter egos of the judgment debtors. As part of discovery in this proceeding, Universitas noticed the deposition of Matthew Westcott for May 24, 2021. On the morning of May 24, 2021, Mr. Westcott's ex-wife contacted counsel for Universitas to inform Universitas that Matthew Westcott had been admitted for psychiatric evaluation and thus would not be attending the deposition.

Universitas seeks to extend the discovery deadline so that it may (1) depose Mr. Westcott pending the result of his psychiatric evaluation and (2) obtain the documents identified in the subpoena served upon Mr. Westcott. Universitas telephonically conferred with counsel for all other parties, and no parties object to Universitas' request.

Now, therefore, Universitas respectfully requests that this Court extend the fact discovery deadline to permit Universitas to proceed with discovery from Mr. Westcott.

Dated: Alexandria, VA
      May 25, 2021

                                PLAINTIFF UNIVERSITAS EDUCATION, LLC

                                By: /s/ Joseph L. Manson III            /
                                Joseph L. Manson III
                                Law Offices of Joseph L. Manson III
                                600 Cameron Street
                                Alexandria, VA 22314
                                Tel. 202-674-1450
                                Fax 703-340-1642
                                jmanson@jmansonlaw.com
                                *Admitted Pro Hac Vice*

3

## CERTIFICATION

    I hereby certify that on May 25, 2021 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                /s/ Joseph L. Manson III