# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>        Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>        Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>June 25, 2021 |

## [Proposed] DISCOVERY ORDER

Whereas, the Court issued a Memorandum of Discovery Conference (ECF No. 151) stating, *inter alia*, that: "the Court has determined that the plaintiff's document requests may include financial records dating back to 2009, but should be limited to documents that are actually within the defendants' possession... In its proposed order, the plaintiff should define the scope of the specific financial records it requests and whether the defendants have agreed to the scope of the request. To the extent that the defendants would like to set forth any objections for the Court's consideration, they may do so on or before June 25, 2021";

NOW THEREFORE, THE COURT ORDERS THAT:

1. Grist Mill Partners, LLC ("GMP") shall provide supplemental responses to Interrogatory Nos. 2, 4, and 5 in Universitas' first set of interrogatories.

2. GMP shall produce the following documents within thirty days of this Order:

- Bank account statements
- Bank signature cards
- Cash receipts journals
- Cash disbursement journals
- Contracts and/or other documents concerning any transfer of property
- All tax documents
- Emails concerning GM Partners and/or the property located at 100 Grist Mill Road
- All financial statements concerning cash position, balance sheet position, and/or

1

profits and losses

3. The timeframe for such documents shall be January 1, 2009 to present.

4. If GMP does not have any such documents in its possession, it shall so state in writing on a supplemental response to written discovery.

GMP agrees to the production of the following documents:

- Bank account statements
- Cash receipts journals
- Cash disbursement journals
- GMP's Form 1065 federal tax returns as filed with the Internal Revenue Service
- Any balance sheet and/or profit and loss statement

GMP objects to the production of documents other than the above-listed documents. GMP also objects to the timeframe proposed by Universitas. GMP further claims that all document production should be contingent upon Universitas identifying with particularity the allegations of the proposed Amended Complaint that allege specific misconduct on the part of GMP (as opposed to an allegation that Mr. Carpenter acted improperly with respect to an entity other than GMP). GMP also requests that the Court specify that GMP is not required to create a document that does not already exist. GMP will submit to the Court a memorandum of law outlining these positions.

Dated:

_____
Hon. Judge Robert M. Spector
U.S. District Court Magistrate Judge
District of Connecticut