**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 3:20-cv-00738<br><br>JUNE 28, 2021 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned moves to withdraw as counsel for plaintiff Universitas Education, LLC ("Universitas").  Other counsel has appeared for Universitas.  Actual notice of this Motion has been provided to Universitas.  Good cause exists for permitting my withdrawal, because I will retire on July 2, 2021, and will no longer represent clients in this or other matters.

For the foregoing reasons, I respectfully request that the Court permit me to withdraw as counsel for Universitas in the present action.

                                                   /s/
                                          Michael G. Caldwell, ct 26561
                                          Barclay Damon, L.P.
                                          545 Long Wharf Drive, 9th Fl.
                                          New Haven, CT 06511
                                          Ph. (203) 672-2665
                                          Fax (203) 654-3271
                                          mcaldwell@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on the same date copies of the foregoing were served on Universitas Education, LLC through its lead counsel in this action via electronic mail to:

Universitas Education, LLC
c/o Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Em. jmanson@jmansonlaw.com

/s/
Michael G. Caldwell, ct 26561