## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.<br><br>　　　　　　　　　　Defendants. | CASE NO. 3:20-cv-00738-JAM<br><br>August 2, 2021 |

## PLAINTIFF'S MOTION TO HOLD DANIEL CARPENTER IN CIVIL CONTEMPT FOR NONCOMPLIANCE WITH COURT ORDER DATED JUNE 24, 2021

Plaintiff Universitas Education, LLC ("Universitas"), upon the supporting Memorandum of Law and the exhibits attached thereto, hereby moves the Court pursuant to Fed. R. Civ. P. 45(g), 18 U.S.C. § 401, 28 U.S.C. § 1651 (All Writ's Act), and the Court's inherent powers, to hold Daniel Carpenter in contempt of court for his noncompliance with the Court's order dated June 24, 2021. Universitas respectfully proposes the following coercive sanctions for Mr. Carpenter's contempt:

1.　Impose an increasing daily monetary fine until Mr. Carpenter complies with Court's order and the subpoena served by Universitas. This fine should start at $1,000 and increase by $200 every day until Mr. Carpenter complies;

2.　Award Universitas attorneys' fees and costs arising out of the preparation and litigation of this contempt motion;

3.　Order that, should Mr. Carpenter fail to pay the increasing daily monetary fine and/or Universitas' legal costs, the Court will issue a warrant for Mr. Carpenter's arrest and he will be imprisoned until (1) he fully pays the increasing daily monetary fines and Universitas' legal costs, and (2) he fully complies with the Court's order dated June 24, 2021;

ORAL ARGUMENT NOT REQUESTED

    4.    Any further relief the Court deems just, proper and appropriate.

WHEREFORE, Universitas respectfully moves this Court to hold Daniel Carpenter in contempt and impose the sanctions proposed by Universitas.

Dated: August 2, 2021
      Alexandria, VA

PLAINTIFF UNIVERSITAS EDUCATION, LLC

By: /s/ Joseph L. Manson III          /
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Fax 703-340-1642
jmanson@jmansonlaw.com

*Admitted Pro Hac Vice*

*Attorney for Universitas Education, LLC*

## CERTIFICATION

I hereby certify that on August 2, 2021 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph L. Manson III