UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC

    *Plaintiff,*

v.

BENISTAR, ET AL.

    *Defendants.*

CASE NO. 3:20-cv-00738-JAM

JULY 14, 2021

## RESPONSES TO DOCUMENT REQUEST:

**Document Request No. 1:** Any and all Documents, including communications, relating to any matter concerning the receipt, purchase, sale, acquisition, and/or transfer of Property and/or Assets by any Judgment Debtor, Company, and/or Affiliate.

**Response:**

There are no responsive documents to this request because, to the best of my knowledge, there was no purchase, sale or transfer of any property by any Judgment Debtor.

**Document Request No. 2:** Any and all Documents concerning payments made to you, by any means, from any Judgment Debtor, Affiliate, and/or Company.

**Response:**

There are no responsive documents to this request because, to the best of my knowledge, there were no payments to me by any Judgment Debtor.

**Document Request No. 3:** Any and all Documents, including communications, relating to the ownership structure of any Judgment Debtor and/or Company.

**Response:**

To the best of my knowledge, there are no responsive documents in my possession.

1

**Document Request No. 4:** Any and all Documents relating to any bank accounts and/or accounts at any financial institution concerning any Judgment Debtor, Affiliate, and/or Company.

**Response:**

To the best of my knowledge, I do not have any bank account information other than bank account information provided by counsel for Universitas in various filings.

**Document Request No. 5:** Any and all Documents, including communications, relating to the Property and/or Assets, and/or any beneficial interests of any Property and/or Assets, belonging to any Judgment Debtor and/or Company.

**Response:**

To the best of my knowledge, I do not have any communications relating to the property, assets, and/or beneficial interest of the same of any Judgment Debtor.

**Document Request No. 6:** Any and all Documents concerning the good standing, dissolution, and/or other status of any Judgment Debtor and/or Company.

**Response:**

To the best of my knowledge, I have no responsive documents to this request in my possession.

**Document Request No. 7:** Any and all Documents, including communications, concerning payment for counsel representing the Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, and/or Phoenix Charitable Trust in the above-captioned matter.

**Response:**

There are no responsive documents to this request, because my wife has paid my legal bills since 2013.

_____
DANIEL CARPENTER
Non-Party Witness
18 Pondside Lane
Simsbury, CT 06092

## VERIFICATION

Subscribed and sworn to before me this 14th day of July, 2021.

_____
Notary Public

JASON J. CONCATELLI
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2022

3