# BRIEF CARMEN & KLEIMAN, LLP
ATTORNEYS AT LAW
805 THIRD AVENUE
NEW YORK, NEW YORK 10022

MATTHEW J. BRIEF
RICHARD E. CARMEN
IRA KLEIMAN*

www.briefjustice.com

* ALSO ADMITTED IN THE DISTRICT OF COLUMBIA

TELEPHONE
(212) 758-6160
(212) 832-5570

FACSIMILE
(212) 832-1747
(212) 832-7221

March 28, 2013

BY HAND
Paula K. Colbath, Esq.
Loeb & Loeb LLP
345 Park Avenue - 18th Floor
New York, NY 10154

Re: Universitas Education, LLC v. Nova Group, Inc.
Case No. 11-1590 -LTS-HBP

Dear Ms. Colbath:

Please recall that on March 4. 2013, Carole Bernstein, Esq., Peter Goldman, Esq. and I went to Meriden, Connecticut to review documents seized by the Department of Labor. At the time, we requested copies of certain documents, which we believed would aid Mr. Goldman in responding to the Information Subpoena issued by your office. Those documents were delivered to my office today. Copies are being sent to Mr. Goldman, and I am enclosing copies for your files as well. Please note that this production is being made jointly on behalf of Nova Group Inc., the Charter Oak Trust, Grist Mill Capital and Avon Capital.

Thank you for your attention to this matter.

Very truly yours,

Ira Kleiman

IK:dd
Encl.

cc: Carole Bernstein, Esq.