## Re: Emailing: 2021-6-14 GMP Discovery Declaration - DC Signed (00224184xE4B56).PDF



**Ben Chernow**
Fri 6/18/2021 10:50 AM

**To:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>
**Cc:** Lawrence Grossman <lgrossman@gs-lawfirm.com>; mcaldwell@barclaydamon.com

Jeff,

Thank you for sending us the discovery declaration. We cannot agree to any further limitations, and do not consider the past limitations binding. These were concessions intended to avoid court intervention. If court intervention is necessary then we will seek production as originally requested. We also seek the accounting records identified in the Charging Order. We agree that we should request the court enter a briefing schedule.

---

**From:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>
**Sent:** Friday, June 18, 2021 9:21 AM
**To:** Ben Chernow <bchernow@jmansonlaw.com>
**Cc:** Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Subject:** RE: Emailing: 2021-6-14 GMP Discovery Declaration - DC Signed (00224184xE4B56).PDF

Ben – as I understand it you are looking for the following information at this point:
1. Time frame 2009-present
2. Bank account statements
3. Bank signature cards
4. Cash receipts, cash disbursements journals
5. Any property transfer
6. All tax documents
7. Emails concerning "the property" or "Grist Mill Partners"

GMP will not agree as to this time frame or the production in #7.  We believe this request is not proportional.  Will you agree to any further limitations?  If not, we should just have the judge set a briefing schedule.  I don't have a sense of how to counter your position thus, at this time, I do not have a specific proposal.  I am available before if you want to speak further.  Thanks.

Jeff



**Jeffrey M. Sklarz**
Phone: (203) 285-8545 x101
Direct Dial: (203) 361-3135
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

www.gs-lawfirm.com

New Haven Office
One Audubon Street, 3rd Floor, New Haven, CT 06511