# RE: Conference - Motion to File Documents Under Seal

**Jeff Sandberg** <JSandberg@pamlaw.com>
Thu 8/12/2021 7:32 PM

To: Ben Chernow; Joseph Manson

A party I represent - Carpenter Financial Group & Grist Mill Holdings, LLC.
I have not yet completed my work, so I do not yet know. The documents are marked confidential, so I thought it best to file them under seal. For example, the Universitas/WSFS settlement agr. If don't want me to file the documents marked confidential under seal, I am happy not to do so, as this would make it easier for me.

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax

jsandberg@pamlaw.com



To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

---

**From:** Ben Chernow <bchernow@jmansonlaw.com>
**Sent:** Thursday, August 12, 2021 6:21 PM
**To:** Jeff Sandberg <JSandberg@pamlaw.com>; Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Re: Conference - Motion to File Documents Under Seal

Which party are you filing on behalf of? What are the specific documents you seek to file under seal?

---

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Thursday, August 12, 2021 7:11 PM
**To:** Ben Chernow <bchernow@jmansonlaw.com>; Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** RE: Conference - Motion to File Documents Under Seal

SDNY

# RE: Conference - Motion to File Documents Under Seal

**Sent:** Thursday, August 12, 2021 5:41 PM
**To:** Joseph Manson <jmanson@jmansonlaw.com>; Jeff Sandberg <JSandberg@pamlaw.com>
**Subject:** Re: Conference - Motion to File Documents Under Seal

Jeff,

Which proceeding are you filing the motion in?

---

**From:** Joseph Manson <jmanson@jmansonlaw.com>
**Sent:** Thursday, August 12, 2021 4:53 PM
**To:** Ben Chernow <bchernow@jmansonlaw.com>
**Subject:** Fwd: Conference - Motion to File Documents Under Seal


Sent from my iPhone

Begin forwarded message:

> **From:** Jeff Sandberg <JSandberg@pamlaw.com>
> **Date:** August 12, 2021 at 4:28:41 PM EDT
> **To:** Joseph Manson <jmanson@jmansonlaw.com>
> **Subject: Conference  - Motion to File Documents Under Seal**
>
>
> Good afternoon,
> I will be filing a motion to file documents under seal regarding Universitas's collections that are marked "Confidential." Please let me know if you agree, oppose or are unopposed.
> Thanks ,Jeff
>
> Jeffrey R. Sandberg, JD, MBA, CPA
> Member of the Bar, Texas and Florida
> Board Certified in Civil Appellate Law
> By the Texas Board of Legal Specialization
>
> Palmer Lehman Sandberg, PLLC
> (formerly Palmer & Manuel, PLLC)
> Campbell Centre I
> 8350 North Central Expressway
> Suite 1111
> Dallas, Texas 75206
> (214) 242-6454 Direct Line
> (214) 242-6444 - Main Line
> (214) 265-1950 Fax
> jsandberg@pamlaw.com
>
>