**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:20-cv-00738-JAM |
| | : | |
| v. | : | |
| | : | |
| BENISTAR, et al. | : | |
| | : | |
| Defendants | : | AUGUST 17, 2021 |

**MOTION FOR EXTENSION OF TIME TO**
**PRODUCE EMAILS IN RESPONSE TO DISCOVERY ORDER**

Pursuant to Fed. R. Civ. P. 7 and L. Civ. R. 7(b), the Defendant Grist Mill Partners, LLC

(the "Defendant"), hereby moves for an extension of time, up to and including August 23, 2021,

to provide emails responsive to the first set of interrogatories and requests for production

propounded by Plaintiff, Universitas Education, LLC (the "Plaintiff") and in accordance with the

Court's Discovery Order (ECF No. 163). In support thereof, states as follows:

1.      On or about February 18, 2021, Plaintiff served Plaintiff Universitas Education,

LLC's First Set of Interrogatories and Requests for Production to Grist Mill Partners, LLC dated

February 18, 2021 ("Plaintiff's First Set").

2.      Following a Discovery Dispute, the Court (Spector, USMJ) issued its Discovery

Order stating, in part: "Emails concerning GM Partners and/or property located at 100 Grist Mill

Road if and only if the Plaintiff provides GMP with identities of records custodians and search

terms."  On July 29, 2021, Plaintiff provided the search terms and records custodians for purposes

of the email production; *See* 7/28/2021 Chernow Email, Exhibit A.

3.     On August 16, 2021, GMP complied with the Discovery Order but requested additional time to cull attorney client materials from the email production.  GMP also interposed objections to the search terms and record custodians.  *See* GMP Email Objection, <u>Exhibit B</u>.

4.     Because of the incredibly broad nature of the search terms, thousands of search results were returned, many of which included privileged materials.

5.     Additional time is needed to ensure that no privileged materials are provided. Further, GMP believes that if any privileged material were provided the Plaintiff would use any errors to claim a waiver of privilege generally.

6.     The undersigned has inquired of Plaintiff's counsel, Ben Chernow, Esq. concerning the request set forth herein, but no response has been received as of the time of the filing of this Motion.

WHEREFORE, Defendant respectfully requests that this Court grant the within Motion and extend the time for Defendant to respond to produce emails for 1 week until August 23, 2021.

THE DEFENDANT
GRIST MILL PARTNERS, LLC


By:     /s/ Jeffrey M. Sklarz
        Lawrence S. Grossman (ct15790)
        Jeffrey M. Sklarz (ct20938)
        Green & Sklarz LLC
        One Audubon Street, Third Floor
        New Haven, CT 06511
        (203) 285-8545
        Fax: (203) 823-4546
        lgrossman@gs-lawfirm.com
        jsklarz@gs-lawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on the date set forth below a copy of the foregoing was served by electronic mail on the parties set forth below.

Dan E. LaBelle
labelle@halloran-sage.com

Michael R. McPherson
mcpherson@halloransage.com

Ilan Markus
imarkus@barclaydamon.com

Michael G. Caldwell
mcaldwell@barclaydamon.com

Joseph L Manson, III
jlm0505@hotmail.com

Date: August 17, 2021       /s/ Jeffrey M. Sklarz  

# EXHIBIT

# A

**Jeffrey Sklarz**

| | |
|---|---|
| **From:** | Ben Chernow <bchernow@jmansonlaw.com> |
| **Sent:** | Thursday, July 29, 2021 7:37 PM |
| **To:** | Jeffrey Sklarz |
| **Cc:** | Lawrence Grossman; Joseph Manson |
| **Subject:** | Universitas v. GMP - materials for email discovery |

<div style="background:cyan;text-align:center">

**CAUTION - EXTERNAL EMAIL**
**This email originated from outside of Green & Sklarz.  DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

</div>

Jeff and Lawrence,

Pursuant to the discovery order, please find our list of record custodians and search terms for email production below. We apologize for the delay. We are amenable to a corresponding extension to the production deadliine should such an extension prove necessary. The search terms are the same for all custodians.

**Search terms:**

Grist Mill Partners

GMP

GM Partners

Ensign-Bickford

Ensign

100 Grist Mill

Mill Pond

Curaleaf

Lease

Building

"hidden" or "hide" or "conceal" or "protect" or "secure" or "safe"

Rent

Mortgage

Property

Tenant

Landlord

Universitas

"creditor" or "crediter"

"judgment debtor" or "judgment debter" or "debtor" or "debter"

Lawsuit

Suit

Litigation

CFG

Carpenter Financial

Caroline

"charging order" or "order"

"restrain" or "notice" or "restraining notice"

Judgment

Moonstone

Seir Hill

Account

Bank

Transfer

Swain

Alter ego

"shell" or "sham"

"own" or "hold" or "held" or "title" and "new" or "different" or "other"


**<u>Records Custodians</u>:**

Daniel Carpenter

Molly Carpenter

Kathy Kehoe

Amanda Rossi

Joseph Castagno


Benistar Admin Services, Inc. ("BASI") - we request that BASI search its server for emails that otherwise have no current custodian. These emails are emails sent and/or received by Wayne Bursey, Jack Robinson, and/or Matthew Westcott.

# EXHIBIT

# B

**Objections to Search Terms**

**General Objection**:
1. The search terms provided, when individually run, do not reasonably narrow the document search. Therefore, the requested production is over broad, unduly burdensome and disproportionate to appropriate discovery in this matter.
2. The search terms requested to be searched result in the return of documents and communications that are subject to attorney client and/or work product privilege.

**Response**:

Notwithstanding the objections set forth above and below, responsive documents will be provided.

**Search terms**:

Grist Mill Partners

GMP

GM Partners

Ensign-Bickford

Ensign

100 Grist Mill

Mill Pond

Curaleaf

Lease

Building

"hidden" or "hide" or "conceal" or "protect" or "secure" or "safe"

Rent

Mortgage

Property

Tenant

Landlord

Universitas

"creditor" or "crediter"

"judgment debtor" or "judgment debter" or "debtor" or "debter"

Lawsuit

Suit

Litigation

CFG

Carpenter Financial

Caroline

"charging order" or "order"

"restrain" or "notice" or "restraining notice"

Judgment

Moonstone

Seir Hill

Account

Bank

Transfer

Swain

Alter ego

"shell" or "sham"

"own" or "hold" or "held" or "title" and "new" or "different" or "other"

**Records Custodians:**

Daniel Carpenter

Molly Carpenter

Kathy Kehoe
**Objection: A no time was Kathy Kehoe a record custodian of GMP.**

Amanda Rossi

Joseph Castagno

Benistar Admin Services, Inc. ("BASI") - we request that BASI search its server for emails that otherwise have no current custodian. These emails are emails sent and/or received by Wayne Bursey, Jack Robinson, and/or Matthew Westcott.

**Objection: A no time was BASI a record custodian of GMP.  This request should be directed to BASI, not GMP.**