UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | |
| VS. | : | NO. 3:20cv738(JAM)(RAS) |
| BENISTAR, ET AL. | : | SEPTEMBER 10, 2021 |

**BRIEF IN OPPOSITION TO MOTION FOR CONTEMPT**

The third-party witness Daniel Carpenter, as of the close of business on September 9, 2021, has caused 26 folders containing a total of approximately 90GB of records to be forwarded electronically to counsel for the plaintiff. He has, to the best of his knowledge and belief, fully complied with the Orders of the Court and with the requests of the plaintiff. Accordingly, the Motion for Contempt should be denied as moot.

DANIEL CARPENTER

BY: /s/ (ct00215)
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                           */s/*   *(ct00215)*
                                                JOHN R. WILLIAMS