UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | |
| VS. | : | NO. 3:20cv738(JAM)(RAS) |
| BENISTAR, ET AL. | : | SEPTEMBER 14, 2021 |

**SUPPULEMENTARY BRIEF IN OPPOSITION TO MOTION FOR CONTEMPT**

Counsel for the plaintiff has sent a letter to the undersigned in which he claims that the documents furnished in response to plaintiff's subpoena constitutes a "document dump" of documents not described in the response and not in fact responsive to the subpoena.  It is anticipated that he will make that argument at the remote conference scheduled for September 15.  In response to his claim, the attorney who prepared and submitted these documents has furnished a copy of the descriptions provided the plaintiff respecting each and every category of materials turned over.  His response is attached hereto as "Exhibit A" and demonstrates that, contrary to plaintiff's anticipated claim, Mr. Carpenter in fact fully and fairly responded to the exceptionally broad requests for documents contained in the plaintiff's subpoena.

DANIEL CARPENTER

BY:_____/s/_____(ct00215)_____
         JOHN R. WILLIAMS (ct00215)
         51 Elm Street
         New Haven, CT 06510
         203.562.9931
         Fax:  203.776.9494
         jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____(ct00215)_____
JOHN R. WILLIAMS

# EXHIBIT  A

## John R Williams

| | |
|---|---|
| **From:** | Jeff Sandberg <JSandberg@pamlaw.com> |
| **Sent:** | Tuesday, September 14, 2021 10:33 AM |
| **To:** | Dan Carpenter US; John R Williams |
| **Cc:** | 'Jeffrey Sklarz (jsklarz@gs-lawfirm.com)'; Lawrence Grossman; gholmes@odglaw.com |
| **Subject:** | RE: Original Carpenter Response to Carpenter Document Request Seven Requests Universitas Education vs Benistar et al |
| **Attachments:** | Sample Folders and Files Listings for 26 folders.docx |

Good morning,
I am attaching a Word doc containing folder/subfolder and files examples.
We provided 26 numbered folders (see pg 1 of 25). The folders are numbered so we could keep track of them as we uploaded them.
Each numbered folder typically has one subfolder that is descriptive. So for example, Folder 1's subfolder is "Benefit Plan Advisors" (see pg. 2 of 25), Folder 2's subfolder is "Bill White" (see pg. 3 of 25) . . .
I then "screenprinted" a listing of the sub-subfolders and files for the first portion of each grouping. Some listings are full listings because there are relatively fewer folders and files so that the listing fits on one page of my monitor screen.
Most files have file names, although if an Outlook/email file was not titled, Outlook simply numbers it.
So, contrary to Universitas's misrepresentations to the Court, the folders are labeled. Additionally, Outlook files have the title of the email/Outlook file from when it was sent.
The folder titles, to me, appear responsive to the document requests, particularly in light of the requests for documents relating to the judgment debtors.
Thanks, Jeff

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**From:** Dan Carpenter US <dcarpenter@usbgi.com>
**Sent:** Tuesday, September 14, 2021 8:34 AM
**To:** John R Williams <jrw@johnrwilliams.com>
**Cc:** 'Jeffrey Sklarz (jsklarz@gs-lawfirm.com)' <jsklarz@gs-lawfirm.com>; Lawrence Grossman <lgrossman@gs-

lawfirm.com>; gholmes@odglaw.com; Jeff Sandberg <JSandberg@pamlaw.com>
**Subject:** Original Carpenter Response to Carpenter Document Request Seven Requests Universitas Education vs Benistar et al

Please notice the Seven Requests.....then original Manson Complaint of July 16th....and then current complaint......of yesterday.....

Total non sequitur ......Right???

Dan

---

**From:** John R Williams <jrw@johnrwilliams.com>
**Sent:** Wednesday, July 14, 2021 9:24 AM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>
**Subject:** FW: Universitas Education vs Benistar et al

Just sent.

John R. Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931

---

**From:** John R Williams
**Sent:** Wednesday, July 14, 2021 9:22 AM
**To:** jlm0505@hotmail.com
**Subject:** Universitas Education vs Benistar et al

Attached are the sworn responses of Daniel Carpenter to the duces tecum aspect of your deposition subpoena, as ordered by the court.

John R. Williams, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931

ata (\\server) (I:) > 14184 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021

| Name | Date modified | Type | Size |
|---|---|---|---|
| Carpenter Universitas (CT--JAM-738) Folder 1 | 9/6/2021 8:30 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 2 | 9/6/2021 8:59 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 3 | 9/6/2021 10:14 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 4 | 9/6/2021 10:32 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 5 | 9/6/2021 12:26 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 6 | 9/6/2021 12:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 7 | 9/6/2021 1:33 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 8 | 9/6/2021 2:03 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 9 | 9/6/2021 2:33 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 10 | 9/6/2021 3:23 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 11 | 9/6/2021 3:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 12 | 9/6/2021 3:50 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 13 | 9/6/2021 3:55 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 14 | 9/7/2021 7:55 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 15 | 9/6/2021 4:04 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 16 | 9/6/2021 4:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 17 | 9/6/2021 4:46 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 18 | 9/8/2021 1:28 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 19 | 9/8/2021 1:29 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 20 | 9/8/2021 1:30 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 21 | 9/8/2021 1:32 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 22 | 9/8/2021 1:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 23 | 9/8/2021 1:35 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 24 | 9/8/2021 3:57 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 25 | 9/8/2021 3:59 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 26 | 9/8/2021 4:08 PM | File folder | |

ate (\\server) (b)  >  14184  >  Carpenter Universities (CT—JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universities (CT—JAM-738) Folder 1  >  Benefit Plan Advisors

⌄  ↻  ⊞  ⌕ Search Benefit Plan Advisors

**Benefit Plan Advisors**

- ☑ #008168153(1)
- ☑ #008168153
- ☑ #8168153 - David Coffman
- ☑ #8168817 - Bhupinder S Saini(1)
- ☑ #8168817 - Bhupinder S Saini(2)
- ☑ #8168817 - Bhupinder S Saini
- ☑ #8223234(1)
- ☑ #8223234
- ☑ #8226784(1)
- ☑ #8226784
- ☑ #8569090 - Philip Von Burg
- ☑ #9207380 - Schaefer(1)
- ☑ #9207380 - Schaefer
- ☑ $$$$
- ☑ $$$(1)
- ☑ $$$$(2)
- ☑ $$$(3)
- ☑ $$$
- ☑ $$$(1)
- ☑ $$$
- ☑ $1 Million Sales Idea(1)
- ☑ $1 Million Sales Idea
- ☑ $25,000,000 Key Man Policy(1)
- ☑ $25,000,000 Key Man Policy
- ☑ (NON-NY) New Employee Enrollment ePackage
- ☑ :: Quote for Town of Huntington
- ☑ [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn(1)
- ☑ [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn(2)
- ☑ [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn
- ☑ [1] manager's choice, [49] discussions, [12] comments and [30] jobs on LinkedIn(1)
- ☑ [1] manager's choice, [49] discussions, [12] comments and [30] jobs on LinkedIn
- ☑ [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn(1)
- ☑ [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn
- ☑ [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn
- ☑ [1] new discussions on LinkedIn(1)
- ☑ [1] new discussions on LinkedIn

- ☑ [9] new discussions, [1] new comment and [2] new jobs on LinkedIn
- ☑ [9] new discussions, [1] new comment and [2] new jobs on LinkedIn(1)
- ☑ [9] new discussions, [1] new comment and [2] new jobs on LinkedIn(2)
- ☑ [9] new discussions, [5] new comments and [3] new jobs on LinkedIn
- ☑ [10] discussions, [3] comments and [14] jobs on LinkedIn
- ☑ [11] discussions on LinkedIn
- ☑ [11] new discussions, [2] new comments and [1] new job on LinkedIn
- ☑ [11] new discussions, [3] new comments and [20] new jobs on LinkedIn(1)
- ☑ [11] new discussions, [3] new comments and [20] new jobs on LinkedIn
- ☑ [11] new discussions, [5] new comments and [16] new jobs on LinkedIn(1)
- ☑ [11] new discussions, [5] new comments and [16] new jobs on LinkedIn
- ☑ [12] discussions and [1] comment on LinkedIn
- ☑ [12] discussions, [11] comments and [3] jobs on LinkedIn(1)
- ☑ [12] discussions, [11] comments and [3] jobs on LinkedIn
- ☑ [13] discussions, [1] comment and [2] jobs on LinkedIn
- ☑ [13] discussions, [2] comments and [2] jobs on LinkedIn
- ☑ [14] discussions on LinkedIn
- ☑ [14] discussions, [1] comment and [10] jobs on LinkedIn
- ☑ [15] discussions, [6] comments and [27] jobs on LinkedIn(1)
- ☑ [15] discussions, [6] comments and [27] jobs on LinkedIn
- ☑ [16] discussions and [8] jobs on LinkedIn
- ☑ [16] discussions and [8] jobs on LinkedIn(2)
- ☑ [16] discussions, [215] comments and [98] jobs on LinkedIn(1)
- ☑ [16] discussions, [215] comments and [98] jobs on LinkedIn(2)
- ☑ [16] discussions, [215] comments and [98] jobs on LinkedIn
- ☑ [16] new discussions, [1] new comment and [2] new jobs on LinkedIn(1)
- ☑ [16] new discussions, [1] new comment and [2] new jobs on LinkedIn(2)
- ☑ [16] new discussions, [3] new comments and [1] new job on LinkedIn
- ☑ [18] discussions and [26] jobs on LinkedIn
- ☑ [18] discussions, [1] comment and [1] job on LinkedIn
- ☑ [18] discussions, [2] comments and [17] jobs on LinkedIn(1)
- ☑ [18] discussions, [2] comments and [17] jobs on LinkedIn
- ☑ [19] discussions, [6] comments and [33] jobs on LinkedIn

- ☑ [19] discussions, [6] comments and [33] jobs on LinkedIn
- ☑ [19] discussions, [9] comments and [9] jobs on LinkedIn(1)
- ☑ [19] discussions, [9] comments and [9] jobs on LinkedIn
- ☑ [20] new discussions, [7] new comments and [3] new jobs on LinkedIn(1)
- ☑ [20] new discussions, [7] new comments and [3] new jobs on LinkedIn(2)
- ☑ [20] new discussions, [7] new comments and [3] new jobs on LinkedIn
- ☑ [23] discussions and [2] comments on LinkedIn
- ☑ [23] discussions and [3] jobs on LinkedIn
- ☑ [24] discussions, [132] comments and [2] jobs on LinkedIn(1)
- ☑ [24] discussions, [132] comments and [2] jobs on LinkedIn(2)
- ☑ [24] discussions, [132] comments and [2] jobs on LinkedIn
- ☑ [42] discussions, [21] comments and [12] jobs on LinkedIn(1)
- ☑ [42] discussions, [21] comments and [12] jobs on LinkedIn(2)
- ☑ [42] discussions, [21] comments and [12] jobs on LinkedIn
- ☑ [43] discussions, [98] comments and [5] jobs on LinkedIn(1)
- ☑ [43] discussions, [98] comments and [5] jobs on LinkedIn(2)
- ☑ [43] discussions, [98] comments and [5] jobs on LinkedIn
- ☑ [49] discussions, [128] comments and [50] jobs on LinkedIn(1)
- ☑ [49] discussions, [128] comments and [50] jobs on LinkedIn(2)
- ☑ [49] discussions, [128] comments and [50] jobs on LinkedIn
- ☑ [51] discussions, [44] comments and [40] jobs on LinkedIn(1)
- ☑ [51] discussions, [44] comments and [40] jobs on LinkedIn
- ☑ [52] discussions, [24] comments and [25] jobs on LinkedIn(1)
- ☑ [52] discussions, [24] comments and [25] jobs on LinkedIn(2)
- ☑ [52] discussions, [24] comments and [25] jobs on LinkedIn
- ☑ [58] discussions, [3] comments and [31] jobs on LinkedIn(1)
- ☑ [58] discussions, [3] comments and [31] jobs on LinkedIn(2)
- ☑ [58] discussions, [3] comments and [31] jobs on LinkedIn
- ☑ [58] discussions, [34] comments and [35] jobs on LinkedIn(1)
- ☑ [58] discussions, [34] comments and [35] jobs on LinkedIn(2)
- ☑ [58] discussions, [34] comments and [35] jobs on LinkedIn
- ☑ [59] discussions, [24] comments and [15] jobs on LinkedIn(1)
- ☑ [59] discussions, [24] comments and [15] jobs on LinkedIn(2)
- ☑ [59] discussions, [24] comments and [15] jobs on LinkedIn
- ☑ [60] discussions, [6] comments and [20] jobs on LinkedIn(1)
- ☑ [60] discussions, [6] comments and [20] jobs on LinkedIn

- ☑ [60] discussions, [6] comments and [20] jobs on LinkedIn
- ☑ [66] discussions, [16] comments and [8] jobs on LinkedIn(1)
- ☑ [66] discussions, [16] comments and [8] jobs on LinkedIn(2)
- ☑ [66] discussions, [16] comments and [8] jobs on LinkedIn
- ☑ [66] discussions, [40] comments and [27] jobs on LinkedIn(1)
- ☑ [66] discussions, [40] comments and [27] jobs on LinkedIn(2)
- ☑ [66] discussions, [40] comments and [27] jobs on LinkedIn
- ☑ [66] discussions, [40] comments and [62] jobs on LinkedIn(1)
- ☑ [66] discussions, [40] comments and [62] jobs on LinkedIn(2)
- ☑ [67] discussions, [2] comments and [62] jobs on LinkedIn
- ☑ [67] discussions, [2] comments and [62] jobs on LinkedIn
- ☑ [67] discussions, [18] comments and [16] jobs on LinkedIn(1)
- ☑ [67] discussions, [18] comments and [16] jobs on LinkedIn(2)
- ☑ [67] discussions, [18] comments and [16] jobs on LinkedIn
- ☑ [68] discussions, [5] comments and [46] jobs on LinkedIn(1)
- ☑ [68] discussions, [5] comments and [46] jobs on LinkedIn(2)
- ☑ [68] discussions, [5] comments and [49] jobs on LinkedIn
- ☑ [68] discussions, [15] comments and [177] jobs on LinkedIn(1)
- ☑ [68] discussions, [15] comments and [177] jobs on LinkedIn(2)
- ☑ [68] discussions, [15] comments and [177] jobs on LinkedIn(3)
- ☑ [68] discussions, [15] comments and [177] jobs on LinkedIn
- ☑ [88] discussions, [38] comments and [14] jobs on LinkedIn(1)
- ☑ [88] discussions, [38] comments and [14] jobs on LinkedIn(2)
- ☑ [88] discussions, [38] comments and [14] jobs on LinkedIn
- ☑ [88] discussions, [38] comments and [14] jobs on LinkedIn
- ☑ [88] discussions, [39] comments and [21] jobs on LinkedIn(1)
- ☑ [88] discussions, [39] comments and [21] jobs on LinkedIn
- ☑ [69] discussions, [4] comments and [14] jobs on LinkedIn(1)
- ☑ [69] discussions, [4] comments and [14] jobs on LinkedIn(2)
- ☑ [69] discussions, [4] comments and [14] jobs on LinkedIn
- ☑ [70] discussions, [49] comments and [170] jobs on LinkedIn(1)
- ☑ [70] discussions, [49] comments and [170] jobs on LinkedIn(2)
- ☑ [70] discussions, [49] comments and [195] jobs on LinkedIn
- ☑ [71] discussions, [23] comments and [19] jobs on LinkedIn(1)
- ☑ [71] discussions, [23] comments and [19] jobs on LinkedIn(2)
- ☑ [71] discussions, [2] comments and [19] jobs on LinkedIn
- ☑ [72] discussions, [2] comments and [45] jobs on LinkedIn(1)
- ☑ [72] discussions, [2] comments and [49] jobs on LinkedIn(2)

sta (\\server) (I:) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT-JAM-738) Folder 2 > Bill White

- Athur Jaros (Bill White)
- Bill White
- Bill White background
- Danny A. Parman (Bill White)
- Diane N. Cook (Bille White)
- Dwayne Maroszek (Bill White)
- Dwight L. Johnson (Bill White)
- Fred Petersen (Bill White)
- Michael Jewel (Bill White)
- Patrick A. Vanderburgh (Bill White)
- Richard D. Darley (Bill White)
- Thomas J. Griffey (Bill White)
- William Stern (Bill White)
- Bill White - FL License 8-8-07
- Bill White - NV License (2)
- Bill White - NV License
- Bill White - Union Central License Request 2.25.09
- Bill White and Ken Grubb Bill March 27
- Bill White's E&O insurance
- ProFinancialServices - Bill White
- Rex & Bill White PAC Life Requests 2.23.09
- Richard Poston - Bill White's Sig. Needed
- State of IL renewal paperwork Bill White
- Tax Lien Letter Bill White Principal
- Tax Lien Letter Bill White
- Tax Lien Letter Bill White
- Tex Lien Letter Bill White
- UC - License Request - Bill White
- WCL Agent's Agreement - Bill White (REX)

ta (\\server) (b)  >  1419A  >  Carpenter Universitas (CT-JAM-738)  >  Carpenter Universitas (CT-JAM-738) Folder 3  >  BPA

✓  ᴏ  |  ⌕ Search BPA

- SS
- 9-23-2009 BPA response to smith interrogatories and Production
- 10-12-2009 BPA motion to amend scheduling order
- BPA
- BPA comments
- BPA Interrogatories for Admission and document production
- BPA STAR UPDATED
- BPA v Penn Mutual
- BPA v. Top Man~Teterra~Smith Trust
- GMT BPA FOLDERS
- $1$M(M LLL()
- $1$M(M LLL(2)
- $1$M(M LLL
- $125,000,000 Key/Man Policy(1)
- $125,000,000 Key/Man Policy
- $500 check()
- $500 check
- [Fwd., [Fwd., Penn Mutual Contacting - Associates of Clifton Park]]
- [Fwd., [Fwd., RE, Cremer illustration]]
- [Fwd., Associates of Clifton Park -Inc Agy]
- [Fwd., FW, Frank Musseman] - 9209735]
- [Fwd., FW_Jamie Docster – CT License]
- [Fwd., Gerald Sher - Veltline Benefit Policy #1/70466599](1)
- [Fwd., Gerald Sher - Veltine Benefit Policy #1/70466699]
- [Fwd., Lola Rosenthal](1)
- [Fwd., Lola Rosenthal]
- [Fwd., M Pollock]
- [Fwd., Obfian, Edward]
- [Fwd., Pollock App – Need Signatures]
- [Fwd., Pollock, Melvire – Need Signature]
- [Fwd., RE, [Fwd., Frank and Helen Mussemen]]
- [Fwd., RE, [Fwd., RE, [Fwd., RE, [Fwd., Frank and Helen Mussemen]]]]
- [Fwd., RE_9209746 & 9209735 - Mussemen]
- [Fwd., RE_Cremer Illustration]
- [Fwd., RE_Gurgis, Vivian]
- [Fwd., RE_Lambert()(1)
- [Fwd., RE_Lambert]
- _(1)
- _(2)
- _(3)
- _(4)
- _(5)
- _(6)
- _(7)
- _(8)
- _(9)
- _(10)

(The following are file-list items with identifiers)

| | | | | | | |
|---|---|---|---|---|---|---|
| _(11) | _(49) | _(87) | _(125) | _(163) | _(201) | _(339) |
| _(12) | _(50) | _(88) | _(126) | _(164) | _(202) | _(391) |
| _(13) | _(51) | _(89) | _(127) | _(165) | _(203) | _(393) |
| _(14) | _(52) | _(90) | _(128) | _(166) | _(204) | _(394) |
| _(15) | _(53) | _(91) | _(129) | _(167) | _(205) | _(395) |
| _(16) | _(54) | _(92) | _(130) | _(168) | _(206) | _(396) |
| _(17) | _(55) | _(93) | _(131) | _(169) | _(207) | _(397) |
| _(18) | _(56) | _(94) | _(132) | _(170) | _(208) | _(398) |
| _(19) | _(57) | _(95) | _(133) | _(171) | _(209) | _(399) |
| _(20) | _(58) | _(96) | _(134) | _(172) | _(210) | _(400) |
| _(21) | _(59) | _(97) | _(135) | _(173) | _(211) | _(401) |
| _(22) | _(60) | _(98) | _(136) | _(174) | _(212) | _(402) |
| _(23) | _(61) | _(99) | _(137) | _(175) | _(213) | _(403) |
| _(24) | _(62) | _(100) | _(138) | _(176) | _(214) | _(404) |
| _(25) | _(63) | _(101) | _(139) | _(177) | _(215) | _(405) |
| _(26) | _(64) | _(102) | _(140) | _(178) | _(216) | _(406) |
| _(27) | _(65) | _(103) | _(141) | _(179) | _(217) | _(407) |
| _(28) | _(66) | _(104) | _(142) | _(180) | _(218) | _(408) |
| _(29) | _(67) | _(105) | _(143) | _(181) | _(219) | _(409) |
| _(30) | _(68) | _(106) | _(144) | _(182) | _(220) | _(410) |
| _(31) | _(69) | _(107) | _(145) | _(183) | _(221) | _(411) |
| _(32) | _(70) | _(108) | _(146) | _(184) | _(259) | _(412) |
| _(33) | _(71) | _(109) | _(147) | _(185) | _(260) | _(413) |
| _(34) | _(72) | _(110) | _(148) | _(186) | _(261) | _(414) |
| _(35) | _(73) | _(111) | _(149) | _(187) | _(262) | _(415) |
| _(36) | _(74) | _(112) | _(150) | _(188) | _(263) | _(416) |
| _(37) | _(75) | _(113) | _(151) | _(189) | _(264) | _(417) |
| _(38) | _(76) | _(114) | _(152) | _(190) | _(265) | _(418) |
| _(39) | _(77) | _(115) | _(153) | _(191) | _(266) | _(419) |
| _(40) | _(78) | _(116) | _(154) | _(192) | _(267) | _(420) |
| _(41) | _(79) | _(117) | _(155) | _(193) | _(268) | _(421) |
| _(42) | _(80) | _(118) | _(156) | _(194) | _(232) | _(422) |
| _(43) | _(81) | _(119) | _(157) | _(195) | _(270) | _(423) |
| _(44) | _(82) | _(120) | _(158) | _(196) | _(272) | _(424) |
| _(45) | _(83) | _(121) | _(159) | _(197) | _(233) | _(425) |
| _(46) | _(84) | _(122) | _(160) | _(198) | _(286) | _(426) |
| _(47) | _(85) | _(123) | _(161) | _(199) | _(237) | _(427) |
| _(48) | _(86) | _(124) | _(162) | _(200) | _(238) | _(438) |

ata (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 4 › COT

Search COT

- 4-2010 Settlement agreement GMC-COT Folder
- 7-2-2010 Excel of COT Letters
- 11-06-09- Settlement COT and GMC
- 2010 & 2011 COT MASTER LIST
- Alton Patton - COT Copy File
- 8 4 2009 COT letter to LFG
- COT - AVON
- COT -- AVON
- COT 2nd yr. Funding Memo's
- COT 5.6.10
- COT 9.17.07
- COT Brokers
- COT Payments and info
- COT PRELLE
- COT Pre review
- COT Procedures
- COT Response to plaintffs
- COT Scorecard
- COT-AVON Accounting Reports
- Doug Sanders COT
- Ernest Cotton (Hillcrest)
- Incateda LTD
- Insured Prospects COT 2009
- LFG Changes - COT
- LFG COT
- Mark Salzman COT
- Penn Mutual v COT Matinez and Bursey
- Penn v COT-Bursey-Waesche
- PennMutual-COT
- Vito Esparo COT & Non-med (Ed Waesche)
- 1.6.10 GMC DE WIRE TO COT (R. Waldman)
- 1.13.10 GMC DE WIRE TO COT-2009 (I. Cinestman)
- 1.29.10 AVON WIRE TO COT (Luciani)
- 1.29.10 GMC DE WIRE TO COT (Paulraud)
- 1-6-2011 Changed to quarterly COT LFG
- 1st & Last - COT 2009
- 1st & Last pages - COT 2009
- 4.5.10 GMC DE WIRE TO COT (R. Waldman)

- 4.23.10 GMC DE WIRE TO COT (Paulraud)
- 5-4-2009 COT-Beneficial Interest
- 7-2-2009 JR Draft COT Benefits letter-Spencer
- 7-23-2008 Settlement Release for COTDeath
- 7-28-2009 Ed Waesche broker listRE COT Letter
- 8-4 2009 COT letter to LFG
- 8-4-2005 RE COT Calls
- 8-17-2009 RE COT Letters
- 8-31-2010 excel of COT letters and ret receipts
- 12.31.09 Balanced Ridgewood & COT BIBLE
- 12.31.09 Balanced Ridgewood & COT email Dan - BIBLE
- 12.31.09 Balanced Ridgewood & COT email Dan -
- 2012 COT ALL PAY (as of 5.31.12)
- 9024-2009 Alton Patton declined COT Letters Batch 2
- Admin Kit Section 8 Page - COT
- Advantages of the COT 10.22.07
- AIT-COTANALYSIS (ALPHA)
- AIT-COTANALYSIS (ALPHA)
- AIT+COT-COT09 ANALYSIS (ALPHA)
- AIT+COT+COT09 ANALYSIS (ALPHA400)xwry
- AIT+COT+COT09 ANALYSIS (ALPHA400)xwry
- AIT+COT+COT09 ANALYSIS (ALPHA400)xwry
- AIT+COT+COT09 ANALYSIS (ALPHA90)9xwry
- AIT+COT+COT09 ANALYSIS w GMC Notes (EFF DT)
- AIT+COT+COT09 ANALYSIS w GMC Notes (EFF DT)
- AIT+COT+COT09 ANALYSIS w GMC Notes
- AIT-COT+COT09 ANALYSISw GMC Notes
- AIT-COT-COT09 EFF DT ANALYSIS
- AIT+COT-COT09 EFF DT ANALYSIS
- Al Auchstetter - COT 09 Bene Form
- American National PNC COT form
- Analysis for all COT & AIT Policies (eff dt)
- Analysis for all COT-AIT Policies
- Analysis of COT and Nova TLB bank accounts Information Subpoena
- Annundata COT Informal Inquiry
- Application_Ernest Cotton_LSW

- Aterburn, Ben - 1.14.11 COT Letter
- Aterburn, Ben - COT Enrollment
- Arthur Bean - COT09 Bene Form
- Auchstetter, Alvin - COT 2009
- Authorization to Obtain and Release Info COT
- Aug & Sept 2012 Q Prem Due - COT
- AVON COT HOUSE OWNED
- Baker, Charles - COT Enrollment docs
- Bank Funding List 3% - COT 2008
- Barbara Wisda COT HIPPA
- Bean, Arthur - COT 2009
- Bean, Arthur - COT Audits
- Benefit FUNDING Package (COT)
- Bennet, James - COT Funding Package 1 of 2
- Bennett, James - COT Funding Package 2 of 2
- Bennett, James - COT Term Letter
- Biermaier COT Enrollment Docs
- Bolton - COT09 Bene Form
- Bolton Tax & Bookkeeping COT Enrollment Docs
- Bolton, Bobby COT Enrollment
- Bolton, Bobby COT DA & CA
- Brian Creek Farm (7369) - COT ABC docs
- Cargill, Bobby - COT Docs
- check request for Nantucket Cottage Hosp
- Chilcoat, Jeanette - COTD, A & CA
- Chilcoat, Jeanette - COT Enrollment Docs.
- Chilcoat, William - COT D,A & CA
- Chilcoat, William - COT Enrollment Docs.
- Cinestman, James (partial) - COT 2009
- Clean Copy of COT Carpenter Motion to Unseal Affidavit 4-27-2012
- Clean Copy of COT Motion to Unseal Affidavit 4-25-2012 (accepted)
- Clean Copy of COT Motion to Unseal Affidavit 4-25-2012 (redlined)
- Cinard, Marlene - COT 2009
- Cinard, Marlene - COT Audits
- Collins COT Docs
- Copy of Copy of Copy of COT (Prelle) 7-24-2008
- Copy of Copy of Copy of COT (Prelle) 7-14-2008
- Copy of Copy of Copy of COT (Prelle) 7-24-2008

- Copy of Copy of COT (Prelle) 1-8-09
- Copy of Copy of COT (Prelle) 6-24-2008
- Copy of Copy of COT (Prelle) 6-24-08 GUV COM
- Copy of Copy of COT (Prelle) 7-1-2008
- Copy of Copy of COT (Prelle) 7-7 2008
- Copy of Copy of COT (Prelle) 10-7-2008
- Copy of Copy of COT 2-15-2008
- Copy of Copy of COT 2-22-2008
- Copy of Copy of COT 2-26-2008
- Copy of Copy of COT 5-11-2008
- Copy of Copy of COT 3-27-08
- Copy of Copy of COT 3-27-2008
- Copy of Copy of COT 4-10-08
- Copy of Copy of COT 4-28-08
- Copy of Copy of COT 5-8-08
- Copy of Copy of COT 6-5-08
- Copy of Copy of COT 6-16-08
- Copy of COT (Prelle) 6.17.2008
- Copy of COT (Prelle) 6.24.2008
- Copy of COT (Prelle) 7.1.2008
- Copy of COT (warren response) 6.17.2008
- Copy of COT Address List
- Copy of COT Annual Master List - 20120/inpaid-df)
- Copy of COT Spreadsheet Sep 10
- Copy of COT-AVON Life Asset Spreadsheet (guy Jenny)
- Copy of COT-AVON Life Asset Spreadsheet (guy Jenny)
- Copy of Updated Payments Balanced Ridgewood COT 12 31 10 BIBLE
- Corp Resolution on COT COO to GMC
- COT - 12 Reasons
- COT - AVON
- COT - Bailey, M - LFG (562) Premium Notice
- COT - B - AIT Accting TOTALS 5-19-09
- COT - LO + LT Letter 7.31.2009
- COT - TD Bank May 2009 - June 2010[1]
- COT 09.9.13.13 REQ FOR FUN DOCS (im--rec fun 5.22.17)
- COT 6c 09.9.13.13 REQ FOR FUN DOCS
- COT 1.18.2008

- COT 1.28.2008
- COT 1.18.2008
- COT 1.28.2008
- COT 4.5.11 Request - cot active
- COT 4.5.11 Request - Pend XPO
- COT 4.5.11 Request
- COT 4.5.11 Request-LFG12
- COT 4.5.11 Request-LFG12
- COT 4.5.11 Request-LIT
- COT 4.5.11 Request-Pend XPO
- COT 5.19.11
- COT 5.19.11
- COT 6.7.10? ret receipts
- COT 7.2.10 ret receipts
- COT 7.2.10 ret receipts
- COT 7.2.10 ret receipts
- COT 7.6.10 Termination Labels
- COT 7.6.10 Termination Letters
- COT 8.11.09
- COT 24 as of 6.14.12
- COT 24 (AS OF 4.23.12)
- COT 24 as of 6.14.12
- COT 24 as of 8.20.12 withS
- COT 24 as of 8.20.12
- COT 24 as of 12.31.12
- COT 24 as of 12.31.12
- COT 2009 (Most recent pay bac
- COT 2009 (Most recent pay bac
- COT 2009 (Most recent pay to b
- COT 2009 (Most recent pay to b
- COT 2009 (Q Pay December 11
- COT 2009 24 months
- COT 2009 dec 10.26.10
- COT 2011 DEC 1.13.11
- COT ACTIVE (ONLY) 7.15.11
- COT ACTIVE INFORCE ILLUS RE
- COT Activity Summary to 12.31
- COT ADDR REQ 7.17.15
- COT ADDRESS 5.6.10
- COT Agreement-Spencer not ta
- COT AIT Financial Details

ta (\\server) (I:)  >  14164  >  Carpenter Universities  >  Carpenter Universities (CT—JAM—738) Docs Produced Sept 7-9 2021  >  Carpenter Universities (CT—JAM—738) Folder 5  >  DECVIEW  >  DDviewer

Search DDviewer

- aibitrqp.asp_files
- benristar csr
- bemristar 419 PA
- bookmark&php_files
- Business-in-a-Box Files
- cache
- cheryl newman boarding pass_files
- Copy of My Music
- Downloads
- EMAIL
- Equality Forum event.cfm_files
- Fair Solution_files
- Favorites
- gustafson claims
- kindle DTP information_files
- My eBooks
- My Meetings
- My Videos
- Non qualified plans 1_files
- Order Confirmation for Gay & Lesbian Marketing Conference - New York City_files
- precast Terrazza Enterprises, Inc. ESOP Docs
- Precast Terrazzo ESOP Docs
- publishing
- Sweet Eco-friendly lesbian travel, lesbian vacations, lesbian events_files
- Updates5
- Wealth Preservation Institute _ Webinars_files
- xls files for tax trend control
- 🗎 ~Site Bay Holdings LLC Agreement (2)
- 🗎 ~Swis Capital Management, LLC Corporate Docs
- 🗎 ~Swis capital management, llc
- 🗎 ~WEL0008.tmp
- 🗎 1 2011 Fresno Retirees with ID numbers and status
- 🗎 2 Tier Formulary
- 🗎 3 12 11 midatlantic
- 🗎 4 seasons april 17 contract and BEO
- 🗎 5 12 11 midatlantic
- 🗎 07-08 renewal mailing cost
- 🗎 8 TAB DIVIDER TEMPLATE

- 🗎 24 Seminary Lead Disclosure
- 🗎 24 Seminary Road
- 🗎 47 woodchuck hill decline letter
- 🗎 175 Gracey Road FVHD Files
- 🗎 199 FTR young vs pfvoeter writ and notice of suit
- 🗎 412(q) Client Brochure
- 🗎 457 names
- 🗎 529 plans cain College Savings Be Saved
- 🗎 1035 Life Insurance Exchange Guidelines and Exchange Procedures
- 🗎 1120
- 🗎 1202 D Affordable Care Act
- 🗎 1998~seadoo-vp-part6[1]
- 🗎 2002 SUBARU AMORTIZATION SCHEDULE
- 🗎 2005 Chateauneuf beoucestie
- 🗎 2005 Chateauneuf donjon 1
- 🗎 2005 Le Vieux Donjon
- 🗎 2007 Vacation Request Form
- 🗎 2008 RENEWAL AND 2009 MAILING COST
- 🗎 2008 Rx Medicare Part DFormulary 2 page-03 AAP 071015
- 🗎 2008 sgfa enroll form
- 🗎 2008 sgfa enroll form and med id card req
- 🗎 2009 AGFA MEETING AGENDA
- 🗎 2009 dental claims appeal
- 🗎 2009 fields rx ecb.MDI
- 🗎 2009 gay market report
- 🗎 2009 HPC Annual Report State and Fed Tax Return copy for filing
- 🗎 2009 letter of med rec strauss
- 🗎 2009 medco EOC
- 🗎 2009 medicare and you handbook
- 🗎 2009 medicare home health rates
- 🗎 2009 Part D Formulary immunologicals and Vaccines
- 🗎 2009 RENEWAL MAILING COST
- 🗎 2009 RENEWAL print cost estimates
- 🗎 2009 Vacation Request Template
- 🗎 2009-2010 RENEWAL MAILING COST
- 🗎 2010 Gay Days Contract
- 🗎 2010 home health care medicare

- 🗎 2010 IRS Publication 555
- 🗎 2010 medico comprehensive formulary
- 🗎 2010 medco EOC
- 🗎 2010 Medicare and you handbook
- 🗎 2010 medicare wheel chair ramp
- 🗎 2010 at philips house gdfa
- 🗎 2010 at philips house gdfa
- 🗎 2010 Vacation Request Template
- 🗎 2010_USA_TODAY_Date_Card
- 🗎 2011 Drexel_Daniel HIPAA Security and Compliance Training
- 🗎 2011 IRS Publication 334
- 🗎 2011 RDP Context GLBT EXPO
- 🗎 2011 student loan interest sallie mae
- 🗎 2012 Annual Report Letter MidAtlantic Trust
- 🗎 2012 County of Fresno Health and Wellness Fair Vendor Info
- 🗎 2012 FLOATING HOLIDAY REQUEST FORM
- 🗎 2012 Foley Risk Management 8275
- 🗎 2012 Sierra College Site Visit
- 🗎 2012_Advertising_Rate_Card
- 🗎 2848 Harwood personal
- 🗎 4509R
- 🗎 A
- 🗎 AARP disenrollment request hazlett
- 🗎 AARP Healthcare Medicare Supplement Plans
- 🗎 AARP UHC Plan F
- 🗎 ABT Overview for Inc 10.20.12
- 🗎 Abone Policy Inquiry
- 🗎 Abridged 5- Tier  National Preferred 3 Tier
- 🗎 Accessing the Online Anthem Provider Directory
- 🗎 Acuna 2008 TL Shoulder issue
- 🗎 adam spring 2012 tuition
- 🗎 ADDENDUM TO CONTRACT FOR US BENEFITS GROUP
- 🗎 additional charges from my checking for GLBT NYC
- 🗎 admin kit process for donna
- 🗎 Advanced Profixely Split Dollar Trust Enrollment Forms
- 🗎 Aetna PDP Drug List
- 🗎 aetna policy docs dan
- 🗎 AFFIDAVIT from IRS Raid

- 🗎 AFS Envelope
- 🗎 AFS Letter Head 1
- 🗎 AFS Letter Head
- 🗎 AFS Logo Letter Head for GREAT TRUST
- 🗎 sgfa 2008 plan summary
- 🗎 AGFA 2008 Post 65 Enrollment packet 2
- 🗎 AGFA 2008 Post 65 Enrollment packet
- 🗎 AGFA 2009 meeting cover sheet
- 🗎 AGFA ENROLL DECLINE FORM 2008
- 🗎 AGFA ENROLL DECLINE FORM 2008
- 🗎 AGFA meeting Contact Sheet 2009
- 🗎 AGFA Retiree plan cover letter
- 🗎 agp 3054 summary of benefits
- 🗎 AIDS In America 2.10.10
- 🗎 alan borba perm illustration
- 🗎 ale Fax Coversheet
- 🗎 ALEX Release eRin92
- 🗎 alexander, ceftron aidline receipts
- 🗎 Alexander, Carlton Balance 3han 3 12
- 🗎 Alexander, Carlton Balance 3an 3 12
- 🗎 Alexander, Carlton Balance 3han 3 12
- 🗎 Alexander, Carlton final accounting
- 🗎 Alexander, Carlton Test Results (Medical)
- 🗎 alexander, ceftron trip receipts
- 🗎 Allen RXK Premium Survivorship Life Illustration
- 🗎 amazon selling
- 🗎 amerveterha-Find
- 🗎 Anaheim Discrepancies 12 28 11
- 🗎 Anaheim Enrollment Presentation Final
- 🗎 Anaheim hotel CC Authorizatin Form
- 🗎 enaheim Non Part D
- 🗎 Anaheim Pharmacies rear Anthem CA - Express Scripts
- 🗎 Anaheim UHSO - Good Address Medicare Retiree Census 11-22-11
- 🗎 Anaheim UHSO - Medicare Retiree Census 11-22-11
- 🗎 Anaheim UHSO RR - Good Address Medicare Retiree Census 11-22-11
- 🗎 Anaheim UHSO RR - Good Address Medicare Retiree Census 11-22-11
- 🗎 Anaheim Union High School District ppt
- 🗎 Anaheim Union High School District ppt
- 🗎 Anderson Illustration
- 🗎 Anderson, Todd and Krista Illustration Education
- 🗎 angels are around you

- 🗎 Aismult
- 🗎 Aismult
- 🗎 Aismult
- 🗎 Aismult
- 🗎 Aismult
- 🗎 Aismult
- 🗎 Aismult
- 🗎 anti fra
- 🗎 appeal
- 🗎 Apr 17
- 🗎 Arbrite
- © atbrites
- 🗎 Arbrita
- 🗎 Arbrita
- 🗎 Attorns
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 AUHSC
- 🗎 Author
- 🗎 Ballero
- 🗎 Ballero
- 🗎 Ballero
- 🗎 bankira
- 🗎 Batdrol
- 🗎 BASI H
- 🗎 BASI S
- 🗎 BASI SF
- 🗎 BASI 5.
- 🗎 Basic J
- 🗎 Benefit
- 🗎 BenefiTh

ta (\\server) (t:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 6  >  Five Star

- Five Star
- Five Star Agent Splits
- Five Star Comp
- Five Star Forms
- Five Star Termed
- Insured Prospects - Five Star
- Compensation Agreement Between Five Star Financial Consulting
- Copy of Rex Pending Policy Status 6-19-07 Five Star
- Five Star 3-18-07 P. Carter
- Five Star APS Fax Request
- Five Star AXA IGT Charitable
- Five Star Cases 3-31-06
- FIVE STAR CLIENT WORKSHEET
- Five Star Financial - Application Processing (update 5-5-06)
- Five Star Financial - Application Processing w Target
- Five Star Informal Inquiry (version 8.28.06)
- Five Star Informal Inquiry (version 8.28.06)
- Five Star Informal Inquiry (version 10.11.06)
- Five Star Informal Inquiry (version 10.11.06)
- Five Star Informal Inquiry (version 20061207)
- Five Star Informal Inquiry _version 8.28.06_
- Five Star Pay 4-20-07
- Five Star Pay 4-26-07
- Five Star Pay 5-24-07
- Five Star Pay 6-5-07
- Five Star Pay 6-19-07
- FIVE STAR Payout 4-25-07
- Five Star PEARS PREMIER PP 9 24 07
- Five Star PennMutual 8.22.07 Status
- Five Star Rexisinc Log Ons
- FIVE START TPG AGREEMENT (PENN, F&G)
- Gwyer, John R. - Five Star Accounting
- M.Millen (Five Star Autho)
- Maroszek Dwayne - Five Star Informal
- R.Raffett (Five Star Autho)
- Rex Comp (Paul Carter 3.8 to 3.18)
- Rex Invoice PM 3-18-07 - Five Starincandela
- Rex Pending Policy Status 6-19-07 Five Star
- Rex Status Five Star 6.12. 07

- Scanning Labeling Procedure for Rex and Five Star
- TPG Letter Agreement (Penn Mutual) w Five Star 3.28.06
- TPG, FIVE STAR, PayItForward Agreement

Data (\\server) (t:) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT-JAM-738) Folder 7 > GNeumann > gneumann

- Adobe
- bitpim
- Bluetooth
- Carryover's
- Copy of Bluetooth
- Copy of My eBooks
- Copy of My Received Files
- Desk Top
- DeskTop
- EMAIL ARCHIVE PRE08
- Favorites
- filelib
- My Archives
- My Documents
- My eBooks
- My Google Gadgets
- My Received Files
- New Folder (2)
- NEW LAPTOP
- Radi-Yo - Live Internet Radio - Listen Broadband_files
- SHAUN
- 1.419-1t Regulation
- 1
- 2.cl5
- 3.cl5
- 301.6708-1T
- 419 Final Regs w Summary
- 2005 Summary Annual Report Letter
- A G R E E M E N T3 (revised 7-24-08)
- AGENDA3
- App Reply Brief (P0029990) revised
- archadi iduchin.cl5
- Aia envelope
- AXA Notice and Consent WI
- BENISTAR.419 Legal Opinion - 1998
- BPA TIPAA
- BPA3
- CA Life app
- Charter oak rates&chart 12-13

- Charter Oak Trust Client Package(C)-Prell
- ChatLog Grist Mill Trust Webinar 2009_08_12 13_46
- ChatLog Grist Mill Trust Webinar 2009_08_19 13_59
- Copy of Copy of COT (Prello) 6-24-08 GUY COM
- Copy of Inventory
- Corbel Defined Benefit Checklist
- Credit Swiss Approved Carriers
- Dave Scott
- Default
- desktop
- Doc1
- Dunhill
- E & A Grist Mill Opinion 95-34
- eFax Compose Fax 3.4
- eFax Messenger 3.4
- Elderly women arrested in insurance fraud case
- Eugene Mercy Jr. Pac Life Producer Questioner
- F&G Vegas 50 Year PNS
- Fall Order 2008 Mariel WH
- Finance Documents - EXAMPLE FOR BROKERS
- Gary Tharp (Carryover 1.3M DB)
- Girard
- GMT Living Benefits Trust Points
- GMT Net Gain Split Dollar Memo
- Greg Thelen (Carryover 1M UC)
- Grist Mill PowerPoint 11-17-2004
- Hartford Comp Letter
- Hooman Preferred Smoker F&G Life One
- Howard Sargeant Financial Statement
- IM000619
- Increase Scrutiny for Tax Shelters
- Interest Rates (Blended and Adjusted)
- Jean-Mark Bur 5mil DB
- Jefferson Enrollment Package (Sep 21 06)
- Jenny & Guy
- lance letter
- Letter to Kathy Wass per Premium Financing (Guy Revised)
- Mass Presentation
- Mr & Mrs Valued Client JPF Duet 300 Plus $20MM dB 10py

- Mr & Mrs Valued Client JPF Duet 300 Plus $20MM dB 20py GMT Carryover
- Mr & Mrs Valued Client JPF Duet 300 Plus $20MM dB 20py
- Mr. Ackerman (Life One 500K)
- Mr. Ackerman (Life One 750K)
- My card 1
- My Sharing Folders (gneumann v1)
- My Sharing Folders (gneumann v2)
- My Sharing Folders
- Neonatology
- NOVA Living Benefits Trust rev. 1.03.2007
- Radi-Yo - Live Internet Radio - Listen Broadband
- Richard S(Life One 500k DB)
- ROBCO LTC Refund Check
- Robert Smith
- rtf_delivery
- Shortcut to gneumann's Documents
- Shortcut to My Pictures
- Simpson Hartord
- Spirit Flow Chart (rev)
- tax_law_informer_summer_2004
- To Whom It May Concern
- Tom Gibb
- Valued Client (Age 53 Carryover 4MM)
- Valued Client (Carryover 4.5MM)
- Valued Client (Carryover 48 Male 55M)
- Valued Client (Carryover 50K 1M DB)
- Valued Client (Carryover 68 $8.03 M Tony)
- Valued Client Cice (50 7MM DB)
- Wagner (Carryover $6.8MM DB)
- Why GMT is not Listed Transaction (Dec 9, 2005)
- Witter Letter March 30
- Yaron

4d (\\server\) (b) > 14184 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-738) Folder 8 > Lincoln

**Column 1**
- BXMA Member Detail Reports I - Jan2014
- BXMA Member Detail Reports II - Jan2014
- BXMA Member Detail Reports III - Jan2014
- BXMA Member Detail Reports(1)
- BXMA Member Detail Reports(2)
- BXMA Member Detail Reports
- BXM - Weekly Eligibility report(1)
- BXM - Weekly Eligibility Report(2)
- BXM - weekly eligibility report
- Monthly BXMA Member Extract Reports - March 2014 #1
- Monthly BXMA Member Extract Reports 2680, J79A, A9VA, & F48A - as of 03.01.2014
- Monthly Member Extract Reports 5132, 4177, 5412, & 768U - as of 03.01.2014
- Monthly Member Extract Reports 6599, SAVA, 4288 - as of 03.01.2014
- Monthly Member Extract Reports F34A, 5245, KDUA, A48A, JSAA, A4LA - as of 03
- Monthly Member Extract Reports KXRA, 2893, 4283, 4281, 5082, 4288 - as of 03
- #1 SPIA Income(T)
- #1 SPIA Income(2)
- #1 SPIA Income(3)
- #1 SPIA Income(4)
- #1 SPIA Income(5)
- #1 SPIA Income(6)
- #1 SPIA Income(7)
- #1 SPIA Income(8)
- #1 SPIA Income
- #4 Pollock - COT info(T)
- #4 Pollock - COT info(2)
- #4 Pollock - COT info(3)
- #4 Pollock - COT info
- #6 Bobbie Bolton - COT info(1)
- #6 Bobbie Bolton - COT info(2)
- #6 Bobbie Bolton - COT info(3)
- #6 Bobbie Bolton - COT info
- #7 Arthur Bean COT info(1)
- #7 Arthur Bean COT info(2)
- #7 Arthur Bean COT info(3)
- #7 Arthur Bean COT info
- #8 Patsy Cramer COT info(1)
- #8 Patsy Cramer COT info(2)

**Column 2**
- #5 Patsy Cramer COT info(3)
- #8 Patsy Cramer COT info
- #30
- #350475-01 billing dates for 2013
- #820665 - Charles Smith
- #220919 - Hubert, David
- $$$$
- 51mm male age 60 preferred and super preferred(1)
- 51mm male age 60 preferred and super preferred
- 59 & up -- NY Mets Games incl. Memorial Day Weekend
- $10 off Movie and Popcorn(1)
- $10 off Movie and Popcorn
- $1435 Courses - Sale on Favorite Subjects - Ends Midnight Tomorrow
- $15 or 20% Coupon - Pick Your Fall Savings - 1 Day Only
- $19 off Basketball Hall of Fame Visit
- $25k
- $30 Billion in lost annuity sale - Why_(T)
- $30 Billion in lost annuity sales - Why_(2)
- $30 Billion in lost annuity sale - Why_(3)
- $30 Billion in lost annuity sale - Why_
- $59 Fares Around the U.S. (each way)_ This Week's Top 20
- $60.6MM Longhorn Pool
- $81 off Acupuncture Treatments
- $129 Bahamas' Atlantis Deal _ This Week's Top 20
- $144 off Portrait Packages
- $249-MM New Age Portfolio
- [Encrypted] SC-EF
- [Follow Up - Zoland Grace Notice] Re_ Policies repurchased by Avon(T)
- [Follow Up - Zoland Grace Notice] Re_ Policies repurchased by Avon
- [secure] 00018847FA
- [secure] 000252946
- [secure] 000532736
- [secure] 000534068(T)
- [secure] 000534068
- [secure] 000534853 & 00053484A
- [secure] 000555277
- [secure] 000582668

**Column 3**
- [secure] 000584563
- [secure] 000587569
- [secure] 000670203D & 000670201
- [secure] 000674317
- [secure] 000676633(T)
- [secure] 000676633
- [secure] 000692780
- [secure] 000692781
- [secure] 000692782
- [secure] 000696908
- [secure] 000696909
- [secure] 000737628
- [secure] 000812961
- [secure] 000824365
- [secure] 000842037 & X00842038
- [secure] 000842038
- [secure] 000842039(T)
- [secure] 000842039
- [secure] 000847441
- [secure] 000847442
- [secure] 000847443
- [secure] 2047230
- [secure] 2102303
- [secure] 2719190
- [secure] 2720067
- [secure] 506033272(1)
- [Secure] 506033272
- [secure] 508000513
- [secure] 53810013S & 546102667
- [secure] 549009983
- [secure] 612002348
- [secure] 659000264
- [secure] 659014557(1)
- [secure] 659014557
- [Secure] Illustration for #50659891
- [Secure] Illustration for #53600613
- [SECURE] ILLUSTRATION REQUEST- LFG
- [SECURE] JF5375176

**Column 4**
- [SECURE] J7034966
- [secure] NETWOLVES1_MetWolves Network Services, LLC NETWOLVES1_1939162549(1)
- [secure] NETWOLVES1_MetWolves Network Services, LLC NETWOLVES1_1939162549
- [secure] Policy document
- [secure] Swan 2719190
- [secure] Swan 2720621
- [secure] Swan 2720685
- [secure] Your Illustration Requests
- [secure]
- [secure]RE_ NETWOLVES1_MetWolves Network Services, LLC _oma_53677_
- [secure]
- .pdf(T)
- .pdf
- .BXM
- [1] comment and [25] jobs on LinkedIn
- [1] discussions, [1] comment and [16] jobs on LinkedIn
- [1] discussions and [1] new job on LinkedIn(T)
- [1] new discussions and [1] new job on LinkedIn
- [3] discussions, [4] new comments and [1] new job on LinkedIn
- [8] discussions and [19] jobs on LinkedIn
- [8] discussions and [18] new jobs on LinkedIn(T)
- [9] new discussions and [18] new jobs on LinkedIn
- [9] new discussions and [18] new jobs on LinkedIn
- [10] new discussions and [9] new jobs on LinkedIn
- [10] new discussions and [9] new jobs on LinkedIn
- [12] discussions, [1] comment and [18] jobs on LinkedIn
- [12] discussions, [1] new comment and [7] new jobs on LinkedIn(1)
- [12] new discussions, [1] new comment and [7] new jobs on LinkedIn
- [12] new discussions, [1] new comment and [7] new jobs on LinkedIn
- [12_06_2013] Nomination Needs Your Acceptance(1)
- [12_06_2013] Nomination Needs Your Acceptance
- [18] discussions and [15] jobs on LinkedIn
- [15] new discussions, [7] new comments and [15] new jobs on LinkedIn(1)
- [15] new discussions, [7] new comments and [15] new jobs on LinkedIn
- [16] new discussions and [10] new jobs on LinkedIn(1)
- [16] new discussions and [10] new jobs on LinkedIn
- [17] discussions and [14] jobs on LinkedIn
- [17] discussions, [6] comments and [13] jobs on LinkedIn(1)
- [17] discussions, [6] comments and [13] jobs on LinkedIn

**Column 5**
- [18] discs
- [20] discs
- [20] discs
- [20] discs
- [20] discs
- [20] discs
- [23] new
- [23] discs
- [26] new
- [26] discs
- [26] discs
- [28] discs
- [28] discs
- [41] discs
- [41] disct
- [41] disct
- [47] discs
- [47] disct
- [47] disct
- [82] disct
- [82] discs
- [93] discs
- [93] disct
- [93] disct
- [98] disct
- [98] discs
- [98] disct
- [98] disct
- [Agent]
- [Agent]
- [Agent]
- [Agent]
- [DELETE]
- [DELETE]
- [Duct Tag]
- [Jelewolt
- [Jelewolt
- [Jelewolt
- [Jelewolt
- [Jelewolt
- [Jelewolt

ata (\\server) (t)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 9  >  Loeb

| Name | Date modified | Type | Size |
|---|---|---|---|
| 5-11-2011 Loeb Update on 2 pending Actios NY and CT Courts | 9/6/2021 2:33 PM | File folder | |
| Loeb and Loeb Settlement | 9/6/2021 2:34 PM | File folder | |
| Loeb attys for universitas | 9/6/2021 2:34 PM | File folder | |
| 1_29_10 Letter to J. Robinson from Loeb | 2/1/2010 12:16 PM | Adobe Acrobat Document | |
| 2-19-2010 Letter from Jacj to LOEB | 2/19/2010 5:09 PM | Adobe Acrobat Document | |
| 9-21-2009 letter from Loeb to Jack and revised claim | 9/22/2009 9:31 AM | Adobe Acrobat Document | |
| 9-22-2009 jacks reply to Loeb | 9/22/2009 12:11 PM | Adobe Acrobat Document | |
| 11-15-2010 Loeb Letter to Arbitrator Altieri re Bursey Affidavit | 11/15/2010 12:13 PM | Adobe Acrobat Document | |
| 11-26-2010 Loeb Subpoena for TDBank to produce Documents | 11/26/2010 12:37 PM | Adobe Acrobat Document | |

ta (\\server) (E:) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > Management Trust

> Carpenter Universitas (CT-JAM-738) Folder 10 > Management Trust

| ← | → | ↻ | Search Management Trust |

**Pritchard Management Trust Docs**

- Abelove Management Trust #2007-1 (RCB)
- Abelove Management Trust #2007-1, MCC (MetLife, Ownership & Bene Change)
- Abelove Management Trust #2007-1 (EIN)
- Abelove Management Trust #2007-1
- Abelove Management Trust #2007-1
- Abelove Management Trust #2007-1
- Abelove Management Trust MCC (MetLife, ann statement)
- Abelove Management Trust #2007-1, MCC (MetLife, prem notice)
- Abelove Management Trust, MCC (MetLife, privacy notice)
- Abelove Management Trust #2007-1 (CBI-MCC) RCBI
- Adovani Management Trust #2007-1 (EIN)
- Adovani Management Trust #2007-1 (Lincoln, ann statement)
- Adovani Management Trust #2007-1 (Lincoln, prem notice)
- Adovani Management Trust #2007-1
- Adovani Management Trust #2007-1
- Ahem Management Trust #2007-1 (RCBI)
- Ahem Management Trust #2007-1 (EIN)
- Ahem Management Trust #2007-1
- Ahem Management Trust #2007-1 (RCBI)
- Ahem Management Trust #2007-1 (Transam, prem notice)
- Ahem Management Trust #2007-1 MCC (Transam, pol statement)
- Ahem Management Trust #2007-1 MCC (Transam, Transfer of Ownership)
- Ahem Management Trust #2007-1
- Ahem Management Trust #2007-1
- Albert Management Trust #2007-2 (Pac Life, pol info)
- Albert Management Trust #2007-2 (Pac Life, prem notice)
- Albert Management Trust #2007-2 (RCBI)
- Albert Management Trust #2007-2 (Transamer, prem notice)
- Albert Management Trust #2007-2 (Transamer, trans owner)
- Albert Management Trust #2007-2
- Akopyan Management Trust #2007-1 (RCBI)
- Akopyan Management Trust #2007-1
- Allen Management Trust # 2008-2, XER (ING Policy Values Statement)
- Allen Management Trust # 2008, XER (Lincoln Benefit Life Policy Summary)
- Allen Management Trust # 2008-1, XER (Lincoln Benefit Life Payment Receipt)
- Allen Management Trust # 2008-1, XER (Lincoln Benefit Life Premium Receipt Notice)

- Amende-Graham Management Trust #2007-2, (Fully Executed)
- Amende-Graham Management Trust #2007-2 (RCBI)
- Amende-Graham Management Trust #2007-2, MCC (Lincoln, prem receipt)
- Amende-Graham Management Trust #2007-1 (EIN)
- Amende-Graham Management Trust #2007-2 (EIN)
- Anthony Management Trust #2007-1 (Lincoln, ch owner, bene)
- Anthony Management Trust #2007-1 (Cert of Trust)
- Anthony Management Trust #2007-1 (fully executed)
- Anthony Management Trust #2007-1 (RCBI)
- Anthony Management Trust #2007-2 (AXA Equit, ch owner, bene)
- Anthony Management Trust #2007-2 (EIN)
- Anthony Management Trust #2007-2 (fully executed)
- Anthony Management Trust #2007-2 (Cert of Trust)
- Anthony Management Trust (AXA Equit, mea letter)
- Anthony Management Trust #2007-1 MCC (AXA Equit, ver of cov, client illus)
- Anthony Management Trust #2007-1 MCC (AXA Equit, ver of cov, illus)
- Anthony Management Trust #2007-1 MCC (AXA Equit, ver of cov, illus)
- Ashton Management Trust #2007-1, MCC (Transamerica Ownership Change)
- Ashton Management Trust #2007-1, MCC (Transamerica Premium Due Notice)
- Ashton Management Trust #2007-1 (Transamer, prem notice)
- Ashton Management Trust #2007-1, MCC (Transamerica premium reminder notice)
- Ashton Management Trust #2007-1, MCC (Transamerica Statement of Policy Value)
- Ashton Management Trust #2007-1 (EIN)
- Ashton Management Trust #2007-1 (EIN)
- Ashton Management Trust #2007-1 (Transam, pol statement)
- Ashton Management Trust #2007-1 (Transam, prem notice)
- Ashton Management Trust #2007-1, Certificate of Beneficial Interest (Cancelled)
- Ashton Management Trust #2007-1, Certificate of Beneficial Interest
- Ashton Management Trust #2007-2 (Lincoln, ch add for bene)
- Ashton Management Trust #2007-1, MCC (Trans, Premium Notice)
- Ashton Management Trust #2007-1, MCC (Trans, Statement of Policy Value)
- Ashton Management Trust #2007-1 (EIN)
- Ashton Management Trust #2007-1 (EIN)
- Ashton Management Trust #2007-2 (EIN)
- Ashton Management Trust #2007-2 (RCBI)
- Ashton Management Trust #2007-3 (Transam, pol statement)
- Ashton Management Trust #2007-2 (Transamer, prem notice)
- Ashton Management Trust #2007-2, MCC (Transam, ch owner)
- Ashton Management Trust #2007-2
- Ashton Management Trust #2007-3 (EIN)
- Ashton Management Trust #2007-3 (RCBI)

- Ashton Management Trust #2007-1 (Lincoln Benefit Life Confirmation of Payment received)
- Allen Management Trust # 2008-1, XER (Lincoln Benefit Life Notice of Payment Due)
- Allen Management Trust # 2008-2, XER (ING Ownership Change)
- Allen Management Trust # 2008-2, XER (ING Premium Notice)
- Allen Management Trust # 2008-3, XER (ING Ownership Change)
- Allen Management Trust #2007-1
- Allen Management Trust #2007-1
- Allen Management Trust #2008-1 MCC (Lincoln, ch bene)
- Allen Management Trust #2008-1 MCC (Lincoln, ch of add for bene)
- Allen Management Trust #2008-1 MCC (Lincoln, coll assign)
- Allen Management Trust #2008-1 MCC (Lincoln, ch of add for bene)
- Allen Management Trust #2005-1 MCC Lincoln (ch of add for owner)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, ann statement)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Policy Information)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Amendatory Endorsement)
- Allen Management Trust #2008-1, MCC (Lincoln, ch owner)
- Allen Management Trust #2008-1 (ref of assign)
- Allen Management Trust #2008-2 MCC (ING, ref of assign)
- Allen Management Trust #2008-2 MCC (ING, title change)
- Allen Management Trust #2008-2 MCC (ING, title change)
- Allen Management Trust #2008-3, XER (ING Premium Notice)
- Allen Management Trust 2007-1
- Allen Management Trust #2007-1 (EIN)
- Amende Graham Management Trust #2007-1 (Lincoln, ch owner, payor, bene)
- Amende Graham Management Trust #2007-1 (Lincoln, ref of assign)
- Amende Graham Management Trust #2007-1 (Lincoln, ch bene)
- Amende Graham Management Trust #2007-2 MCC (Pac, Change of Ownership, Bene, and Payor)
- Amende Graham Management Trust #2007-2 (EIN)
- Amende Graham Management Trust #2007-2
- Amende Graham Management Trust #2007-2 (Lincoln, ch add for bene)
- Amende Graham Management Trust #2007-2 (Lincoln, ch add for owner)
- Amende Graham Management Trust #2007-2 (Lincoln, ch address for bene)
- Amende Graham Management Trust #2007-2 (Lincoln, ch address for owner)
- Amende-Graham Management Trust #2007-1 (Fully Executed)
- Amende-Graham Management Trust #2007-2 (Lincoln, life settl letter)
- Amende-Graham Management Trust #2007-1 (RCBI)

- Ashton Management Trust
- Ashton Management Trust
- Ashton Management Trust
- Ashton Management Trust
- Ashton Management Trust
- Ashton Management Trust
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru
- Atkinson Management Tru

ata (\\server) (t:) > 14184 > Carpenter Universitas (CT--JAM--738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM--738) Folder 11 > MCC

⌄  |  Ō  |  🔎 Search MCC

**Column 1**
- Apr 03 MCC Trusts
- Feb 03 MCC partially executed
- .: MCC Trusts
- [4] new discussions and [3] new jobs on LinkedIn(1)
- [4] new discussions and [3] new jobs on LinkedIn
- [DELETED]Status of the Wrap
- [Forum] Mailboxes moved 2003 to 2007. MDB files still large on 2003(1)
- [Forum] Mailboxes moved 2003 to 2007. MDB files still large on 2003
- [READ]Fwd_Status of the Wrap
- [SENT]Fwd_Status of the Wrap
- _(1)
- _(2)
- _(3)
- _(4)
- _(5)
- _(6)
- _(7)
- _(8)
- _(9)
- _(10)
- _(11)
- _(12)
- _(13)
- _
- 100.2011 BEINSTAR ESI - March File
- 100.2011 BEINSTAR ESI - March File
- 80 degrees and sunny for the Mee's Sunshine Lacrosse Classic on Sunday(1)
- 80 degrees and sunny for the Mee's Sunshine Lacrosse Classic on Sunday
- 86 Year Old
- 2010 Complete pharmacy listing
- A complimentary upgrade to your Bank of America(R) credit card(1)
- A complimentary upgrade to your Bank of America(R) credit card(2)
- A complimentary upgrade to your Bank of America(R) credit card(3)
- A complimentary upgrade to your Bank of America(R) credit card(4)
- A complimentary upgrade to your Bank of America(R) credit card(5)
- A complimentary upgrade to your Bank of America(R) credit card(6)
- A complimentary upgrade to your Bank of America(R) credit card(7)
- A complimentary upgrade to your Bank of America(R) credit card(8)

**Column 2**
- A complimentary upgrade to your Bank of America(R) credit card
- Abakove Management Trust #2007-1, MCC (MetLife, Ownership & Bene Charge)
- Abakove Management Trust #2007-1, MCC (MetLife, ann statement)
- Abakove Management Trust MCC (MetLife, prem notice)
- Abakove Management Trust, MCC (MetLife, privacy notice)
- Accounts By State(1)
- Accounts By State(2)
- Accounts By State
- Add Direct Medical Care to your 2013 Business Plan. - Gives you something NEW to
- Admin Recon Spreadsheet
- Advanced HRA Plan Card Support
- Advanced HRA Plan Designs(1)
- Advanced HRA Plan Designs
- Agreements
- Agreement(1)
- Ahern Management Trust #2007-1 MCC (Transam, pol statement)
- Ahern Management Trust #2007-1, MCC (Trans, Transfer of Ownership)
- Ahern Management Trust #2007-2, MCC (Pkg, Change of Ownership, Bene, and Payor)
- AI Zoland
- All done(1)
- All done(2)
- All done
- Allen Management Trust #2008-1 MCC (Lincoln, ch bene)
- Allen Management Trust #2008-1 MCC (Lincoln, ch of add for bene)
- Allen Management Trust #2008-1 MCC (Lincoln, coll assign)
- Allen Management Trust #2008-1 MCC (Lincoln (ch of add for bene)
- Allen Management Trust #2008-1 MCC (Lincoln (ch of add for owner)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Policy Information)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Amendatory Endorsement)
- Allen Management Trust #2008-1, MCC (Lincoln, ch owner)
- Allen Management Trust #2008-2 MCC (RNG, ref of assign)
- Allen Management Trust #2008-2 MCC (RNG, title change)
- Allen Management Trust #2008-2 MCC (RNG, title change)
- Allen Management Trust #2008-3 MCC (RNG, title change)
- Allen Mgmt Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)

**Column 3**
- Allen Tucker
- Amende-Graham Management Trust #2007-1, MCC (Lincoln, Change Owner Bene)
- Amende-Graham Management Trust #2007-2, MCC (Lincoln, prem receipt)
- Amende-Graham Management Trust, MCC (Lincoln, ch owner)
- Ancillary Project(1)
- Ancillary Project
- Anthem Advisor Update February 2011
- Anthem Connecticut Advisor Update - Jan 28, 2010
- Anthony Management Trust MCC (AXA Equit, ver of cov, client illus)
- Anthony Management Trust MCC (AXA Equit, ver of cov, illus)
- Anthony Management Trust #2007-1 MCC (AXA EQUIT, ch owner, bene)
- ANthony Management Trust #2007-1 MCC (AXA EQUIT, ch owner, bene)
- apartment for rent
- Appeal(1)
- Appeal
- Apportionment renewal fees, Massachusetts minimum creditable coverage
- April '08 Partially Executed MCC Trusts (dated 3-15-08)
- April 2012 ATM Client Monthly Report
- Are Your Employees Getting _Social, Social Media Virtual Event December 10-11
- Ashton Management Trust #2007-1, MCC (Transamerica Ownership Change)
- Ashton Management Trust #2007-1, MCC (Transamerica Premium Due Notice)
- Ashton Management Trust #2007-1, MCC (Transamerica premium reminder notice)
- Ashton Management Trust #2007-1, MCC (Transamerica Statement of Policy Value)
- Ashton Management Trust #2007-1, MCC (Trans, Premium Notice)
- Ashton Management Trust #2007-1, MCC (Trans, Statement of Policy Value)
- Ashton Management Trust #2007-2 MCC (Transam, ch owner)
- Ashton Management Trust #2007-3 MCC (Transam, ch owner)
- Ashton Management Trust #2007-1, MCC (Trans, Confirm of Requested Change)
- Ashton Mgmt Trust #2007-1, MCC (Transamerica, Merge Endorsement)
- Atkinson Management Trust # 2007-1, MCC (Transamerican Premium Due Notice)
- Atkinson Management Trust # 2007-1, MCC (Transamerican Premium Notice)
- Atkinson Management Trust # 2007, MCC (Transamerica Premium Reminder Notice)
- Atkinson Management Trust # 2007, MCC (Transamerican Illustration request statement)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Change of Ownership)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Change of Ownership)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Illustration Request)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Notice Of Premium Due)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Statement of Policy Value)
- Atkinson Management Trust # 2007-2, MCC (Transamerica Policy Statement Summary Report)

**Column 4**
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-1
- Atkinson Mgmt Trust, #2007-1, MCC
- Atkinson Mgmt Trust, #2007-1, MCC
- Atkinson Mgmt Trust, #2007-2, MCC
- Atkinson Mgmt Trust, #2007-2, MCC
- Atkinson Mgmt Trust, #2007-2, MCC
- Atkinson attached(1)
- attached(1)
- attached
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Averbuch Management Trust # 2006
- Avon Open Policies
- Avon Policy Purchase Docs(1)
- Avon Policy Purchase Docs
- JAM_Quotation for God Dany

---

Data (\\server) (t:) > 14184 > Carpenter Universitas (CT--JAM--738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM--738) Folder 12 > Mesa

| Name | Date modified | Type |
| --- | --- | --- |
| MESA Client Services | 9/6/2021 3:51 PM | File folder |
| MESA Client Services HQ Agreement | 12/22/2006 3:09 PM | Adobe Acrobat Document |

ata (\\server) (I:) > 14184 > Carpenter Universitas (CT--JAM-736) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-736) Folder 13 > MIDAS Trusts

Search MIDAS Trusts

- All DE certs with filing number
- All Filed Certs Pre Filing Number
- All Trust Docs
- Business Banking Statements
- Change of Address
- Change owner, bene, and or payor
- Fam Trust Purchase, Pol, etc
- Misc info
- Monthly Spreadsheets
- premium notice and payments
- Ref of assign

- 2007 Life Planning Trust, MIDAS (US Bank, pol statement)
- Bandokoyler 2008 Ins Trust, Midas (Phoenix, lapse notice)
- Bandokoyler 2008 Insurance Trust, Midas (Phoenix change of Ownership confirmation)
- Bandokoyler 2008 Insurance Trust, Midas (Phoenix Premium Payment Inquiry form)
- Bandokoyler 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Bandokoyler 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Bandokoyler 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Barbour Management Trust #2008 Midas (Pre, Address Confirmation Notification)
- Baretz 2008 Insurance Trust, Midas
- Baretz 2008 Insurance Trust, Midas (Pac Life Change of Ownership confirmation)
- Baretz 2008 Insurance Trust, Midas (Pac Life Planned Payment Reminder)
- Baretz 2008 Insurance Trust, Midas (Pre Mutual, Prepy Card)
- Baretz 2008 Insurance Trust, Midas (Pre, ch of address) 1-2
- Baretz 2008 Insurance Trust, Midas (Pre, ch of address) 2-2
- Baretz 2008 Insurance Trust, Midas (Pre, CH of address) 1-2
- Baretz 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Baretz 2008 Insurance Trust, Midas (US Bank, February Statement)
- Belfer # 2008 Insurance Trust, Midas (US Bank Statement)
- Belfer # 2008 Insurance Trust, Midas (USBank Statement)
- Belfer # 2008-2, Insurance Trust, Midas (US Bank Statement)
- Belfer 2 2008-2 Insurance Trust, Midas (US Bank October Statement)
- Belfer 2 2008-2 Insurance Trust, Midas (US Bank Statement)
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank Statement)
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank Customer Analysis Statement )
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank Customer Analysis Statement )
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank Customer Analysis Statement)
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank Customer Analysis Statement )
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank Customer Analysis Statement )
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank, Customer Analysis Statement 03.05)
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Belfer 2 2008 2 Insurance Trust, Midas (US Bank, August Statement )
- Belfer 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Belfer 2008 Insurance Trust, Midas (US Bank, Customer Analysis Statement) 1
- Belfer 2008 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Belfer 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Belfer 2 2008 2 Insurance Trust (US Bank, Business Statement)
- Belfer 2008 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Belfer Insurance Trust, Midas (US Bank Statement)
- Benister
- Coleman 2008 Insurance Trust MIDAS (US Bank, pol Statement)
- Coleman 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Coleman 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Coleman 2008 Insurance Trust, Midas ( Phoenix  Change of Owner confirmation)
- Copy (2) of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy (3) of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy of Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase  Savings Statement)
- Copy of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy of Midas - Estate Planning Trust Information (2)
- Copy of Midas (US Bank, Pol Statement)
- Donald Kuehtze Insurance Trust #2005-2, Midas (AXA, Change of Bene)
- Executed MP7 - Beneficiary Notification of Transfer
- Executed MP12 - Purchase and Sale Agreement
- Friedman 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Gardiner 2008 Insurance Trust MIDAS (AIG, ch owner, bene)
- Gardiner 2008 Insurance Trust, Midas (AIG, ch owner, bene)
- Gardiner 2008 Insurance Trust, Midas (Pre, Address Confirmation Notification)
- Gardiner 2008 Insurance Trust, Midas (AIG, Annual Statement Letter)
- Gardiner 2008 Insurance Trust, Midas (AIG, Grace Period Notice)
- Gardiner 2008 Insurance Trust, Midas (AIG, Policy Illustration)
- Gardiner 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Gardiner 2000 Insurance Trust, Midas (US Bank, Business Statement)
- Hidding 2008 Insurance Trust, Midas (BNK National Bank, Confirmation Letter of Enclosed Premium Notice)(Trans, Premium Notice)
- Jimmy C Boley Irrevocable Life Insurance Trust, MIDAS (Chase, Savings Summary)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas (Chase  Account Activity Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust , Midas ( Chase Savings Summary)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase  Savings-Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Summary Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Summary)
- Jimmy C Boley Irrevocable Life Insurance Trust , Midas ( Chase Bank Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings-Statement)

- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Summary)
- Jimmy C Boley Irrev Life Ins Trust, Midas ( Chase Savings Summary)
- Kahn 2008 Ins Trust, Midas (Phoenix, lapse notice)
- Kahn 2008 Ins Trust, Midas (USBank, bus statement)
- Kahn 2008 Insurance Trust, Midas ( Phoenix  Title Change confirmation)
- Kahn 2008 Insurance Trust, Midas (Phoenix, Lapse Notice)
- Kahn 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Kahn 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Kahn 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Lefkovitz 2008 Insurance Trust, MIDAS (US Bank, Pol Statement)
- Lefkovitz 2008 Insurance Trust, Midas (Phoenix Change of Ownership)
- Lefkovitz 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Lefkovitz 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Lefkovitz 2008 Insurance Trust, MIDAS (US Bank Business Statement)
- Life Insurance Planning Trust, Midas (Beneficial Financial Group, Confirmation of
- Life Insurance Planning Trust, Midas (Lincoln Benefit Group, Second Notice of Pr,
- Life Planning  Insurance Trust MIDAS (Phoenix, prem notice)
- Life Planning  Insurance Trust, MIDAS (Beneficial Financial Group, Confirmat
- Life Planning Ins Trust, Midas (Lincoln, prem receipt)
- Life Planning Ins Trust, Midas (Sun Life, duplicate policy)
- Life Planning Ins Trust, Midas (USBank, ch end)
- Life Planning Insurance Trust #2008, Midas (Lincoln Benefit Life add'l payment re
- Life Planning Insurance Trust # 2008, Midas ( Precpre Solutions 6.03.09 Invoice)
- Life Planning Insurance Trust # 2008,Midas (UCLA Medical records)
- Life Planning Insurance Trust #2008 , Midas (AXA Change of Ownership Confirme
- Life Planning Insurance Trust #2008, Midas (Axa, Notice of Policy Lapse)
- Life Planning Insurance Trust , Midas ( AIG Annual Statement )
- Life Planning Insurance Trust 2008, Midas ( Phoenix Change of Ownership Ackno
- Life Planning Insurance Trust 2008, Midas (AXA, Notice of Payment Due)
- Life Planning Insurance Trust 2008, Midas (AXA, Annual Report)
- Life Planning Insurance Trust 2008-03, Midas (AXA, Annual Report)
- Life Planning Insurance Trust Midas (AIG, ch owner, bene)
- Life Planning Insurance Trust Midas (Lincoln, ch add for bene)
- Life Planning Insurance Trust Midas (Lincoln, ch of address for owner)
- Life Planning Insurance Trust Midas (Lincoln, ch of owner, bene, payor)
- Life Planning Insurance Trust Midas (Sunlife Financial, prem notice)
- Life Planning Insurance Trust Midas (AXA, Annual Statement)
- Life Planning Insurance Trust 2008-3, Midas (AXA, Annual Statement)
- Life Planning Insurance Trust, James Fletcher, Midas (Sun Life, Financial, Lapse No
- Life Planning Insurance Trust, Midas (Union Central  Illustration)

Data (\\server) (I:) > 14184 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-738) Folder 14 > Nova Group

10-25-2010-NOVA group letter and exhibits to Altieri

CHARTER OAK-NOVA GROUP

Charter Oak-NOVA Group Funding Packages

NOVA GROUP

NOVA GROUP Inc

NOVA Group post hear Reply brief

NOVA Group Post Hearing Brief

NOVA Group Prehearing Brief

NOVA Group, Inc

#16894 NOVA GROUP INC LH

3-4-2013Fwd Activity in Case . Nova Group Inc v. Universitas Education LLC Order t...

5-8-13 Bursey letter to RELEASE Supeona to Universitas Education LLC v. Nova Group Inc.; Hearing of May 9 2013

9-6-12 JER to Colbath Universitas v. Nova Group (SDNY  D. Conn.)

9-22-2007 Opinion Ltr to Nova Group 9.22.09 re Charter Oak Trust

Corres. 102210 AAA No. 13 195 Y 1558 10 - Universitas Education, LLC v. Nova Group, Inc. et al re Trudeau.

Flings by Nova Group and Dan Carpenter in Response to Universitas Objection to MJ's Ruling

FW 12710 UNIVERSITAS EDUCATION V. NOVA GROUP

FW 12810 UNIVERSITAS EDUCATION V. NOVA GROUP

Fwd Universitas v. Nova Group - 2nd Circuit decision--email from-Jim Sattile-Zuckerman Firm

JRE Activity in Case 111-cv-01590-LITS Universitas Education LLC v. Nova Group Inc. Notice (Other)

NOVA GROUP - COT Labels

NOVA Group Inc Memo Cvr   LTC Staffing

NOVA Group Inc. Memo Cvr Pat Bronos Lump Sum Payment

NOVA Group State of Connecticut

NOVA GROUP, Inc.

Nova Group, Inc.'s 10-1-2010 First Amended Answering Statement

Nova Group, Inc.'s 10-1-2010 First Document Request

post hearing exhibits RE AAA No. 13 195 Y 1558 10 - Universitas Education LLC v. Nova Group Inc. et al.

RE AAA No. 13 195 Y 1558 10 post hearing exhibits-- Universitas Education LLC v. Nova Group Inc. et al.

TD Bank Nova Group Inc May 2009 - June 2010[1]

Transcripts 12610 UNIVERSITAS EDUCATION V. NOVA GROUP

Universitas v NOVA Group-4-26-13 subpeona

Data (\\server) (h:) > 14184 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-738) Folder 15 > Rex Insurance Services   |   Search Rex Insurance Services

**Column 1**
- $15,000 Retainer to Mitchell A. Chester, Esq(1)
- $15,000 Retainer to Mitchell A. Chester, Esq(2)
- $15,000 Retainer to Mitchell A. Chester, Esq
- [1] manager's choice, [55] discussions, [11] comments and [37] jobs on LinkedIn(1)
- [1] manager's choice, [55] discussions, [11] comments and [37] jobs on LinkedIn(2)
- [1] manager's choice, [55] discussions, [11] comments and [37] jobs on LinkedIn
- [15] new discussions, [5] new comments and [2] new jobs on LinkedIn
- [59] discussions, [3] comments and [22] jobs on LinkedIn(1)
- [59] discussions, [3] comments and [22] jobs on LinkedIn(2)
- [59] discussions, [3] comments and [22] jobs on LinkedIn(3)
- [59] discussions, [3] comments and [22] jobs on LinkedIn
- _(1)
- _(2)
- _(3)
- _(4)
- _(5)
- _(6)
- _(7)
- _(8)
- _(9)
- _(10)
- _(11)
- _(12)
- _(13)
- _(14)
- _(15)
- _(16)
- _(17)
- _(18)
- _(19)
- _(20)
- _(21)
- _(22)
- _(23)
- _(24)
- _(25)
- _(26)
- _(27)

**Column 2**
- _(28)
- _(29)
- _(30)
- _(31)
- _(32)
- _(33)
- _(34)
- _(35)
- _(36)
- _(37)
- _(38)
- _(39)
- _(40)
- _(41)
- _
- 1 - 26 LSW Application Requirements(1)
- 1 - 26 LSW Application Requirements
- 1 of 6 Application Reviews - John C. Heath(1)
- 1 of 6 Application Reviews - John C. Heath
- 1_1 groups on PDP report(1)
- 1_1 groups on PDP report
- 1_1 groups(1)
- 1_1 groups
- 1_1_10 Requests
- 1st Check(1)
- 1st Check
- 1st Policy(1)
- 1st Policy
- 12 LSW Clients(1)
- 12 LSW Clients(2)
- 12 LSW Clients(3)
- 12 LSW Clients
- 2 of 2 emails - Burkhart
- 2 of 6 Application Reviews - John Chastain(1)
- 2 of 6 Application Reviews - John Chastain
- 2 packages rec'd(1)
- 2 packages rec'd
- 2 Ways To Avoid Commission Delays, and More News

**Column 3**
- 2_30
- 2pm Call
- 3rd Request - Patricia Valldegarm(1)
- 3rd Request - Patricia Valldegarm
- 3rd Request - Patricia Valldegarm
- 4 of 6 Application Reviews - Delores Wheelus
- 4_00 Call
- 5 of 6 Application Reviews - Judith Thayer
- 5% Vesting Bonus on a 5-Year Chassis_
- 5-Year Chassis, 5% Vesting Bonus(1)
- 5-Year Chassis, 5% Vesting Bonus!
- 6 industry experts reveal proven sales secrets (free webinar)(1)
- 6 industry experts reveal proven sales secrets (free webinar)
- 6 of 6 Application Reviews - Donald Thayer
- 11_6_09 Rex NACO Statement(1)
- 11_6_09 Rex NACO Statement
- 21st Services LE Report(1)
- 21st Services LE Reports(2)
- 21st Services LE Reports
- 21st Services
- 23 Industries
- 56 Year Old
- 87 Year Old(1)
- 87 Year Old
- 419 Plan Information(1)
- 419 Plan Information
- 1105_16\852.pdf
- 121K_12\5811.pdf
- 2009 YE Info Request(1)
- 2009 YE Info Request(2)
- 2009 YE Info Request
- 2012 Member ID's(1)
- 2012 Member ID's(2)
- 2012 Member ID's(3)
- 2012 Member ID's(4)
- 2012 Member ID's(5)
- 2012 Member ID's(6)
- 2012 Member ID's

**Column 4**
- 2848 forms
- 8123 & Updates(1)
- 8123 & Updates
- 8123 Forms(1)
- 8123 Forms
- 8886 forms GMT
- 8886 forms
- 8886's
- 1573227\59 M Broussard(1)
- 1573227\59 M Broussard(2)
- 1573227\59 M Broussard
- 1573227\59 M Broussard
- 100003489 - REX INSURANCE SERVICES INC., Iowa Insurance Agency License Renewal
- A New Mark is Here! Meet CommandMark
- A New Mark. It's Kind of Like That!
- A New Mark. Get Set. Go!
- A New World Is Coming
- Abernathy, William LSW page 3 w_ doctor info per request
- ABS Summary
- Abraham Rosenburg
- Accelerated Benefit Summary
- Account ID's
- Accounts Payable(1)
- Accounts Payable
- Acknowledgement Of Your Van Otis Order #7550(1)
- Acknowledgement Of Your Van Otis Order #7550
- acknowledgment of payment in full(1)
- acknowledgment of payment in full
- Active Companies as of 08-23-2013.xlsx(1)
- Active Companies as of 08-23-2013.xlsx
- Active Companies by Carrier as of 01-01-2014.xlsx
- active companies
- Active Groups 12-31.xlsx
- Active Groups(1)
- Active Groups
- ActiveX(1)
- ActiveX
- Additional 8123 Forms(1)

PDox (\\server\ (6)) > 14184 > Carpenter Universities (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universities (CT--JAM-738 Folder 16 > REDS

Search REDS

**Folders (column 1)**
- Annuity Prospects - IGLS (Program Discontinued 11.17.08)
- APS Reimbursement Folder
- AXA HIV Forms
- AXA Life Applications by State
- AXA New Business Forms and Flyers
- AXA ProTeam Forms and Flyers
- AXA Updates
- BK Reporting
- Center Cover Letters
- Comp Folder - Pre GBS
- Credit Suisse UL/AIL - Prospects
- EASI
- FASANO LE's
- Five Star Agent Splits
- Five Star Forms
- IGLS Info & Forms
- Incandela Chargeback Tracking
- Inforce Policies
- Insured Prospects - deShetler
- Insured Prospects - Five Star
- Insured Prospects - Henry Miller
- Insured Prospects - Incandela
- Insured Prospects - Incandela (HCS)
- Insured Prospects - Integrity Life Settlements
- Insured Prospects - LAEG
- Insured Prospects - Metropolis
- Insured Prospects - Miscellaneous
- Insured Prospects - Pay It Forward
- Insured Prospects - PFTRA Financial
- Insured Prospects - Renision
- Insured Prospects - Serena
- Insured Prospects - Solomore
- Insured Prospects - Swain Baird
- Insured Prospects - TMG Group
- Insured Prospects - US Benefits
- Insured Prospects - US Planning Group
- Insured Prospects - Vagabonds
- Insured Prospects - VEVE

**Folders (column 2)**
- Insured Prospects - Tim Helton
- Jefferson Pilot Forms
- K. Grubb Insured Prospects
- Kabaker Insured Prospects
- LAEG - Term Files
- LFG Life Applications by State
- LFG Underwriting Guidelines
- Licensing Information
- Lincoln Leader updates
- LSW Forms
- Mass Mutual Forms
- Metropolis Termed
- PAC and PM Pre App Forms
- PAC Life - Applications
- Penn Mutual Forms - 50 States
- Penn Mutual Applications by State
- Petra Termed
- PFG
- Phoenix
- PHOENIX BGA IGT ETP
- Phoenix Forms
- POWERPOINT
- PowerPoint Presentations
- Principal Financial
- Prudential Welcome Package
- reliance
- Rox - Misc Reporting, Comms & Info
- Rox Website Agent Log On Info
- Rsxis
- REDIS - Activity Breakdown - NO CONTENT
- Selenium Termed
- Sierra Termed
- Solomore Forms
- TransAmerican Forms
- UL/AIL Prospects
- Union Central (ID Programs
- Vagabonds termed
- Veve Termed
- Weekly - If Missing Info

**Files (column 3)** — Weekly Updates - All Groups
- # 42 - # 44 North American apps(1)
- # 42 - # 44 North American apps(1)
- #12 - #17 North American apps(1)
- #12 - #17 North American apps
- #18-#20 North American applications(1)
- #18-#20 North American applications
- #21-#24 North American applications
- #21-#24 North American apps(1)
- #21-#24 North American apps
- #25 - #27 North American apps(1)
- #25 - #27 North American apps
- #28 - #31 North American apps(1)
- #28 - #31 North American apps
- #32 - #41 North American apps(1)
- #32 - #41 North American apps
- #45,#46 North American apps
- #45,#46 North American apps(1)
- #47 - #51 North American
- #47 - #51 North American(1)
- #52 & #53 North American
- #52 & #53 North American(1)
- #54 North American
- #54 North American(1)
- #55 - #57 North American(1)
- #55 - #57 North American
- #'s
- $1,000,000 - Male, Preferred Non-Tobacco, in Tennessee, Birthdate 11_13_1970
- $1,000,000 ING Prot UL (07)
- $1,000,000 UL-Global
- $1-million dollar Quote for Dwight Johnson's Bank(1)
- $1-million dollar Quote for Dwight Johnson's Bank
- $5,000 Retainer to Mitchell A. Chester, Eq(1)
- $5,000 Retainer to Mitchell A. Chester, Eq
- $5,000 Retainer to Mitchell A. Chester, Eq
- $10 flat rate shipping or $25 for 1 year of shipping - Ends tonight(1)
- $10 flat rate shipping or $25 for 1 year of shipping - Ends tonight
- $100M M DB
- $14.99 for this 91 point mouthwatering red(1)

**Files (column 4)**
- $14.99 for this 91 point mouthwatering red
- $15.99 - # 91 Advocate rated gem from the 'King of Beaujolais'(1)
- $15.99 - # 91 Advocate rated gem from the 'King of Beaujolais'
- $17.99, 91 points - this is an incredible Cab for the price(1)
- $17.99, 91 points - this is an incredible Cab for the price
- $19.99 and 90 points - South African Spice gem(1)
- $19.99 and 90 points - South African Spice gem
- $19.99 and 90 points - South African Spice Route gem
- $19.99 and 92 points for this Top 100 Best Buys of the Year(1)
- $19.99 and 92 points for this Top 100 Best Buys of the Year
- $70M must be spend by years end
- $500,000 INS Prot UL (07)
- $500,000 IUL-Global
- [Auto-Reply] Amended NACD Request
- [Auto-Reply] PW, B. White's Licenses
- [Auto-Reply] PW_Client, Valued (PRX)
- [Auto-Reply] PW_scan from copier
- [Auto-Reply] PW_Valued Client 51 85MM.pdf - Adobe Reader
- [Auto-Reply] PW_Mate 52 992864 Face.pdf - Adobe Reader
- [Auto-Reply] RE_B. White's Licenses
- [Auto-Reply] RE_Floyd
- [Auto-Reply] Re_Follow Up
- [Auto-Reply] RE_Guy Neumann Contact
- [Auto-Reply] RE_Marilyn Schneider, UNT go ahead and Dwight Johnson $5 mill in
- [Auto-Reply] RE_Please be on Alert
- [Auto-Reply] RE_RDX Bank Account
- [Auto-Reply] RE_Tax Lien
- [FWD_ Life Insurance Quotes]
- [HOT]Best Underground Blueprint for Ranking EXTREMELY Competitive Keywords(1)
- [HOT]Best Underground Blueprint for Ranking EXTREMELY Competitive Keywords
- [LSW] Carrie, Marvin, (1)
- [LSW] Carrie, Marvin, (1)
- [LSW] Carrie, Marvin, (2)
- [LSW] Carrie, Marvin,
- _SRemoveOnDelivery_Suppress2wetrSentItems_BLACKBERRYMESSENGERINWITESTAGE2
- _(1)
- _(2)
- _(3)
- _(4)
- _(1)

WPData (\\server) (B:) > 14184 > Carpenter Universitas (CT—JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT—JAM-738) Folder 17

(Left columns — sequentially numbered file list, SDM0001 through SDM0516)

SDM0001, SDM0002, SDM0003, SDM0004, SDM0005, SDM0006, SDM0007, SDM0008, SDM0009, SDM0012, SDM0013, SDM0014, SDM0015, SDM0016, SDM0019, SDM0020, SDM0021, SDM0022, SDM0025, SDM0031, SDM0032, SDM0033, SDM0034, SDM0035, SDM0036, SDM0037, SDM0039, SDM0040, SDM0041, SDM0045, SDM0047, SDM0048, SDM0049, SDM0053, SDM0055 …

**Carpenter Universitas (CT—JAM-738) Folder 17** (descriptive file list)

- 001-0 Complaint in Interpleader
- 001-1 Civil Cover Sheet
- 1 Complaint.180227,
- 1-1
- 1-2
- 1-15-14 Galbaith Letter to D Novick
- 1-main
- 002 Accordia Corporate Disclosure Statement
- 008 Order for Conference
- 3 Order - Transfer Mot to Quash.130613,
- 3.3.21 Letter from JLM3 to JS
- 4-9 & 10-14 - Shortcut
- 05-22-2014 1007 Thursday, Fee, Simple, Belding, Final PDF-signed
- 3.5 Amended Complaint.150724,
- 5.12.21 Letter from JLM3 to AR
- 007 Waiver of Svc - Jo M. Pollack, M.D., P.A.
- 008 Waiver of Svc - Leslie Shyvers
- 8 - Charging Order - Universitas v. Carpenter Financial - Case 3.14-mc-00125-RNC (ECF No. 8) (00185736x64B56)
- 8-15-14 Judgment
- 8-27-14 Restraining Notice - Lincoln
- 9 - Avon-WY Return of Service for Mot to Appear.151123,
- 8.12.14 2nd Request for TRO Check Re-issue
- 9 - Writ of General Execution to SDM Holdings.151203,
- 10 - Response by Accordia to Mot to Dismiss
- 10-25-19 - Universitas - Trudeau - Compressed

- 011 - Motion to Dismiss by Plan.170627,
- 11 - Mot for Relief (One Satisfaction Rule) Univ-Vazz
- 11 Vazzto-Charging Order Mot by CFG.201113,
- 012 - Shyvers Answer, Counterclaim.170630,
- 12.5.14-chron (2)
- 12.5.14-chron
- 12.11.14-chron
- 12.12.14-chron (2)
- 12.12.14-chron
- 12-8-19 - Universitas - Trudeau - Compressed
- 12-16-13 STECHELIRA.mini
- 12-16-13 STECHELIRA
- 013 - Appearance by Mdelovoo.170705,
- 13 - Garnishment Summons (SDM)
- 13 Decl in Support of Mot to Dismiss
- 13-1
- 13-2
- 13-3
- 13-4
- 014 - Mot to Deposit Funds by Accordia.170703,
- 014 - Order for Avon Capital to appear with docs.15…
- 014 Exh 01 to Mot to Deposit Funds by Accordia.170…
- 014 Exh - Transfer Mot to Quash.130613,
- 014 Exh 03 to Mot to Deposit Funds by Accordia.170…
- 014 Exh 03 to Mot to Deposit Funds by Accordia.170…
- 014 Exh 04 to Mot to Deposit Funds by Accordia.170…
- 014 Exh 05 to Mot to Deposit Funds by Accordia.170…
- 014 Exh 06 to Mot to Deposit Funds by Accordia.170…
- 014 Exh 06 to Mot to Deposit Funds by Accordia.170…
- 014 Exh 07 to Mot to Deposit Funds by Acco…
- 014 Proposed Order -Mot to Deposit Funds by Acco…
- 14 - Univ Response Brief to Mot to Dismiss.150911.
- 015 - Appendix to Accordia Motion to Deposit Fund
- 015 - Order moving Jan 7 hearing to Jan 27.151204.
- 015 Exh 1 - Appendix to Accordia Motion to Deposit
- 015 Exh 2 - Appendix to Accordia Motion to Deposit
- 016 - Response by Accordia to Mot to Dismiss.17071
- 016 Exh 1 - Response by Accordia to Mot to Dismiss
- 016 Exh 2 - Response by Accordia to Mot to Dismiss

Q  Search Carpenter Universitas (CT—JAM-738) Folder 17

Data (\\server) (t:) > 14184 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-738) Folder 18 > Bill.Lui@PFam.com 2010-2014

☑ _(1)
☑ _(2)
☑ _(3)
☑ _(4)
☑ _
☑ closest I've found so far
☑ FW_ closest I've found so far(1)
☑ FW_ closest I've found so far
☑ Fwd_ Conditions to Effectiveness & Funding Memorandum
☑ Fwd_ Memo
☑ RE_ closest I've found so far(1)
☑ RE_ closest I've found so far(2)
☑ RE_ closest I've found so far(3)
☑ Re_ closest I've found so far(4)
☑ Re_ closest I've found so far(5)
☑ Re_ closest I've found so far(6)
☑ Re_ closest I've found so far(7)
☑ RE_ closest I've found so far(8)
☑ RE_ closest I've found so far(9)
☑ RE_ closest I've found so far(10)
☑ RE_ closest I've found so far(11)
☑ RE_ closest I've found so far

Data (\\server) (J:)  >  14184  >  Carpenter Universitas (CT—JAM—738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT—JAM-738) Folder 19  >  billui@pfsm.com          🔍 Search billui@pfsm.com

**Column 1**
- (_1)
- (_2)
- (_3)
- _
- 3pm Call Update
- 3_00 ET_ Conference Call with Bill Lui(1)
- 3_00 ET_ Conference Call with Bill Lui
- 11_30 AM Call with Bill Cawley - Dial In Information
- Allen Tucker Missing
- Any other documents_
- Avon Capital, LLC and Grist Mill Capital, LLC
- Bad news on CBCA, please call
- Benistar knowledge list
- Benistar_Ridgewood Closing
- Benistar_Ridgewood
- Case Flow
- Case Flow(1)
- Cawley assistant
- Cawley Partners Information
- Cawley
- Cawley(1)
- CBCA(1)
- CBCA
- Charter Oak Client Document
- Commitment letter of BP
- Commitment Letter -VO
- Credit Agreement
- Desi Progress
- Docs
- Document Revision
- Expense Letter
- Expenses
- Funding Details Conference Call 10_15am
- Funding Memos
- FW_ Attached Image
- FW_ Cawley Trip to New York
- FW_ CBCA
- FW_ Charter Oak Trust Invoices

**Column 2**
- FW_ Commitment Letter -VO
- FW_ draft
- FW_ Executed Control Agreement - Grist Mill and Christiana Corporate Services
- FW_ Grist Mill Amendments
- FW_ Interest & Fees Due - Grist Mill to date
- FW_ Interest & Fees Due - Grist Mill
- FW_ Interest Payment $70,314.76
- FW_ My Memo
- FW_ New Case_P8
- FW_ Open Items - Ridgwood_Benistar
- FW_ PA revenue information
- FW_ Projected Accounts Receivable - November balance sheet
- FW_ Response
- FW_ SPreadsheet
- FW_ Summary Terms
- Fwd_ Benistar_Ridgewood Closing(1)
- Fwd_ Benistar_Ridgewood Closing
- Fwd_ COT Funding(1)
- Fwd_ COT Funding
- Fwd_ Grist Mill Documents
- GMC Case Flow Update
- Grist Mill Capital Expenses
- Grist Mill Capital Funding Memorandum(1)
- Grist Mill Capital Funding Memorandum(2)
- Grist Mill Capital Funding Memorandum(3)
- Grist Mill Capital Funding Memorandum
- Grist Mill Capital Transaction-SD
- Grist Mill Capital
- Grist Mill Transaction - S5 Transaction
- In a conference call now, call you later
- In a meeting, what's up,
- Initial funding $5million
- Interest & Fees Due - Grist Mill
- Interest Payments $70,314.76
- Investment History
- Latest Case Flow report
- Latest Case Flow
- Line of Credit and Security Agreement dated November 22,2006 Avon Capital LLC Bo

**Column 3**
- M.J. case
- MJ Case
- Move forward bridge financing
- My Memo
- NPV calculation
- Ogden Policy
- Original LE Report prepared by AVS - Policy # 730475
- Origination & underwriting fee due - Grist Mill Capital LLC
- Pending Transactions
- Pension plan
- PNC
- Presentation
- Pure Vanilla
- RE_ 3pm Call Update
- RE_ Age EF male
- RE_ any update_(1)
- RE_ any update_
- RE_ Are you around_
- RE_ AS Updated
- RE_ All Illustration(1)
- RE_ All Illustration
- RE_ AT(1)
- RE_ AT
- RE_ Avon case DD
- RE_ Avon case Jp(1)
- RE_ Avon case Jp
- RE_ Avon case SG
- RE_ Avon_LG
- RE_ Avon_SG
- RE_ Avon_SK(1)
- RE_ Avon_SK(2)
- RE_ Avon_SK
- RE_ Benistar knowledge list(1)
- RE_ Benistar knowledge list
- RE_ Benistar
- RE_ Cawley Trip to New York
- RE_ CBCA(1)
- RE_ CBCA

**Column 4**
- RE_ CBCA-PFAM Confidential
- RE_ Charter Oak - ST(1)
- RE_ Charter Oak - ST(2)
- RE_ Charter Oak - ST
- RE_ Charter Oak Client Document
- RE_ Contact Information
- RE_ COT Cases(1)
- RE_ COT Cases
- RE_ COT(1)
- RE_ COT
- RE_ Docs
- RE_ Emailing_AIDS VIRUS Testing Consent A Tucker, Funding Memo & Debt Request A
- RE_ Escrow Agreement(1)
- RE_ Escrow Agreement
- RE_ Expense Letter
- RE_ Funding Memos
- RE_ FW_ Attached Image(1)
- RE_ FW_ Attached Image(2)
- RE_ FW_ Attached Image
- RE_ FW_ New Case_P8
- RE_ Grist Mill Capital Expenses
- RE_ Grist Mill Capital Funding Memorandum-Keung Tang(1)
- RE_ Grist Mill Capital Funding Memorandum-Keung Tang(2)
- RE_ Grist Mill Capital Funding Memorandum-Keung Teng
- RE_ Grist Mill Capital LLC - CHC 0127-0(1)
- RE_ Grist Mill Capital LLC - CHC 0127-0
- RE_ Grist Mill Capital Transaction-SD(1)
- RE_ Grist Mill Capital Transaction-SD
- RE_ Grist Mill Documents
- RE_ Grist Mill Memo
- RE_ HM HIPAA
- RE_ In a conference call now, call you later(1)
- RE_ In a conference call now, call you later(2)
- RE_ In a conference call now, call you later(3)
- RE_ In a conference call now, call you later
- RE_ Instructions to move funds(1)
- RE_ Instructions to move funds(2)
- RE_ Instructions to move funds

**Column 5 (truncated)**
- RE_ In
- RE_ In
- RE_ In
- RE_ In
- RE_ In
- RE_ In
- RE_ In
- RE_ Jp
- RE_ Li
- RE_ M
- RE_ M
- RE_ M
- RE_ N
- RE_ N
- RE_ N
- RE_ N
- RE_ N
- RE_ O
- RE_ O
- RE_ O
- RE_ PI
- RE_ PI
- RE_ Pr
- RE_ RI
- RE_ RI
- RE_ Re
- RE_ Ri
- RE_ Ri
- RE_ Ri
- RE_ Ri
- RE_ Ri
- RE_ Ri
- RE_ Ri
- RE_ Ri
- RE_ Ri
- RE_ S_
- RE_ Sq

Data (\\server) (I:) > 14184 > Carpenter Universities (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universities (CT-JAM-738) Folder 20 > DLutes@christianetruck.com 2010-2014

Search: DLutes@christianetruck.com 2010-2014

- FW_ Copy of funding package
- Automatic reply, Completed_ Premium Payment Request 5 - 12-16-2011
- Automatic reply, Wire for $150K
- Automatic-reply, Wire
- Charter Oak Trust_ Avon Capital(1)
- Charter Oak Trust_ Avon Capital
- closest I've found so far
- confirm
- Copy of funding package(1)
- Copy of funding package(2)
- Copy of funding package(3)
- Copy of funding package(4)
- Copy of funding package
- not confirms
- COT Funding Memo(1)
- COT Funding Memo(2)
- COT Funding Memo(3)
- COT Funding Memo
- Delivery of Original Policy and Closing Documentation
- Document transfer
- Fed Ref + = Paulsud
- Fed
- Funding Packages - Charter Oak Trust
- Jvk
- Fw_ CK019015.0 Tranen wire 50,000.00_ Fed Reference
- Fw_ Charter Oak Fed Ref #'s
- FW_ charter oak fed ref(1)
- FW_ charter oak fed ref
- FW_ Charter Oak Trust Transfer Out Request
- FW_ Jackson
- FW_ Klein
- FW_ Outstanding fees
- FW_ Policies to ship to Christiana(1)
- FW_ Policies to ship to Christiana(2)
- FW_ Policies to ship to Christiana
- FW_ Tranen Cap Alt Invest Fund $1,500,000 wire request_ fed ref
- FW_ Tranen Cap Alt Invest Fund $112,000 Wire Request_ Fed reference
- FW_ Tranen Cap Alt Invest Fund $144,298.26 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $150,000 Wire_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $150,336.73 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $187,601.59 Wire Request_ Fed Reference
- FW_ Copy of funding packages(1)

- FW_ Tranen Cap Alt Invest Fund $206,639.63 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $303,825 Wire Request_ fed ref
- FW_ Tranen Cap Alt Invest Fund $58,000 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund Wire Request
- FW_ Tranen Cap Alt Invest Fund Wire Request_ fed ref(1)
- FW_ Tranen Cap Alt Invest Fund Wire Request_ fed ref
- Fw_ Document transfer - Tranen
- FW_ fed ref #(1)
- FW_ fed ref #
- FW_ Fed references(1)
- FW_ Fed references
- FW_ PAILS Wire
- FW_ funding packages 2 of 41)
- FW_ funding packages 2 of 4
- FW_ Funding Packages 3.23.10
- FW_ Funding Packages 3.23.10(2)
- FW_ Funding Packages 3.23.10(3)
- FW_ Funding Memo
- FW_ Funding Packages 3.23.10
- FW_ Funding Packages 9.9.10
- FW_ Funding Packages 9.9.10(1)
- FW_ Funding Packages 9.9.10
- FW_ FV_ RE_ GRIST MILL AND AVON INSTRUCTION LETTERS(1)
- FW_ FV_ TERRY 1 of 41)
- FW_ FV_ TERRY 1 of 4
- Fw_ GRIST MILL AND AVON INSTRUCTION LETTERS
- FW_ Itemized transactions in Christiane Accounts
- Landipard
- Life-wire
- Out of Office AutoReply_ Confirm
- Out of Office AutoReply_ Confirms
- Out of Office AutoReply_ Miriam Knobloch
- Out of Office_ PNC forms 11,19,10
- RE_ CBT Annual fees
- RE_ Charter oak fed refs
- RE_ Charter Oak Trust Transfer Out Request(1)
- RE_ Charter Oak Trust Transfer Out Request(2)
- RE_ Charter Oak Trust Transfer Out Request

- FW_ Tranen Capital
- FW_ Tranen Wire 250,000.00_ Fed Reference
- FW_ Tranen Wire please send today_ Fed Reference
- FW_ Wire from Yesterday
- FW_ wire instructions - Tranen Cap Alt Invest Fund
- FW_ Wire to PAILS
- FW_ Wire
- FW_ Wires
- Fred_ RE_ Blau Entitlement Order.pdf
- Fred_ Wire to Life Elite
- GMAC Annual Fee Invoice
- GNbpa fitr.doc
- GNbpa fitr.doc
- Inbound Wire
- lambert - Jenny Benistar(1)
- lambert - Jenny Benistar

- RE_ Charter Oak Trust(2)
- RE_ Charter Oak Trust
- RE_ Charter Oak Trust_ Avon Capital(1)
- RE_ Charter Oak Trust_ Avon Capital(2)
- RE_ Charter Oak Trust_ Avon Capital
- RE_ closest I've found so far(1)
- RE_ closest I've found so far(2)
- RE_ closest I've found so far(3)
- RE_ closest I've found so far(4)
- Re_ closest I've found so far(5)
- RE_ closest I've found so far(6)
- RE_ closest I've found so far(7)
- RE_ closest I've found so far(8)
- RE_ closest I've found so far(9)
- RE_ closest I've found so far(10)
- RE_ closest I've found so far(11)
- RE_ closest I've found so far
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011(1)
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011(2)
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011(3)
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011
- RE_ Completed_ Premium Payment Request 9 - 12-16-2011
- RE_ Completed_ Premium Payment Request 9 - 12-19-2011(1)
- RE_ Completed_ Premium Payment Request 9 - 12-19-2011
- Re_ confirm(1)
- RE_ confirm(2)
- RE_ confirm(3)
- RE_ confirm
- RE_ Confirmed(1)
- RE_ Confirmed(2)
- RE_ Confirmed(3)
- RE_ Confirmed(4)
- RE_ Confirms
- RE_ cot confirms
- RE_ Delivery of Original Policy and Closing Documentation(1)
- RE_ Delivery of Original Policy and Closing Documentation(2)
- Fw_ Delivery of Original Policy and Closing Documentation(3)
- RE_ Delivery of Original Policy and Closing Documentation(4)

JPData (\\server) (E:) > 14184 > Carpenter Universities (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universities (CT--JAM-738) Folder 21 > DLutes@Christianatrust.com

Search DLutes@Christianatrust.com

- _3% Collateral $117,094.42 NOT RECEIVED
- _(1)
- _(2)
- _(3)
- _(4)
- _(5)
- _(6)
- _(7)
- _(8)
- _(9)
- _(10)
- _(11)
- _
- _WARNING_Charter Oak Fed Reference #'s for wires of 5_15
- _WARNING_Charter Oak Trust
- _WARNING_FW_LSP_3651 RE_ Charter Oak Trust
- _WARNING_FW_ Avon Capital LLC
- _WARNING_FW_ Charter Oak Trust
- _WARNING_FW_ Charter Oak
- _WARNING_FW_ Fed #1
- _WARNING_FW_ Fed #
- _WARNING_FW_ Fed number(1)
- _WARNING_FW_ Fed number
- _WARNING_FW_ Fed Ref #(1)
- _WARNING_FW_ Fed Ref #
- _WARNING_FW_ Fed Ref #
- _WARNING_FW_ Fed Ref
- _WARNING_FW_ Fed ref
- _WARNING_FW_ Fed numbers
- _WARNING_FW_ Fed ref of numbers
- _WARNING_FW_ Fed Ref(1)

- _WARNING_FW_ Fed Ref
- _WARNING_FW_ Fed Reference #
- _WARNING_FW_ Fed Reference Numbers
- _WARNING_FW_ Returned Wire
- _WARNING_FW_ fed wire refs for 2 wires
- _WARNING_FW_ FV_ Charter Oak Trust
- _WARNING_FW_ FV_ Wire
- _WARNING_FW_ PNC Transfer Form
- _WARNING_FW_ Returned Wire
- _WARNING_FW_ Revised request COT
- _WARNING_FW_ wire confirm
- _WARNING_Out of Office_ EZ
- _WARNING_Out of Office_ GS 3266665 PNC Wire Transfer
- _WARNING_RE_ LSP_3151 RE_ Payments $ 182,600.37 - Heads UP
- _WARNING_RE_ _WARNING_FW_ _WARNING_Fed
- _WARNING_RE_ _WARNING_RE_ 3% Collateral $117,094.42(1)
- _WARNING_RE_ _WARNING_RE_ 3% Collateral $117,094.42(2)
- _WARNING_RE_ _WARNING_RE_ 3% Collateral $117,094.42
- _WARNING_RE_ 3% Collateral $117,094.42(1)
- _WARNING_RE_ 3% Collateral $117,094.42
- _WARNING_RE_ 3% Collateral
- _WARNING_RE_ 3% Collateral
- _WARNING_RE_ AJ Hagen (Avon Transaction)
- _WARNING_RE_ AV_WR_AN_LTG_10MM (WALDMAN)
- _WARNING_RE_ Avon Wire
- _WARNING_RE_ Avon
- _WARNING_RE_ Case(1)
- _WARNING_RE_ Cases
- _WARNING_RE_ cot wire confirm
- _WARNING_RE_ Fed Ref
- _WARNING_RE_ Fed Refs
- _WARNING_RE_ Funding Request
- _WARNING_RE_ Funding Requests
- _WARNING_RE_ Grist Mill Escrow
- _WARNING_RE_ JA Funding
- _WARNING_RE_ JT041576 - GD Senders
- _WARNING_RE_ Payments $ 182,600.37 - Heads UP

- _WARNING_RE_ Penn Mutual
- _WARNING_RE_ PNC Wire Transfer form - Faulroud
- _WARNING_RE_ Returned Wire
- _WARNING_RE_ Some Fed refs on wires(1)
- _WARNING_RE_ Some Fed refs on wires
- _WARNING_RE_ Stradling
- _WARNING_RE_ VE
- _WARNING_RE_ wire instructions
- _WARNING_Xead_ Cases
- _WARNING_Test
- _WARNING_Transfer Out Form
- _WARNING_Transfer Out Request
- _WARNING_Veronica Ogden
- 1st Rosa Jacobson(1)
- 2nd Rosa Jacobson
- 2nd Premium Funding Memos
- 2nd Jr Funding for Collins
- 3% Collateral $117,094.42
- 3rd Rosa Jacobson
- A_Patton Policy
- AJ Hagen (Avon Transaction)
- AJ Hagen
- Allan Tucker
- Angela Jyles Policy
- ARTEEBURN - GM_AB_LFG_LG_9AM AND BALDWIN - GM_BG_LFG_LG_9AM
- As requested
- AT fed refs
- Avon Insurance Trust
- Baldwin & Arterburn wires
- Beckman
- Bitemaster Shipping Address(1)
- Bitemaster Shipping Address
- Bitemaster
- Bobby Cargill - #5(1)
- Bobby Cargill - #5(2)
- Bobby Cargill - #3(3)
- Bobby Cargill - #5(4)
- Bobby Cargill - #5(5)

- Bobby Cargill(1)
- Bobby Cargill(2)
- Bobby Cargill(3)
- Bobby Cargill(4)
- Bobby Cargill(5)
- Bobby Cargill(6)
- Bobby Cargill(7)
- Bobby Cargill(8)
- Bobby Cargill
- Charter Oak Funding Memorandum - Tucker
- Charter Oak Trust - Funding pkgs
- Charter Oak Trust
- Charter Oak_Grist Mill
- Charter Oak_Grist Mill_Avon Accounts(1)
- Charter Oak_Grist Mill_Avon Accounts
- Commitment Letter - William Dudley
- Commitment Letter
- confirm(1)
- confirm
- COT Sievert and Smith Funding Packages(1)
- COT Sievert and Smith Funding Packages
- cot vi(1)
- cot vi
- COT Waldman and J. Terry Funding Packages_ JT
- COT Waldman and J. Terry Funding Packages _
- COT wire
- COT Zeland Funding Package(1)
- COT Zeland Funding Package
- COT
- David Janis
- Deckard-5M
- Deckard-6M
- Delivery Status Notification (Failure)(1)
- Delivery Status Notification (Failure)(2)
- Delivery Status Notification (Failure)(3)
- Delivery Status Notification (Failure)
- Disbursements Grist Mill - Knobloch

- Dividint Earned on Grist Mill Escrow
- DUDLEY - GM_DIV_LFG_LG - 1_75M
- DUDLEY - GM_DIV_LFG_LG - 1_75M
- Emailing_ Funding Package DOCS...
- Emailing_ Funding Package DOCS...
- Emailing_ SAMPLE PREPARED PACI...
- Emailing_ SAMPLE PREPARED PACI...
- Emre $3,000,000
- Escrow amount $106,816.10 - Unpa
- Escrow amount $106,816.10 - Unpa
- Fed
- Fed Ref # - 2nd wire
- Fed Ref #
- Fed ref#
- Fed reference #'s(1)
- Fed reference #'s
- Fed Reference Number
- Fed Reference Numbers
- Fed
- Front Desk Schedule.xls
- Funding Instructions HM
- Funding Memo & Disbursement Re
- Funding Memos
- Funding Package 8.19.09 - Waldma
- Funding Package 11.5.09
- Funding Package 8.6.09
- Funding Packages 6.12.09 Reiss, Se
- Funding Packages 8.18.09, Singer, S
- Funding Packages 8.24.09
- funding packages 8.26.09, Musker
- Funding Packages 9.17.09
- funding packages 10.5.09
- Funding Packages 11.4.09
- Funding Packages M. Singer_E. My
- Funding Packages M. Singer_E. My
- Funding packages(1)
- Funding packages(2)
- Funding packages

ata (\\server) (I:) > 14184 > Carpenter Universitas (CT~JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT~JAM-738) Folder 22 > jyoung

- _
- _WARNING_Completed wires
- _WARNING_Fed REF # for Sanders
- _WARNING_Fed ref#
- _WARNING_FW_ Fed Reference #
- _WARNING_PNC Account Set Up
- _WARNING_PNC Transfer Out
- _WARNING_RE_ Grist Mill Escrow
- _WARNING_RE_ JJT041576 - GD Sanders
- _WARNING_RE_ PNC Wire for PB
- 21st Services Planned Power Outage
- Benistar- Run-In Claims
- CDRG Study
- Collateral Assignment Agreement
- COT - Funding (RWF-7282)
- Fed ref#
- Fed reference #'s(1)
- Fed reference #'s
- Fw_ Fed ref #
- FW_ Fed ref #'s
- FW_ JJT041576 - GD Sanders
- FW_ NEW CHARTER OAK TRUST CASE - MIRIAM KNOBLOCH - GM_KM_PM_PFL_5MM'
- FW_ Revised Funding Procedures between Ridgewood and GMC(1)
- FW_ Revised Funding Procedures between Ridgewood and GMC
- GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)(1)
- GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)
- Grist Mill Capital Funding Memo-TA(1)
- Grist Mill Capital Funding Memo-TA
- Grist Mill Capital Transaction-SD
- J. Persoon
- New Mailing Address
- RE_ Benistar- Run-In Claims(1)
- RE_ Benistar- Run-In Claims
- RE_ CBCA AdminSource follow up
- RE_ Charter Oak Trust - PNC Account
- Re_ Charter Oak Trust
- RE_ COT - Funding (RWF-7282)
- RE_ Emailing_ AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disb Request A
- RE_ Fed ref number

- RE_ Funding Memos
- Re_ Funding Request and Commitment Letter
- RE_ Grist Mill Escrow
- RE_ Instructions to move funds(1)
- RE_ Instructions to move funds(2)
- RE_ Instructions to move funds
- RE_ JJT041576 - GD Sanders
- RE_ PNC - Grist Mill Transaction
- RE_ PNC Account Set Up
- RE_ PNC Instruction for Lincoln
- RE_ PNC Wire for PB
- Revised Funding Procedures between Ridgewood and GMC(1)
- Revised Funding Procedures between Ridgewood and GMC
- TA Agreement
- TA Transaction
- Tranen Policies

ata (\\server2\) (t:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 23  >  jyoung@christianatrust.com 2010-2014

☑ RE_ GMC Docs for Line Advance(1)
☑ RE_ GMC Docs for Line Advance
☑ Undeliverable_ Court majority harshly critical of Obamacare contraception manda

Data (\\server) (t:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 24  >  veronica.czerny@pfdm.com      🔍 Search veronica.czerny@pfdm.com

**Column 1**
- ☑_(7)
- ☑_(1)
- ☑_(3)
- ☑_(4)
- ☑_(5)
- ☑_WARNING_FYI_ fed fed #
- ☑_WARNING_FYI_ Fed #
- ☑_WARNING_FYI_FYI_ Wire
- ☑_WARNING_ME_Funding Requests
- ☑2nd Yr Premium Funding Memos
- ☑AI Hogan-TODAY(1)
- ☑AI Hogan-TODAY(2)
- ☑AI Hogan-TODAY(3)
- ☑AI Hogan-TODAY
- ☑Allen Tucker Funding(1)
- ☑Allen Tucker Funding
- ☑Allen
- ☑Amended and Restated Grid Note
- ☑Amended Grid Note
- ☑Avon Capital, LLC and Grid Mill Capital, LLC
- ☑Benimax
- ☑Benitax knowledge list
- ☑catching up today
- ☑Charter Oak Funding Memorandum - Tucker
- ☑Charter Oak Trust - funding pkgs
- ☑Charter Oak Trust
- ☑Charter Oak Grist Mill
- ☑Commitment Letter
- ☑Contact details
- ☑CCT Siewert and Smith Funding Package(1)
- ☑CCT Siewert and Smith Funding Packages
- ☑CCT Waldman and J. Terry Funding Packages_ (1)
- ☑CCT Waldman and J. Terry Funding Packages_
- ☑CCT Zeland Funding Package(1)
- ☑CCT Zeland Funding Package
- ☑David debis

**Column 2**
- ☑D_(7)
- ☑Deckard-SM
- ☑Deckard-SM
- ☑Emailing, Funding Package DOCS.zip(7)
- ☑Emailing, Funding Package DOCS.zip
- ☑Emailing, SAMPLE PREPARED PACKAGE- Gonsalves, Louise.zip(1)
- ☑Emailing, SAMPLE PREPARED PACKAGE- Gonsalves, Louise.zip
- ☑Escrow Agreement
- ☑Expense Letter
- ☑Funding Details Conference Call 10_15am
- ☑Funding Memos
- ☑Funding Packages 8.18.09, Singer, Deckard, Kallum, Weingarten
- ☑Funding Packages 9.17.09
- ☑Funding packages 10.5.09
- ☑Funding packages 11.4.09
- ☑Funding Packages M. Singer_R. Myers_S. Thomson(1)
- ☑Funding Packages M. Singer_R. Myers_S. Thomson
- ☑Funding package(1)
- ☑Funding package(2)
- ☑Funding packages
- ☑FYI_ Add'tional Docs
- ☑FYI_ AJ Hagen-TODAY(1)
- ☑FYI_ AJ Hagen-TODAY(2)
- ☑FYI_ AJ Hagen- TODAY
- ☑FYI_ Allen Tucker Funding(1)
- ☑FYI_ Allen Tucker Funding(2)
- ☑FYI_ Allen Tucker Funding
- ☑FYI_ Attached Image
- ☑FYI_ Escrow Agreement
- ☑FYI_ fed ref #'s
- ☑FYI_ fed ref number
- ☑FYI_ Fed ref
- ☑FYI_ Funding Packages 11.4.09
- ☑FYI_ Funding packages(2)
- ☑FYI_ Funding packages
- ☑FYI_ PIV_ Charter Oak Trust
- ☑FYI_ PIV_ Interest & Fees Due - Grid Mill to date $41,828.10(1)
- ☑FYI_ PIV_ Interest & Fees Due - Grid Mill to date $41,828.10
- ☑FYI_ Grist Mill Amendments

**Column 3**
- ☑FYI_ Plainfield_Benistar_ Additional Documents
- ☑FYI_ Interest & Fees Due - Grist Mill to date(1)
- ☑FYI_ Interest & Fees Due - Grist Mill to date
- ☑FYI_ Interest & Fees Due - Grist Mill
- ☑FYI_ Interest Payment $70,314.76
- ☑FYI_ More Funding Packages 11.4.09
- ☑FYI_ Musker #4
- ☑FYI_ No funding
- ☑FYI_ PNC Account Set Up
- ☑FYI_ Spencer Policy #7320809
- ☑FYI_ Waldman
- ☑Fwd_ Benistar_Ridgewood Closing(1)
- ☑Fwd_ Benistar_Ridgewood Closing
- ☑Fwd_ Charter Oak-Grist Mill
- ☑Fwd_ FYI_ PIV_ Charter Oak Trust Invoices
- ☑Fwd_ Grist Mill Documents
- ☑Fwd_ PNC Bank
- ☑GMC Expenses-Admin
- ☑GMC Expenses-banks
- ☑GMC Expenses-legal
- ☑GMC Funding Memo(1)
- ☑GMC Funding Memo
- ☑GMC Funding Memo-New(1)
- ☑GMC Funding Memo-New
- ☑Gordon
- ☑Grist Mill Capital Expenses
- ☑Grist Mill Capital Funding Memorandum(1)
- ☑Grist Mill Capital Funding Memorandum(2)
- ☑Grist Mill Capital Funding Memorandum(3)
- ☑Grist Mill Capital Funding Memorandum
- ☑Grist Mill Capital Funding Memo-TA(1)
- ☑Grist Mill Capital Funding Memo-TA
- ☑Grist Mill Capital Transaction-SD
- ☑Grist Mill Transaction - SS Transaction
- ☑Incumbency Certificate
- ☑Initial Funding $5million
- ☑Interest & Fees Due - Grist Mill
- ☑Interest Payment $70,314.76
- ☑Legal Fees Henrick Feinstein LLP

**Column 4**
- ☑Line of Credit and Security Agreement dated November 22,2006 Avon Capital LLC Be
- ☑Maxine Recs
- ☑MI - commitment letter
- ☑Musker #4
- ☑Musker
- ☑No funding
- ☑Ogden Zag vi
- ☑Ogden
- ☑Original LE Report prepared by AVS - Policy # 7305475
- ☑Origination & underwriting fee due - Grist Mill Capital LLC
- ☑Outstanding docs
- ☑Out of Office AutoReply, AT
- ☑Out of Office AutoReply_ Interest & Fees Due - Grist Mill to date
- ☑Payment details
- ☑Payment
- ☑Pending Transactions
- ☑RE_ Allen Tucker Funding
- ☑RE_ Benistar - Amended and Restated Line of Credit Grid Promissory Note(1)
- ☑RE_ Benistar - Amended and Restated Line of Credit Grid Promissory Note
- ☑RE_ Benistar - Signature Stamps
- ☑RE_ Benistar Escrow Agreement
- ☑Re_ Benistar knowledge list(1)
- ☑Re_ Benistar knowledge list
- ☑RE_ Benistar
- ☑RE_ catching up today
- ☑RE_ Collateral Assignment Agreement
- ☑RE_ Emailing, AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disb Request A
- ☑RE_ Escrow Agreement(1)
- ☑RE_ Escrow Agreement
- ☑Re_ Escrow Agreement
- ☑RE_ Fed ref number
- ☑RE_ fed ref #
- ☑RE_ Funding Memos
- ☑RE_ Funding Memos
- ☑Re_ Funding Request and Commitment Letter
- ☑RE_ Funding Requests
- ☑RE_ FYI_ Charter Oak Trust Invoices

**Column 5**
- ☑RE_ PIV_ Grist Mill Amendments(1)
- ☑RE_ PIV_ Grist Mill Amendments
- ☑RE_ PIV_ Interest & Fees Due - Grist Mill
- ☑RE_ PIV_ Interest & Fees Due - Grist Mill
- ☑Re_ PIV_ Plainfield_Benistar_ Additional
- ☑RE_ Spencer Policy #7320809
- ☑RE_ Grist Mill Capital Expenses
- ☑RE_ Grist Mill Capital Funding Memo
- ☑RE_ Grist Mill Capital Funding Memo
- ☑RE_ Grist Mill Capital Funding Memo
- ☑RE_ Grist Mill Capital LLC - CHC 011(1)
- ☑RE_ Grist Mill Capital LLC - CHC 011:
- ☑Re_ Grist Mill Capital Transaction-SD
- ☑RE_ Grist Mill Capital Transaction-SD
- ☑RE_ Grist Mill Capital Transaction-SD
- ☑Re_ Grist Mill Documents
- ☑RE_ Grist Mill Memo
- ☑RE_ Grist Mill Transaction - SS Transaction
- ☑RE_ Grist Mill Transaction - SS Transaction
- ☑RE_ Institutional Trustee sigs
- ☑RE_ Instructions to move fund(1)
- ☑RE_ Instructions to move funds(2)
- ☑RE_ Instructions to move funds
- ☑RE_ Interest & Fees Due - Grist Mill to
- ☑RE_ Interest & Fees Due - Grist Mill to
- ☑RE_ Interest & Fees Due - Grist Mill to
- ☑RE_ Interest & Fees Due - Grist Mill to
- ☑RE_ Interest Payment $70,314.76(1)
- ☑RE_ Interest Payment $70,314.76
- ☑RE_ Interest Payment $70,314.76
- ☑Re_ Legal Fees Henrick Feinstein LLP(1)
- ☑Re_ Legal Fees Henrick Feinstein LLP
- ☑RE_ Lincoln Wire Instructions
- ☑RE_ More Funding Packages 11.4.09
- ☑Re_ Origination & underwriting fee due
- ☑RE_ PNC Instruction for Lincoln
- ☑Re_ Procedures for GMC

ata (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 25 › waitang@ridgewoodfinance.com

🔍 Search waitang@ridgewoodfinance.com

☑ WARNING_RE_LSP_51%) RE_ Payments $ 182,660.37 - Heads UP
☑ WARNING_RE_AV_WR_AN_LTE_10MM (WALDMAN)
☑ WARNING_RE_ Payments $ 182,660.37 - Heads UP
☑ 4th request do not ignore
☑ AI Hagen-TODAY(1)
☑ AI Hagen-TODAY(2)
☑ AI Hagen-TODAY(3)
☑ AI Hagen-TODAY
☑ Allen Tucker Missing
☑ AT commitment letters
☑ AV_CB_PHL_ACCUll_5MM
☑ AV_McInAS_JP_D35000G_10MM_V2 (MILLER)
☑ AV_WR_AN_LTE_10MM_V1 (WALDMAN)
☑ AV_WR_ANICO_10MM (WALDMAN)
☑ BP commitment letter
☑ Charley Smith PF Submission
☑ COMMITMENT LETTER - AV_RD_UC_SP_2MM
☑ COMMITMENT LETTER - GM_AM_AN_PSI_4MM (Ainsworth)
☑ COMMITMENT LETTER - GM_BC_PHL_ACCUl_5MM
☑ COMMITMENT LETTER - GM_BW_PHL_10AM (WILLIAM BRITTAIN)
☑ COMMITMENT LETTER - GM_CH_PHL_ACCUl_5MM (COOPER)
☑ COMMITMENT LETTER - GM_EV_PM_PFL_5MM (ESPARO)
☑ COMMITMENT LETTER - GM_LE_PHL_ACCUl_5MM
☑ COMMITMENT LETTER - GM_LL_PHL_ACCUl_10MM (LUCIAN)
☑ COMMITMENT LETTER - GM_MC_LN_LC_1MM (MC DIANEL)
☑ COMMITMENT LETTER - GM_PA_LN_LG_4MM (PATTON)
☑ COMMITMENT LETTER - GM_PF_HM_LN_LG_4MM (Mailyn Hinds)
☑ COMMITMENT LETTER - GM_ST_DL_5MM_3MM
☑ commitment letter of BP
☑ commitment letter of CV
☑ commitment letter of MJ
☑ Commitment letter of OV
☑ Commitment letter of SA
☑ COMMITMENT LETTERS - DAVID JANIS AND MARY BAILEY
☑ COMMITMENT LETTERS - GM_XM_SL_LP3_7.5MM (KASSIN) AND GM_DC_LN_LG_10MM (DECKARD)
☑ COMMITMENT LETTERS - GM_PF_GB_LINF_LGAL_7MM (GOLDSMITH) AND GM_PF_HF_LINF_LGAL_5
☑ COMMITMENT LETTERS - KENT AND ESPARO
☑ COMMITMENT LETTERS(I)

☑ COMMITMENT LETTERS(2)
☑ COMMITMENT LETTERS(3)
☑ commitment letters
☑ Commitment Letter - I/O
☑ COT FOLLOW UP
☑ D0 commitment letters
☑ DECKARD COMMITMENT LETTERS
☑ PVL_AI Hagen-TODAY(1)
☑ PVL_AI Hagen-TODAY(2)
☑ PVL_AI Hagen-TODAY
☑ PVL_Avon Capital, LLC
☑ PVL_BW - Full Illustration 1 (GM_WM_LN_LC_10AM)
☑ PVL_Charter Oak - E. Kellam
☑ PVL_Charter Oak Trust - Martha Ainsworth
☑ PVL_Commitment letter of SA
☑ PVL_Funding Memo & Disbursement Request for Expenses dtd 9_20_07
☑ PVL_Funding Request
☑ PVL_Interest on Blocked Control Account for March & April
☑ PVL_MR
☑ PVL_Maker #4
☑ PVL_New Case
☑ PVL_New Case_PB
☑ PVL_OUTSTANDING COMMITMENTS
☑ PVL_Plainfield_Beirstas _Additional Documents
☑ PVL_Requesting original LE reports - RM Sunlife 7.5MM
☑ PVL_revised commitment letter of MI
☑ SG
☑ G0A_AV_AXA_ATH708_2.7MM (AINSWORTH)
☑ G0A_BC_PHL_ACCUll_5MM
☑ G0A_CH_PHL_ACCUll_5MM (CRAUN)
☑ G0A_CJ_ANICO_LSB_3MM (JEANETTE CHILCOAT)
☑ G0A_DC_LN_LGUL_10MM AND G0A_DC_LN_LGUL_10MM (DECKRD)
☑ G0A_GG_LFG_LGUL_2.5MM_V1 (George Gordon)(1)
☑ G0A_GG_LFG_LGUL_2.5MM_V1 (George Gordon)(2)
☑ G0A_GG_LFG_LGUL_2.5MM_V1 (George Gordon)
☑ G0A_KT_PHL_ACCUll_2.5MM
☑ G0A_LE_PHL_ACCUll_5MM_V1 (LAVECK) AND GM_KT_PHL_ACCUll_2.5MM_V1 (KNOWLES)

☑ GM_LL_PHL_ACCUll_10MM AND GM_LL_SUPP_10MM (LUCIAN)
☑ GM_AV_PHL_ACCUll_5MM - REVISED COMMITMENT LETTER
☑ GM_PA_LN_LG_4MM - PATTON
☑ GM_PF_CT_LN_LG_5MM (CAMPBELL) - COMMITMENT LETTER
☑ GM_SM_JP_LG300_5MM
☑ GM_SR_PHL_ACCUl_5MM
☑ GM_TL_LFG_LGMIL_5MM (TERRY) AND GM_AM_AN_LTE_4MM (AINSWORTH)
☑ GM_TL_LN_LC_5MM (TERRY)(1)
☑ GM_TL_LN_LC_5MM (TERRY)
☑ GM_TS_DU_DUL_5MM_V1
☑ GMC Funding Memo(1)
☑ GMC Funding Memo
☑ GMC Funding Memo-New(1)
☑ GMC Funding Memo-New
☑ GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)(1)
☑ GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)
☑ GORDON_HINDS AND GOLDSATH FUNDINGS
☑ GRIST.MILL - KELLAM - METLIFE POLICY #207 212 405 USU
☑ GRIST.MILL - SR AND PR CASES
☑ Grist Mill Capital Funding Memorandum(1)
☑ Grist Mill Capital Funding Memorandum(2)
☑ Grist Mill Capital Funding Memorandum(3)
☑ Grist Mill Capital Funding Memorandum
☑ GRIST.MILL COMMITMENT LETTER - GM_LV_PHLACCUl_7.5MM (LUCIANI)
☑ GRIST.MILL CASE RECEIVED TODAY - HLDA JUNE CRAUN(1)
☑ GRIST.MILL CASE RECEIVED TODAY - HLDA JUNE CRAUN
☑ GRIST.MILL CASES
☑ GRIST.MILL COMMITMENT LETTERS(1)
☑ GRIST.MILL COMMITMENT LETTERS
☑ GRIST.MILL FUNDINGS - 8_16_07
☑ GRIST.MILL OUTSTANDING CASES
☑ GS commitment letter
☑ HA_commitment letters
☑ HA funding
☑ Interest & Fees Due to Ridgewood Finance Inc
☑ LAVECK CASE
☑ Loan Payoff - A Hayden

☑ M.I. case
☑ MATTHA AINSWORTH - 1
☑ Miller
☑ Musiker #4
☑ New Mailing Address
☑ No documentation yet
☑ No funding
☑ Ogden Policy
☑ OUTSTANDING GM CASE
☑ OUTSTANDING GRIST MIL
☑ OV commitment letter
☑ RE_LSP_51%) RE_ Payme
☑ RE_ 4th request do not ig
☑ RE_ A couple cases(1)
☑ RE_ A couple cases(2)
☑ RE_ A couple cases
☑ RE_ Age 87 male
☑ RE_ Ainsworth(1)
☑ RE_ Ainsworth
☑ RE_ AI Hagen (Avon Trans
☑ RE_ Any update, Waldma
☑ RE_ Any update,
☑ RE_ AS Updated
☑ RE_ AT commitment lette
☑ RE_ AT Illustration
☑ RE_ AT(1)
☑ RE_ AT
☑ RE_ Attached Image(1)
☑ RE_ Attached Image(2)
☑ RE_ Attached Image
☑ RE_ AV_CB_PHL_ACCUl_5
☑ RE_ AV_WR_AN_LTE_10M
☑ RE_ Avon Capital(1)
☑ RE_ Avon Capital(2)
☑ RE_ Avon Capital, LLC(1)
☑ Re_ Avon Capital, LLC
☑ RE_ Avon Capital
☑ RE_ Avon case D0

Data (\\server) (E:) > 14184 > Carpenter Universities (CT~JAM~738) Docs Produced Sept 7-9 2021 > Carpenter Universities (CT~JAM~738) Folder 26 > vduarey     🔍 Search vduarey

- ☐ 0-49 Letter from Clark Re:IDR
- ☐ #1 Best Selling Item for 2006
- ☐ $$$$ yikes!(1)
- ☐ $$$$ yikes!
- ☐ $$, etc.- Update
- ☐ $$
- ☐ $4.95 Shipping! Are you ready for the Big Game_
- ☐ $5 shipping on home & more at the Choice Site!
- ☐ $5 vs $500 Car Wash
- ☐ $10 off Men's Sport Shirts, flannel, denim & more
- ☐ $10 off plus Free Shipping online only
- ☐ $19.99 Mother's Day bouquet - limited time offer!
- ☐ $20 Borders Gift Card Offer
- ☐ $50 Off Any $70 Order!
- ☐ $50 Off - 5 Days Only!
- ☐ $50 Off Fusion FT-3 Drivers
- ☐ $100 Million(1)
- ☐ $100 Million(2)
- ☐ $100 Million
- ☐ $250K Policy Funding Minimum(1)
- ☐ $250K Policy Funding Minimum(2)
- ☐ $250K Policy Funding Minimum(3)
- ☐ $250K Policy Funding Minimum(4)
- ☐ $250K Policy Funding Minimum
- ☐ $795 5-pc. Dining Set-Save $600!
- ☐ (no reply)(1)
- ☐ (no reply)
- ☐ (no subject)
- ☐ (ROBERTSON)
- ☐ [Advisors] 10 free sales tips for approaching teachers with TSA
- ☐ [Advisors] 10 questions predict your profitability in 2008
- ☐ [Advisors] 26-Page Tax Savings Presentation - Instant Download
- ☐ [Advisors] Add 234 to your commissions in fourth quarter alone
- ☐ [Advisors] CPA referral system beats the summer doldrums
- ☐ [Advisors] Dominate the Financial Landscape - Advanced Training
- ☐ [Advisors] Expo 2008 reveals how to earn CEO salaries by getting leads to call y

- ☐ [Advisors] Garner IRA business
- ☐ [Advisors] Get PAID today - Your renewals exchanged for immediate capital
- ☐ [Advisors] Learn to plan and prospect in the uncertain post-151A era
- ☐ [Advisors] Little known government secret draws seniors in droves(1)
- ☐ [Advisors] Little known government secret draws seniors in droves
- ☐ [Advisors] Make income riders easy with Free Slide Ruler
- ☐ [Advisors] Retirement Planning Software - Free Trial
- ☐ [Advisors] Stop wasting money on Senior Seminars
- ☐ [Advisors] Supreme Court Ruling creates 401(k) takeover opportunity
- ☐ [Advisors] Tap into the Pre-Retiree Market with Free _Income Planning in Turbule
- ☐ [Advisors] The Rule of 72 Botable Wins Over Annuity Prospects
- ☐ [Advisors] The Superfecta Annuity - 20% first-year & 8%+ Commission
- ☐ [Advisors] Uncover more of your client's hidden assets
- ☐ [Advisors] Unlock client assets with the 10Q client prospecting guide
- ☐ [Advisors] We want to purchase your renewals
- ☐ [Advisors] Zero-seminar prospecting nets MORE annuity apps
- ☐ [Agents] Get a hard-to-place impaired risk case_
- ☐ [Agents] No-hassle, online insurance quotes - $200 complimentary package
- ☐ [Annuity eCard, Apr 3 '07] Annuity Prospecting Questions, SPIA Time Bomb, NASD
- ☐ [Annuity eCard, Jan 3 '07] Longevity Risk, B_D Options with EIAs, Superbowl
- ☐ [attn._ Texas Agents] Top 10 Rated Annuities
- ☐ [Be the boss]
- ☐ [eCast Offer] Happy Holidays at BingoPalace
- ☐ [eCast Offer] 10 Best Sales Ideas Ever
- ☐ [eCast Offer] A Never Ending Flow of Quality Prospects
- ☐ [eCast Offer] Catapult Your Income Annuity Sales
- ☐ [eCast Offer] Complimentary Presentation with New LTC Rider Option in an Annuity
- ☐ [eCast Offer] Complimentary White Paper_ 4 Keys to Successful Selling
- ☐ [eCast Offer] Create Possibilities Your Clients Can Count On
- ☐ [eCast Offer] Hundreds of Qualified Appointments
- ☐ [eCast Offer] Medicare Supplement Vs Medicare Advantage
- ☐ [eCast Offer] No Worries, More Success
- ☐ [eCast Offer] Personalized Marketing Material
- ☐ [eCast, Feb 22 '07] Insurance Closing Club, Life-Based SPIAs, The Cold Call
- ☐ [eCast, Jan 1 '07] Annuity Compliance, Forward Thinking, Top Producers
- ☐ [eCast, Jan 15 '07] Customized Portfolios, Mitigating Taxes, IHS 328 Investments
- ☐ [eCast, Jan 19 '07] Being an Executor, Financial Liability Portfolio Management
- ☐ [elbinet, April] What is short term care insurance_

- ☐ [Estate Planning eCast, Feb 16 '07] Getting Top Dollar, Balancing Priorities
- ☐ [Fwd_ 419 Plan &Trust](1)
- ☐ [Fwd_ 419 Plan &Trust]
- ☐ [FWD_ RE_ re sellers agreement and proposal](1)
- ☐ [FWD_ RE_ re sellers agreement and proposal]
- ☐ [FWD_ Trip Tickets]
- ☐ [FWD_ revised Trip Tickets]
- ☐ [Health brokers] Wide policies online to achieve six figures from home
- ☐ [HSDBB] Your deposit status
- ☐ [HHAPP] Your deposit status
- ☐ [HSDAPP] Your deposit status
- ☐ [IHTHZQ] Your deposit status
- ☐ [Investments-eCast, Mar 5 '07] SMAs Alternatives, Chasing Foreclosures, Your B_D
- ☐ [IRYM] Your deposit status
- ☐ [IS98H] Your deposit status
- ☐ [J8RH] Your deposit status
- ☐ [J9PH] Your deposit status
- ☐ [LTC eCast, Jan 12 '07] Selling First LTC Policy, Lifespan People Care Act
- ☐ [LTC eCast, Jan 25 '07] Simplify for the Consumer, Overruling LTCi Objections
- ☐ [LTC eCast] LTC Sales Guides, Ethical Questions, LTCi Schools, Medicare Leads
- ☐ [New] Free Indexed UL CB helps close cases
- ☐ [New] Living Care Annuity with 3c gtd_payout](1)
- ☐ [New] Living Care Annuity with 3c gtd_payout
- ☐ [Normal] Big Savings on the NEW! Quote Engine 2.0
- ☐ [Produces eCast Sales Tools, Working with Seniors, LTCi Pays, Buying Decisions
- ☐ [Produces eCast] The Right Investment, Boomer Retirement, Simplifying LTCi
- ☐ [Produces] Boost Prospects & Minimize Cost
- ☐ [Produces] eCast Sales Tools, Working with Seniors, LTCi Pays, Buying Decisions
- ☐ [Produces] Buying insurance online is more popular than ever
- ☐ [Retirement eCast] Social Security Crisis, Reverse Mortgages, Preserve Wealth
- ☐ [RI] PN_ The Desert Raven, issue 12, March 15, 2009
- ☐ [RI] Giants
- ☐ [RI] Giants
- ☐ [RI] RE_ Thinking
- ☐ [Webinar] 10 Steps to Ensure Success with Roth Conversions in 2010
- ☐ [Webinar] New Roth IRA Opportunities in 2010
- ☐ _Big Lottery Winner(1)
- ☐ _Big Lottery Winner
- ☐ _ Payments for Molly's review GMIT(1)
- ☐ _ Payments for Molly's review GMIT
- ☐ _(1)