# EXHIBIT  2

| | |
|---|---|
| **From:** | Jeff Sandberg |
| **To:** | Maria Islas |
| **Cc:** | Joseph Manson |
| **Subject:** | Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks! |
| **Date:** | Tuesday, September 07, 2021 11:13:00 AM |

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7 2021

Name

Carpenter Universitas (CT--JAM-738) Folder 1
Carpenter Universitas (CT--JAM-738) Folder 2
Carpenter Universitas (CT--JAM-738) Folder 3
Carpenter Universitas (CT--JAM-738) Folder 4
Carpenter Universitas (CT--JAM-738) Folder 5
Carpenter Universitas (CT--JAM-738) Folder 6
Carpenter Universitas (CT--JAM-738) Folder 7
Carpenter Universitas (CT--JAM-738) Folder 8
Carpenter Universitas (CT--JAM-738) Folder 9
Carpenter Universitas (CT--JAM-738) Folder 10
Carpenter Universitas (CT--JAM-738) Folder 11
Carpenter Universitas (CT--JAM-738) Folder 12
Carpenter Universitas (CT--JAM-738) Folder 13
Carpenter Universitas (CT--JAM-738) Folder 14
Carpenter Universitas (CT--JAM-738) Folder 15
Carpenter Universitas (CT--JAM-738) Folder 16
Carpenter Universitas (CT--JAM-738) Folder 17

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



**BOARD CERTIFIED**®
Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 1**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks! |
| **Date:** | Wednesday, September 08, 2021 9:53:54 AM |

On behalf of Jeff Sandberg please find (2) ShareFile links containing responsive documents. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 11, 12,16,17)
https://pamlaw.sharefile.com/d-s50c3389036b54ed0baed4c1dd62bedcc

Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 13,14,15)
https://pamlaw.sharefile.com/d-sa4cf0c465bfa45889cd29164757f6a5c

**NOTE: Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 1-10) are still uploading and will be sent under separate email.**

**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Tuesday, September 7, 2021 11:10 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks!

**Exhibit 2**



Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7 2021

Name

Carpenter Universitas (CT--JAM-738) Folder 1
Carpenter Universitas (CT--JAM-738) Folder 2
Carpenter Universitas (CT--JAM-738) Folder 3
Carpenter Universitas (CT--JAM-738) Folder 4
Carpenter Universitas (CT--JAM-738) Folder 5
Carpenter Universitas (CT--JAM-738) Folder 6
Carpenter Universitas (CT--JAM-738) Folder 7
Carpenter Universitas (CT--JAM-738) Folder 8
Carpenter Universitas (CT--JAM-738) Folder 9
Carpenter Universitas (CT--JAM-738) Folder 10
Carpenter Universitas (CT--JAM-738) Folder 11
Carpenter Universitas (CT--JAM-738) Folder 12
Carpenter Universitas (CT--JAM-738) Folder 13
Carpenter Universitas (CT--JAM-738) Folder 14
Carpenter Universitas (CT--JAM-738) Folder 15
Carpenter Universitas (CT--JAM-738) Folder 16
Carpenter Universitas (CT--JAM-738) Folder 17

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



**BOARD CERTIFIED**[®]
Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product
privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it
was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 2**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks! |
| **Date:** | Thursday, September 09, 2021 10:56:16 AM |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 1-10)
https://pamlaw.sharefile.com/d-s6e38b992e7854b74ad37b4674082b4c5

**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Tuesday, September 7, 2021 11:10 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks!

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7 2021

Name

Carpenter Universitas (CT--JAM-738) Folder 1
Carpenter Universitas (CT--JAM-738) Folder 2
Carpenter Universitas (CT--JAM-738) Folder 3
Carpenter Universitas (CT--JAM-738) Folder 4
Carpenter Universitas (CT--JAM-738) Folder 5
Carpenter Universitas (CT--JAM-738) Folder 6
Carpenter Universitas (CT--JAM-738) Folder 7
Carpenter Universitas (CT--JAM-738) Folder 8
Carpenter Universitas (CT--JAM-738) Folder 9
Carpenter Universitas (CT--JAM-738) Folder 10
Carpenter Universitas (CT--JAM-738) Folder 11
Carpenter Universitas (CT--JAM-738) Folder 12
Carpenter Universitas (CT--JAM-738) Folder 13
Carpenter Universitas (CT--JAM-738) Folder 14
Carpenter Universitas (CT--JAM-738) Folder 15
Carpenter Universitas (CT--JAM-738) Folder 16
Carpenter Universitas (CT--JAM-738) Folder 17

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law

**Exhibit 3**

By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



**BOARD
CERTIFIED**℠
Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 3**

| | |
|---|---|
| **From:** | Jeff Sandberg |
| **To:** | Maria Islas |
| **Cc:** | Joseph Manson |
| **Subject:** | Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks! |
| **Date:** | Thursday, September 09, 2021 11:12:00 AM |
| **Attachments:** | image001.png |

---

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021    ⌄   ↻

| ⌃ Name | Date modified ⌄ | Type |
|---|---|---|
| 📁 Carpenter Universitas (CT--JAM-738) Folder 26 | 9/8/2021 4:08 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 25 | 9/8/2021 3:59 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 24 | 9/8/2021 3:57 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 23 | 9/8/2021 1:35 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 22 | 9/8/2021 1:34 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 21 | 9/8/2021 1:32 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 20 | 9/8/2021 1:30 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 19 | 9/8/2021 1:29 PM | File folder |
| 📁 Carpenter Universitas (CT--JAM-738) Folder 18 | 9/8/2021 1:28 PM | File folder |

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com


**BOARD CERTIFIED®**
Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com

CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 4**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks! |
| **Date:** | Thursday, September 09, 2021 11:21:00 AM |
| **Attachments:** | image001.png |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. <u>Folder 26 is still uploading and will be sent in a separate email</u>. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 (Folders 18-25)
https://pamlaw.sharefile.com/d-saa2c37462d4941c48f2bc99c4eb734fa


**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Thursday, September 9, 2021 11:09 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks!

| Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 | | ⌄ | ↻ | |
|---|---|---|---|---|

| ^ Name | Date modified | Type |
|---|---|---|
| Carpenter Universitas (CT--JAM-738) Folder 26 | 9/8/2021 4:08 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 25 | 9/8/2021 3:59 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 24 | 9/8/2021 3:57 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 23 | 9/8/2021 1:35 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 22 | 9/8/2021 1:34 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 21 | 9/8/2021 1:32 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 20 | 9/8/2021 1:30 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 19 | 9/8/2021 1:29 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 18 | 9/8/2021 1:28 PM | File folder |

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)

**Exhibit 5**

Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 5**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks! |
| **Date:** | Friday, September 10, 2021 8:43:58 AM |
| **Attachments:** | image001.png |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 (Folder 26)
https://pamlaw.sharefile.com/d-s77407e57a00e4ac6b709d33c73b63d54

**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Thursday, September 9, 2021 11:09 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks!

| Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 | ⌄ | ↻ | |
|---|---|---|---|

| ^ Name | Date modified | Type |
|---|---|---|
| Carpenter Universitas (CT--JAM-738) Folder 26 | 9/8/2021 4:08 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 25 | 9/8/2021 3:59 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 24 | 9/8/2021 3:57 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 23 | 9/8/2021 1:35 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 22 | 9/8/2021 1:34 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 21 | 9/8/2021 1:32 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 20 | 9/8/2021 1:30 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 19 | 9/8/2021 1:29 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 18 | 9/8/2021 1:28 PM | File folder |

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)

**Exhibit 6**

Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



**BOARD CERTIFIED**®
Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com

CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 6**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks! |
| **Date:** | Thursday, September 09, 2021 11:21:00 AM |
| **Attachments:** | image001.png |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. Folder 26 is still uploading and will be sent in a separate email. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 (Folders 18-25)
https://pamlaw.sharefile.com/d-saa2c37462d4941c48f2bc99c4eb734fa


**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Thursday, September 9, 2021 11:09 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks!

| Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 | | |
|---|---|---|
| **Name** | **Date modified** | **Type** |
| Carpenter Universitas (CT--JAM-738) Folder 26 | 9/8/2021 4:08 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 25 | 9/8/2021 3:59 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 24 | 9/8/2021 3:57 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 23 | 9/8/2021 1:35 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 22 | 9/8/2021 1:34 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 21 | 9/8/2021 1:32 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 20 | 9/8/2021 1:30 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 19 | 9/8/2021 1:29 PM | File folder |
| Carpenter Universitas (CT--JAM-738) Folder 18 | 9/8/2021 1:28 PM | File folder |

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)

**Exhibit 7**

Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com

CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 7**

ata (\\server) (I:)  >  14184  >  Carpenter Universitas (CT–JAM-738) Docs Produced Sept 7-9 2021

| Name | Date modified | Type | Size |
|---|---|---|---|
| Carpenter Universitas (CT–JAM-738) Folder 1 | 9/6/2021 8:30 AM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 2 | 9/6/2021 8:59 AM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 3 | 9/6/2021 10:14 AM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 4 | 9/6/2021 10:32 AM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 5 | 9/6/2021 12:26 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 6 | 9/6/2021 12:34 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 7 | 9/6/2021 1:33 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 8 | 9/6/2021 2:03 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 9 | 9/6/2021 2:33 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 10 | 9/6/2021 3:23 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 11 | 9/6/2021 3:34 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 12 | 9/6/2021 3:50 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 13 | 9/6/2021 3:55 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 14 | 9/7/2021 7:55 AM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 15 | 9/6/2021 4:04 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 16 | 9/6/2021 4:34 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 17 | 9/6/2021 4:46 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 18 | 9/8/2021 1:28 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 19 | 9/8/2021 1:29 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 20 | 9/8/2021 1:30 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 21 | 9/8/2021 1:32 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 22 | 9/8/2021 1:34 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 23 | 9/8/2021 1:35 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 24 | 9/8/2021 3:57 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 25 | 9/8/2021 3:59 PM | File folder | |
| Carpenter Universitas (CT–JAM-738) Folder 26 | 9/8/2021 4:08 PM | File folder | |

**Exhibit 8**

ta (\\server\) (I)  ›  14184  ›  Carpenter Universitas (CT—JAM-738) Docs Produced Sept 7-9 2021  ›  Carpenter Universitas (CT—JAM-738) Folder I  ›  Benefit Plan Advisors      ⌄  ↻     🔍 Search Benefit Plan Advisors

**Exhibit 8**

- Benefit Plan Advisors
- ☑ #00816015(1)
- ☑ #00816015(1)
- ☑ #0081685153
- ☑ #0168153 – David Coffman
- ☑ #0169017 – Bhupinder S Saini(1)
- ☑ #0169017 – Bhupinder S Saini(2)
- ☑ #0169017 – Bhupinder S Saini
- ☑ #0169017 – Bhupinder S Saini
- ☑ #2832532(1)
- ☑ #2832532A(1)
- ☑ #2832534
- ☑ #2832678A(1)
- ☑ #2832678A
- ☑ #0369000 – Philip Von Burg
- ☑ #0207280 – Schaefer(T)
- ☑ #0207280 – Schaefer
- ☑ 1$555
- ☑ 1$555(1)
- ☑ 1$555(2)
- ☑ 1$555(3)
- ☑ 1$555
- ☑ 1$555(1)
- ☑ 1$555
- ☑ 1 $1 Million Sales Idea(T)
- ☑ 1 $1 Million Sales Idea
- ☑ 1 $25,000,000 Key Man Policy(T)
- ☑ 1 $25,000,000 Key Man Policy
- ☑ (NON-NY) New Employee Enrollment ePackage
- ☑ 1. Quote for Town of Huntington
- ☑ 1 [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn(1)
- ☑ 1 [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn(2)
- ☑ 1 [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn
- ☑ 1 [1] manager's choice, [45] discussions, [12] comments and [30] jobs on LinkedIn
- ☑ 1 [1] manager's choice, [49] discussions, [12] comments and [30] jobs on LinkedIn
- ☑ 1 [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn(1)
- ☑ 1 [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn(2)
- ☑ 1 [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn(3)
- ☑ 1 [1] manager's choice, [68] discussions, [8] comments and [15] jobs on LinkedIn(1)
- ☑ 1 [1] manager's choice, [68] discussions, [8] comments and [15] jobs on LinkedIn(2)
- ☑ 1 [7] new discussions on LinkedIn(1)
- ☑ 1 [7] new discussions on LinkedIn

- ☑ [9] new discussions, [1] new comment and [2] new jobs on LinkedIn(1)
- ☑ [9] new discussions, [1] new comment and [2] new jobs on LinkedIn
- ☑ [9] new discussions, [1] new comment and [2] new jobs on LinkedIn
- ☑ [9] new discussions, [5] new comments and [3] new jobs on LinkedIn
- ☑ [10] discussions, [5] comments and [14] jobs on LinkedIn
- ☑ [11] discussions on LinkedIn
- ☑ [11] new discussions, [2] new comments and [1] new job on LinkedIn
- ☑ [11] new discussions, [3] new comments and [20] new jobs on LinkedIn(1)
- ☑ [11] new discussions, [3] new comments and [20] new jobs on LinkedIn
- ☑ [11] new discussions, [3] new comments and [18] new jobs on LinkedIn
- ☑ [11] new discussions, [5] new comments and [18] new jobs on LinkedIn
- ☑ [12] discussions and [1] comment on LinkedIn
- ☑ [12] discussions, [11] comments and [8] jobs on LinkedIn(1)
- ☑ [12] discussions, [11] comments and [8] jobs on LinkedIn
- ☑ [13] discussions, [1] comment and [2] jobs on LinkedIn
- ☑ [13] discussions, [2] comments and [2] jobs on LinkedIn
- ☑ [14] discussions on LinkedIn
- ☑ [14] discussions, [1] comment and [10] jobs on LinkedIn
- ☑ [15] discussions, [6] comments and [27] jobs on LinkedIn(1)
- ☑ [15] discussions, [6] comments and [27] jobs on LinkedIn
- ☑ [16] discussions and [8] jobs on LinkedIn(1)
- ☑ [16] discussions and [8] jobs on LinkedIn
- ☑ [16] discussions and [8] jobs on LinkedIn
- ☑ [16] discussions, [215] comments and [66] jobs on LinkedIn(1)
- ☑ [16] discussions, [215] comments and [66] jobs on LinkedIn(2)
- ☑ [16] discussions, [215] comments and [66] jobs on LinkedIn
- ☑ [16] new discussions, [1] new comment and [2] new jobs on LinkedIn(1)
- ☑ [16] new discussions, [1] new comment and [2] new jobs on LinkedIn(2)
- ☑ [16] new discussions, [2] new comments and [2] new jobs on LinkedIn
- ☑ [16] new discussions, [3] new comments and [1] new job on LinkedIn
- ☑ [18] discussions and [26] jobs on LinkedIn
- ☑ [18] discussions and [26] jobs on LinkedIn
- ☑ [18] discussions, [2] comments and [17] jobs on LinkedIn(1)
- ☑ [18] discussions, [2] comments and [17] jobs on LinkedIn(2)
- ☑ [18] discussions, [2] comments and [17] jobs on LinkedIn
- ☑ [19] discussions, [6] comments and [20] jobs on LinkedIn
- ☑ [19] discussions, [6] comments and [33] jobs on LinkedIn
- ☑ [19] discussions, [9] comments and [9] jobs on LinkedIn
- ☑ [19] discussions, [9] comments and [9] jobs on LinkedIn
- ☑ [20] new discussions, [7] new comments and [3] new jobs on LinkedIn(1)
- ☑ [20] new discussions, [7] new comments and [3] new jobs on LinkedIn(2)
- ☑ [23] discussions and [2] comments on LinkedIn
- ☑ [23] discussions and [3] jobs on LinkedIn
- ☑ [24] discussions, [132] comments and [2] jobs on LinkedIn(1)
- ☑ [24] discussions, [132] comments and [2] jobs on LinkedIn
- ☑ [42] discussions, [21] comments and [12] jobs on LinkedIn(1)
- ☑ [42] discussions, [21] comments and [12] jobs on LinkedIn
- ☑ [43] discussions, [58] comments and [5] jobs on LinkedIn(1)
- ☑ [43] discussions, [58] comments and [5] jobs on LinkedIn
- ☑ [49] discussions, [128] comments and [90] jobs on LinkedIn(1)
- ☑ [49] discussions, [128] comments and [90] jobs on LinkedIn
- ☑ [51] discussions, [44] comments and [40] jobs on LinkedIn(1)
- ☑ [51] discussions, [44] comments and [40] jobs on LinkedIn(2)
- ☑ [52] discussions, [24] comments and [25] jobs on LinkedIn(1)
- ☑ [52] discussions, [24] comments and [25] jobs on LinkedIn(2)
- ☑ [52] discussions, [24] comments and [25] jobs on LinkedIn
- ☑ [58] discussions, [31] comments and [31] jobs on LinkedIn(1)
- ☑ [58] discussions, [31] comments and [31] jobs on LinkedIn(2)
- ☑ [58] discussions, [31] comments and [31] jobs on LinkedIn
- ☑ [58] discussions, [34] comments and [35] jobs on LinkedIn(1)
- ☑ [58] discussions, [34] comments and [35] jobs on LinkedIn(2)
- ☑ [58] discussions, [34] comments and [35] jobs on LinkedIn
- ☑ [59] discussions, [3] comments and [15] jobs on LinkedIn
- ☑ [59] discussions, [24] comments and [15] jobs on LinkedIn(1)
- ☑ [59] discussions, [24] comments and [15] jobs on LinkedIn(2)
- ☑ [60] discussions, [6] comments and [20] jobs on LinkedIn(1)
- ☑ [60] discussions, [6] comments and [20] jobs on LinkedIn

- ☑ [60] discussions, [6] comments and [20] jobs on LinkedIn
- ☑ [66] discussions, [16] comments and [8] jobs on LinkedIn(1)
- ☑ [66] discussions, [16] comments and [8] jobs on LinkedIn(2)
- ☑ [66] discussions, [16] comments and [8] jobs on LinkedIn
- ☑ [66] discussions, [40] comments and [27] jobs on LinkedIn(1)
- ☑ [66] discussions, [40] comments and [27] jobs on LinkedIn(2)
- ☑ [66] discussions, [40] comments and [27] jobs on LinkedIn
- ☑ [67] discussions, [2] comments and [62] jobs on LinkedIn(1)
- ☑ [67] discussions, [2] comments and [62] jobs on LinkedIn(2)
- ☑ [67] discussions, [2] comments and [62] jobs on LinkedIn
- ☑ [67] discussions, [18] comments and [16] jobs on LinkedIn(1)
- ☑ [67] discussions, [18] comments and [16] jobs on LinkedIn(2)
- ☑ [67] discussions, [18] comments and [16] jobs on LinkedIn
- ☑ [68] discussions, [5] comments and [49] jobs on LinkedIn(1)
- ☑ [68] discussions, [5] comments and [49] jobs on LinkedIn(2)
- ☑ [68] discussions, [5] comments and [49] jobs on LinkedIn
- ☑ [68] discussions, [15] comments and [17] jobs on LinkedIn(1)
- ☑ [68] discussions, [15] comments and [17] jobs on LinkedIn(2)
- ☑ [68] discussions, [15] comments and [17] jobs on LinkedIn(3)
- ☑ [68] discussions, [15] comments and [17] jobs on LinkedIn(1)
- ☑ [68] discussions, [15] comments and [17] jobs on LinkedIn
- ☑ [68] discussions, [38] comments and [14] jobs on LinkedIn(1)
- ☑ [68] discussions, [38] comments and [14] jobs on LinkedIn(2)
- ☑ [68] discussions, [38] comments and [14] jobs on LinkedIn
- ☑ [68] discussions, [38] comments and [14] jobs on LinkedIn
- ☑ [68] discussions, [39] comments and [21] jobs on LinkedIn(1)
- ☑ [68] discussions, [39] comments and [21] jobs on LinkedIn(2)
- ☑ [68] discussions, [39] comments and [21] jobs on LinkedIn
- ☑ [68] discussions, [39] comments and [21] jobs on LinkedIn
- ☑ [69] discussions, [4] comments and [14] jobs on LinkedIn(1)
- ☑ [69] discussions, [4] comments and [14] jobs on LinkedIn(2)
- ☑ [69] discussions, [4] comments and [14] jobs on LinkedIn
- ☑ [70] discussions, [49] comments and [19] jobs on LinkedIn(1)
- ☑ [70] discussions, [49] comments and [19] jobs on LinkedIn(2)
- ☑ [70] discussions, [49] comments and [19] jobs on LinkedIn
- ☑ [71] discussions, [2] comments and [19] jobs on LinkedIn(1)
- ☑ [71] discussions, [2] comments and [19] jobs on LinkedIn(2)
- ☑ [71] discussions, [2] comments and [19] jobs on LinkedIn
- ☑ [72] discussions, [2] comments and [49] jobs on LinkedIn(1)
- ☑ [72] discussions, [2] comments and [49] jobs on LinkedIn(2)

sta (\\server (I:)  >  14184  >  Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT-JAM-738) Folder 2  >  Bill White

- Athur Jaros (Bill White)
- Bill White
- Bill White background
- Danny A. Parman (Bill White)
- Diane N. Cook (Bille White)
- Dwayne Maroszek (Bill White)
- Dwight L. Johnson (Bill White)
- Fred Petersen (Bill White)
- Michael Jewel (Bill White)
- Patrick A. Vanderburgh (Bill White)
- Richard D. Darley (Bill White)
- Thomas J. Griffey (Bill White)
- William Stern (Bill White)
- Bill White - FL License 8-8-07
- Bill White - NV License (2)
- Bill White - NV License
- Bill White - Union Central License Request 2.25.09
- Bill White and Ken Grubb Bill March 27
- Bill White's E&O insurance
- ProFinancialServices - Bill White
- Rex & Bill White PAC Life Requests 2.23.09
- Richard Poston - Bill White's Sig. Needed
- State of IL renewal paperwork Bill White
- Tax Lien Letter Bill White Principal
- Tax Lien Letter Bill White
- Tax Lien Letter Bill White
- Tex Lien Letter Bill White
- UC - License Request - Bill White
- WCL Agent's Agreement - Bill White (REX)

**Exhibit 8**

ta (\\server\ (G:)  ›  14184  ›  Carpenter Universitas (CT~JAM-738)  ›  Carpenter Universitas (CT~JAM-738) Docs Produced Sept 7-8 2021  ›  Carpenter Universitas (CT~JAM-738) Folder 3  ›  BPA

`<` | `Ü` | `>` | `🔍 Search BPA`

**File list (left column):**

- 9-23-2009 BPA response to smith interrogatories and Production
- 10-12-2009 BPA motion to amend scheduling order
- BPA
- BPA comments
- BPA interrogatories for Admission and document production
- BPA STAR UPDATED
- BPA - Penn Mutual
- BPA vs. Top Man-Teseme-Smith Trust
- GNATI BPA FOLDERS
- IRS BPA Response Notices 2007-58,84 and Rev rule2007-65
- $5$
- $10MM II L(1)
- $10MM II L(2)
- $10MM II L
- $25,000,000 Key Man Policy(1)
- $25,000,000 Key Man Policy
- $500 check(1)
- $500 check
- [Fed_[Fwd_Penn Mutual Contracting - Associates of Clifton Park]]
- [Fed_[Fwd_RE_Cramer illustration]]
- [Fed_PV_Associates of Clifton Park-Ins Arg]
- [Fed_PV_Frank Mussemen] - 9209753]
- [Fed_PV_Jamie Docster - CT License]
- [Fed_Gerald Sher - Welfare Benefit Policy #U70466699](1)
- [Fed_Gerald Sher - Welfare Benefit Policy #U70466699]
- [Fed_Gerald Sher - Lola Rosenthal JJT105597]
- [Fed_Lola Rosenthal]
- [Fed_M Pollock]
- [Fed_OBrian, Edward]
- [Fed_Pollock-App - Need Signature]
- [Fed_Pollock_Melvine - Need Signature]
- [Fed_RE_[Fwd_Frank and Helen Mussemen]]
- [Fed_RE_[Fwd_RE_[Fwd_RE_[Fwd_Frank and Helen Mussemen]]]]
- [Fed_RE_9209746 & 9209753 - Mussman]
- [Fed_RE_Cramer illustration]
- [Fed_RE_Gurgis, Vivian]
- [Fed_RE_Lambeti](1)
- [Fed_RE_Lambeti]
- _(1)
- _(2)
- _(3)
- _(5)
- _(7)
- _(9)
- _(10)
- #00816915X(1)
- #00816153
- #8116153 > David Coffman
- #8116917 > Bhupinder S Saini(1)
- #8116917 > Bhupinder S Saini(2)
- #8116917 > Bhupinder S Saini
- #8116917 > Bhupinder S Stani
- #8176317 - Natalie Semon
- #8176317 - Semen, Natalie
- #8183825 > Darrell Taylor_#8183829 >Keith Taylor(1)
- #8183825 > Darrell Taylor_#8183829 >Keith Taylor(2)
- #8183825 > Darrell Taylor_9209746 & 9209753 - Mussman]
- #8183825 > Darrell Taylor_#8183829 >Keith Taylor
- #8211012 > Patricia Biermaier
- #8225334(1)
- #8225334
- #8226764(1)
- #8226764
- #8569090 > Philip Von Burg
- #9207380 > Schaefer(1)
- #9207380 > Schaefer
- #9207767 > Schaefer, Fred _ Cheryl
- $$ for Policies thru DMFN(1)
- $$ for Policies thru DMFN
- $$$
- $$(1)

**Numbered checkbox grid (sequential items):** _48, _49, _50, _51 … through … _504

**Exhibit 8**

ta (\\server\) (t:) › 14184 › Carpenter Universitas (CT—JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT—JAM-738) Folder 4 › COT

Search COT

**Column 1**
- 4-2010 Settlement agreement GMC-COT Folder
- 7-2-2010 Excel of COT Letters
- 11-09-09 Settlement COT and GMC
- 2010 & 2011 COT MASTER LIST
- Alton Patton - COT Copy File
- COT
- COT - AVON
- COT - AVON
- COT 2nd yr Funding Memo's
- COT 5.6.10
- COT 9.17.07
- COT Brokers
- COT Payments and Info
- COT PRELLE
- COT Pre-review
- COT Procedures
- COT Reponse to paintffs
- COT Scorecard
- COT-AVON Accounting Reports
- Doug Sanders COT
- Ernest Cotton (Hillcrest)
- Incandela COT
- Insured Prospects COT 2009
- LFG Changes – COT
- LFG COT
- Mark Seleman COT
- Penn Mutual v COT Matinez and Bursey
- Penn v COT-Bursey-Waesche
- PennMutual-COT
- Vito Esparo COT & Non-med (Ed Waesche)
- 1.6.10 GMC DE WIRE TO COT (R. Waldman)
- 1.13.10 GMC DE WIRE TO COT 2009 (J. Chrestman)
- 1.29.10 AVON WIRE TO COT (Lucien)
- 1.29.10 AVON WIRE TO COT (Lucien)
- 1.29.10 GMC DE WIRE TO COT (Paulsrud)
- 1-5-2011 Changed to quarterly COT LFG
- 1st & Last pages - COT 2009
- 1st & Last pages - COT 2009
- 4.3.10 GMC DE WIRE TO COT (R. Waldman)

**Column 2**
- 4-23.10 GMC DE WIRE TO COT (Paulsrud)
- 5-4-2009 COT Beneficial Interest
- 7-2-2009 IR Dukt COT Benefic letter-Spencer
- 7-23-2008 Settlement Release for COT Death
- 7-28-2009 Ed Waesche broker listRE COT Letter
- 8.4.2009 COT letter to LFG
- 8 - 4 - 2009 COT letter to LFG
- 8-4-2005 RE COT Calls
- 8-17-2009 RE COT Letters
- 8-31-2010 excel of COT letters and ret receipts
- 9-4-13 FW COT email and Letter to LFG-2009
- 12.31.09 Balanced Ridgewood & COT  BIBLE
- 12.31.09 Balanced Ridgewood & COT email Dan –
- 12.31.09 Balanced Ridgewood & COT email Dan –
- 2012 COT ALL PAY (Jw of 5.31.12)
- 9024-2009 Alton Patton declined COT Letters Batch 2
- Admin RE Section 8 Page - COT
- Advantages of the COT 10.22.07
- AIT-COTANALYSIS (ALPHA)
- AIT-COTANALYSIS (ALPHA)
- AIT-COT-COT09 ANALYSIS (ALPHA)
- AIT-COT-COT09 ANALYSIS (ALPHA)0lowry
- AIT-COT-COT09 ANALYSIS (ALPHA)0lowry
- AIT-COT-COT09 ANALYSIS (ALPHA)0lowry
- AIT-COT-COT09 ANALYSIS (ALPHA)0lowry
- AIT-COT-COT09 ANALYSIS vs GMC Notes (EFF DT)
- AIT-COT-COT09 ANALYSIS vs GMC Notes (EFF DT)
- AIT-COT-COT09 ANALYSIS vs GMC Notes (EFF DT)
- AIT-COT-COT09 ANALYSIS vs GMC Notes
- AIT-COT-COT09 ANALYSIS vs GMC Notes
- AIT-COT-COT09 EFF DT ANALYSIS
- AIT-COT-COT09 EFF DT ANALYSIS
- AI Auchettere - COT 09 Bene Form
- American National PNC COT Term
- Analysis for all COT & AIT Policies (eff dt)
- Analyst for all COT4ITPolicies
- Analysis of COT and Nova TD bank accounts Information Subpoena
- Annuxdata COT Informal Inquiry
- Application_Earnest Cotton_Usw

**Column 3**
- Arterburn, Ben - 1.14.11 COT Letter
- Arterburn, Ben - COT Enrollment
- Arthur Bean - COT09 Bene Form
- Auchiddec, Alvin - COT 2009
- Aug & Sept 2012 Q Prem Due - COT
- Authorization to Obtain and Release Info COT
- AVON COT HOUSE OWNED
- Baker, Charles - COT Enrollment docs
- Bank Funding List 3% - COT 2008
- Barbara Wada COT HIPPA
- Bean, Arthur - COT 2009
- Bean, Arthur - COT Auths
- Benefit FUNDING Package (COT)
- Bennet, James - COT Funding Package 1 of 2
- Bennet, James - COT Funding Package 2 of 2
- Bennet, James - COT Term Letter
- Bixmaier COT Enrollment Docs
- Bolton – COT09 Bene Form
- Bolton Tax & Bookkeeping COT Enrollment Docs
- Bolton, Babby (partial) - COT 2009
- Bolton, Bobby COT DA & CA
- Brian Creek Farm (2869) - COT ABC docs
- Cargill, Bobby - COT Docs
- check request for Nantucket Cottage Hosp
- Chicoat, Jeanette - COT D, A & CA
- Chicoat, Jeanette - COT Enrollment Docs.
- Chicoat, William - COT D,A & CA
- Chicoat, William - COT Enrollment Docs.
- Chrestman, James (partial) - COT 2009
- Clean Copy of COT Carpenter Motion to Unseal Affidavit 4-27-2012
- Clean Copy of COT Motion to Unseal Affidavit 4-25-2012 (accepted)
- Clean Copy of COT Motion to Unseal Affidavit 4-25-2012 (redlined)
- Cinard, Marlene - COT 2009
- Cinard, Marlene - COT Auths
- Collins COT Docs
- Copy of Copy of Copy of COT (Prelle) 7-24-2008
- Copy of Copy of Copy of COT (Prelle) 7-14-2008
- Copy of Copy of Copy of COT (Prelle) 7-24-2008

**Column 4**
- Copy of Copy of COT (Prelle) 1-8-09
- Copy of Copy of COT (Prelle) 6-24-2008
- Copy of Copy of COT (Prelle) 6-24-08 GUY COM
- Copy of Copy of COT (Prelle) 7.1.2008
- Copy of Copy of COT (Prelle) 7.7.2008
- Copy of Copy of COT (Prelle) 10-7-2008
- Copy of Copy of COT 2-15-2008
- Copy of Copy of COT 2-22-2008
- Copy of Copy of COT 2-25-2008
- Copy of Copy of COT 2-29-2008
- Copy of Copy of COT 3-11-2008
- Copy of Copy of COT 3-27-08
- Copy of Copy of COT 3-27-2008
- Copy of Copy of COT 4-10-08
- Copy of Copy of COT 4-28-03
- Copy of Copy of COT 5-8-08
- Copy of Copy of COT 6-15-08
- Copy of Copy of COT 6-13-0A
- Copy of COT (Prelle) 6 17 2009
- Copy of Copy of COT 6 24 2008
- Copy of Copy of COT (Prelle) 7.1.2008
- Copy of COT (varmm response) 6 17 2008
- Copy of COT Address List
- Copy of COT Annual Master List - 2012(Unpaid-dt)
- Copy of COT Spreadsheet Sep 10
- Copy of COT-AVON Life Asset Spreadsheet (guy erik)
- Copy of COT-AVON Life Asset Spreadsheet (guy Jenny)
- Copy of Updated Payments Balanced Ridgewood COT 12.31 10 BIBLE
- Corp Resolution re COT COO to GMC
- COT - 12 Reasons
- , COT - AVON
- COT - Bailey, M - LFG (362) Premium Notice
- COT - BI - AIT Accting TOTALS 5-19-09
- COT - LO = LT Letter 7.31.2009
- COT - TD Bank May 2009 - June 2010[1]
- COT & 09 9.13.13 REQ FOR RUN DOCS (inm-Sun 5.22.17)
- COT & 09 9.13.13 REQ FOR RUN DOCS
- COT 1.18 2008

**Column 5**
- COT 1.26.2008
- COT 1.18.2008
- COT 1.28.2008
- COT 4.5.11 Request - cot active
- COT 4.5.11 Request - Pend XPO
- COT 4.5.11 Request
- COT 4.5.11 Request-LFG12
- COT 4.5.11 Request-LIT
- COT 4.5.11 Request-Pend XPO
- COT 5.19.11 9(for dec)
- COT 5.9.11
- COT 6.17.10 ret receipts
- COT 7.2.10 ret receipts
- COT 7.2.10 ret receipts als
- COT 7.6.10 Termination Labels
- COT 7.6.10 Termination Letters
- COT 8.11.09
- COT 24 (AS OF 4.23.12)
- COT 24 en 6.14.12
- COT 24 en of 8.20.12 with5
- COT 24 en of 8.20.12
- COT 24 en of 12.31.12
- COT 2009 (Most recent pay bac
- COT 2009 (Most recent pay bac
- COT 2009 (Most recent pay to i
- COT 2009 (Most recent pay to t
- COT 2009 (Most recent pay to t
- COT 2009 (Q Pay December '11
- COT 2009 24 months
- COT 2011 DEC 1.13.11
- COT ACTIVE (ONLY) 7.15.11
- COT ACTIVE INFORCE ILLUS RE
- COT ACTIVE Summary to 12.31
- COT ADDR REQ 7.17.15
- COT ADDRESS 5.8.10
- COT Agreement Spencer not to
- COT AT Financial Details

**Exhibit 8**

1a (\\server) (b)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 5  >  DECVIEW  >  DDeeer

Search DDeeer

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| nbhtrege.exp_files | 24 Seminary Lead Disclosure | 2010 IRS Publication 535 | AFS Envelope |
| benistar csr | 24 Seminary Road letter | 2010 medico comprehensive formulary | AFS Letter Head 2 |
| benistar.419 PA | 47 woodchuck hill decline letter | 2010 medico EOC | AFS Letter Head |
| bookmarks.ds_files | 175 Gracey Road FWIO Files | 2010 Medicare and you handbook | AFS Logo Letter Head for GREAT TRUST |
| Business-in-a-Box Files | 199 FTR, young vs silvester writ and notice of suit | 2010 medicare wheel chair ramp | agfa 2005 plan summary |
| cache | 412(e) Client Brochure | 2010 ca phillips house summary | AGFA 2008 Post 65 Enrollment packet 2 |
| cheryl newman boarding pass_files | 457 names | 2010 ca phillips house gala | AGFA 2008 Post 65 Enrollment packet |
| Copy of My Music | 529 plans can College Savings Be Saved | 2010 Vacation Request Template | AGFA 2009 meeting cover sheet |
| Downloads | 1035 Life Insurance Exchange Guidelines and Exchange Procedures | 2010_USA_TODAY_Rate_Card | AGFA ENROLL DECLINE FORM 2008 |
| EMAIL | 1120 | 2011 Drever, Daniel HIPAA Security and Compliance Training | AGFA meeting Contact Sheet 2009 |
| Equality Forum event.cfm_files | 1382 D Affordable Care Act | 2011 IRS Publication 334 | AGFA Retiree plan cover letter |
| Fair Solution_files | 1998-seadoo-xp-parts[1] | 2011 RDP Contract GLBT EXPO | agp 3054 summary of benefits |
| Favorites | 2002 SUBARU AMORTIZATION SCHEDULE | 2011 student loan interest sallie mae | AIDS in America 2.10.10 |
| gustafson claims | 2005 Chateaubriand beaucastle | 2012 Annual Report Letter MidAtlantic Trust | alan boriba penn illustration |
| kindle DTP information_files | 2005 Châteauneuf donjon 1 | 2012 County of Fresno Health and Wellness Fair Vendor Info | alex Fax Coversheet |
| My Data Sources | 2005 Le Vieux Donjon | 2012 FLOATING HOLIDAY REQUEST FORM | ALEX Release#fnfo2 |
| My eBooks | 2007 Vacation Request Form | 2012 Haley Risk Management 8275 | alexander, carlton aetna receipts |
| My Meetings | 2008 RENEWAL AND 2009 MAILING COST | 2012 Sierra College Site Visit | Alexander, Carlton Balance Due 3 112 |
| My Videos | 2008 Rx Medicare Part D Formulary 2 page-08 ANP 071015 | 2012_Advertising_Rate_Card | Alexander, Carlton Balance Due 3 112 |
| Non qualified plans 1_files | 2008 Vacation Request Form | 2848 Harwood personal | Alexander, carlton final accounting |
| Order Confirmation for Gay & Lesbian Marketing Conference - New York City_files | 2009 agfa enroll form and med id card req | 4506t | Alexander, Carlton Test Results (Medical) |
| precast.Terrazze Enterprises, Inc. ESOP Docs | 2009 agfa enroll form | A | alexander, carlton trip receipts |
| Precast Terrazzo ESOP Docs | 2009 AGFA MEETING AGENDA | AARP disenrollment request hazlett | Allen 60K Premium Survivorship Life Illustration |
| publishing | 2009 dental claims appeal | AARP Healthcare Medicare Supplement Plans | amazon selling |
| Sweet Eco-friendly lesbian travel, lesbian vacations, lesbian events_files | 2009 fields re eob.MDI | AARP UHC Plan F | amexvecta-final |
| Updates5 | 2009 gay market report | ABT Overview for Ins 10 20 12 | Anaheim Discrepancies 12.28.11 |
| Wealth Preservation Institute _ Webinars_files | 2009 HPC Annual Report State and Fed Tax Return copy for filing | Aborne Policy Inquiry | Anaheim Enrollment Presentation Final |
| xls files for esi trend control | 2009 medicare and you handbook | Abridged 5- Tier   National Preferred 5 Tier | Anaheim hotel CC Authorizatin Form |
| _-WRLL0008.tmp | 2009 medicare home health care | Accessing the Online Anthem Provider Directory | anaheim Non Part D |
| _-Site Bay Holdings LLC Agreement (2) | 2009 medico EOC | Acura 2008 TL Shoulder issue | Anaheim Pharmacies near Anaheim CA - Express Scripts |
| _-Swiz Capital Management, LLC Corporate Docs | 2009 Part D Formulary Immunologicals and Vaccines | adam spring 2012 tuition | Anaheim UHSD - Good Address Medicare Retiree Census 11-22-11 |
| _-Swiz capitsl management, llc | 2009 RENEWAL MAILING COST | ADDENDUM D CONTRACT FOR US BENEFITS GROUP | Anaheim UHSD Retiree Census 11-22-11 |
| _3 Tier Formulary | 2009 RENEWAL print cost estimates | additional charges form my checking for GLBT NYC | Anaheim UHSD RR - Good Address Medicare Retiree Census 11-22-11 |
| 1 2011 Fresno Retirees with ID numbers and status | 2009 Vacation Request Template | admin kit process for donna | Anaheim UHSD High School District ppt |
| 4 seasons april 17 contract and BEO | 2009-2010 RENEWAL MAILING COST | Advanced Podiatry Split Dollar Trust Enrollment Forms | Anaheim Union High School District ppt |
| 5 12 11 midatlantic | 2010 Gay Contract | Aetna PDP Drug List | Anderson Illustration |
| 07-08 renewal mailing cost. | 2010 home health care medicare | aetna policy docs dan | Anderson, Todd and Krista Illustration Education |
| 8 TAB DIVIDER TEMPLATE | | AFFIDAVIT from IRS Raid | angels are around you |

ta (\\server) (t:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 6  >  Five Star

- Five Star
- Five Star Agent Splits
- Five Star Comp
- Five Star Forms
- Five Star Termed
- Insured Prospects - Five Star
- Compensation Agreement Between Five Star Financial Consulting
- Copy of Rex Pending Policy Status 6-19-07 Five Star
- Five Star 3-18-07 P. Carter
- Five Star APS Fax Request
- Five Star AXA IGT Charitable
- Five Star Cases 3-31-06
- FIVE STAR CLIENT WORKSHEET
- Five Star Financial - Application Processing (update 5-5-06)
- Five Star Financial - Application Processing w Target
- Five Star Informal Inquiry (version 8.28.06)
- Five Star Informal Inquiry (version 8.28.06)
- Five Star Informal Inquiry (version 10.11.06)
- Five Star Informal Inquiry (version 10.11.06)
- Five Star Informal Inquiry (version 20061207)
- Five Star Informal Inquiry_version 8.28.06_
- Five Star Pay 4-20-07
- Five Star Pay 4-26-07
- Five Star Pay 5-24-07
- Five Star Pay 6-5-07
- Five Star Pay 6-19-07
- FIVE STAR Payout 4-26-07
- Five Star PEARS PREMIER PP 9 24 07
- Five Star PennMutual 8.22.07 Status
- Five Star Rexsinc Log Ons
- FIVE START TPG AGREEMENT (PENN, F&G)
- Gwyer, John R. - Five Star Accounting
- M.Millen (Five Star Autho)
- Maroszek Dwayne - Five Star Informal
- R.Raffett (Five Star Autho)
- Rex Five Star Comp (Paul Carter 3.8 to 3.18)
- Rex Invoice PM 3-18-07 - Five StarIncandela
- Rex Pending Policy Status 6-19-07 Five Star
- Rex Status Five Star 6.12. 07

- Scanning Labeling Procedure for Rex and Five Star
- TPG Letter Agreement (Penn Mutual) w Five Star 3.28.06
- TPG, FIVE STAR, PayItForward Agreement

**Exhibit 8**

?Data (\\server) (I:) > 14184 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-738) Folder 7 > GNeumann > gneumann

- Adobe
- bitpim
- Bluetooth
- Carryover's
- Copy of Bluetooth
- Copy of My eBooks
- Copy of My Received Files
- Desk Top
- DeskTop
- EMAIL ARCHIVE PRE08
- Favorites
- filelib
- My Archives
- My Documents
- My eBooks
- My Google Gadgets
- My Received Files
- New Folder (2)
- NEW LAPTOP
- Radi-Yo - Live Internet Radio - Listen Broadband_files
- SHAUN
- 1.419-1t Regulation
- 1
- 2.ci5
- 3.ci5
- 301.6700-1T
- 419 Final Regs w Summary
- 2005 Summary Annual Report Letter
- A G R E E M E N T3 (revised 7-24-08)
- AGENDA3
- App Reply Brief (P0029990) revised
- archadi iduchin.ci5
- Aria envelope
- AXA Notice and Consent WI
- BENISTAR 419 Legal Opinion - 1998
- BPA TIPAAA
- BPA3
- CA Life app
- Charter oak rates&chart 12-13

- Charter Oak Trust Client Package(C)-Prell
- ChatLog Grist Mill Trust Webinar 2009_08_12 13_46
- ChatLog Grist Mill Trust Webinar 2009_08_19 13_59
- Copy of Copy of COT (Prelle) 6-24-08 GUY COM
- Copy of Inventory
- Corbel Defined Benefit Checklist
- Credit Swiss Approved Carriers
- Dave Scott
- Default
- desktop
- Doc1
- Dunhill
- E & A Grist Mill Opinion 95-34
- eFax Compose Fax 3.4
- eFax Messenger 3.4
- Elderly women arrested in insurance fraud case
- Eugene Mercy Jr. Pac Life Producer Questioner
- F&G Vegas 50 Year PNS
- Fall Order 2008 Mariel WH
- Finance Documents - EXAMPLE FOR BROKERS
- Gary Tharp (Carryover 1.3M DB)
- Girard
- GMT Living Benefits Trust Points
- GMT Net Gain Split Dollar Memo
- Greg Thelen (Carryover 1M UC)
- Grist Mill PowerPoint 11-17-2004
- Hartford Comp Letter
- Hooman Prefered Smoker F&G Life One
- Howard Sargeant Financial Statement
- IM000619
- Increase Scrutiny for Tax Shelters
- Interest Rates (Blended and Adjusted)
- Jean-Mark Bur 5mil DB
- Jefferson Enrollment Package (Sep 21 06)
- Jenny & Guy
- lance letter
- Letter to Kathy Wass per Premium Financing (Guy Revised)
- Mass Presentation
- Mr & Mrs Valued Client.JPF Duet 300 Plus $20MM dB 10py

- Mr & Mrs Valued Client.JPF Duet 300 Plus $20MM dB 20py GMT Carryover
- Mr & Mrs Valued Client.JPF Duet 300 Plus $20MM dB 20py
- Mr. Ackerman (Life One 500K)
- Mr. Ackerman (Life One 750K)
- My card 1
- My Sharing Folders (gneumann v1)
- My Sharing Folders (gneumann v2)
- My Sharing Folders
- Neonatology
- NOVA Living Benefits Trust rev. 1.03.2007
- Radi-Yo - Live Internet Radio - Listen Broadband
- Richard S(Life One 500K DB)
- ROBCO LTC Refund Check
- Robert Smith
- rtf_delivery
- Shortcut to gneumann's Documents
- Shortcut to My Pictures
- Simpson Hartord
- Spirit Flow Chart (rev)
- tax_law_informer_summer_2004
- To Whom It May Concern
- Tom Gibb
- Valued Client (Age 53 Carryover 4MM)
- Valued Client (Carryover 4.5MM)
- Valued Client (Carryover 48 Male 55M)
- Valued Client (Carryover 50K 1M DB)
- Valued Client (Carryover 68 $8.03 M Tony)
- Valued Client Cice (50 7MM DB)
- Wagner (Carryover $6.8MM DB)
- Why GMT is not Listed Transaction (Dec 9, 2005)
- Witter Letter March 30
- Yaron

**Exhibit 8**

sta (\\servor) (l:) > 14164 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-738) Folder 8 > Lincoln

Search Lincoln

- BXMA Member Detail Reports I - Jan2014
- BXMA Member Detail Reports II - Jan2014
- BXMA Member Detail Reports III - Jan2014
- $50
- $50476-01 billing dates for 2013
- #820685 - Charles Smith
- #820919 - Hubert, David
- $555
- $1mm male age 60 preferred and super preferred(1)
- $1mm male age 60 preferred and super preferred
- $1mm - weekly eligibility report
- Monthly BXMA Member Extract Reports - March 2014 #1
- Monthly Member Extract Reports 2680, JTRA, A9YA, & F4BA - as of 03.03.2014
- Monthly Member Extract Reports 5123, 4177, 5412, & 7680 - as of 03.01.2014
- Monthly Member Extract Reports 6599, SWIA, 4258 - as of 03.01.2014
- Monthly Member Extract Reports F3AA, 5245, KDUA, A48A, JSAA, A4LA - as of 03
- Monthly Member Extract Reports KX0A, 2993, 4283, 4281, 5082, 4298 - as of 03
- $1 SPIA income(1)
- $1 SPIA income(2)
- $1 SPIA income(3)
- $1 SPIA income(4)
- $1 SPIA income(5)
- $1 SPIA income(6)
- $1 SPIA income(7)
- $1 SPIA income(8)
- $1 SPIA income
- #4 Pollock - COT info(1)
- #4 Pollock - COT info(2)
- #4 Pollock - COT info(3)
- #4 Pollock - COT info
- #6 Bobbie Bolton - COT info(1)
- #6 Bobbie Bolton - COT info(2)
- #6 Bobbie Bolton - COT info(3)
- #6 Bobbie Bolton - COT info
- #7 Arthur Bean COT info(1)
- #7 Arthur Bean COT info(2)
- #7 Arthur Bean COT info(3)
- #7 Arthur Bean COT info
- #8 Patsy Cramer COT info(1)
- #8 Patsy Cramer COT info(2)

- #8 Patsy Cramer COT info(3)
- #8 Patsy Cramer COT info
- $50
- $9 & up -- NY Mets Games incl. Memorial Day Weekend
- $10 off Movie and Popcorn(1)
- $10 off Movie and Popcorn
- $14.95 Courses - Sale on Favorite Subjects - Ends Midnight Tomorrow
- $15 or 20% Coupon - Pick Your Fall Savings - 1 Day Only
- $19 off Basketball Hall of Fame Visit
- $25K
- $30 Billion in lost annuity sales - Why_(1)
- $30 Billion in lost annuity sales - Why_(2)
- $30 Billion in lost annuity sales - Why_(3)
- $30 Billion in lost annuity sales - Why_
- $59 Fares Around the U.S. (each way)_ This Week's Top 20
- $60.6MM Longterm Pool
- $81 off Acupuncture Treatments
- $129 Bahamas/ Atlantis Deal _ This Week's Top 20
- $144 off Portrait Packages
- $249K AXM New Age Portfolio
- [Encrypted] SCBT
- [Follow Up - Zeeland Grace Notice] Re_ Policies repurchased by Avon(1)
- [Follow Up - Zeeland Grace Notice] Re_ Policies repurchased by Avon
- [secure] 000018497A
- [secure] 659002946
- [secure] 000632726
- [secure] 000534068(1)
- [secure] 000534068
- [secure] 000534883 & 000534884
- [secure] 000556277
- [secure] 000582698

- [secure] 00084563
- [secure] 00087569
- [secure] 000670203 & 000670201
- [secure] 000674157
- [secure] 000676633(1)
- [secure] 000676633
- [secure] Swat 2719190
- [secure] Swat 2720821
- [secure] Swat 2720863
- [secure] 000692780
- [secure] 000692781
- [secure] 000692782
- [secure] 000696908
- [secure] 000696909
- [secure] 000737628
- [secure] 000812961
- [secure] 000824365
- [secure] 000542057 & 000842038
- [secure] 000842038
- [secure] 000542039(1)
- [secure] 000542039
- [secure] 000847441
- [secure] 000847442
- [secure] 000847443
- [secure] 2047230
- [secure] 2102263
- [secure] 2719190
- [secure] 2720067
- [Secure] 500633272(1)
- [Secure] 500633272
- [secure] 536000613
- [secure] 536100135 & 546100067
- [secure] 546009985
- [secure] 612002348
- [secure] 659013457(1)
- [secure] 659014357
- [Secure] Illustration for #556059091
- [Secure] Illustration for #558000613
- [SECURE] ILLUSTRATION REQUEST- LFG
- [SECURE] JF5773316

- [secure] NETWOLVES1_NetWolves Network Services, LLC NETWOLVES1_1130192540(1)
- [secure] NETWOLVES1_NetWolves Network Services, LLC NETWOLVES1_1130192540
- [secure] Policy document
- [secure] Swat 2719190
- [secure] Swat 2720821
- [secure] Swat 2720863
- [secure] Your Illustration Requests
- [secure]
- [secure]RE_ NETWOLVES1_NetWolves Network Services, LLC _oma_51671_
- [secure]
- .pdf(1)
- .pdf
- BXM
- [1] comment and [23] jobs on LinkedIn
- [2] discussions and [23] jobs on LinkedIn
- [3] discussions, [1] comment and [16] jobs on LinkedIn
- [3] discussions and [17] new jobs on LinkedIn
- [3] new discussions and [1] new job on LinkedIn
- [4] new discussions, [4] new comments and [15] new job on LinkedIn
- [8] discussions and [19] jobs on LinkedIn
- [9] new discussions and [18] new jobs on LinkedIn(1)
- [9] new discussions and [18] new jobs on LinkedIn
- [9] new discussions and [8] new jobs on LinkedIn
- [10] new discussions and [9] new jobs on LinkedIn
- [10] new discussions, [1] new comment and [18] jobs on LinkedIn
- [12] new discussions, [1] new comment and [7] new jobs on LinkedIn(1)
- [12] new discussions, [1] new comment and [7] new jobs on LinkedIn
- [12,24_2013] Nomination Needs Your Acceptance(1)
- [12,24_2013] Nomination Needs Your Acceptance
- [13] discussions and [15] jobs on LinkedIn
- [15] new discussions, [7] new comments and [15] new jobs on LinkedIn(1)
- [15] new discussions, [7] new comments and [15] new jobs on LinkedIn
- [16] new discussions and [10] new jobs on LinkedIn(1)
- [16] new discussions and [10] new jobs on LinkedIn
- [17] discussions, [6] comments and [13] jobs on LinkedIn(1)
- [17] discussions, [6] comments and [13] jobs on LinkedIn

- [18] discs
- [21] discs
- [21] discs
- [21] discs
- [21] discs
- [21] discs
- [23] discs
- [23] new
- [26] discs
- [26] discs
- [28] discs
- [28] discs
- [41] discs
- [41] discs
- [41] discs
- [47] discs
- [47] discs
- [82] discs
- [82] discs
- [93] discs
- [93] discs
- [93] discs
- [98] discs
- [98] discs
- [98] discs
- [Agents]
- [Agents]
- [Agents]
- [DELETE]
- [DELETE]
- [Duct Tap
- [DELETE]
- [eNewsle
- [eNewsle
- [eNewsle
- [eNewsle
- [eNewsle
- [eNewsle
- [eNewsle
- [eNewsle

**Exhibit 8**

...ta (\\server) (h:) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT-JAM-738) Folder 9 > Loeb

| Name | Date modified | Type | Size |
|---|---|---|---|
| 5-11-2011 Loeb Update on 2 pending Actios NY and CT Courts | 9/6/2021 2:33 PM | File folder | |
| Loeb and Loeb Settlement | 9/6/2021 2:34 PM | File folder | |
| Loeb attys for universitas | 9/6/2021 2:34 PM | File folder | |
| 1_29_10 Letter to J. Robinson from Loeb | 2/1/2010 12:16 PM | Adobe Acrobat Document | |
| 2-19-2010 Letter from Jacj to LOEB | 2/19/2010 5:09 PM | Adobe Acrobat Document | |
| 9-21-2009 letter from Loeb to Jack and revised claim | 9/22/2009 9:31 AM | Adobe Acrobat Document | |
| 9-22-2009 jacks reply to Loeb | 9/22/2009 12:11 PM | Adobe Acrobat Document | |
| 11-15-2010 Loeb Letter to Arbitrator Altieri re Bursey Affidavit | 11/15/2010 12:13 PM | Adobe Acrobat Document | |
| 11-26-2010 Loeb Subpoena for TDBank to produce Documents | 11/26/2010 12:37 PM | Adobe Acrobat Document | |

**Exhibit 8**

ta (V.server) (S.)  ›  14184  ›  Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021  ›  Carpenter Universitas (CT-JAM-738) Folder 10  ›  Management Trust          ✓  Ö  ⌕ Search Management Trust

Pritchard Management Trust Docs

- Abelove Management Trust #2007-1 (RCB)
- Abelove Management Trust #2007-1, MCC (MetLife, Ownership & Bene Change)
- Abelove Management Trust #2007-1 (CB-MCC) RCB
- Abelove Management Trust #2007-1 (EIN)
- Abelove Management Trust MCC (MetLife, pol info)
- Abelove Management Trust MCC (MetLife, ann statement)
- Abelove Management Trust MCC (MetLife, prem notice)
- Abelove Management Trust 2007-1
- Abelove Management Trust MCC (MetLife, privacy notice)
- Adrani Management Trust #2007-1 (EIN)
- Adrani Management Trust #2007-1 (Lincoln, ann statement)
- Adrani Management Trust #2007-1 (Lincoln, prem notice)
- Adrani Management Trust 2007-1
- Adrani Management Trust MCC (Lincoln, ch owner, bene)
- Ahern Management Trust #2007-1 (EIN)
- Ahern Management Trust 2007-1
- Ahern Management Trust #2007-1 (RCB)
- Ahern Management Trust #2007-1 (Transam, prem notice)
- Ahern Management Trust #2007-1 MCC (Transam, pol statement)
- Ahern Management Trust #2007-1 MCC (Transam, Transfer of Ownership)
- Ahern Management Trust #2007-1
- Ahern Management Trust 2007-1 (EIN)
- Ahern Management Trust #2007-2 (Pac Life, pol info)
- Ahern Management Trust #2007-2 (Pac Life, prem notice)
- Ahern Management Trust #2007-2 (RCB)
- Ahern Management Trust #2007-2, MCC (Pac, Change of Ownership, Bene, and Payo)
- Ahern Management Trust #2007-2
- Asoyan Management Trust #2007-1 (RCB)
- Asoyan Management Trust #2007-1
- Asoyan Management Trust #2007-1 (RCB)
- Albert Management Trust #2007-1 (Transamer, prem notice)
- Albert Management Trust #2007-1 (Pac Life, prem notice)
- Albert Management Trust #2007-1 (Transamer, trans owner)
- Albert Management Trust #2007-1
- Allen Management Trust # 2008-2, XER ( ING Policy Values Statement)
- Allen Management Trust # 2008, XER ( Lincoln Benefit Life Policy Summary)
- Allen Management Trust # 2008-1, XER ( Lincoln Benefit Life Payment Receipt)
- Allen Management Trust # 2008-1, XER ( Lincoln Benefit Life Premium Receipt Notice)

- Allen Management Trust # 2008-1, XER (Lincoln Benefit Life Confirmation of Payment received)
- Allen Management Trust # 2008-1, XER (Lincoln Benefit Life Premium Receipt Notice)
- Allen Management Trust # 2008-1, XER (Lincoln Benefit Life Notice of Payment Due)
- Allen Management Trust # 2008-2, XER (ING Ownership Change)
- Allen Management Trust # 2008-2, XER (ING Premium Notice)
- Allen Management Trust # 2008-3, XER (ING Ownership Change)
- Allen Management Trust 2007-1
- Allen Management Trust #2008-1 MCC (Lincoln, ch bene)
- Allen Management Trust #2008-1 MCC (Lincoln, ch of add for bene)
- Allen Management Trust #2008-1 MCC (Lincoln, coll assign)
- Allen Management Trust #2008-1 MCC Lincoln (ch of add for bene)
- Allen Management Trust #2008-1 MCC Lincoln (ch of add for owner)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Policy Information)
- Allen Management Trust #2008-1, MCC (Lincoln, ch owner, bene)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Amendatory Endorsement)
- Allen Management Trust #2008-1, MCC (Lincoln, ch owner)
- Allen Management Trust #2008-2 MCC (ING, rel of assign)
- Allen Management Trust #2008-2 MCC (ING, title change)
- Allen Management Trust #2008-2, MCC (ING, title change)
- Allen Management Trust #2008-3, XER (ING Premium Notice)
- Allen Management Trust 2007-1
- Amende Management Trust #2007-1 (EIN)
- Amende-Graham Management Trust #2007-1 (Lincoln, ch owner, payor, bene)
- Amende-Graham Management Trust #2007-1 (Lincoln, rel of assign)
- Amende-Graham Management Trust #2007-2 (EIN)
- Amende-Graham Management Trust #2007-2 (Lincoln, ch add for bene)
- Amende-Graham Management Trust #2007-2 (Lincoln, ch add for owner)
- Amende-Graham Management Trust #2007-2 (Lincoln, ch address for bene)
- Amende-Graham Management Trust #2007-2 (Lincoln, ch address for owner)
- Amende-Graham Management Trust #2007-2 (Lincoln, ch address)
- Amende-Graham Management Trust #2007-2 (Lincoln, ch address)
- Amende-Graham Management Trust #2007-2 (Lincoln, ch bene)
- Amende-Graham Management Trust #2007-2 (Lincoln, payment receipt)
- Amende-Graham Management Trust #2007-1 (collateral assign)
- Amende-Graham Management Trust #2007-1 (Fully Executed)
- Amende-Graham Management Trust #2007-1 (Lincoln, life ltr letter)
- Amende-Graham Management Trust #2007-1 (RCB)
- Amende-Graham Management Trust #2007-1, MCC (Lincoln, Change Owner Bene)

- Amende-Graham Management Trust #2007-2 (Fully Executed)
- Amende-Graham Management Trust #2007-2 (RCB)
- Amende-Graham Management Trust #2007-2, MCC (Lincoln, prem recept)
- Amende-Graham Management Trust 2007-1 (EIN)
- Amende-Graham Management Trust 2007-1
- Amende-Graham Management Trust, MCC (Lincoln, ch owner)
- Anthony Management Trust #2007-1 (AXA Equit, ch owner, bene)
- Anthony Management Trust #2007-1 (Cert of Trust)
- Anthony Management Trust #2007-1 (fully executed)
- Anthony Management Trust #2007-1 (RCB)
- Anthony Management Trust #2007-2 (AXA Equit, ch owner, bene)
- Anthony Management Trust #2007-2 (Cert of Trust)
- Anthony Management Trust #2007-2 (fully executed)
- Anthony Management Trust #2007-2 (RCB)
- Anthony Management Trust (AXA Equit, new address)
- Anthony Management Trust MCC (AXA Equit, ver of cov, client illus)
- Anthony Management Trust MCC (AXA Equit, ver of cov, illus)
- Athony Management Trust #2007-1 MCC (AXA EQUIT, ch owner, bene)
- Ashton Management Trust # 2007-1, MCC (Transamerica Ownership Change)
- Ashton Management Trust #2007-1 (Transamer, prem notice)
- Ashton Management Trust #2007-1 MCC (Transamerica Premium Due Notice)
- Ashton Management Trust #2007-1, MCC (Transamerica premium reminder notice)
- Ashton Management Trust # 2007-1, MCC (Transamerica Statement of Policy Value)
- Ashton Management Trust #2007-1 (EIN)
- Ashton Management Trust #2007-1 (Transam, pol statement)
- Ashton Management Trust #2007-1 (Transamer, prem notice)
- Ashton Management Trust #2007-1, Certificate of Beneficial Interest (Cancelled)
- Ashton Management Trust #2007-1, Certificate of Beneficial Interest
- Ashton Management Trust #2007-1, MCC (Trans, Premium Notice)
- Ashton Management Trust #2007-1, MCC (Trans, Statement of Policy Value)
- Ashton Management Trust #2007-1
- Ashton Management Trust #2007-2 (EIN)
- Ashton Management Trust #2007-2 (RCB)
- Ashton Management Trust #2007-2 (Transam, prem notice)
- Ashton Management Trust #2007-2 (Transam, prem notice)
- Ashton Management Trust #2007-2
- Ashton Management Trust #2007-3 (EIN)
- Ashton Management Trust #2007-3 (RCB)

Exhibit 8

Page 11 of 25

...at (\\server) (t) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > MCC

Search MCC

**Column 1**
- Apr 08 MCC Trusts
- Feb 08 MCC partially executed
  MCC Trusts
- [14] new discussions and [3] new jobs on LinkedIn(1)
- [14] new discussions and [3] new jobs on LinkedIn
- [DELETED]Status of the Wrap
- [Forums] Mailboxes moved 2003 to 2007. MDB files still large on 2002(1)
- [Forums] Mailboxes moved 2003 to 2007. MDB files still large on 2003
- [READ]Fwd_Status of the Wrap
- [SENT]Fwd_Status of the Wrap
- (1)_(1)
- (1)_(2)
- (1)_(3)
- (1)_(4)
- (1)_(5)
- (1)_(6)
- (1)_(7)
- (1)_(8)
- (1)_(9)
- (1)_(10)
- (1)_(11)
- (1)_(12)
- (1)_(13)
- _
- 06.2011 BEINSTAR ESi - Marsh File
- 06.2011 BEINSTAR ESi - Marsh File
- 80 degrees and sunny for the Men's Sunshine Lacrosse Classic on Sunday(1)
- 80 degrees and sunny for the Men's Sunshine Lacrosse Classic on Sunday
- 88i Year Old
- 2010 Complete pharmacy listing
- A complimentary upgrade to your Bank of America(R) credit card
- A complimentary upgrade to your Bank of America(R) credit card(1)
- A complimentary upgrade to your Bank of America(R) credit card(2)
- A complimentary upgrade to your Bank of America(R) credit card(3)
- A complimentary upgrade to your Bank of America(R) credit card(4)
- A complimentary upgrade to your Bank of America(R) credit card(5)
- A complimentary upgrade to your Bank of America(R) credit card(6)
- A complimentary upgrade to your Bank of America(R) credit card(7)
- A complimentary upgrade to your Bank of America(R) credit card(8)

**Column 2**
- A complimentary upgrade to your Bank of America(R) credit card
- Abäove Management Trust #2007-1, MCC (MetLife, Ownership & Bene Change)
- Abäove Management Trust #2007-1, MCC (MetLife, ann statement)
- Abäove Management Trust NCC (MetLife, prem notice)
- Abäove Management Trust, MCC (MetLife, privacy notice)
- Accounts By State(1)
- Accounts By State(2)
- Accounts By State
- Add Direct Medical Care to your 2013 Business Plan - Gives you something NEW to
- Admin Recon Spreadsheet
- Advanced HRA Plan Card Support
- Advanced HRA Plan Designs(1)
- Advanced HRA Plan Designs
- Agreement(1)
- Agreements
- Ahern Management Trust #2007-1 MCC (CBI-MCC) RCBI
- Ahern Management Trust #2007-1, MCC (Trans, Transfer of Ownership)
- Ahern Management Trust #2007-2, MCC (Pac, Change of Ownership, Bene, and Payor)
- Ai ZoLand
- All done(1)
- All done(2)
- All done
- Allen Management Trust #2008-1 MCC (Lincoln, ch bene)
- Allen Management Trust #2008-1 MCC (Lincoln, ch of add for bene)
- Allen Management Trust #2008-1 MCC (Lincoln, call assign)
- Allen Management Trust #2008-1 MCC (Lincoln (ch of add for bene)
- Allen Management Trust #2008-1 MCC (Lincoln (ch of add for owner)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Policy information)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Ameadatory Endorsement)
- Allen Management Trust #2008-2, MCC (ING, rel of assign)
- Allen Management Trust #2008-2, MCC (ING, title change)
- Allen Management Trust #2008-3 MCC (ING, title change)
- Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)

**Column 3**
- Allen Tucker
- Amende-Graham Management Trust #2007-1, MCC (Lincoln, Change Owner Bene)
- Amende-Graham Management Trust #2007-2, MCC (Lincoln, prem receipt)
- Ancillary Project(1)
- Ancillary Project
- Anthem Advisor Update February 2011
- Anthem Connecticut Advisor Update - Jan 28, 2010
- Anthony Management Trust MCC (AXA Equit, ver of cov, client illus)
- Anthony Management Trust MCC (AXA Equit, ver of cov, illus)
- ANtehy Management Trust #2007-1 MCC (AXA EQUIT, ch owner, bene)
- apartment for rent
- Appeal(1)
- Appeal
- Appointment renewal fees, Massachusetts minimum credidable coverage
- April '08 Partially Executed MCC Trusts (dated 3-15-08)
- April 2012 MTH Client Monthly Report
- Are your Employees Getting _Social_Social Media Virtual Event December '10-11
- Ashton Management Trust # 2007-1, MCC (Transamerica Ownership Change)
- Ashton Management Trust # 2007-1, MCC (Transamerica Premium Due Notice)
- Ashton Management Trust # 2007-1, MCC (Transamerica premium reminder notice)
- Ashton Management Trust # 2007-1, MCC (Transamerica Statement of Policy Value)
- Ashton Management Trust #2007-1, MCC (tans, Premium Notice)
- Ashton Management Trust #2007-1, MCC (Trans, Statement of Policy Value)
- Ashton Management Trust #2007-2 MCC (Transam, ch owner)
- Ashton Management Trust #2007-2 MCC (Transam, ch owner)
- Ashton Mgmt Trust #2007-1, MCC (Trans, Confirm of Requested Change)
- Ashton Mgmt Trust #2007-1, MCC (Trans, Amerace, Merger Endorsement)
- Atkinson Management Trust # 2007-1, MCC (Transamerican Premium Due Notice)
- Atkinson Management Trust # 2007, MCC (Transamerica Premium Notice)
- Atkinson Management Trust #2007, MCC (Transamerica Premium Reminder Notice)
- Atkinson Management Trust # 2007, MCC (Transamerica Illustration request statement)
- Atkinson Management Trust #2007-1, MCC (Transamerica Change of Ownership)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Change of Ownership)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Illustration Request)
- Atkinson Management Trust #2007-1, MCC (Transamerican Notice of Premium Due)
- Atkinson Management Trust # 2007-1, MCC (Transamerica Statement of Policy Value)
- Atkinson Management Trust #2007-2, MCC (Transamerica Policy Statement Summary Report)

**Column 4**
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-
- Atkinson Management Trust # 2007-1
- Atkinson Management Trust 2007-1
- Atkinson Management Tat #2007-2.1
- Atkinson Mgmt Trust, #2007-1, MCC
- Atkinson Mgmt Trust, #2007-1, MCC
- Atkinson Mgmt Trust, #2007-2, MCC
- Atkinson Mgmt Trust, #2007-2, MCC
- Atkinson Mgmt Trust, 2007-2, MCC
- attached(1)
- attached
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006
- Avebuch Management Trust # 2006-
- Avebuch Management Trust # 2006
- Avon Open Policies
- Avon Policy Purchase Docs(1)
- Avon Policy Purchase Docs
- JAV_ Quotation for Gad Dairy

---

Data (\\server) (t) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT-JAM-738) Folder 12 > Mesa

| Name | Date modified | Type |
| --- | --- | --- |
| MESA Client Services | 9/6/2021 3:51 PM | File folder |
| MESA Client Services HQ Agreement | 12/22/2005 3:09 PM | Adobe Acrobat Document |

**Exhibit 8**

ate (\\server) (D:) > 1484 > Carpenter Universe (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universe (CT-JAM-738) Folder 13 > MIDAS Trusts

🔍 Search MIDAS Trusts

- All DE certs with filing number
- All Filed Certs Pre Filing Number
- All Trust Docs
- Business Banking Statements
- Change of Address
- Change owner, bene, and or payor
- Fam Trust Purchase, Pol, etc
- Misc info
- Monthly Spreadsheets
- premium notice and payments
- Rof of assign
- 2007 Life Planning Trust MIDAS (US Bank, pol statement)
- Bandolayder 2008 Ins Trust, Midas (Phoenix, lapse notice)
- Bandolayder 2008 Insurance Trust, Midas (Phoenix change of Ownership confirmation)
- Bandolayder 2008 Insurance Trust, Midas (Phoenix Premium Payment Inquiry form)
- Bandolayder 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Bandolayder 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Behbour Management Trust #2008 Midas (Pxc, Address Confirmation Notification)
- Barotz 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Barotz 2008 Insurance Trust, Midas (Pxc Life Change of Ownership confirmation)
- Barotz 2008 Insurance Trust, Midas (Pxc Life Planned Payment Reminder)
- Barotz 2008 Insurance Trust, Midas (Pxc Mutual, Proxy Card)
- Barotz 2008 Insurance Trust, Midas (Pxc, Address Confirmation Notification)
- Barotz 2008 Insurance Trust, Midas (Pxc, CH of address) 1-2
- Barotz 2008 Insurance Trust, Midas (Pxc, CH of address) 2-2
- Barotz 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Befer F 2008 Insurance Trust, Midas (US Bank February Statement)
- Befer F 2008 Insurance Trust, Midas (USBank Statement)
- Befer F 2008 2, Insurance Trust, Midas (US Bank Statement)
- Befer 2008 2 Insurance Trust, Midas (U S Bank Account Statement)
- Befer 2008 2 Insurance Trust, Midas (US Bank October Statement)
- Befer 2008 2 Insurance Trust, Midas (US Bank Statement)
- Befer 2008 2 Insurance Trust, Midas (US Bank Customer Analysis Statement )
- Befer 2008 2 Insurance Trust, Midas (US Bank Customer Analysis Statement)
- Befer 2008 2 Insurance Trust, Midas (US Bank CustomerAnalysis Statement)
- Befer 2008 2 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Befer 2008 2 Insurance Trust, Midas (US Bank, Customer Analysis Statement 03.09)

- Befer 2008 2 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Befer 2008 Insurance Trust (US Bank, Business Statement)
- Befer 2008 Insurance Trust, Midas ( US Bank August Statement )
- Befer 2008 Insurance Trust, Midas (US Bank, Customer Analysis Statement) 1
- Befer 2008 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Befer 2008-2 Insurance Trust (US Bank, Business Statement)
- Befer 2008-2 Insurance Trust (US Bank, Customer Analysis Statement)
- Befer Insurance Trust, Midas ( US Bank Statement)
- Benstar
- Coleman 2008 Insurance Trust MIDAS (US Bank, pol Statement)
- Coleman 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Coleman 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Coleman 2008 Insurance Trust, Midas ( Phoenix  Change of Owner confirmation)
- Copy (2) of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy (3) of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy of Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase  Savings Statement)
- Copy of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy of Midas - Estate Planning Tust Information (2)
- Donald Kuebbs Insurance Trust #2005-2, Midas (AXA, Change of Bene)
- Executed MP7 - Beneficiary Notification of Transfer
- Executed MP12 - Purchase and Sale Agreement
- Friedman 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Gardner 2008 Insurance Trust MIDAS (AIG, ch owner, bene)
- Gardner 2008 Insurance Trust, Midas (Pxc, Address Confirmation Notification)
- Gardner 2008 Insurance Trust, Midas (AIG, Annual Statement Letter)
- Gardner 2008 Insurance Trust, Midas (AIG, Grace Period Notice)
- Gardner 2008 Insurance Trust, Midas (AIG, Policy Illustration)
- Gardner 2008 Insurance Trust, Midas (AIG, Premium Notice)
- Gardner 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Hidding 2008 Insurance Trust, Midas (BNC National Bank, Confirmation Letter of Enclosed Premium Notice)(Trans, Premium Notice)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas (Chase Account Activity Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Summary)
- Jimmy C Boley Irrevocable Insurance Trust, Midas (Chase Savings Summary)
- Jimmy C Boley Irrevocable Life Insurance Trust , Midas ( Chase Savings Summary)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas (Chase Savings Summary Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas (Chase Savings Summary Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas, James Fletcher, Midas (Chase Statement)
- Jimmy C Bolny Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement )

- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Summary
- Jimmy C Boley Irrev Life Ins Trust, Midas ( Chase Savings Summary)
- Kahn 2008 Ins Trust, Midas (Phoenix, lapse notice)
- Kahn 2008 Ins Trust, Midas (USBank, bus statement)
- Kahn 2008 Insurance Trust, Midas ( Phoenix Title Change confirmation)
- Kahn 2008 Insurance Trust, Midas (Lincoln Benefit Group, Confirmation of
- Kahn 2008 Insurance Trust, Midas (Lincoln Benefit Group, Second Notice of Pa,
- Kahn 2008 Insurance Trust, Midas (Phoenix, Lapse Notice)
- Kahn 2008 Insurance Trust, Midas (PHX, Annual Policy Summary
- Kahn 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Kahn 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Lefkowitz 2008 Insurance Trust MIDAS (US Bank, Pol Statement)
- Lefkowitz 2008 Insurance Trust, Midas ( Phoenix Change of Ownership)
- Lefkowitz 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Lefkowitz 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Lefkowitz 2008 Insurance Trust, MIDAS (US Bank Business Statement)
- Life Insurance Planning Trust, Midas (Beneficial Financial Group, Confirmation of
- Life Insurance Planning Trust, Midas (Lincoln Benefit Group, Confirmation of Pa,
- Life Planning  Insurance Trust MIDAS (Phoenix, prem notice)
- Life Planning 2008 Insurance Trust MIDAS (Beneficial Financial Group, Confirmat
- Life Planning Ins Trust, Midas (Lincoln, prem receipt)
- Life Planning Ins Trust, Midas (Sun Life, duplicate policy)
- Life Planning Ins Trust, Midas (USBank, ch a&d)
- Life Planning Insurance Trust #2008, Midas (Lincoln Benefit Life add'l payment re
- Life Planning Insurance Trust # 2008, Midas (Precpre Solutions 6.03.09 Invoice)
- Life Planning Insurance Trust # 2008,Midas (UCLA Medical records)
- Life Planning Insurance Trust #2008, Midas ( AXA Change of Ownership Confirma
- Life Planning Insurance Trust #2008, Midas (Axa, Notice of Policy Lapse)
- Life Planning Insurance Trust, Midas ( AIG Annual Statement )
- Life Planning Insurance Trust 2008, Midas (Phoenix Change of Ownership Ackno
- Life Planning Insurance Trust 2008, Midas (AXA, Notice of Payment Due)
- Life Planning Insurance Trust 2009-03, Midas (AXA, Annual Report)
- Life Planning Insurance Trust 2009-3, Midas (AIG, ch owner, bene)
- Life Planning Insurance Trust Midas (Lincoln, ch add for bene)
- Life Planning Insurance Trust Midas (Lincoln, ch of address for owner)
- Life Planning Insurance Trust Midas (Lincoln, ch of owner, bene, payor)
- Life Planning Insurance Trust Midas (Sunlife Financial, prem notice)
- Life Planning Insurance Trust, 2009-3, Midas (AXA Annual Statement)
- Life Planning Insurance Trust, James Fletcher, Midas (Sun Life Financial, Lapse No
- Life Planning Insurance Trust, Midas (Union Central  Illustration)

**Exhibit 8**

Data (\\server) (t:)  >  14184  >  Carpenter Universitas (CT~JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT~JAM-738) Folder 14  >  Nova Group

10-25-2010-NOVA group letter and exhibits to Altieri

CHARTER OAK-NOVA GROUP

Charter Oak-NOVA Group Funding Packages

NOVA GROUP

NOVA GROUP Inc

NOVA Group post hear Reply brief

NOVA Group Post Hearing Brief

NOVA Group Prehearing Brief

NOVA Group, Inc

#16894 NOVA GROUP INC LH

3-4-2013Fwd Activity in Case . Nova Group Inc v. Universitas Education LLC Order t...

5-8-13 Bursey letter to RELEASE Supeona to Universitas Education LLC v. Nova Group Inc.; Hearing of May 9 2013

9-6-12 JER to Colbath  Universitas v. Nova Group (SDNY D. Conn.)

9-22-2007 Opinion Ltr to Nova Group 9.22.09 re Charter Oak Trust

Corres. 102210 AAA No. 13 195 Y 1558 10 - Universitas Education, LLC v. Nova Group, Inc. et al re Trudeau.

Flings by Nova Group and Dan Carpenter in Response to Universitas Objection to MJ's Ruling

FW 12710 UNIVERSITAS EDUCATION V. NOVA GROUP

FW 12810 UNIVERSITAS EDUCATION V. NOVA GROUP

Fwd Universitas v. Nova Group - 2nd Circuit decision-email from-Jim Sottile-Zuckerman Firm

JRE Activity in Case 111-v-01590-LTS Universitas Education LLC v. Nova Group Inc. Notice (Other)

NOVA GROUP - COT Labels

NOVA Group Inc  Memo Cvr  LTC Staffing

NOVA Group Inc  Memo Cvr Pat Bronos Lump Sum Payment

NOVA Group State of Connecticut

NOVA GROUP, Inc.

Nova Group, Inc.'s 10-1-2010 First Amended Answering Statement

Nova Group, Inc.'s 10-1-2010 First Document Request

post hearing exhibits RE AAA No. 13 195 Y 1558 10 - Universitas Education LLC v. Nova Group Inc. et al.

RE AAA No. 13 195 Y 1558 10 post hearing exhibits- Universitas Education LLC v. Nova Group Inc. et al.

TD Bank Nova Group Inc May 2009 - June 2010[1]

Transcripts12610 UNIVERSITAS EDUCATION V. NOVA GROUP

Universitas v NOVA Group-4-26-13 subpeona

**Exhibit 8**

?Data (\\server) (8)  >  14184  >  Carpenter Universities (CT-JAM-738)  >  CT-JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universities (CT-JAM-738) Folder 15  >  Rex Insurance Services

Search Rex Insurance Services

**Column 1**
- $5,000 Retainer to Mitchell A. Chester, Esq(1)
- $5,000 Retainer to Mitchell A. Chester, Esq(2)
- $5,000 Retainer to Mitchell A. Chester, Esq
- [1] manager's choice, [55] discussions, [11] comments and [37] jobs on LinkedIn(1)
- [1] manager's choice, [55] discussions, [11] comments and [37] jobs on LinkedIn(2)
- [1] manager's choice, [55] discussions, [11] comments and [37] jobs on LinkedIn
- [15] new comments and [2] new jobs on LinkedIn
- [15] new comments and [22] jobs on LinkedIn(1)
- [59] discussions, [3] comments and [22] jobs on LinkedIn(2)
- [59] discussions, [3] comments and [22] jobs on LinkedIn(1)
- [59] discussions, [3] comments and [22] jobs on LinkedIn(3)
- [59] discussions, [3] comments and [22] jobs on LinkedIn
- _0_(0)
- _0_(2)
- _0_(3)
- _0_(4)
- _0_(5)
- _0_(6)
- _0_(7)
- _0_(8)
- _0_(9)
- _0_(10)
- _0_(11)
- _0_(12)
- _0_(13)
- _0_(14)
- _0_(15)
- _0_(16)
- _0_(17)
- _0_(18)
- _0_(19)
- _0_(20)
- _0_(21)
- _0_(22)
- _0_(23)
- _0_(24)
- _0_(25)
- _0_(26)
- _0_(27)

**Column 2**
- _(08)
- _(09)
- _(90)
- _(91)
- _(92)
- _(93)
- _(95)
- _(96)
- _(97)
- _(98)
- _(99)
- _(40)
- _(41)
- 1 - 36 LSW Application Requirements(1)
- 1 - 36 LSW Application Requirements
- 1 of 6 Application Reviews - John C. Heath(1)
- 1 of 6 Application Reviews - John C. Heath
- 1_1 groups in PDP report(1)
- 1_1 groups in PDP report
- 1_1 groups(1)
- 1_1 groups
- 1_1, 10 Requests
- 1st Check(T)
- 1st Check
- 1st Policy(T)
- 1st Policy
- 12 LSW Client(T)
- 12 LSW Client2(2)
- 12 LSW Client2(3)
- 12 LSW Clients
- 2 of 2 emails - Burkhart
- 2 of 6 Application Reviews - John Chastain(T)
- 2 of 6 Application Reviews - John Chastain
- 12 packages rec'd(T)
- 12 packages rec'd
- 22 Ways To Avoid Commission Delays, and More News

**Column 3**
- 2_30
- 2pm Call
- 3rd Request - Patricia Valdeperas(T)
- 3rd Request - Patricia Valdeperas
- 4 of 6 Application Reviews - Delores Wheelus
- 4_00 Call
- 5 of 6 Application Reviews - Judith Thayer
- 5% Vesting Bonus on a 5-Year Chassis_
- 5-Year Chassis_ 5% Vesting Bonus(T)
- 5-Year Chassis_ 5% Vesting Bonus
- 5-Year Chassis_ 5% Vesting Bonus(2)
- 16 industry experts reveal proven sales secrets (free webinar)(T)
- 16 industry experts reveal proven sales secrets (free webinar)
- 16 of 6 Application Reviews - Donald Thayer
- 8&45 dental on Friday
- 11_6_09 Rex NAICO Statement(T)
- 11_6_09 Rex NAICO Statement
- 2016 Services LE Report(T)
- 2016 Services LE Report(2)
- 2016 Services LE Reports
- 2016 Services
- 123 Industries
- 86 Year Old(T)
- 86 Year Old
- 87 Year Old(T)
- 87 Year Old
- 419 Plan Information(T)
- 419 Plan Information
- 1105_16982.pdf
- 1216_125811.pdf
- 2009 YE Info Request(T)
- 2009 YE Info Request(2)
- 2009 YE Info Request
- 2012 Member ID(s2)
- 2012 Member ID's(2)
- 2012 Member ID's(4)
- 2012 Member ID's(5)
- 2012 Member ID's(6)
- 2012 Member ID's

**Column 4**
- 2848 forms
- 8123 & Updates(T)
- 8123 & Updates
- 8123 Forms(T)
- 8123 Forms
- 8886 forms GMT
- 8886 forms
- 8886+
- 15%2276 M Broussard(T)
- 15%2276 M Broussard(2)
- 15%2276 M Broussard
- 100100492 - REX INSURANCE SERVICES INC_ Iowa Insurance Agency License Renewal
- A New Mark is Here! Meet CommandMark
- A New Mark. Get Set. Go!
- A New Mark. It's Kind of Like That!
- A New World Is Coming
- Abe Rosenburg
- Abernathy, William LSW page 3 w_doctor info per request
- ABR Summary
- Abraham Rosenburg
- Accelerated Benefit Summary
- Account ID's
- Accounts Payable(T)
- Accounts Payable
- Acknowledgment Of Your Van Otis Order #7550(1)
- Acknowledgment Of Your Van Otis Order #7550
- acknowledgment of payment in full(1)
- acknowledgment of payment in full
- Active Companies as of 08-23-2013.xlsx(1)
- Active Companies as of 08-23-2013.xlsx
- Active Companies by Carrier as of 01-01-2014.xlsx
- active companies
- Active Groups 12-3112.xlsx
- Active Groups(1)
- Active Groups
- ActiveX(1)
- ActiveX
- Additional 8123 Forms(1)

Exhibit 8

F:\Data\[\server] (I) › 14184 › Carpenter Universitas (CT—JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT—JAM-738) Folder 16 › REDS

- Annuity Prospects - IGLS (Program Discontinued 11.17.08)
- APS Reimbursement Folder
- AXA HIV Forms
- AXA Life Applications by State
- AXA Pro Team Forms and Flyers
- AXA Updates
- BK Reporting
- Center Cover Letters
- Comp Folder - Pre GBS
- Credit Suisse UL4LL - Prospects
- EMSI
- FASANO LE's
- Five Star Agent Splits
- Five Star Forms
- IGLS Info & Forms
- Incandela Chargeback Tracking
- Inforce Policies
- Insured Prospects - deShetler
- Insured Prospects - Five Star
- Insured Prospects - Henry Miller
- Insured Prospects - Incandela
- Insured Prospects - Incandela (HCS)
- Insured Prospects - Integrity Life Settlements
- Insured Prospects - LAEG
- Insured Prospects - Metropolis
- Insured Prospects - Miscellaneous
- Insured Prospects - Pay It Forward
- Insured Prospects - PETRA Financial
- Insured Prospects - Renison
- Insured Prospects - Serra
- Insured Prospects - Soleture
- Insured Prospects - Stephan
- Insured Prospects - Swain Beard
- Insured Prospects - TMG Group
- Insured Prospects - US Benefits
- Insured Prospects - US Planning Group
- Insured Prospects - Vagabonds
- Insured Prospects - VEVE

- Insured Prospects - Tim Helton
- Jefferson Pilot Forms
- K. Gnabb Insured Prospects
- Kakkler Insured Prospects
- LAEG - Term Files
- LFG Life Applications by State
- LFG Underwriting Guidelines
- Licensing Information
- Lincoln Leader updates
- LSW Forms
- Mass Mutual Forms
- Metropolis Termed
- PAC and PAM Pre App Forms
- PAC Life - Applications
- Penn HIV Forms - 50 States
- Penn Mutual Applications by State
- Petra Termed
- PFG
- Phoenix
- PHOENIX BGA IGT ETP
- Phoenix Forms
- POWERPOINT
- PowerPoint Presentations
- Principal Financial
- Prudential Welcome Package
- reliance
- Rex - Misc Reporting, Comms & Info
- Rex Website Agent Log On Info
- Rexis
- REXIS - Activity Breakdown - NO CONTENT
- Sierra Termed
- Soleture Termed
- TransAmerican Forms
- UL4LL Prospects
- Union Central DI Programs
- Vagabonds termed
- Veve Termed
- Weekly - H Missing Info

- Weekly Updates - All Groups
- # 42 - # 44 North American apps(1)
- # 42 - # 44 North American apps
- #12 - #17 North American apps(1)
- #12 - #17 North American apps
- #18-#20 North American applications(1)
- #18-#20 North American applications
- #21-#24 North American apps(1)
- #21-#24 North American apps
- #25 - #27 North American apps(1)
- #25 - #27 North American apps
- #28 - #31 North American apps(1)
- #28 - #31 North American apps
- #32 - #41 North American apps(1)
- #32 - #41 North American apps
- #45-#46 North American apps
- #47 - #51 North American(1)
- #47 - #51 North American
- #52 & #53 North American(1)
- #52 & #53 North American
- #54 North American(1)
- #54 North American
- #55 - #57 North American(1)
- #55 - #57 North American
- #'s
- $51,000,000 - Male, Preferred Non-Tobacco, in Tennessee, Birthdate 11_13_1970
- $51,000,000 ING Prot UL (07)
- $51,000,000 UL-Global
- $55 million dollar Quote for Dwight Johnson's Bank(1)
- $55 million dollar Quote for Dwight Johnson's Bank
- $55,000 Retainer to Mitchell A. Chester, Esq(1)
- $55,000 Retainer to Mitchell A. Chester, Esq(2)
- $55,000 Retainer to Mitchell A. Chester, Esq
- $10 flat rate shipping or $25 for 1 year of shipping – Ends tonight(1)
- $10 flat rate shipping or $25 for 1 year of shipping – Ends tonight
- $100MM DB
- $14.99 for this 91 point mouthwatering red(1)

- $14.99 for this 91 point mouthwatering red
- $15.99 – 91 Advocate rated gem from the "King of Beaujolais"(1)
- $15.99 – 91 Advocate rated gem from the "King of Beaujolais"
- $17.99, 91 points - this is an incredible Cab for the price(1)
- $17.99, 91 points - this is an incredible Cab for the price
- $19.99 and 90 points – South African Spice Route gem(1)
- $19.99 and 90 points – South African Spice Route gem
- $19.99 and 90 points – South African Spice Route gem
- $19.99 and 92 points for this Top 100 Best Buys of the Year(1)
- $19.99 and 92 points for this Top 100 Best Buys of the Year
- $70M must be spend by years end
- $500,000 ING Prot UL (07)
- $500,000 UL-Global
- [Auto-Reply] Amended NACO Request
- [Auto-Reply] FW, B. White's Licenses
- [Auto-Reply] FW, Client, Valued (PHX)
- [Auto-Reply] FW, scan from copier
- [Auto-Reply] FW, Valued Client $3 85MM.pdf - Adobe Reader
- [Auto-Reply] RE, S3 Male $2 892884 Face.pdf - Adobe Reader
- [Auto-Reply] RE, B. White's Licenses
- [Auto-Reply] RE, Floyd
- [Auto-Reply] RE, Follow Up
- [Auto-Reply] RE, Guy Neumann Contact
- [Auto-Reply] RE, Marilyn Schneider, UNT go ahead and Dwight Johnson $5 mil in
- [Auto-Reply] Re, Please be on Alert
- [Auto-Reply] Re, REX Bank Account
- [Auto-Reply] RE, Tax Lien
- [FWD_ Life Insurance Quote]
- [HOT]Exact Underground Blueprint for Ranking EXTREMELY Competitive Keywords(1)
- [HOT]Exact Underground Blueprint for Ranking EXTREMELY Competitive Keywords
- [LS/W] Corin, Marvin,(1)
- [LS/W] Corin, Marvin,(2)
- [LS/W] Corin, Marvin,
- _ $RemoveOnDelivery_SuppressSwenIdentItems_ BLACKBERRYMESSENGERINVITES3AG62
- _ (2)
- _ (3)
- _ (4)
- _ (5)

Exhibit 8

WPData (\\server) (b:) > 1484 > Carpenter Universitas (CT~JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT~JAM-738) Folder 17          Search Carpenter Universitas (CT~JAM-738) Folder 17

(File listing — columns of sequentially numbered files: SDM0001 … SDM0216)

Tree panel:
- 001 - Motion to Dismiss by Plan.170627.
- 11 - Mot for Relief (One Satisfaction Rule) Univ-Vaca
- 11 Vacate-Charging - Order Met by CFG.201113.
- 012 - Shyvers Answer, Counterclaim.170630.
- 12.5.14 chron (2)
- 12.5.14 chron
- 12.11.14 chron
- 12.12.14 chron (2)
- 12.12.14 chron
- 12-2-19 - Universitas - Trudeau - Compressed
- 12-15-13 STECHEL.IRA.mini
- 12-15-13 STECHEL.IRA
- 013 - Appearance by Mdesovas.170705.
- 13 - Garnishment Summons (SDM)
- 13 Decl in Support of Mot to Dismiss
- 13-1
- 13-2
- 13-3
- 13-4
- 014 - Mot to Deposit Funds by Accordia.170713.
- 014 - Order for Avon Capital to appear with elecs.15
- 014 Exh 01 to Mot to Deposit Funds by Accordia.170
- 014 Exh 01 to Mot to Deposit Funds by Accordia.170
- 014 Exh 02 to Mot to Deposit Funds by Accordia.170
- 014 Exh 03 to Mot to Deposit Funds by Accordia.170
- 014 Exh 04 to Mot to Deposit Funds by Accordia.170
- 014 Exh 05 to Mot to Deposit Funds by Accordia.170
- 014 Exh 06 to Mot to Deposit Funds by Accordia.170
- 014 Exh 07 to Mot to Deposit Funds by Accordia.170
- 014 Proposed Order - Met to Deposit Funds by Acco
- 14 - Univ Response Brief to Met to Dismiss.150911.
- 015 - Appendix to Accordia Motion to Deposit Fund
- 015 - Order moving Jan 7 hearing to Jan 27.151204.
- 015 Exh 1 - Appendix to Accordia Motion to Deposit
- 015 Exh 2 - Appendix to Accordia Motion to Deposit
- 016 - Response by Accordia to Met to Dismiss.17071
- 016 Exh 1 - Response by Accordia to Met to Dismiss
- 016 Exh 2 - Response by Accordia to Met to Dismiss

(continuing tree items visible at center-left:)
- SDM462 … SDM484 [Untitled]
- 001-0 Complaint in Interpleader
- 001-1 Civil Cover Sheet
- 1 Complaint.180227.
- 1-1
- 1-2
- 1-main
- 002 Accredia Corporate Disclosure Statement
- 003 Order for Conference
- 3 Order - Transfer Met to Quash.130613.
- 3.3.21 Letter from JLMB to JS
- 4+9 & 10-14 - Shortcut
- 06-22-2014 1007 Thursday, Fee, Simple, Bedding, Final PDF-signed
- 5 Amended Complaint.150724.
- 5.12.21 Letter from JLMB to AR
- 007 Waiver of Svc - Je M. Pollock, M.D., P.A.
- 008 Waiver of Svc - Leslie Shyvers
- 8 - Charging Order - Universitas v. Carpenter Financial - Case 3:14-mc-00125-RNC (ECF No. 8) (0018578e5d856)
- 8.12.14 Request for TDO Check Re-issue
- 8-15-14 Judgment
- 8-27-14 Restraining Notice -- Lincoln
- 9 - Avon-WY Return of Service for Met to Appear.151123.
- 9.12.14 2nd Request for TDO Check Re-issue
- 10 - Writ of General Execution to SDM Holdings.151203.
- 10-25-19 - Universitas - Trudeau - Compressed

Exhibit 8

Data (\\server) (I:) > 14184 > Carpenter Universitas (CT-~JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT-~JAM-738) Folder 18 > Bill.Lui@PFam.com 2010-2014

☑ _(1)
☑ _(2)
☑ _(3)
☑ _(4)
☑ _
☑ closest I've found so far
☑ FW_ closest I've found so far(1)
☑ FW_ closest I've found so far
☑ Fwd_ Conditions to Effectiveness & Funding Memorandum
☑ Fwd_ Memo
☑ RE_ closest I've found so far(1)
☑ RE_ closest I've found so far(2)
☑ RE_ closest I've found so far(3)
☑ Re_ closest I've found so far(4)
☑ Re_ closest I've found so far(5)
☑ Re_ closest I've found so far(6)
☑ RE_ closest I've found so far(7)
☑ RE_ closest I've found so far(8)
☑ RE_ closest I've found so far(9)
☑ RE_ closest I've found so far(10)
☑ RE_ closest I've found so far(11)
☑ RE_ closest I've found so far

**Exhibit 8**

Data (\\server) (I:) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT-JAM-738) Folder 19 > billlui@pdfm.com

Search billlui@pdfm.com

**Column 1**
- _(1)
- _(2)
- _(3)
- _
- 3pm Call Update
- 15_00 ET_ Conference Call with Bill Lui(1)
- 15_00 ET_ Conference Call with Bill Lui
- 11_30 AM Call with Bill Cawley - Dial In Information
- Allen Tucker Missing
- Any other documents_
- Avon Capital, LLC and Grist Mill Capital, LLC
- Bad news on CBCA, please call
- Benistar knowledge list
- Benistar_Ridgewood Closing
- Benistar_Ridgewood
- Case Flow(1)
- Case Flow
- Cawley assistant
- Cawley Partners Information
- Cawley(1)
- Cawley
- CBCA(1)
- CBCA
- Charter Oak Client Document
- Commitment letter of BP
- Commitment Letter - VO
- Credit Agreement
- Deal Progress
- Docs
- Document Revision
- Expense Letter
- Expenses
- Funding Details Conference Call 10_15am
- Funding Memos
- PV_ Attached Image
- PV_ Cawley Trip to New York
- PV_ CBCA
- PV_ Charter Oak Trust Invoices

**Column 2**
- FW_ Commitment Letter - VO
- FW_ draft
- FW_ Executed Control Agreement - Grist Mill and Christiana Corporate Services
- FW_ Grist Mill Amendments
- FW_ Interest & Fees Due - Grist Mill to date
- FW_ Interest & Fees Due - Grist Mill
- FW_ Interest Payment $70,374.76
- FW_ My Memo
- FW_ New Case_ PB
- FW_ Open Items - Ridgewood_Benistar
- FW_ PA revenue information
- FW_ Projected Accounts Receivable - November balance sheet
- FW_ Response
- FW_ SPreadsheet
- FW_ Summary Terms
- Fwd_ Benistar_Ridgewood Closing(1)
- Fwd_ Benistar_Ridgewood Closing
- Fwd_ COT Funding(1)
- Fwd_ COT Funding
- Fwd_ Grist Mill Documents
- GMC Case Flow Update
- Grist Mill Capital Expenses
- Grist Mill Capital Funding Memorandum(1)
- Grist Mill Capital Funding Memorandum(2)
- Grist Mill Capital Funding Memorandum(3)
- Grist Mill Capital Funding Memorandum
- Grist Mill Capital Transaction-SD
- Grist Mill Capital
- Grist Mill Transaction - SS Transaction
- In a conference call now, call you later
- In a meeting, what's up_
- Initial funding $5million
- Interest & Fees Due - Grist Mill
- Interest Payment $70,374.76
- Investment History
- Latest Case Flow report
- Latest Case Flow
- Line of Credit and Security Agreement dated November 22,2006 Avon Capital LLC Bo

**Column 3**
- M.J. case
- M.l Case
- Move forward bridge financing
- My Memo
- NPV calculation
- Ogden Policy
- Original LE Report prepared by AVS - Policy # 7305475
- Origination & underwriting fee due - Grist Mill Capital LLC
- Pending Transactions
- Pension plan
- PNC
- Presentation
- Pure Vanilla
- RE_ 3pm Call Update
- RE_ Age 87 male
- RE_ any update_(1)
- RE_ any update_
- RE_ Are you around_
- RE_ AS Updated
- RE_ AT illustration(1)
- RE_ AT illustration
- RE_ AT(1)
- RE_ AT
- RE_ Avon case DO
- RE_ Avon case jb(1)
- RE_ Avon case jb
- RE_ Avon case SG
- RE_ Avon_ LG
- RE_ Avon_ SG
- RE_ Avon_ SK(1)
- RE_ Avon_ SK(2)
- RE_ Avon_ SK
- RE_ Benistar knowledge list(1)
- RE_ Benistar knowledge list
- RE_ Benistar
- RE_ CBCA(1)
- RE_ CBCA

**Column 4**
- RE_ CBCA-PSAM Confidential
- RE_ Charter Oak - ST(1)
- RE_ Charter Oak - ST(2)
- RE_ Charter Oak - ST
- RE_ Charter Oak Client Document
- RE_ Contact information
- RE_ COT Case(1)
- RE_ COT Cases
- RE_ COT(1)
- RE_ COT
- RE_ Docs
- RE_ Emailing_ AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disb Request A
- RE_ Escrow Agreement(1)
- RE_ Escrow Agreement
- RE_ Expense Letter
- RE_ Funding Memos
- RE_ FW_ Attached Image(1)
- RE_ FW_ Attached Image(2)
- RE_ FW_ Attached Image
- RE_ FW_ New Case_ PB
- RE_ Grist Mill Capital Expenses
- RE_ Grist Mill Capital Funding Memorandum-Keung Tang(1)
- RE_ Grist Mill Capital Funding Memorandum-Keung Tang(2)
- RE_ Grist Mill Capital Funding Memorandum-Keung Tang
- RE_ Grist Mill Capital LLC - CHC 01127-0(1)
- RE_ Grist Mill Capital LLC - CHC 01127-0
- RE_ Grist Mill Capital Transaction-SD(1)
- RE_ Grist Mill Capital Transaction-SD
- RE_ Grist Mill Documents
- RE_ Grist Mill Memo
- RE_ HM HIPAA
- RE_ In a conference call now, call you later(1)
- RE_ In a conference call now, call you later(2)
- RE_ In a conference call now, call you later(3)
- RE_ In a conference call now, call you later
- RE_ Instructions to move funds(1)
- RE_ Instructions to move funds(2)
- RE_ Instructions to move funds
- RE_ S_
- RE_ Sk

**Exhibit 8**

'Data' (\\server\) [X]  >  14184  >  Carpenter Universities (CT—JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universities (CT—JAM-738) Folder 20  >  DLetter.DLetter@christianstruct.com 2010-2014  |  Search DLetter@christianstruct.com 2010-2014

**Column 1**
- Automatic reply_ Completed_ Premium Payment Request 5 - 12-16-2011
- Automatic reply_ Wire for $150K
- Automatic reply_ Wire
- Charter Oak Trust_ Avon Capital(1)
- Charter Oak Trust_ Avon Capital
- closest I've found so far
- confirm
- Copy of funding package(1)
- Copy of funding package(2)
- Copy of funding package(3)
- Copy of funding package(4)
- Copy of funding package
- cot confirms
- COT Funding Memo(1)
- COT Funding Memo(2)
- COT Funding Memo(3)
- COT Funding Memo
- Delivery of Original Policy and Closing Documentation
- Document transfer
- Fed Ref # - Paulrud
- Fed
- Funding Packages - Charter Oak Trust
- FW_ Ack
- Fw_ CHO150150 Tranen wire $50,000.00_ Fed Reference
- FW_ Charter Oak Fed Ref #'s
- FW_ charter oak fed refs(1)
- FW_ charter oak fed refs
- FW_ Charter Oak Trust Transfer Out Request
- FW_ Jackson
- FW_ Klein
- FW_ Outstanding Fees
- FW_ Policies to ship to Christiaen(1)
- FW_ Policies to ship to Christiaen(2)
- FW_ Policies to ship to Christiaen
- FW_ Tranen Cap Alt Invest Fund $1,920,000 wire request_ fed ref
- FW_ Tranen Cap Alt Invest Fund $112,000 Wire Request_ fed reference
- FW_ Tranen Cap Alt Invest Fund $144,288.26 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $150,000 Wire_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $150,336.79 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $187,061.59 Wire Request_ Fed Reference
- FW_ Completed_ Premium Payment Request 9 - 12-19-2011
- FW_ Copy of funding package(3)

**Column 2**
- FW_ Copy of funding package
- FW_ COT Transfer Out Request - Zahner
- FW_ Delivery of Original Policy and Closing Documentation(1)
- FW_ Delivery of Original Policy and Closing Documentation
- FW_ Delivery of Other Original Policies
- Fw_ Document transfer - Tranen
- FW_ fed ref #(1)
- FW_ fed ref #
- FW_ Fed references(1)
- FW_ Fed references
- FW_ FMLS Wire
- FW_ funding packages 2 of 4(1)
- FW_ funding packages 2 of 4
- FW_ Funding Packages 2.23.10
- FW_ Funding Packages 3.23.10(1)
- FW_ Funding Packages 3.23.10(2)
- FW_ Funding Packages 3.23.10(3)
- FW_ Funding Packages 3.23.10
- FW_ Funding Packages 9.9.10(1)
- FW_ Funding Packages 9.9.10
- FW_ FW_RE_ GRIST MILL AND AVON INSTRUCTION LETTERS(1)
- FW_ FW_RE_ GRIST MILL AND AVON INSTRUCTION LETTERS
- FW_ FW_ TERRY 1 of 4(1)
- FW_ FW_ TERRY 1 of 4
- FW_ GRIST MILL AND AVON INSTRUCTION LETTERS
- FW_ Itemized transactions in Christiaens Accounts

**Column 3**
- FW_ Copy of funding package
- FW_ Tranen Cap Alt Invest Fund $265,639.63 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund $305,625 Wire Request_ fed ref
- FW_ Tranen Cap Alt Invest Fund $683,000 Wire Request_ Fed Reference
- FW_ Tranen Cap Alt Invest Fund Wire Request
- Fw_ Tranen Cap Alt Invest Fund Wire Request_ fed ref(1)
- FW_ Tranen Cap Alt Invest Fund Wire Request_ fed ref
- FW_ Tranen Cap Alt Invest Fund Wire Request_ fed ref
- FW_ Tranen Capital
- FW_ Tranen Wire 250,000.00_ Fed Reference
- FW_ Tranen Wire please send today _ Fed Reference
- FW_ Wire from Yesterday
- FW_ wire instructions - Tranen Cap Alt Invest Fund
- FW_ Wire to FMLS
- FW_ Wire
- FW_ Wires
- Fwd_ RE_ Blau Entitlement Order.pdf
- Fwd_ Wire to Life Elite
- GMC Annual Fee Invoice
- GNbps fr dec
- GNbps fr dec
- Inbound Wire
- lambert -Jenny Benstate(1)
- lambert -Jenny Benstate
- Landsgard(1)
- Landsgard
- Life wire
- Out of Office AutoReply_ Confirm
- Out of Office AutoReply_ Confirms
- Out of Office AutoReply_ cot confirms
- Out of Office AutoReply_ Miriam Knoblich
- Out of Office_ PNC forms 11.19.10
- RE_ COT Annual Fee
- RE_ charter oak fed ref(1)
- RE_ charter oak fed ref

**Column 4**
- RE_ Charter Oak Trust(2)
- RE_ Charter Oak Trust
- RE_ Charter Oak Trust_ Avon Capital(1)
- RE_ Charter Oak Trust_ Avon Capital(2)
- RE_ Charter Oak Trust_ Avon Capital
- RE_ closest I've found so far(1)
- RE_ closest I've found so far(2)
- RE_ closest I've found so far(3)
- RE_ closest I've found so far(4)
- RE_ closest I've found so far(5)
- RE_ closest I've found so far(6)
- RE_ closest I've found so far(7)
- RE_ closest I've found so far(8)
- RE_ closest I've found so far(9)
- RE_ closest I've found so far(10)
- RE_ closest I've found so far(11)
- RE_ closest I've found so far
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011(1)
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011(2)
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011(3)
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011(4)
- RE_ Completed_ Premium Payment Request 5 - 12-16-2011
- RE_ Completed_ Premium Payment Request 9 - 12-19-2011(1)
- RE_ Completed_ Premium Payment Request 9 - 12-19-2011
- RE_ confirm(1)
- RE_ confirm(2)
- RE_ confirm(3)
- RE_ confirm
- RE_ Confirms(1)
- RE_ Confirms(2)
- RE_ Confirms(3)
- RE_ Confirms(4)
- RE_ Confirms
- RE_ cot confirms
- RE_ Delivery of Original Policy and Closing Documentation(1)
- RE_ Delivery of Original Policy and Closing Documentation(2)
- RE_ Delivery of Original Policy and Closing Documentation(3)
- RE_ Delivery of Original Policy and Closing Documentation(4)

**Exhibit 8**

JPData (\\server) (B) > 14184 > Carpenter Universitas (CT-JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT-JAM-738) Folder 21 > DLutes@Christianstrust.com     ✓     ⭘     🔎 Search DLutes@Christianstrust.com

- ☑ _3% Collateral $117,094.42 NOT RECEIVED
- ☑ _(1)
- ☑ _(2)
- ☑ _(3)
- ☑ _(4)
- ☑ _(5)
- ☑ _(6)
- ☑ _(7)
- ☑ _(8)
- ☑ _(9)
- ☑ _(10)
- ☑ _(11)
- ☑ _
- ☑ _WARNING_Charter Oak Fed Reference #'s for wires of 5_15
- ☑ _WARNING_Charter Oak Trust
- ☑ _WARNING_FW_[SP_26%] RE_Charter Oak Trust
- ☑ _WARNING_FW_Avon Capital LLC
- ☑ _WARNING_FV_Charter Oak Trust
- ☑ _WARNING_FV_Charter Oik
- ☑ _WARNING_FV_fed ref #1
- ☑ _WARNING_FV_fed #
- ☑ _WARNING_FW_Fed #
- ☑ _WARNING_FV_Fed number(1)
- ☑ _WARNING_FV_fed number
- ☑ _WARNING_FV_fed numbers
- ☑ _WARNING_FV_fed ref_
- ☑ _WARNING_FV_Fed Refs
- ☑ _WARNING_FV_Fed Ref #
- ☑ _WARNING_FW_Funding Request
- ☑ _WARNING_FW_Funding Requests
- ☑ _WARNING_FV_fed ref number(1)
- ☑ _WARNING_FW_fed ref number(2)
- ☑ _WARNING_FW_Grid Mill Escrow
- ☑ _WARNING_FW_JA Funding
- ☑ _WARNING_FW_JJT041576 - GD Sanders
- ☑ _WARNING_FW_Payments $ 182,600.37 - Heads UP

- ☑ _WARNING_FV_Fed Ref
- ☑ _WARNING_FV_Fed Reference #
- ☑ _WARNING_FV_Fed Reference Numbers
- ☑ _WARNING_FV_fed wire ref for 2 wires
- ☑ _WARNING_FV_FV_Charter Oak Trust
- ☑ _WARNING_FV_FW_Wire
- ☑ _WARNING_FV_PNC Transfer Form
- ☑ _WARNING_FV_Returned Wire
- ☑ _WARNING_FV_Revised request CQT
- ☑ _WARNING_FV_wire confirm
- ☑ _WARNING_RE_Out of Office_BZ
- ☑ _WARNING_RE_[SP_51%] RE_Payments $ 182,600.37 - Heads UP
- ☑ _WARNING_RE_WARNING_FW_WARNING_Fed
- ☑ _WARNING_RE_WARNING_RE_3% Collateral $117,094.42(1)
- ☑ _WARNING_RE_WARNING_RE_3% Collateral $117,094.42(2)
- ☑ _WARNING_RE_WARNING_RE_3% Collateral $117,094.42
- ☑ _WARNING_RE_3% Collateral $117,094.42(1)
- ☑ _WARNING_RE_3% Collateral $117,094.42
- ☑ _WARNING_RE_3% Collateral
- ☑ _WARNING_RE_AI Hagen (Avon Transaction)
- ☑ _WARNING_RE_AV_AVR_AN_LSG_10MM (WALDMAN)
- ☑ _WARNING_RE_Avon Wire
- ☑ _WARNING_RE_Avon
- ☑ _WARNING_RE_Case(1)
- ☑ _WARNING_RE_Cases
- ☑ _WARNING_RE_CD Wire JJ-7008008
- ☑ _WARNING_RE_cot wire confirm
- ☑ _WARNING_RE_CQT

- ☑ _WARNING_RE_Penn Mutual
- ☑ _WARNING_RE_PNC Wire Transfer Form - Payout
- ☑ _WARNING_RE_Returned Wire
- ☑ _WARNING_RE_Some Fed refs on wires(1)
- ☑ _WARNING_RE_Some Fed refs on wires
- ☑ _WARNING_RE_VL
- ☑ _WARNING_RE_Strading
- ☑ _WARNING_Read_Cases
- ☑ _WARNING_Text
- ☑ _WARNING_Transfer Out Form
- ☑ _WARNING_Transfer Out Request
- ☑ _WARNING_Veronica Ogden
- ☑ _Angela Lyles Policy
- ☑ _2nd Ross Jacobson(1)
- ☑ _2nd Ross Jacobson
- ☑ _2nd Yr Premium Funding Memos
- ☑ _2nd yr. Funding for Collins
- ☑ _3% Collateral $117,094.42
- ☑ _3rd Ross Jacobson
- ☑ _A. Patton Policy
- ☑ _AI Hagen (Avon Transaction)
- ☑ _AI Hagen
- ☑ _Allen Tucker
- ☑ _Angela Lyles Policy
- ☑ _ARTERBURN - GM_AB_LFG_LG_5MM AND BALDWIN - GM_BG_LFG_LG_5MM
- ☑ _As requested
- ☑ _AT fed refs
- ☑ _Avon Insurance Trust
- ☑ _Baldwin & Arterbum wires
- ☑ _Beekman
- ☑ _Biermeier Shipping Address(1)
- ☑ _Biermeier Shipping Address
- ☑ _Biermeier

- ☑ Bobby Cargill - 43
- ☑ Bobby Cargill(1)
- ☑ Bobby Cargill(2)
- ☑ Bobby Cargill(3)
- ☑ Bobby Cargill(4)
- ☑ Bobby Cargill(5)
- ☑ Bobby Cargill(6)
- ☑ Bobby Cargill(7)
- ☑ Bobby Cargill(8)
- ☑ Bobby Cargill
- ☑ Charter Oak Funding Memorandum - Tucker
- ☑ Charter Oak Trust - funding pkgs
- ☑ Charter Oak Trust
- ☑ Charter OAk_Grid Mill
- ☑ Charter Oak_Grid Mill_Avon Account(1)
- ☑ Charter Oak_Grid Mill_Avon Accounts
- ☑ Commitment Letter - William Dudley
- ☑ Commitment Letter
- ☑ confirm(1)
- ☑ confirm
- ☑ COT Sievert and Smith Funding Package(1)
- ☑ COT Sievert and Smith Funding Packages
- ☑ cot vl(1)
- ☑ cot vl
- ☑ COT Waldman and J. Terry Funding Packages _(1)
- ☑ COT Waldman and J. Terry Funding Package _
- ☑ COT wire
- ☑ COT Zoland Funding Package(1)
- ☑ COT Zoland Funding Package
- ☑ COT1
- ☑ David Janis
- ☑ Deckard-SM
- ☑ Deckard-6M
- ☑ Delivery Status Notification (Failure)(1)
- ☑ Delivery Status Notification (Failure)(2)
- ☑ Delivery Status Notification (Failure)(3)
- ☑ Delivery Status Notification (Failure)
- ☑ Disbursements Grid Mill - Knobloch

- ☑ Dividint Earned on Grid Mill Escrow
- ☑ DUDLEY - GM_DW_LFG_LG - 1.75M
- ☑ DUDLEY - GM_DW_LFG_LG - 1.75M
- ☑ Emailing_Funding Package DOCS
- ☑ Emailing_Funding Package DOCS
- ☑ Emailing_SAMPLE PREPARED PACK
- ☑ Emailing_SAMPLE PREPARED PACK
- ☑ Error $1,000,000
- ☑ Escrow amount $106,816.10 - Unpa
- ☑ Escrow amount $106,816.10 - Unpa
- ☑ Fed #
- ☑ Fed Ref #'s
- ☑ Fed ref#
- ☑ Fed reference #'s(1)
- ☑ Fed reference #'s
- ☑ Fed Reference Number
- ☑ Fed Reference Numbers
- ☑ Fed
- ☑ Front Desk Schedule.xls
- ☑ Funding Instruction HM
- ☑ Funding Memo & Disbursement Re
- ☑ Funding Memos
- ☑ Funding Package 8.19.09 - Waldma
- ☑ Funding Package 11.5.09
- ☑ Funding Package 8.6.09
- ☑ Funding Packages 8.12.09 Reiss, Se
- ☑ Funding Packages 8.18.09, Singer, C
- ☑ Funding Packages 8.24.09
- ☑ Funding packages 8.26.09, Muskier
- ☑ Funding Packages 9.17.09
- ☑ Funding packages 10.5.09
- ☑ Funding packages 11.4.09
- ☑ Funding Packages M. Singer_R_My
- ☑ Funding Packages M. Singer_R_My
- ☑ Funding packages(1)
- ☑ Funding packages(2)
- ☑ Funding packages

**Exhibit 8**

ata (\\server) (I:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 22  >  jyoung

☑ _
☑ _WARNING_Completed wires
☑ _WARNING_Fed REF # for Sanders
☑ _WARNING_Fed ref#
☑ _WARNING_FW_Fed Reference #
☑ _WARNING_PNC Account Set Up
☑ _WARNING_PNC Transfer Out
☑ _WARNING_RE_Grist Mill Escrow
☑ _WARNING_RE_JJ7041576 - GD Sanders
☑ _WARNING_RE_PNC Wire for PB
☑ _21st Services Planned Power Outage
☑ Benistar- Run-In Claims
☑ CDRG Study
☑ Collateral Assignment Agreement
☑ COT - Funding (RWF-7282)
☑ Fed ref#
☑ Fed reference #'s(1)
☑ Fed reference #'s
☑ Fw_ fed ref #
☑ FW_ fed ref #'s
☑ FW_JJ7041576 - GD Sanders
☑ FW_NEW CHARTER OAK TRUST CASE - MIRIAM KNOBLOCH - GM_KM_PM_PFL_5MM
☑ FW_Revised Funding Procedures between Ridgewood and GMC(1)
☑ FW_Revised Funding Procedures between Ridgewood and GMC
☑ GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)(1)
☑ GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)
☑ Grist Mill Capital Funding Memo-TA(1)
☑ Grist Mill Capital Funding Memo-TA
☑ Grist Mill Capital Transaction-SD
☑ J. Person
☑ New Mailing Address
☑ RE_Benistar- Run-In Claims(1)
☑ RE_Benistar- Run-In Claims
☑ RE_CBCA AdminiSource follow up
☑ RE_Charter Oak Trust - PNC Account
☑ Re_Charter Oak Trust
☑ RE_COT - Funding (RWF-7282)
☑ RE_Emailing_ AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disb Request A
☑ RE_fed ref number

☑ RE_Funding Memos
☑ Re_Funding Request and Commitment Letter
☑ RE_Grist Mill Escrow
☑ RE_Instructions to move funds(1)
☑ RE_Instructions to move funds(2)
☑ RE_Instructions to move funds
☑ RE_JJ7041576 - GD Sanders
☑ RE_PNC - Grist Mill Transaction
☑ RE_PNC Account Set Up
☑ RE_PNC Instruction for Lincoln
☑ RE_PNC Wire for PB
☑ Revised Funding Procedures between Ridgewood and GMC(1)
☑ Revised Funding Procedures between Ridgewood and GMC
☑ TA Agreement
☑ TA Transaction
☑ Traten Policies

**Exhibit 8**

ata (\\server) (t) > 14184 > Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 > Carpenter Universitas (CT--JAM-738) Folder 23 > jyoung@christianatrust.com

☑ RE_ GMC Docs for Line Advance(1)

☑ RE_ GMC Docs for Line Advance

☑ Undeliverable_ Court majority harshly critical of Obamacare contraception manda

Data (\\server) (t)  >  14184  >  Carpenter Universitas (CT--JAM-738) Folder 24  >  veronica.cranny@pfam.com

| | | | |
|---|---|---|---|
| ☑ _(1) | ☑ FW_ Interest & Fees Due - Grist Mill to date(1) | ☑ Line of Credit and Security Agreement dated November 22,2006 Avon Capital LLC Bo | ☑ RE_ FW_ Grist Mill Amendments(1) |
| ☑ _(2) | ☑ FW_ Interest & Fees Due - Grist Mill to date | ☑ Marine Facts | ☑ RE_ FW_ Grist Mill Amendments |
| ☑ _(3) | ☑ FW_ Interest & Fees Due - Grist Mill | ☑ MJ - commitment letter | ☑ RE_ FW_ Interest & Fees Due - Grist A |
| ☑ _(4) | ☑ FW_ Interest & Fees Due - Grist Mill | ☑ Musiker #4 | ☑ RE_ FW_ Interest & Fees Due - Grist A |
| ☑ _(5) | ☑ FW_ Interest Payment $70,314.76 | ☑ Musiker | ☑ RE_ FW_ Plainfied_Benistar_ Addition |
| ☑ _ | ☑ FW_ More Funding Packages 11.4.09 | ☑ Musiker #4 | ☑ RE_ FW_ Spencer Policy #732.0009 |
| ☑_WARNING_FW_ fed number | ☑ FW_ Musiker #4 | ☑ No funding | ☑ RE_ FW_ Spencer Policy #732.0009 |
| ☑_WARNING_FW_ Fed Ref # | ☑ FW_ Plainfied_Benistar_ Additional Documents | ☑ Ogden 2nd yr | ☑ RE_ Grist Mill Capital Expenses |
| ☑_WARNING_FW_ FW_ Wire | ☑ FW_ PNC Account Set Up | ☑ Ogden | ☑ RE_ Grist Mill Capital Funding Memo |
| ☑_WARNING_RE_ Funding Requests | ☑ FW_ Spencer Policy #732.0009 | ☑ Original LE Report prepared by AVS - Policy # 730547S | ☑ RE_ Grist Mill Capital Funding Memo |
| ☑ 2nd Yr Premium Funding Memos | ☑ FW_ Waldman | ☑ Origination & underwriting fee due - Grist Mill Capital LLC | ☑ RE_ Grist Mill Capital Funding Memo |
| ☑ AI Hagen--TODAY(1) | ☑ Fwd_ Benistar_Ridgewood Closing(1) | ☑ Outstanding docs | ☑ RE_ Grist Mill Capital LLC - CHC 011C |
| ☑ AI Hagen--TODAY(1) | ☑ Fwd_ Benistar_Ridgewood Closing | ☑ Out of Office AutoReply_ AT | ☑ RE_ Grist Mill Capital LLC - CHC 011C |
| ☑ AI Hagen--TODAY(2) | ☑ Fwd_ Charter Oak_Grist Mill | ☑ Out of Office AutoReply_ Interest & Fees Due - Grist Mill to date | ☑ RE_ Grist Mill Capital Transaction-SD |
| ☑ AI Hagen--TODAY(2) | ☑ Fwd_ FW_ Charter Oak Trust Invoices | ☑ Payment details | ☑ RE_ Grist Mill Capital Transaction-SD |
| ☑ AI Hagen--TODAY | ☑ Fwd_ Grist Mill Documents | ☑ Payment | ☑ RE_ Grist Mill Capital Transaction-SD |
| ☑ Alien Tucker Funding(1) | ☑ Fwd_ PNC Bank | ☑ Pending Transactions | ☑ RE_ Grist Mill Memo |
| ☑ Alien Tucker Funding | ☑ GMC Expenses-Admin | ☑ RE_ Allen Tucker Funding | ☑ RE_ Grist Mill Memo |
| ☑ Allen Tucker | ☑ GMC Expenses-banks | ☑ RE_ Benistar - Amended and Restated Line of Credit Grid Promissory Note(1) | ☑ RE_ Grist Mill Transaction - SS Transa- |
| ☑ Amended and Restated Grid Note | ☑ GMC Expenses-legal | ☑ RE_ Benistar - Amended and Restated Line of Credit Grid Promissory Note | ☑ RE_ Grist Mill Transaction - SS Transa- |
| ☑ Amended Grid Note | ☑ GMC Funding Memo(1) | ☑ RE_ Benistar - Signature Stamps | ☑ RE_ Institutional Trustee sigs |
| ☑ Avon Capital, LLC and Grist Mill Capital, LLC | ☑ GMC Funding Memo | ☑ RE_ Benistar Escrow Agreement | ☑ RE_ Instructions to move funds(1) |
| ☑ Beekman | ☑ GMC Funding Memo-New(1) | ☑ RE_ Benistar knowledge list(1) | ☑ RE_ Instructions to move funds(2) |
| ☑ Benistar knowledge list | ☑ GMC Funding Memo-New | ☑ RE_ Benistar knowledge list | ☑ RE_ Instructions to move funds |
| ☑ Benistar_Ridgewood Closing | ☑ Gordon | ☑ RE_ Benistar | ☑ RE_ Interest & Fees Due - Grist Mill t |
| ☑ Catching up today | ☑ Grist Mill Capital Expenses | ☑ RE_ catching up today | ☑ RE_ Interest & Fees Due - Grist Mill t |
| ☑ Charter Oak Funding Memorandum -- Tucker | ☑ Grist Mill Capital Funding Memorandum(1) | ☑ RE_ Collateral Assignment Agreement | ☑ RE_ Interest & Fees Due - Grist Mill t |
| ☑ Charter Oak Trust - funding pkgs | ☑ Grist Mill Capital Funding Memorandum(2) | ☑ RE_ COT Cases | ☑ RE_ Interest & Fees Due - Grist Mill |
| ☑ Charter Oak Trust | ☑ Grist Mill Capital Funding Memorandum(3) | ☑ RE_ Emailing_ AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disk Request A | ☑ RE_ Interest Payment $70,314.76(1) |
| ☑ Charter Oak_Grist Mill | ☑ Grist Mill Capital Funding Memorandum | ☑ RE_ Escrow Agreement(1) | ☑ RE_ Interest Payment $70,314.76(2) |
| ☑ Commitment Letter | ☑ Grist Mill Capital Funding Memo-TA(1) | ☑ RE_ Escrow Agreement | ☑ RE_ Interest Payment $70,314.76 |
| ☑ Contact details | ☑ Grist Mill Capital Funding Memo-TA | ☑ RE_ Expense Letter | ☑ RE_ Legal Fees Herrick Feinstein LLP |
| ☑ COT Sievert and Smith Funding Packages(1) | ☑ Grist Mill Capital Funding Memo-SD | ☑ RE_ fed ref number | ☑ RE_ Legal Fees Herrick Feinstein LLP |
| ☑ COT Sievert and Smith Funding Packages | ☑ Grist Mill Transaction - SS Transaction | ☑ RE_ Funding Memo | ☑ RE_ Lincoln Wire Instructions |
| ☑ COT (Waldman and J. Terry Funding Packages _(1) | ☑ Incumbency Certificate | ☑ RE_ Funding Memo | ☑ RE_ More Funding Packages 11.4.09 |
| ☑ COT (Waldman and J. Terry Funding Packages _ | ☑ Initial funding $5million | ☑ RE_ Funding Memos | ☑ RE_ Open Items g v 11.007 Ridgewoo |
| ☑ COT (Waldman and J. Terry Funding Package(1) | ☑ Interest & Fees Due - Grist Mill | ☑ RE_ Funding Package 12.10.09 | ☑ RE_ Open Items g v 11.007 Ridgewoo |
| ☑ COT Zoland Funding Packages | ☑ Interest & Fees Due - Grist Mill to date $41,828.10(1) | ☑ RE_ Funding Request and Commitment Letter | ☑ RE_ Origination & underwriting fee c |
| ☑ COT Zoland Funding Package | ☑ Interest Payment $70,314.76 | ☑ RE_ Funding Requests | ☑ RE_ PNC Instruction for Lincoln |
| ☑ David Janis | ☑ Interest & Fees Due - Grist Mill to date $41,828.10 | ☑ Legal Fees Herrick Feinstein LLP | ☑ RE_ Procedures for GMC |
| ☑ Deckard-$M | ☑ FW_ Interest & Fees Due - Grist Mill to date(1) | | |
| ☑ Deckard-$M | ☑ FW_ Interest & Fees Due - Grist Mill to date | | |
| ☑ Emailing_ Funding Package DOCS-zip(1) | | | |
| ☑ Emailing_ Funding Package DOCS-zip | | | |
| ☑ Emailing_SAMPLE PREPARED PACKAGE- Gonsalves, Louiza-zip(1) | | | |
| ☑ Emailing_SAMPLE PREPARED PACKAGE- Gonsalves, Louiza-zip | | | |
| ☑ Escrow Agreement | | | |
| ☑ Expense Letter | | | |
| ☑ Funding Details Conference Call 10_15am | | | |
| ☑ Funding Memos | | | |
| ☑ Funding Packages 8.18.09, Singer, Deckard, Kellam, Weingarten | | | |
| ☑ Funding Packages 9.17.09 | | | |
| ☑ Funding packages 10.5.09 | | | |
| ☑ Funding packages 11.4.09 | | | |
| ☑ Funding Packages M. Singer_B. Myers_S. Thomson(1) | | | |
| ☑ Funding Packages M. Singer_B. Myers_S. Thomson | | | |
| ☑ Funding package(1) | | | |
| ☑ Funding package(2) | | | |
| ☑ Funding packages | | | |
| ☑ FW_ Amended Docs | | | |
| ☑ FW_ AI Hagen--TODAY(1) | | | |
| ☑ FW_ AI Hagen--TODAY(2) | | | |
| ☑ FW_ AI Hagen--TODAY | | | |
| ☑ FW_ Allen Tucker Funding(1) | | | |
| ☑ FW_ Allen Tucker Funding(2) | | | |
| ☑ FW_ Allen Tucker Funding | | | |
| ☑ FW_ Attached image | | | |
| ☑ FW_ Escrow Agreement | | | |
| ☑ FW_ fed ref #'s | | | |
| ☑ FW_ fed ref | | | |
| ☑ FW_ Fed ref number | | | |
| ☑ FW_ Funding Packages 11.4.09 | | | |
| ☑ FW_ Funding package(1) | | | |
| ☑ FW_ Funding packages | | | |
| ☑ FW_ FW_ Charter Oak Trust | | | |
| ☑ FW_ FW_ Interest & Fees Due - Grist Mill to date $41,828.10(1) | | | |
| ☑ FW_ FW_ Interest & Fees Due - Grist Mill to date $41,828.10 | | | |
| ☑ FW_ Grist Mill Amendments | | | |

**Exhibit 8**

ata (\\server) (I)  >  14184  >  Carpenter Universities (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universities (CT--JAM-738) Folder 25  >  waitang@ridgewoodfinance.com        ✓  ♡     🔎 Search waitang@ridgewoodfinance.com

**Page 24 of 25**

**Exhibit 8**

Column 1:
- _WARNING_RE_I_SP_ 51%] RE_ Payments $ 182,600.37 - Heads UP
- _WARNING_RE_AV_WR_AN_LTG_10MM (WALDMAN)
- _WARNING_RE_ Payments $ 182,600.37 - Heads UP
- Abn request do not ignore
- AI Hagen-TODAY(1)
- AI Hagen-TODAY(2)
- AI Hagen-TODAY(3)
- AI Hagen-TODAY
- Allen Tucker Missing
- AT commitment letters
- AV_CB_PHL_ACCIII_5MM
- AV_MrvMS_JP_D3200XG_10MM_V1 (MILLER)
- AV_WR_AN_LTG_10MM_V1 (WALDMAN)
- AV_WR_ANICO_10MM (WALDMAN)
- BP commitment letter
- Charley Smith PF Submission
- COMMITMENT LETTER - AV_RD_UC_XP_24M
- COMMITMENT LETTER - GM_AM_AN_PBI_6MM (Ainsworth)
- COMMITMENT LETTER - GM_BC_PHL_ACCIII_5MM
- COMMITMENT LETTER - GM_BW_JH_PUL_10MM (WILLIAM BRITTAIN)
- COMMITMENT LETTER - GM_CH_PHL_ACCIII_5MM (COOPER)
- COMMITMENT LETTER - GM_EV_PM_PHL_5MM (ESPARO)
- COMMITMENT LETTER - GM_LE_PHL_ACCIII_3MM
- COMMITMENT LETTER - GM_LL_PHL_ACCIII_10MM (LUCIAN)
- COMMITMENT LETTER - GM_MC_LN_LC_1MM (MC DANIEL)
- COMMITMENT LETTER - GM_PA_LN_LG_4MM (PATTON)
- COMMITMENT LETTER - GM_PF_HM_LN_LG_4MM (Marilyn Hinds)
- COMMITMENT LETTER - GM_SD_AN_LTG_5MM (SANDERS)
- COMMITMENT LETTER - GM_ST_TA_TUL_5MM
- commitment letter of BP
- commitment letter of MJ
- Commitment letter of OV
- Commitment letter of SA
- COMMITMENT LETTERS - DAVID JANIS AND MARY BAILEY
- COMMITMENT LETTERS - GM_KM_SL_LP3_7.5MM (KASSIN) AND GM_DC_LN_LG_10MM (DECKARD)
- COMMITMENT LETTERS - GM_KT_PHL_GUI_L_7MM (GOLDSMITH) AND GM_PE_LNF_LGUI_5
- COMMITMENT LETTERS - KENT AND ESPARO
- COMMITMENT LETTERS(1)

Column 2:
- COMMITMENT LETTERS(2)
- COMMITMENT LETTERS(3)
- commitment letters
- Commitment Letter - VO
- COT FOLLOW UP
- DO commitment letters
- DECKARD COMMITMENT LETTERS
- FW_ AI Hagen-TODAY(1)
- FW_ AI Hagen-TODAY(2)
- FW_ AI Hagen-TODAY
- FW_ Avon Capital LLC
- FW_ BW - Full Illustration 1 (GM_LWM_LN_LC_10MM)
- FW_ Charter Oak - E. Kellem
- FW_ Charter Oak Trust - Martha Ainsworth
- FW_ Commitment letter of SA
- FW_ Funding Memo & Disbursement Request for Expenses dtd 9_20_07
- FW_ Funding Request
- FW_ Interest on Blocked Control Account for March & April
- FW_ MR
- FW_ Musker #4
- FW_ New Case
- FW_ New Case_ PB
- FW_ OUTSTANDING COMMITMENTS
- FW_ Plainfield, Benitez, Additional Documents
- FW_ Requesting original LE reports - RM Sunlife 7.5MM
- FW_ revised commitment letter of MJ
- GL
- GM_AM_AXA_ATHDB_2.7MM (AINSWORTH)
- GM_BC_PHL_ACCIII_5MM
- GM_BU_PHL_ACCIIIII_7.5MM (BENNETT)
- GM_CH_PHL_ACCIIIII_3MM (CRAUN)
- GM_CJ_ANICO_LTE_10MM (JEANNETTE CHILCOAT)
- GM_DC_LN_LGUI_10MM AND GM_DC_LN_LGUI_S10MM (DECKERD)
- GM_GG_LFG_LGUI_2.5MM_V1 (George Gorden)(1)
- GM_GG_LFG_LGUI_2.5MM_V1 (George Gorden)(2)
- GM_GG_LFG_LGUI_2.5MM_V1 (George Gorden)
- GM_KT_PHL_ACCIII_2.5MM
- GM_LE_PHL_ACCIII_3MM_V1 (LAYECK) AND GM_KT_PHL_ACCIII_2.5MM_V1 (KNOWLES)

Column 3:
- GM_LL_PHL_ACCIIIII_10MM AND GM_LL_SUPP_10MM (LUCIAN)
- GM_LWV_PHL_ACCIII_3MM - REVISED COMMITMENT LETTER
- GM_PA_LN_LG_4MM - PATTON
- GM_PF_CT_LN_LG_5MM (CAMPBELL) - COMMITMENT LETTER
- GM_SM_JP_LG3003_5MM
- GM_SR_PHL_ACCIII_4MM
- GM_TI_LFG_LCSAUL_5MM (TERRY) AND GM_AM_LTG_4MM (AINSWORTH)
- GM_TI_LN_LC_5MM (TERRY)(1)
- GM_TI_LN_LC_5MM (TERRY)
- GM_TJ_LN_LG_5MM_V1
- GM_TS_TA_TUL_3MM_V1
- GM_TS_TA_TUL_5MM_V1
- GMC Funding Memo(1)
- GMC Funding Memo
- GMC Funding Memo=New(1)
- GMC Funding Memo=New
- GMC_AVON - Amended Funding Procedures (rev. date DS_18_2007)(1)
- GMC_AVON - Amended Funding Procedures (rev. date DS_18_2007)
- GORDON, HINDS AND GOLDSMITH FUNDINGS
- GRIST MILL - KELLAM - MET LIFE POLICY *207 212 405 USU
- GRIST MILL - SR AND FR CASES
- Grist Mill Capital Funding Memorandum(1)
- Grist Mill Capital Funding Memorandum(2)
- Grist Mill Capital Funding Memorandum(3)
- Grist Mill Capital Funding Memorandum
- GRIST MILL CASE - GM_LU_PHI_ACCIII_7.5MM (LUCIAN)
- GRIST MILL CASE RECEIVED TODAY - HILDA JUNE CRAUN(1)
- GRIST MILL CASE RECEIVED TODAY - HILDA JUNE CRAUN
- GRIST MILL CASES
- GRIST MILL COMMITMENT LETTERS(1)
- GRIST MILL COMMITMENT LETTERS
- GRIST MILL FUNDINGS - 8_16_07
- GRIST MILL OUTSTANDING CASES
- GS commitment letter
- HA commitment letters
- HA Funding
- Interest de Fees Due to Ridgewood Finance Inc
- LAYECK CASE
- Loan Payoff - A Hayden

Column 4:
- MJ_ case
- MARTHA AINSWORTH - T
- Miller
- Musker #4
- New Mailing Address
- No documentation yet
- No funding
- Ogden Policy
- OUTSTANDING GM CASE
- OUTSTANDING GRIST MIL
- OV commitment letter
- RE_ I_SP_ 51%] RE_ Payme
- RE_ 4th request do not igr
- RE_ A couple cases(1)
- RE_ A couple cases(2)
- RE_ A couple cases
- RE_ Age 87 male
- RE_ Ainsworth(1)
- RE_ Ainsworth
- RE_ AI Hagen (Avon Trans
- RE_ Any update_ Waldma
- RE_ Any update_
- RE_ AS Updated
- RE_ AT commitment lette
- RE_ AT illustration
- RE_ AT(1)
- RE_ AT
- RE_ Attached image(1)
- RE_ Attached image(2)
- RE_ Attached image
- RE_ AV_CB_PHL_ACCIII_5I
- RE_ AV_WR_AN_LTG_10M
- RE_ Avon Capital(1)
- RE_ Avon Capital(2)
- RE_ Avon Capital, LLC(1)
- RE_ Avon Capital, LLC
- RE_ Avon Capital
- RE_ Avon case DD

Data \\server\ (b)  >  14164  >  Carpenter Universitas (CT–JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT–JAM-738) Folder 26  >  vsluntesy

🔍 Search vsluntesy

- 1-8-09 Letter from Clark Re IDR
- #1 Best Selling Item for 2005
- $$$$ yikes!
- $$, etc.- Update
- $$
- $4.95 Shipping! Are you ready for the Big Game_
- $5 shipping on home & more at the Choice Sale!
- $5 vs $500 Car Wash
- $10 off men's Sport Shirts, flannel, denim & more
- $10 off plus Free Shipping online only
- $19.99 Mother's Day bouquet – limited time offer!
- $20 Borders Gift Card Offer
- $20 Off any $70 Order!
- $50 Off - 5 Days Only!
- $50 Off Fusion FT-3 Drivers
- $100 Million(1)
- $100 Million(!)
- $100 Million(2)
- $100 Million
- [Annuity eCast, Apr 5 '07] Annuity Prospecting Questions, SPIA Time Bomb, NASD
- [Annuity eCast, Jan 3 '07] Longevity Risk, 8_0 Options with EIAs, Superbowl
- [Atm, Texas Agents] Top 10 Rated Annuities
- [Be the boss]
- [BPL New] Happy Holidays at BingoPalace
- [eCast Offer] 10 Best Sales Ideas Ever
- [eCast Offer] A New Ending Flow of Quality Prospects
- [eCast Offer] Catapult Your Income Annuity Sales
- [eCast Offer] Complimentary Presentation with New LTC Rider Option in an Annuity
- [eCast Offer] Complimentary White Paper, 4 Keys to Successful Selling
- [eCast Offer] Create Possibilities Your Clients Can Count On
- [eCast Offer] Hundreds of Qualified Appointments
- [eCast Offer] Medicare Supplement ½ Medicare Advantage
- [eCast Offer] No Worries. More Success
- [eCast Offer] Personalized Marketing Material
- [eCast, Feb 22 '07] Insurance Closing Club, Life-Based SPIAs, The Cold Call
- [eCast, Jan 1 '07] Annuity Compliance, Forward Thinking, Top Producers
- [eCast, Jan 15 '07] Customized Portfolios, Mitigating Taxes, HS328 Investments
- [eCast, Jan 19 '07] Bring an Executor, Financial Liability Portfolio Management
- [eDivet, April] What is short term care insurance_
- [Advisors] 10 free sales tips for approaching teachers with TSA
- [Advisors] 10 questions predict your profitability in 2008
- [Advisors] 28-Page Tax Savings Presentation – Instant Download
- [Advisors] Add 23K to your commissions in fourth quarter alone
- [Advisors] CPA referral system beats the summer doldrums
- [Advisors] Dominate the Financial Landscape – Advanced Training
- [Advisors] Expo 2008 reveals how to earn CEO salaries by getting leads to call y

- [Advisors] Garner IRA business
- [Advisors] Get PAID today – Your renewals exchanged for immediate capital
- [Advisors] Learn to plan and prospect in the uncertain post-151A era
- [Advisors] Little known government secret draws seniors in droves(1)
- [Advisors] Little known government secret draws seniors in droves
- [Advisors] Make income index easy with Free Slide Ruler
- [Advisors] Retirement Planning Software – Free Trial
- [Advisors] Stop wasting money on Senior Seminars
- [Advisors] Supreme Court Ruling creates 401(k) takeover opportunity
- [Advisors] Tap into the Pre-Retiree Market with Free_ Income Planning in Turbule
- [Advisors] The Rule of 72 Toolkit Wins Over Annuity Prospects
- [Advisors] The Superfecta Annuity – 20% first-year & 85%+ Commission
- [Advisors] Uncover more of your client's hidden assets
- [Advisors] Unlock client assets with the 1040 client prospecting guide
- [Advisors] We want to purchase your renewals
- [Agents] Zero-demand prospecting nets MORE annuity apps
- [Agents] Get a hard-to-place impaired risk case_
- [Agents] No-hassle, online insurance quotes - $200 complimentary package
- [no subject](1)
- [no subject](2)
- [no subject](3)
- [no subject]
- [ROBERTSON]

- [Estate Planning eCast, Feb 16 '07] Getting Top Dollar, Balancing Priorities
- [Fwd_ 419 Plan &Trust](1)
- [Fwd_ 419 Plan &Trust]
- [FWD_ RE_ re.sellers agreement and proposal](1)
- [FWD_ RE_ re.sellers agreement and proposal]
- [FWD_ revised Trip Ticket]
- [FWD_ Trip Tickets]
- [Health brokers] Write policies online to achieve six figures from home
- [HKSNB] Your deposit status
- [HN4Y9] Your deposit status
- [HSDMB] Your deposit status
- [HTHZX] Your deposit status
- [Investments eCast, Mar 5 '07] SMAs Alternatives, Chasing Foreclosures, Your 8_0
- [J3FH] Your deposit status
- [J9PR] Your deposit status
- [LTC eCast, Jan 12 '07] Selling First LTC Policy, Lifespan Respite Care Act
- [LTC eCast, Jan 26 '07] Simplify for the Consumer, Overruling LTCI Objections
- [LTC eCast] LTC Sales Guides, Ethical Questions, LTCI Schools, Medicare Leads
- [New] Free Indexed UL CD helps close cases
- [New] Living Care Annuity with 3x g4d. payout(1)
- [New] Living Care Annuity with 3x g4d. payout
- [Nexvia] Big Savings on the NEW Quote Engine 2.0
- [Producers eCast] Sales Tools, Working with Seniors, LTC Pays, Buying Decisions
- [Producers eCast] The Right Investment, Boomer Retirement, Simplifying LTCI
- [Producers] Boost Prospects & Minimize Cost
- [Producers] Buying insurance online is more popular than ever
- [Producers] Health Savers Reform – the end of an era might be coming
- [Retirement eCast] Social Security Crisis, Reverse Mortgages, Preserve Wealth
- [IUI] FYI_ The Desert Raven, Issue 12, March 15, 2009
- [UI] Giants
- [UI] RE_ Thinking
- [Webinar] 10 Steps to Ensure Success with Roth Conversions in 2010
- [Webinar] New Roth IRA Opportunities in 2010
- _ Big Lottey Winner(!)
- _ Big Lottey Winner
- _ Payments for Molly's review GMT(T)
- _ Payments for Molly's review GMT
- _(1)

**Exhibit 8**