UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC            :

VS.                                   :        NO. 3:20cv738(JAM)

BENISTAR, ET AL.                      :        OCTOBER 1, 2021

**STATUS REPORT ON BEHALF OF MR. CARPENTER**

On behalf of the nonparty witness Dan Carpenter, Attorney Sandberg, on his behalf, has worked diligently with counsel for the plaintiff to resolve the issues raised at the last conference in this case.  Attached hereto are two affidavits from Attorney Sandberg delineating in great detail the efforts to cooperate with and assist plaintiff's counsel in obtaining all of the discovery which the plaintiff seeks.

DANIEL CARPENTER

BY:_____/s/_____(ct00215)_____
          JOHN R. WILLIAMS (ct00215)
          51 Elm Street
          New Haven, CT 06510
          203.562.9931
          Fax:  203.776.9494
          jrw@johnrwilliams.com

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and
served by mail on anyone unable to accept electronic filing.  Notice of this filing
will be sent by e-mail to all parties by operation of the Court's electronic filing
system or by mail to anyone unable to accept electronic filing as indicated on the
Notice of Electronic Filing.  Parties may access this filing through the Court's
CM/ECF System.

_____/s/_____(ct00215)_____
JOHN R. WILLIAMS