# AFFIDAVIT OF JEFFREY R. SANDBERG

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

BEFORE ME, the undersigned authority, personally appeared Jeffrey R. Sandberg, who being duly sworn, deposed as follows:

1. My name is Jeffrey R. Sandberg. I am over eighteen years of age. I have never been convicted of a felony or other crime involving moral turpitude and am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am a licensed attorney by the State Bar of Texas and have held this status since 1994. I am also Board-Certified in Civil Appellate Law in Texas. I was first licensed as a Certified Public Accountant in New York in 1983, and subsequently held a CPA license issued in Texas. My CPA licenses are currently inactive based upon my choice to practice law.

3. Mr. Manson, counsel for Universitas, never contacted me or my office staff regarding any issues with accessing the information we provided to him from September 7-10, 2021. The first I learned that Mr. Manson purportedly could not access a portion of the information was following the hearing on September 15, 2021. Mr. Manson could easily contact me if he wished to before the hearing, as I was copied on the emails he received with links to the folders and files. Additionally, in other matters, Mr. Manson and I have spoken with each other in court, on the phone, and also communicated by email. In fact, Mr. Manson and I communicated by emails in September 2021 regarding a different case at the same time he was receiving the emails and links discussed below on September 7-10, 2021.

4. I will communicate with Mr. Manson regarding any issues that he asserts he has regarding the folders and files. On September 17, 2021, I sent the following email to Mr. Manson at 7:25 a.m. Central:

> Good morning,
> I understand that you represented to the District Court in Connecticut this week that you could not open some of the folders and that some files contained inappropriate content. As you know, this was never communicated to me before the hearing.
> What folders/files are you unable to open and where is the inappropriate content?
> Thanks, Jeff

As of the date of my filing this affidavit, I have not received a response.

5. Over the years, I have provided legal services and reviewed files regarding various matters, individuals and business entities, including but not limited to Benefit Plan Advisors, Nova Benefit Plans, LLC, Kathy Kehoe in her Capacity as Trustee of the Grist Mill Trust Welfare Plan, SDM Holdings, LLC, Carpenter Financial Group and Grist Mill Holdings, LLC. As part of my work, I reviewed and possess information cases in which I am or was counsel of record, and other cases in which I was not counsel of record.

6. I received a request to produce nonprivileged documents in my possession directly to Joe Manson, Esq., counsel for Universitas Education, LLC ("Universitas"), that would be responsive to the Subpoena served upon Dan Carpenter by Universitas in the case pending in the United States District Court, District of Connecticut, Case No. 3:20-cv-00738-JAM.

7. When I reviewed the Subpoena, I noted that it contained the following definition #2:

> The term "Judgment Debtor" and/or "Judgment Debtors" means the entities identified by Hon. Judge Swain as "Judgment Debtors" in Exhibit B, as well as the entities identified by Hon. Judge Swain as "Entities Adjudicated as Alter Egos of a Judgment Debtor" in Exhibit B.

I also noted that the referenced "Exhibit B" identified the following as "Judgment Debtors":

(I) Daniel E. Carpenter;
(2) Nova Group, Inc.;
(3) Grist Mill Trust Welfare Benefit Plan and any trustees and plan sponsors thereof insofar as they hold Grist Mill Trust assets ("GMT");
(4) Grist Mill Capital, LLC;
(5) Grist Mill Holdings, LLC;
(6) Carpenter Financial Group;
(7) Avon Capital, LLC;
(8) Phoenix Capital Management, LLC; and
(9) Hanover Trust Company.

8. I also noted definition #3:

"Affiliate" and/or "Affiliates" shall include you, Joseph Edward Waesche, Kenneth Landgaard, and all persons identified by Mr. Waesche as a member of the "Carpenter Family" in Exhibit C.

I also noted that the referenced "Exhibit C" identified the following as the "Carpenter Family" in

footnote 1 to Exhibit C:

1 Donald Trudeau; Charles J. Induddi Westcott; Jack E. Robinson; Donna Wayne; Caroline Carpenter Meckel; lneke Murphy; Shawndrika Stevens-Gardner; Donna Dawson; Matthew Westcott; Joseph Castagno; Amanda Rossi; Robert Pacini; Stefan Chemeski; Andrew Varner; Paul E. Martin; and/or Guy Neumann.

9. I also noted definition #4:

"Company" and/or "Companies" means any entity, whether a corporation, limited liability company, partnership, trust, or otherwise, owned and/or controlled in any capacity by any Judgment Debtor and/or Affiliate, and/or where any Judgment Debtor and/or Affiliate served as an officer, director, employee, and/or agent. "Company" and/or "Companies" shall include, but not be limited to, the entities identified by Mr. Waesche as a "Carpenter Plan" and/or "Carpenter Entity" in Exhibit C.

I also noted that the referenced "Exhibit C" identified the following as ""Carpenter Entity" or

"Carpenter Entities" in footnote 2 to Exhibit C:

2 "Carpenter Entity" or "Carpenter Entities" refers to I &3 Mill Pond Partners LLC; 41 Church Street Partners LLC; Alliance Charitable Remainder Trust; American Captive Services, Inc.; American Fiduciary Services, Inc.; Atlantic Charitable Remainder Trust;

Audit Risk Indemnity Association LLC; ARJA, LLC, Avon Capital, LLC; Avon Charitable Remainder Trust; Avon Old Farm School; BAS!; BCNY Litigation Group, LLC; Benefit Concepts Advisors, LLC; Benefit Concepts, Inc.; Benefit Concepts New York; Benefit Plan Advisors, LLC; Benistar; Benistar 419 Plan Services, Inc.; Benistar 4 I 9 Plan & Trust (the "Benistar Plan"); Benistar Client Services, Inc.; Benistar Corporation; Benistar Employer Services Trust Corporation; Benistar Financial Group; Benistar Financial Group LLC; Benistar Group Ltd.; Benistar Insurance Group, Inc.; Benistar Insurance Group Holdings, LLC; Benistar Ltd.; Benistar Media Group, Inc.; Benistar Property Exchange Trust Company; Benistar Property Exchange Trust Company, Inc.; Benistar Publishing, Inc.; Benistar Reinsurance Services Group, lnc.; Birch Hill Partners, LLC; BPETCO Litigation Group; Cambridge Trust; Essex Trust; Capital City Partners, LLC; Carpenter Charitable Remainder Trust (or any similar named trust); Carpenter Financial Group; Caroline Financial Group, Inc.; Charter Oak Trust; Charter Oak Trust 2009; Charter Oak Trust Welfare Benefit Plan ("Charter Oak Trust"); DSP Holdings, LLC; Greenwich Bay Management LLC; Grist Mill Capital, LLC; Grist Mill Holdings, LLC; Grist Mill Partners, LLC; Grist Mill Plan; Grist Mill Trust (GMT) Living Benefits Trust; Grist Mill Trust-Physicians; Grist Mill Trust (GMT) Survivorship Trust; Grist Mill Trust Welfare Benefit Plan (the "Grist Mill Plan"); Hanover Trust Company; Jefferson Trust; Life Five Welfare Benefit Trust; Life One Welfare Benefit Trust; Long Term Care Trust; McAllen Healthcare Services Trust; Mid Atlantic Trust; MidAtlantic Trust; Moonstone Partners, LLC; Natural Benefit Alliance LLC; NBPS, Inc.; Nova Benefit Plans, LLC; Nova Group Holdings, LLC; Nova Group, Inc.; Nova Living Benefits Trust; Nova Partners; Nutmeg Trust; Phoenix Capital Management, LLC; Phoenix Charitable Remainder Trust; Rex Insurance Services; SOM Holdings, LLC; Seir Hill Partners, LLC; Sickness, Accident & Disability Indemnity Trust; Sickness, Accident, Disability Indemnity Trust 2005 (the "SADI Plan"); Sickness, Accident, Disability Indemnity Trust 2007; Split Dollar Trust; Step Plan Services, Inc.; STEP Plan & Trust; Survivorship Welfare Benefit Trust; TPG Group, Inc.; USB Underwriter Services, Inc.; U.S. Benefits Group, Inc.; U.S. Property Exchange; Wilcox Street Partners LLC; Worthy Investments; and/or Zone Pa1tners LLC.

10. I also noted that Definition #4 includes the lists of entities identified in Exhibits D-I.

11. I next saw that Instruction #1 states that "[t]he time period covered by each request is from January 1, 2007 to the present."

12. Finally, I saw the Subpoena contains a list of 7 categories of documents to be produced relating to "any Judgment Debtor, Company, and/or Affiliate."

13. Maria Islas of this law firm assisted me in the service of the documents. The documents were served via "links" to folders that the recipient then downloads locally. More than one email and link were sent because large amounts of data can take quite a while to be processed, or in other words, be made ready to be downloaded.

14. On September 7, 2021, I emailed Maria Islas and copied Joe Manson on the email attached as Exhibit 1. I copied a "screenprint" of the first 17 folders that were to be processed by Maria into the body of the email so that Maria would know which folders were ready for her. See Exh. 1, Email. Maria began her work right away and tried to process all 17 folders at once. After many hours, her computer "hung up" and she had to start at the beginning with a smaller number of folders. After this, our office manager's computer was also used to process some of the files to try to speed up the process.

15. On September 8, 2021, Maria emailed Joe Manson a link to folders 11-17, letting him know that folders 1-10 were still uploading and that a separate link would be sent for folders 1-10. See Exh. 2, Email.

16. On September 9, 2021, Maria emailed Joe Manson a link to folders 1-10. See Exh. 3, Email. While Maria's computer was processing overnight, an error message appeared that caused the process to stop until she returned to work the next morning.

17. Once the processing of folders 1-17 on September 9, 2021, I sent her an email letter her know that folders 18-26 were ready for her. I copied Joe Manson so that he would know more files were on the way. See Exh. 4, Email.

18. On September 9, 2021, Maria emailed Joe Manson a link to folders 19-25. See Exh. 5, Email.

19. Folders 18 and 26 did not finish processing on September 9, and Maria's computer continued processing these last two folders overnight. The morning of September 10, 2021, Maria emailed Joe Manson links to folders 18 & 26. <u>See Exhs. 6, 7, Emails.</u>

20. Joe Manson did not email or call me or Maria to let us know there were any issues with the links, folders or files.

21. On Tuesday, September 14, 2021, I sent an email describing our work producing the responsive documents that states:

> I am attaching a Word doc containing folder/subfolder and files examples.
> We provided 26 numbered folders (see pg 1 of 25). The folders are numbered so we could keep track of them as we uploaded them.
> Each numbered folder typically has one subfolder that is descriptive. So for example, Folder 1's subfolder is "Benefit Plan Advisors" (see pg. 2 of 25), Folder 2's subfolder is "Bill White" (see pg. 3 of 25) . . .
> I then "screenprinted" a listing of the sub-subfolders and files for the first portion of each grouping. Some listings are full listings because there are relatively fewer folders and files so that the listing fits on one page of my monitor screen.
> Most files have file names, although if an Outlook/email file was not titled, Outlook simply numbers it.
> So, contrary to Universitas's misrepresentations to the Court, the folders are labeled. Additionally, Outlook files have the title of the email/Outlook file from when it was sent.
> The folder titles, to me, appear responsive to the document requests, particularly in light of the requests for documents relating to the judgment debtors.
> Thanks, Jeff

22. When I sent the email, I attached the document that is located at <u>Exhibit 8</u>. There is a screenprint for each of the 26 folders and it establishes that when a numbered folder is opened, the subfolder name identifies the category as described in paragraph 21 and that it contains file names. <u>See Exh. 8, Sample Folders and File Listings.</u>

23. I was wholly unaware until following the September 15, 2021 hearing that any responsive files I possess here contain inappropriate content as asserted by Joe Manson during the hearing.

**AFFIDAVIT OF JEFFREY R. SANDBERG**
**I:\14184\Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021\Affidavit. J Sandberg.210918..doc** **Page 6 of 7**

FURTHER AFFIANT SAYETH NOT.

                                                      _____
                                                      JEFFREY R. SANDBERG, Affiant

| STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF DALLAS | § |

SUBSCRIBED AND SWORN BEFORE ME by Jeffrey R. Sandberg on this 18th day of September, 2021, to certify which witness my hand and official seal.

                                                      _____
                                                    Notary Public in and for the State of _____