# SUPPLEMENTAL AFFIDAVIT OF JEFFREY R. SANDBERG

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, personally appeared Jeffrey R. Sandberg, who being duly sworn, deposed as follows:

1. My name is Jeffrey R. Sandberg. I am over eighteen years of age. I have never been convicted of a felony or other crime involving moral turpitude and am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am a licensed attorney by the State Bar of Texas and have held this status since 1994. I am also Board-Certified in Civil Appellate Law in Texas. I was first licensed as a Certified Public Accountant in New York in 1983, and subsequently held a CPA license issued in Texas. My CPA licenses are currently inactive based upon my choice to practice law.

3. This affidavit supplements my September 19, 2021 affidavit.

4. Following the September 15, 2021 hearing, I emailed Mr. Manson, counsel for Universitas, during the morning of September 17, 2021, as follows:

> Good morning,
> I understand that you represented to the District Court in Connecticut this week that you could not open some of the folders and that some files contained inappropriate content. As you know, this was never communicated to me before the hearing.
> What folders/files are you unable to open and where is the inappropriate content?
> Thanks, Jeff

5. In response, Mr. Chernow (of Mr. Manson's office) responded to me the evening of September 17, 2021 as follows:

> Jeff,

I write in response to your email to Joe Manson dated September 17, 2021, which concerns two of the def[i]ciencies in Daniel Carpenter's document production that the Court ordered Mr. Carpenter to rectify. Both of these issues were clearly explained to Mr. Carpenter's counsel prior to the discovery hearing.

In regard to your inquiry concerning inaccessible files, the following folders are so large that they cannot be accessed: Folders 1, 3, 8, 16, 17 and 26.

In regard to your inquiry concerning the location of innappropriate (sic) content, there is pornographic material in the subfolder entitled "sweet eco-friendly lesbian travel, lesbian vacations, lesbian events_filed" within the DDrever subfolder in Folder 5. Moreover, your inability to locate pornographic material within Mr. Carpenter's document production indicates a lack of knowledge regarding the contents of the document production, which in turn demonstrates that the files were not reviewed and that the production was a "document dump."

Please let us know if you want to discuss any of the other issues with Mr. Carpenter's document production. Thanks.

Best Regards,

Ben Chernow

6. The morning of September 20, 2021, I emailed Mr. Chernow this response:

Good evening,
The folders you identify may be downloaded first and then opened. There is nothing wrong with the folders. Please try downloading them first and then opening the folders.
It is unfortunate that some inappropriate information resided here on our server and was forwarded to you as part of the document production. Over the years, I have performed searches based upon certain words or names, and I was unaware that the content you describe was present in Mr. Drever's files.
Contrary to your unsupported conclusion, however, the data was not a dump, but simply responsive to your subpoena based upon the folder descriptions.
Thanks, Jeff

7. In summary, Universitas's counsel continued to report problems opening the files that were provided to them via a link. I then worked to create a USB thumbdrive to be sent to Universitas's counsel so that the issue with the link would be resolved.

8. I initially attempted to copy and paste onto the USB thumbdrive all folders at once. This ultimately failed.

9. I next attempted to copy and paste onto the USB thumbdrive the six folders identified by Universitas's counsel at once. This ultimately failed.

10. I next copied and pasted each of the six folders identified by Universitas's counsel onto two USB thumbdrives individually. I compared the source folder information to the USB thumbdrives' folder information to verify that all files and folders were successfully copied and pasted, as follows:



**3 Properties** (left)
General | Security | Previous Versions | Customize
Name: 3
Type: File folder
Location: I:\14184b (Carpenter Doc Prod)\Carpenter Universit.
Size: 15.9 GB (17,130,345,772 bytes)
Size on disk: 16.3 GB (17,542,438,912 bytes)
Contains: 70,116 Files, 16 Folders
Created: Monday, September 06, 2021, 9:03:30 AM
Attributes: ☑ Read-only (Only applies to files in folder)  ☐ Hidden  [Advanced...]
[OK] [Cancel] [Apply]

**3 Properties** (right)
General | Sharing | Customize
Name: 3
Type: File folder
Location: F:\
Size: 15.9 GB (17,130,345,772 bytes)
Size on disk: 21.1 GB (22,755,147,776 bytes)
Contains: 70,116 Files, 16 Folders
Created: Sunday, September 26, 2021, 5:52:28 PM
Attributes: ☑ Read-only (Only applies to files in folder)  ☐ Hidden  [Advanced...]
[OK] [Cancel] [Apply]

**8 Properties** (left)
General | Security | Previous Versions | Customize
Name: 8
Type: File folder
Location: I:\14184b (Carpenter Doc Prod)\Carpenter Universit.
Size: 16.0 GB (17,195,210,240 bytes)
Size on disk: 16.2 GB (17,429,573,632 bytes)
Contains: 39,816 Files, 1 Folders
Created: Monday, September 06, 2021, 1:57:38 PM
Attributes: ☑ Read-only (Only applies to files in folder)  ☐ Hidden  [Advanced...]
[OK] [Cancel] [Apply]

**8 Properties** (right)
General | Sharing | Customize
Name: 8
Type: File folder
Location: F:\
Size: 16.0 GB (17,195,210,240 bytes)
Size on disk: 18.7 GB (20,120,993,792 bytes)
Contains: 39,816 Files, 1 Folders
Created: Sunday, September 26, 2021, 9:18:21 PM
Attributes: ☑ Read-only (Only applies to files in folder)  ☐ Hidden  [Advanced...]





11. For each of the six folders that were individually copied and then pasted onto the USB thumbdrive, the number of files and folders equal the data on the original folder being copied.

12. On Tuesday, September 28, 2021, the copying and pasting, along with the verification of the number of folders and files described above, was completed. The thumbdrives were placed in a FEDEX folder along with a hard copy of the folders/files verifications information above, addressed to the office of Universitas's counsel. According to the information received from FEDEX, the package was delivered to the office of Universitas's counsel on Wednesday, September 29, 2021 at approximately 9:30 a.m.

13. I also emailed Universitas's counsel on Tuesday, September 28, 2021 to let counsel know that the thumbdrive with the remining six folders was on its way. My email states:

> Good evening,
>
> I did not request a list from you with the intent of limiting the production by my office. I asked for the list so that while I and my office were experiencing difficulty sending you the 26 folders, I would be able to look for more specific information to make this easier for you while you waited for the final six folders due to the difficulties you had downloading some folders. I note that Folders 1 and 3 contain Benistar Plan Advisors info, folder 4 contains COT info, as examples of the information provided to you.
>
> My folders here were not categorized/labeled for any of the ten companies you listed below, although I anticipate that folders I have here and am providing to you contain responsive information regarding some of the ten entities you listed. For example, I am attaching a 2008 email included in our production of documents here at this law firm that is responsive to your request, as it lists numerous business entities' tax filings/extensions.
>
> Nonetheless, after trying to download all 26 folders onto a thumbdrive and seeing that fail, and then trying to download the six folders you identified onto a thumbdrive, which in turn also failed, I have successfully downloaded the six folders onto two thumbdrives and FEDEX already has an envelope containing the two thumbdrives for delivery to you tomorrow.
>
> I am attaching an Adobe pdf file containing basic information on each of the six folders – the original folder and then to its right the thumbdrive folder. This was used by me to verify that the same number of files and subfolders were present on the thumbdrives for all six folders.
>
> Thanks, Jeff

14. I did not receive a response to my Tuesday, September 28, 2021 email. As of 4:00 p.m. on Friday, October 1, 2021, I have not received any correspondence regarding the thumbdrive either.

FURTHER AFFIANT SAYETH NOT.

_____
JEFFREY R. SANDBERG, Affiant

STATE OF TEXAS §
§
COUNTY OF DALLAS §

SUBSCRIBED AND SWORN BEFORE ME by Jeffrey R. Sandberg on this 1st day of October, 2021, to certify which witness my hand and official seal.

_____Linda Palmer_____
Notary Public in and for the State of _Texas_



**SUPPLEMENTAL AFFIDAVIT OF JEFFREY R. SANDBERG**
I:\14184\Ct Dist Ct - PJ (738)\Affidavit - Supp. J Sandberg.211001..doc