UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC          :

VS.                                 :          NO. 3:20cv738(JAM)

BENISTAR, ET AL.                    :          OCTOBER 1, 2021

**SECOND STATUS REPORT ON BEHALF OF MR. CARPENTER**

Exhibit 1, attached to the Status Report filed earlier today, was the

incorrect document.  The correct document is attached hereto.

DANIEL CARPENTER

BY:_____ /s/ _____(ct00215)_____
            JOHN R. WILLIAMS (ct00215)
            51 Elm Street
            New Haven, CT 06510
            203.562.9931
            Fax:  203.776.9494
            jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and
served by mail on anyone unable to accept electronic filing.  Notice of this filing
will be sent by e-mail to all parties by operation of the Court's electronic filing

1

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____(ct00215)_____
JOHN R. WILLIAMS