**From:** Jeff Sandberg
**To:** Maria Islas
**Cc:** Joseph Manson
**Subject:** Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks!
**Date:** Tuesday, September 07, 2021 11:13:00 AM



Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

## Exhibit 1

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks! |
| **Date:** | Wednesday, September 08, 2021 9:53:54 AM |

On behalf of Jeff Sandberg please find (2) ShareFile links containing responsive documents. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 11, 12,16,17)
https://pamlaw.sharefile.com/d-s50c3389036b54ed0baed4c1dd62bedcc

Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 13,14,15)
https://pamlaw.sharefile.com/d-sa4cf0c465bfa45889cd29164757f6a5c

**NOTE: Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 1-10) are still uploading and will be sent under separate email.**

**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Tuesday, September 7, 2021 11:10 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks!

**Exhibit 2**



Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com


Texas Board of Legal Specialization

To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 2**

| From: | Maria Islas |
|---|---|
| To: | Joseph Manson |
| Cc: | Jeff Sandberg |
| Subject: | RE: Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks! |
| Date: | Thursday, September 09, 2021 10:56:16 AM |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT -- JAM 738) Docs produced Sept 7 2021 (Folders 1-10)
https://pamlaw.sharefile.com/d-s6e38b992e7854b74ad37b4674082b4c5


**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Tuesday, September 7, 2021 11:10 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 1-17 to counsel (copied) - Thanks!



Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law

**Exhibit 3**

By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



To learn more about our law firm see our website at www.pamlaw.com

CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 3**

**From:** Jeff Sandberg
**To:** Maria Islas
**Cc:** Joseph Manson
**Subject:** Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks!
**Date:** Thursday, September 09, 2021 11:12:00 AM
**Attachments:** image001.png



Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



To learn more about our law firm see our website at www.pamlaw.com

CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 4**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks! |
| **Date:** | Thursday, September 09, 2021 11:21:00 AM |
| **Attachments:** | image001.png |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. <u>Folder 26 is still uploading and will be sent in a separate email</u>. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 (Folders 18-25)

https://pamlaw.sharefile.com/d-saa2c37462d4941c48f2bc99c4eb734fa


**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Thursday, September 9, 2021 11:09 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks!



Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)

**Exhibit 5**

Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



To learn more about our law firm see our website at www.pamlaw.com

CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 5**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks! |
| **Date:** | Friday, September 10, 2021 8:43:58 AM |
| **Attachments:** | image001.png |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 (Folder 26)
https://pamlaw.sharefile.com/d-s77407e57a00e4ac6b709d33c73b63d54

### MARIA ISLAS
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Thursday, September 9, 2021 11:09 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks!



Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)

**Exhibit 6**

Campbell Centre I

8350 North Central Expressway

Suite 1111

Dallas, Texas 75206

(214) 242-6454 Direct Line

(214) 242-6444 - Main Line

(214) 265-1950 Fax

jsandberg@pamlaw.com



To learn more about our law firm see our website at www.pamlaw.com

CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 6**

| | |
|---|---|
| **From:** | Maria Islas |
| **To:** | Joseph Manson |
| **Cc:** | Jeff Sandberg |
| **Subject:** | RE: Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks! |
| **Date:** | Thursday, September 09, 2021 11:21:00 AM |
| **Attachments:** | image001.png |

On behalf of Jeff Sandberg please find (1) ShareFile link containing responsive documents. <u>Folder 26 is still uploading and will be sent in a separate email</u>. Should you have any questions, please contact Mr. Sandberg directly at (214) 242-6454 or via email. Thank you.

Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 (Folders 18-25)
https://pamlaw.sharefile.com/d-saa2c37462d4941c48f2bc99c4eb734fa

**MARIA ISLAS**
*Legal Assistant*

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Thursday, September 9, 2021 11:09 AM
**To:** Maria Islas <MIslas@pamlaw.com>
**Cc:** Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Pls send link(s) to these folders 18-26 to counsel (copied) - Thanks!



Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)

**Exhibit 7**

Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com



To learn more about our law firm see our website at www.pamlaw.com
CONFIDENTIALITY NOTICE: This e-mail may be confidential and subject to attorney/client and attorney work product privileges. It is intended only for the addressee. If you are not the intended recipient, please reply with a note informing us it was misdirected, and then delete this e-mail message. Thank you.

**Exhibit 7**

ata (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021

| Name ^ | Date modified | Type | Size |
|---|---|---|---|
| Carpenter Universitas (CT--JAM-738) Folder 1 | 9/6/2021 8:30 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 2 | 9/6/2021 8:59 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 3 | 9/6/2021 10:14 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 4 | 9/6/2021 10:32 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 5 | 9/6/2021 12:26 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 6 | 9/6/2021 12:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 7 | 9/6/2021 1:33 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 8 | 9/6/2021 2:03 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 9 | 9/6/2021 2:33 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 10 | 9/6/2021 3:23 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 11 | 9/6/2021 3:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 12 | 9/6/2021 3:50 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 13 | 9/6/2021 3:55 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 14 | 9/7/2021 7:55 AM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 15 | 9/6/2021 4:04 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 16 | 9/6/2021 4:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 17 | 9/6/2021 4:46 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 18 | 9/8/2021 1:28 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 19 | 9/8/2021 1:29 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 20 | 9/8/2021 1:30 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 21 | 9/8/2021 1:32 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 22 | 9/8/2021 1:34 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 23 | 9/8/2021 1:35 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 24 | 9/8/2021 3:57 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 25 | 9/8/2021 3:59 PM | File folder | |
| Carpenter Universitas (CT--JAM-738) Folder 26 | 9/8/2021 4:08 PM | File folder | |

**Exhibit 8**

ata (\\server) (t:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 1 › Benefit Plan Advisors

Search Benefit Plan Advisors

📁 Benefit Plan Advisors
- #008168153(1)
- #008168153
- #8168153 - David Coffman
- #8169817 - Bhupinder S Saini(1)
- #8169817 - Bhupinder S Saini(2)
- #8169817 - Bhupinder S Saini
- #8225234(1)
- #8225234
- #8226784(1)
- #8226784
- #8569090 - Philip Von Burg
- #9207380 - Schaefer(1)
- #9207380 - Schaefer
- $$$$$
- $$$$(1)
- $$$$(2)
- $$$$(3)
- $$$$
- $$$(1)
- $$$
- $1 Million Sales Idea(1)
- $1 Million Sales Idea
- $25,000,000 Key Man Policy(1)
- $25,000,000 Key Man Policy
- (NON-NY) New Employee Potential ePackage
- ; Quote for Town of Huntington
- [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn(1)
- [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn(2)
- [1] manager's choice, [31] discussions, [12] comments and [6] jobs on LinkedIn
- [1] manager's choice, [49] discussions, [12] comments and [30] jobs on LinkedIn(1)
- [1] manager's choice, [49] discussions, [12] comments and [30] jobs on LinkedIn
- [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn(1)
- [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn(2)
- [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn(3)
- [1] manager's choice, [68] discussions, [8] comments and [20] jobs on LinkedIn
- [7] new discussions on LinkedIn(1)
- [7] new discussions on LinkedIn

- [9] new discussions, [1] new comment and [2] new jobs on LinkedIn(1)
- [9] new discussions, [1] new comment and [2] new jobs on LinkedIn(2)
- [9] new discussions, [1] new comment and [2] new jobs on LinkedIn
- [9] new discussions, [5] new comments and [3] new jobs on LinkedIn
- [10] discussions, [5] comments and [14] jobs on LinkedIn
- [11] discussions on LinkedIn
- [11] new discussions, [2] new comments and [1] new job on LinkedIn(1)
- [11] new discussions, [3] new comments and [20] new jobs on LinkedIn(1)
- [11] new discussions, [3] new comments and [20] new jobs on LinkedIn
- [11] new discussions, [5] new comments and [16] new jobs on LinkedIn(1)
- [11] new discussions, [5] new comments and [16] new jobs on LinkedIn
- [12] discussions and [1] comment on LinkedIn
- [12] discussions, [111] comments and [3] jobs on LinkedIn(1)
- [12] discussions, [111] comments and [3] jobs on LinkedIn
- [13] discussions, [1] comment and [2] jobs on LinkedIn
- [13] discussions, [2] comments and [2] jobs on LinkedIn
- [14] discussions on LinkedIn
- [14] discussions, [1] comment and [10] jobs on LinkedIn
- [15] discussions, [6] comments and [27] jobs on LinkedIn(1)
- [15] discussions, [6] comments and [27] jobs on LinkedIn
- [16] discussions and [8] jobs on LinkedIn(1)
- [16] discussions and [8] jobs on LinkedIn
- [16] discussions, [215] comments and [66] jobs on LinkedIn(1)
- [16] discussions, [215] comments and [66] jobs on LinkedIn
- [16] new discussions, [1] new comment and [2] new jobs on LinkedIn(1)
- [16] new discussions, [1] new comment and [2] new jobs on LinkedIn
- [16] new discussions, [2] new comments and [1] new job on LinkedIn
- [18] discussions and [26] jobs on LinkedIn(1)
- [18] discussions and [26] jobs on LinkedIn
- [18] discussions, [1] comment and [1] job on LinkedIn
- [18] discussions, [2] comments and [17] jobs on LinkedIn(1)
- [18] discussions, [2] comments and [17] jobs on LinkedIn
- [19] discussions, [6] comments and [33] jobs on LinkedIn(1)

- [19] discussions, [6] comments and [33] jobs on LinkedIn
- [19] discussions, [9] comments and [9] jobs on LinkedIn(1)
- [19] discussions, [9] comments and [9] jobs on LinkedIn
- [20] new discussions, [7] new comments and [3] new jobs on LinkedIn(1)
- [20] new discussions, [7] new comments and [3] new jobs on LinkedIn(2)
- [20] new discussions, [7] new comments and [3] new jobs on LinkedIn
- [23] discussions and [2] comments on LinkedIn
- [23] discussions and [3] jobs on LinkedIn(1)
- [23] discussions and [3] jobs on LinkedIn
- [24] discussions, [132] comments and [2] jobs on LinkedIn(1)
- [24] discussions, [132] comments and [2] jobs on LinkedIn(2)
- [24] discussions, [132] comments and [2] jobs on LinkedIn
- [42] discussions, [21] comments and [12] jobs on LinkedIn(1)
- [42] discussions, [21] comments and [12] jobs on LinkedIn(2)
- [42] discussions, [21] comments and [12] jobs on LinkedIn
- [43] discussions, [58] comments and [5] jobs on LinkedIn(1)
- [43] discussions, [58] comments and [5] jobs on LinkedIn(2)
- [43] discussions, [58] comments and [5] jobs on LinkedIn
- [49] discussions, [128] comments and [50] jobs on LinkedIn(1)
- [49] discussions, [128] comments and [50] jobs on LinkedIn(2)
- [49] discussions, [128] comments and [50] jobs on LinkedIn
- [51] discussions, [44] comments and [40] jobs on LinkedIn(1)
- [51] discussions, [44] comments and [40] jobs on LinkedIn(2)
- [51] discussions, [44] comments and [40] jobs on LinkedIn
- [52] discussions, [24] comments and [25] jobs on LinkedIn(1)
- [52] discussions, [24] comments and [25] jobs on LinkedIn(2)
- [52] discussions, [24] comments and [25] jobs on LinkedIn
- [58] discussions, [3] comments and [31] jobs on LinkedIn(1)
- [58] discussions, [3] comments and [31] jobs on LinkedIn
- [58] discussions, [34] comments and [35] jobs on LinkedIn(1)
- [58] discussions, [34] comments and [35] jobs on LinkedIn(2)
- [58] discussions, [34] comments and [35] jobs on LinkedIn
- [59] discussions, [24] comments and [15] jobs on LinkedIn(1)
- [59] discussions, [24] comments and [15] jobs on LinkedIn(2)
- [59] discussions, [24] comments and [15] jobs on LinkedIn
- [60] discussions, [6] comments and [20] jobs on LinkedIn(1)
- [60] discussions, [6] comments and [20] jobs on LinkedIn

- [60] discussions, [6] comments and [33] jobs on LinkedIn
- [66] discussions, [16] comments and [8] jobs on LinkedIn(1)
- [66] discussions, [16] comments and [8] jobs on LinkedIn(2)
- [66] discussions, [16] comments and [8] jobs on LinkedIn
- [66] discussions, [40] comments and [27] jobs on LinkedIn(1)
- [66] discussions, [40] comments and [27] jobs on LinkedIn(2)
- [66] discussions, [40] comments and [27] jobs on LinkedIn
- [67] discussions, [2] comments and [62] jobs on LinkedIn(1)
- [67] discussions, [2] comments and [62] jobs on LinkedIn(2)
- [67] discussions, [18] comments and [16] jobs on LinkedIn(1)
- [67] discussions, [18] comments and [16] jobs on LinkedIn(2)
- [67] discussions, [18] comments and [16] jobs on LinkedIn
- [68] discussions, [5] comments and [49] jobs on LinkedIn(1)
- [68] discussions, [5] comments and [49] jobs on LinkedIn(2)
- [68] discussions, [5] comments and [49] jobs on LinkedIn
- [68] discussions, [15] comments and [17] jobs on LinkedIn(1)
- [68] discussions, [15] comments and [17] jobs on LinkedIn(2)
- [68] discussions, [15] comments and [17] jobs on LinkedIn(3)
- [68] discussions, [15] comments and [17] jobs on LinkedIn
- [68] discussions, [38] comments and [14] jobs on LinkedIn(1)
- [68] discussions, [38] comments and [14] jobs on LinkedIn(2)
- [68] discussions, [38] comments and [14] jobs on LinkedIn(3)
- [68] discussions, [38] comments and [14] jobs on LinkedIn
- [68] discussions, [39] comments and [21] jobs on LinkedIn(1)
- [68] discussions, [39] comments and [21] jobs on LinkedIn(2)
- [68] discussions, [39] comments and [21] jobs on LinkedIn
- [69] discussions, [4] comments and [14] jobs on LinkedIn(1)
- [69] discussions, [4] comments and [14] jobs on LinkedIn(2)
- [69] discussions, [4] comments and [14] jobs on LinkedIn
- [70] discussions, [49] comments and [19] jobs on LinkedIn(1)
- [70] discussions, [49] comments and [19] jobs on LinkedIn(2)
- [70] discussions, [49] comments and [19] jobs on LinkedIn
- [71] discussions, [2] comments and [19] jobs on LinkedIn(1)
- [71] discussions, [2] comments and [19] jobs on LinkedIn(2)
- [71] discussions, [2] comments and [19] jobs on LinkedIn
- [72] discussions, [2] comments and [49] jobs on LinkedIn(1)
- [72] discussions, [2] comments and [49] jobs on LinkedIn(2)

Exhibit 8

ta (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 2 › Bill White

- 📁 Athur Jaros (Bill White)
- 📁 Bill White
- 📁 Bill White background
- 📁 Danny A. Parman (Bill White)
- 📁 Diane N. Cook (Bille White)
- 📁 Dwayne Maroszek (Bill White)
- 📁 Dwight L. Johnson (Bill White)
- 📁 Fred Petersen (Bill White)
- 📁 Michael Jewel (Bill White)
- 📁 Patrick A. Vanderburgh (Bill White)
- 📁 Richard D. Darley (Bill White)
- 📁 Thomas J. Griffey (Bill White)
- 📁 William Stern (Bill White)
- 📄 Bill White - FL License 8-8-07
- 📄 Bill White - NV License (2)
- 📄 Bill White - NV License
- 📄 Bill White - Union Central License Request 2.25.09
- 📄 Bill White and Ken Grubb Bill March 27
- 📄 Bill White's E&O insurance
- 📄 ProFinancialServices - Bill White
- 📄 Rex & Bill White PAC Life Requests 2.23.09
- 📄 Richard Poston - Bill White's Sig. Needed
- 📄 State of IL renewal paperwork Bill White
- 📄 Tax Lien Letter Bill White Principal
- 📄 Tax Lien Letter Bill White
- 📄 Tax Lien Letter Bill White
- 📄 Tex Lien Letter Bill White
- 📄 UC - License Request - Bill White
- 📄 WCL Agent's Agreement - Bill White (REX)

**Exhibit 8**

ta (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 3 › BPA

Search BPA

| Name |
| --- |
| 9-23-2009 BPA response to smith interrogatories and Production |
| 10-12-2009 BPA motion to amend scheduling order |
| BPA |
| BPA comments |
| BPA Interrogatories for Admission and document production |
| BPA STAR UPDATED |
| BPA v Penn Mutual |
| BPA v. Top Man-Teserra-Smith Trust |
| GMT BPA FOLDERS |
| IRS BPA Response Notices 2007-83,84 and Rev rule2007-65 |
| !!!!(1) |
| !!!!(2) |
| !!!!(3) |
| !!!! |
| #008168153(1) |
| #008168153 |
| #8168153 - David Coffman |
| #8169817 - Bhupinder S Saini(1) |
| #8169817 - Bhupinder S Saini(2) |
| #8169817 - Bhupinder S Saini |
| #8176317 - Natalie Semon |
| #8176317 - Semon, Natalie |
| #8183825 – Darrell Taylor_ #8183829 –Keith Taylor(1) |
| #8183825 – Darrell Taylor_ #8183829 –Keith Taylor(2) |
| #8183825 – Darrell Taylor_ #8183829 –Keith Taylor |
| #8211012 - Patricia Biermaier |
| #8225234(1) |
| #8225234 |
| #8226784(1) |
| #8226784 |
| #8569090 – Philip Von Burg |
| #9207380 – Schaefer(1) |
| #9207380 - Schaefer |
| #9207767 - Schaefer, Fred _ Cheryl |
| $$ for Policies thru OMFN(1) |
| $$ for Policies thru OMFN |
| $$$ |
| $$(1) |

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $$ | _(11) | _(49) | _(87) | _(125) | _(163) | _(201) | _(239) | _(277) | _(315) | _(353) | _(391) | _(429) | _(467) |
| $10MM ILL(1) | _(12) | _(50) | _(88) | _(126) | _(164) | _(202) | _(240) | _(278) | _(316) | _(354) | _(392) | _(430) | _(468) |
| $10MM ILL(2) | _(13) | _(51) | _(89) | _(127) | _(165) | _(203) | _(241) | _(279) | _(317) | _(355) | _(393) | _(431) | _(469) |
| $10MM ILL | _(14) | _(52) | _(90) | _(128) | _(166) | _(204) | _(242) | _(280) | _(318) | _(356) | _(394) | _(432) | _(470) |
| $25,000,000 Key Man Policy(1) | _(15) | _(53) | _(91) | _(129) | _(167) | _(205) | _(243) | _(281) | _(319) | _(357) | _(395) | _(433) | _(471) |
| $25,000,000 Key Man Policy | _(16) | _(54) | _(92) | _(130) | _(168) | _(206) | _(244) | _(282) | _(320) | _(358) | _(396) | _(434) | _(472) |
| $500 check(1) | _(17) | _(55) | _(93) | _(131) | _(169) | _(207) | _(245) | _(283) | _(321) | _(359) | _(397) | _(435) | _(473) |
| $500 check | _(18) | _(56) | _(94) | _(132) | _(170) | _(208) | _(246) | _(284) | _(322) | _(360) | _(398) | _(436) | _(474) |
| [Fwd,_Fred_Penn Mutual Contracting – Associates of Clifton Park]] | _(19) | _(57) | _(95) | _(133) | _(171) | _(209) | _(247) | _(285) | _(323) | _(361) | _(399) | _(437) | _(475) |
| [Fwd_Associates of Clifton Park -Ins Agy] | _(20) | _(58) | _(96) | _(134) | _(172) | _(210) | _(248) | _(286) | _(324) | _(362) | _(400) | _(438) | _(476) |
| [Fwd,_Cramer Illustration]] | _(21) | _(59) | _(97) | _(135) | _(173) | _(211) | _(249) | _(287) | _(325) | _(363) | _(401) | _(439) | _(477) |
| [Fwd,_Frank Musseman] - 9209753] | _(22) | _(60) | _(98) | _(136) | _(174) | _(212) | _(250) | _(288) | _(326) | _(364) | _(402) | _(440) | _(478) |
| [Fwd,_Jamie Docster - CT License] | _(23) | _(61) | _(99) | _(137) | _(175) | _(213) | _(251) | _(289) | _(327) | _(365) | _(403) | _(441) | _(479) |
| [Fwd,_Gerald Sher - Welfare Benefit Policy #JJ7046699](1) | _(24) | _(62) | _(100) | _(138) | _(176) | _(214) | _(252) | _(290) | _(328) | _(366) | _(404) | _(442) | _(480) |
| [Fwd,_Gerald Sher - Welfare Benefit Policy #JJ7046699] | _(25) | _(63) | _(101) | _(139) | _(177) | _(215) | _(253) | _(291) | _(329) | _(367) | _(405) | _(443) | _(481) |
| [Fwd_Lola Rosenthal JJ7105597] | _(26) | _(64) | _(102) | _(140) | _(178) | _(216) | _(254) | _(292) | _(330) | _(368) | _(406) | _(444) | _(482) |
| [Fwd_Lola Rosenthal] | _(27) | _(65) | _(103) | _(141) | _(179) | _(217) | _(255) | _(293) | _(331) | _(369) | _(407) | _(445) | _(483) |
| [Fwd_M Pollock] | _(28) | _(66) | _(104) | _(142) | _(180) | _(218) | _(256) | _(294) | _(332) | _(370) | _(408) | _(446) | _(484) |
| [Fwd_OBrian, Edward] | _(29) | _(67) | _(105) | _(143) | _(181) | _(219) | _(257) | _(295) | _(333) | _(371) | _(409) | _(447) | _(485) |
| [Fwd_Pollock App - Need Signatures] | _(30) | _(68) | _(106) | _(144) | _(182) | _(220) | _(258) | _(296) | _(334) | _(372) | _(410) | _(448) | _(486) |
| [Fwd_Pollock, Melvine - Need Signature] | _(31) | _(69) | _(107) | _(145) | _(183) | _(221) | _(259) | _(297) | _(335) | _(373) | _(411) | _(449) | _(487) |
| [Fwd_RE_[Fwd_Frank and Helen Musseman]] | _(32) | _(70) | _(108) | _(146) | _(184) | _(222) | _(260) | _(298) | _(336) | _(374) | _(412) | _(450) | _(488) |
| [Fwd_RE_[Fwd,_RE_[Fwd,_Frank and Helen Musseman]]]] | _(33) | _(71) | _(109) | _(147) | _(185) | _(223) | _(261) | _(299) | _(337) | _(375) | _(413) | _(451) | _(489) |
| [Fwd_RE_9209746 & 9209753 – Musseman] | _(34) | _(72) | _(110) | _(148) | _(186) | _(224) | _(262) | _(300) | _(338) | _(376) | _(414) | _(452) | _(490) |
| [Fwd_RE_Cramer Illustration] | _(35) | _(73) | _(111) | _(149) | _(187) | _(225) | _(263) | _(301) | _(339) | _(377) | _(415) | _(453) | _(491) |
| [Fwd_RE_Gurgis, Vivian] | _(36) | _(74) | _(112) | _(150) | _(188) | _(226) | _(264) | _(302) | _(340) | _(378) | _(416) | _(454) | _(492) |
| [Fwd_RE_Lambert](1) | _(37) | _(75) | _(113) | _(151) | _(189) | _(227) | _(265) | _(303) | _(341) | _(379) | _(417) | _(455) | _(493) |
| [Fwd_RE_Lambert] | _(38) | _(76) | _(114) | _(152) | _(190) | _(228) | _(266) | _(304) | _(342) | _(380) | _(418) | _(456) | _(494) |
| _(1) | _(39) | _(77) | _(115) | _(153) | _(191) | _(229) | _(267) | _(305) | _(343) | _(381) | _(419) | _(457) | _(495) |
| _(2) | _(40) | _(78) | _(116) | _(154) | _(192) | _(230) | _(268) | _(306) | _(344) | _(382) | _(420) | _(458) | _(496) |
| _(3) | _(41) | _(79) | _(117) | _(155) | _(193) | _(231) | _(269) | _(307) | _(345) | _(383) | _(421) | _(459) | _(497) |
| _(4) | _(42) | _(80) | _(118) | _(156) | _(194) | _(232) | _(270) | _(308) | _(346) | _(384) | _(422) | _(460) | _(498) |
| _(5) | _(43) | _(81) | _(119) | _(157) | _(195) | _(233) | _(271) | _(309) | _(347) | _(385) | _(423) | _(461) | _(499) |
| _(6) | _(44) | _(82) | _(120) | _(158) | _(196) | _(234) | _(272) | _(310) | _(348) | _(386) | _(424) | _(462) | _(500) |
| _(7) | _(45) | _(83) | _(121) | _(159) | _(197) | _(235) | _(273) | _(311) | _(349) | _(387) | _(425) | _(463) | _(501) |
| _(8) | _(46) | _(84) | _(122) | _(160) | _(198) | _(236) | _(274) | _(312) | _(350) | _(388) | _(426) | _(464) | _(502) |
| _(9) | _(47) | _(85) | _(123) | _(161) | _(199) | _(237) | _(275) | _(313) | _(351) | _(389) | _(427) | _(465) | _(503) |
| _(10) | _(48) | _(86) | _(124) | _(162) | _(200) | _(238) | _(276) | _(314) | _(352) | _(390) | _(428) | _(466) | _(504) |

Page 4 of 25

Exhibit 8

ata (\\server) (t:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 4 › COT

Search COT

**Column 1**
- 4-2010 Stettlement agreement GMC-COT Folder
- 7-2-2010 Excel of COT letters
- 11-09-09- Settlement COT and GMC
- 2010 & 2011 COT MASTER LIST
- Alton Patton - COT Copy File
- COT
- COT - AVON
- COT -- AVON
- COT 2nd yr. Funding Memo's
- COT 5.6.10
- COT 9.17.07
- COT Brokers
- COT Payments and Info
- COT PRELLE
- COT Pre-review
- COT Procedures
- COT Resonse to paintiffs
- COT Scorecard
- COT-AVON Accounting Reports
- Doug Sanders COT
- Ernest Cotton (Hillcrest)
- Incandela COT
- Insured Prospects COT 2009
- LFG Changes - COT
- LFG COT
- Mark Salesman COT
- Penn Mutual v COT Matinez and Bursey
- Penn v COT-Bursey-Waesche
- PennMutual-COT
- Vito Espaeo COT & Non-med (Ed Waesche)
- 1.6.10 GMC DE WIRE TO COT (R. Waldman)
- 1.13.10 GMC DE WIRE TO COT-2009 (J. Christman)
- 1.29.10 AVON WIRE TO COT (Luciani)
- 1.29.10 GMC DE WIRE TO COT (Paulsrud)
- 1-6-2011 Changed to quaterly COT LFG
- 1st & Last - COT 2009
- 1st & Last pages - COT 2009
- 4.5.10  GMC DE WIRE TO COT (R. Waldman)

**Column 2**
- 4.23.10  GMC DE WIRE TO COT (Paulsrud)
- 5-4-2009 COT-Beneficial Interest
- 7-2-2009 JR Draft COT Benefits letter-Spencer
- 7-23-2008 Settlement Release for COT Death
- 7-28-2009 Ed Waesche broker listRE COT Letter
- 8 4 2009 COT letter to LFG
- 8- 4- 2009 COT letter to LFG
- 8-4-2005 RE COT Calls
- 8-17-2009 RE COT Letters
- 8-31-2010 excel of COT letters and ret receipts
- 9-4-13 FW COT email and Letter to LFG-2009
- 12.31.09  Balanced Ridgewood & COT  BIBLE
- 12.31.09 Balanced Ridgewood & COT email Dan - BIBLE
- 12.31.09 Balanced Ridgewood & COT email Dan -
- 2012 COT ALL PAY (as of 5.31.12)
- 9024-2009 Alton Patton declined COT Letters Batch 2
- Admin Kit Section 8 Page - COT
- Advantages of the COT 10.22.07
- AIT-COTANALYSIS (ALPHA)
- AIT-COTANALYSIS (ALPHA)
- AIT-COT09 ANALYSIS (ALPHA)
- AIT-COT09 ANALYSIS (ALPHA)00lowry
- AIT-COT09 ANALYSIS (ALPHA)00lowry
- AIT-COT09 ANALYSIS (ALPHA)00lowry
- AIT-COT09 ANALYSIS @ GMC Notes (EFF DT)
- AIT-COT09 ANALYSIS @ GMC Notes (EFF DT)
- AIT-COT09 ANALYSIS @ GMC Notes
- AIT-COT09 ANALYSIS @ GMC Notes
- AIT-COT09 EFF DT ANALYSIS
- AIT-COT09 EFF DT ANALYSIS
- AI Auchstetter - COT 09 Bene Form
- American National PNC COT form
- Analysis for all COT & AIT Policies (eff dt)
- Analysis for all COT-AIT Policies
- Analysis of COT and Nova TD bank accounts Inforamtion Subpoena
- Annunziata COT Informal Inquiry
- Application_Earnest Cotton_LSW

**Column 3**
- Arterburn, Ben - 1.14.11 COT Letter
- Arterburn, Ben - COT Enrollment
- Arthur Bean - COT09 Bene Form
- Auchstetter, Alvin - COT 2009
- Aug & Sept 2012 Q Prem Due - COT
- Authorization to Obtain and Release Info COT
- AVON COT HOUSE OWNED
- Baker, Charles - COT Enrollment docs
- Bank Funding List 3% - COT 2008
- Barbara Wisda COT HIPPA
- Bean, Arthur - COT 2009
- Bean, Arthur - COT 3-11-2008
- Bean, Arthur - COT Auths
- Benefit FUNDING Package (COT)
- Bennet, James - COT Funding Package 1 of 2
- Bennet, James - COT Funding Package 2 of 2
- Bennett, James - COT Term Letter
- Biernaier COT Enrollment Docs
- Bolton - COT09 Bene Form
- Bolton Tax & Bookkeeping COT Enrollment Docs
- Bolton, Bobby COT DA & CA
- Bolton, Bobby (partial) - COT 2009
- Briar Creek Farm (7369) - COT ABC docs
- Cargill, Bobby - COT Docs
- check request for Nantucket Cottage Hosp
- Chilcoat, Jeanette - COT D, A & CA
- Chilcoat, Jeanette - COT Enrollment Docs.
- Chilcoat, William - COT D,A & CA
- Chilcoat, William - COT Enrollment Docs.
- Christman, James (partial) - COT 2009
- Clean copy of COT Carpenter Motion to Unseal Affidavit 4-27-2012
- Clean Copy of COT Motion to Unseal Affidavit 4-25-2012 (accepted)
- Clean Copy of COT Motion to Unseal Affidavit 4-25-2012 (redlined)
- Clinard, Marlene - COT 2009
- Clinard, Marlene - COT Auths
- Collins COT Docs
- Copy of Copy of Copy of COT (Prelle) 7-24-2008
- Copy of Copy of Copy of COT (Prelle) 7-14-2008
- Copy of Copy of Copy of COT (Prelle) 7-24-2008

**Column 4**
- Copy of Copy of COT (Prelle) 1-8-09
- Copy of Copy of COT (Prelle) 6 24 2008
- Copy of Copy of COT (Prelle) 6-24-08 GUY COM
- Copy of Copy of COT (Prelle) 7 1 2008
- Copy of Copy of COT (Prelle) 7 7 2008
- Copy of Copy of COT (Prelle) 10-7-2008
- Copy of Copy of COT 2-15-2008
- Copy of Copy of COT 2-22-2008
- Copy of Copy of COT 2-26-2008
- Copy of Copy of COT 2-29-2008
- Copy of Copy of COT 3 11-2008
- Copy of Copy of COT 3-27-08
- Copy of Copy of COT 3-27-2008
- Copy of Copy of COT 4-10-08
- Copy of Copy of COT 4-28-08
- Copy of Copy of COT 5-8-08
- Copy of Copy of COT 6-5-08
- Copy of Copy of COT 6-13-08
- Copy of COT (Prelle) 6 17 2008
- Copy of COT (Prelle) 6 24 2008
- Copy of COT (Prelle) 7.1.2008
- Copy of COT (warren response) 6 17 2008
- Copy of COT Address List
- Copy of COT Annual Master List - 2012(Unpaid-dt)
- Copy of COT Spreadsheet Sep 10
- Copy of COT Spreadsheet Sep 10
- Copy of COT-AVON Life Asset Spreadsheet (guy erik)
- Copy of COT-AVON Life Asset Spreadsheet (guy Jenny)
- Copy of Updated Payments Balanced Ridgewood  COT 12 31 10  BIBLE
- Corp Resolution re COT COO to GMC
- COT - 12 Reasons
- COT - AVON
- COT - Bailey, M - LFG (562) Premium Notice
- COT - BI - AIT Accting TOTALS 5-19-09
- COT - LO - LT Letter 7.31.2009
- COT - TD Bank May 2009 - June 2010[1]
- COT & '09 9.13.13 REQ FOR FUN DOCS (im-no fun 5.22.17)
- COT & '09 9.13.13 REQ FOR FUN DOCS
- COT 1 18 2008

**Column 5**
- COT 1 28 2008
- COT 1.18.2008
- COT 1.28.2008
- COT 4.5.11 Request - cot active
- COT 4.5.11 Request - Pend XPO
- COT 4.5.11 Request
- COT 4.5.11 Request-LFG12
- COT 4.5.11 Request-LIT
- COT 4.5.11 Request-Pend XPO
- COT 5.19.11 9(for dec)
- COT 5.19.11
- COT 6.17.10 ret receipts
- COT 7.2.10 ret receipts
- COT 7.2.10 ret receipts.xls
- COT 7.6.10 Termination Labels
- COT 7.6.10 Termination Letters
- COT 8.11.09
- COT 24 (AS OF 4.23.12)
- COT 24 as of 6.14.12
- COT 24 as of 8.20.12
- COT 24 as of 8.20.12 with$
- COT 24 as of 12 31 12
- COT 24 as of 12.31.12
- COT 2009 (Most recent pay bac
- COT 2009 (Most recent pay bac
- COT 2009 (Most recent pay to l
- COT 2009 (Most recent pay to N
- COT 2009 (Q Pay December '11
- COT 2009 24 months
- COT 2009 dec 10.26.10
- COT 2011 DEC 1.13.11
- COT ACTIVE (ONLY) 7.15.11
- COT ACTIVE INFORCE ILLUS RE
- COT Activity Summary to 12.31
- COT ADDR REQ 7.17.15
- COT ADDRESS 5.6.10
- COT Agreement Spencer not ta
- COT AIT Financial Details

**Exhibit 8**



**Exhibit 8**

ta (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 6 › Five Star

| | |
|---|---|
| Five Star | Scanning Labeling Procedure for Rex and Five Star |
| Five Star Agent Splits | TPG Letter Agreement (Penn Mutual) w Five Star 3.28.06 |
| Five Star Comp | TPG, FIVE STAR, PayItForward Agreement |
| Five Star Forms | |
| Five Star Termed | |
| Insured Prospects - Five Star | |

Compensation Agreement Between Five Star Financial Consulting
Copy of Rex Pending Policy Status 6-19-07 Five Star
Five Star 3-18-07 P. Carter
Five Star APS Fax Request
Five Star AXA IGT Charitable
Five Star Cases 3-31-06
FIVE STAR CLIENT WORKSHEET
Five Star Financial - Application Processing (update 5-5-06)
Five Star Financial - Application Processing w Target
Five Star Informal Inquiry (version 8 28 06)
Five Star Informal Inquiry (version 8.28.06)
Five Star Informal Inquiry (version 10.11.06)
Five Star Informal Inquiry (version 10.11.06)
Five Star Informal Inquiry (version 20061207)
Five Star Informal Inquiry _version 8.28.06_
Five Star Pay 4-20-07
Five Star Pay 4-26-07
Five Star Pay 5-24-07
Five Star Pay 6-5-07
Five Star Pay 6-19-07
FIVE STAR Payout 4-26-07
Five Star PEARS PREMIER PP 9 24 07
Five Star PennMutual 8.22.07  Status
Five Star Rexisinc Log Ons
FIVE START TPG AGREEMENT (PENN, F&G)
Gwyer, John R. - Five Star Accounting
M.Millen (Five Star Autho)
Maroszek Dwayne - Five Star Informal
R.Raffert (Five Star Autho)
Rex Five Star Comp (Paul Carter 3.8 to 3.18)
Rex Invoice PM 3-18-07 - Five StarIncandela
Rex Pending Policy Status 6-19-07 Five Star
Rex Status  Five Star 6.12. 07

**Exhibit 8**

)Data (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 7 › GNeumann › gneumann

- Adobe
- bitpim
- Bluetooth
- Carryover's
- Copy of Bluetooth
- Copy of My eBooks
- Copy of My Received Files
- Desk Top
- DeskTop
- EMAIL ARCHIVE PRE08
- Favorites
- filelib
- My Archives
- My Documents
- My eBooks
- My Google Gadgets
- My Received Files
- New Folder (2)
- NEW LAPTOP
- Radi-Yo - Live Internet Radio - Listen Broadband_files
- SHAUN
- 1.419-1t Regulation
- 1
- 2.cl5
- 3.cl5
- 301.6708-1T
- 419 Final Regs w Summary
- 2005 Summary Annual Report Letter
- A G R E E M E N T3 (revised 7-24-08)
- AGENDA3
- App Reply Brief (P0029990) revised
- archadi iduchin.cl5
- Aria envelope
- AXA Notice and Consent WI
- BENISTAR 419 Legal Opinion - 1998
- BPA TIPAA
- BPA3
- CA Life app
- Charter oak rates&chart 12-13

- Charter Oak Trust Client Package(C)-Prell
- ChatLog Grist Mill Trust Webinar 2009_08_12 13_46
- ChatLog Grist Mill Trust Webinar 2009_08_19 13_59
- Copy of Copy of COT (Prelle) 6-24-08 GUY COM
- Copy of Inventory
- Corbel Defined Benefit Checklist
- Credit Swiss Approved Carriers
- Dave Scott
- Default
- desktop
- Doc1
- Dunhill
- E & A Grist Mill Opinion 95-34
- eFax Compose Fax 3.4
- eFax Messenger 3.4
- Elderly women arrested in insurance fraud case
- Eugene Mercy Jr. Pac Life Producer Questioner
- F&G Vegas 50 Year PNS
- Fall Order 2008 Mariel WH
- Finance Documents - EXAMPLE FOR BROKERS
- Gary Tharp (Carryover 1.3M DB)
- Girard
- GMT Living Benefits Trust Points
- GMT Net Gain Split Dollar Memo
- Greg Thelen (Carryover 1M UC)
- Grist Mill PowerPoint 11-17-2004
- Hartford Comp Letter
- Hooman Prefered Smoker F&G Life One
- Howard Sargeant Financial Statement
- IM000619
- Increase Scrutiny for Tax Shelters
- Interest Rates (Blended and Adjusted)
- Jean-Mark Bur 5mil DB
- Jefferson Enrollment Package (Sep 21 06)
- Jenny & Guy
- lance letter
- Letter to Kathy Wass per Premium Financing (Guy Revised)
- Mass Presentation
- Mr & Mrs Valued Client JPF Duet 300 Plus $20MM dB 10py

- Mr & Mrs Valued Client JPF Duet 300 Plus $20MM dB 20py GMT Carryover
- Mr & Mrs Valued Client JPF Duet 300 Plus $20MM dB 20py
- Mr. Ackerman (Life One 500K)
- Mr. Ackerman (Life One 750K)
- My card 1
- My Sharing Folders (gneumann v1)
- My Sharing Folders (gneumann v2)
- My Sharing Folders
- Neonatology
- NOVA Living Benefits Trust rev. 1.03.2007
- Radi-Yo - Live Internet Radio - Listen Broadband
- Richard S(Life One 500k DB)
- ROBCO LTC Refund Check
- Robert Smith
- rtf_delivery
- Shortcut to gneumann's Documents
- Shortcut to My Pictures
- Simpson Hartord
- Spirit Flow Chart (rev)
- tax_law_informer_summer_2004
- To Whom It May Concern
- Tom Gibb
- Valued Client (Age 53 Carryover 4MM)
- Valued Client (Carryover 4.5MM)
- Valued Client (Carryover 48 Male $5M)
- Valued Client (Carryover 50K 1M DB)
- Valued Client (Carryover 68 $8.03 M Tony)
- Valued Client Cice (50 7MM DB)
- Wagner (Carryover $6.8MM DB)
- Why GMT is not Listed Transaction (Dec 9, 2005)
- Witter Letter March 30
- Yaron

f 25

**Exhibit 8**

sta (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 8 › Lincoln

Search Lincoln

| | | | | |
|---|---|---|---|---|
| - - BXMA Member Detail Reports I - Jan2014 | #8 Patsy Cramer COT info(3) | (secure) 000584563 | (SECURE) JJ7034966 | [18] disc |
| - - BXMA Member Detail Reports II - Jan2014 | #8 Patsy Cramer COT info | (secure) 000587569 | (secure) NETWOLVES1_NetWolves Network Services, LLC NETWOLVES1_1130192540(1) | [21] disc |
| - - BXMA Member Detail Reports III - Jan2014 | #30 | (secure) 000670203 & 000670201 | (secure) NETWOLVES1_NetWolves Network Services, LLC NETWOLVES1_1130192540 | [21] disc |
| - - BXMA Member Detail Reports(1) | #350476-01 billing dates for 2013 | (secure) 000674517 | (secure) Policy document | [21] disc |
| - - BXMA Member Detail Reports(2) | #8206685 - Charles Smith | (secure) 000676633(1) | (secure) Swan 2719190 | [21] disc |
| - - BXMA Member Detail Reports | #8230919 - Hubert, David | (secure) 000676633 | (secure) Swan 2720621 | [21] disc |
| - BXM - Weekly eligibility report(1) | $$$$ | (secure) 000692780 | (secure) Swan 2720685 | [23] disc |
| - BXM - Weekly Eligibility Report(2) | $1mm male age 60 preferred and super preferred(1) | (secure) 000692781 | (secure) Your Illustration Requests | [23] new |
| - BXM - weekly eligibility report | $1mm male age 60 preferred and super preferred | (secure) 000692782 | (secure) | [26] disc |
| - Monthly BXMA Member Extract Reports - March 2014 #1 | $9 & up -- NY Mets Games incl. Memorial Day Weekend | (secure) 000696908 | (secure)RE_ NETWOLVES1_NetWolves Network Services, LLC _oma_53671_ | [26] disc |
| - Monthly Member Extract Reports 2680, JT9A, A9VA, & F4BA - as of 03.01.2014 | $10 off Movie and Popcorn(1) | (secure) 000696909 | (secyre) | [28] disc |
| - Monthly Member Extract Reports 5123, 4177, 5412, & 7680 - as of 03.01.2014 | $10 off Movie and Popcorn | (secure) 000738628 | .pdf(1) | [28] disc |
| - Monthly Member Extract Reports 6599, SXVA, 4268 - as of 03.01.2014 | $14.95 Courses - Sale on Favorite Subjects - Ends Midnight Tomorrow | (secure) 000812961 | .pdf | [41] disc |
| - Monthly Member Extract Reports F34A, 5245, KDUA, A48A, JSAA, A4LA - as of 03 | $15 or 20% Coupon - Pick Your Fall Savings - 1 Day Only | (secure) 000842365 | .BXM | [41] disc |
| - Monthly Member Extract Reports KKRA, 2995, 4283, 4281, 5082, 4298 - as of 03 | $19 off Basketball Hall of Fame Visit | (secure) 000842037 & 000842038 | [1] comment and [25] jobs on LinkedIn | [41] disc |
| #1 SPIA Income(1) | $25k | (secure) 000842038 | [2] discussions and [25] jobs on LinkedIn | [47] disc |
| #1 SPIA Income(2) | $30 Billion in lost annuity sales - Why_(1) | (secure) 000842039(1) | [3] new discussions and [1] new job on LinkedIn(1) | [47] disc |
| #1 SPIA Income(3) | $30 Billion in lost annuity sales - Why_(2) | (secure) 000842039 | [3] new discussions and [16] jobs on LinkedIn | [47] disc |
| #1 SPIA Income(4) | $30 Billion in lost annuity sales - Why_(3) | (secure) 00847441 | [3] new discussions and [1] new job on LinkedIn | [47] disc |
| #1 SPIA Income(5) | $30 Billion in lost annuity sales - Why_ | (secure) 00847442 | [4] new discussions, [4] new comments and [1] new job on LinkedIn | [82] disc |
| #1 SPIA Income(6) | $59 Fares Around the U.S. (each way) _ This Week's Top 20 | (secure) 00847443 | [8] discussions and [19] jobs on LinkedIn | [93] disc |
| #1 SPIA Income(7) | $60.6MM Longhorn Pool | (secure) 2047230 | [9] discussions and [18] new jobs on LinkedIn(1) | [93] disc |
| #1 SPIA Income(8) | $81 off Acupuncture Treatments | (secure) 2102303 | [9] new discussions and [18] new jobs on LinkedIn | [93] disc |
| #1 SPIA Income | $129 Bahamas' Atlantis Deal _ This Week's Top 20 | (secure) 2719190 | [10] new discussions and [9] new jobs on LinkedIn(1) | [98] disc |
| #4 Pollock - COT info(1) | $144 off Portrait Packages | (secure) 2720067 | [10] new discussions and [9] new jobs on LinkedIn | [98] disc |
| #4 Pollock - COT info(2) | $249.4MM New Age Portfolio | (Secure) 506033272(1) | [12] discussions, [1] comment and [18] jobs on LinkedIn | [98] disc |
| #4 Pollock - COT info(3) | (Encrypted) SCBT | (Secure) 506033272 | [12] new discussions, [1] new comment and [7] new jobs on LinkedIn(1) | [Agents] |
| #4 Pollock - COT info | (Follow Up - Zoland Grace Notice) Re_ Policies repurchased by Avon(1) | (secure) 536000613 | [12] new discussions, [1] new comment and [7] new jobs on LinkedIn | [Agents] |
| #6 Bobbie Bolton - COT info(1) | (Follow Up - Zoland Grace Notice) Re_ Policies repurchased by Avon | (secure) 536100135 & 546102667 | [12_04_2013] Nomination Needs Your Acceptance(1) | [Agents] |
| #6 Bobbie Bolton - COT info(2) | (secure) 000173322A | (secure) 546009985 | [12_04_2013] Nomination Needs Your Acceptance | [DELETED |
| #6 Bobbie Bolton - COT info(3) | (secure) 000188497A | (secure) 612002348 | [13] discussions and [15] jobs on LinkedIn | [DELETED |
| #6 Bobbie Bolton - COT info | (secure) 000522946 | (secure) 659002604 | [15] discussions, [7] new comments and [15] new jobs on LinkedIn(1) | [Duct Tap |
| #7 Arthur Bean COT info(1) | (secure) 000532736 | (secure) 659014357(1) | [15] new discussions, [7] new comments and [15] new jobs on LinkedIn | [eNewsle |
| #7 Arthur Bean COT info(2) | (secure) 000534068(1) | (secure) 659014357 | [16] new discussions and [10] new jobs on LinkedIn(1) | [eNewsle |
| #7 Arthur Bean COT info(3) | (secure) 000534068 | (Secure) Illustration for #506058091 | [16] new discussions and [10] new jobs on LinkedIn | [eNewsle |
| #7 Arthur Bean COT info | (secure) 000534883 & 000534884 | (Secure) Illustration for #536000613 | [17] discussions and [14] jobs on LinkedIn | [eNewsle |
| #8 Patsy Cramer COT info(1) | (secure) 000556277 | (SECURE) ILLUSTRATION REQUEST- LFG | [17] discussions, [6] comments and [13] jobs on LinkedIn | [eNewsle |
| #8 Patsy Cramer COT info(2) | (secure) 000582698 | (SECURE) JF5573516 | [17] discussions, [6] comments and [13] jobs on LinkedIn | [eNewsle |

**Exhibit 8**

ta (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 9 › Loeb

| Name | Date modified | Type | Size |
|---|---|---|---|
| 5-11-2011 Loeb Update on 2 pending Actios NY and CT Courts | 9/6/2021 2:33 PM | File folder | |
| Loeb and Loeb Settlement | 9/6/2021 2:34 PM | File folder | |
| Loeb attys for universitas | 9/6/2021 2:34 PM | File folder | |
| 1_29_10 Letter to J. Robinson from Loeb | 2/1/2010 12:16 PM | Adobe Acrobat Document | |
| 2-19-2010 Letter from Jacj to LOEB | 2/19/2010 5:09 PM | Adobe Acrobat Document | |
| 9-21-2009 letter from Loeb to Jack and revised claim | 9/22/2009 9:31 AM | Adobe Acrobat Document | |
| 9-22-2009 jacks reply to Loeb | 9/22/2009 12:11 PM | Adobe Acrobat Document | |
| 11-15-2010 Loeb Letter to Arbitrator Altieri re Bursey Affidavit | 11/15/2010 12:13 PM | Adobe Acrobat Document | |
| 11-26-2010 Loeb Subpoena for TDBank to produce Documents | 11/26/2010 12:37 PM | Adobe Acrobat Document | |

**Exhibit 8**

ta (\\server) (t:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 10 › Management Trust

Search Management Trust

📁 Pritchard Management Trust Docs

📄 Abelove Management Trust #2007-1 (RCBI)
📄 Abelove Management Trust #2007-1, MCC (MetLife, Ownership & Bene Change)
📄 Abelove Management Trust #2007-1
📄 Abelove Management Trust (MetLife, pol info)
📄 Abelove Management Trust 2007-1
📄 Abelove Management Trust MCC (MetLife, ann statement)
📄 Abelove Management Trust, MCC (MetLife, prem notice)
📄 Abelove Management Trust, MCC (MetLife, privacy notice)
📄 Advani Management Trust #2007-1 (CBI-MCC) RCBI
📄 Advani Management Trust #2007-1 (EIN)
📄 Advani Management Trust #2007-1 (Lincoln, ann statement)
📄 Advani Management Trust #2007-1 (Lincoln, prem notice)
📄 Advani Management Trust #2007-1
📄 Advani Management Trust MCC (Lincoln, ch owner, bene)
📄 Ahern Management Trust #2007-1 (EIN)
📄 Ahern Management Trust #2007-1 (RCBI)
📄 Ahern Management Trust #2007-1 (Transam, prem notice)
📄 Ahern Management Trust #2007-1 MCC (Transam, pol statement)
📄 Ahern Management Trust #2007-1, MCC (Trans, Transfer of Ownership)
📄 Ahern Management Trust #2007-1
📄 Ahern Management Trust #2007-2 (EIN)
📄 Ahern Management Trust #2007-2 (Pac Life, pol info)
📄 Ahern Management Trust #2007-2 (Pac Life, prem notice)
📄 Ahern Management Trust #2007-2 (RCBI)
📄 Ahern Management Trust #2007-2, MCC (Pac, Change of Ownership, Bene, and Payor)
📄 Ahern Management Trust #2007-2
📄 Akopyan Management Trust #2007-1 (RCBI)
📄 Akopyan Management Trust #2007-1
📄 Albert Management Trust #2007-1 (RCBI)
📄 Albert Management Trust #2007-1 (Transamer, prem notice)
📄 Albert Management Trust #2007-1 (Transamer, prem notice
📄 Albert Management Trust #2007-1 (Transamer, trans owner)
📄 Albert Management Trust #2007-1
📄 Allen Management Trust # 2008-2, XER ( ING Policy Values Statement )
📄 Allen Management Trust # 2008-1, XER ( Lincoln Benefit Life Policy Summary)
📄 Allen Management Trust # 2008-1, XER ( Lincoln Benefit Life  Payment Receipt)
📄 Allen Management Trust # 2008-1, XER ( Lincoln Benefit Life Premium Receipt Notice)

📄 Allen Management Trust # 2008-1, XER ( Lincoln Benefit Life Confirmation of Payment received)
📄 Allen Management Trust # 2008-1, XER (Lincoln Benefit Life Notice of Payment Due)
📄 Allen Management Trust # 2008-1, XER (Lncoln Benefit Life Notice of Payment Due)
📄 Allen Management Trust # 2008-2, XER (ING Ownership Change)
📄 Allen Management Trust # 2008-2, XER (ING Premium Notice)
📄 Allen Management Trust # 2008-3, XER ( ING Ownership Change)
📄 Allen Management Trust #2007-1
📄 Allen Management Trust #2008-1 MCC (Lincoln, ch bene)
📄 Allen Management Trust #2008-1 MCC (Lincoln, ch of add for owner)
📄 Allen Management Trust #2008-1 MCC (Lincoln, coll assign)
📄 Allen Management Trust #2008-1 MCC Lincoln (ch of add for bene)
📄 Allen Management Trust #2008-1 MCC Lincon (ch of add for owner)
📄 Allen Management Trust #2008-1, MCC (Lincoln Benefit,  Additional Payment Receipt)
📄 Allen Management Trust #2008-1, MCC (Lincoln Benefit,  Policy Information)
📄 Allen Management Trust #2008-1, MCC (Lincoln Benefit, Additional Payment Receipt)
📄 Allen Management Trust #2008-1, MCC (Lincoln Benefit, Amendatory Endorsement)
📄 Allen Management Trust #2008-1, MCC (Lincoln, ch owner)
📄 Allen Management Trust #2008-2 MCC (ING, rel of assign)
📄 Allen Management Trust #2008-2 MCC (ING, title change)
📄 Allen Management Trust #2008-3 MCC (ING, title change)
📄 Allen Management Trust #2008-3, XER (ING Premium Notice)
📄 Allen Management Trust 2007-1
📄 Amende Graham Management Trust #2007-1 (EIN)
📄 Amende Graham Management Trust #2007-1 (Lincoln, ch owner, payor, bene)
📄 Amende Graham Management Trust #2007-1 (Lincoln, rel of assign)
📄 Amende Graham Management Trust #2007-2 (EIN)
📄 Amende Graham Management Trust #2007-2 (Lincoln, ch add for bene)
📄 Amende Graham Management Trust #2007-2 (Lincoln, ch add for owner)
📄 Amende Graham Management Trust #2007-2 (Lincoln, ch address for owner)
📄 Amende Graham Management Trust #2007-2 (Lincoln, ch address)
📄 Amende Graham Management Trust #2007-2 (Lincoln, ch bene)
📄 Amende Graham Management Trust #2007-2 (Lincoln, payment receipt)
📄 Amende Graham Management Trust (collateral assign)
📄 Amende-Graham Management Trust #2007-1 (Fully Executed)
📄 Amende-Graham Management Trust #2007-1 (Lincoln, life settl letter)
📄 Amende-Graham Management Trust #2007-1 (RCBI)
📄 Amende-Graham Management Trust #2007-1, MCC (Lincoln, Change Owner Bene)

📄 Amende-Graham Management Trust #2007-2 (Fully Executed)
📄 Amende-Graham Management Trust #2007-2 (RCBI)
📄 Amende-Graham Management Trust #2007-2, MCC (Lincoln, prem receipt)
📄 Amende-Graham Management Trust 2007-1 (EIN)
📄 Amende-Graham Management Trust 2007-2 (EIN)
📄 Amende-Graham Management Trust, MCC (Lincoln, ch owner)
📄 Anthony Management Trust #2007-1 (AXA Equit, ch owner, bene)
📄 Anthony Management Trust #2007-1 (Cert of Trust)
📄 Anthony Management Trust #2007-1 (fully executed)
📄 Anthony Management Trust #2007-1 (RCBI)
📄 Anthony Management Trust #2007-2 (AXA Equit, ch owner, bene)
📄 Anthony Management Trust #2007-2 (Cert of Trust)
📄 Anthony Management Trust #2007-2 (fully executed)
📄 Anthony Management Trust #2007-2 (RCBI)
📄 Anthony Management Trust (AXA Equit, new address)
📄 Anthony Management Trust MCC (AXA Equit, ver of cov, client illus)
📄 Anthony Management Trust MCC (AXA Equit, ver of cov, illus)
📄 ANtohny Management Trust #2007-1 MCC (AXA EQUIT, ch owner, bene)
📄 Ashton Management Trust # 2007-1, MCC ( Transamerica Ownership Change)
📄 Ashton Management Trust # 2007-1, MCC ( Transamerica Premium Due Notice)
📄 Ashton Management Trust # 2007-1, MCC ( Transamerica premium reminder notice)
📄 Ashton Management Trust # 2007-1, MCC ( Transamerica Statement of Policy Value)
📄 Ashton Management Trust #2007-1 (EIN)
📄 Ashton Management Trust #2007-1 (Transam, pol statement)
📄 Ashton Management Trust #2007-1 (Transamer, prem notice)
📄 Ashton Management Trust #2007-1, Certificate of Beneficial Interest (Cancelled)
📄 Ashton Management Trust #2007-1, Certificate of Beneficial Interest
📄 Ashton Management Trust #2007-1, MCC (Trans, Premium Notice)
📄 Ashton Management Trust #2007-1, MCC (Trans, Statement of Policy Value)
📄 Ashton Management Trust #2007-1
📄 Ashton Management Trust #2007-2 (EIN)
📄 Ashton Management Trust #2007-2 (RCBI)
📄 Ashton Management Trust #2007-2 (Transam, pol statement)
📄 Ashton Management Trust #2007-2 (Transamer, prem notice)
📄 Ashton Management Trust #2007-2 MCC (Transam, ch owner)
📄 Ashton Management Trust #2007-2
📄 Ashton Management Trust #2007-3 (EIN)
📄 Ashton Management Trust #2007-3 (RCBI)

📄 Ashton Management Trus
📄 Ashton Management Trus
📄 Ashton Management Trus
📄 Ashton Management Trus
📄 Ashton Management Trus
📄 Ashton Management Trus
📄 Ashton Management Trus
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru
📄 Atkinson Management Tru

Exhibit 8



**Exhibit 8**

Data (\\server) (I:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 13  >  MIDAS Trusts

Search MIDAS Trusts

- All DE certs with filing number
- All Filed Certs Pre Filing Number
- All Filed Certs Pre Filing Number
- All Trust Docs
- Business Banking Statements
- Change of Address
- Change owner, bene, and or payor
- Fam Trust Purchase, Pol, etc
- Misc info
- Monthly Spreadsheets
- premium notice and payments
- Rel of assign
- 2007 Life Planning Trust MIDAS (US Bank, pol statement)
- Bandklayder 2008 Ins Trust, Midas (Phoenix, laspe notice)
- Bandklayder 2008 Insurance Trust, Midas (Phoenix change of Ownership confirmation)
- Bandklayder 2008 Insurance Trust, Midas (Phoenix Premium Payment Inquiry form)
- Bandklayder 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Bandklayder 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Bandklayder 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Barbour Management Trust #2008 Midas (Pac, Address Confirmation Notification)
- Barotz 2008 Insurance Trust, Midas ( Pac Life Annual Statement)
- Barotz 2008 Insurance Trust, Midas ( Pac Life Change of Ownership confirmation)
- Barotz 2008 Insurance Trust, Midas (Pac Life Planned Payment Reminder)
- Barotz 2008 Insurance Trust, Midas (Pac Mutual, Proxy Card)
- Barotz 2008 Insurance Trust, Midas (Pac, Confirmation Notification)
- Barotz 2008 Insurance Trust, Midas (Pac, CH of address) 1-2
- Barotz 2008 Insurance Trust, Midas (Pac, CH of address) 2-2
- Barotz 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Belfer # 2008 Insurance Trust, Midas ( US Bank February Statement)
- Belfer # 2008 Insurance Trust, Midas ( USBank Statement)
- Belfer # 2008-2,  Insurance Trust, Midas ( US Bank Statement)
- Belfer 2008 2 Insurance Trust , Midas ( U S Bank Account Statement)
- Belfer 2008 2 Insurance Trust, Midas ( US Bank October Statement)
- Belfer 2008 2 Insurance Trust, Midas ( US Bank  Statement)
- Belfer 2008 2 Insurance Trust, Midas ( US Bank Customer Analysis Statement )
- Belfer 2008 2 Insurance Trust, Midas ( US Bank Customer Analysis Statement)
- Belfer 2008 2 Insurance Trust, Midas (US Bank CustomerAnalysis Statement)
- Belfer 2008 2 Insurance Trust, Midas (US Bank,  Customer Analysis Statement)
- Belfer 2008 2 Insurance Trust, Midas (US Bank, Customer Analysis Statement 03.09)

- Belfer 2008 2 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Belfer 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Belfer 2008 Insurance Trust , Midas ( US Bank August Statement )
- Belfer 2008 Insurance Trust, Midas (US Bank, Customer Analysis Statement) 1
- Belfer 2008 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Belfer 2008-2 Insurance Trust, Midas (US Bank, Business Statement)
- Belfer 2008-2 Insurance Trust, Midas (US Bank, Customer Analysis Statement)
- Belfer Insurance Trust, Midas  ( US Bank Statement)
- Benistar
- Coleman 2008 Insurance Trust MIDAS (US Bank, pol Statement)
- Coleman 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Coleman 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Coleman 2008 Insurance Trust, Midas ( Phoenix  Change of Owner confirmation)
- Copy (2) of Life Planning Insurance Trust, Midas (Lincoln Benefit Annual Statement)
- Copy (3) of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy of Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase  Savings Statement)
- Copy of Life Planning Insurance Trust, Midas (Lincoln Benefit Life Annual Statement)
- Copy of Midas - Estate Planning Trust Information (2)
- Donald Kueltzo Insurance Trust #2005-2, Midas (AXA, Change of Bene)
- Executed MP7 - Beneficiary Notification of Transfer
- Executed MP12 - Purchase and Sale Agreement
- Friedman 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Gardner 2008 Insurance Trust, Midas (AIG, ch owner, bene)
- Gardner 2008 Insurance Trust MIDAS (US Bank, Pol Statement)
- Gardner 2008 Insurance Trust, Midas (AIG, Annual Statement Letter)
- Gardner 2008 Insurance Trust, Midas (AIG, Grace Period Notice)
- Gardner 2008 Insurance Trust, Midas (AIG, Policy Illustration)
- Gardner 2008 Insurance Trust, Midas (AIG, Premium Notice)
- Gardner 2008 Insurance Trust, Midas (US Bank, Business Statement)
- Hidding 2008 Insurance Trust, Midas (BNC National Bank, Confirmation Letter of Enclosed Premium Notice)(Trans, Premium Notice)
- Jimmy C Boley Irrevocable  Life Insurance Trust, MIDAS (Chase, Savings Summary)
- Jimmy C Boley Irrevocable Insurance Trust, Midas ( Chase Account Activity Statement )
- Jimmy C Boley Irrevocable Life Insurance Trust, , Midas ( Chase Savings Statement )
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement)
- Jimmy C Boley Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement Statement)
- Jimmy C Boley Irrevocable Life Insuraqnce Trust , Midas ( Chase Bank Statement)
- Jimmy C Bolley Irrevocable Life Insurance Trust, Midas ( Chase Savings Statement )

- Jimmy C. Boley Irrevocable Life Insurance Trust , Midas ( Chase Savings Summary
- Jimmy C Boley Irrev Life Ins.Trust, Midas ( Chase Savings Summary)
- Kahn 2008 Ins Trust, Midas (Phoenix, lapse notice)
- Kahn 2008 Ins Trust, Midas (USBank, bus statement)
- Kahn 2008 Insurance Trust, Midas ( Phoenix Title Change confirmation)
- Kahn 2008 Insurance Trust, Midas (Phoenix, Lapse Notice)
- Kahn 2008 Insurance Trust, Midas (PHX, Annual Policy Summary
- Kahn 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Kahn 2008 Insurance Trust, MIDAS (US Bank, Business Statement)
- Lefkowitz 2008 Insurance Trust MIDAS (US Bank Statement)
- Lefkowitz 2008 Insurance Trust, Midas ( Phoenix Change of Ownership)
- Lefkowitz 2008 Insurance Trust, Midas (PHX, Annual Policy Summary)
- Lefkowitz 2008 Insurance Trust, Midas (PHX, Premium Notice)
- Lefkowitz 2008 Insurance Trust, MIDAS (US Bank Business Statement)
- Life Insurance Planning Trust, Midas (Beneficial Financial Group, Confirmation of
- Life Insurance Planning Trust, Midas (Lincoln Benefit Group, Second Notice of of Pa
- Life Planning  Insurance Trust MIDAS (Phoenix, prem notice)
- Life Planning 2008 Insurance Trust, MIDAS (Beneficial Financial Group, Confirmat
- Life Planning Ins Trust, Midas (Lincoln, prem receipt)
- Life Planning Ins Trust, Midas (Sun Life, applicable policy)
- Life Planning Ins Trust, Midas (USBank, ch add)
- Life Planning Insurance Trust # 2008, Midas (Lincoln Benefit Life add'l payment re
- Life Planning Insurance Trust # 2008, Midas ( Precyse Solutions 6.03.09 Invoice)
- Life Planning Insurance Trust # 2008,Midas (UCLA Medical records)
- Life Planning Insurance Trust #2008, Midas ( AXA Change of Ownership Confirma
- Life Planning Insurance Trust #2008, Midas (Axa, Notice of Policy Lapse)
- Life Planning Insurance Trust , Midas ( AIG Annual Statement )
- Life Planning Insurance Trust 2008, Midas ( Phoenix Change of Ownership Ackno
- Life Planning Insurance Trust 2008, Midas (AXA, Notice of Payment Due)
- Life Planning Insurance Trust 2008-03, Midas (AXA, Annual Report)
- Life Planning Insurance Trust MIDAS (AIG, ch owner, bene)
- Life Planning Insurance Trust Midas (Lincoln, ch add for bene)
- Life Planning Insurance Trust Midas (Lincoln, ch of address for owner)
- Life Planning Insurance Trust Midas (Lincoln, ch of owner, bene, payor)
- Life Planning Insurance Trust Midas (Sunlife Financial, prem receipt)
- Life Planning Insurance Trust, 2008-3, Midas (Annual Statement)
- Life Planning Insurance Trust, James Fletcher, Midas (Sun Life Financial, Lapse No
- Life Planning Insurance Trust, Midas ( Union Central  Illustration)

**Exhibit 8**

Data (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 14 › Nova Group

- 10-25-2010-NOVA group letter and exhibits to Altieri
- CHARTER OAK-NOVA GROUP
- Charter Oak-NOVA Group Funding Packages
- NOVA GROUP
- NOVA GROUP Inc
- NOVA Group post hear Reply brief
- NOVA Group Post Hearing Brief
- NOVA Group Prehearing Brief
- NOVA Group, Inc
- #16894 NOVA GROUP INC LH
- 3-4-2013Fwd Activity in Case . Nova Group Inc v. Universitas Education LLC Order t...
- 5-8-13 Bursey letter to RELEASE Supeona to Universitas Education LLC v. Nova Group Inc.; Hearing of May 9 2013
- 9-6-12 JER to Colbath  Universitas v. Nova Group (SDNY  D. Conn.)
- 9-22-2007 Opinion Ltr to Nova Group 9.22.09 re Charter Oak Trust
- Corres. 102210 AAA No. 13 195 Y 1558 10 - Universitas Education, LLC v. Nova Group, Inc. et al re Trudeau.
- Flings by Nova Group and Dan Carpenter in Response to Universitas Objection to MJ's Ruling
- FW 12710 UNIVERSITAS EDUCATION V. NOVA GROUP
- FW 12810 UNIVERSITAS EDUCATION V. NOVA GROUP
- Fwd Universitas v. Nova Group - 2nd Circuit decision-email from-Jim Sottile-Zuckerman Firm
- JRE Activity in Case 111-cv-01590-LTS Universitas Education LLC v. Nova Group Inc. Notice (Other)
- NOVA GROUP - COT Labels
- NOVA Group Inc  Memo Cvr  LTC Staffing
- NOVA Group Inc  Memo Cvr Pat Bronos Lump Sum Payment
- NOVA Group State of Connecticut
- NOVA GROUP, Inc.
- Nova Group, Inc.'s 10-1-2010 First Amended Answering Statement
- Nova Group, Inc.'s 10-1-2010 First Document Request
- post hearing exhibits RE AAA No. 13 195 Y 1558 10 - Universitas Education LLC v. Nova Group Inc. et al.
- RE AAA No. 13 195 Y 1558 10 post hearing exhibits- Universitas Education LLC v. Nova Group Inc. et al.
- TD Bank Nova Group Inc May 2009 - June 2010[1]
- Transcripts12610 UNIVERSITAS EDUCATION V. NOVA GROUP
- Universitas v NOVA Group-4-26-13 subpeona

**Exhibit 8**

PData (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 15 › Rex Insurance Services

Search Rex Insurance Services

- $5,000 Retainer to Mitchell A. Chester, Esq(1)
- $5,000 Retainer to Mitchell A. Chester, Esq(2)
- $5,000 Retainer to Mitchell A. Chester, Esq
- [1] manager's choice, [53] discussions, [11] comments and [37] jobs on LinkedIn(1)
- [1] manager's choice, [53] discussions, [11] comments and [37] jobs on LinkedIn(2)
- [1] manager's choice, [53] discussions, [11] comments and [37] jobs on LinkedIn
- [15] new discussions, [5] new comments and [2] new jobs on LinkedIn
- [59] discussions, [5] comments and [22] jobs on LinkedIn(1)
- [59] discussions, [5] comments and [22] jobs on LinkedIn(2)
- [59] discussions, [5] comments and [22] jobs on LinkedIn(3)
- [59] discussions, [5] comments and [22] jobs on LinkedIn
- _(1)
- _(2)
- _(3)
- _(4)
- _(5)
- _(6)
- _(7)
- _(8)
- _(9)
- _(10)
- _(11)
- _(12)
- _(13)
- _(14)
- _(15)
- _(16)
- _(17)
- _(18)
- _(19)
- _(20)
- _(21)
- _(22)
- _(23)
- _(24)
- _(25)
- _(26)
- _(27)

- _(28)
- _(29)
- _(30)
- _(31)
- _(32)
- _(33)
- _(34)
- _(35)
- _(36)
- _(37)
- _(38)
- _(39)
- _(40)
- _(41)
- _
- 1 - 36 LSW Application Requirements(1)
- 1 - 36 LSW Application Requirements
- 1 of 6 Application Reviews - John C. Heath(1)
- 1 of 6 Application Reviews - John C. Heath
- 1_1 groups on PDP report(1)
- 1_1 groups on PDP report
- 1_1 groups(1)
- 1_1 groups
- 1_11_10 Requests
- 1st Check(1)
- 1st Check
- 1st Policy(1)
- 1st Policy
- 2 LSW Clients(1)
- 2 LSW Clients(2)
- 2 LSW Clients(3)
- 2 LSW Clients
- 2 of 2 emails - Burkhart
- 2 of 6 Application Reviews - John Chastain(1)
- 2 of 6 Application Reviews - John Chastain
- 2 packages rec'd(1)
- 2 packages rec'd
- 2 Ways To Avoid Commission Delays, and More News

- 2_30
- 2pm Call
- 3rd Request - Patricia Valldeperas(1)
- 3rd Request - Patricia Valldeperas
- 4 of 6 Application Reviews - Delores Wheelus
- 5 of 6 Application Reviews - Judith Thayer
- 5% Vesting Bonus on a 5-Year Chassis_
- 5-Year Chassis, 5% Vesting Bonus!(1)
- 5-Year Chassis, 5% Vesting Bonus!
- 6 industry experts reveal proven sales secrets (free webinar)(1)
- 6 industry experts reveal proven sales secrets (free webinar)
- 6 of 6 Application Reviews - Donald Thayer
- 8.45 dental on Friday
- 11_6_09 Rex NACO Statement(1)
- 11_6_09 Rex NACO Statement
- 21st Services LE Reports(1)
- 21st Services LE Reports(2)
- 21st Services LE Reports
- 21st Services
- 86 Year Old
- 87 Year Old(1)
- 87 Year Old
- 419 Plan Information(1)
- 419 Plan Information
- 1105_161852.pdf
- 1216_125811.pdf
- 2009 YE Info Request(1)
- 2009 YE Info Request(2)
- 2009 YE Info Request
- 2012 Member ID's(1)
- 2012 Member ID's(2)
- 2012 Member ID's(3)
- 2012 Member ID's(4)
- 2012 Member ID's(5)
- 2012 Member ID's(6)
- 2012 Member ID's

- 2848 forms
- 8123 & Updates(1)
- 8123 & Updates
- 8123 Forms(1)
- 8123 Forms
- 8886 forms GMT
- 8886 forms
- 8886's
- 157227619 M Broussard(1)
- 157227619 M Broussard(2)
- 157227619 M Broussard
- 1001003489 - REX INSURANCE SERVICES INC_ Iowa Insurance Agency License Renewal
- A New Mark Is Here! Meet CommandMark
- A New Mark. Get Set. Go!
- A New Mark. It's Kind of Like That!
- A New World Is Coming
- Abe Rosenburg
- Abernathy, William LSW page 3 w_ doctor info per request
- ABR Summary
- Abraham Rosenburg
- Accelerated Benefit Summary
- Account ID's
- Accounts Payable(1)
- Accounts Payable
- Acknowledgement Of Your Van Otis Order #7550(1)
- Acknowledgement Of Your Van Otis Order #7550
- acknowledgment of payment in full(1)
- acknowledgment of payment in full
- Active Companies as of 08-23-2013.xlsx(1)
- Active Companies as of 08-23-2013.xlsx
- Active Companies by Carrier as of 01-01-2014.xlsx
- active companies
- Active Groups 12-3112.xlsx
- Active Groups(1)
- Active Groups
- ActiveX(1)
- ActiveX
- Additional 8123 Forms(1)

**Exhibit 8**

PData (\\server) (b:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 16 › REXIS

Search REXIS

| | | |
|---|---|---|
| Annuity Prospects - IGLS (Program Discontinued 11.17.08) | Insured Prospects- Tim Helton | Weekly Updates - All Groups |
| APS Reimbursement Folder | Jefferson Pilot Forms | # 4 - # 44 North American apps(1) |
| AXA HIV Forms | K. Grubb Insured Prospects | # 4 - # 44 North American apps |
| AXA Life Applications by State | Kabaker Insured Prospects | #12 - #17 North American apps(1) |
| AXA ProTeam forms and Flyers | LAEG - Term Files | #12 - #17 North American apps |
| AXA Updates | LFG Life Applications by State | #18-#20 North American applications(1) |
| BK Reporting | LFG Underwriting Guidelines | #18-#20 North American applications |
| Carrier Cover Letters | Licensing Information | #21-#24 North American apps(1) |
| Comp Folder - Pre GBS | Lincoln Leader updates | #21-#24 North American apps |
| Credit Suisse UL4UL - Prospects | LSW Forms | #25 - #27 North American apps(1) |
| EMSI | Mass Mutual Forms | #25 - #27 North American apps |
| FASANO LE's | Metropolis Termed | #28 - #31 North American apps(1) |
| Five Star Agent Splits | PAC and PM Pre App Forms | #28 - #31 North American apps |
| Five Star Forms | PAC Life - Applications | #32 - #41 North American apps(1) |
| IGLS Info & Reporting | Penn HIV Forms - 50 States | #32 - #41 North American apps |
| Incandela Chargeback Tracking | Penn Mutual Applications by State | #45,#46 North American apps(1) |
| Inforce Policies | Petra Termed | #45,#46 North American apps |
| Insured Prospects - deShetler | PFG | #47 - #51 North American(1) |
| Insured Prospects - Five Star | Phoenix | #47 - #51 North American |
| Insured Prospects - Henry Miller | PHOENIX BGA IGT ETP | #52 & #53 North American(1) |
| Insured Prospects - Incandela | Phoenix Forms | #52 & #53 North American |
| Insured Prospects - Incandela (HCS) | POWERPOINT | #54 North American(1) |
| Insured Prospects - Integrity Life Settlements | PowerPoint Presentations | #54 North American |
| Insured Prospects - LAEG | Principal Financial | #55 - #57 North American(1) |
| Insured Prospects - Metropolis | Prudential Welcome Package | #55 - #57 North American |
| Insured Prospects - Miscellaneous | reliance | #'s |
| Insured Prospects - Pay It Forward | Rex - Misc Reporting, Comms & Info | $1,000,000 - Male, Preferred Non-Tobacco , in Tennessee, Birthdate 11_13_1970 |
| Insured Prospects - PETRA Financial | Rex Website Agent Log On Info | $1,000,000 ING Prot UL (07) |
| Insured Prospects - Renison | Rexis | $1,000,000 IUL-Global |
| Insured Prospects - Siera | REXIS - Activity Breakdown - NO CONTENT | $5 million dollar Quote for Dwight Johnson's Bank(1) |
| Insured Prospects - Solenture | Sierra Termed | $5 million dollar Quote for Dwight Johnson's Bank |
| Insured Prospects - Stephan | Solenture Termed | $5,000 Retainer to Mitchell A. Chester, Esq(1) |
| Insured Prospects - Swain Beard | TransAmerican Forms | $5,000 Retainer to Mitchell A. Chester, Esq(2) |
| Insured Prospects - TMG Group | UL4UL Prospects | $5,000 Retainer to Mitchell A. Chester, Esq |
| Insured Prospects - US Benefits | Union Central ID Prospects | $10 flat rate shipping or $25 for 1 year of shipping - Ends tonight!(1) |
| Insured Prospects - US Planning Group | Vagabonds termed | $10 flat rate shipping or $25 for 1 year of shipping - Ends tonight! |
| Insured Prospects - Vagabonds | Veve Termed | $10MM DB |
| Insured Prospects - VEVE | Weekly - If Missing Info | $14.99 for this 91 point mouthwatering red(1) |

| | | |
|---|---|---|
| $14.99 for this 91 point mouthwatering red | _(6) | _(44) |
| $15.99 + 91 Advocate rated gem from the 'King of Beaujolais'(1) | _(7) | _(45) |
| $15.99 + 91 Advocate rated gem from the 'King of Beaujolais' | _(8) | _(46) |
| $17.99, 91 points - this is an incredible Cab for the price(1) | _(9) | _(47) |
| $17.99, 91 points - this is an incredible Cab for the price | _(10) | _(48) |
| $19.99 and 90 points - South African Spice Route gem(1) | _(11) | _(49) |
| $19.99 and 90 points - South African Spice Route gem | _(12) | _(50) |
| $19.99 and 92 points for this Top 100 Best Buys of the Year(1) | _(13) | _(51) |
| $19.99 and 92 points for this Top 100 Best Buys of the Year | _(14) | _(52) |
| $70M must be spend by years end | _(15) | _(53) |
| $500,000 ING Prot UL (07) | _(16) | _(54) |
| $500,000 IUL-Global | _(17) | _(55) |
| [Auto-Reply] Amended NACO Request | _(18) | _(56) |
| [Auto-Reply] FW_ B. White's Licenses | _(19) | _(57) |
| [Auto-Reply] FW_ Client, Valued (PHX) | _(20) | _(58) |
| [Auto-Reply] FW_ scan from copier | _(21) | _(59) |
| [Auto-Reply] FW_ Valued Client $3 85MM.pdf - Adobe Reader | _(22) | _(60) |
| [Auto-Reply] RE_ 55 Male $3 692864 Face.pdf - Adobe Reader | _(23) | _(61) |
| [Auto-Reply] RE_ B. White's Licenses | _(24) | _(62) |
| [Auto-Reply] RE_ Floyd | _(25) | _(63) |
| [Auto-Reply] Re_ Guy Neumann | _(26) | _(64) |
| [Auto-Reply] RE_ Guy Neumann Contact | _(27) | _(65) |
| [Auto-Reply] RE_ Marilyn Schneider, UNT go ahead and Dwight Johnson $5 mill in | _(28) | _(66) |
| [Auto-Reply] Re_ Please be on Alert | _(29) | _(67) |
| [Auto-Reply] Re_ REX Bank Account | _(30) | _(68) |
| [Auto-Reply] Re_ Tax Lien | _(31) | _(69) |
| [FWD_ Life Insurance Quotes] | _(32) | _(70) |
| [HOT]Exact Underground Blueprint for Ranking EXTREMELY Competitive Keywords(1) | _(33) | _(71) |
| [HOT]Exact Underground Blueprint for Ranking EXTREMELY Competitive Keywords | _(34) | _(72) |
| [LSW] Carrin, Marvin_(1) | _(35) | _(73) |
| [LSW] Carrin, Marvin_(2) | _(36) | _(74) |
| [LSW] Carrin, Marvin_ | _(37) | _(75) |
| _$RemoveOnDelivery,SuppressSaveInSentItems_ BLACKBERRYMESSENGERINVITESTAGE2 | _(38) | _(76) |
| _(1) | _(39) | _(77) |
| _(2) | _(40) | _(78) |
| _(3) | _(41) | _(79) |
| _(4) | _(42) | _(80) |
| _(5) | _(43) | _(81) |

Exhibit 8



**Exhibit 8**

Data (\\server) (I:)  ›  14184  ›  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  ›  Carpenter Universitas (CT--JAM-738) Folder 18  ›  Bill.Lui@PFam.com 2010-2014

- ✉ _(1)
- ✉ _(2)
- ✉ _(3)
- ✉ _(4)
- ✉ _
- ✉ closest I've found so far
- ✉ FW_ closest I've found so far(1)
- ✉ FW_ closest I've found so far
- ✉ Fwd_ Conditions to Effectiveness & Funding Memorandum
- ✉ Fwd_ Memo
- ✉ RE_ closest I've found so far(1)
- ✉ RE_ closest I've found so far(2)
- ✉ RE_ closest I've found so far(3)
- ✉ Re_ closest I've found so far(4)
- ✉ Re_ closest I've found so far(5)
- ✉ Re_ closest I've found so far(6)
- ✉ RE_ closest I've found so far(7)
- ✉ RE_ closest I've found so far(8)
- ✉ RE_ closest I've found so far(9)
- ✉ RE_ closest I've found so far(10)
- ✉ RE_ closest I've found so far(11)
- ✉ RE_ closest I've found so far

**Exhibit 8**

'Data (\\server) (I:)  ›  14184  ›  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  ›  Carpenter Universitas (CT--JAM-738) Folder 19  ›  bill.lui@pfam.com

Search bill.lui@pfam.com

| | | | | |
|---|---|---|---|---|
| _(1) | FW_ Committment Letter -VO | M.J. case | RE_ CBCA-PFAM Confidential | RE_ In |
| _(2) | FW_ draft | MJ Case | RE_ Charter Oak - ST(1) | RE_ In |
| _(3) | FW_ Executed Control Agreement - Grist Mill and Christiana Corporate Services | Move forward bridge financing | RE_ Charter Oak - ST(2) | RE_ In |
| _ | FW_ Grist Mill Amendments | My Memo | RE_ Charter Oak - ST | RE_ In |
| 3pm Call Update | FW_ Interest & Fees Due - Grist Mill to date | NPV calculation | RE_ Charter Oak Client Document | RE_ In |
| 5_00 ET_ Conference Call with Bill Lui(1) | FW_ Interest & Fees Due - Grist Mill | Ogden Policy | RE_ Contact Information | RE_ In |
| 5_00 ET_ Conference Call with Bill Lui | FW_ Interest Payment $70,314.76 | Original LE Report prepared by AVS - Policy # 7305475 | RE_ COT Cases(1) | RE_ jn |
| 11_30 AM Call with Bill Cawley - Dial In Information | FW_ My Memo | Origination & underwriting fee due - Grist Mill Capital LLC | RE_ COT Cases | RE_ Li |
| Allen Tucker Missing | FW_ New Case_ PB | Pending Transactions | RE_ COT(1) | RE_ M |
| Any other documents_ | FW_ Open Items - Ridgewood_Benistar | Pension plan | RE_ COT | RE_ M |
| Avon Capital, LLC and Grist Mill Capital, LLC | FW_ PA revenue information | PNC | RE_ Docs | RE_ M |
| Bad news on CBCA, please call | FW_ Projected Accounts Receivable - November balance sheet | Presentation | RE_ Emailing_ AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disb Request A | RE_ N |
| Benistar knowledge list | FW_ Response | Pure Vanilla | Re_ Escrow Agreement(1) | RE_ N |
| Benistar_Ridgewood Closing | FW_ SPreadsheet | RE_ 3pm Call Update | RE_ Escrow Agreement | RE_ N |
| Benistar_Ridgewood | Fw_ Summary Terms | Re_ any update_(1) | RE_ Expense Letter | RE_ N |
| Case Flow(1) | Fwd_ Benistar_Ridgewood Closing(1) | Re_ any update_ | RE_ Funding Memos | RE_ N |
| Case Flow | Fwd_ Benistar_Ridgewood Closing | Re_ Are you around_ | RE_ FW_ Attached Image(1) | RE_ O |
| Cawley assistant | Fwd_ COT Funding(1) | RE_ AS Updated | RE_ FW_ Attached Image(2) | RE_ O |
| Cawley Partners Information | Fwd_ COT Funding | RE_ AT illustration(1) | RE_ FW_ Attached Image | RE_ O |
| Cawley(1) | Fwd_ Grist Mill Documents | RE_ AT illustration | Re_ FW_ New Case_ PB | RE_ Pf |
| Cawley | GMC Case Flow Update | RE_ AT(1) | RE_ Grist Mill Capital Expenses | RE_ Pf |
| CBCA(1) | Grist Mill Capital Expenses | RE_ AT | RE_ Grist Mill Capital Funding Memorandum-Keung Tang(1) | RE_ Pr |
| CBCA | Grist Mill Capital Funding Memorandum(1) | RE_ Avon case DD | RE_ Grist Mill Capital Funding Memorandum-Keung Tang(2) | RE_ RE |
| Charter Oak Client Document | Grist Mill Capital Funding Memorandum(2) | RE_ Avon case jb(1) | RE_ Grist Mill Capital Funding Memorandum-Keung Tang | RE_ Ri |
| commitment letter of BP | Grist Mill Capital Funding Memorandum(3) | RE_ Avon case jb | RE_ Grist Mill Capital LLC - CHC 01127-0(1) | RE_ Ri |
| Committment Letter -VO | Grist Mill Capital Funding Memorandum | RE_ Avon case SG | RE_ Grist Mill Capital LLC - CHC 01127-0 | RE_ Ri |
| Credit Agreement | Grist Mill Capital Transaction-SD | RE_ Avon_ LG | RE_ Grist Mill Capital Transaction-SD(1) | RE_ Ri |
| Deal Progress | Grist Mill Capital | RE_ Avon_ SG | RE_ Grist Mill Capital Transaction-SD | RE_ Ri |
| Docs | Grist Mill Transaction - SS Transaction | RE_ Avon_ SK(2) | RE_ Grist Mill Documents | RE_ Ri |
| Document Revision | In a conferece call now, call you later | RE_ Avon_ SK(1) | RE_ Grist Mill Memo | RE_ Ri |
| Expense Letter | In a meeting, what's up_ | RE_ Avon_ SK | RE_ HM HIPAA | RE_ Ri |
| Expenses | Initial funding $3million | Re_ Benistar knowledge list(1) | RE_ In a conferece call now, call you later(1) | RE_ Ri |
| Funding Details Conference Call 10_15am | Interest & Fees Due - Grist Mill | Re_ Benistar knowledge list | RE_ In a conferece call now, call you later(2) | RE_ Ri |
| Funding Memos | Interest Payment $70,314.76 | Re_ Benistar | RE_ In a conferece call now, call you later(3) | RE_ Ri |
| FW_ Attached Image | Investment History | RE_ Cawley Trip to New York | RE_ In a conferece call now, call you later | RE_ S_ |
| FW_ Cawley Trip to New York | Latest Case Flow report | RE_ CBCA(1) | RE_ Instructions to move funds(1) | RE_ Sp |
| FW_ CBCA | Latest Case Flow | RE_ CBCA | RE_ Instructions to move funds(2) | |
| FW_ Charter Oak Trust Invoices | Line of Credit and Security Agreement dated November 22,2006 Avon Capital LLC Bo | | RE_ Instructions to move funds | |

**Exhibit 8**

'Data (\\server) (t:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 20 › DLutes@christianatrust.com 2010-2014

Search DLutes@christianatrust.com 2010-2014

| | | | | |
|---|---|---|---|---|
| Automatic reply_ Completed_ Premium Payment Request 5 - 12-16-2011 | FW_ Copy of funding package | FW_ Tranen Cap Alt Invest Fund $206,639.63 Wire Request_ Fed Reference | RE_ Charter Oak Trust(2) | RE_ D... |
| Automatic reply_ Wire for $150K | FW_ COT Transfer Out Request - Zahner | FW_ Tranen Cap Alt Invest Fund $303,625 Wire Request_ fed ref | RE_ Charter Oak Trust | Re_ D... |
| Automatic reply_ Wire | FW_ Delivery of Original Policy and Closing Documentation(1) | FW_ Tranen Cap Alt Invest Fund $638,000 Wire Request_ Fed Reference | RE_ Charter Oak Trust_ Avon Capital(1) | RE_ D... |
| Charter Oak Trust_ Avon Capital(1) | FW_ Delivery of Original Policy and Closing Documentation | Fw_ Tranen Cap Alt Invest Fund Wire Request | RE_ Charter Oak Trust_ Avon Capital(2) | RE_ D... |
| Charter Oak Trust_ Avon Capital | FW_ Delivery of Other Original Policies | FW_ Tranen Cap Alt Invest Fund Wire Request_ fed ref(1) | RE_ Charter Oak Trust_ Avon Capital | RE_ D... |
| closest I've found so far | Fw_ Document transfer - Tranen | FW_ Tranen Cap Alt Invest Fund Wire Request_ fed ref | RE_ closest I've found so far(1) | RE_ D... |
| confirm | FW_ fed ref #(1) | FW_ Tranen Cap Alt Invest Fund Wire Requests_ fed ref | RE_ closest I've found so far(2) | RE_ D... |
| Copy of funding package(1) | FW_ fed ref # | FW_ Tranen Capital | RE_ closest I've found so far(3) | RE_ D... |
| Copy of funding package(2) | FW_ Fed references(1) | FW_ Tranen Wire 250,000.00_ Fed Reference | RE_ closest I've found so far(4) | RE_ D... |
| Copy of funding package(3) | FW_ Fed references | FW_ Tranen Wire please send today _ Fed Reference | RE_ closest I've found so far(5) | RE_ D... |
| Copy of funding package(4) | FW_ FMLS Wire | FW_ Wire from Yesterday | Re_ closest I've found so far(6) | RE_ D... |
| Copy of funding package | FW_ Funding packages 2 of 4(1) | FW_ wire instructions - Tranen Cap Alt Invest Fund | RE_ closest I've found so far(7) | RE_ D... |
| cot confirms | FW_ Funding packages 2 of 4 | FW_ Wire to FMLS | RE_ closest I've found so far(8) | RE_ D... |
| COT Funding Memo(1) | FW_ Funding Packages 2.23.10 | FW_ Wire | RE_ closest I've found so far(9) | RE_ D... |
| COT Funding Memo(2) | FW_ Funding Packages 3.23.10(1) | FW_ Wires | RE_ closest I've found so far(10) | RE_ D... |
| COT Funding Memo(3) | FW_ Funding Packages 3.23.10(2) | Fwd_ RE_ Blau Entitlement Order.pdf | RE_ closest I've found so far(11) | RE_ D... |
| COT Funding Memo | FW_ Funding Packages 3.23.10(3) | Fwd_ Wire to Life Elite | RE_ closest I've found so far | RE_ D... |
| Delivery of Original Policy and Closing Documentation | FW_ Funding Packages 3.23.10 | GMC Annual Fee Invoice | RE_ Completed_ Premium Payment Request 5 - 12-16-2011(1) | RE_ D... |
| Document transfer | FW_ Funding Packages 9.9.10(1) | GNbpa fr dec | RE_ Completed_ Premium Payment Request 5 - 12-16-2011(2) | RE_ fe... |
| Fed Ref # - Paulsrud | FW_ Funding Packages 9.9.10 | GNbpa frto dec | RE_ Completed_ Premium Payment Request 5 - 12-16-2011(3) | RE_ F... |
| Fed | FW_ FW_ RE_ GRIST MILL AND AVON INSTRUCTION LETTERS(1) | Inbound Wire | RE_ Completed_ Premium Payment Request 5 - 12-16-2011(4) | RE_ F... |
| Funding Packages - Charter Oak Trust | FW_ FW_ RE_ GRIST MILL AND AVON INSTRUCTION LETTERS | lambert -Jenny Benistar(1) | RE_ Completed_ Premium Payment Request 5 - 12-16-2011 | RE_ F... |
| FW_ Ark | FW_ FW_ TERRY 1 of 4(1) | lambert -Jenny Benistar | RE_ Completed_ Premium Payment Request 9 - 12-19-2011(1) | RE_ F... |
| Fw_ CH015015-0 Tranen wire 50,000.00_ Fed Reference | FW_ FW_ TERRY 1 of 4 | Landgaard(1) | RE_ Completed_ Premium Payment Request 9 - 12-19-2011 | RE_ F... |
| FW_ Charter Oak Fed Ref #'s | Fw_ GRIST MILL AND AVON INSTRUCTION LETTERS | Landgaard | Re_ confirm(1) | RE_ F... |
| FW_ charter oak fed refs(1) | FW_ Itemized transactions in Christiana Accounts | Life wire | Re_ confirm(2) | RE_ F... |
| FW_ charter oak fed refs | FW_ Jackson | Out of Office AutoReply_ Confirm | RE_ confirm(2) | RE_ F... |
| FW_ Charter Oak Trust Transfer Out Request | FW_ Klein | Out of Office AutoReply_ Confirms | RE_ confirm | RE_ F... |
| FW_ Charter Oak Trust(1) | Fw_ Outstanding Fees | Out of Office AutoReply_ cot confirms | RE_ Confirms(1) | RE_ F... |
| FW_ Charter Oak Trust(2) | FW_ Policies to ship to Christiana(1) | Out of Office AutoReply_ Miriam Knobloch | RE_ Confirms(2) | RE_ F... |
| FW_ Charter Oak Trust(3) | FW_ Policies to ship to Christiana(2) | Out of Office_ PNC forms 11.19.10 | Re_ Confirms(3) | RE_ F... |
| FW_ Charter Oak Trust(4) | FW_ Policies to ship to Christiana | RE_ CBT Annual fees | RE_ Confirms(4) | RE_ F... |
| FW_ Charter Oak Trust(5) | Fw_ Tranen Cap Alt Invest Fund $1,500,000 wire request_ fed reference | RE_ charter oak fed refs(1) | RE_ Confirms | RE_ F... |
| FW_ Charter Oak Trust | FW_ Tranen Cap Alt Invest Fund $112,000 Wire Request_ fed reference | RE_ charter oak fed refs | RE_ cot confirms | RE_ F... |
| FW_ closest I've found so far(1) | FW_ Tranen Cap Alt Invest Fund $144,298.26 Wire Request_ Fed Reference | RE_ Charter Oak Trust Transfer Out Request(1) | RE_ Delivery of Original Policy and Closing Documentation(1) | RE_ F... |
| FW_ closest I've found so far | FW_ Tranen Cap Alt Invest Fund $150,000 Wire_ Fed Reference | RE_ Charter Oak Trust Transfer Out Request(2) | RE_ Delivery of Original Policy and Closing Documentation(2) | RE_ F... |
| FW_ Completed_ Premium Payment Request 9 - 12-19-2011 | FW_ Tranen Cap Alt Invest Fund $150,336.79 Wire Request_ Fed Reference | RE_ Charter Oak Trust Transfer Out Request | RE_ Delivery of Original Policy and Closing Documentation(3) | RE_ F... |
| FW_ Copy of funding package(1) | FW_ Tranen Cap Alt Invest Fund $187,601.59 Wire Request_ Fed Reference | RE_ Charter Oak Trust(1) | RE_ Delivery of Original Policy and Closing Documentation(4) | RE_ F... |

**Exhibit 8**

VPData (\\server) (l:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 21  >  DLutes@christianatrust.com          Search DLutes@Christianatrust.com

- _ 3% Collateral $117,094.42 NOT RECEIVED
- _(1)
- _(2)
- _(3)
- _(4)
- _(5)
- _(6)
- _(7)
- _(8)
- _(9)
- _(10)
- _(11)
- _
- _WARNING_Charter Oak Fed Reference #'s for wires of 5_15
- _WARNING_Charter Oak Trust
- _WARNING_Charter Oak_ Fed ref#'s for 5 wires sent 12_28
- _WARNING_Completed wires
- _WARNING_Fed Ref #
- _WARNING_Fed Ref #'s
- _WARNING_Fed
- _WARNING_FW_ [_SP_ 36%] RE_ Charter Oak Trust
- _WARNING_FW_ _WARNING_Fed
- _WARNING_FW_ Avon Capital LLC
- _WARNING_FW_ Charter Oak Trust
- _WARNING_FW_ Charter Oak
- _WARNING_FW_ fed #(1)
- _WARNING_FW_ Fed #
- _WARNING_FW_ fed number(1)
- _WARNING_FW_ fed number
- _WARNING_FW_ fed numbers
- _WARNING_FW_ fed ref #(1)
- _WARNING_FW_ fed ref #
- _WARNING_FW_ fed ref number(1)
- _WARNING_FW_ fed ref number(2)
- _WARNING_FW_ fed ref number
- _WARNING_FW_ fed ref numbers
- _WARNING_FW_ Fed Ref(1)

- _WARNING_FW_ Fed Ref
- _WARNING_FW_ Fed Reference #
- _WARNING_FW_ Fed Reference Numbers
- _WARNING_FW_ fed wire info for 2 wires
- _WARNING_FW_ FW_ Charter Oak Trust
- _WARNING_FW_ FW_ Wire
- _WARNING_FW_ PNC Transfer Form
- _WARNING_FW_ Returned Wire
- _WARNING_FW_ Revised request COT
- _WARNING_FW_ wire confirms
- _WARNING_Out of Office_ BZ
- _WARNING_Out of Office_ CS 8206685 PNC Wire Transfer
- _WARNING_RE_ [_SP_ 51%] RE_ Payments $ 182,600.37 - Heads UP
- _WARNING_RE_ _WARNING_FW_ _WARNING_Fed
- _WARNING_RE_ _WARNING_RE_ 3% Collateral $117,094.42(1)
- _WARNING_RE_ _WARNING_RE_ 3% Collateral $117,094.42(2)
- _WARNING_RE_ _WARNING_RE_ 3% Collateral $117,094.42
- _WARNING_RE_ 3% Collateral $117,094.42(1)
- _WARNING_RE_ 3% Collateral $117,094.42
- _WARNING_RE_ 3% Collateral
- _WARNING_RE_ AI Hagen (Avon Transaction)
- _WARNING_RE_ AV_WR_AN_LTG_10MM (WALDMAN)
- _WARNING_RE_ Avon Wire
- _WARNING_RE_ Avon
- _WARNING_RE_ Cases(1)
- _WARNING_RE_ Cases
- _WARNING_RE_ CD Wire JJ-7008008
- _WARNING_RE_ cot wire confirm
- _WARNING_RE_ COT
- _WARNING_RE_ fed ref_
- _WARNING_RE_ Fed Refs
- _WARNING_RE_ Funding Request
- _WARNING_RE_ Funding Requests
- _WARNING_RE_ IA Funding
- _WARNING_RE_ JJ7041576 - GD Sanders
- _WARNING_RE_ Payments $ 182,600.37 - Heads UP

- _WARNING_RE_ Penn Mutual
- _WARNING_RE_ PNC Wire Transfer form - Paulsrud
- _WARNING_RE_ Returned Wire
- _WARNING_RE_ Some Fed refs on wires(1)
- _WARNING_RE_ Some Fed refs on wires
- _WARNING_RE_ Stradling
- _WARNING_RE_ VL
- _WARNING_RE_ wire instructions
- _WARNING_Read_ Cases
- _WARNING_Test
- _WARNING_Transfer Out Form
- _WARNING_Transfer Out Request
- _WARNING_Veronica Ogden
- 2nd Rosa Jacobson(1)
- 2nd Rosa Jacobson
- 2nd Yr Premium Funding Memos
- 2nd yr. Funding for Collins
- 3% Collateral $117,094.42
- 3rd Rosa Jacobson
- A. Patton Policy
- AI Hagen (Avon Transaction)
- AI Hagen
- Allen Tucker
- Angela Lyles Policy
- ARTERBURN - GM_AB_LFG_LG_5MM AND BALDWIN - GM_BG_LFG_LG_5MM
- As requested
- AT fed refs
- Avon Insurance Trust
- Baldwin & Arterburn wires
- Beekman
- Biermaier Shipping Address(1)
- Biermaier Shipping Address
- Biermaier
- Bobby Cargill - #3(1)
- Bobby Cargill - #3(2)
- Bobby Cargill - #3(3)
- Bobby Cargill - #3(4)
- Bobby Cargill - #3(5)

- Bobby Cargill - #3
- Bobby Cargill(1)
- Bobby Cargill(2)
- Bobby Cargill(3)
- Bobby Cargill(4)
- Bobby Cargill(5)
- Bobby Cargill(6)
- Bobby Cargill(7)
- Bobby Cargill(8)
- Bobby Cargill
- Charter Oak Funding Memorandum - Tucker
- Charter Oak Trust - funding pkgs
- Charter Oak Trust
- Charter Oak_Grist Mill
- Charter Oak_Grist Mill_Avon Accounts(1)
- Charter Oak_Grist Mill_Avon Accounts
- Commitment Letter - William Dudley
- Commitment Letter
- confirm(1)
- confirm
- COT Siewert and Smith Funding Packages(1)
- COT Siewert and Smith Funding Packages
- cot vl(1)
- cot vl
- COT Waldman and J. Terry Funding Packages _(1)
- COT Waldman and J. Terry Funding Packages _
- COT wire
- COT Zoland Funding Package(1)
- COT Zoland Funding Package
- COT
- David Janis
- Deckard-5M
- Deckard-6M
- Delivery Status Notification (Failure)(1)
- Delivery Status Notification (Failure)(2)
- Delivery Status Notification (Failure)(3)
- Delivery Status Notification (Failure)
- Disbursements Grist Mill - Knobloch

- Divident Earned on Grist Mill Escrow
- DUDLEY - GM_DW_LFG_LG+_1.75M
- DUDLEY - GM_DW_LFG_LG+_1.75M
- Emailing_Funding Package DOCS:
- Emailing_Funding Package DOCS:
- Emailing_SAMPLE PREPARED PACK
- Emailing_SAMPLE PREPARED PACK
- Error $1,000,000
- Escrow amount $106,816.10 - Unpa
- Escrow amount $106,816.10 - Unpa
- Fed #
- Fed Ref # - 2nd wire
- Fed Ref #'s
- Fed ref#
- Fed reference #'s(1)
- Fed reference #'s
- Fed Reference Number
- Fed Reference Numbers
- Fed
- Front Desk Schedule.xls
- Funding Instruction HM
- Funding Memo & Disbursement Re
- Funding Memos
- Funding Package 8.19.09 - Waldma
- Funding Package 11.5.09
- Funding Package 8.6.09
- Funding Packages 8.12.09 Reiss, Sie
- Funding Packages 8.18.09, Singer, D
- Funding Packages 8.24.09
- funding packages 8.26.09, Musiker
- Funding Packages 9.17.09
- funding packages 10.5.09
- Funding Packages 11.4.09
- Funding Packages M. Singer_R. My
- Funding Packages M. Singer_R. My
- Funding packages(1)
- Funding packages(2)
- Funding packages

**Exhibit 8**

ata (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 22 › jyoung

- ✉ _
- ✉ _WARNING_Completed wires
- ✉ _WARNING_Fed REf # for Sanders
- ✉ _WARNING_Fed ref#
- ✉ _WARNING_FW_ Fed Reference #
- ✉ _WARNING_PNC Account Set Up
- ✉ _WARNING_PNC Transfer Out
- ✉ _WARNING_RE_ Grist Mill Escrow
- ✉ _WARNING_RE_ JJ7041576 - GD Sanders
- ✉ _WARNING_RE_ PNC Wire for PB
- ✉ 21st Services Planned Power Outage
- ✉ Benistar- Run-In Claims
- ✉ CDRG Study
- ✉ Collateral Assignment Agreement
- ✉ COT - Funding (RWF-7282)
- ✉ Fed ref#
- ✉ Fed reference #'s(1)
- ✉ Fed reference #'s
- ✉ Fw_ fed ref #
- ✉ FW_ fed ref #'s
- ✉ FW_ JJ7041576 - GD Sanders
- ✉ FW_ NEW CHARTER OAK TRUST CASE - MIRIAM KNOBLOCH - GM_KM_PM_PFL_5MM
- ✉ FW_ Revised Funding Procedures between Ridgewood and GMC(1)
- ✉ FW_ Revised Funding Procedures between Ridgewood and GMC
- ✉ GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)(1)
- ✉ GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)
- ✉ Grist Mill Capital Funding Memo-TA(1)
- ✉ Grist Mill Capital Funding Memo-TA
- ✉ Grist Mill Capital Transaction-SD
- ✉ J. Persoon
- ✉ New Mailing Address
- ✉ RE_ Benistar- Run-In Claims(1)
- ✉ RE_ Benistar- Run-In Claims
- ✉ RE_ CBCA AdminiSource follow up
- ✉ RE_ Charter Oak Trust - PNC Account
- ✉ Re_ Charter Oak Trust
- ✉ RE_ COT - Funding (RWF-7282)
- ✉ RE_ Emailing_ AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disb Request A
- ✉ RE_ fed ref number

- ✉ RE_ Funding Memos
- ✉ Re_ Funding Request and Commitment Letter
- ✉ RE_ Grist Mill Escrow
- ✉ RE_ Instructions to move funds(1)
- ✉ RE_ Instructions to move funds(2)
- ✉ RE_ Instructions to move funds
- ✉ RE_ JJ7041576 - GD Sanders
- ✉ RE_ PNC - Grist Mill Transaction
- ✉ RE_ PNC Account Set Up
- ✉ RE_ PNC Instruction for Lincoln
- ✉ RE_ PNC Wire for PB
- ✉ Revised Funding Procedures between Ridgewood and GMC(1)
- ✉ Revised Funding Procedures between Ridgewood and GMC
- ✉ TA Agreement
- ✉ TA Transaction
- ✉ Tranen Policies

**Exhibit 8**

ata (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 23 › jyoung@christianatrust.com 2010-2014

✉ RE_ GMC Docs for Line Advance(1)
✉ RE_ GMC Docs for Line Advance
✉ Undeliverable_ Court majority harshly critical of Obamacare contraception manda

Data (\\server) (I:) › 14184 › Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT--JAM-738) Folder 24 › veronica.cranny@pfam.com   ⌄   ⟳     🔍 Search veronica.cranny@pfam.com

| | | | | |
|---|---|---|---|---|
| ✉ _(1) | ✉ Deckard-5M | ✉ FW_Interest & Fees Due - Grist Mill to date(1) | ✉ Line of Credit and Security Agreement dated November 22,2006 Avon Capital LLC Bo | ✉ RE_FW_Grist Mill Amendments(1) |
| ✉ _(2) | ✉ Deckard-6M | ✉ FW_Interest & Fees Due - Grist Mill to date | ✉ Maxine Reiss | ✉ RE_FW_Grist Mill Amendments |
| ✉ _(3) | ✉ Emailing_Funding Package DOCS.zip(1) | ✉ FW_Interest & Fees Due - Grist Mill | ✉ MJ - committment letter | ✉ RE_FW_Interest & Fees Due - Grist M |
| ✉ _(4) | ✉ Emailing_Funding Package DOCS.zip | ✉ FW_Interest Payment $70,314.76 | ✉ Musiker #4 | ✉ RE_FW_Interest & Fees Due - Grist M |
| ✉ _(5) | ✉ Emailing_SAMPLE PREPARED PACKAGE- Gonsalves, Louise.zip(1) | ✉ FW_More Funding Packages 11.4.09 | ✉ Musiker | ✉ Re_FW_Plainfield_Benistar_ Additior |
| ✉ _ | ✉ Emailing_SAMPLE PREPARED PACKAGE- Gonsalves, Louise.zip | ✉ FW_Musiker #4 | ✉ No funding | ✉ RE_FW_Spencer Policy #7320809 |
| ✉ _WARNING_FW_ fed number | ✉ Escrow Agreement | ✉ FW_Plainfield_Benistar_ Additional Documents | ✉ Ogden 2nd yr | ✉ RE_Grist Mill Capital Expenses |
| ✉ _WARNING_FW_ Fed Ref # | ✉ Expense Letter | ✉ FW_PNC Account Set Up | ✉ Ogden | ✉ RE_Grist Mill Capital Funding Memo |
| ✉ _WARNING_FW_FW_Wire | ✉ Funding Details Conference Call 10_15am | ✉ FW_Spencer Policy #7320809 | ✉ Original LE Report prepared by AVS - Policy # 7305475 | ✉ RE_Grist Mill Capital Funding Memo |
| ✉ _WARNING_RE_ Funding Requests | ✉ Funding Memos | ✉ FW_Waldman | ✉ Origination & underwriting fee due - Grist Mill Capital LLC | ✉ RE_Grist Mill Capital Funding Memo |
| ✉ 2nd Yr Premium Funding Memos | ✉ Funding Packages 8.18.09, Singer, Deckard, Kellam, Weingarten | ✉ Fwd_Benistar_Ridgewood Closing(1) | ✉ Oustanding docs | ✉ RE_Grist Mill Capital LLC - CHC 0112 |
| ✉ AI Hagen-TODAY(1) | ✉ Funding Packages 9.17.09 | ✉ Fwd_Benistar_Ridgewood Closing | ✉ Out of Office AutoReply_ AT | ✉ RE_Grist Mill Capital LLC - CHC 0112 |
| ✉ AI Hagen-TODAY(2) | ✉ funding packages 10.5.09 | ✉ Fwd_Charter Oak_Grist Mill | ✉ Out of Office AutoReply_ Interest & Fees Due - Grist Mill to date | ✉ Re_Grist Mill Capital Transaction-SD |
| ✉ AI Hagen-TODAY(3) | ✉ Funding Packages 11.4.09 | ✉ Fwd_FW_FW_Charter Oak Trust Invoices | ✉ Payment details | ✉ RE_Grist Mill Capital Transaction-SD |
| ✉ AI Hagen-TODAY | ✉ Funding Packages M. Singer_R. Myers_S. Thomson(1) | ✉ Fwd_Grist Mill Documents | ✉ Payment | ✉ RE_Grist Mill Capital Transaction-SD |
| ✉ Allen Tucker Funding(1) | ✉ Funding Packages M. Singer_R. Myers_S. Thomson | ✉ Fwd_PNC Bank | ✉ Pending Transactions | ✉ Re_Grist Mill Documents |
| ✉ Allen Tucker Funding | ✉ Funding packages(1) | ✉ GMC Expenses-Admin | ✉ RE_Allen Tucker Funding | ✉ RE_Grist Mill Memo |
| ✉ Allen Tucker | ✉ Funding packages(2) | ✉ GMC Expenses-banks | ✉ RE_Benistar - Amended and Restated Line of Credit Grid Promissory Note(1) | ✉ RE_Grist Mill Transaction - SS Transa |
| ✉ Amended and Restated Grid Note | ✉ Funding packages | ✉ GMC Expenses-legal | ✉ RE_Benistar - Amended and Restated Line of Credit Grid Promissory Note | ✉ RE_Grist Mill Transaction - SS Transa |
| ✉ Amended Grid Note | ✉ FW_Addtional Docs | ✉ GMC Funding Memo(1) | ✉ RE_Benistar - Signature Stamps | ✉ RE_Institutional Trustee sigs |
| ✉ Avon Capital, LLC and Grist Mill Capital, LLC | ✉ FW_AI Hagen-TODAY(1) | ✉ GMC Funding Memo | ✉ RE_Benistar Escrow Agreement | ✉ RE_Instructions to move funds(1) |
| ✉ Beekman | ✉ FW_AI Hagen-TODAY(2) | ✉ GMC Funding Memo-New(1) | ✉ Re_Benistar knowledge list(1) | ✉ RE_Instructions to move funds(2) |
| ✉ Benistar knowledge list | ✉ FW_AI Hagen-TODAY | ✉ GMC Funding Memo-New | ✉ Re_Benistar knowledge list | ✉ RE_Instructions to move funds |
| ✉ Benistar_Ridgewood Closing | ✉ FW_Allen Tucker Funding(1) | ✉ Gordon | ✉ RE_Benistar | ✉ RE_Interest & Fees Due - Grist Mill tc |
| ✉ catching up today | ✉ FW_Allen Tucker Funding(2) | ✉ Grist Mill Capital Expenses | ✉ RE_catching up today | ✉ RE_Interest & Fees Due - Grist Mill tc |
| ✉ Charter Oak Funding Memorandum - Tucker | ✉ FW_Allen Tucker Funding | ✉ Grist Mill Capital Funding Memorandum(1) | ✉ RE_Collateral Assignment Agreement | ✉ RE_Interest & Fees Due - Grist Mill tc |
| ✉ Charter Oak Trust - funding pkgs | ✉ FW_Attached Image | ✉ Grist Mill Capital Funding Memorandum(2) | ✉ RE_COT Cases | ✉ RE_Interest & Fees Due - Grist Mill |
| ✉ Charter Oak Trust | ✉ FW_Escrow Agreement | ✉ Grist Mill Capital Funding Memorandum(3) | ✉ RE_Emailing_AIDS VIRUS Testing Consent A Tucker, Funding Memo & Disb Request A | ✉ RE_Interest Payment $70,314.76(1) |
| ✉ Charter Oak_Grist Mill | ✉ FW_fed ref #'s | ✉ Grist Mill Capital Funding Memorandum | ✉ Re_Escrow Agreement(1) | ✉ RE_Interest Payment $70,314.76(2) |
| ✉ Commitment Letter | ✉ FW_fed ref number | ✉ Grist Mill Capital Funding Memo-TA(1) | ✉ RE_Escrow Agreement | ✉ RE_Interest Payment $70,314.76 |
| ✉ Contact details | ✉ FW_Fed ref | ✉ Grist Mill Capital Funding Memo-TA | ✉ RE_Expense Letter | ✉ Re_Legal Fees Herrick Feinstein LLP( |
| ✉ COT Siewert and Smith Funding Packages(1) | ✉ FW_Funding Packages 11.4.09 | ✉ Grist Mill Capital Transaction-SD | ✉ RE_fed ref number | ✉ RE_Legal Fees Herrick Feinstein LLP |
| ✉ COT Siewert and Smith Funding Packages | ✉ FW_Funding packages(1) | ✉ Grist Mill Transaction - SS Transaction | ✉ RE_Funding Memo | ✉ RE_Lincoln Wire Instructions |
| ✉ COT Waldman and J. Terry Funding Packages _(1) | ✉ FW_Funding packages | ✉ Incumbency Certificate | ✉ RE_Funding Memos | ✉ RE_More Funding Packages 11.4.09 |
| ✉ COT Waldman and J. Terry Funding Packages _ | ✉ FW_FW_Charter Oak Trust | ✉ Initial funding $5million | ✉ RE_Funding Package 12.10.09 | ✉ RE_Open Items a_o 1.3.07 Ridgewoo |
| ✉ COT Zoland Funding Package(1) | ✉ FW_FW_Interest & Fees Due - Grist Mill to date $41,828.10(1) | ✉ Interest & Fees Due - Grist Mill | ✉ Re_Funding Request and Commitment Letter | ✉ RE_Origination & underwriting fee c |
| ✉ COT Zoland Funding Package | ✉ FW_FW_Interest & Fees Due - Grist Mill to date $41,828.10 | ✉ Interest Payment $70,314.76 | ✉ RE_Funding Requests | ✉ RE_PNC Instruction for Lincoln |
| ✉ David Janis | ✉ FW_Grist Mill Amendments | ✉ Legal Fees Herrick Feinstein LLP | ✉ RE_FW_FW_Charter Oak Trust Invoices | ✉ Re_Procedures for GMC |

**Exhibit 8**

ata (\\server) (I:)  >  14184  >  Carpenter Universitas (CT--JAM-738) Docs Produced Sept 7-9 2021  >  Carpenter Universitas (CT--JAM-738) Folder 25  >  wai.tang@ridgewoodfinance.com

Search wai.tang@ridgewoodfinance.com

- _WARNING_RE_[_SP_ 51%] RE_ Payments $ 182,600.37 - Heads UP
- _WARNING_RE_AV_WR_AN_LTG_10MM (WALDMAN)
- _WARNING_RE_ Payments $ 182,600.37 - Heads UP
- 4th request do not ignore
- AI Hagen-TODAY(1)
- AI Hagen-TODAY(2)
- AI Hagen-TODAY(3)
- AI Hagen-TODAY
- Allen Tucker Missing
- AT commitment letters
- AV_CB_PHL_ACCIII_5MM
- AV_MVnM5_JP_D3000XG_10MM_V2 (MILLER)
- AV_WR_AN_LTG_10MM_V1 (WALDMAN)
- AV_WR_ANICO_10MM (WALDMAN)
- BP commitment letter
- Charley Smith PF Submission
- COMMITMENT LETTER - AV_RD_UC_XP_2MM
- COMMITMENT LETTER - GM_AM_AN_PSII_4MM (Ainsworth)
- COMMITMENT LETTER - GM_BC_PHL_ACCIII_5MM
- COMMITMENT LETTER - GM_BW_JH_PUL_10MM (WILLIAM BRITTAIN)
- COMMITMENT LETTER - GM_CH_PHL_ACCIII_5MM (COOPER)
- COMMITMENT LETTER - GM_EV_PM_PFL_5MM (ESPARO)
- COMMITMENT LETTER - GM_LL_PHL_ACCIII_3MM
- COMMITMENT LETTER - GM_LL_PHL_ACCIII_10MM (LUCIANI)
- COMMITMENT LETTER - GM_MC_LN_LC_1MM (MC DANIEL)
- COMMITMENT LETTER - GM_PA_LN_LG_4MM (PATTON)
- COMMITMENT LETTER - GM_PF_HM_LN_LG_4MM (Marilyn Hinds)
- COMMITMENT LETTER - GM_SD_AN_LTG_5MM (SANDERS)
- COMMITMENT LETTER - GM_ST_TA_TUL_5MM
- commitment letter of BP
- commitment letter of MJ
- Commitment letter of OV
- Commitment letter of SA
- COMMITMENT LETTERS - DAVID JANIS AND MARY BAILEY
- COMMITMENT LETTERS - GM_KM_SL_LP3_7.5MM (KASSIN) AND GM_DC_LN_LG_10MM (DECKARD)
- COMMITMENT LETTERS - GM_PF_GB_LINF_LGUL_7MM (GOLDSMITH) AND GM_PF_HF_LINF_LGUL_5
- COMMITMENT LETTERS - KENT AND ESPARO
- COMMITMENT LETTERS(1)

- COMMITMENT LETTERS(2)
- COMMITMENT LETTERS(3)
- commitment letters
- Commitment Letter -VO
- COT FOLLOW UP
- DD commitment letters
- DECKARD COMMITMENT LETTERS
- FW_ AI Hagen-TODAY(1)
- FW_ AI Hagen-TODAY(2)
- FW_ AI Hagen-TODAY
- FW_ Avon Capital, LLC
- FW_ BW - Full Illustration 1 (GM_WM_LN_LC_10MM)
- FW_ Charter Oak - E. Kellam
- FW_ Charter Oak Trust - Martha Ainsworth
- FW_ Commitment letter of SA
- FW_ Funding Memo & Disbursement Request for Expenses dtd 9_20_07
- FW_ Funding Request
- FW_ Interest on Blocked Control Account for March & April
- FW_ MR
- FW_ Musiker #4
- FW_ New Case
- FW_ New Case_PB
- FW_ OUTSTANDING COMMITMENTS
- FW_ Plainfield_Benistar_ Additional Documents
- FW_ Requesting original LE reports - RM Sunlife 7.5MM
- FW_ revised commitment letter of MJ
- GL
- GM_AM_AXA_ATHDB_2.7MM (AINSWORTH)
- GM_BC_PHL_ACCIII_5MM
- GM_BI_PHL_ACCULIII_7.5MM (BENNETT)
- GM_CH_PHL_ACCULIII_3MM (CRAUN)
- GM_CJ_ANICO_LTG_10MM (JEANNETTE CHILCOAT)
- GM_DC_LN_LGUL_S9MM AND GM_DC_LN_LGUL_10MM (DECKERD)
- GM_GG_LFG_LGUL_2.5MM_V1 (George Gordon)(1)
- GM_GG_LFG_LGUL_2.5MM_V1 (George Gordon)(2)
- GM_GG_LFG_LGUL_2.5MM_V1 (George Gordon)
- GM_KT_PHL_ACCIII_2.5MM
- GM_LE_PHL_ACCIII_3MM_V1 (LAVECK) AND GM_KT_PHL_ACCIII_2.5MM_V1 (KNOWLES)

- GM_LL_PHL_ACCULIII_10MM AND GM_LL_SUPP_10MM (LUCIANI)
- GM_MV_PHL_ACCIII_3MM - REVISED COMMITMENT LETTER
- GM_PA_LN_LG_4MM - PATTON
- GM_PF_CT_LN_LG_3MM (CAMPBELL) - COMMITMENT LETTER
- GM_SM_JP_LG3000_5MM
- GM_SR_PHL_ACCIII_4MM
- GM_TJ_LFG_LCSMUL_5MM (TERRY) AND GM_AM_AN_LTG_4MM (AINSWORTH)
- GM_TJ_LN_LC_5MM (TERRY)(1)
- GM_TJ_LN_LC_5MM (TERRY)
- GM_TS_TA_TUL_5MM_V1
- GM_TS_TA_TULI_5MM_V1
- GMC Funding Memo(1)
- GMC Funding Memo
- GMC Funding Memo-New(1)
- GMC Funding Memo-New
- GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)(1)
- GMC_AVON - Amended Funding Procedures (rev. date 05_18_2007)
- GORDON, HINDS AND GOLDSMITH FUNDINGS
- GRIST MILL - KELLAM - MET LIFE POLICY #207 212 405 USU
- GRIST MILL - SR AND FR CASES
- Grist Mill Capital Funding Memorandum(1)
- Grist Mill Capital Funding Memorandum(2)
- Grist Mill Capital Funding Memorandum(3)
- Grist Mill Capital Funding Memorandum
- GRIST MILL CASE - GM_LV_PHLACCIII_7.5MM (LUCIANI)
- GRIST MILL CASE RECEIVED TODAY - HILDA JUNE CRAUN(1)
- GRIST MILL CASE RECEIVED TODAY - HILDA JUNE CRAUN
- GRIST MILL CASES
- GRIST MILL COMMITMENT LETTERS(1)
- GRIST MILL COMMITMENT LETTERS
- GRIST MILL FUNDINGS - 8_16_07
- GRIST MILL OUTSTANDING CASES
- GS commitment letter
- HA commitment letters
- HA funding
- Interest & Fees Due to Ridgewood Finance Inc
- LAVECK CASE
- Loan Payoff - A Hayden

- M.J. case
- MARTHA AINSWORTH - T
- Miller
- Musiker #4
- New Mailing Address
- No documentation yet
- No funding
- Ogden Policy
- OUTSTANDING GM CASE
- OUTSTANDING GRIST MIL
- OV commitment letter
- RE_[_SP_ 51%] RE_ Paym
- RE_ 4th request do not ig
- RE_ A couple cases(1)
- RE_ A couple cases(2)
- RE_ A couple cases
- RE_ Age 87 male
- RE_ Ainsworth(1)
- RE_ Ainsworth
- RE_ AI Hagen (Avon Trans
- RE_ Any update_ Waldma
- RE_ Any update_
- RE_ AS Updated
- RE_ AT commitment lette
- RE_ AT illustration
- RE_ AT(1)
- RE_ AT
- RE_ Attached Image(1)
- RE_ Attached Image(2)
- RE_ Attached Image
- RE_ AV_CB_PHL_ACCIII_5
- RE_ AV_WR_AN_LTG_10M
- RE_ Avon Capital(1)
- RE_ Avon Capital(2)
- RE_ Avon Capital, LLC(1)
- RE_ Avon Capital, LLC
- RE_ Avon capital
- RE_ Avon capital DD

**Exhibit 8**

Data (\\server) (t:) › 14184 › Carpenter Universitas (CT- -JAM-738) Docs Produced Sept 7-9 2021 › Carpenter Universitas (CT- -JAM-738) Folder 26 › wbursey    | Search wbursey

| | | |
|---|---|---|
| I-8-09 Letter from Clark Re IDR | [Advisors] Garner IRA business | [Estate Planning eCast, Feb 16 '07] Getting Top Dollar, Balancing Priorities |
| #1 Best Selling Item for 2006 | [Advisors] Get PAID today - Your renewals exchanged for immediate capital | [Fwd_ 419 Plan &Trust](1) |
| $$$$ yikes!(1) | [Advisors] Learn to plan and prospect in the uncertain post-151A era | [Fwd_ 419 Plan &Trust] |
| $$$$ yikes! | [Advisors] Little known government secret draws seniors in droves(1) | [FWD_ RE_ re sellers agreement and proposal](1) |
| $$, etc . Update | [Advisors] Little known government secret draws seniors in droves | [FWD_ RE_ re sellers agreement and proposal] |
| $$ | [Advisors] Make income riders easy with Free Slide Ruler | [FWD_ revised Trip Tickets] |
| $4.95 Shipping! Are you ready for the Big Game_ | [Advisors] Retirement Planning Software - Free Trial | [FWD_ Trip Tickets] |
| $5 shipping on home & more at the Choice Sale! | [Advisors] Stop wasting money on Senior Seminars | [Health brokers] Write policies online to achieve six figures from home |
| $5 vs $500 Car Wash | [Advisors] Supreme Court Ruling creates 401(k) takeover opportunity | [HKSNB] Your deposit status |
| $10 off Men's Sport Shirts_ flannel, denim & more | [Advisors] Tap into the Pre-Retiree Market with Free _Income Planning in Turbule | [HN4V9] Your deposit status |
| $10 off plus Free Shipping online only | [Advisors] The Rule of 72 Toolkit Wins Over Annuity Prospects | [HSDMB] Your deposit status |
| $19.99 Mother's Day bouquet - limited time offer! | [Advisors] The Superfecta Annuity - 20% first-year & 8%+ Commission | [HTHZX] Your deposit status |
| $20 Borders Gift Card Offer | [Advisors] Uncover more of your client's hidden assets | [Investments eCast, Mar 5 '07] SMAs Alternatives, Chasing Foreclosures, Your B_D |
| $20 Off Any $70 Order! | [Advisors] Unlock client assets with the 1040 client prospecting guide | [J3BTH] Your deposit status |
| $50 Off - 5 Days Only! | [Advisors] We want to purchase your renewals | [J39P8] Your deposit status |
| $50 Off Fusion FT-3 Drivers | [Advisors] Zero-seminar prospecting nets MORE annuity apps | [LTC eCast, Jan 12 '07] Selling First LTC Policy, Lifespan Respite Care Act |
| $100 Million(1) | [Agents] Got a hard-to-place impaired risk case_ | [LTC eCast, Jan 26 '07] Simplify for the Consumer, Overruling LTCI Objections |
| $100 Million(2) | [Agents] No-hassle, online insurance quotes - $200 complimentary package | [LTC eCast] LTC Sales Guides, Ethical Questions, LTCi Schools, Medicare Leads |
| $100 Million | [Annuity eCast, Apr 5 '07] Annuity Prospecting Questions, SPIA Time Bomb, NASD | [New] Free Indexed UL CD helps close cases |
| $250K Policy Funding Minimum(1) | [Annuity eCast, Jan 3 '07] Longevity Risk, B_D Options with EIAs, Superbowl | [New] Living Care Annuity with 3x gtd. payout(1) |
| $250K Policy Funding Minimum(2) | [Attn_ Texas Agents] Top 10 Rated Annuities | [New] Living Care Annuity with 3x gtd. payout |
| $250K Policy Funding Minimum(3) | [Be the boss!] | [Norvax] Big Savings on the NEW Quote Engine 2.0 |
| $250K Policy Funding Minimum(4) | [BPL News] Happy Holidays at BingoPalace | [Producers eCast] Sales Tools, Working with Seniors, LTCI Pays, Buying Decisions |
| $250K Policy Funding Minimum | [eCast Offer] 10 Best Sales Ideas Ever | [Producers eCast] The Right Investment, Boomer Retirement, Simplifying LTCI |
| $799 5-pc. Dining Set-Save $600! | [eCast Offer] A Never Ending Flow of Quality Prospects | [Producers] Boost Prospects & Minimize Cost |
| (new) letter for Dan's character | [eCast Offer] Catapult Your Income Annuity Sales | [Producers] Buying insurance online is more popular than ever |
| (no subject)(1) | [eCast Offer] Complimentary Presentation with New LTC Rider Option in an Annuity | [Producers] Health Scare Reform - the end of an era might be coming |
| (no subject)(2) | [eCast Offer] Complimentary White Paper, 4 Keys to Successful Selling | [Retirement eCast] Social Security Crisis, Reverse Mortgages, Preserve Wealth |
| (no subject)(3) | [eCast Offer] Create Possibilities Your Clients Can Count On | [U] FW_ The Desert Raven, issue 12, March 15, 2009 |
| (no subject) | [eCast Offer] Hundreds of Qualfied Appointments | [U] Giants |
| (ROBERTSON) | [eCast Offer] Medicare Supplement Vs Medicare Advantage | [U] RE_ Thinking |
| [Advisors] 10 free sales tips for approaching teachers with TSA | [eCast Offer] No Worries. More Success | [Webinar] 10 Steps to Ensure Success with Roth Conversions in 2010 |
| [Advisors] 10 questions predict your profitability in 2008 | [eCast Offer] Personalized Marketing Material | [Webinar] New Roth IRA Opportunities in 2010 |
| [Advisors] 26-Page Tax Savings Presentation - Instant Download | [eCast, Feb 22 '07] Insurance Closing Club, Life-Based SPIAs, The Cold Call | _ Big Lottery Winner(1) |
| [Advisors] Add 24k to your commissions in fourth quarter alone | [eCast, Jan 15 '07] Customized Portfolios, Mitigating Taxes, HS 328 Investments | _ Big Lottery Winner |
| [Advisors] CPA referral system beats the summer doldrums | [eCast, Jan 19 '07] Being an Executor, Financial Liability Portfolio Management | _ Payments for Molly's review GMT(1) |
| [Advisors] Dominate the Financial Landscape - Advanced Training | [eDirect, April] What is short term care insurance_ | _ Payments for Molly's review GMT |
| [Advisors] Expo 2008 reveals how to earn CEO salaries by getting to call y | | |

| | | |
|---|---|---|
| _(2) | _(40) | _(78) | _(116) |
| _(3) | _(41) | _(79) | _(117) |
| _(4) | _(42) | _(80) | _(118) |
| _(5) | _(43) | _(81) | _(119) |
| _(6) | _(44) | _(82) | _(120) |
| _(7) | _(45) | _(83) | _(121) |
| _(8) | _(46) | _(84) | _(122) |
| _(9) | _(47) | _(85) | _(123) |
| _(10) | _(48) | _(86) | _(124) |
| _(11) | _(49) | _(87) | _(125) |
| _(12) | _(50) | _(88) | _(126) |
| _(13) | _(51) | _(89) | _(127) |
| _(14) | _(52) | _(90) | _(128) |
| _(15) | _(53) | _(91) | _(129) |
| _(16) | _(54) | _(92) | _(130) |
| _(17) | _(55) | _(93) | _(131) |
| _(18) | _(56) | _(94) | _(132) |
| _(19) | _(57) | _(95) | _(133) |
| _(20) | _(58) | _(96) | _(134) |
| _(21) | _(59) | _(97) | _(135) |
| _(23) | _(60) | _(98) | _(137) |
| _(23) | _(61) | _(99) | _(137) |
| _(24) | _(62) | _(100) | _(138) |
| _(25) | _(63) | _(101) | _(139) |
| _(26) | _(64) | _(102) | _(140) |
| _(27) | _(65) | _(103) | _(141) |
| _(28) | _(66) | _(104) | _(142) |
| _(29) | _(67) | _(105) | _(143) |
| _(30) | _(68) | _(106) | _(145) |
| _(31) | _(69) | _(107) | _(145) |
| _(32) | _(70) | _(108) | _(146) |
| _(33) | _(71) | _(109) | _(147) |
| _(34) | _(72) | _(110) | _(148) |
| _(35) | _(73) | _(111) | _(149) |
| _(36) | _(74) | _(112) | _(150) |
| _(37) | _(75) | _(113) | _(151) |
| _(38) | _(76) | _(114) | _(152) |
| _(39) | _(77) | _(115) | _(153) |

**Exhibit 8**