**Law Offices of Joseph L Manson III**  
600 Cameron St  
Alexandria, Virginia 22314  
United States  
703-340-1649

Law Offices of Joseph L Manson III

**Donna Vassar**



**Universitas Education LLC v. Benistar - Connecticut** (3:20-cv-00738-JAM)

**Time Entries**

| DATE | EE | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|
| 04/01/2020 | BC | $300.00 | 8.00 | $2,400.00 |
| 04/01/2020 | JM | $900.00 | 0.50 | $450.00 |
| 04/02/2020 | BC | $300.00 | 7.00 | $2,100.00 |
| 04/03/2020 | BC | $300.00 | 7.50 | $2,250.00 |
| 04/04/2020 | BC | $300.00 | 2.50 | $750.00 |
| 04/06/2020 | BC | $300.00 | 2.00 | $600.00 |
| 04/06/2020 | BC | $300.00 | 0.70 | $210.00 |
| 04/06/2020 | BC | $300.00 | 2.00 | $600.00 |
| 04/07/2020 | BC | $300.00 | 1.00 | $300.00 |
| 04/08/2020 | BC | $300.00 | 2.00 | $600.00 |
| 04/09/2020 | BC | $300.00 | 8.00 | $2,400.00 |
| 04/10/2020 | BC | $300.00 | 3.00 | $900.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/23/2021 | BC | | $300.00 | 0.30 | $90.00 |
| 06/24/2021 | BC | | $300.00 | 1.00 | $300.00 |
| 06/24/2021 | BC | | $300.00 | 1.00 | $300.00 |
| 06/24/2021 | BC | | $300.00 | 0.70 | $210.00 |
| 06/24/2021 | BC | | $300.00 | 3.00 | $900.00 |
| 06/24/2021 | VK | | $125.00 | 5.50 | $687.50 |
| 06/25/2021 | BC | | $300.00 | 0.30 | $90.00 |
| 06/25/2021 | BC | | $300.00 | 0.30 | $90.00 |
| 06/25/2021 | BC | | $300.00 | 0.40 | $120.00 |
| 06/25/2021 | BC | | $300.00 | 0.80 | $240.00 |
| 06/25/2021 | BC | | $300.00 | 0.50 | $150.00 |
| 06/25/2021 | BC | | $300.00 | 0.50 | $150.00 |
| 06/25/2021 | BC | | $300.00 | 2.00 | $600.00 |
| 06/25/2021 | BC | | $300.00 | 2.50 | $750.00 |
| 06/25/2021 | JM | | $600.00 | 0.50 | $300.00 |
| 06/25/2021 | JM | | $600.00 | 0.50 | $300.00 |
| 06/26/2021 | BC | | $300.00 | 4.00 | $1,200.00 |
| 06/27/2021 | VK | | $125.00 | 2.00 | $250.00 |
| 06/29/2021 | BC | | $300.00 | 8.00 | $2,400.00 |
| 06/29/2021 | JM | | $600.00 | 0.50 | $300.00 |
| 06/30/2021 | BC | | $300.00 | 5.00 | $1,500.00 |
| 07/12/2021 | VK | | $125.00 | 6.00 | $750.00 |
| 07/13/2021 | VK | | $125.00 | 5.00 | $625.00 |
| 07/14/2021 | BC | Reviewed discovery responses from D. Carpenter | $400.00 | 0.30 | $120.00 |
| 07/14/2021 | BC | Researched/drafted letter concerning deficiencies in Carpenter's discovery responses and sent to J. MacNaughton for review | $400.00 | 5.60 | $2,240.00 |
| 07/14/2021 | BC | | $400.00 | 0.70 | $280.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/2021 | BC | ███████ | $400.00 | 2.50 | $1,000.00 |
| 07/15/2021 | BC | ███████ | $400.00 | 0.10 | $40.00 |
| 07/15/2021 | BC | Discussed Carpenter discovery response with J. MacNaughton | $400.00 | 0.30 | $120.00 |
| 07/15/2021 | JM | Review letter to J. Williams re: Carpenter's failure to produce | $600.00 | 0.50 | $300.00 |
| 07/16/2021 | BC | ███████ | $400.00 | 1.50 | $600.00 |
| 07/16/2021 | BC | Began drafting brief in support of motion for sanctions against D. Carpenter | $400.00 | 2.50 | $1,000.00 |
| 07/16/2021 | BC | Finalized and sent letter concerning inadequacy of D. Carpenter's discovery responses | $400.00 | 1.00 | $400.00 |
| 07/16/2021 | JM | Review final draft of letter to J. Williams re: Carpenter's failure to produce and comply with the Court's order re: subpoena. | $600.00 | 0.25 | $150.00 |
| 07/19/2021 | BC | ███████ | $400.00 | 0.30 | $120.00 |
| 07/19/2021 | JM | Review Carpenter reply to 7/16 letter | $600.00 | 1.00 | $600.00 |
| 07/20/2021 | BC | Coordinated/scheduled Carpenter deposition | $400.00 | 0.30 | $120.00 |
| 07/20/2021 | BC | Researched/drafted brief for contempt motion against Carpenter | $400.00 | 5.00 | $2,000.00 |
| 07/21/2021 | BC | Researched/drafted brief for contempt motion against Carpenter | $400.00 | 7.00 | $2,800.00 |
| 07/22/2021 | BC | Researched/drafted brief for contempt motion against Carpenter | $400.00 | 7.00 | $2,800.00 |
| 07/23/2021 | BC | Researched/drafted brief for contempt motion against Carpenter | $400.00 | 7.00 | $2,800.00 |
| 07/26/2021 | BC | Drafted motion to file Westcott deposition under seal in connection with contempt motion | $400.00 | 1.00 | $400.00 |
| 07/26/2021 | JM | ███████ | $600.00 | 0.25 | $150.00 |
| 07/27/2021 | BC | ███████ | $400.00 | 1.00 | $400.00 |
| 07/27/2021 | BC | ███████ | $400.00 | 1.00 | $400.00 |
| 07/27/2021 | JM | ███████ | $600.00 | 0.50 | $300.00 |
| 07/28/2021 | BC | ███████ | $400.00 | 2.10 | $840.00 |
| 07/28/2021 | JM | Review brief for contempt | $600.00 | 2.00 | $1,200.00 |
| 07/28/2021 | JM | ███████ | $600.00 | 0.25 | $150.00 |
| 07/29/2021 | BC | ███████ | $400.00 | 0.50 | $200.00 |
| 07/29/2021 | BC | Edited/condensed contempt brief | $400.00 | 3.00 | $1,200.00 |
| 07/29/2021 | BC | ███████ | $400.00 | 1.00 | $400.00 |
| 07/29/2021 | BC | ███████ | $400.00 | 1.70 | $680.00 |
| 07/29/2021 | JM | ███████ | $600.00 | 0.25 | $150.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/29/2021 | JM | ███████████ | $600.00 | 0.25 | $150.00 |
| 08/02/2021 | BC | ███████████ | $400.00 | 4.50 | $1,800.00 |
| 08/02/2021 | BC | Finalized and filed contempt brief | $400.00 | 1.30 | $520.00 |
| 08/03/2021 | BC | ███████████ | $400.00 | 0.80 | $320.00 |
| 08/03/2021 | JM | ███████████ | $600.00 | 0.25 | $150.00 |
| 08/03/2021 | JM | ███████████ | $600.00 | 0.25 | $150.00 |
| 08/04/2021 | BC | ███████████ | $400.00 | 4.00 | $1,600.00 |
| 08/04/2021 | BC | ███████████ | $400.00 | 0.50 | $200.00 |
| 08/04/2021 | BC | ███████████ | $400.00 | 2.00 | $800.00 |
| 08/06/2021 | BC | ███████████ | $400.00 | 6.00 | $2,400.00 |
| 08/10/2021 | BC | ███████████ | $400.00 | 4.20 | $1,680.00 |
| 08/13/2021 | BC | ███████████ | $400.00 | 1.00 | $400.00 |
| 08/13/2021 | BC | ███████████ | $400.00 | 0.40 | $160.00 |
| 08/15/2021 | BC | ███████████ | $400.00 | 0.40 | $160.00 |
| 08/16/2021 | BC | ███████████ | $400.00 | 1.50 | $600.00 |
| 08/16/2021 | BC | ███████████ | $400.00 | 4.50 | $1,800.00 |
| 08/16/2021 | JM | ███████████ | $600.00 | 0.25 | $150.00 |
| 08/17/2021 | BC | ███████████ | $400.00 | 0.70 | $280.00 |
| 08/17/2021 | BC | ███████████ | $400.00 | 2.00 | $800.00 |
| 08/17/2021 | BC | ███████████ | $400.00 | 4.00 | $1,600.00 |
| 08/17/2021 | JM | ███████████ | $600.00 | 0.25 | $150.00 |
| 08/17/2021 | JM | ███████████ | $600.00 | 4.00 | $2,400.00 |
| 08/18/2021 | BC | ███████████ | $400.00 | 0.60 | $240.00 |
| 08/18/2021 | BC | ███████████ | $400.00 | 2.50 | $1,000.00 |
| 08/18/2021 | BC | ███████████ | $400.00 | 0.30 | $120.00 |
| 08/18/2021 | BC | ███████████ | $400.00 | 0.40 | $160.00 |
| 08/18/2021 | JM | ███████████ | $600.00 | 0.25 | $150.00 |
| 08/19/2021 | BC | ███████████ | $400.00 | 1.20 | $480.00 |
| 08/19/2021 | BC | ███████████ | $400.00 | 1.00 | $400.00 |
| 08/19/2021 | JM | ███████████ | $600.00 | 2.00 | $1,200.00 |
| 08/20/2021 | BC | ███████████ | $400.00 | 0.20 | $80.00 |
| 08/23/2021 | BC | ███████████ | $400.00 | 2.40 | $960.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/23/2021 | BC | | $400.00 | 0.50 | $200.00 |
| 08/30/2021 | BC | | $400.00 | 3.00 | $1,200.00 |
| 08/30/2021 | JM | | $600.00 | 0.25 | $150.00 |
| 09/01/2021 | JM | | $600.00 | 0.25 | $150.00 |
| 09/02/2021 | BC | Reviewed email from D. LaBelle concerning applicability of standing order for discovery in criminal cases to discovery request issues to Carpenter | $400.00 | 0.40 | $160.00 |
| 09/02/2021 | BC | Reviewed standing order regarding discovery in criminal cases and sent to J. Manson; provided J. Manson with reasons why order is not applicable | $400.00 | 0.60 | $240.00 |
| 09/10/2021 | JM | | $600.00 | 0.25 | $150.00 |
| 09/11/2021 | JM | | $600.00 | 0.25 | $150.00 |
| 09/13/2021 | BC | | $400.00 | 0.60 | $240.00 |
| 09/13/2021 | BC | | $400.00 | 0.50 | $200.00 |
| 09/14/2021 | BC | | $400.00 | 0.70 | $280.00 |
| 09/15/2021 | BC | | $400.00 | 2.50 | $1,000.00 |
| 09/15/2021 | BC | | $400.00 | 1.20 | $480.00 |
| 09/15/2021 | BC | | $400.00 | 0.30 | $120.00 |
| 09/17/2021 | BC | | $400.00 | 0.90 | $360.00 |
| 09/20/2021 | BC | | $400.00 | 0.40 | $160.00 |
| 09/20/2021 | BC | | $400.00 | 1.40 | $560.00 |
| 09/20/2021 | BC | | $400.00 | 0.40 | $160.00 |
| 09/22/2021 | BC | | $400.00 | 2.10 | $840.00 |
| 09/22/2021 | BC | | $400.00 | 3.00 | $1,200.00 |
| 09/22/2021 | BC | | $400.00 | 1.00 | $400.00 |
| 09/22/2021 | BC | | $400.00 | 0.80 | $320.00 |
| 09/23/2021 | BC | | $400.00 | 0.20 | $80.00 |
| 09/24/2021 | BC | | $400.00 | 0.80 | $320.00 |
| 09/28/2021 | BC | | $400.00 | 1.50 | $600.00 |
| 09/29/2021 | BC | | $400.00 | 0.30 | $120.00 |
| 10/01/2021 | BC | | $400.00 | 5.30 | $2,120.00 |

# BARCLAY DAMON LLP

Universitas Education, LLC  
c/o Joseph L. Manson, III, Esq.  
Law Office of Joseph L.Manson, III  
600 Cameron Street  
Alexandria, VA 22314

August 16, 2021  
Invoice No: 5134800  
File No. 329280-3107935  
Ilan Markus

Re: Daniel Carpenter, et al

For Professional Services rendered through July 31, 2021

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/20/21 | EKA | ███████████████████████████████████████████████████████ | 0.50 | 200.00 |
| 07/26/21 | EKA | ███████████████████████████████████████ | 0.20 | 80.00 |
| 07/26/21 | EKA | Brief docket review regarding discovery dispute; Brief review of LR 37; E-mail communications with lead counsel responding to LR 37(c) motion questions | 0.50 | 200.00 |
| 07/28/21 | EKA | Review and revise contempt brief; E-mail communications with lead counsel regarding same | 2.30 | 920.00 |
| 07/29/21 | EKA | ███████████████████████████████████ | 0.60 | 240.00 |
| **Total Hours / Fees** | | | **4.10** | **1,640.00** |

**Total Current Fees and Costs**     USD    1,640.00

ADDITIONAL INFORMATION

# BARCLAY DAMON LLP

Universitas Education, LLC
c/o Joseph L. Manson, III, Esq.
Law Office of Joseph L.Manson, III
600 Cameron Street
Alexandria, VA 22314

September 21, 2021
Invoice No: 5139267
File No. 329280-3107935
Ilan Markus

Re: Daniel Carpenter, et al

For Professional Services rendered through August 31, 2021

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/21 | DPE | Communications with Clerk's Office and with B. Chernow re filing exhibit under seal. | 0.40 | 124.00 |
| 08/02/21 | IM | Communications regarding sealed documents. | 0.30 | 159.00 |
| 08/03/21 | EKA | ███ | 1.40 | 560.00 |
| 08/05/21 | IM | ███ | 0.40 | 212.00 |
| 08/06/21 | IM | ███ | 0.40 | 212.00 |
| 08/12/21 | EKA | ███ | 0.30 | 120.00 |
| 08/18/21 | EKA | ███ | 0.50 | 200.00 |
| 08/27/21 | EKA | ███ | 0.20 | 80.00 |
| **Total Hours / Fees** | | | **3.90** | **1,667.00** |

**COSTS**

| DESCRIPTION | AMOUNT |
|---|---|
| ███ | 97.28 |
| **Total Costs** | **97.28** |