# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>*Defendant*s. | CASE NO. 3:20-cv-00738-JAM |

## PLAINTIFF'S MOTION TO COMPEL GRIST MILL PARTNERS, LLC

Pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 37, Plaintiff Universitas Education, LLC ("Universitas") hereby moves the Court to compel Grist Mill Partners, LLC ("GMP") to produce responsive emails to/from the following persons:

- Kathy Kehoe
- Matthew Westcott
- Jack Robinson
- Wayne Bursey

Messrs. Bursey, Robinson, and Westcott are no longer with GMP and thus are incapable of serving as record custodians and/or producing documents. As such, for the reasons identified in the supporting Memorandum of Law, Universitas appropriately identified Benistar Admin Services, Inc. ("BASI") as the record custodian for emails to/from Messrs. Bursey, Robinson, and Westcott. WHEREFORE, Universitas respectfully moves this Court to compel GMP to produce the full scope of responsive emails within its possession, custody, and/or control.

Dated: October 15, 2021
       Alexandria, VA

ORAL ARGUMENT NOT REQUESTED

PLAINTIFF UNIVERSITAS EDUCATION, LLC

By: /s/ Joseph L. Manson III            /
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Fax 703-340-1642
jmanson@jmansonlaw.com

*Admitted Pro Hac Vice*

*Attorney for Universitas Education, LLC*

3

## CERTIFICATION

I hereby certify that on October 15, 2021 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ Joseph L. Manson III