# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                        *Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>                        *Defendant*s. | CASE NO. 3:20-cv-00738-JAM |

## MOTION FOR SANCTIONS AGAINST THE DEFENDANT TRUSTS AND THEIR TRUSTEE

Plaintiff Universitas Education, LLC ("Universitas") hereby moves the Court pursuant to Fed. R. Civ. P. 37, 18 U.S.C.S. § 401, 28 U.S.C. § 1651 (All Writ's Act), and/or the Court's inherent powers, for sanctions against Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, and Phoenix Charitable Trust (collectively the "Defendant Trusts") and their trustee Daniel Carpenter for noncompliance with the Discovery Order dated July 19, 2021. Universitas has identified documents within the scope of the Discovery Order and within the Defendant Trusts possession, custody, and/or control that have not been produced. The Defendant Trusts claim that they no longer have possession, custody, and/or control over these documents. To the extent responsive documents remain within the Defendant Trusts' possession, custody, and/or control, the Defendant Trusts and their trustee are in contempt of court. Accordingly, Universitas respectfully requests that the Court impose the following contempt sanctions:

- Sanction the Defendant Trusts by awarding Universitas all attorneys' fees caused by the Defendant Trusts' discovery misconduct
- Sanction the Defendant Trusts by imposing an increasing daily monetary fine until they are in compliance with the Discovery Order

ORAL ARGUMENT NOT REQUESTED

- Sanction Daniel Carpenter by ordering that Mr. Carpenter will be incarcerated within thirty (30) days should the Defendant Trusts fail to pay any monetary sanctions, and that Mr. Carpenter will remain incarcerated until the Defendant Trusts (1) pay all monetary sanctions and (2) comply with the Discovery Order

Universitas will provide the amount of attorneys' fees by attorney declaration should the Court award Universitas attorneys' fees.

To the extent the responsive documents are no longer within the Defendant Trusts' possession, custody, and/or control, the Defendant Trusts necessarily spoliated evidence. Accordingly, for the reasons provided in the supporting memorandum of law, Universitas requests that the Court impose the following spoliation sanction: an adverse inference that the Defendant Trusts fraudulently transferred funds to both Molly Carpenter and Benistar Admin Services, Inc.

WHEREFORE, Universitas respectfully moves this Court to sanction the Defendant Trusts and their trustee in accordance with the Court's finding of the reason for the Defendant Trusts noncompliance with the Discovery Order dated July 19, 2021.

Dated: October 15, 2021
Alexandria, VA

PLAINTIFF UNIVERSITAS EDUCATION, LLC

By: /s/ Joseph L. Manson III            /
Joseph L. Manson III
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Tel. 202-674-1450
Fax 703-340-1642
jmanson@jmansonlaw.com

*Admitted Pro Hac Vice*

*Attorney for Universitas Education, LLC*

## CERTIFICATION

I hereby certify that on October 15, 2021 a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph L. Manson III