Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------x
UNIVERSITAS EDUCATION, LLC,  :
                             :
        Plaintiff            :
                             :
   -versus-                  :CASE NO.
                             :3:20-CV-00738-JAM
BENISTAR, ET AL,             :
                             :
        Defendants           :
-----------------------------x

Deposition of DANIEL CARPENTER, taken pursuant to Federal Rules of Civil Procedure 30 and 45, held at the law offices of BARCLAY DAMON, 545 Long Wharf Drive, Ninth Floor, New Haven, Connecticut, before Julia Flynn Cashman, RPR, CSR 250 and Notary Public in and for the State of Connecticut, on August 6, 2021, at 10:00 a.m.

Page 62

```
 1   this matter.  He continued to represent you in
 2   this matter?
 3       A. He never represented me.
 4       Q. Who did he represent?
 5       A. He was representing one of the other
 6   entities.
 7       Q. Which entity?
 8       A. I don't recall.  But he's a good friend and
 9   I invited him to several Jewish charity dinners.
10   And when I got out of prison, I actually called
11   him up to see if we could get another attorney.
12       Q. He refers to the CRT statements.  What does
13   CRT stand for?
14       A. I believe Charitable Remainder trust.
15       Q. Do you recall if he was representing the
16   Charitable Remainder Trust?
17       A. I don't believe so.
18       Q. Who is Mr. Novick?
19       A. I don't see him on this e-mail.
20       Q. No, he's not on it.
21       A. Oh.
22       Q. Who he is?
23       A. Are you referring to David Novick.
24       Q. Yes, I am.
25       A. He's a prosecutor with the New Haven office.
```