# GRIST MILL PARTNERS PRIVILEGED EMAILS

## ALTER EGO

| TO | FROM | cc/bcc | DATE | DESCRIPTION | email group |
|---|---|---|---|---|---|
| Lars Lohman (atty) | Dan Carpenter | | Around 6/20/2020 | Discussion of litigation developments and litigation strategy | Sanctions Motion Against Grayson Holmes |
| John Williams | Dan Carpenter | | 1/18/2021 | Discussion of litigation developments and litigation strategy | Sanctions Motion Against Grayson Holmes (21) |
| Richard Order | Dan Carpenter | | Post 2016 | Seeking legal advise and discussion of litigation strategy | Sanctions Motion Against Grayson Holmes (15) |
| Kevin Brown, roger Slavis, CeCe Cole | Dan Carpenter | | 3/7/2021 | Seeking legal advise re: litigation strategy | Your Call tomorrow ..CFG Timeline for Kevin and Roger |
| Alan Rupe | Dan Carpenter | | 3/22/2021 | Seeking legal advise on litigation strategy | Universitas v. Benistar CT Motion or Reconsideration filed yesterday |
| Dan Carpenter | Grayson Holmes | cc Joe Castagno | 1/16/2021 | Discussion on litigation strategy | RE:Question??? |
| Joe Castagno | Dan Carpenter | | 10/1/2020 | Discussion on litigation development | Universitas LaBelle |
| Joe Castagno, Jeff Sandberg, Grayson Holmes | Dan Carpenter | | post 7/17/2014 | Seeking legal advise on litigation strategy | Univ v TD Bank on Behalf of Cot |
| Jeff Sandberg | Dan Carpenter | | 7/12/2020 | Discussion of Litigation Strategy | Universitas:Dis of Conn Case-My Thoughts |
| DanCarpenter | Joe Castagno | | 5/28/2020 | Work Product | Uiv v Benistar Complaint Dconn |
| Joe Castagno | Dan Carpenter | | 4/17/2018-1/3/2019 | Discussion regarding litigation strategy | Swain 60 (4) Fw:Swain Letter June 13 2014 |
| Jeff Sandberg | Dan Carpenter | | Post 5/28/2020 | Discussion of litigation developments | Subject Matter Jurisdiction-quick thought |
| Dan Carpenter, Richard Brown, Dan LaBelle | Larry Grossman | cc David Slossberg, Jeffrey Nichols | 3/7/2017 | Discussion of litigation strategy re; subpeonas | RE:Universitas Education v. Jack E Robinson 15 civ 11848-DPW |
| John Williams | Dan Carpenter | | Post 7/13/2020 | Discussion of litigation strategy | Original Letter for Motions for Sanctions |
| Dan Capenter | Jeff Sandberg | | 7/13/2020 | Legal advise on litigation strategy | RE: Universitas Dist. Of Conn Case-My Thoughts (34) |
| Dan Carpenter | Grayson Holmes | | 1/26/2021 | Discussion of litigation strategy | RE: COLT??? |
| Grayson Holmes | Dan Carpenter | cc Joe Castagno | 712/2020-7/16/2020 | Discussion of litigation developments and ltigation strategy | RE: Universitas Dist of Conn Case-My Thoughts |
| Dan Crpenter | Jeff Sandberg | | 7/12/2020-7/13/2020 | Discussion of litigation strategy | RE: Universitas Dist of Conn CaseThoughts (32) |
| Jeff Sandberg | Dan Carpenter | | 7/12/2020-7/13/2020 | Discussion of litigation strategy | RE: Universitas Dist of Conn CaseThoughts (33) |
| Dan Carpenter | Jeff Sandberg | | 7/13/2020-7/14/2020 | Discussion of litigation strategy | RE: Universitas Dist of Conn CaseThoughts (31) |
| Dan Carpenter | Grayson Holmes | | 4/13/2021 | Discussion of litigation developments and ltigation strategy | RE: Motion to Recon |
| Dan Carpenter | Grayson Holmes | | 7/12/2020-7/13/2020 | Discussion about questions re: legal strategy | RE: Universitas Dis of Conn Case- My Thoughts (30) |
| Dan Carpenter | Grayson Holmes | | 5/20/2021-6/23/2021 | work product | RE: Press Releases FW:Petition for Release of GJ Transcripts |
| Dan Carpenter | Grayson Holmes | | 4/16/2021 | Discussion on work product | RE: Please keep Me Posted |
| Dan C | Grayson Holmes | | 8/15/2021-6/23/2021 | Discussion of work product | RE: Exhibits |
| Dan Carpenter, Molly Carpenter, Tony Siano | Glenn Duhl | | 10/31/2013-11/1/2013 | Discussion of litigation developments | RE: Document Request |
| Dan Carpenter | Grayson Holmes | cc Joe Castagno | 7/31/2020 | Discussion of attorney work product and litigation strategy | RE: Master Draft |
| Dan Carpenter | Grayson Holmes | | 4/15/2021 | Attorney work product | RE: How you coming? |
| Dan Carpenter | Jeff Sandberg | | 4/16/2021 | Discussion of litigation strategy and discussion of attorney work | Universitas Motion to Amend Complaint |
| Dan Carpenter | Grayson Holmes | | 4/15/2021 | Discussion of work product | re Bunch of Minor Typo |
| Grayson Holmes | joe catagno | | 7/30/2020 | Discussion of litigation development | Re-Activity in case 30.20 |
| Dan Carpenter | Joe Castagno | | Post July 2020 | Work product | New Memo to Dismiss Universitas |
| Dan Carpenter | Joe Castagno | | 6/22/2021 | Work Product | New Motion Section One |
| Dan Carpenter | Joe Castagno | | Post July 2020 | Work Product | New Memo to Dismiss |
| Dan Carpenter | Joe Castagno | | pos 1/27/2021 | Work product | Letter to Chatigny |
| Dan Carpenter | Tony Siano | | 2/12/2014 | Discussion of litigation developments | Letters from ms Colbath re: add Motion |

# GRIST MILL PARTNERS PRIVILEGED EMAILS

## Alter Ego-2

| TO | FROM | cc/bcc | DESCRIPTION | DATE | Email Group |
|---|---|---|---|---|---|
| Kevin Brown/Roger Stavis | Dan Carpenter | CeCe Cole | time line /document motion/document production and rule 60 motion | 3/7/2021 | fw: Your Call tomorrow CFG Timeline for Kevn and Roger |
| William Mc Grath Jr/Dan Labelle | Dan Carpenter | McGrath | seeking legal advice on the sufficiency of a pleading | 12/3/2013 | FW: Universitas' Papers (54) |
| Grayson Holmes | Dan Carpenter | jeff sandberg | seeking legal advice on the sufficiency of a pleading | 12/3/2013 | FW: Universitas' papers (55) |
| Grayson Holmes | Dan Carpenter | | Discussion of litifation development | 12/1/2013 | Fw: Universitas papers.msg |
| Roger (no last name) | Dan Carpenter | | seeking legal advice on the sufficiency of a pleading | around December 2013 | FW:Universitas' paper (53) |
| Michael (lawyer) | Dan Carpenter | Joe Castagno, Molly C, m Westcott | RE: Motion to Strike Depos (seeking advice of sufficiency of pleading) | 12/3/2013-1/20/2014 | Fw: Universitas' papers (43) |
| Michael (lawyer) | Dan Carpenter | | Request for legal advise on litigation strategy | 12/3/2013 | Fw: Universitas' papers (49) |
| John Williams | Dan Carpenter | | Discussion of Motion for Sanctions | 1/18/2021-3/9/2021 | fw: Sanctions Motion against Grayson Colt Holmes |
| Grayson Holmes | Dan Carpenter | | Discussion of litigation startegy re Motion for Reconsideration | 3/23/2021 | fw: Universitas v. Benistar |
| William Mc Grath Jr, Dan LaBelle, Richard Brown | Dan/molly Carpenter | | discussuin with counsel in regards to possible sur-reply | 11/2/2013 | Fw: Universitas reply (61) |
| Richard Order | Dan Carpenter | Dan Carpenter | Discussion to Richard about Preliminary injunction | Post 11/1/2013 | fw: Universitas reply.msg |
| William Mc Grath | Dan Carpenter | Dan Carpenter | Counsel Discussion with client re: Contingent Motion to Amend Complaint | 9/7/2020 | fw Universitas v Benistar (27) |
| Dan Carpenter | Molly Carpenter | Originated from Dan LaBelle | Discussion with Defendant re: status Update on Litigation developments | 3/2/2021 | fw Universitas v Benistar (22) |
| Dan LaBelle | Dan Carpenter | Molly Carpenter | Discussion of response consulting defendant re: Moonstone decision | Post 11/20/2013 | fw universitas moonstone decision (57) |
| Dan Carpenter | William McGrath | | communication with cousel re: whether to testify | Post 11/20/2013 | fw universitas moonstone decision (58) |
| Michael (lawyer) | Dan Carpenter | Molly Carpenter, Joe Castagno | Discussion with Dan regarding moonstone decision /discussion of resolution strategies | 11/21/2013-1/14/2014 | fw universitas moonstone decision PDF. Msg |
| Tony Siano, Dan LaBelle, William McGrath | Dan Carpenter | Tony Siano, LaBelle, McGrath | Discussion with Dan regarding moonstone decision /discussion of settlement | 11/21/2013-11/26/2013 | fw universitas moonstone decision (56) |
| Michael (lawyer), M Westcott | Dan Carpenter | Michael (lawyer), M Westcott | Discussion with Dan regarding moonstone decision /discussion of settlement | 11/21/2013-11/26/2013 | fw universitas moonstone decision (48) |
| Michael (Attorney), Matt Westcott | Dan Carpenter | | Discussion re: SDNY Case | orig date 1/7/2014 | FW:Universitas |
| Grayson Holmes | Dan Carpenter | Joe Castagno | Discussion re:Motion for turnover | 10/21/2013-1/8/2014 | FW: Universitas Ocotber 2013 |
| Dan Carpenter | Dan Carpenter | feed to: Michael (lawyer) discussion | Dan Sending discussion feed about Michael Barnett Declaration | 1/8/2014 | fw: Universitas Michael Barnett Declaration |
| Dan Carpenter | Molly Carpenter | orig From Dan LaBelle to molly Carpenter | Discussion about Complaint and PJR application | 5/20/2020-6/10/2020 | FW: Today.msg |
| Martin Weinberg, Marty Weinberg | Dan Carpenter | Molly Carpenter | Discussion w Marty about Universitas v. Nova Group | orig date 1/7/2014 | Fw:Universitas (51) |
| Jeff Sandberg | Dan Carpenter | Joe Castagno, Dan Carpenter | Seeking an opinion re:Universitas v TD Bank | 10/25/2020 | fw: Univ v TD bank on Behalf of Cot |
| Dan Carpenter | Dan Carpenter | orig to Marty Weinberg | discussion w Marty about Judge Swain's allegations | orig date 1/8/2014 | fw: Universitas Barnett and Marty Weinberg page 7 |
| Dan Carpenter | Dan Carpenter | orig from Joe Castagno | Document Disclosure re Appeal | 10/22/2013-1/28/2014 | fw: appeal.msg |
| Jeff Sandberg | Dan Carpenter | Molly Carpenter, Dan Carpenter | attorney client priviledged from Jeff to Dan and vice versa re Litigation strategy | 2/20/2021 | fw: Thoughts |
| Joe Castagno | Dan Carpenter | | Discussion with counsel regarding litigation strategy | 5/17/2018 | fw: Swain letter June 13 2014 New Idea for CFG |
| David Slossber, David Shufrin | Dan Carpenter | | Discussion with counsel regarding litigation strategy | 5/17/2018 | fw: Swain letter June 13 2014 New Idea for CFG (39) |
| David Slossber, David Shufrin | Dan Carpenter | Dan Carpenter | Discussion with counsel regarding litigation strategy | 5/17/2018 | fw: Swain letter June 13 2014 New Idea for CFG (38) |
| Dan Carpenter | Jeff Sandberg | | discussion of appellate strategy | 10/28/2020 | Fw: Motion to Vacate w Judge Swain in SDNY |
| Dan Carpenter | Molly Carpenter | originated from Dan LaBelle/to Molly Carpenter | Discussion w counsel re: restraining notices | 8/7/2018 | fw: Restraining Notices IWOV-imanage |
| Dan Carpenter | Molly Carpenter | Orig Dan LaBelle (cc William Mc Grath and Joe Arcata | Discussion re restraining Order | 5/24/2018 | fw: Order Extending Restraining Notices November 2016 |
| Tony Siano, Dan LaBelle, William McGrath | Dan Carpenter | | requesting litigation advice | 7/1/2013 | fw: Moonstone.msg |
| Grayson Holmes | Dan Carpenter | | re: litigation strategy | 9/10/2013 | w: Injunction against Carpenter re Universitas |

{00237442.3}

| From/To | Recipient | CC/Orig | Date | Subject | Description |
|---|---|---|---|---|---|
| Dan Carpenter | Larry Grossman | Orig Wayne Bursey | 9/10/2013 | re: litigation strategy | w: Injunction against Carpenter re Universitas (40) |
| Dan Carpenter | Larry Grossman | | 12/29/2016 | Discussion with Counsel re: disclosures | fw: Message from RNP002673B5E18E (41) |
| Dan Carpenter | Larry Grossman | | 12/29/2016 | Discussion with Counsel re: disclosures | fw: Message from RNP002673B5E18E |
| Joe Pastore | Dan Carpenter | | 2/13/2014 | Discussion re: Ms Colbath letter | FW: letter from ms Colbath re: additional motion (45) |
| Joe Pastore | Dan Carpenter | | 2/13/2014 | Discussion re: Ms Colbath letter | FW: letter from ms Colbath re: additional motion |
| Tony Siano, Glenn Duhl, Molly C | Dan Carpenter | | 2/7/2014 | Discussion re: Ms Colbath letter | Fw: Grist Mill Trust |
| Martin Weinberg, Marty Weinberg | Dan Carpenter | | 2/13/2014 | Discussion w Counsel re: Ms Colbath letter | FW: letter from ms Colbath re: additional motion (44) |
| Joseph Pastore III | Dan Carpenter | | 9/9/2013 | Discussion against Preliminary Injunction | Fw: Injunction against Carpenter |
| Tony Siano, C Berstein, Dan LaBelle | Dan Carpenter | | 9/9/2013 | Discussion against Preliminary Injunction | Fw: Injunction against Carpenter (65) |
| Wayne Bursey, Molly Carpenter, Don Trudeau | Dan Carpenter | | 9/9/2013 | Discussion against Preliminary Injunction | Fw: Injunction against Carpenter (63) |
| William Mc Grath, Daniel Scapellati | Dan Carpenter | | 9/9/2013 | Seeking Counsel on Injunction action | Fw: Injunction against Carpenter (64) |
| Ce Ce Cole | Dan Carpenter | Kevin Brown, Roger Stavis, Dan Carpenter | 3/7/2021-3/9/2021 | Discussion with counsel re: Judge Swain's opinion | fw: For call today CFG timeline for Kevin and CeCe See Swain Opinion |
| Joe Castagno | Dan Carpenter | | 11/2/2013 | Litigation discussion forwarded associate | Fw: Document request (60) |
| Michael (Attorney), Matt Westcott | Dan Carpenter | | 12/9/2013 | Request to respond to pleadings forwarded Michael at Taylor law and Matt Wescott | Fw:Documents |
| Joe Castagno | Dan Carpenter | | 11/13/2013 | Discussion of Document request Forwarded to Joe Castagno | fw: Document Request |
| Joe Castagno | Dan Carpenter | | 11/12/2013 | Discussion of Document request Forwarded to Joe Castagno | Fw Document Request (59) |
| Jeff Sandberg, Grayson Holmes | Dan Carpenter | | 5/8/2021 | evidentiary matters attorney work product wre: Kehoe | Fw: Carpenter Motion to quash in Penn Mutual v Kehow |
| Grayson Holmes | Dan Carpenter | | 4/15/2021 | email from G Holmes re: sufficieiency of court exhibits | fw Check double check Exhibit numbers. Can you change cover numbers |
| Kevin Brown, CeCe Cole | Dan Carpenter | | 3/8/2021 | Discussion of Litigation strategy | For call today…CFG Timeline for Kevin and CeCe See Swain Opinion |
| Jeff Sandberg | Dan Carpenter | | 4/13/2021-4/16/2021 | Attorney work product and discussion of litigation strategy | fw: Universitas Motion to Amend Complaint |
| Jeff Sandberg | Dan Carpenter | | 4/16/2021 | Attorney work product and discussion of litigation strategy | fw: Universitas Motion to Amend Complaint (10) |
| Jeff Sandberg | Dan Carpenter | | 4/11/2021-4/13/2021 | Attorney work product and discussion of litigation strategy | fw: Universitas Motion to Amend Complaint (11) |
| Dan Carpenter | Joe Castagno | | 6/21/2012 | Attorney work product and discussion of litigation strategy | fw 500 pm version of motion for recon |
| Grayson Holmes | Dan Carpenter | | 3/17/2017-3/20/2017 | litigation strategy | exhibit five-Carpenter motion to quash non-party in Boston Univ v Robinson |
| Kevin Brown | Dan Carpenter | | Post December 2013 | Litigation strategy | CFG Timeline for Kevin and Roger |
| Dan Carpenter | Joe Castagno | | around July 2020 | Review of attorney work product | Colt Motion- 2pm Thursday |
| Grayson Holmes | Dan Carpenter | | 4/15/2021 | Disussion about future filing | Check Double check exhibit numbers can you change cover numbers |

(00237442.3)



(00237442.3 )

| GRIST MILL PARTNERS | | | | | |
|---|---|---|---|---|---|
| Conceal-Hide | | | | | |
| TO | FROM | cc/bcc | DATE | DESCRIPTION | Email Group |
| Kevin Brown, Roger Slavis, CeCe Cole | Dan C | | 3/7/2021 | Consulation on litigation strategy | Your call tomorrow….CFG timeline for kevin and roger |
| Alan Rupe | Dan C | | 3/23/2021 | Consulation on litigation strategy | Universitas v Benistar CT Motion for Reconsideration filed yesteday |
| Joe Castagno | Molly C | Dan C | 6/1/2020 | Re: mail from Dan LaBelle re: pending lawsuit | Universitas Complaint May 28 2020 |
| Dan Carpenter | Grayson Holmes | | 1/26/2021 | Discussion of litigation strategy | Re: Colt? |
| Joe Castagno, Jeff Sandberg, Grayson Holmes | Dan C | | after 2016 | Discussion of litigation strategy | univ v TD Bank of Behalf of Cot |
| Dan Carpenter | Tony Siano | | 3/23/2013 | work product | Universitas (26) |
| Grayson Holmes | Joe Castagno | | 6/2/2020 | Discussion of litigation developments | Univ Complaint |
| Dan Carpenter | Jeff Sandberg | | 5/28/2020 | Litigation straegy | Subject matter jurisdiction -quick thought |
| Dan Carpenter | Joe Castagno | | 5/28/2020 | work product | Univ v. Benistar Complaint Dconn-word version |
| Dan Carpenter | Grayson Holmes | | 4/13/2021 | Litigation strategy | Re: Motion to Recon |
| Dan Carpenter, Molly Carpenter, C Bersteing eq, Tony Siano | Glenn Duhl | | 11/2/2013 | discussion litigation developments with counsel | re: Document request |
| Dan Carpenter | Kevin Brown | | 3/5/2021 | discussion litigation stratefy w counsel | Re: Activity in case 1:11-cv-01590-LTS-HBP Universitas Education, LLC v. Nova Group Inc. |
| Dan Carpenter | Jeff Sandberg | | 4/16/2021 | discussion abourt affidavit filed | re: Universitas Motion to amend complaint |
| Kevin Brown, Roger Stavis, CeCe Cole | Dan Carpenter | | 3/7/2021 | Discussion of litigation strategy | fw: Your call tomorrow CFG timeline for Kevin and Roger |
| Dan Carpenter | Amanda Rossi | | orig date 8/10/2013 | Discussion of litigation developments | fwd: Universitas Objection to Contempt R & R |
| Grayson Holmes | Dan Carpenter | | orig date 12/3/2013 | Discussion of litigation thoughts and questions | fw: Universitas' papers |
| Matt Westcott | Dan Carpenter | | orig date 3/27/2013 | Memo of opposition Motion work product | fw: Universitas.msg |
| Dan Carpenter | Dan LaBelle | | orig date 8/13/2013 | Discussion forwarded re: Univ Objection to Contempt | fwd: Universitas Objection to Contempt R&R PDF 1WOV (37) |
| Dan Carpenter | Molly Carpenter | orig: Thomas Elkind attorney | 5/21/2015 | Discussion re: responses by Universitas to discovery requests served | fw: Universitas discovery production.msg |
| William McGrath, Dan LaBelle | Dan Carpenter | | around 12/3/2013 | Dicussion with counsel re: motion to strike | fw: Universitas' papers (30) |
| Roger (gdblaw.com) | Dan Carpenter | orig from tony Siano | around 12/3/2013 | Dicussion with counsel re: motion to strike | fw: Universitas' papers (29) |
| Tony Siano | Dan Carpenter | Molly Carpenter, Wayne Bursey | around 12/3/2013 | Dicussion with counsel re: motion to strike | fw: Universitas' papers (31) |
| Joe Castagno, Molly Carpenter, Wayne Bursey | Dan Carpenter | | around 12/3/2013 | Dicussion with counsel re: motion to strike | fw: Universitas' papers (28) |
| Michael-attorney | Dan Carpenter | Matt Westott | around 12/4/2013 | Dicussion with counsel re: motion to strike | fw: Universitas' papers (25) |
| Michael-attorney | Dan Carpenter | Matt Westott | around 12/3/2013 | Dicussion with counsel re: motion to strike | fw: Universitas' papers (24) |
| Michael-attorney | Dan Carpenter | Joe Castagno, Molly Carpenter | around 1/20/2014 | Dicussion with counsel re: motion to strike | fw: Universitas' papers (23) |
| Dan Carpenter | Molly Carpenter | orig Dan LaBelle | 3/22/2021 | Discussion with litigation development | fw:Universitas v Benistar (8) |
| Richard Order | Dan Carpenter | | around 11/1/2013 | Discussion about litigation strategy | fw: Universitas reply |
| Grayson Holmes | Dan Carpenter | | 3/23/2021 | Discussion with litigation strategy | fw: Universitas v. Benistar |
| Dan Carpenter | Molly Carpenter | Orig from Dan LaBelle, Don Trudeau | 3/2/2021 | Discussion of case and new developments | fw: Universitas v. Benistar (13) |
| William McGrath, Dan LaBelle, Richard Browen | Dan Carpenter | | 11/2/2013 | Discussion re: litigation developments | fw: Universitas v. Benistar (34) |
| Dan Carpenter | Wayne Bursey | | 8/10/2013 | Discussion of litigation developments | fw: Universitas Objections to Conempt R&R |
| Wayne Bursey | Dan Carpenter | orig Dan LaBelle | around 8/10/2013 | Discussion re: giving information and copies to attorney | fwd: Universitas Objection to Contempt R&R PDF 1WOV (36) |
| Michael (attorney) | Dan Carpenter | | 1/7/2014 | Consultation on litigation strategy | fw: Universtias.msg |
| Grayson Holmes | Dan Carpenter | cc Joe Castagno | 1/8/2014 | Discussion ogf litigation strategy | fw: Universitas october 2013 |
| Dan Carpenter | JoeCastagno | | 1/28/2014 | Consultation on litigation strategy | Fw: appeal |

{00237442.3}

| From/To | Cc/Other | Date | Subject | Description |
|---|---|---|---|---|
| Michael (attorney), Matt Westcott | Dan Carpenter | | 1/8/2014 | Request for legal defense | fw: Universitas: Michael Barnett Declaration |
| Jeff Sandberg | Dan Carpenter | Joe Castagno | 10/25/2020 | Discussion of litigation developments | fw: Univ v TD Bank on behalf of cot |
| Martin Weinberg, Marty Weinberg | Dan Carpenter | Molly Carpenter | 1/7/2014 | Discussion of litigation developments | fw: Universitas (27) |
| Martin Weinberg, Marty Weinberg | Dan Carpenter | Molly Carpenter | 1/8/2014 | Discussion of litigation developments | fw: Universitas Barnett and Marty Weinberg page 7 |
| Dan Carpenter | Jeff Sandberg | Molly Carpenter | 2/20/2021 | Discussion of litigation strategy | fw: Thoughts |
| Dan Carpenter, Joe Castagno | Molly Carpenter | | 6/10/2020 | Discussion nature of representation/coversation w Dan LaBelle | fw: Today |
| Molly Carpenter | Dan Carpenter | | 2/20/2021 | Discussion of litigation developments re Jeff Sandberg email | fw: Thoughts (14) |
| Dan Carpenter | Jeff Sandberg | | 2/20/2021 | Discussion of litigation developments re Jeff Sandberg email | Thoughts (15) |
| Joe Castagno | Dan Carpenter | | 7/22/2013 | Discussion of litigation development and work product | Fw: Objections as file attached |
| Joe Castagno | Dan Carpenter | re: email message from Glenn Duhl | 11/2/2013 | Discussion of litigation stratgefy and developments | fw: Document Request (33) |
| Jeff Sandberg, Grayson Holmes | Dan Carpenter | | 2/6/2018 | Discussion of litigation strategy | fw: SDM Holdings, LLC-Motion for contempt strategy |
| Joe Castagno, Wayne Bursey, Don Trudeau, Joe Castagno, Robinson | Dan Carpenter | | 6/4/2013 | Discussion of litigation strategy | Fw: Objections as file attached (38) |
| Dan Carpenter | Jeff Sandberg | | 10/28/2020 | Discussion of litigation strategy | fw: Motion to vacate with Judge Swain in SDNY |
| Joe Castagno, Dan Carpenter | Molly Carpenter | | 6/1/2020 | Discussion of litigation strategy | Fw: New Litigation |
| Dan Carpenter | Joe Castagno | | 6/2/2020 | Discussion of litigation strategy | fw: New Litigation (19) |
| Molly Carpenter, Kathy Kehoe, Dan LaBelle, Dan Carpenter | Jeff Sandberg | | 4/27/2018 | Discuss litigation development | Fw: Grist Mill/Pollack & Shyvers:Draft  Settlement agr is attached |
| Joe Castagno | Dan Carpenter | | 11/13/2013 | Discussion re: email from Dan LaBelle re: document production | fw document request |
| Michael (attorney) | Dan Carpenter | | 12/9/2013 | Discussion of litigation strategy | fw: Documents |
| Dan Carpenter | CeCe Colw | cc Kevin Brown, Roger Stavis | 3/9/2021 | Discussion of litigation strategy | fw: For call today..CFG Timeline for Kevin and CeCe See Swain Opinion |
| Joe Castagno | Dan Carpenter | | 11/12/2013 | Discussion of litigation stratgefy and developments | fw: Document Request (32) |
| Molly Carpenter | Dan Carpenter | orig from Tony Siano | 6/20/2013 | Discussion of litigation develoopment and work product | fw:Drafts Enclosed |
| Wayne Bursey, Molly Carpenter, Joe Castagno | Dan Carpenter | | 6/21/2013 | Work Product discussion | fw: Finals of Docs |
| Jeff Sandberg | Dan Carpenter | | 7/7/2020 | requesting legal advise | Fw: Dis D Conn 3-20-cv-00738-62 (21) |
| Jeff Sandberg | Dan Carpenter | | 7/7/2020 | requesting legal advise | Fw: Dis D Conn 3-20-cv-00738-62 |
| Anthony Loney (attorney) | Dan Carpenter | | 6/11/2020 | Discussion of litigation support | eEx parte PJR Filing by universitas |
| Kevin Brown, CeCe Cole | Dan Carpenter | Roger Stavis | 3/8/2021 | Discussion of litigation strategy | For call today…CFG Timeline for Kevin and CeCe See Opinion |
| Dan Carpenter | Tony Siano | | 6/21/2013 | Work Product /Discussion of filings | Finals of Docs. msg |
| Kevin Brown, Roger Stavis, CeCe Cole | Dan Carpenter | | around 8/2014 | Discussion of litigation strategy | CFG Timeline for Kevin and Roger |
| Dan Carpenter | Tony Siano | | 3/27/2013 | Discussion of litigation development/work product | Draft Annexed |
| Dan Carpenter | Tony Siano | | 6/21/2013 | Discussion of litigation development/work product | Draft Enclosed |
| Dan Carpenter | Tony Siano | | Jun-13 | Work Product/ Draft | As Submitted Documents |
| R brown, Llohmann, Drandolph | Joe Castagno | erin horn, Dan Carpenter | around December 2018 | Work Product/ Draft | Carpenter Rule 35(a) Final Draft |
| Dan Carpenter | Tony Siano | | 3/27/2013 | Work Product | Current Draft Annexed |
| Richard Brown, Lars Lohman, erin Horn | Joe Castagno | | 12/14/2018 | Work Product | Carpenter Rule 35(a) Ready to file |
| Dan Carpenter | Joe Castagno | | 2018 | Work Product | BPA Surreply |

**GRIST MILL PARTNERS**
**PRIVILEGED EMAILS**
**CFG-Charging Order**

| TO | FROM | cc/bcc | DATE | DESCRIPTION | email group |
|---|---|---|---|---|---|
| Lars Lohman | Dan Carpenter | | after 6/1/2020 | Discussion of litigation strategy | Sanctions Motion against Grayson Colt Homes |
| John Williams | Dan Carpenter | | 1/8/2021 | Discussion of litigation developments | Sanctions Motion against Grayson Colt Homes (7) |
| Richard Order | Dan Carpenter | | 1/8/2021 | Discussion of litigation developments | Sanctions Motion against Grayson Colt Homes (2) |
| John Williams | Dan Carpenter | | 3/9/2021 | Discussion of litigation developments w John Williams | fw:Sanctions Motion against Grayson Colt Homes |
| Jeff Sandberg | Dan Carpenter | | 3/2/2021 | Discussion of litigation strategy | Rule 60b5 Package for Judge Chatigny Memo and Reply |
| Jeff Sandberg | Dan Carpenter | | 1/4/2021 | Discussion of litigation strategy | Swain Universitas Sanctions against Carpenter |
| Dan Carpenter | Grayson Holmes | | 1/16/2021 | Discussion of litigation strategy | Re: Question??? |
| William Mc Grath, Morris Borea | Dan Carpenter | | 11/12/2020 | Discussion of litigation strategy | Rule 60b5 filed with Judge Chatigny by Grayson "Colt" Holmes for CFG |
| Dan Carpenter | Dan Carpenter | orig from Joe Castagno | 2/1/2021 | Work Product | Rule 60b5 Colt Package Memo and Reply |
| John Williams | Dan Carpenter | | 2/1/2021 | Work Product | Rule 60b5 Chatigny Package Memo and Reply and exhibits |
| Dan Carpenter | Dan Carpenter | cc Joe Castagno | 2/1/2021 | Work Product | Rule 60b5 Chatigny Package Memo and Reply and exhibits |
| Dan Carpenter | Grayson Holmes | orig Grayson Holmes | 11/13/2020 | Discussion Litigation strategy | Rule 60(b)(5) filing |
| Alan Rupe | Dan Carpenter | | 11/13/2020 | Work Product | Rule 60(b)(5) filing For Carpenter Financial Group (6) |
| | | Richard Brown, Cody Guarnieri, Grayson Holmes | | | Rule 60b5 fiing for Carpenter Financial Group with Judge Chatigny |
| Lars Lohman | Dan Carpenter | | 11/13/2020 | Seeking Legal advice | |
| John Williams | Dan Carpenter | orig-Grayson Holmes | 1/5/2021 | QUESTION...... | Original Letter for Motions for sanctions |
| Grayson Holmes, Dan Carpenter | Joe Castagno | | 12/16/2020 | Work Product | Reply in support of CFG-Chatigny case final |
| Dan Carpenter | Grayson Holmes | | 11/13/2020 | Work Product | Re: Peacock v Thomas in Memo |
| Dan Carpenter | Grayson Holmes | CC Joe Castagno | 11/13/2020 | Discussion of litigation strategy | Re: Good to Go |
| Dan Carpenter | Grayson Holmes | | 6/23/2021 | Discussing litigation preperation | RE:Exhibits |
| Dan Carpenter | Grayson Holmes | | 12/16/2020 | Work Product | Re: Colt??? Exhibits |
| Grayson Holmes | Dan Carpenter | | 11/6/2020 | Seeking Legal advice | Re:Affidavit |
| Grayson Holmes | Dan Carpenter | | 11/12/2020 | Discussion relating to work product | Problem Edits for memo Final |
| Kevin Brown | Dan Carpenter | | 11/12/2021 | Discussion of work product | New 60b5 for CFG and Judge Swain |
| Kevin Brown | Dan Carpenter | | 11/12/2021 | Discussion of work product | New 605b |
| Dan Carpenter | Joe Castagno | | 11/12/2021 | Discussion of work product | New 605bThe trusts |
| John Williams | Dan Carpenter | | 1/20/2021 | Discussion of litigation developments | Motion for Sanctions with Appendix of Coompanies |
| Dan Carpenter | Joe Castagno | | 11/9/2020 | work product on Motion to vacate | Motion to vacate charging order-11-9-20 |
| Dan Carpenter | Joe Castagno | | 11/10/2020 | Work Product | Memo.msg |
| Dan Carpenter | Joe Castagno | | 11/11/2020 | work product | Memo Beginning |
| Jeff Sandberg | Dan Carpenter | | 12/4/2020 | Seeking litigation strategy | Fw: Univ against CFG |
| Jeff Sandberg | Dan Carpenter | | 1/4/2021 | Litigation strategy | fw: Swain Universitas Sanctions against Carpenter |
| Grayson Holmes | Dan Carpenter | | 11/12/2020 | work product | fw: Colt Declaration Final PDF and Word |
| John R Williams | Dan Carpenter | | 1/2/2021 | discussion of litigation development | Fw:Motion for Sanctions |
| Grayson Holmes | Dan Carpenter | | 11/12/2020 | work product | fw:Memo Final |

(00237442.3)

| | | | | | |
|---|---|---|---|---|---|
| Grayson Holmes | Dan Carpenter | | 11/10/2020 | Discussions regarding work product | fw: Memo of Law |
| Grayson Holmes | Dan Carpenter | | 11/6/2020 | litigation development | fw: Improper Service |
| Jeff Sandberg | Dan Carpenter | | 11/13/2020 | Discussion of work product | fw: Colt Holmes CFG Motion w exhibits for rule 60(b)(5) Chatigny |
| Grayson Holmes | Dan Carpenter | | 11/10/2020 | Litigation preparation | fw: colt Declaration w Exhibits |
| grayson holmes | Dan Carpenter | | 11/5/2020 | Litigation preparation | fw: colt Declaration for charging order |
| Jeff Sandberg | Dan Carpenter | | 3/28/2021 | discussion with litigation strategy | fw: CFG Motion w exhibits for rule 60(b)(5) judge chatigny charging order |
| Grayson Holmes | Dan Carpenter | | 4/10/2021 | Work Product | fw: Colt Declaratrion and Exhibits for Judge Meyer |
| Brennan Maki (attorney) | Dan Carpenter | | ref date 11/13/2020 | Litigation strategy | fw: CFG Motion w Exhibits for Rule 60 (b) (5) Judge Chatigny Charging Order |
| John Williams | Dan Carpenter | | 3/9/2021 | Litigation strategy | fw: CFG Motion w Exhibits for Rule 60 (b) (5) Judge Chatigny Charging Order |
| Grayson Holmes | Dan Carpenter | | 3/1/2021 | Discussion of litigation strategy | fw Rule 605b5 filed with judge Chatigny by Grayson "colt" Holmes |
| John Williams | Dan Carpenter | | 3/2/2021 | Special litigation stratefy | fw: Colt Holmes CFG Motionw Exhibits for Rule 60(b) (5) |
| Grayson Holmes | Dan Carpenter | | 11/12/2020 | work product | Exhibits for Rule 60(b)(5) Judge Meyer |
| Grayson Holmes | Dan Carpenter | cc Joe Castagno | 11/12/2020 | Work Product discussion | final Memo |
| David Shuffin | Dan Carpenter | cc Grayson Holmes | ref date - 11/13/2020 | Discussion of litigation strategy | Conference call:CFG Motion w exhibits for Rule 60(b)(5)Judge Chatigny Charging Order |
| John Williams | Dan Carpenter | | 11/13/2020 | Seeking Legal opinion | Colt Holmes CFG Motion w exhibits for rule 60 (b)(5) |
| Dan Carpenter | Grayson Holmes | | 11/12/2020 | litigation strategy and work product | Edited motion, memo and declarations |
| Grayson Holmes | Dan Carpenter | | 11/10/2020 | Work Product | Colt Declaration and Exhibits for Judge Meyer |
| Dan Carpenter | Joe Castagno | | 11/5/2020 | Discussion of litigation /wor product | colt Declaration for charging orders |
| Dan Carpenter | Joe Castagno | | 11/12/2020 | work product | Colt Declaration Final |
| Kevin Brown, CeCe Cole | Dan Carpenter | | 11/13/2020 | discussion of litigation strategy | CFG Motion w Exhibits for Rule 60 (b)(5) Judge Chatigny charging orders (8) |
| Jeff sandberg, Robert Tomilson | Dan Carpenter | | 11/13/2020 | discussion of litigation strategy | CFG Motion w Exhibits for Rule 60 (b)(5) Judge Chatigny charging orders (8) |
| Alan Rupe, Elior Shioh | Dan Carpenter | cc Jeff sandberg | 11/13/2020 | discussion of litigation strategy | CFG Motion w Exhibits for Rule 60 (b)(5) Judge Chatigny charging orders (4) |
| Richard Order | Dan Carpenter | | 11/13/2020 | discussion requestion legal opinion | CFG Motion w Exhibits for Rule 60 (b)(5) Judge Chatigny charging orders (5) |
| Grayson Holmes | Dan Carpenter | cc Joe Castagno | 11/13/2020 | Discussion litigation development | CFG Motion to Vacate Charing Orders |
| John Williams | Dan Carpenter | | post 1/7/2019 | Discussion of litigation strategy | Affidavit of service for CarpenterFinancial Group |

{00237442.3}

**GRIST MILL PARTNERS PRIVILEGED EMAILS**

Curaleaf

| TO | FROM | cc/bcc | DATE | DESCRIPTION | Email Group |
|---|---|---|---|---|---|
| Dan Carpenter | Jeff Sandberg | | after October 25, 2020 | Discussion of litigation developments and strategy | When you have a chance- I looked at case 8726 and then 1726 w an eye on the personal jurisdiction issue |
| Keving Brown, Roger Stavis and Ce Ce Cole | Dan Carpenter | | 3/27/2021 | Discussion of litigation developments | Your call tomorrow..CFG timeline for Kevin and Roger |
| Dan Carpenter | Joe Castagno | | 12/4/2020 | Discussion of litigation strategy | Univ Reply to CFG Motion to vacate |
| Jeff Sandberg | Dan Carpenter | Grayson Holmes | 3/2/2021 | Discussion of litigation developments | Rule 605b5 Colt Package for Judge Chatigny Memo and Reply |
| Dan Carpenter | Grayson Holmes | | 6/23/2021 | Discussion of litigation developments | Untitled |
| William Mc Grath, Morris Borea | Dan Carpenter | | approx 12/17/2020 | Discussion of litigation developments | Rule 605b5 filed with Judge Chatigny by Grayson "Colt" Holmes for CFG, Inc |
| Joe Castagno | Dan Carpenter | | approx 6/22/2021 | Work Product/Discussion of litigation strategy and | Untitled (6) |
| Ross Fingold | Michael Taylor | | Approx 2/11/2014 | nameless | TD Ban/Grist Mill Partners Account No 4240166200 |
| Dan Carpenter | Grayson Holmes | | 6/23/2021 | Discussion of litigation developments | RE: Exhibits |
| Grayson Holmes | Joe Castagno | Dan Carpenter | approx 12/15/2020 | work product | Reply in support of CFG-Chatigny case final draft |
| Grayson Holmes | Joe Castagno | Dan Carpenter | approx 12/15/2020 | work product | Reply in support of CFG-Chatigny case final |
| Grayson Holmes | Joe Castagno | Dan Carpenter | approx 12/15/2020 | work product | Reply in support of CFG-Chatigny case final 12-15 msg |
| Grayson Holmes | Joe Castagno | Dan Carpenter | approx 12/15/2020 | work product | Reply Opening and Arugument |
| Dan Carpenter, Grayson Holmes | Joe Castagno | | approx 12/15/2020 | work product | Reply in support of CFG-Chatigny Case.msg |
| Michael Taylor | Dan Carpenter | Matt Westcott | 2/12/2014 | FLAG | TD Ban/Grist Mill Partners Account No 4240166200 |
| Dan Carpenter | Grayson Holmes | | 6/23/2021 | WORK PRODUCT AND DISCUSSION OF LITIGATION DEVELOPMENT | RE: Releases fe: Petition for release of GJ Transcripts |
| Martin Weinberg | Dan Carpenter | | 2/14/2014 | Discussion of litigation strategy and developments | RE: TD Bank/Grist Mill Partners 100 Grist Mill Road |
| Dan Carpenter | Joe Castagno | Grayson Holmes | 6/22/2021 | Work Product | Re: Judge Underhill Letter Motion Parts One and Two (5) |
| Joe Castagno | Dan Carpenter | | 6/22/2021 | Work Product | Re: Judge Underhill Letter Motion Parts One and Two |
| Grayson Holmes | Dan Carpenter | | 6/23/2021 | Discussion of work product | Re: Judge Underhill Letter Motion Parts One and Two |
| Dan Carpenter | Joe Castagno | | 6/22/2021 | Discussion of work product | Re: Judge Underhill Letter Motion Parts One and Two (4) |
| Anthony Ioney, Morris Borea | Dan Carpenter | Williman McGrath, Mike | 7/2/2021 | Discussion of litigation development | Re: Curaleaf Complaint |
| Dan Carpenter | Grayson Holmes | | 6/23/2021 | Discussion of work product | Re: Judge Underhill Letter Motion Parts One and Two (2) |
| Dan Carpenter | Grayson Holmes | | 12/16/2020 | Discussion of work product and litigation strategy | Re: Colt??? Exhibits |
| Joe Castagno | Dan Carpenter | | 6/23/2020 | Discussion of work product | Re: Judge Underhill Letter Motion Parts One and Two (3) |
| Dan Carpenter | Grayson Holmes | | 7/6/2021 | Discussion of work product | re: Carpenter Declaration Part Two (1) |
| Dan Carpenter | Grayson Holmes | | 7/6/2021 | Discussion of work product and litigation developments | re: Carpenter Declaration Part Two |
| William McGrath | Dan Carpenter | | 2/7/2021 | Discussion of litigation developments | Personal and Confidential: Grist Mill bill for Morris |
| John Williams | Dan Carpenter | | around 7/14/2021 | Discussion of litigation strategy and work product | New Carpenter Declaration and Response |
| Anthony Ioney, Morris Borea | Dan Carpenter | | post 2/10/2014 | Discusion of deal negot with counsel | Loeb Revised Curaleaf Agreement 2-10-14 |
| Dan Carpenter | Dan LaBelle | cc Molly | 2/10/2014 | Discusion of deal negot with counsel | Loeb Revised Curaleaf Agreement 2-10-14 (13) |
| Dan Carpenter | Tony Siano | cc Dan LaBelle, mjb (attorney), a moskowitz, c | 2/12/2014 | Discussion of litigation strategy | Letter from ms Colbath re: additional motion |
| Dan Carpenter | Dan Carpenter | cc Joe Castagno, Grayson Holmes | Approx June 2021 | work product | Judge Underhill Letter Motion Parts One and two |
| Kevin Brown, Roger Stavis, CeCe Cole | Dan Carpenter | | 3/7/2021 | Discussion of litigation developments | Fw: Your Call tomorrow..CFG Timeline for Kevin and Roger .msg |
| Dan Carpenter | Joe Castagno | | post 2/12/2014 | work product | Fwd: Judge Swain Letter |

{00237442.3}

| | | | | |
|---|---|---|---|---|
| Dan Carpenter | Dan LaBelle | cc William Mc | | post 2/10/2014 discussion of litigation strategy | fw: Universitas Educ LLC v. Nova Group, Inc. |
| Martin Weinberg, Marty Weinberg | Dan Carpenter | | | post 2/12/2014 discussion of litigation strategy | Fw: TD bank/Grist Mill Partners 100 Grist Mill Road. Msg |
| Michael Taylor | Dan Carpenter | cc Joe Castagno | | 3/24/2014 work product | FW: March 24 Letter to Judge Swain |
| Joseph Pastore III | Dan Carpenter | | | around 2/13/2014 Discussion of litigation development and strategy | Letter from ms Colbath re: additional motion.msg |
| tony Siano | Dan Carpenter | | | around 2/10/2014 Discussion of litigation developments | Fw: Loeb Revised Curaleaf Agreement 2-10-2014 |
| Martin Weinberg, Marty Weinberg | Dan Carpenter | | | post 2/13/2014 discussion of litigation strategy | Letter from ms Colbath re: additional motion.msg (11) |
| William McGrath, Richard Brown | Dan Carpenter | | | post 2/13/2014 discussion of litigation strategy | Letter from ms Colbath re: additional motion.msg (12) |
| CeCe Cole | Dan Carpenter | cc Kevin Brown, Roger Stavis | | post 3/9/ 2021 Discussion of litigation developments | fwd Your call tomorrow...CFG timeline for Kevin and CeCe See Swain opinion |
| Grayson Holmes | Dan Carpenter | | | 3/1/2021 Discussion of litigation developments | fw 605b5 filed with Judge Chatigny by Grayson Colt Holmes fir CFG Inc |
| Grayson Holmes | Dan Carpenter | | | 6/23/2021 Discussion of work product | fw: fe: Judge Underhill Letter Motiom Parts One and Two. Msg |
| Joe Castagno, Lars Lohmann | Dan Carpenter | | | 8/17/2020 Discussion of attorney work product | fw: Curaleaf memo to Bill and Morris |
| Dan Carpenter | Dan Carpenter | cc Joe Castagno | | 8/9/2020 Discussion of attorney work product | fw: Curaleaf memo to Bill and Morris for Joe October 9 |
| Kevin Brown, Roger Stavis, CeCe Cole | Dan Carpenter | cc Roger Slavis | | 3/8/2021 discussion of litigation strategy | For Call today CFG Timeline for Kevin and CeCe see Swain Opinion |
| Dan Carpenter, William McGrath, richard Roberts | Dan LaBelle | | | 2/11/2014 Discussion of litigation developments | Fw: 100 Grist Mill Road-draft proposed order |
| Anthony loney, Morris Borea | Dan Carpenter | Mc Morris Borea, William Mc Grath | | 6/11/2020 Discussion of litigation developments | Ex Parte PJR filing by Univestitas |
| Dan Carpenter, Richard Roberts, William Mc Grath | Dan LaBelle | | | Post 2/11/2014 work product | draft Curaleaf Order DOC.msg |
| Dan Carpenter | Dan Carpenter | | | 3/29/2021 Discussion of litigation developments | Fw: Loeb Revised Curaleaf Agreement 2-10-14 DOC |

**GRIST MILL PARTNERS**
**PRIVILEGED EMAILS**
**Seir Hill**

| TO | FROM | cc/bcc | DATE | DESCRIPTION | Email Group |
|---|---|---|---|---|---|
| Dan Carpenter | Dan LaBelle | | 4/13/2021 | Discussion of litigation strategy | Re: Motion to RECON |
| Erin Horn | Joe Castagno | | Post 1/4/2021 | Discussion of litigation development | Motion for Sanctions.msg |
| John Williiams | Dan Carpenter | | 1/20/2021 | Discussion of litigation development | Motion fo Sanctions with Appendix of Companies |
| Dan Carpenter | Molly Carpenter | orig from Dan Labell | 3/2/2021 | Regarding letter from Dan LaBelle Re: litigation developments | fw: Universitas v. Benistar |
| John Roberts | Dan Carpenter | | 7/18/2021 | Discussion of work product | Fw: Universitas Education LLC v banistar -Fila-Job Date 6 30 2021 |
| Dan Carpenter | Molly Carpenter | | 7/16/2021 | Discussion of work product | Fw: Universitas Education LLC v banistar -Fila-Job Date 6 30 2021 (8) |
| Dan Carpenter | Molly Carpenter | | 9/7/2020 | Re: email from Dan Labelle re: litigation developments | FW: Universitas v Benistar (20) |
| William McGrath | Dan Carpenter | | 9/7/2020 | Re: email from Dan Labelle re: litigation developments | FW: Universitas v Benistar (19) |
| Dan Carpenter | Molly Carpenter | | 7/16/2021 | work product | Fw: Universitas Education LLC v banistar -Fila-Job Date 6 30 2021 (6) |
| Dan Carpenter | Molly Carpenter | | 7/16/2021 | work product | Fw: Universitas Education LLC v banistar -Fila-Job Date 6 30 2021 (7) |
| Dan Carpenter | Dan Carpenter | | 7/18/2021 | work product | Fw: Universitas Education LLC v banistar -Final-Job Date 6 30 2021 (5) |
| Dan Carpenter | Molly Carpenter | | 8/7/2018 | Discussion of litigation re email to Dan LaBelle re litigation developments | Fw: Restraining notices |
| Dan Carpenter | Molly Carpenter | | 5/24/2018 | Re:email from dan Labelle re: litigation strategy | fw: Order extending Restraining Notices November 2016.pdf |
| John Williams | Dan Carpenter | | 1/20/2021 | Discussion of litigation development | Fw: Motion for Sanctions |
| Jeff Sandberg | Dan Carpenter | | post 7/7/2020 | Discussion of litigation strategy | fw: Dist. D. Conn._3-20-cv-00738_62.pdf |
| Kevin Brown, Roger Stavis | Dan Carpenter | | 1/5/2021 | Litigation strategy | Fw: Charitable Trusts Briefs |
| Jeff Sandberg | Dan Carpenter | | | | |

(00237442.3 )