**From:** Joe Castagno
**To:** Dan Carpenter US
**Subject:** RE: Universitas Complaint Call with Judge
**Date:** Thursday, June 11, 2020 2:35:13 PM
**Attachments:** image001.png

Nothing bad on Koresko, Molly had just asked me to find the ESOP documents we submitted in that case so we can show Univ that BASI is an ESOP

Joseph Castagno
Benistar Admin Services, Inc.
10 Tower Lane, Suite 100
Avon, CT 06001
860-408-7000 ext. 5259

---

**From:** Molly Carpenter
**Sent:** Thursday, June 11, 2020 11:16 AM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>; Jeffrey Sklarz <jsklarz@gs-lawfirm.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>
**Subject:** RE: Universitas Complaint Call with Judge

Dan LaBelle is representing Molly, Don, BASI, TPG and Moonstone. I think he is hoping you and Larry will take the Carpenter entities. One of them is Grist Mill Partners which was subject of the charging order … there is a conference with the Magistrate Judge tomorrow.

---

**From:** Dan Carpenter US [mailto:dcarpenter@usbgi.com]
**Sent:** Thursday, June 11, 2020 10:05 AM
**To:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>; Molly Carpenter <mcarpenter@benistar.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>; Dan Carpenter US <dcarpenter@usbgi.com>
**Subject:** Universitas Complaint Call with Judge

Jeff:

Thanks.....but please just call Dan LaBelle and find out what time the call with the Court is tomorrow.......I have not been served and you will be representing the "Dan Carpenter" entities....whatever they are.....We just want to protect Molly and BASI from this baseless harassment trying to extort a nuisance settlement.

I just don't want anyone to know that I am out .....

So please coordinate with Dan LaBelle and let him do all the talking on call with Magistrate and then we can talk tomorrow after call with the Court???

Thanks,

Dan C.

---

**From:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>
**Sent:** Thursday, June 11, 2020 9:46 AM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>
**Subject:** RE: Universitas Complaint

Dan

Can we talk tomorrow at 1 PM?



[www.gs-lawfirm.com](www.gs-lawfirm.com)

**Jeffrey M. Sklarz**
Phone: (203) 285-8545 x101
Direct Dial: (203) 361-3135
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

New Haven Office
One Audubon Street, 3rd Floor, New Haven, CT 06511

Stamford Office
243 Tresser Boulevard, Stamford, CT 06901 | P: (203) 428-4907 | F: (203) 286-1311

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above.  Any disclosure, distribution, copying or use of the information by others is strictly prohibited.  If you have received this message in error, please notify the sender by immediate reply and delete the original message.  Thank you.

---

**From:** Dan Carpenter US <dcarpenter@usbgi.com>
**Sent:** Thursday, June 11, 2020 9:43 AM
**To:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>; Dan Carpenter US <dcarpenter@usbgi.com>
**Subject:** Universitas Complaint

**CAUTION - EXTERNAL EMAIL**
This email originated from outside of Green & Sklarz.  DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Jeff:

Pack of lies here....but don't worry.  Important thing is that you and Larry get in touch with Dan LaBelle and please DO NOT let anyone know that I am out of prison.

These people are clueless as to how dangerous this filing is to THEM and I do not want them to know that I am out.  Clearly I have not been served (I am not a party) and Molly has nothing to do with "my" trusts or entities which have not been served either......A first year law student to tear this apart....

I know that you guys understand the "One Satisfaction Rule" so we should ask them to list all of the money they received because that takes care of the Charging Order against CFG with Chatigny in Oct 2015.  See e.g.  Singer v Olympia

Please call Dan LaBelle and let me know what number I should call you at.   I am at 860-573-7770.   Joe Castagno is at 860-408-7000 x 5259.

Thanks,

Dan



Dan LaBelle, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

E labelle@halloransage.com
D 203.222.4303
F 203.227.6992

www.halloransage.com

Confidentiality: The information contained in this e-mail message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution, or copy of this communication other than to the individual or entity named above is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____