UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>*Defendants.* | CASE NO. 3:20-cv-00738-JAM |

## **WITHDRAWAL OF MOTION**

Universitas Education, LLC ("Universitas") moved the Court on October 15, 2021 to compel Grist Mill Partners, LLC ("GMP") to produce discovery within the scope of the Discovery Order. *See* Dkt. #198. GMP subsequently offered to produce the discovery at issue in this motion without court intervention. As such, Universitas hereby withdraws its motion to compel GMP.

Universitas is entitled to attorneys' fees from GMP and its counsel because GMP only offered to produce this discovery after Universitas moved the Court to compel this same discovery. *See* Fed. R. Civ. P. 37(a)(5)(A) (providing that the court "must" require the party whose conduct necessitated the motion and/or their attorney to pay the movant's reasonable expenses incurred in making the motion, including attorneys' fees, when the requested discovery is provided after the motion to compel was filed). Universitas will file a separate motion for attorneys' fees if instructed to do so by the Court.

Dated: October 26, 2021
      Alexandria, VA

PLAINTIFF UNIVERSITAS EDUCATION, LLC

By: /s/ Joseph L. Manson III            /
Joseph L. Manson III

                                          Law Offices of Joseph L. Manson III
                                          600 Cameron Street
                                          Alexandria, VA 22314
                                          Tel. 202-674-1450
                                          Fax 703-340-1642
                                          jmanson@jmansonlaw.com

                                          *Admitted Pro Hac Vice*

                                          *Attorney for Universitas Education, LLC*

## CERTIFICATION

I hereby certify that on October 26, 2021 a copy of foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph L. Manson III