UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>                              *Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>                              *Defendants.* | CASE NO. 3:20-cv-00738-JAM |

## NOTICE

Universitas Education, LLC ("Universitas") is entitled to recover attorneys' fees from Grist Mill Partners, LLC ("GMP") regarding the discovery "dispute" that necessitated Universitas' motion to compel. *See* FED. R. CIV. P. 37(a)(5)(A) (concerning sanctions for discovery produced after motion to compel same discovery); FED. R. CIV. P. 37(b)(2) (concerning sanctions for non-compliance with discovery order). Universitas hereby reserves its right to recover all such fees.

There are additional "disputes" between GMP and Universitas that the parties are attempting to resolve and for which Universitas is entitled to recover attorneys' fees. Universitas intends to file a single application for all fees from all discovery "disputes" upon the resolution of such "disputes," and will incorporate the fees from its motion to compel within this application.

Dated: November 4, 2021
       Alexandria, VA

                                      PLAINTIFF UNIVERSITAS EDUCATION, LLC

                                      By: /s/ Joseph L. Manson III            /
                                      Joseph L. Manson III
                                      Law Offices of Joseph L. Manson III
                                      600 Cameron Street
                                      Alexandria, VA 22314
                                      Tel. 202-674-1450

Fax 703-340-1642
jmanson@jmansonlaw.com

*Admitted Pro Hac Vice*

*Attorney for Universitas Education, LLC*

## CERTIFICATION

I hereby certify that on November 4, 2021 a copy of foregoing notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph L. Manson III