**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| **UNIVERSITAS EDUCATION, LLC** ) | |
| ) | |
| **Plaintiff** ) | **CIVIL ACTION NO.** |
| ) | **3:20-cv-00738-JAM** |
| **vs.** ) | |
| ) | |
| **BENISTAR, et al** ) | |
| ) | **NOVEMBER 24, 2021** |
| **Defendants** ) | |

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE DEFENDANT TRUSTS AND THEIR TRUSTEE

The Defendants, Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trusts, (hereinafter known as "the Defendant Trusts") by and through its undersigned counsel, and in accordance with Fed. R. Civ. P. 7 and L. Civ. R. 7(b), hereby move for an extension of fourteen days to and including December 10, 2021, to respond to Motion for Sanctions (ECF No. 199) filed by the Plaintiff, Universitas Education, LLC. In support thereof undersigned counsel for the Defendant Trusts states the following:

1. On October 6, 2021, a discovery conference was held before the Honorable Robert M. Spector, USMJ. Thereafter, the court ordered that any motions pertaining to issues related to the Defendant Trusts compliance with the Court's July 19, 2021, Discovery Order (ECF No. 162) be filed by the Plaintiff no later than October 15, 2021, and that any response from the Defendant Trusts be filed by October 27, 2021.

2. On October 15, 2021, Plaintiff filed the present Motion for Sanctions. (ECF No. 199). In said motion, Plaintiff's counsel argues that discovery documents at issue "are maintained on a server owned and operated by Benistar Admin Services, Inc. ("BASI"). See *Id*. at 12.

3. Consistent with Plaintiff's belief in its Motion for Sanctions, undersigned counsel has attempted, in good faith, to facilitate BASI's cooperation in complying with the Court's July 19, 2021 Discovery Order.

4. Counsel for both parties and Counsel for BASI conferred, in good faith, on October 27, 2021 in order to resolve or narrow dispute that underlies the Plaintiff's motion.

5. Counsel for the Trusts has obtained possibly responsive discovery from BASI and needs more time to review prior to disclosure.

6. As a result of good faith discussions, the undersigned requests a 14-day extension of time to respond to the Plaintiff's Motion for Sanctions to determine if the discovery dispute can be resolved or narrowed without unnecessary motion practice. Plaintiff's counsel, Ben Chernow, Esq. consents to the extension of time requested by the Defendant Trusts. This is the Defendant Trusts' second request for an extension of time with respect to the aforementioned Motion for Sanctions.

WHEREFORE, the Defendant Trusts respectfully move this Court to grant the within Motion and extend the deadline for the Defendant Trusts to respond to Plaintiff's Motion to for Sanctions for fourteen (14) days to December 10, 2021

Respectfully Submitted
THE DEFENDANTS,

By: _/s/ Grayson Colt Holmes_____
Grayson Colt Holmes
Federal Bar No.: ct30111
Ouellette, Deganis, Gallagher & Grippe LLC
143 Main Street, Cheshire, CT 06410
Phone: (203) 272-1157
Email: gholmes@odglaw.com

## **CERTIFICATION**

I hereby certify that on this 24th day of November, 2021, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Grayson Colt Holmes*
Grayson Colt Holmes
Federal Bar No.: ct03111