# EXHIBIT 11

| | |
|---|---|
| **From:** | Joe Castagno |
| **To:** | Dan Carpenter US |
| **Subject:** | RE: Universitas Complaint Call with Judge |
| **Date:** | Thursday, June 11, 2020 2:35:13 PM |
| **Attachments:** | image001.png |

Nothing bad on Koresko, Molly had just asked me to find the ESOP documents we submitted in that case so we can show Univ that BASI is an ESOP

Joseph Castagno

Benistar Admin Services, Inc.

10 Tower Lane, Suite 100

Avon, CT 06001

860-408-7000 ext. 5259

---

**From:** Molly Carpenter
**Sent:** Thursday, June 11, 2020 11:16 AM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>; Jeffrey Sklarz <jsklarz@gs-lawfirm.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>
**Subject:** RE: Universitas Complaint Call with Judge

Dan LaBelle is representing Molly, Don, BASI, TPG and Moonstone. I think he is hoping you and Larry will take the Carpenter entities. One of them is Grist Mill Partners which was subject of the charging order ... there is a conference with the Magistrate Judge tomorrow.

---

**From:** Dan Carpenter US [mailto:dcarpenter@usbgi.com]
**Sent:** Thursday, June 11, 2020 10:05 AM
**To:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>; Molly Carpenter <mcarpenter@benistar.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>; Dan Carpenter US <dcarpenter@usbgi.com>
**Subject:** Universitas Complaint Call with Judge

Jeff:

Thanks.....but please just call Dan LaBelle and find out what time the call with the Court is tomorrow.......I have not been served and you will be representing the "Dan Carpenter" entities....whatever they are.....We just want to protect Molly and BASI from this baseless harassment trying to extort a nuisance settlement.

I just don't want anyone to know that I am out .....

So please coordinate with Dan LaBelle and let him do all the talking on call with Magistrate and then we can talk tomorrow after call with the Court???

Thanks,

Dan C.

---

**From:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>
**Sent:** Thursday, June 11, 2020 9:46 AM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>
**Subject:** RE: Universitas Complaint

Dan

Can we talk tomorrow at 1 PM?



**Jeffrey M. Sklarz**
Phone: (203) 285-8545 x101
Direct Dial: (203) 361-3135
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

www.gs-lawfirm.com

New Haven Office
One Audubon Street, 3rd Floor, New Haven, CT 06511

Stamford Office
243 Tresser Boulevard, Stamford, CT 06901 | P: (203) 428-4907 | F: (203) 286-1311

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Dan Carpenter US <dcarpenter@usbgi.com>
**Sent:** Thursday, June 11, 2020 9:43 AM
**To:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Joe Castagno <JCastagno@benistar.com>; Dan Carpenter US <dcarpenter@usbgi.com>
**Subject:** Universitas Complaint

**CAUTION - EXTERNAL EMAIL**
**This email originated from outside of Green & Sklarz. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Jeff:

Pack of lies here....but don't worry. Important thing is that you and Larry get in touch with Dan LaBelle and please DO NOT let anyone know that I am out of prison.

These people are clueless as to how dangerous this filing is to THEM and I do not want them to know that I am out. Clearly I have not been served (I am not a party) and Molly has nothing to do with "my" trusts or entities which have not been served either......A first year law student to tear this apart....

I know that you guys understand the "One Satisfaction Rule" so we should ask them to list all of the money they received because that takes care of the Charging Order against CFG with Chatigny in Oct 2015. See e.g. Singer v Olympia

Please call Dan LaBelle and let me know what number I should call you at. I am at 860-573-7770. Joe Castagno is at 860-408-7000 x 5259.

Thanks,

Dan



Dan LaBelle, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

E [labelle@halloransage.com](mailto:labelle@halloransage.com)
D 203.222.4303
F 203.227.6992

[www.halloransage.com](http://www.halloransage.com)

Confidentiality: The information contained in this e-mail message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution, or copy of this communication other than to the individual or entity named above is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit [http://www.symanteccloud.com](http://www.symanteccloud.com)

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

# EXHIBIT 12

| | |
|---|---|
| **From:** | Joe Castagno |
| **To:** | Dan Carpenter US |
| **Subject:** | FW: New Litigation |
| **Date:** | Wednesday, July 29, 2020 5:22:14 PM |
| **Attachments:** | Complaint DConn.PDF |

Joseph Castagno

Benistar Admin Services, Inc.

10 Tower Lane, Suite 100

Avon, CT 06001

860-408-7000 ext. 5259

---

**From:** Molly Carpenter
**Sent:** Tuesday, June 2, 2020 10:45 AM
**To:** Joe Castagno <JCastagno@benistar.com>
**Subject:** FW: New Litigation

Do you mind printing for me? I haven't told Dan yet….figure I will wait until he is home.

---

**From:** LaBelle, Dan E. [mailto:LABELLE@halloransage.com]
**Sent:** Monday, June 1, 2020 11:19 AM
**To:** Molly Carpenter <mcarpenter@benistar.com>; Don Trudeau <dtrudeau@benistar.com>
**Cc:** McGrath Jr., William J. <McGrath@halloransage.com>; Scapellati, Daniel P.
<scapellati@halloransage.com>
**Subject:** New Litigation

Molly and Don, sorry to be the bearer of bad news, but Manson/Universitas has filed a new complaint in the District of Connecticut.  The complaint names you both as individual defendants and several organizational defendants, including BASI.  Because the action is filed in federal court, the action is commenced by filing the complaint with the court.  In the federal system, service of the summons and complaint is made after filing so you may get a visit from a process server in the days ahead.  If Manson elects to use it and we agree, there is also a process which allows for acceptance of service by mail.  Let us know if you are served with process or if you receive a mailing requesting your agreement to service by mail.

I have done a once through reading of the complaint.  It is very sloppy, but it purports to state claims for alter ego liability and constructive trust.

Bill McGrath, Dan Scapellati and I will have a call tomorrow to discuss the complaint and first steps.  (Dan Scapellati is not available today.)  Read through the complaint and collect your comments and questions.  We will set up a call later this week to discuss this development.



Dan LaBelle, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

E [labelle@halloransage.com](mailto:labelle@halloransage.com)
D 203.222.4303
F 203.227.6992

[www.halloransage.com](http://www.halloransage.com)

Confidentiality: The information contained in this e-mail message is intended only for the use of the individual or entity named above and is privileged and confidential. Any dissemination, distribution, or copy of this communication other than to the individual or entity named above is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit [http://www.symanteccloud.com](http://www.symanteccloud.com)

---

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

# EXHIBIT 13

| From: | Dan Carpenter US |
| To: | Molly Carpenter |
| Cc: | "Jeffrey Sklarz (jsklarz@gs-lawfirm.com)"; John R Williams; gholmes@odglaw.com |
| Subject: | Universitas v. GMP - materials for email discovery |
| Date: | Wednesday, August 4, 2021 7:43:37 AM |

Molly:

I think you should run this "overly broad" and "overly burdensome" request by Mike McPherson.  Jeff Sklarz will be objecting, of course, but perhaps it makes sense for Halloran & Sage to officially object with Magistrate Spector since they represent BASI, and he is now in charge of the Contempt Motion against me???  I certainly have no right to ask any of these people to search for anything...much less BASI.

Please remember that we objected to the original requests as "overly burdensome" and now they have gotten worse.  Wayne Bursey died in 2015, Jack Robinson died in 2017, and Matt Westcott left the firm in 2017???   All of the checks from Exhibit 21 are from 2014 and the mythical account had to be set up in late 2013 or January 2014.....Right???  Curaleaf was in the building from June 2014 to January 2020......So I think someone needs to reach out to Magistrate Spector on this.....other than Dan Carpenter.

Thanks,

Dan

---

**From:** Dan Carpenter US <dcarpenter@usbgi.com>
**Sent:** Wednesday, August 4, 2021 7:19 AM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>
**Subject:** Fw: Universitas v. GMP - materials for email discovery

---

**From:** Ben Chernow <bchernow@jmansonlaw.com>
**Sent:** Thursday, July 29, 2021 7:36 PM
**To:** Jeffrey Sklarz <jsklarz@gs-lawfirm.com>
**Cc:** Lawrence Grossman <lgrossman@gs-lawfirm.com>; Joseph Manson <jmanson@jmansonlaw.com>
**Subject:** Universitas v. GMP - materials for email discovery

**CAUTION - EXTERNAL EMAIL**
**This email originated from outside of Green & Sklarz.  DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Jeff and Lawrence,

Pursuant to the discovery order, please find our list of record custodians and search terms for email production below. We apologize for the delay. We are amenable to a corresponding extension to the production deadliine should such an extension prove necessary. The search terms are the same for all custodians.

**<u>Search terms</u>:**

Grist Mill Partners

GMP

GM Partners

Ensign-Bickford

Ensign

100 Grist Mill

Mill Pond

Curaleaf

Lease

Building

"hidden" or "hide" or "conceal" or "protect" or "secure" or "safe"

Rent

Mortgage

Property

Tenant

Landlord

Universitas

"creditor" or "crediter"

"judgment debtor" or "judgment debter" or "debtor" or "debter"

Lawsuit

Suit

Litigation

CFG

Carpenter Financial

Caroline

"charging order" or "order"

"restrain" or "notice" or "restraining notice"

Judgment

Moonstone

Seir Hill

Account

Bank

Transfer

Swain

Alter ego

"shell" or "sham"

"own" or "hold" or "held" or "title" and "new" or "different" or "other"

**Records Custodians:**

Daniel Carpenter

Molly Carpenter

Kathy Kehoe

Amanda Rossi

Joseph Castagno

Benistar Admin Services, Inc. ("BASI") - we request that BASI search its server for emails that otherwise have no current custodian. These emails are emails sent and/or received by Wayne Bursey, Jack Robinson, and/or Matthew Westcott.

# EXHIBIT 14

| | |
|---|---|
| **From:** | Dan Carpenter US |
| **To:** | Joe |
| **Cc:** | Joe Castagno |
| **Subject:** | Re: Judge Underhill Letter Motion Parts One and Two |
| **Date:** | Wednesday, June 23, 2021 7:02:39 AM |

Joe:

Let me know how you are doing with letter....Can you put separate list of Exhibits together???

Thanks

Dan

---

**From:** Joe <jmcastagno@yahoo.com>
**Sent:** Tuesday, June 22, 2021 6:25 PM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>
**Cc:** Joe Castagno <jmcastagno@protonmail.com>; Grayson Holmes <gholmes@odglaw.com>
**Subject:** Re: Judge Underhill Letter Motion Parts One and Two

Hey Dan. I'll work on this and get it back to you tonight. Just got home and gonna have dinner then start!

> On Jun 22, 2021, at 4:01 PM, Dan Carpenter US <dcarpenter@usbgi.com> wrote:
>
>
> Joe:
>
> Very frightening working with Otter.....thought I lost it several times....but please see if you can space out for Colt and get the Exhibits in order....
>
> I will discuss with Colt tomorrow....
>
> Thanks for your help on this....let me know you can "proof" and edit....
>
> Dicted over by Otter Dictation
>
> ---
> **From:** Dan Carpenter US
> **Sent:** Tuesday, June 22, 2021 4:59 PM

**To:** Dan Carpenter US <dcarpenter@usbgi.com>
**Cc:** Joe Castagno <jmcastagno@protonmail.com>; Joe <jmcastagno@yahoo.com>;
Grayson Holmes <gholmes@odglaw.com>
**Subject:** Judge Underhill Letter Motion Parts One and Two

Currently pending before Magistrate Spector is a discovery request for bank records for GMP going back to 2009 period. Apparently magistrate Spector did not review the objection filed by petitioner, with Judge Meyer, which is attached here as Exhibit one period. Similarly, comma, magistrate specter seems to be unaware that Universitas subpoena TD Bank in 2010, and actually sued TD Bank in 2015, allegedly, on behalf of the charter of trust. Period. Judge Scheindlin wrote a very clear and straightforward opinion, in 2015, stating that the money was gone by October of 2009, comma, so that any claim by Universal attacks against anyone after October, 2012 was barred by the statute of limitations. See judge shine Linds 2015 decision attached as Exhibit two period. Similarly, when Universitas brought this very same action in the sdny, comma, Judge Swain, suggested that the court did not have jurisdiction over the action, pursuant to peacock V Thomas. Period. see judge swains March 2020 Order attached as Exhibit three period. In order to circumvent judge Swain, comma, counsel for Universitas brought this current in quotation marks, alter dash ego. Alter Ego actually ignoring the fact, the judge Swain stated enter January 5 comma 2015 decision that alter ego claims could not be brought in the Second Circuit citing a state of Unger VRS calm. Period. Significantly, this is the decision. The judge Meyer relied upon in dismissing the claims against all of the defendants, except gristmill partners as barred by the doctrine of res judicata period. More to the point comma Universitas argued to judge Thompson, 10 years ago that they should not be forced to defend themselves. In Connecticut, as that would be too expensive. Period. See attached as Exhibit four an excerpt filed with Judge Thompson in 2011 explaining that Universitas was a fraudulent charity run by sash Spencer's mistress, dash, which explains why Spencer's widow, comma, Mary Spencer, comma, had no idea that there was $30 million of insurance on her

husband, period. We have since come to learn that not only were the fraudulent applications, filled out by Spencer's agent Bruce Mac this dash. The change of beneficiary forms were all forged by MAC the said his office, the fraudulent actions by MAC this and universe attacks are not necessary for the relief requested in this filing period. New paragraph. A big part of the May 2014 superseding indictment do deals with Petitioner allegedly changing the charter road trust document, comma, and several press releases by the government, suggesting that the petitioner change the charter of trust document to retain 20% for the charter of trust, period. See for example press release from blank blank attached as Exhibit five, and the press release after sentencing attached as Exhibit six period. But we know that this is absolutely not the case and Sharon Siebert comma ensuing Jack Robinson's a state. In September, 2019 stated that they knew the charter of trust was amended in January 2007, comma, but she felt that since that Spencer's insurance policy was applied for in 2006, in parentheses, 15 years ago, and parentheses, that they would be exempt from the 20% hold back, period. Once again, comma, however, comma, for the purpose of this motion dash that is not the point, period. The point is that Miss Siebert specifically references section, 6.01, which is the paragraph that the government allege Petitioner changed in 2000, in June of 2008. After learning of Mr Spencer's death. See the Sharon seabird affidavit of September 2019 attached as Exhibit seven new paragraph. It is because of these lies by the government. And in consistencies in the universe a tough story that Petitioner brought several motions in front of Judge chatni to receive the grand jury transcripts comma. The jencks act 3500 material comma and the notes of the agents, period. Obviously, the Brady comma GenX comma Giglio comma Bagley, comma, and that pool errors in this case will mandate vacating petitioners conviction, as well as the blatant Fourth Amendment violations, comma, but once again, that is not the point of this motion. Period. Petitioner doubts the judge shot and he will prosecute a USA NAWIC for perjury and other crimes, dash, or submit his name to the Office of Professional Responsibility in

parentheses OPR for review. As Judge Nathan did, and USB me jab. We're only one government exhibit was in dispute comma but Petitioner simply wanted access to the grand jury transcripts to discover who told the grand jury. The lie that Petitioner changed the charter of trust document sections 6.01 to keep the 20%?

---

Memo Part Two

New Page. Obviously, the astute reader will come to the conclusion that if Petitioner really controlled everything, and had fraudulent intent in 2008, dash, why change the document at all. If you are planning to steal in quotation marks, steal in quotation marks, the whole $30 million. dollars. Question mark. The mythical 2018 amendment never happened, comma, but instead a USA Novick, strung together unlawfully seized emails from the Grist Mill Road computers to make his case against the medicine man, comma, and we all know what Justice Brandeis had to say about that and his famous quote, concerning the interaction between the Fourth Amendment and the Fifth Amendment and the right to be let alone, period. The fourth and fifth amendment violations in this case are unprecedented. And should lead to a USA Novick being disbarred, which is why petitioners case should be transferred to this court from Judge chatni to be combined with the two search warrant cases, period. But the Universitas charging order case is also in front of Judge chatni period after the clerk's judgment of August 2014, comma, Universitas brought actions and Oklahoma against Avon capital comma, LLC, and got a charging order against carpenter Financial Group, Inc. in Connecticut, which owns 99% of grist mill partners, which owns the property at 100 Grist Mill Road, period. Judge chatni granted that charging order in October of 2015 comma and Universitas sat on its rights because judge Swain, explain that in less gristmill partners, comma, clearly a non judgment debtor, comma, distributed money to cfg, comma, there would be no means to attach those proceeds. Period. Judge Swain made that decision in

2014, in parentheses, seven years ago. And perenne when local law firms Halloran ampersand sage and Robinson, ampersand Cole worked together to get a lease for curaleaf, capital C, you are a capital L, EA F curaleaf at 100 Grist Mill Road, period. Once again, comma, the purpose of this motion is to consolidate the 2015 charging order case that is in front of Judge chatni and the alter ego claims against grist mill partners, that is currently in front of Judge Meyer. With this court, as well as petitioners criminal action, since there is no doubt. Both raids violated the Fourth Amendment, which means petitioners conviction must be vacated and a USA novick's name, referred to the Office of Professional Responsibility.

Period. Not only would this preserve scarce traditional resources in this difficult time of the COVID pandemic, comma, it would finally provide some measure of justice for petitioners family, and the wrongfully maligned. Family and friends of petitioner, because of the clearly illegal actions of a USA Novack very new paragraph. In that regard, comma, a USA Novick has done everything possible to block petitioners access to his grand jury minutes, period. After playing games for several months, comma. The government submitted a copy of emails, stating that they had provided all of the grand jury minutes to petitioners attorneys, period. See exhibit a period. Unfortunately, comma, Petitioner was being detained at the Wyatt Detention Center for his trial, and never saw any of these documents period. But as the Brady dash Jenks violations. In this case were not enough, comma, a USA Novick, ordered attorney Richard Brown, not to release any of the documents to petitioner, period. See letter from attorney Richard Brown attached as Exhibit nine. Period. New paragraph Petitioner came off home confinement. On May, 7 2021. And the very next week, visited attorney Brown's office to discover who told the lie that petitioner, had altered the charter rope trust documents to steal the sash Spencer proceeds from the fraudulent charity to buy the Rhode Island beach house. Period. New paragraph. But what immediately jumped out of the grand jury transcripts to petitioner, was that agent, Lynn Allen testified before

the grand jury, under oath, that she had interviewed sash Spencer's right hand man, comma, Patrick donahey, de ONAGHY, and he stated that Spencer only took out the policies, because he was going to sell them for a couple of million dollars profit to someone else, period. Petitioner actually testified to that same story in front of Judge Swain, that petitioner, comma, Wayne bearsy calm and Jack Robinson had discovered that Spencer's broker. Bruce Mac this had made a deal with Don Trudeau, to sell the Spencer policies for $1.8 million. Period. Judge Swain stated in several of her opinions, dated in 2013 and 2014 that she found petitioners testimony on this subject. Concerning the potential sale of the Spencer policies to Don Trudeau for 1,800,000 to be totally incredible period. Now agent Lynn Allen. And Patrick Donahoe he's FBI 302 report back Petitioner story up

period. New paragraph. Why was that the petitioner could not show judge Swain the documentation that showed the charter of trust owed over $60 million to grist mill capital. At the time that Wayne Bersih paid the money from the charter of trust the grist mill capital in 2009, which is the basis for Judge swains fraudulent conveyance rulings in 2014, period. New paragraph. The simple answer is that the IRS unlawfully stole gristmill capital's property in April of 2010, and an on lawful search and seizure, comma, and then a USA Novick, arranged to seize those very same boxes as part of the unlawful raid on 100 Grist Mill Road in May 26 2011 period. At no time did Petitioner know of a USA novick's Secret subpoena, because he asked the law firm. How are an ampersand sage, not to tell anyone about the subpoena, because an investigation was ongoing period. Needless to say, this was exactly the same conduct that Justice Holmes criticized in deplored in the landmark case of Silverthorne lumber period attached as exhibit 10 Is Wayne bursaries affidavit, supporting his emergency motion for the return of Charter Oak trust and gristmills capital's property and boxes, period, as this Court realizes, comma, those are the very same boxes that are still at the center of the rule 41 G dispute in this court, period. They have yet to

be returned camo, years after Mr Bersih is filing in front of Judge Cavallo. In 2010, period. Wayne Bersih died in March of 2015 and Jack Robinson died in 2017, dash, so only Petitioner capital P is left to fight against the IRS and do well for these for the return of the property, illegally seized. Very well, Mr Bersih, talks about the loss of a $2 billion deal with a German pension plan, comma, please pay special attention to Mr Bearss less thing in the boxes that he wants return. See exhibit nine or 10 paragraph. So Joe, whichever the exhibit number is now, and the paragraph. Wayne mercies. I think it's exhibit 10 Wayne Mercy's affidavit in support of the emergency motion. Period. New paragraph. This list of boxes, is the exact same list of boxes that a USA Novick seized with his secret subpoena, which Petitioner never saw, and which is attached as exhibit 11 Needless to say these boxes are the missing boxes at the center of the current dispute with the IRS and do well on this court. See for example, docket number, and us are in carpenter V kind of spinning and Carpenter, V showman and carpenter VL. Period. More to the point comma. While Universitas is telling magistrate Specter, they need more banking information

in 2021 comma. They subpoenaed bank records from TD Bank in 2010, and from JP Morgan in 2013. They received by boxes of information from both TD Bank and JP Morgan Chase, with a listing of all accounts and balances. Additionally, Universitas worked with a USA Novick, to deny petitioners bail. In January, 2014, suggesting that they had ownership of all of Mr carpenters properties, including his wife's home, comma, until magistrate Martinez told a USA Novick, to sit down, period. Now Universitas is back in 2021, telling the big lie in quotation marks, capital B, big capital L lie in quotation marks to try and seize petitioners daughter's house in a new motion in front of Judge Meyer, period. The claims by Universitas are not just untimely comma, they're absolutely false. This is one big fraud on the court that was created by Universitas in conjunction with a USA Novack period. Not only should gristmill capital's property be returned immediately, comma, this Court should order the release of

petitioner, Grand Jury transcripts. So that Petitioner can send a detailed report to judge Swain, that Petitioner was telling the truth, the entire time, dash, as well as filing a rule 60 B five, that the claims against all of the judgment debtors. Were not just unfounded. But the debt has been paid. As Universitas has received a massive unjust enrichment of over $22 million of over $22 million. Period. Furthermore, comma, the simple answer to the question is why does petitioner and gristmill partner does not have access to any of their banking records, is because the government of the IRS, comma, the DLL and a USA Novick, are still illegally holding on to the same boxes that were seized in the unlawful raid of April, 20 2010 period. Next paragraph. Therefore, comma, in the interest of justice comma Petitioner respectfully ask that Your Honor have a heart dash to that heart talk with both judge chatni and judge Meyer. To have all cases involving petitioner or 100 gristmill road be transferred to this court, Dash, or at the very least, that have the charging order, capital C, capital O, have the charging order in front of Judge chatni transferred to judge Meyer, so that all of these untimely claims can be summarily dealt with period Petitioner would also request that this court order. Petitioners Grand Jury transcripts to be released to petitioner, and that this Court order the immediate release of all property of grist mill, partners, and grist mill capital that is already being demanded by petitioners rule 41 G. Come along with any other remedies. This court deems proper. In the interest of justice. Joe, do the classic. Respectfully submitted. Daniel Lee carpenter Petitioner pro se. Thank you and have notes.

You

Transcribed by https://otter.ai

# EXHIBIT 15



771974824523 ✏️

  

# Delivered
## Wednesday 11/04/2020 at 9:56 am



**DELIVERED**

Signed for by: P.JELANI



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| Joseph Castagno | Daniel Patrick Moynihan |
| 10 Tower Lane | Hon. Judge Laura T. Swain |
| Suite 100 | United States Courthouse |
| AVON, CT US 06001 | 500 Pearl Street |
| 860 408-7000 | NEW YORK, NY US 10007 |
| | 212 805-0424 |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 771974824523 | FedEx Priority Overnight | 1 lbs / 0.45 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Mailroom | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **PACKAGING** |
| 1 lbs / 0.45 kgs | Shipper | FedEx Envelope |
| **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** ❓ | **SHIP DATE** ❓ |
| Deliver Weekday | 11/04/2020 by 10:30 am | Tue 11/03/2020 |
| **ACTUAL DELIVERY** | | |
| Wed 11/04/2020 9:56 am | | |

## Travel History

Local Scan Time

**Wednesday , 11/04/2020**

| 9:56 am | NEW YORK CITY, NY | Delivered |
|---|---|---|

# EXHIBIT
# 16

Case 3:20-cv-00738-JAM Document 221-2 Filed 01/05/22 Page 25 of 46
Case 3:13-cr-00226-RNC Document 436 Filed 04/24/18 Page 1 of 202
Vol. I, Page 1

1                    UNITED STATES DISTRICT COURT

2
                   FOR THE DISTRICT OF CONNECTICUT
3

4

5    - - - - - - - - - - - - - - - x
                                   :
6    UNITED STATES OF AMERICA      :  No.  3:13CR226(RNC)
                                   :
7            vs.                   :
                                   :
8    DANIEL CARPENTER, ET AL,      :
                                   :  HARTFORD, CONNECTICUT
9                  Defendants.     :  February 16, 2016
                                   :
10   - - - - - - - - - - - - - - - x

11

12
                         BENCH TRIAL
13                       VOLUME I

14

15

16       BEFORE:

17              HON. ROBERT N. CHATIGNY, U.S.D.J.

18

19

20

21

22

23

24                              Darlene A. Warner, RDR-CRR
                                Official Court Reporter
25

Case 3:20-cv-00738-JAM Document 221-2 Filed 01/05/22 Page 26 of 46
Case 3:13-cr-00226-RNC Document 436 Filed 04/24/18 Page 3 of 202
Vol. I, Page 3

1

2                        TABLE OF CONTENTS

3

4    WITNESS              DIRECT   CROSS   REDIRECT   RECROSS

5

6

7    STEFAN JOHN CHERNESKI

8     BY MR. NOVICK:       63

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:20-cv-00738-JAM   Document 221-2   Filed 01/05/22   Page 27 of 46
Case 3:13-cv-00728-RNC   Document 436-2   Filed 04/24/15   Page 63 of 202
Vol. I, Page 63

```
 1

 2                        STEFAN JOHN CHERNESKI,

 3          called as a witness, having been first duly

 4          sworn or affirmed, was examined and testified as

 5          follows:

 6

 7              THE CLERK:  Please be seated.

 8              Please state your name and spell your last name

 9   for the record.

10              THE WITNESS:  Stefan John Cherneski,

11   C-H-E-R-N-E-S-K-I.

12              THE CLERK:  Your business address, please?

13              THE WITNESS:  Six Talcott Forest Road, Suite C,

14   in Farmington, Connecticut 06032.

15              THE CLERK:  Thank you.  Please be seated.

16

17                      DIRECT EXAMINATION

18   BY MR. NOVICK:

19   Q.   Mr. Cherneski, where are you from originally?

20   A.   Canada originally.

21   Q.   How long have you lived in Connecticut?

22   A.   Approximately going on 18 years.

23   Q.   Can you briefly tell the judge what brought you to

24   Connecticut?

25   A.   I used to play professional hockey, and it made me
```

Case 3:20-cv-00738-JAM Document 284-2 Filed 01/05/22 Page 28 of 46
Case 3:19-cv-00228-RNC Document 436-2 Filed 04/24/19 Page 214 of 202

Vol. I, Page 114

1          THE COURT:  I'll speak with the court reporter

2   privately.

3          We'll be in recess.

4              (Whereupon, a recess followed)

5          THE COURT:  All set?

6   BY MR. NOVICK:

7   Q.   Okay.  Mr. Cherneski, when we had last -- when we

8   broke, we had just looked at Exhibit 2043, and now I am

9   directing you to Exhibit 2123.  That's tab 6 in your

10  binder.

11      Do you see that in front of you?

12  A.   Yes, I do.

13  Q.   What is this, first of all?

14  A.   An email from myself to Charlie Induddi, dated

15  Wednesday, May 14, 2008.

16  Q.   Is it responding to some earlier emails as well?

17  A.   Yes, it is.

18          MR. NOVICK:  Your Honor, at this time I would

19  offer Exhibit 2123.

20          MR. BROWN:  Can I have a moment, Your Honor?

21          THE COURT:  Yes.

22              (Pause)

23          MR. GUARNIERI:  No objection, Your Honor.

24          THE COURT:  Thank you.  It will be admitted.

25

Case 3:20-cv-00738-JAM  Document 221-2  Filed 01/05/22  Page 29 of 46
Case 3:19-cv-00228-RNC  Document 436-2  Filed 04/24/19  Page 115 of 202

Vol. I, Page 115

1    BY MR. NOVICK:

2    Q.   Let's look at the bottom of the email, the original

3    email, where it says -- first, at the bottom of page 1,

4    can you tell us who it is from and to?

5    A.   From Pacific Life to myself.

6    Q.   And it says, "Stefan rexis"; what does that mean?

7    A.   That's one of the email domains that I have over at

8    100 Grist Mill Road.

9    Q.   What does rexis stand for?

10   A.   That's for Rex Insurance.  It's a general agency

11   that's located at 100 Grist Mill Road.

12   Q.   One of the companies you referenced earlier?

13   A.   Yes.

14   Q.   And did you have several domains at 100 Grist Mill

15   Road?

16   A.   I did.

17   Q.   What's the subject of this email?

18   A.   "ADU Reporter, Forward:  Shed Light on the Definition

19   of Insurable Interest and Wager Contract."

20   Q.   Is it forwarding, again, some sort of synopsis or

21   article related to a court case?

22   A.   It is.

23   Q.   Can you read on the second page of the document where

24   it says, "Summary"?

25   A.   Yes.

Case 3:20-cv-00738-JAM Document 221-2 Filed 01/05/22 Page 30 of 46
Case 3:19-cv-00228-RNC Document 436-2 Filed 04/24/19 Page 118 of 202
Vol. I, Page 116

1          "A U.S. District Court in Ohio held, in William T.

2     Wuliger v. Manufacturer's Life Insurance Company, that

3     even insurance policies taken out on the lives of the

4     policy owners themselves will lack an insurable interest

5     if the owners intended to assign their policies at issue.

6     In Wuliger, several individuals took out life policies on

7     their own lives with the intention of transferring their

8     policies to a company in exchange for a fee.  The company

9     then marketed those contracts to investors who thought

10    they were investing money in life settlements.  The court

11    held that the policies were equivalent to wagering

12    contracts and, therefore, void and subject to recession."

13    Q.   Let's go back to page 1.

14         Did you forward that email?

15    A.   I did.

16    Q.   To whom?

17    A.   I forwarded it to Guy Neumann, Dan Carpenter, Don

18    Trudeau, Wayne Bursey, Kevin Slattery, Ron Lanza,

19    Ed Waesche, Charlie Induddi, Jack Robinson, and Rich

20    Belding.

21    Q.   I don't think you've mentioned the name Kevin

22    Slattery.

23         Who is that?

24    A.   Kevin was another individual who worked at 100 Grist

25    Mill Road, in a similar capacity to me.

Case 3:20-cv-00738-JAM  Document 281-2  Filed 01/05/22  Page 31 of 46
Case 3:19-cv-00228-RNC  Document 436-2  Filed 04/24/19  Page 171 of 202

Vol. I, Page 117

1   Q.   It says, "Kevin U.S.," what is that?

2   A.   That stands for U.S. Benefits, which is another email

3   domain we used.

4   Q.   Was it another company there as well?

5   A.   Yes, it was.

6   Q.   And next to -- Ron, who is Ron?

7   A.   That's Ron Lanza.

8   Q.   The individual you mentioned earlier?

9   A.   Yes.

10  Q.   And it says BPA, what's that?

11  A.   Benefit Plan Advisers.

12  Q.   And is that another one of the companies you

13  referenced earlier?

14  A.   Yes.

15  Q.   Did Charlie Induddi respond to your forward?

16  A.   He did.

17  Q.   What did he say?

18  A.   He responded:  "Does that mean ACE work or COT?"

19  Q.   Do you remember what ACE was?

20  A.   American Charitable Endowment Trust.

21  Q.   Do you know what that was?

22  A.   It was a similar trust to Charter Oak that was made

23  for charities.

24  Q.   But the intent was the same?

25  A.   Correct.

# EXHIBIT 17

| | |
|---|---|
| **From:** | Dan Carpenter US <dcarpenter@usbgi.com> |
| **Sent:** | Friday, November 12, 2021 1:40 PM |
| **To:** | Jessica White; Jeff Sandberg |
| **Cc:** | McVay, Melvin R.; Ketter, Clayton D.; Dan Carpenter US; Christie Reid |
| **Subject:** | SDM Legal Status |

> **CAUTION:** This email originated from outside Phillips Murrah's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.

Jessica:

No worries....Please let me clarify and explain SDM's legal status to your attorneys so they can get in touch with Jeff Sandberg today.

I am the Chairman of Caroline Financial Group, Inc which is the Managing Member of SDM Holdings, LLC which is a Connecticut registered and domiciled LLC that is owned by Caroline and five trusts.  Avon Capital Wyoming has been defunct for more than five years and since Tom Moran sued Don Trudeau ten years ago...Avon Wyoming has had nothing to do with SDM.  See if your attorneys remember that lawsuit.

I notice that SDM has been paying for your attorneys as well as our fees.  Please have Christie get a Certified check for $450,000 today from Kirkpatrick bank today and Fed-Ex it to Kathy Kehoe's address in Avon CT.  I think you know the address.  And I do mean today.

Your attorneys should have done a better job researching who owns SDM and we will hold ASG responsible for ALL $21,000,000 of the policies under your management or should I say your gross mismanagement???

I am both surprised and disappointed that you did not consult us on this situation,  and you have breached your contract with us and we intend to hold you liable for every penny of losses caused by your incompetence and failure to notify us immediately of some interloper coming in saying he has control over SDM. Please tell your attorneys to read the Order in your files appointing the Receiver.....It is only for assets of Avon Wyoming which has been defunct for years.  SDM Connecticut was NEVER owned by Avon Wyoming.

Please have your attorneys feel free to contact me or Jeff Sandberg at their earliest convenience...but please tell Christie to get to the Bank immediately and cut that check to Kathy Kehoe and then we will talk about refunding the attorney fees that you arbitrarily charged our account next week.

I hope that makes clear to you the official "Legal Status" of SDM.  SDM Holdings, LLC is a Connecticut LLC that has never been owned by Avon Wyoming. please have your high-priced attorneys check that out.  (You know the old-fashioned way---Like checking the CT Secretary of State's office on the Computer).  Check the incorporation date of SDM Holdings LLC with the date of the Judge's ruling recognizing that Avon Wyoming was long dead and defunct.   Very embarrassing.  We will be asking for ALL of the attorneys' fees paid unlawfully from SDM's account to be returned.

Please govern yourselves accordingly,

EXHIBIT
3

Daniel Carpenter
Chairman of the Managing Member of SDM Holdings, LLC

---

**From:** Jessica White <jwhite@asgllc.us>
**Sent:** Wednesday, November 10, 2021 12:30 PM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>
**Cc:** Mel McVay <mrmcvay@phillipsmurrah.com>; Ketter, Clayton D. <cdketter@phillipsmurrah.com>
**Subject:** RE: October 2021 Bank Statement

Hi Dan!

I hope you are well. I apologize for the delay.

Due to the current legal status of SDM, it is ASG's standard practice to include their attorney's on all correspondence.

Kind regards,

*Jessica White*



Director of policy Analysis and Servicing
521 W. Wilshire Blvd., Suite 140
Oklahoma City, OK  73116
OKC Office:  405-753-9100 ext. 145
Discover Real Value

*This email communication and any attached files, may contain material that is protected, proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this communication or taking any action based on the contents of this communication. If you have received this communication in error, please immediately notify the sender by replying to this email, then delete the original message and any attachments.*

---

**From:** Dan Carpenter US [mailto:dcarpenter@usbgi.com]
**Sent:** Tuesday, November 9, 2021 11:01 AM
**To:** Jessica White <jwhite@asgllc.us>
**Subject:** October 2021 Bank Statement

Jessica:

Who are these attorneys on the SDM Bank Statement email....and why are they there...???  Is this a mistake or am I missing something....???

Appreciate it...

Thanks,

Dan

---

**From:** Jessica White <jwhite@asgllc.us>
**Sent:** Monday, November 8, 2021 12:48 PM
**To:** dist-sdm <dist-sdm@asgllc.us>
**Cc:** Mel McVay <mrmcvay@phillipsmurrah.com>; Ketter, Clayton D. <cdketter@phillipsmurrah.com>
**Subject:** October 2021 Bank Statement

Good Day!

I have uploaded the October 2021 Bank Statements to your Client Portal. https://portal.asgllc.us/

Once reviewed, please let me know if you have any questions or need additional information.

Thank you!


*Jessica White*



521 W. Wilshire Blvd., Suite 140
Oklahoma City, OK  73116
OKC Office:  405-753-9100 ext. 145
Discover Real Value

*This email communication and any attached files, may contain material that is protected, proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this communication or taking any action based on the contents of this communication. If you have received this communication in error, please immediately notify the sender by replying to this email, then delete the original message and any attachments.*

3

# EXHIBIT 18

| | |
|---|---|
| **From:** | Kathy Kehoe |
| **Sent:** | Tuesday, March 13, 2007 10:32 AM |
| **To:** | Daniel E. Carpenter |
| **Subject:** | RE: |

Will do...

Kathy

---

**From:** Daniel E. Carpenter
**Sent:** Tuesday, March 13, 2007 10:30 AM
**To:** Kathy Kehoe
**Cc:** Molly Carpenter
**Subject:** RE:

Show them to me first...thanks

---

**From:** Kathy Kehoe
**Sent:** Tuesday, March 13, 2007 10:29 AM
**To:** Daniel E. Carpenter
**Cc:** Molly Carpenter
**Subject:**

Dan,

I will be running over to Wayne's today to obtain original signatures on Charter Oak Trust apps along with Ken Evanison cases.

Kathy

*Kathy Kehoe, Plan Administrator*
*100 Grist Mill Rd.*
*Simsbury, Ct. 06070*
*860/408-7000 ext. 241*

1

NOVA013206

UNIV_AAA 00052794

# EXHIBIT 19

---

**From:** Kathy Kehoe
**Sent:** Wednesday, February 06, 2008 4:41 PM
**To:** Daniel E. Carpenter
**Cc:** Rich Belding
**Subject:** Dr. Susan Cohen

Dan,

Rich just called me and is on the road but wanted me to send you this e-mail regarding his conversation with Dr. Cohen.

Rich asked her for the premium that is due for $29,000 and said he would fax over the lapse notice so she could see the required premium that Mass Mutual is requesting.  Rich reminded her that she has not paid a premium in several years to which she agreed.  She stated "that the only money that I am responsible for is the annual admin fee.  Dan put me in a special trust and in that trust I am not responsible for premiums".  It is very complicated but all I pay is the yearly admin fee.  "If you have any questions, please talk to Dan".

Please advise?  Thank you, Kathy

*Kathy Kehoe / Manager Admin Services*
*Benefit Plan Administrator*
*100 Grist Mill Rd.*
*Simsbury, Ct. 06070*
*860/408/7000 ext. 241*
*860/408/7030 (fax)*

4

NOVA013202

UNIV_AAA 00052790

# EXHIBIT 20

4/9/13 at 10:56:09.61

Page: 1

# MOONSTONE PARTNERS, LLC
## Cash Receipts Journal
### For the Period From Jan 1, 2009 to Apr 30, 2013

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Date | Account ID | Transaction Ref | Line Description | Debit Amnt | Credit Amnt |
|------|-----------|-----------------|------------------|-----------|-------------|
| 5/27/09 | 40000 | 527 | | | 60,000.00 |
| | 10000 | | GRIST MILL PARTNERS | 60,000.00 | |
| 6/16/09 | 40000 | 616 | | | 425,000.00 |
| | 10000 | | DEPOSIT | 425,000.00 | |
| 7/15/09 | 40000 | 715 | | | 1,100,000.00 |
| | 10000 | | DEPOSIT | 1,100,000.00 | |
| 7/17/09 | 40000 | 717 | | | 6,729.50 |
| | 10000 | | DEPOSIT | 6,729.50 | |
| 6/22/10 | 27000 | 62210 | | | 50.00 |
| | 00010 | | CARPENTER FINANCIAL GROUP | 50.00 | |
| 6/30/10 | 39004 | 063010 | | | 10,000.00 |
| | 00010 | | CAROLINE FINANCIAL GROUP | 10,000.00 | |
| 7/21/10 | 27000 | 10017 | | | 10,000.00 |
| | 00010 | | CARPENTER FINANCIAL GROUP | 10,000.00 | |
| 9/8/10 | 39003 | 090810 | | | 40,000.00 |
| | 00010 | | MOLLY CARPENTER | 40,000.00 | |
| 9/30/10 | 39003 | 09302010 | | | 4,000.00 |
| | 00010 | | MOLLY CARPENTER | 4,000.00 | |
| 11/18/10 | 39003 | 11182010 | | | 5,000.00 |
| | 00010 | | MOLLY CARPENTER | 5,000.00 | |
| 12/13/10 | 39003 | 12132010 | | | 25.00 |
| | 10002 | | MOLLY CARPENTER | 25.00 | |
| 12/20/10 | 27000 | 12202010 | | | 10,000.00 |
| | 10002 | | CARPENTER FINANCIAL GROUP | 10,000.00 | |
| 12/21/10 | 00010 | 0000578880 | | | 2,192.95 |
| | 10002 | | MOONSTONE PARTNERS, LLC | 2,192.95 | |
| 1/27/11 | 27000 | 01262011 | | | 10,000.00 |
| | 10002 | | MOONSTONE PARTNERS, LLC | 10,000.00 | |
| 6/22/11 | 27000 | 06222011 | | | 7,000.00 |
| | 10002 | | CARPENTER FINANCIAL GROUP | 7,000.00 | |
| 7/21/11 | 40000 | 07212011 | **Employee Names** | | 5,000.00 |
| | 40000 | | **REDACTED** | | 5,000.00 |
| | 40000 | | | | 5,000.00 |
| | 40000 | | | | 5,000.00 |
| | 40000 | | | | 5,000.00 |
| | 10002 | | CARPENTER FINANCIAL GROUP | 25,000.00 | |
| 8/12/11 | 27000 | 08122011 | | | 5,000.00 |
| | 10002 | | CARPENTER FINANCIAL GROUP | 5,000.00 | |
| 9/14/11 | 39003 | 9-14 | | | 2,000.00 |
| | 10002 | | MOLLY CARPENTER | 2,000.00 | |

UNIV_CT - 001128

JLM023771

# MOONSTONE PARTNERS, LLC
## Cash Receipts Journal
### For the Period From Jan 1, 2009 to Apr 30, 2013

Filter Criteria includes: Report order is by Check Date. Report is printed in Detail Format.

| Date | Account ID | Transaction Ref | Line Description | Debit Amnt | Credit Amnt |
|------|------------|-----------------|------------------|-----------:|------------:|
| 9/28/11 | 39003<br>10002 | 9-28 | MOLLY CARPENTER | 2,000.00 | 2,000.00 |
| 10/12/11 | 39003<br>10002 | 10-12 | MOLLY CARPENTER | 1,000.00 | 1,000.00 |
| 11/29/11 | 39003<br>10002 | 11-29 | MOLLY CARPENTER | 2,000.00 | 2,000.00 |
| 12/22/11 | 39003<br>10002 | 12-22 | MOLLY CARPENTER | 2,000.00 | 2,000.00 |
| 12/28/11 | 39003<br>10002 | 12-28 | MOLLY | 500.00 | 500.00 |
| 1/6/12 | 39003<br>10002 | MOLLY | MOLLY | 15,000.00 | 15,000.00 |
| 4/9/12 | 27000<br>10002 | 050912 | CARPENTER FINANCIAL GROUP | 1,000.00 | 1,000.00 |
| 4/27/12 | 39003<br>10002 | 10053 | MOLLY CARPENTER | 4,000.00 | 4,000.00 |
| 5/24/12 | 40000<br>10002 | 5-24 | CAROLINE FINANCIAL GROUP | 10,000.00 | 10,000.00 |
| 7/3/12 | 39003<br>10002 | 070312 | MOLLY CARPENTER | 4,000.00 | 4,000.00 |
| 7/13/12 | 39003<br>10002 | 07132012 | MOLLY CARPENTER | 1,000.00 | 1,000.00 |
| 7/31/12 | 39003<br>10002 | 07272012 | MOLLY CARPENTER | 5,000.00 | 5,000.00 |
| 8/23/12 | 39003<br>10002 | 82312 | MOLLY CARPENTER | 20,000.00 | 20,000.00 |
| 11/1/12 | 40000<br>10002 | 110112 | USB GROUP, INC. | 5,000.00 | 5,000.00 |
| 11/7/12 | 40000<br>10002 | 110712 | USB GROUP, INC. | 5,000.00 | 5,000.00 |
| 11/7/12 | 40000<br>10002 | 110712-2 | USB GROUP, INC. | 5,000.00 | 5,000.00 |
| 11/26/12 | 40000<br>10002 | 112612 | MOONSTONE PARTNERS, LLC | 2,000.00 | 2,000.00 |
| 1/1/13 | 40000<br>10002 | 01232013 | MOONSTONE PARTNERS, LLC | 3.33 | 3.33 |
| 2/8/13 | 40000<br>10002 | 997000208053212 | MOONSTONE PARTNERS, LLC | 10,000.00 | 10,000.00 |
| | | | | 1,816,500.78 | 1,816,500.78 |

JLM023772

# EXHIBIT 21

UNIVERSITAS EDUCATION v. BENISTAR                    August 6, 2021

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
--------------------------x
UNIVERSITAS EDUCATION, LLC,:
                          :
         Plaintiff        :
                          :
    -versus-              :CASE NO.
                          :3:20-CV-00738-JAM
BENISTAR, ET AL,          :
                          :
         Defendants       :
--------------------------x
```

Deposition of DANIEL CARPENTER, taken pursuant to

Federal Rules of Civil Procedure 30 and 45, held

at the law offices of BARCLAY DAMON, 545 Long

Wharf Drive, Ninth Floor, New Haven, Connecticut,

before Julia Flynn Cashman, RPR, CSR 250 and

Notary Public in and for the State of Connecticut,

on August 6, 2021, at 10:00 a.m.

Electronically signed by JULIA CASHMAN (601-228-566-4085)                    565aaa92-7fbe-4f48-beb2-1b3dd438fb28

UNIVERSITAS EDUCATION v. BENISTAR                    August 6, 2021

Page 68

1    says that all proceeds go to charity.  Do you

2    recall that?

3        A. Yes.

4        Q. What charity received any money from the

5    publication of that book or any other book?

6        A. The charities that I was going to was use it

7    to fund for the defense of people who were in

8    prison.  But it was not a best seller and there

9    really wasn't much money that was donated to

10   anyone.

11       Q. How much money was generated by the

12   "AmerWrecka" publication?

13       A. I don't think it even covered its costs.

14       Q. So there were no distributions to the

15   charities despite your best intentions?

16       A. Correct.

17       Q. Did anyone besides yourself have any

18   responsibilities at Gryphon Publishing Group?

19       A. What do you mean by "responsibilities"?

20       Q. Well, were there any employees of Gryphon

21   Publishing Group?

22       A. No.

23       Q. What is the total face amount of life

24   insurance on your life that's in existence today?

25       A. I believe it's about 26 million.

Sanders, Gale & Russell
(203) 624-4157

Electronically signed by JULIA CASHMAN (601-228-566-4085)                    565aaa92-7fbe-4f48-beb2-1b3dd438fb28

UNIVERSITAS EDUCATION v. BENISTAR                    August 6, 2021

Page 69

1       Q. How much of that is term?

2       A. I don't believe -- I can't remember when I

3   had term.  So all of it is some type of permanent

4   insurance.  So it's universal life -- universal

5   life, equity-indexed UL or whole life.

6       Q. What is the cash value of the 26 million?

7       A. I wouldn't know.  But the policies have been

8   financing themselves for about 10 years, so I'm

9   going to say that there's very little cash value.

10      Q. And by financing themselves, you mean that

11  the dividends are applied to the premiums?

12      A. Yes.  And the cash value is used to pay the

13  premiums.

14      Q. Who are the beneficiaries of the policies?

15      A. I believe my wife and family trust.

16      Q. Did you ever have any discussions with Jack

17  Robinson about the insurance policies on Jack's

18  life?

19      A. With Jack personally?

20      Q. Yes.

21      A. Never.

22      Q. What about any representative with respect

23  to insurance on Jack's life, any insurance

24  representative?

25      A. At Jack's funeral, I met a woman who was a

Sanders, Gale & Russell
(203) 624-4157