# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC )<br><br>Plaintiff )<br><br>vs. )<br><br>BENISTAR, et al )<br><br>Defendants ) | CIVIL ACTION NO.<br>3:20-cv-00738-JAM<br><br><br>AUGUST 18, 2021 |

**Defendants Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable
Trust, Avon Charitable Trust, and Carpenter Charitable Trusts
Discovery Certification**

I, Daniel Carpenter, hereby certify the following under penalty of perjury:

1. I am a knowledgeable person capable of responding to discovery on behalf of Alliance
   Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable
   Trust, and Carpenter Charitable Trusts.

2. I have reviewed Plaintiff's First Set of Interrogatories and Requests for Production for
   each of the Defendant Trusts. The responses thereto filed on behalf of the Defendant
   Trusts are true and accurate to the best of my knowledge and belief.

3. I have reviewed the Court's Discovery Order and in consultation with counsel, Alliance
   Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable
   Trust, and Carpenter Charitable Trusts have made the attached supplemental
   interrogatory and production responses served contemporaneously herewith

4. I made a diligent inquiry to seek documents responsive to the discovery requests and
   production requests.

Date: _Aug 18 2021_                    _Daniel E Carpenter_
                                       Daniel Carpenter

# EXHIBIT 2

```
Content-Disposition: inline
Content-Transfer-Encoding: 8bit
Content-Type: text/plain; charset="iso-8859-1"
Mime-Version: 1.0
Thread-Index: Acm3nDVe8C6jAIu5RVytY8QIL9Tekg==
Thread-Topic: Thank You for Enrolling in Online Banking
Received: from vadmzmailmx04.bankofamerica.com ([171.159.192.80]) by
benistar03.benistar.com with Microsoft SMTPSVC(6.0.3790.3959);
        Tue, 7 Apr 2009 12:16:29 -0400
Received: from vadmzmailmx03.bankofamerica.com ([171.182.200.79])
        by vadmzmailmx04.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37GGS82005388
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 16:16:28 GMT
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=bankofamerica.com;
        s=corp1; t=1239120988;
        bh=7c9o/lOpSOoAXaX/PE5AL64Yf7o6dKTOnMK+lY3U4fY=;
        h=Date:From:Subject:To:Reply-to:Message-id:
         Content-transfer-encoding;
        b=rPrm/B79ADV10deUPFyKO8WepAHcgHqRNKsXs4HYO3Fh3whOkYPDMkfU7VM7emap/
         wHzynNHd4Enn0sVTVNJymgmwgilqUIoMofFugSkzRt6dKFhDZFO4dvwOAuEBCtCuGz
         /L72+NTY4pncqwCCl1uIvP0OZ2p9sT0lLrJ1Xfi8=
Received: from memva2mta02.bankofamerica.com (memva2mta02.bankofamerica.com
[171.186.140.77])
        by vadmzmailmx03.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37GGGG3007357
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 16:16:28 GMT
Date: Tue, 07 Apr 2009 09:15:55 -0800
From: Bank of America Online Banking <Jiba.Emailadmin@BankofAmerica.com>
Subject: Thank You for Enrolling in Online Banking
To: dcarpenter@usbenefitsnetwork.com
Reply-to: Bank of America Online Banking <sbcustservice@BankofAmerica.com>
Message-id: <200904071616.n37GGLqu024678@ibd.bankofamerica.com>
X-Proofpoint-Virus-Version: vendor=fsecure engine=1.12.7400:2.4.4,1.2.40,4.0.166
definitions=2009-04-07_07:2009-04-02,2009-04-07,2009-04-07 signatures=0
Return-Path: Jiba.Emailadmin@BankofAmerica.com
X-OriginalArrivalTime: 07 Apr 2009 16:16:29.0491 (UTC)
FILETIME=[355E1830:01C9B79C]
```

Dear  ,

Welcome to Online Banking from Bank of America.  Your Online ID is phoenixcrt.
Please print and retain a copy of this for your records.  Your temporary
passcode will be mailed to your account address within 5 - 7 business days. Upon
receipt, visit www.bankofamerica.com, enter your Online ID, click "Sign In,"
follow the steps to complete your enrollment, establish your permanent passcode,
and create your SiteKey, a personalized security feature.

Questions?  Call [1.800.933.6262].  Customer service associates are available
Monday through Friday from 7 a.m. to 10 p.m.; Saturday and Sunday from 8 a.m. to
5 p.m.

Regards,

Bank of America Online Banking

```
Content-Disposition: inline
Content-Transfer-Encoding: 8bit
Content-Type: text/plain; charset="iso-8859-1"
Mime-Version: 1.0
Thread-Index: Acm3mZax4DtV7/3VSreDLSdnb0Z98g==
Thread-Topic: Thank You for Enrolling in Online Banking
Received: from vadmzmailmx04.bankofamerica.com ([171.159.192.80]) by
benistar03.benistar.com with Microsoft SMTPSVC(6.0.3790.3959);
        Tue, 7 Apr 2009 11:57:43 -0400
Received: from vadmzmailmx03.bankofamerica.com ([171.182.200.79])
        by vadmzmailmx04.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37FvhxS027325
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 15:57:43 GMT
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=bankofamerica.com;
        s=corp1; t=1239119863;
        bh=+fcdg/IKQ7K/wvTjKvTjA8bdBqpFlfmvIn73RvD5REw=;
        h=Date:From:Subject:To:Reply-to:Message-id:
         Content-transfer-encoding;
        b=hKZcvqUvpH1FPvXrse9O7V8hDgat6BOgDoZKtstTxAk9sYLRan7CiJAod0s1YG1fP
         QvJzexIcVkqH/yDcZUXKMy0M1nWZEacORI+d82YjBxF3LF6NsYC2DsDwnnYs9m42OQ
         9rImXE7eYPG1HZvgnSEm8EAgfAjKDu8rSLAiISBA=
Received: from memva2mta01.bankofamerica.com (memva2mta01.bankofamerica.com
[171.186.140.73])
        by vadmzmailmx03.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37Fvhel003344
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 15:57:43 GMT
Date: Tue, 07 Apr 2009 11:57:37 -0500
From: Bank of America Online Banking <Jiba.Emailadmin@BankofAmerica.com>
Subject: Thank You for Enrolling in Online Banking
To: dcarpenter@usbenefitsnetwork.com
Reply-to: Bank of America Online Banking <sbcustservice@BankofAmerica.com>
Message-id: <200904071557.n37Fvb45005016@ibd.bankofamerica.com>
X-Proofpoint-Virus-Version: vendor=fsecure engine=1.12.7400:2.4.4,1.2.40,4.0.166
definitions=2009-04-07_07:2009-04-02,2009-04-07,2009-04-07 signatures=0
Return-Path: Jiba.Emailadmin@BankofAmerica.com
X-OriginalArrivalTime: 07 Apr 2009 15:57:44.0267 (UTC)
FILETIME=[96AE89B0:01C9B799]
```

Dear  ,

Welcome to Online Banking from Bank of America.  Your Online ID is avoncrt.
Please print and retain a copy of this for your records.  Your temporary
passcode will be mailed to your account address within 5 - 7 business days. Upon
receipt, visit www.bankofamerica.com, enter your Online ID, click "Sign In,"
follow the steps to complete your enrollment, establish your permanent passcode,
and create your SiteKey, a personalized security feature.

Questions?  Call [1.800.933.6262].  Customer service associates are available
Monday through Friday from 7 a.m. to 10 p.m.; Saturday and Sunday from 8 a.m. to
5 p.m.

Regards,

Bank of America Online Banking

```
Content-Disposition: inline
Content-Transfer-Encoding: 8bit
Content-Type: text/plain; charset="iso-8859-1"
Mime-Version: 1.0
Thread-Index: Acm0pjtJumhNShlRRny+nhOJlfnXFQ==
Thread-Topic: Thank You for Enrolling in Online Banking
Received: from vadmzmailmx02.bankofamerica.com ([171.159.192.79]) by
benistar03.benistar.com with Microsoft SMTPSVC(6.0.3790.3959);
        Fri, 3 Apr 2009 17:50:40 -0400
Received: from vadmzmailmx01.bankofamerica.com ([171.182.200.78])
        by vadmzmailmx02.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n33LodbN012494
        for <dancarpenter@usbenefitsnetwork.com>; Fri, 3 Apr 2009 21:50:40 GMT
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=bankofamerica.com;
        s=corp1; t=1238795440;
        bh=0Z2HMF5MNtZmZ5bxFOgqXW2JqZog/nRrFO1OM/N2HO4=;
        h=Date:From:Subject:To:Reply-to:Message-id:
         Content-transfer-encoding;
        b=kRyOwjWcUw5js4w9xxxfgusnaZAIDrgc3X6DertdFhMcj2dxLfkj81Miyf55kMTTS
         8viazr6Cttf6bKaKCCWpsSAuC5En8HD3fJ7KRJj5TOy4u9TpB3+rlC1CxBqzGPBCCC
         SsL/94XljPwMHbRCQJ1iWFWMgXHs8ET8CXlKVpgk=
Received: from memva2mta03.bankofamerica.com (memva2mta03.bankofamerica.com
[171.186.140.81])
        by vadmzmailmx01.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n33LodoX000461
        for <dancarpenter@usbenefitsnetwork.com>; Fri, 3 Apr 2009 21:50:39 GMT
Date: Fri, 03 Apr 2009 16:50:35 -0600
From: Bank of America Online Banking <Jiba.Emailadmin@BankofAmerica.com>
Subject: Thank You for Enrolling in Online Banking
To: dancarpenter@usbenefitsnetwork.com
Reply-to: Bank of America Online Banking <sbcustservice@BankofAmerica.com>
Message-id: <200904032150.n33LoZqt029265@ibd.bankofamerica.com>
X-Proofpoint-Virus-Version: vendor=fsecure engine=1.12.7400:2.4.4,1.2.40,4.0.166
definitions=2009-04-03_07:2009-04-02,2009-04-03,2009-04-03 signatures=0
Return-Path: Jiba.Emailadmin@BankofAmerica.com
X-OriginalArrivalTime: 03 Apr 2009 21:50:40.0884 (UTC)
FILETIME=[3B46DB40:01C9B4A6]
```

Dear  ,

Welcome to Online Banking from Bank of America.  Your Online ID is
carpentercharit0gd3x9.  Please print and retain a copy of this for your records.
Your temporary passcode will be mailed to your account address within 5 - 7
business days. Upon receipt, visit www.bankofamerica.com, enter your Online ID,
click "Sign In," follow the steps to complete your enrollment, establish your
permanent passcode, and create your SiteKey, a personalized security feature.

Questions?  Call [1.800.933.6262].  Customer service associates are available
Monday through Friday from 7 a.m. to 10 p.m.; Saturday and Sunday from 8 a.m. to
5 p.m.

Regards,

Bank of America Online Banking

```
Content-Disposition: inline
Content-Transfer-Encoding: 8bit
Content-Type: text/plain; charset="iso-8859-1"
Mime-Version: 1.0
Thread-Index: Acm3msBkypp+HiPpRvu9mdNkGRtoQA==
Thread-Topic: Thank You for Enrolling in Online Banking
Received: from txdmzmailmx06.bankofamerica.com ([171.161.160.13]) by
benistar03.benistar.com with Microsoft SMTPSVC(6.0.3790.3959);
        Tue, 7 Apr 2009 12:06:03 -0400
Received: from txdmzmailmx03.bankofamerica.com ([171.182.168.79])
        by txdmzmailmx06.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37G61VN030068
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 16:06:01 GMT
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=bankofamerica.com;
        s=corp1; t=1239120362;
        bh=RNYwGDygSqLYliiljW/XXAugNi7uBL+xat1DdNYlhlI=;
        h=Date:From:Subject:To:Reply-to:Message-id:
         Content-transfer-encoding;
        b=Fu3b6OOzFs/Lq5BBrUe04PPQo7MpFqXX/rblrOqGM8ykgmg4AtmK//q+1053O4cE+
         ZxnuU3HSeY+2mgBflfFqwF8DYq11RRaRZEQQq5AYh+h3an1TEUPQqm8MPbwDXcIL82
         wEHYN6ke0ik1N7BDcN8s1zxG8FGRidRBlvlxfKUw=
Received: from memtx2mta02.bankofamerica.com (memtx2mta02.bankofamerica.com
[171.186.232.154])
        by txdmzmailmx03.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37G5vg4023395
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 16:06:01 GMT
Date: Tue, 07 Apr 2009 09:05:32 -0800
From: Bank of America Online Banking <Jiba.Emailadmin@BankofAmerica.com>
Subject: Thank You for Enrolling in Online Banking
To: dcarpenter@usbenefitsnetwork.com
Reply-to: Bank of America Online Banking <sbcustservice@BankofAmerica.com>
Message-id: <200904071605.n37G5wow020439@ibd.bankofamerica.com>
X-Proofpoint-Virus-Version: vendor=fsecure engine=1.12.7400:2.4.4,1.2.40,4.0.166
definitions=2009-04-07_07:2009-04-02,2009-04-07,2009-04-07 signatures=0
Return-Path: Jiba.Emailadmin@BankofAmerica.com
X-OriginalArrivalTime: 07 Apr 2009 16:06:03.0726 (UTC)
FILETIME=[C061EEE0:01C9B79A]
```

Dear   ,

Welcome to Online Banking from Bank of America.  Your Online ID is atlanticcrt.
Please print and retain a copy of this for your records.  Your temporary
passcode will be mailed to your account address within 5 - 7 business days. Upon
receipt, visit www.bankofamerica.com, enter your Online ID, click "Sign In,"
follow the steps to complete your enrollment, establish your permanent passcode,
and create your SiteKey, a personalized security feature.

Questions?  Call [1.800.933.6262].  Customer service associates are available
Monday through Friday from 7 a.m. to 10 p.m.; Saturday and Sunday from 8 a.m. to
5 p.m.

Regards,

Bank of America Online Banking

```
Content-Disposition: inline
Content-Transfer-Encoding: 8bit
Content-Type: text/plain; charset="iso-8859-1"
Mime-Version: 1.0
Thread-Index: Acm3m8m14D81DJhPRkeyCXy2FYxjQg==
Thread-Topic: Thank You for Enrolling in Online Banking
Received: from sfdmzmailmx02.bankofamerica.com ([171.159.64.79]) by
benistar03.benistar.com with Microsoft SMTPSVC(6.0.3790.3959);
        Tue, 7 Apr 2009 12:13:27 -0400
Received: from sfdmzmailmx03.bankofamerica.com ([171.182.72.79])
        by sfdmzmailmx02.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37GDPMT006218
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 16:13:25 GMT
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=bankofamerica.com;
        s=corp1; t=1239120805;
        bh=ee60kREtVkpEPKuIa54ELfNOt/CH2mp5gFmMZVcCgCU=;
        h=Date:From:Subject:To:Reply-to:Message-id:
        Content-transfer-encoding;
        b=HQRf9Lk5Gqndmekwm/csaHxerkie9RPAPN0LeSUHaTRcnWMlwh/ZSgFeyf3boyiMg
        7ZNq+qJPyMW2OBKGhrg+eOvZx2iPY6euMHBDIBWHAobZEmogWPFsJKuOfAV7QZtYRm
        67TXYFtLGfx/Jp5zzG705AFtJvzEHDCI3PaMZjb0=
Received: from memca5mta02.bankofamerica.com (memca5mta02.bankofamerica.com
[171.186.104.144])
        by sfdmzmailmx03.bankofamerica.com (8.13.8/8.13.6) with ESMTP id
n37GDPEG019991
        for <dcarpenter@usbenefitsnetwork.com>; Tue, 7 Apr 2009 16:13:25 GMT
Date: Tue, 07 Apr 2009 09:12:58 -0800
From: Bank of America Online Banking <Jiba.Emailadmin@BankofAmerica.com>
Subject: Thank You for Enrolling in Online Banking
To: dcarpenter@usbenefitsnetwork.com
Reply-to: Bank of America Online Banking <sbcustservice@BankofAmerica.com>
Message-id: <200904071613.n37GDOS1023632@ibd.bankofamerica.com>
X-Proofpoint-Virus-Version: vendor=fsecure engine=1.12.7400:2.4.4,1.2.40,4.0.166
definitions=2009-04-07_07:2009-04-02,2009-04-07,2009-04-07 signatures=0
Return-Path: Jiba.Emailadmin@BankofAmerica.com
X-OriginalArrivalTime: 07 Apr 2009 16:13:28.0851 (UTC)
FILETIME=[C9B29E30:01C9B79B]
```

Dear   ,

Welcome to Online Banking from Bank of America.  Your Online ID is alliancecrt.
Please print and retain a copy of this for your records.  Your temporary
passcode will be mailed to your account address within 5 - 7 business days. Upon
receipt, visit www.bankofamerica.com, enter your Online ID, click "Sign In,"
follow the steps to complete your enrollment, establish your permanent passcode,
and create your SiteKey, a personalized security feature.

Questions?  Call [1.800.933.6262].  Customer service associates are available
Monday through Friday from 7 a.m. to 10 p.m.; Saturday and Sunday from 8 a.m. to
5 p.m.

Regards,

Bank of America Online Banking

# EXHIBIT
# 3

↩ **Reply all** | ⌄    🗑 Delete    ⊘ Junk    Block    ⋯

## Universitas v. Benistar, et al: Supplemental Production

 **Grayson Holmes** <gholmes@odglaw.com>                        👍 ↩ ↩ → ⋯
Thu 9/9/2021 4:20 PM
To: Ben Chernow; Joseph Manson

| 📄 pdf Phoenix Declaration of Tr... 168 KB ⌄ | 📄 pdf Avon Declaration of Trust... 167 KB ⌄ | 📄 pdf Atlantic Declaration of Tr... 167 KB ⌄ |

3 attachments (503 KB)    Download all    Save all to OneDrive - Jmansonlaw

Hi Ben and Joe,

I have attached supplemental production to this email—it is the Declaration of Trust documents for the Phoenix, Avon, and Atlantic Charitable Remainder Trusts. Mr. Carpenter was able to pull these documents from the large files that were recently disclosed to you in response to your subpoena. After a lengthy search he was unable to find the Declaration of Trust documents for the Carpenter and Alliance Charitable Remainder Trusts, but he believes they may be contained within the files recently disclosed to you.

Please let me know if you are unable to find them.

Grayson Colt Holmes, Esq.
(203) 272-1157,_ext_306
gholmes@odglaw.com

 **Ouellette, Deganis Gallagher & Grippe** ATTORNEYS AT LAW

143 Main Street, Cheshire, CT  06410

# EXHIBIT
# 4

| From: | Dan Carpenter US <dcarpenter@usbgi.com> |
|---|---|
| Sent: | Friday, November 12, 2021 1:40 PM |
| To: | Jessica White; Jeff Sandberg |
| Cc: | McVay, Melvin R.; Ketter, Clayton D.; Dan Carpenter US; Christie Reid |
| Subject: | SDM Legal Status |

**CAUTION:** This email originated from outside Phillips Murrah's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.

Jessica:

No worries....Please let me clarify and explain SDM's legal status to your attorneys so they can get in touch with Jeff Sandberg today.

I am the Chairman of Caroline Financial Group, Inc which is the Managing Member of SDM Holdings, LLC which is a Connecticut registered and domiciled LLC that is owned by Caroline and five trusts. Avon Capital Wyoming has been defunct for more than five years and since Tom Moran sued Don Trudeau ten years ago...Avon Wyoming has had nothing to do with SDM. See if your attorneys remember that lawsuit.

I notice that SDM has been paying for your attorneys as well as our fees. Please have Christie get a Certified check for $450,000 today from Kirkpatrick bank today and Fed-Ex it to Kathy Kehoe's address in Avon CT. I think you know the address. And I do mean today.

Your attorneys should have done a better job researching who owns SDM and we will hold ASG responsible for ALL $21,000,000 of the policies under your management or should I say your gross mismanagement???

I am both surprised and disappointed that you did not consult us on this situation, and you have breached your contract with us and we intend to hold you liable for every penny of losses caused by your incompetence and failure to notify us immediately of some interloper coming in saying he has control over SDM. Please tell your attorneys to read the Order in your files appointing the Receiver.....It is only for assets of Avon Wyoming which has been defunct for years. SDM Connecticut was NEVER owned by Avon Wyoming.

Please have your attorneys feel free to contact me or Jeff Sandberg at their earliest convenience...but please tell Christie to get to the Bank immediately and cut that check to Kathy Kehoe and then we will talk about refunding the attorney fees that you arbitrarily charged our account next week.

I hope that makes clear to you the official "Legal Status" of SDM. SDM Holdings, LLC is a Connecticut LLC that has never been owned by Avon Wyoming. please have your high-priced attorneys check that out. (You know the old-fashioned way---Like checking the CT Secretary of State's office on the Computer). Check the incorporation date of SDM Holdings LLC with the date of the Judge's ruling recognizing that Avon Wyoming was long dead and defunct. Very embarrassing. We will be asking for ALL of the attorneys' fees paid unlawfully from SDM's account to be returned.

Please govern yourselves accordingly,

EXHIBIT

**3**

Daniel Carpenter
Chairman of the Managing Member of SDM Holdings, LLC

---

**From:** Jessica White <jwhite@asgllc.us>
**Sent:** Wednesday, November 10, 2021 12:30 PM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>
**Cc:** Mel McVay <mrmcvay@phillipsmurrah.com>; Ketter, Clayton D. <cdketter@phillipsmurrah.com>
**Subject:** RE: October 2021 Bank Statement

Hi Dan!

I hope you are well. I apologize for the delay.

Due to the current legal status of SDM, it is ASG's standard practice to include their attorney's on all correspondence.

Kind regards,

*Jessica White*



Director of policy Analysis and Servicing
521 W. Wilshire Blvd., Suite 140
Oklahoma City, OK  73116
OKC Office:  405-753-9100 ext. 145
Discover Real Value

*This email communication and any attached files, may contain material that is protected, proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this communication or taking any action based on the contents of this communication. If you have received this communication in error, please immediately notify the sender by replying to this email, then delete the original message and any attachments.*

---

**From:** Dan Carpenter US [mailto:dcarpenter@usbgi.com]
**Sent:** Tuesday, November 9, 2021 11:01 AM
**To:** Jessica White <jwhite@asgllc.us>
**Subject:** October 2021 Bank Statement

Jessica:

Who are these attorneys on the SDM Bank Statement email....and why are they there...???  Is this a mistake or am I missing something....???

Appreciate it...

Thanks,

Dan

---

**From:** Jessica White <jwhite@asgllc.us>
**Sent:** Monday, November 8, 2021 12:48 PM
**To:** dist-sdm <dist-sdm@asgllc.us>
**Cc:** Mel McVay <mrmcvay@phillipsmurrah.com>; Ketter, Clayton D. <cdketter@phillipsmurrah.com>
**Subject:** October 2021 Bank Statement

Good Day!

I have uploaded the October 2021 Bank Statements to your Client Portal. https://portal.asgllc.us/

Once reviewed, please let me know if you have any questions or need additional information.

Thank you!


*Jessica White*



521 W. Wilshire Blvd., Suite 140
Oklahoma City, OK  73116
OKC Office:  405-753-9100 ext. 145
Discover Real Value

*This email communication and any attached files, may contain material that is protected, proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this communication or taking any action based on the contents of this communication. If you have received this communication in error, please immediately notify the sender by replying to this email, then delete the original message and any attachments.*

# EXHIBIT 5

Form **5227**

Department of the Treasury
Internal Revenue Service

# Split-Interest Trust Information Return

▶ See separate instructions.

OMB No. 1545-0196

**2011**
Open to Public
Inspection

| Full name of trust | A  Employer identification number |
|---|---|
| CARPENTER CHARITABLE REMAINDER TRUST | **-*******  |

**Name of trustee**

DANIEL E CARPENTER

**Number, street, and room or suite no. (If a P.O. box, see the instructions.)**

100 GRIST MILL ROAD

**City, state, and ZIP code**

SIMSBURY, CT   06070

**B  Type of Entity**

(1) ☐ Charitable lead trust
(2) ☐ Charitable remainder annuity trust described in section 664(d)(1)
(3) ☒ Charitable remainder unitrust described in section 664(d)(2)
(4) ☐ Pooled income fund described in section 642(c)(5)
(5) ☐ Other

**C**  Fair market value (FMV) of assets at end of tax year   61,230.

**D**  Gross Income   44,927.

**E  Check applicable boxes**   ☐ Initial return   ☐ Final return   ☐ Amended return
Change in trustee's ▶   ☐ Name   ☐ Address

**F**  Date the trust was created   01/02/2008

**G**  If the trust is a section 664 trust, did it have unrelated business taxable income? If "Yes," file Form 4720 ........   ☐ Yes   ☒ No

| Part I | Income and Deductions (All trusts complete Sections A through D) | | |
|---|---|---|---|
| **Section A - Ordinary Income** | | | |
| 1 | Interest income                             SEE STATEMENT 1 | 1 | 695. |
| 2a | Ordinary dividends (including qualified dividends) ...........  SEE STATEMENT 2 | 2a | 43,159. |
| b | Qualified dividends (see the instructions) .......... | 2b | 9,068. | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 3 | |
| 4 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | 4 | -768. |
| 5 | Farm income or (loss). Attach Schedule F (Form 1040) | 5 | |
| 6 | Ordinary gain or (loss). Attach Form 4797 | 6 | |
| 7 | Other income. List type and amount ▶ | 7 | |
| 8 | **Total ordinary income.** Combine lines 1a, 2a, and 3 through 7 | 8 | 43,086. |
| **Section B - Capital Gains (Losses)** | | | |
| 9 | Total short-term capital gain or (loss). Attach Schedule D, Part I (Form 1041) | 9 | -71,930. |
| 10 | Total long-term capital gain or (loss). Attach Schedule D, Part II (Form 1041) | 10 | 410. |
| 11 | Unrecaptured section 1250 gain | 11 | 13. | |
| 12 | 28% gain | 12 | | |
| 13 | **Total capital gains (losses).** Combine lines 9 and 10 | 13 | -71,520. |
| **Section C - Nontaxable Income** | | | |
| 14 | Tax-exempt interest | 14 | |
| 15 | Other nontaxable income. List type and amount ▶ | 15 | |
| 16 | **Total nontaxable income.** Add lines 14 and 15 | 16 | |
| **Section D - Deductions** | | | |
| 17 | Interest | 17 | |
| 18 | Taxes (see the instructions) | 18 | |
| 19 | Trustee fees | 19 | |
| 20 | Attorney, accountant, and return preparer fees | 20 | |
| 21 | Other allowable deductions. Attach schedule | 21 | |
| 22 | **Total.** Add lines 17 through 21 | 22 | 0. |
| 23 | Charitable deduction | 23 | | |
| **Section E - Deductions Allocable to Income Categories** (Section 664 trust only) | | | |
| 24a | Enter the amount from line 22 allocable to ordinary income | 24a | 0. |
| b | Subtract line 24a from line 8 | 24b | 43,086. |
| 25a | Enter the amount from line 22 allocable to capital gains (losses) | 25a | 0. |
| b | Subtract line 25a from line 13 | 25b | -71,520. |
| 26a | Enter the amount from line 22 allocable to nontaxable income | 26a | 0. |
| b | Subtract line 26a from line 16 | 26b | 0. |

LHA   **For Paperwork Reduction Act Notice, see the instructions.**

Form **5227** (2011)

124021
01-11-12

12371012 797779 CARPCRT          2011.05080 CARPENTER CHARITABLE REMAIN CARPCRT1

Form 5227 (2011)   CARPENTER CHARITABLE REMAINDER TRUST   \*\*-\*\*\*\*\*\*\*   Page **2**

## Part II    Schedule of Distributable Income (Section 664 trust only) See the instructions

| Accumulations | (a) Ordinary income | (b) Capital gains (losses) | (c) Nontaxable income |
|---|---|---|---|
| 27   Undistributed income from prior tax years | -24,974. | 24,361. | |
| 28   Current tax year net income (before distributions): | | | |
|     ● In column (a), enter the amount from line 24b | | | |
|     ● In column (b), enter the amount from line 25b | | | |
|     ● In column (c), enter the amount from line 26b | 43,086. | -71,520. | |
| 29   Total distributable income. Add lines 27 and 28 | 18,112. | -47,159. | |

## Part III-A    Distributions of Principal for Charitable Purposes

30   Principal distributed in prior tax years for charitable purposes .......................................... | **30** | |

31   Principal distributed during the current tax year for charitable purposes. Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the space to the right. (see the instructions)

| (A) Payee's name and address | (B) Date of distribution | (C) Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|
| a | | | **31a** | |
| b | | | **31b** | |
| c | | | **31c** | |
| **32**   **Total.** Add lines 30 through 31c | | | **32** | |

## Part III-B    Accumulated Income Set Aside and Income Distributions for Charitable Purposes

Grantor type trusts complete only lines 35 and 36 (see the instructions)

| | | | |
|---|---|---|---|
| 33 a   Accumulated income set aside in prior tax years for which a deduction was claimed under section 642(c) | | **33a** | |
|     b   Enter the amount shown on line 23 | | **33b** | |
| 34   Add lines 33a and 33b | | **34** | |

35   Distributions made during the tax year (see the instructions):
    ● For income set aside in prior tax years for which a deduction was claimed under section 642(c),
    ● For charitable purposes for which a charitable deduction was claimed under section 642(c) in the current tax year, or
    ● For charitable purposes by a grantor type trust for which a charitable deduction was claimed under section 170 upon contribution to the trust
Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the line to the right.

| (A) Payee's name and address | (B) Date of distribution | (C) Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|
| a | | | **35a** | |
| b | | | **35b** | |
| c | | | **35c** | |
| 36   Add lines 35a through 35c | | | **36** | |
| 37   Carryover. Subtract line 36 from line 34 | | | **37** | |

Form **5227** (2011)

124031
01-11-12

2

Form 5227 (2011)   CARPENTER CHARITABLE REMAINDER TRUST     \*\*-\*\*\*\*\*\*\*   Page **3**

| **Part IV** | **Balance Sheet** (see the instructions) | | | **(a)** Beginning-of-Year Book Value | **(b)** End-of-Year Book Value | **(c)** FMV (see instructions) |
|---|---|---|---|---|---|---|
| | **Assets** | | | | | |
| 38 | Cash-non-interest-bearing | | 38 | 349,983. | 49,983. | 49,983. |
| 39 | Savings and temporary cash investments | | 39 | | | |
| 40 a | Accounts receivable | 40a | | | | |
| b | Less: allowance for doubtful accounts | 40b | | | | |
| 41 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) | | 41 | | | |
| 42 a | Other notes and loans receivable | 42a | | | | |
| b | Less: allowance for doubtful accounts | 42b | | | | |
| 43 | Inventories for sale or use | | 43 | | | |
| 44 | Prepaid expenses and deferred charges | | 44 | | | |
| 45 a | Investments-U.S. and state government obligations (attach schedule) | | 45a | | | |
| b | Investments-corporate stock. Attach schedule | | 45b | | | |
| c | Investments-corporate bonds. Attach schedule | | 45c | | | |
| 46 a | Investments-land, buildings, and equipment: basis (attach schedule) | 46a | | | | |
| b | Less: accumulated depreciation | 46b | | | | |
| 47 | Investments-other (attach schedule) | | 47 | | | |
| 48 a | Land, buildings, and equipment: basis | 48a | | | | |
| b | Less: accumulated depreciation | 48b | | | | |
| 49 | Other assets. Describe ▶    STMT 4 | | 49 | 39,682. | 11,247. | 11,247. |
| 50 | **Total assets.** Add lines 38 through 49 (must equal line 60) ▶ | | 50 | 389,665. | 61,230. | 61,230. |
| | **Liabilities** | | | | | |
| 51 | Accounts payable and accrued expenses | | 51 | | | |
| 52 | Deferred revenue | | 52 | | | |
| 53 | Loans from officers, directors, trustees, and other disqualified persons | | 53 | | | |
| 54 | Mortgages and other notes payable. Attach schedule | | 54 | | | |
| 55 | Other liabilities. Describe ▶    STMT 5 | | 55 | 390,278. | 90,278. | 90,278. |
| 56 | **Total liabilities.** Add lines 51 through 55 ▶ | | 56 | 390,278. | 90,278. | 90,278. |
| | **Net Assets** | | | | | |
| 57 | Trust principal or corpus | | 57 | -613. | -29,048. | |
| 58 a | Undistributed income | | 58a | | | |
| b | Undistributed capital gains | | 58b | | | |
| c | Undistributed nontaxable income | | 58c | | | |
| 59 | **Total net assets.** Add lines 57 through 58c | | 59 | -613. | -29,048. | |
| 60 | **Total liabilities and net assets.** Add lines 56 and 59 | | 60 | 389,665. | 61,230. | |

Form **5227** (2011)

124041
01-11-12

12371012 797779 CARPCRT          2011.05080 CARPENTER CHARITABLE REMAIN CARPCRT1

Form 5227 (2011)   CARPENTER CHARITABLE REMAINDER TRUST                    **–*******   Page **4**

| **Part V-A** | **Charitable Remainder Annuity Trust (CRAT) Information** (to be completed **only** by a section 664 CRAT) | | |
|---|---|---|---|
| 61 a | Enter the initial fair market value (FMV) of the property placed in the trust ................................. | 61a | |
| b | Enter the total annual annuity amounts for all recipients ....................................................... | 61b | |

| **Part V-B** | **Charitable Remainder Unitrust (CRUT) Information** (to be completed **only** by a section 664 CRUT) See the instructions | | |
|---|---|---|---|
| 62 | Is the CRUT a net income charitable remainder unitrust (NICRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(1)? | | ☐ Yes  ☒ No |
| 63 | Is the CRUT a net income with make-up charitable remainder unitrust (NIMCRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(2)? | | ☒ Yes  ☐ No |
| 64 | Did the trust change its method of payment during the tax year? | | ☐ Yes  ☒ No |
|  | If "Yes," describe the triggering event including the date of the event and the old method of payment ▶ | | |

| | | | |
|---|---|---|---|
| 65 a | Enter the unitrust fixed percentage to be paid to the recipients ............................................. | 65a | 5.0000% |
| b | **Unitrust amount.** Subtract line 56, column (c), from line 50, column (c), and multiply the result by the percentage on line 65a. Do not enter less than -0-. | 65b | 0. |
|  | **If the answer is "Yes" on line 62 or line 63, go to line 66a. Otherwise, skip lines 66a through 67b and enter the line 65b amount on line 68.** | | |
| 66 a | Trust's accounting income for 2011. Attach schedule ....................................................... | 66a | 43,086. |
|  | **If the answer is "Yes" on line 62, go to line 66b. If the answer is "Yes" on line 63, skip line 66b and go to line 67a.** | | |
| b | Enter the smaller of line 65b or line 66a here and on line 68. Skip lines 67a and 67b | 66b | |
| 67 a | Total accumulated distribution deficiencies from previous years (see the instructions) ................... | 67a | |
| b | Add lines 65b and 67a | 67b | |
|  | **If lines 67a and 67b are completed, enter the smaller of line 66a or line 67b on line 68.** | | |
| 68 | Required unitrust distribution for 2011 | 68 | 0. |
| 69 | Carryover of accumulated distribution deficiency (only for trusts that answered "Yes" on line 63). Subtract line 68 from line 67b | 69 | |
| 70 | If this is the final return, enter the initial FMV of all assets placed in trust by the donor .............. | 70 | |
| 71 | Did the trustee change the method of determining the fair market value of the assets? | | ☐ Yes  ☒ No |
|  | If "Yes," attach an explanation. | | |
| 72 | Were any additional contributions received by the trust during 2011? | | ☐ Yes  ☒ No |
|  | If "Yes," be sure to complete all columns of line 7 in Schedule A, Part III. | | |

| **Part VI-A** | **Statements Regarding Activities** (see the instructions) | | Yes | No |
|---|---|---|---|---|
| 73 | Are the requirements of section 508(e) satisfied either: | | | |
|  | ● By the language in the governing instrument; or | | | |
|  | ● By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 73 | X | |
| 74 | Are you using this return only to report the income and assets of a segregated amount under section 4947(a)(2)(B)? | 74 | | X |

Form **5227** (2011)

124051
01-11-12

12371012 797779 CARPCRT          2011.05080 CARPENTER CHARITABLE REMAIN CARPCRT1

Form 5227 (2011)    CARPENTER CHARITABLE REMAINDER TRUST                    **–*******    Page **5**

| Part VI-B | Statements Regarding Activities for Which Form 4720 May Be Required |
|---|---|

File Form 4720 if any item is checked in the "Yes" column (to the right), unless an exception applies.

|  |  |  | Yes | No |
|---|---|---|---|---|
| **75** | Self-dealing (section 4941): |  |  |  |
| **a** | During 2011, did the trust (either directly or indirectly): |  |  |  |
|  | **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? ........... ☐ Yes ☒ No |  |  |  |
|  | **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? ☐ Yes ☒ No |  |  |  |
|  | **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? ☐ Yes ☒ No |  |  |  |
|  | **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? ☐ Yes ☒ No |  |  |  |
|  | **(5)** Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? ☐ Yes ☒ No |  |  |  |
|  | **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No" if the trust agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) ☐ Yes ☒ No |  |  |  |
| **b** | If any answer is "Yes" to 75a(1) through (6), did **any** of the acts fail to qualify under the exceptions described in Regulations sections 53.4941(d)-3 and 4, or in a current Notice regarding disaster assistance (see page 9 of the instructions)? N/A | 75b |  |  |
|  | Organizations relying on a current Notice regarding disaster assistance, check here ▶ ☐ |  |  |  |
| **c** | Did the trust engage in a prior year in any of the acts described in 75a, other than excepted acts, that were not corrected before January 1, 2011? N/A | 75c |  |  |
| **76** | Does section 4947(b)(3)(A) or (B) apply? (See the instructions.) ........... ☐ Yes ☒ No |  |  |  |
|  | If "Yes," check the "N/A" box in questions 77 and 78. |  |  |  |
| **77** | Taxes on excess business holdings (section 4943): ☐ **N/A** |  |  |  |
| **a** | Did the trust hold more than a 2% direct or indirect interest in any business enterprise at any time during 2011? ☐ Yes ☒ No |  |  |  |
| **b** | If "Yes," did the trust have excess business holdings in 2011 as a result of **(1)** any purchase by the trust or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? | 77b |  |  |
|  | Use Schedule C, Form 4720, to determine if the trust had excess business holdings in 2011. |  |  |  |
| **78** | Taxes on investments that jeopardize charitable purposes (section 4944): ☐ **N/A** |  |  |  |
| **a** | Did the trust invest during 2011 any amount in a manner that would jeopardize its charitable purpose? | 78a |  | X |
| **b** | Did the trust make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before January 1, 2011? | 78b |  | X |
| **79** | Taxes on taxable expenditures (section 4945) and political expenditures (section 4955): |  |  |  |
| **a** | During 2011, did the trust pay or incur any amount to: |  |  |  |
|  | **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☒ No |  |  |  |
|  | **(2)** Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? ☐ Yes ☒ No |  |  |  |
|  | **(3)** Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☒ No |  |  |  |
|  | **(4)** Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)? ☐ Yes ☒ No |  |  |  |
|  | **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or educational, or for the prevention of cruelty to children or animals? ☐ Yes ☒ No |  |  |  |
| **b** | If any answer is "Yes" to 79a(1) through (5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53.4945, or in a current Notice regarding disaster assistance (see the instructions)? N/A | 79b |  |  |
|  | Organizations relying on a current Notice regarding disaster assistance, check here ▶ ☐ |  |  |  |
| **c** | If the answer is "Yes" to question 79a(4), does the trust claim exemption from the tax because it maintained expenditure responsibility for the grant? (See the instructions.) N/A ☐ Yes ☐ No |  |  |  |
|  | If "Yes," attach the statement required by Regulations section 53.4945-5(d). |  |  |  |
| **80** | Personal benefit contracts (section 170(f)(10)): |  |  |  |
| **a** | Did the trust, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No |  |  |  |
| **b** | Did the trust, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | 80b |  | X |
|  | If "Yes" to 80b, file Form 8870 (see the instructions). |  |  |  |

124052
01-11-12

Form **5227** (2011)

12371012 797779 CARPCRT            2011.05080 CARPENTER CHARITABLE REMAIN CARPCRT1

Form 5227 (2011)   CARPENTER CHARITABLE REMAINDER TRUST                    **-*******   Page **6**

| Part VII | Questionnaire for Charitable Lead Trusts, Pooled Income Funds, and Charitable Remainder Trusts |
|---|---|

(see the instructions)

### Section A - All Trusts

81  Check this box if any of the split-interest trust's income interests expired during 2011 ............................................. ▶ ☐
82  Check this box if all of the split-interest trust's income interests expired before 2011 ............................................. ▶ ☐
     If 82 (above) is checked and this is **not** a final return, attach an explanation.

### Section B - Charitable Lead Trusts

83  Does the governing instrument require income in excess of the required annuity or unitrust payments to be
     paid for charitable purposes? .................................................................................................................... ☐ Yes   ☐ No

| 84 | Enter the amount of any excess income required to be paid for charitable purposes for 2011 | 84 | |
|---|---|---|---|
| 85 | Enter the amount of annuity or unitrust payments required to be paid to charitable beneficiaries for 2011 | 85 | |

### Section C - Pooled Income Funds

| 86 | Enter the amount of contributions received during 2011 | 86 | |
|---|---|---|---|
| 87 | Enter the amount required to be distributed for 2011 to satisfy the remainder interest | 87 | |
| 88 | Enter any amounts that were required to be distributed to the remainder beneficiary that remain undistributed | 88 | |
| 89 | Enter the amount of income required to be paid to the charitable remainder beneficiary for 2011 | 89 | |

### Section D - Charitable Remainder Trusts

90  Check this box if you are filing for a charitable remainder annuity trust or a charitable remainder unitrust whose
     charitable interests involve only cemeteries or war veterans' posts .......................................................... ▶ ☐
91  Check this box if you are making an election under Regulations section 1.664-2(a)(1)(i)(a)(2) or 1.664-3(a)(1)(i)(g)(2) to
     treat income generated from certain property distributions (other than cash) by the trust as occurring on the last day
     of the tax year. (See the instructions.) ...................................................................................................... ▶ ☐
92  Is this the initial return? If "Yes," attach a copy of the trust instrument .................................................... ☐ Yes   ☒ No
93  Was the trust instrument amended during the year? If "Yes," attach a copy ............................................. ☐ Yes   ☒ No
94 a If this is the final return, were final distributions made according to the trust instrument? ..................... ☐ Yes   ☐ No
     b If "Yes," did you complete line 31? ........................................................................................................... ☐ Yes   ☐ No
     c If either line 94a or 94b is "No," explain why ▶ _____
     _____
     _____
     _____

95  At any time during calendar year 2011, did the trust have an interest in or a signature or other authority over a
     bank, securities, or other financial account in a foreign country? .............................................................. ☐ Yes   ☐ No
     See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes,"
     enter the name of the foreign country ▶

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than trustee) is based on all information of which preparer has any knowledge. |
|---|---|

▶ Signature of trustee or officer representing trustee          ▶ Date

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | RONALD LARROW, CPA | | | | ********* |
| | Firm's name ▶ SIMIONE MACCA & LARROW, LLP | | | Firm's EIN ▶ | **-******* |
| | Firm's address ▶ 85 WOLCOTT HILL ROAD ROCKY HILL, CT 06067 | | Phone no. | (860)529-5600 | |

124053 01-11-12

Form **5227** (2011)

12371012 797779 CARPCRT          2011.05080 CARPENTER CHARITABLE REMAIN CARPCRT1

Form 5227 (2011)      Page **7**

| Full name of trust | Employer identification number |
|---|---|
| CARPENTER CHARITABLE REMAINDER TRUST | ** - ******* |

**NOT Open To Public Inspection**

## Schedule A - Distributions, Assets, and Donor Information

| **Part I** | **Accumulation Schedule** (Section 664 trust only) See the instructions |
|---|---|

| Accumulations | **(a)** Ordinary income | **(b)** Capital gain (loss) | **(c)** Nontaxable income |
|---|---|---|---|
| 1  Total distributable income. Enter the amount from line 29 | 18,112. | -47,159. | |
| 2 a  Total distributions for 2011:   0. | | | |
|    b  2011 distributions from income | | | |
| 3  Undistributed income at end of tax year. Subtract line 2b from line 1 | 18,112. | -47,159. | |

| **Part II-A** | **Current Distributions Schedule** (Section 664 trust only) See the instructions |
|---|---|

| | **(a)** Name of recipient | **(b)** Identifying number | **(c)** Percentage of total unitrust amount payable (if applicable) |
|---|---|---|---|
| 4 a | | | % |
|   b | | | % |
|   c | | | % |

| | **(d)** Ordinary Income | Capital gains | | **(g)** Nontaxable Income | **(h)** Corpus | **(i)** Total (add cols. **(d)** through **(h)**) |
|---|---|---|---|---|---|---|
| | | **(e)** Short-term | **(f)** Long-term | | | |
| 4 a | | | | | | |
|   b | | | | | | |
|   c | | | | | | |
| Total | 0. | 0. | 0. | 0. | 0. | 0. |

If Part II-A, Total, column (i) does not agree with line 61b of Form 5227 for a CRAT or line 68 of Form 5227 for a CRUT, check here ▶   and attach an explanation.

| **Part II-B** | **Current Distributions** (charitable lead trusts or pooled income funds only) See the instructions |
|---|---|

5   Enter the amount required to be paid to private beneficiaries for 2011  .................................................. ▶

| **Part III** | **Assets and Donor Information** (Section 664 trust or charitable lead trust only) |
|---|---|

6   Is this the initial return or were additional assets contributed to the trust in 2011?  .....................   ☐ Yes   ☒ No

   **If "Yes," complete the schedule below.**

   **If "No," complete only column (a) of the schedule below.**

| | **(a)** Name and address of donor | **(b)** Description of each asset donated | **(c)** Fair market value of each asset on date of donation | **(d)** Date of donation |
|---|---|---|---|---|
| 7 a | | | | |
| 7 b | | | | |
| 7 c | | | | |
| 7 d | Total  .................................................. ▶ | | | |

8   For charitable remainder trusts: If this was the final year, was an early termination agreement signed by all parties to the trust?  ..................................................   ☐ Yes   ☐ No   ☒ N/A

   If "Yes," attach a copy of the signed agreement.

Form **5227** (2011)

124054
01-11-12

12371012 797779 CARPCRT      2011.05080 CARPENTER CHARITABLE REMAIN CARPCRT1

| SCHEDULE E | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | **2011** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or Form 1041.   ▶ See separate instructions. | Attachment Sequence No. **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| CARPENTER CHARITABLE REMAINDER TRUST | ** – ******* |

| | | Yes | No |
|---|---|---|---|
| **A** | Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) | | **X** No |
| **B** | If "Yes," did you or will you file all required Forms 1099? | | No |

**Part I**   **Income or Loss From Rental Real Estate and Royalties**   Note. If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**Caution.** For each rental property listed on line 1, check the box in the last column only if you owned that property as a member of a qualified joint venture (QJV) reporting income not subject to self-employment tax.

| 1 Physical address of each property-street, city, state, ZIP | Type-from list below | 2 For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| **A** PHOENIX ALLIANCE INVESTMENT GROUP EN | 6 | **A** | | | | |
| **B** | | **B** | | | | |
| **C** | | **C** | | | | |

**Type of Property:**

| | | | |
|---|---|---|---|
| 1  Single Family Residence | 3  Vacation/Short-Term Rental | 5  Land | 7  Self-Rental |
| 2  Multi-Family Residence | 4  Commercial | 6  Royalties | 8  Other (describe) |

**Income:**

| | | | Properties | | |
|---|---|---|---|---|---|
| | | | **A** | **B** | **C** |
| **3a** Merchant card and third party payments. For 2011, enter -0- | **3a** | | 0. | | |
| **b** Payments not reported to you on line 3a | **3b** | | 663. | | |
| **4** Total not including amounts on line 3a that are not income (see instructions) | **4** | | 663. | | |
| **Expenses:** | | | | | |
| **5** Advertising | **5** | | | | |
| **6** Auto and travel (see instructions) | **6** | | | | |
| **7** Cleaning and maintenance | **7** | | | | |
| **8** Commissions | **8** | | | | |
| **9** Insurance | **9** | | | | |
| **10** Legal and other professional fees | **10** | | | | |
| **11** Management fees | **11** | | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | **12** | | | | |
| **13** Other interest | **13** | | | | |
| **14** Repairs | **14** | | | | |
| **15** Supplies | **15** | | | | |
| **16** Taxes | **16** | | | | |
| **17** Utilities | **17** | | | | |
| **18** Depreciation expense or depletion | **18** | | | | |
| **19** Other (list) ▶ | **19** | | | | |
| **20** Total expenses. Add lines 5 through 19 | **20** | | | | |
| **21** Subtract line 20 from line 4. If result is a (loss), see instructions to find out if you must file **Form 6198** | **21** | | 663. | | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | **22** | ( | )( | )( | ) |

| | | |
|---|---|---|
| **23a** Total of all amounts reported on line 3a for all rental properties | **23a** | |
| **b** Total of all amounts reported on line 3a for all royalty properties | **23b** | |
| **c** Total of all amounts reported on line 4 for all rental properties | **23c** | |
| **d** Total of all amounts reported on line 4 for all royalty properties | **23d** | 663. |
| **e** Total of all amounts reported on line 12 for all properties | **23e** | |
| **f** Total of all amounts reported on line 18 for all properties | **23f** | |
| **g** Total of all amounts reported on line 20 for all properties | **23g** | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | **24** | 663. |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | **25** | ( ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | **26** | 663. |

121491  10-25-11   **LHA**   **For Paperwork Reduction Act Notice, see instructions.**   Schedule E (Form 1040) 2011

12371012  797779  CARPCRT          2011.05080  CARPENTER  CHARITABLE  REMAIN  CARPCRT1

Schedule E (Form 1040) 2011

Attachment Sequence No. **13**   Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**Your social security number**

CARPENTER CHARITABLE REMAINDER TRUST

\*\*-\*\*\*\*\*\*\*

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| Part II | Income or Loss From Partnerships and S Corporations | Note. If you report a loss from an at-risk activity for which **any amount is not at risk, you must** check column **(e)** on line 28 and attach **Form 6198.** See instructions. |
|---|---|---|

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ........................ ☐ Yes  ☒ No

If you answered "Yes," see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | PHOENIX ALLIANCE INVESTMENT GROUP ENTITI | P | | \*\*-\*\*\*\*\*\*\* | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | 1,431. | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | 1,431. | | |

| 30 | Add columns (g) and (j) of line 29a ............................ | 30 | |
| 31 | Add columns (f), (h), and (i) of line 29b ............................ | 31 | ( 1,431.) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -1,431. |

| Part III | Income or Loss From Estates and Trusts |
|---|---|

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a ............................ | 35 | |
| 36 | Add columns (c) and (e) of line 34b ............................ | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

| Part IV | Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder |
|---|---|

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............................ | 39 | |

| Part V | Summary |
|---|---|

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ............................ | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ...... ▶ | 41 | -768. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see instructions) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ............................ | 43 | |

Schedule E (Form 1040) 2011

121501
10-25-11

12371012 797779 CARPCRT        2011.05080 CARPENTER CHARITABLE REMAIN CARPCRT1

# EXHIBIT
# 6

Form **5227**

Department of the Treasury
Internal Revenue Service

## Split-Interest Trust Information Return

▶ See separate instructions.

OMB No. 1545-0196

**2011**
Open to Public
Inspection

| Full name of trust | **A** Employer identification number |
|---|---|
| ALLIANCE CHARITABLE REMAINDER TRUST | ** - ******* |

| Name of trustee | **B** Type of Entity |
|---|---|
| DANIEL E. CARPENTER | |

**B** Type of Entity
- (1) ☐ Charitable lead trust
- (2) ☐ Charitable remainder annuity trust described in section 664(d)(1)
- (3) ☒ Charitable remainder unitrust described in section 664(d)(2)
- (4) ☐ Pooled income fund described in section 642(c)(5)
- (5) ☐ Other

Number, street, and room or suite no. (If a P.O. box, see the instructions.)
100 GRIST MILL ROAD

City, state, and ZIP code
SIMSBURY, CT   06070

| **C** Fair market value (FMV) of assets at end of tax year. -1,531,956. | **D** Gross Income 163,811. |
|---|---|

**E** Check applicable boxes     ☐ Initial return     ☐ Final return     ☐ Amended return
Change in trustee's ▶   ☐ Name   ☐ Address

**F** Date the trust was created
01/02/2008

**G** If the trust is a section 664 trust, did it have unrelated business taxable income? If "Yes," file Form 4720 ☐ Yes ☒ No

| **Part I** | **Income and Deductions** (All trusts complete Sections A through D) | | | |
|---|---|---|---|---|

### Section A - Ordinary Income

| | | | | |
|---|---|---|---|---|
| 1 | Interest income | SEE STATEMENT 1 | 1 | 119,578. |
| 2a | Ordinary dividends (including qualified dividends) | SEE STATEMENT 2 | 2a | 43,159. |
| b | Qualified dividends (see the instructions) | 2b 9,068. | | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | | 3 | |
| 4 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | | 4 | -714,394. |
| 5 | Farm income or (loss). Attach Schedule F (Form 1040) | | 5 | |
| 6 | Ordinary gain or (loss). Attach Form 4797 | | 6 | |
| 7 | Other income. List type and amount ▶ | | 7 | |
| 8 | **Total ordinary income.** Combine lines 1a, 2a, and 3 through 7 | | 8 | -551,657. |

### Section B - Capital Gains (Losses)

| | | | | |
|---|---|---|---|---|
| 9 | Total short-term capital gain or (loss). Attach Schedule D, Part I (Form 1041) | | 9 | -71,930. |
| 10 | Total long-term capital gain or (loss). Attach Schedule D, Part II (Form 1041) | | 10 | 411. |
| 11 | Unrecaptured section 1250 gain | 11 14. | | |
| 12 | 28% gain | 12 | | |
| 13 | **Total capital gains (losses).** Combine lines 9 and 10 | ▶ | 13 | -71,519. |

### Section C - Nontaxable Income

| | | | | |
|---|---|---|---|---|
| 14 | Tax-exempt interest | | 14 | |
| 15 | Other nontaxable income. List type and amount ▶ | | 15 | |
| 16 | **Total nontaxable income.** Add lines 14 and 15 | ▶ | 16 | |

### Section D - Deductions

| | | | | |
|---|---|---|---|---|
| 17 | Interest | | 17 | |
| 18 | Taxes (see the instructions) | | 18 | |
| 19 | Trustee fees | | 19 | |
| 20 | Attorney, accountant, and return preparer fees | | 20 | |
| 21 | Other allowable deductions. Attach schedule | | 21 | |
| 22 | **Total.** Add lines 17 through 21 | | 22 | 0. |
| 23 | Charitable deduction | 23 | | |

### Section E - Deductions Allocable to Income Categories (Section 664 trust only)

| | | | | |
|---|---|---|---|---|
| 24a | Enter the amount from line 22 allocable to ordinary income | | 24a | 0. |
| b | Subtract line 24a from line 8 | | 24b | -551,657. |
| 25a | Enter the amount from line 22 allocable to capital gains (losses) | | 25a | 0. |
| b | Subtract line 25a from line 13 | | 25b | -71,519. |
| 26a | Enter the amount from line 22 allocable to nontaxable income | | 26a | 0. |
| b | Subtract line 26a from line 16 | | 26b | 0. |

LHA     **For Paperwork Reduction Act Notice, see the instructions.**

Form **5227** (2011)

Form 5227 (2011)   ALLIANCE CHARITABLE REMAINDER TRUST          \*\*-\*\*\*\*\*\*\*      Page **2**

| Part II | Schedule of Distributable Income (Section 664 trust only) See the instructions |

| | Accumulations | (a) Ordinary income | (b) Capital gains (losses) | (c) Nontaxable income |
|---|---|---|---|---|
| 27 | Undistributed income from prior tax years | −1,080,533. | 24,360. | |
| 28 | Current tax year net income (before distributions): | | | |
| | • In column (a), enter the amount from line 24b | | | |
| | • In column (b), enter the amount from line 25b | | | |
| | • In column (c), enter the amount from line 26b | −551,657. | −71,519. | |
| 29 | Total distributable income. Add lines 27 and 28 | −1,632,190. | −47,159. | |

| Part III-A | Distributions of Principal for Charitable Purposes |

| 30 | Principal distributed in prior tax years for charitable purposes | | 30 | |
|---|---|---|---|---|

**31** Principal distributed during the current tax year for charitable purposes. Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the space to the right. (see the instructions)

| | (A) Payee's name and address | (B) Date of distribution | (C) Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|---|
| a | | | | 31a | |
| b | | | | 31b | |
| c | | | | 31c | |
| 32 | **Total.** Add lines 30 through 31c | | | 32 | |

| Part III-B | Accumulated Income Set Aside and Income Distributions for Charitable Purposes |
|---|---|
| | Grantor type trusts complete only lines 35 and 36 (see the instructions) |

| 33 a | Accumulated income set aside in prior tax years for which a deduction was claimed under section 642(c) | | 33a | |
|---|---|---|---|---|
| b | Enter the amount shown on line 23 | | 33b | |
| 34 | Add lines 33a and 33b | | 34 | |

**35** Distributions made during the tax year (see the instructions):
- For income set aside in prior tax years for which a deduction was claimed under section 642(c),
- For charitable purposes for which a charitable deduction was claimed under section 642(c) in the current tax year, or
- For charitable purposes by a grantor type trust for which a charitable deduction was claimed under section 170 upon contribution to the trust

Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the line to the right.

| | (A) Payee's name and address | (B) Date of distribution | (C) Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|---|
| a | | | | 35a | |
| b | | | | 35b | |
| c | | | | 35c | |
| 36 | Add lines 35a through 35c | | | 36 | |
| 37 | Carryover. Subtract line 36 from line 34 | | | 37 | |

Form **5227** (2011)

124031
01-11-12

2

Form 5227 (2011)   ALLIANCE CHARITABLE REMAINDER TRUST   \*\*-\*\*\*\*\*\*\*   Page **3**

| **Part IV** | **Balance Sheet** (see the instructions) | | **(a)** Beginning-of-Year Book Value | **(b)** End-of-Year Book Value | **(c)** FMV (see instructions) |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 38 | Cash-non-interest-bearing | 38 | 59,930. | 9,930. | 9,930. |
| 39 | Savings and temporary cash investments | 39 | | | |
| 40 a | Accounts receivable ... **40a** | | | | |
| b | Less: allowance for doubtful accounts ... **40b** | | | | |
| 41 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) | 41 | | | |
| 42 a | Other notes and loans receivable ... **42a** | | | | |
| b | Less: allowance for doubtful accounts ... **42b** | | | | |
| 43 | Inventories for sale or use | 43 | | | |
| 44 | Prepaid expenses and deferred charges | 44 | | | |
| 45 a | Investments-U.S. and state government obligations (attach schedule) | 45a | | | |
| b | Investments-corporate stock. Attach schedule | 45b | | | |
| c | Investments-corporate bonds. Attach schedule | 45c | | | |
| 46 a | Investments-land, buildings, and equipment: basis (attach schedule) ... **46a** | | | | |
| b | Less: accumulated depreciation ... **46b** | | | | |
| 47 | Investments-other (attach schedule) | 47 | | | |
| 48 a | Land, buildings, and equipment: basis ... **48a** | | | | |
| b | Less: accumulated depreciation ... **48b** | | | | |
| 49 | Other assets. Describe ▶ STMT 4 | 49 | -918,710. | -1,541,886. | -1,541,886. |
| 50 | **Total assets.** Add lines 38 through 49 (must equal line 60) ▶ | 50 | -858,780. | -1,531,956. | -1,531,956. |
| | **Liabilities** | | | | |
| 51 | Accounts payable and accrued expenses | 51 | | | |
| 52 | Deferred revenue | 52 | | | |
| 53 | Loans from officers, directors, trustees, and other disqualified persons | 53 | | | |
| 54 | Mortgages and other notes payable. Attach schedule | 54 | | | |
| 55 | Other liabilities. Describe ▶ STMT 5 | 55 | 59,950. | 9,950. | 9,950. |
| 56 | **Total liabilities.** Add lines 51 through 55 ▶ | 56 | 59,950. | 9,950. | 9,950. |
| | **Net Assets** | | | | |
| 57 | Trust principal or corpus | 57 | -918,730. | -1,541,906. | |
| 58 a | Undistributed income | 58a | | | |
| b | Undistributed capital gains | 58b | | | |
| c | Undistributed nontaxable income | 58c | | | |
| 59 | **Total net assets.** Add lines 57 through 58c | 59 | -918,730. | -1,541,906. | |
| 60 | **Total liabilities and net assets.** Add lines 56 and 59 | 60 | -858,780. | -1,531,956. | |

Form **5227** (2011)

124041
01-11-12

10281012 797779 02130.70          2011.05080 ALLIANCE CHARITABLE REMAIND 021301W1

Form 5227 (2011)   **ALLIANCE CHARITABLE REMAINDER TRUST**                    \*\*–\*\*\*\*\*\*\*     Page **4**

| **Part V-A** | **Charitable Remainder Annuity Trust (CRAT) Information** (to be completed **only** by a section 664 CRAT) | | |
|---|---|---|---|
| **61 a** | Enter the initial fair market value (FMV) of the property placed in the trust | **61a** | |
| **b** | Enter the total annual annuity amounts for all recipients | **61b** | |

| **Part V-B** | **Charitable Remainder Unitrust (CRUT) Information** (to be completed **only** by a section 664 CRUT) See the instructions | | |
|---|---|---|---|
| **62** | Is the CRUT a net income charitable remainder unitrust (NICRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(1)? | | ☐ Yes  ☒ No |
| **63** | Is the CRUT a net income with make-up charitable remainder unitrust (NIMCRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(2)? | | ☒ Yes  ☐ No |
| **64** | Did the trust change its method of payment during the tax year? | | ☐ Yes  ☒ No |
| | If "Yes," describe the triggering event including the date of the event and the old method of payment ▶ | | |

| | | | |
|---|---|---|---|
| **65 a** | Enter the unitrust fixed percentage to be paid to the recipients | **65a** | 5.0000% |
| **b** | **Unitrust amount.** Subtract line 56, column (c), from line 50, column (c), and multiply the result by the percentage on line 65a. Do not enter less than -0-. | **65b** | 0. |
| | **If the answer is "Yes" on line 62 or line 63, go to line 66a. Otherwise, skip lines 66a through 67b and enter the line 65b amount on line 68.** | | |
| **66 a** | Trust's accounting income for 2011. Attach schedule | **66a** | −551,657. |
| | **If the answer is "Yes" on line 62, go to line 66b. If the answer is "Yes" on line 63, skip line 66b and go to line 67a.** | | |
| **b** | Enter the smaller of line 65b or line 66a here and on line 68. Skip lines 67a and 67b | **66b** | |
| **67 a** | Total accumulated distribution deficiencies from previous years (see the instructions) | **67a** | 3. |
| **b** | Add lines 65b and 67a | **67b** | 3. |
| | **If lines 67a and 67b are completed, enter the smaller of line 66a or line 67b on line 68.** | | |
| **68** | Required unitrust distribution for 2011 | **68** | 0. |
| **69** | Carryover of accumulated distribution deficiency (only for trusts that answered "Yes" on line 63). Subtract line 68 from line 67b | **69** | 3. |
| **70** | If this is the final return, enter the initial FMV of all assets placed in trust by the donor | **70** | |
| **71** | Did the trustee change the method of determining the fair market value of the assets? | | ☐ Yes  ☒ No |
| | If "Yes," attach an explanation. | | |
| **72** | Were any additional contributions received by the trust during 2011? | | ☐ Yes  ☒ No |
| | If "Yes," be sure to complete all columns of line 7 in Schedule A, Part III. | | |

| **Part VI-A** | **Statements Regarding Activities** (see the instructions) | | **Yes** | **No** |
|---|---|---|---|---|
| **73** | Are the requirements of section 508(e) satisfied either: | | | |
| | ● By the language in the governing instrument; or | | | |
| | ● By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | **73** | X | |
| **74** | Are you using this return only to report the income and assets of a segregated amount under section 4947(a)(2)(B)? | **74** | | X |

Form **5227** (2011)

124051
01-11-12

10281012 797779 02130.70        2011.05080 ALLIANCE CHARITABLE REMAIND 021301W1

Form 5227 (2011)   ALLIANCE CHARITABLE REMAINDER TRUST          **–*******   Page **5**

| Part VI-B | Statements Regarding Activities for Which Form 4720 May Be Required |
|---|---|

**File Form 4720 if any item is checked in the "Yes" column (to the right), unless an exception applies.** | | | Yes | No

**75** Self-dealing (section 4941):

  **a** During 2011, did the trust (either directly or indirectly):

    **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? ........................... ☐ Yes ☒ No

    **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from)

    a disqualified person? .............................................................................................. ☐ Yes ☒ No

    **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? ..................... ☐ Yes ☒ No

    **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? ..................... ☐ Yes ☒ No

    **(5)** Transfer any income or assets to a disqualified person (or make any of either available

    for the benefit or use of a disqualified person)? ................................................................. ☐ Yes ☒ No

    **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No" if

    the trust agreed to make a grant to or to employ the official for a period after termination

    of government service, if terminating within 90 days.) ........................................................... ☐ Yes ☒ No

  **b** If any answer is "Yes" to 75a(1) through (6), did **any** of the acts fail to qualify under the exceptions described

  in Regulations sections 53.4941(d)-3 and 4, or in a current Notice regarding disaster assistance (see page

  9 of the instructions)? .................................................................... N/A | **75b** | |

  Organizations relying on a current Notice regarding disaster assistance, check here ........▶ ☐

  **c** Did the trust engage in a prior year in any of the acts described in 75a, other than excepted acts, that were

  not corrected before January 1, 2011? ...................................................... N/A | **75c** | |

**76** Does section 4947(b)(3)(A) or (B) apply? (See the instructions.) .................................... ☐ Yes ☒ No

  If "Yes," check the "N/A" box in questions 77 and 78.

**77** Taxes on excess business holdings (section 4943): ☐ **N/A**

  **a** Did the trust hold more than a 2% direct or indirect interest in any business enterprise at

  any time during 2011? ................................................................................................. ☐ Yes ☒ No

  **b** If "Yes," did the trust have excess business holdings in 2011 as a result of **(1)** any purchase by the trust or

  disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the

  Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or

  **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? | **77b** | |

  Use Schedule C, Form 4720, to determine if the trust had excess business holdings in 2011.

**78** Taxes on investments that jeopardize charitable purposes (section 4944): ☐ **N/A**

  **a** Did the trust invest during 2011 any amount in a manner that would jeopardize its charitable purpose? | **78a** | | X

  **b** Did the trust make any investment in a prior year (but after December 31, 1969) that could jeopardize its

  charitable purpose that had not been removed from jeopardy before January 1, 2011? | **78b** | | X

**79** Taxes on taxable expenditures (section 4945) and political expenditures (section 4955):

  **a** During 2011, did the trust pay or incur any amount to:

    **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? .............. ☐ Yes ☒ No

    **(2)** Influence the outcome of any specific public election (see section 4955); or to carry

    on, directly or indirectly, any voter registration drive? ......................................................... ☐ Yes ☒ No

    **(3)** Provide a grant to an individual for travel, study, or other similar purposes? .......................... ☐ Yes ☒ No

    **(4)** Provide a grant to an organization other than a charitable, etc., organization described

    in section 509(a)(1), (2), or (3), or section 4940(d)(2)? ........................................................ ☐ Yes ☒ No

    **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or

    educational, or for the prevention of cruelty to children or animals? .......................................... ☐ Yes ☒ No

  **b** If any answer is "Yes" to 79a(1) through (5), did **any** of the transactions fail to qualify under the exceptions

  described in Regulations section 53.4945, or in a current Notice regarding disaster assistance (see the

  instructions)? ........................................................................ N/A | **79b** | |

  Organizations relying on a current Notice regarding disaster assistance, check here ........▶ ☐

  **c** If the answer is "Yes" to question 79a(4), does the trust claim exemption from the tax

  because it maintained expenditure responsibility for the grant? (See the

  instructions.) ........................................................... N/A ☐ Yes ☐ No

  If "Yes," attach the statement required by Regulations section 53.4945-5(d).

**80** Personal benefit contracts (section 170(f)(10)):

  **a** Did the trust, during the year, receive any funds, directly or indirectly, to pay premiums on

  a personal benefit contract? ......................................................................................... ☐ Yes ☒ No

  **b** Did the trust, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **80b** | | X

  *If "Yes" to 80b, file Form 8870 (see the instructions.)*

Form **5227** (2011)

124052
01-11-12

10281012 797779 02130.70          2011.05080 ALLIANCE CHARITABLE REMAIND 021301W1

Form 5227 (2011)   ALLIANCE CHARITABLE REMAINDER TRUST                           **-*******   Page **6**

| Part VII | Questionnaire for Charitable Lead Trusts, Pooled Income Funds, and Charitable Remainder Trusts (see the instructions) |
|---|---|

## Section A - All Trusts

81  Check this box if any of the split-interest trust's income interests expired during 2011 ................................................ ▶ ☐
82  Check this box if all of the split-interest trust's income interests expired before 2011 .............................................. ▶ ☐
     If 82 (above) is checked and this is **not** a final return, attach an explanation.

## Section B - Charitable Lead Trusts

83  Does the governing instrument require income in excess of the required annuity or unitrust payments to be
     paid for charitable purposes? ..................................................................................................... ☐ Yes  ☐ No

| 84  Enter the amount of any excess income required to be paid for charitable purposes for 2011 | 84 | |
| 85  Enter the amount of annuity or unitrust payments required to be paid to charitable beneficiaries for 2011 | 85 | |

## Section C - Pooled Income Funds

| 86  Enter the amount of contributions received during 2011 | 86 | |
| 87  Enter the amount required to be distributed for 2011 to satisfy the remainder interest | 87 | |
| 88  Enter any amounts that were required to be distributed to the remainder beneficiary that remain undistributed | 88 | |
| 89  Enter the amount of income required to be paid to the charitable remainder beneficiary for 2011 | 89 | |

## Section D - Charitable Remainder Trusts

90  Check this box if you are filing for a charitable remainder annuity trust or a charitable remainder unitrust whose
     charitable interests involve only cemeteries or war veterans' posts ................................................................ ▶ ☐
91  Check this box if you are making an election under Regulations section 1.664-2(a)(1)(i)(a)(2) or 1.664-3(a)(1)(i)(g)(2) to
     treat income generated from certain property distributions (other than cash) by the trust as occurring on the last day
     of the tax year. (See the instructions.) ........................................................................................... ▶ ☐
92  Is this the initial return? If "Yes," attach a copy of the trust instrument ......................................... ☐ Yes  ☒ No
93  Was the trust instrument amended during the year? If "Yes," attach a copy .......................................... ☐ Yes  ☒ No
94 a If this is the final return, were final distributions made according to the trust instrument? ................... ☐ Yes  ☐ No
     b If "Yes," did you complete line 31? ........................................................................... ☐ Yes  ☐ No
     c If either line 94a or 94b is "No," explain why ▶ _____
     _____
     _____
     _____
     _____

95  At any time during calendar year 2011, did the trust have an interest in or a signature or other authority over a
     bank, securities, or other financial account in a foreign country? ............................................... ☐ Yes  ☐ No
     See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes,"
     enter the name of the foreign country ▶ _____

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than trustee) is based on all information of which preparer has any knowledge. | |
|---|---|---|
| | ▶ Signature of trustee or officer representing trustee | ▶ Date |

| Paid Preparer Use Only | Print/Type preparer's name RONALD LARROW, CPA | Preparer's signature | Date | Check ☐ if self- employed | PTIN ********* |
|---|---|---|---|---|---|
| | Firm's name ▶ SIMIONE MACCA & LARROW, LLP | | | Firm's EIN ▶ | **-******* |
| | Firm's address ▶ 85 WOLCOTT HILL ROAD ROCKY HILL, CT 06067 | | | Phone no. | (860)529-5600 |

124053  01-11-12

Form **5227** (2011)

10281012 797779 02130.70          2011.05080 ALLIANCE CHARITABLE REMAIND 021301W1

Form 5227 (2011)

Page **7**

| Full name of trust | Employer identification number |
|---|---|
| ALLIANCE CHARITABLE REMAINDER TRUST | **_-_***** |

**NOT Open To Public Inspection**

## Schedule A – Distributions, Assets, and Donor Information

| **Part I** | **Accumulation Schedule** (Section 664 trust only) See the instructions |
|---|---|

| Accumulations | (a) Ordinary income | (b) Capital gain (loss) | (c) Nontaxable income |
|---|---|---|---|
| 1   Total distributable income. Enter the amount from line 29 | -1,632,190. | -47,159. | |
| 2 a Total distributions for 2011:                          0. | | | |
| b 2011 distributions from income | | | |
| 3   Undistributed income at end of tax year. Subtract line 2b from line 1 | -1,632,190. | -47,159. | |

| **Part II-A** | **Current Distributions Schedule** (Section 664 trust only) See the instructions |
|---|---|

| | (a) Name of recipient | (b) Identifying number | (c) Percentage of total unitrust amount payable (if applicable) |
|---|---|---|---|
| 4 a | | | % |
| b | | | % |
| c | | | % |

| | (d) Ordinary Income | Capital gains (e) Short-term | (f) Long-term | (g) Nontaxable Income | (h) Corpus | (i) Total (add cols. (d) through (h)) |
|---|---|---|---|---|---|---|
| 4 a | | | | | | |
| b | | | | | | |
| c | | | | | | |
| Total | 0. | 0. | 0. | 0. | 0. | 0. |

If Part II-A, Total, column (i) does not agree with line 61b of Form 5227 for a CRAT or line 68 of Form 5227 for a CRUT, check here ▶ [ ] and attach an explanation.

| **Part II-B** | **Current Distributions** (charitable lead trusts or pooled income funds only) See the instructions |
|---|---|

5   Enter the amount required to be paid to private beneficiaries for 2011 ........................................ ▶

| **Part III** | **Assets and Donor Information** (Section 664 trust or charitable lead trust only) |
|---|---|

6   Is this the initial return or were additional assets contributed to the trust in 2011? ....................... [ ] Yes [X] No

**If "Yes," complete the schedule below.**

**If "No," complete only column (a) of the schedule below.**

| | (a) Name and address of donor | (b) Description of each asset donated | (c) Fair market value of each asset on date of donation | (d) Date of donation |
|---|---|---|---|---|
| 7 a | | | | |
| 7 b | | | | |
| 7 c | | | | |
| 7 d | Total ........................................ ▶ | | | |

8   For charitable remainder trusts: If this was the final year, was an early termination agreement signed by all parties to the trust? ................................................ [ ] Yes [ ] No [X] N/A

If "Yes," attach a copy of the signed agreement.

124054
01-11-12

Form **5227** (2011)

10281012 797779 02130.70          2011.05080 ALLIANCE CHARITABLE REMAIND 021301W1

| SCHEDULE E | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | **2011** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or Form 1041.   ▶ See separate instructions. | Attachment<br>Sequence No. **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| ALLIANCE CHARITABLE REMAINDER TRUST | ** – ******* |

| | | Yes | No |
|---|---|---|---|
| **A** | Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) | ☐ | ☐ |
| **B** | If "Yes," did you or will you file all required Forms 1099? | ☐ | ☐ |

**Part I**  **Income or Loss From Rental Real Estate and Royalties**  **Note.** If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**Caution.** For each rental property listed on line 1, check the box in the last column only if you owned that property as a member of a qualified joint venture (QJV) reporting income not subject to self-employment tax.

| 1 | Physical address of each property-street, city, state, ZIP | Type-from list below | 2 | For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|---|---|
| **A** | | 1 | | | **A** | 365 | | |
| **B** | PHOENIX ALLIANCE INVESTMENT GROUP EN | 6 | | | **B** | | | |
| **C** | | | | | **C** | | | |

**Type of Property:**

| | | | | | |
|---|---|---|---|---|---|
| 1 Single Family Residence | 3 Vacation/Short-Term Rental | 5 Land | 7 Self-Rental | | |
| 2 Multi-Family Residence | 4 Commercial | 6 Royalties | 8 Other (describe) | | |

**Income:**

| | | | Properties | | |
|---|---|---|---|---|---|
| | | | **A** | **B** | **C** |
| **3a** Merchant card and third party payments. For 2011, enter -0- | | 3a | 0. | 0. | |
| **b** Payments not reported to you on line 3a | | 3b | | 663. | |
| **4** Total not including amounts on line 3a that are not income (see instructions) | | 4 | | 663. | |
| **Expenses:** | | | | | |
| **5** Advertising | | 5 | | | |
| **6** Auto and travel (see instructions) | | 6 | | | |
| **7** Cleaning and maintenance | | 7 | | | |
| **8** Commissions | | 8 | | | |
| **9** Insurance | | 9 | | | |
| **10** Legal and other professional fees | | 10 | | | |
| **11** Management fees | | 11 | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | | 12 | | | |
| **13** Other interest | | 13 | | | |
| **14** Repairs | | 14 | | | |
| **15** Supplies | | 15 | | | |
| **16** Taxes | | 16 | | | |
| **17** Utilities | | 17 | | | |
| **18** Depreciation expense or depletion | | 18 | | | |
| **19** Other (list) ▶ | | 19 | | | |
| **20** Total expenses. Add lines 5 through 19 | | 20 | | | |
| **21** Subtract line 20 from line 4. If result is a (loss), see instructions to find out if you must file **Form 6198** | | 21 | 0. | 663. | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | 22 | ( )( | )( | ) |
| **23a** Total of all amounts reported on line 3a for all rental properties | | 23a | | | |
| **b** Total of all amounts reported on line 3a for all royalty properties | | 23b | | | |
| **c** Total of all amounts reported on line 4 for all rental properties | | 23c | | | |
| **d** Total of all amounts reported on line 4 for all royalty properties | | 23d | 663. | | |
| **e** Total of all amounts reported on line 12 for all properties | | 23e | | | |
| **f** Total of all amounts reported on line 18 for all properties | | 23f | | | |
| **g** Total of all amounts reported on line 20 for all properties | | 23g | | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | | | 24 | 663. |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | | | 25 | ( ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | 26 | 663. |

121491  10-25-11    **LHA**    **For Paperwork Reduction Act Notice, see instructions.**

9

Schedule E (Form 1040) 2011

10281012 797779 02130.70        2011.05080 ALLIANCE CHARITABLE REMAIND 021301W1

Schedule E (Form 1040) 2011     Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1.     **Your social security number**

## ALLIANCE CHARITABLE REMAINDER TRUST

\*\* – \*\* \* \* \* \* \*

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| Part II | **Income or Loss From Partnerships and S Corporations** **Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column (e) on line 28 and attach **Form 6198.** See instructions. |
|---|---|

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a
passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ......................... ☐ **Yes** ☒ **No**

If you answered "Yes," see instructions before completing this section.

| 28 | (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | GRIST MILL HOLDINGS, LLC | P | | \*\* – \*\* \* \* \* \* \* | |
| B | PHOENIX ALLIANCE INVESTMENT GROUP ENTITI | P | | \*\* – \*\* \* \* \* \* \* | |
| C | SEC 59(E)(2) – CIRCULATION EXPENDITURES | P | | \*\* – \*\* \* \* \* \* \* | |
| D | | | | | |

| | **Passive Income and Loss** | | **Nonpassive Income and Loss** | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | 713,624. | | |
| B | | | 1,432. | | |
| C | | | 1. | | |
| D | | | | | |
| 29a | Totals | | | | |
| b | Totals | | 715,057. | | |

| 30 | Add columns (g) and (j) of line 29a ............... | 30 | |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b ............... | 31 | ( 715,057. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | –715,057. |

| Part III | **Income or Loss From Estates and Trusts** |
|---|---|

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | **Passive Income and Loss** | | **Nonpassive Income and Loss** | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a | Totals | | | |
| b | Totals | | | |

| 35 | Add columns (d) and (f) of line 34a ............... | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b ............... | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

| Part IV | **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder** |
|---|---|

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............... | 39 | |
|---|---|---|---|

| Part V | **Summary** |
|---|---|

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ............... | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ...... ▶ | 41 | –714,394. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see instructions) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ............... | 43 | |

121501
10-25-11

Schedule E (Form 1040) 2011

10281012 797779 02130.70     2011.05080 ALLIANCE CHARITABLE REMAIND 021301W1

# EXHIBIT
# 7

| Form **5227** | | **Split-Interest Trust Information Return** | OMB No. 1545-0196 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ See separate instructions. | **2011** Open to Public Inspection |

| Full name of trust | | **A** Employer identification number |
|---|---|---|
| ATLANTIC CHARITABLE REMAINDER TRUST | | \*\*-\*\*\*\*\*\*\* |

**Name of trustee**

DANIEL E. CARPENTER

**Number, street, and room or suite no. (If a P.O. box, see the instructions.)**

100 GRIST MILL ROAD

**City, state, and ZIP code**

SIMSBURY, CT   06070

**B  Type of Entity**
- (1) ☐ Charitable lead trust
- (2) ☐ Charitable remainder annuity trust described in section 664(d)(1)
- (3) ☒ Charitable remainder unitrust described in section 664(d)(2)
- (4) ☐ Pooled income fund described in section 642(c)(5)
- (5) ☐ Other

**C** Fair market value (FMV) of assets at end of tax year   -1,531,944.

**D** Gross income   163,811.

**E  Check applicable boxes**   ☐ Initial return   ☐ Final return   ☐ Amended return
Change in trustee's ▶   ☐ Name   ☐ Address

**F**  Date the trust was created   01/02/2008

**G** If the trust is a section 664 trust, did it have unrelated business taxable income? If "Yes," file Form 4720   ☐ Yes   ☒ No

| **Part I** | **Income and Deductions** (All trusts complete Sections A through D) | | | |
|---|---|---|---|---|
| **Section A - Ordinary Income** | | | | |
| 1 | Interest income | SEE STATEMENT 1 | **1** | 119,577. |
| 2a | Ordinary dividends (including qualified dividends) | SEE STATEMENT 2 | **2a** | 43,159. |
| b | Qualified dividends (see the instructions) | **2b** | 9,068. | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | | **3** | |
| 4 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | | **4** | -714,391. |
| 5 | Farm income or (loss). Attach Schedule F (Form 1040) | | **5** | |
| 6 | Ordinary gain or (loss). Attach Form 4797 | | **6** | |
| 7 | Other income. List type and amount ▶ | | **7** | |
| 8 | **Total ordinary income.** Combine lines 1a, 2a, and 3 through 7 | | **8** | -551,655. |
| **Section B - Capital Gains (Losses)** | | | | |
| 9 | Total short-term capital gain or (loss). Attach Schedule D, Part I (Form 1041) | | **9** | -71,930. |
| 10 | Total long-term capital gain or (loss). Attach Schedule D, Part II (Form 1041) | | **10** | 411. |
| 11 | Unrecaptured section 1250 gain | **11** | 14. | |
| 12 | 28% gain | **12** | | |
| 13 | **Total capital gains (losses).** Combine lines 9 and 10 | | **13** | -71,519. |
| **Section C - Nontaxable Income** | | | | |
| 14 | Tax-exempt interest | | **14** | |
| 15 | Other nontaxable income. List type and amount ▶ | | **15** | |
| 16 | **Total nontaxable income.** Add lines 14 and 15 | | **16** | |
| **Section D - Deductions** | | | | |
| 17 | Interest | | **17** | |
| 18 | Taxes (see the instructions) | | **18** | |
| 19 | Trustee fees | | **19** | |
| 20 | Attorney, accountant, and return preparer fees | | **20** | |
| 21 | Other allowable deductions. Attach schedule | | **21** | |
| 22 | **Total.** Add lines 17 through 21 | | **22** | 0. |
| 23 | Charitable deduction | **23** | | |
| **Section E - Deductions Allocable to Income Categories** (Section 664 trust only) | | | | |
| 24a | Enter the amount from line 22 allocable to ordinary income | | **24a** | 0. |
| b | Subtract line 24a from line 8 | | **24b** | -551,655. |
| 25a | Enter the amount from line 22 allocable to capital gains (losses) | | **25a** | 0. |
| b | Subtract line 25a from line 13 | | **25b** | -71,519. |
| 26a | Enter the amount from line 22 allocable to nontaxable income | | **26a** | 0. |
| b | Subtract line 26a from line 16 | | **26b** | 0. |

LHA   **For Paperwork Reduction Act Notice, see the instructions.**   Form **5227** (2011)

124021
01-11-12

1

Form 5227 (2011)   ATLANTIC CHARITABLE REMAINDER TRUST                    **-*******        Page **2**

| **Part II** | **Schedule of Distributable Income** (Section 664 trust only) See the instructions | | | |

| | Accumulations | **(a)** Ordinary income | **(b)** Capital gains (losses) | **(c)** Nontaxable income |
|---|---|---|---|---|
| 27 | Undistributed income from prior tax years ............................ | −1,080,524. | 24,361. | |
| 28 | Current tax year net income (before distributions): | | | |
| | • In column (a), enter the amount from line 24b | | | |
| | • In column (b), enter the amount from line 25b | | | |
| | • In column (c), enter the amount from line 26b .................... | −551,655. | −71,519. | |
| 29 | Total distributable income. Add lines 27 and 28 | −1,632,179. | −47,158. | |

| **Part III-A** | **Distributions of Principal for Charitable Purposes** |

| 30 | Principal distributed in prior tax years for charitable purposes .................................................... | 30 | |
| 31 | Principal distributed during the current tax year for charitable purposes. Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the space to the right. (see the instructions) | | |

| **(A)** Payee's name and address | **(B)** Date of distribution | **(C)** Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|
| a | | | 31a | |
| b | | | 31b | |
| c | | | 31c | |
| 32 | **Total.** Add lines 30 through 31c | | 32 | |

| **Part III-B** | **Accumulated Income Set Aside and Income Distributions for Charitable Purposes** Grantor type trusts complete only lines 35 and 36 (see the instructions) |

| 33 a | Accumulated income set aside in prior tax years for which a deduction was claimed under section 642(c) ............................................................................................ | 33a | |
| b | Enter the amount shown on line 23 ................................................................................ | 33b | |
| 34 | Add lines 33a and 33b ................................................................................................ | 34 | |
| 35 | Distributions made during the tax year (see the instructions): | | |
| | • For income set aside in prior tax years for which a deduction was claimed under section 642(c), | | |
| | • For charitable purposes for which a charitable deduction was claimed under section 642(c) in the current tax year, or | | |
| | • For charitable purposes by a grantor type trust for which a charitable deduction was claimed under section 170 upon contribution to the trust | | |
| | Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the line to the right. | | |

| **(A)** Payee's name and address | **(B)** Date of distribution | **(C)** Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|
| a | | | 35a | |
| b | | | 35b | |
| c | | | 35c | |
| 36 | Add lines 35a through 35c ........................................................................................... | 36 | |
| 37 | Carryover. Subtract line 36 from line 34 ......................................................................... | 37 | |

Form **5227** (2011)

124031
01-11-12

Form 5227 (2011)   ATLANTIC CHARITABLE REMAINDER TRUST   \*\*-\*\*\*\*\*\*\*   Page **3**

| Part IV | Balance Sheet (see the instructions) |

### Assets

| | | | (a) Beginning-of-Year Book Value | (b) End-of-Year Book Value | (c) FMV (see instructions) |
|---|---|---|---|---|---|
| 38 | Cash-non-interest-bearing | 38 | 49,933. | 9,933. | 9,933. |
| 39 | Savings and temporary cash investments | 39 | | | |
| 40 a | Accounts receivable ............ 40a | | | | |
| b | Less: allowance for doubtful accounts ... 40b | | | | |
| 41 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) | 41 | | | |
| 42 a | Other notes and loans receivable ....... 42a | | | | |
| b | Less: allowance for doubtful accounts ... 42b | | | | |
| 43 | Inventories for sale or use | 43 | | | |
| 44 | Prepaid expenses and deferred charges | 44 | | | |
| 45 a | Investments-U.S. and state government obligations (attach schedule) | 45a | | | |
| b | Investments-corporate stock. Attach schedule | 45b | | | |
| c | Investments-corporate bonds. Attach schedule | 45c | | | |
| 46 a | Investments-land, buildings, and equipment: basis (attach schedule) ...... 46a | | | | |
| b | Less: accumulated depreciation ......... 46b | | | | |
| 47 | Investments-other (attach schedule) | 47 | | | |
| 48 a | Land, buildings, and equipment: basis ..... 48a | | | | |
| b | Less: accumulated depreciation ......... 48b | | | | |
| 49 | Other assets. Describe ▶     STMT 4 | 49 | -918,703. | -1,541,877. | -1,541,877. |
| 50 | **Total assets.** Add lines 38 through 49 (must equal line 60) ▶ | 50 | -868,770. | -1,531,944. | -1,531,944. |

### Liabilities

| | | | | | |
|---|---|---|---|---|---|
| 51 | Accounts payable and accrued expenses | 51 | | | |
| 52 | Deferred revenue | 52 | | | |
| 53 | Loans from officers, directors, trustees, and other disqualified persons | 53 | | | |
| 54 | Mortgages and other notes payable. Attach schedule | 54 | | | |
| 55 | Other liabilities. Describe ▶     STMT 5 | 55 | 49,950. | 9,950. | 9,950. |
| 56 | **Total liabilities.** Add lines 51 through 55 ▶ | 56 | 49,950. | 9,950. | 9,950. |

### Net Assets

| | | | | | |
|---|---|---|---|---|---|
| 57 | Trust principal or corpus | 57 | -918,720. | -1,541,894. | |
| 58 a | Undistributed income | 58a | | | |
| b | Undistributed capital gains | 58b | | | |
| c | Undistributed nontaxable income | 58c | | | |
| 59 | **Total net assets.** Add lines 57 through 58c | 59 | -918,720. | -1,541,894. | |
| 60 | **Total liabilities and net assets.** Add lines 56 and 59 | 60 | -868,770. | -1,531,944. | |

Form **5227** (2011)

124041
01-11-12

Form 5227 (2011)   ATLANTIC CHARITABLE REMAINDER TRUST          \*\*-\*\*\*\*\*\*\*      Page **4**

| **Part V-A** | **Charitable Remainder Annuity Trust (CRAT) Information** (to be completed **only** by a section 664 CRAT) | | |
|---|---|---|---|
| 61 a | Enter the initial fair market value (FMV) of the property placed in the trust | 61a | |
| b | Enter the total annual annuity amounts for all recipients | 61b | |

| **Part V-B** | **Charitable Remainder Unitrust (CRUT) Information** (to be completed **only** by a section 664 CRUT) See the instructions | | | |
|---|---|---|---|---|
| 62 | Is the CRUT a net income charitable remainder unitrust (NICRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(1)? | | ☐ Yes | ☒ No |
| 63 | Is the CRUT a net income with make-up charitable remainder unitrust (NIMCRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(2)? | | ☒ Yes | ☐ No |
| 64 | Did the trust change its method of payment during the tax year? | | ☐ Yes | ☒ No |
| | If "Yes," describe the triggering event including the date of the event and the old method of payment ▶ | | | |

| | | | | |
|---|---|---|---|---|
| 65 a | Enter the unitrust fixed percentage to be paid to the recipients | 65a | 5.0000 % | |
| b | **Unitrust amount.** Subtract line 56, column (c), from line 50, column (c), and multiply the result by the percentage on line 65a. Do not enter less than -0-. | 65b | 0. | |
| | **If the answer is "Yes" on line 62 or line 63, go to line 66a. Otherwise, skip lines 66a through 67b and enter the line 65b amount on line 68.** | | | |
| 66 a | Trust's accounting income for 2011. Attach schedule | 66a | −551,655. | |
| | **If the answer is "Yes" on line 62, go to line 66b. If the answer is "Yes" on line 63, skip line 66b and go to line 67a.** | | | |
| b | Enter the smaller of line 65b or line 66a here and on line 68. Skip lines 67a and 67b | 66b | | |
| 67 a | Total accumulated distribution deficiencies from previous years (see the instructions) | 67a | 3. | |
| b | Add lines 65b and 67a | 67b | 3. | |
| | **If lines 67a and 67b are completed, enter the smaller of line 66a or line 67b on line 68.** | | | |
| 68 | Required unitrust distribution for 2011 | 68 | 0. | |
| 69 | Carryover of accumulated distribution deficiency (only for trusts that answered "Yes" on line 63). Subtract line 68 from line 67b | 69 | 3. | |
| 70 | If this is the final return, enter the initial FMV of all assets placed in trust by the donor | 70 | | |
| 71 | Did the trustee change the method of determining the fair market value of the assets? | | ☐ Yes | ☒ No |
| | If "Yes," attach an explanation. | | | |
| 72 | Were any additional contributions received by the trust during 2011? | | ☐ Yes | ☒ No |
| | If "Yes," be sure to complete all columns of line 7 in Schedule A, Part III. | | | |

| **Part VI-A** | **Statements Regarding Activities** (see the instructions) | | Yes | No |
|---|---|---|---|---|
| 73 | Are the requirements of section 508(e) satisfied either: | | | |
| | ● By the language in the governing instrument; or | | | |
| | ● By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 73 | X | |
| 74 | Are you using this return only to report the income and assets of a segregated amount under section 4947(a)(2)(B)? | 74 | | X |

Form **5227** (2011)

124051
01-11-12

Form 5227 (2011)   ATLANTIC CHARITABLE REMAINDER TRUST   \*\*-\*\*\*\*\*\*\*   Page **5**

**Part VI-B**  Statements Regarding Activities for Which Form 4720 May Be Required

File Form 4720 if any item is checked in the "Yes" column (to the right), unless an exception applies.

| | | | | Yes | No |
|---|---|---|---|---|---|
| **75** | Self-dealing (section 4941): | | | | |
| **a** | During 2011, did the trust (either directly or indirectly): | | | | |
| | **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? | ☐ Yes ☒ No | | | |
| | **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) | | | | |
| | a disqualified person? | ☐ Yes ☒ No | | | |
| | **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? | ☐ Yes ☒ No | | | |
| | **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? | ☐ Yes ☒ No | | | |
| | **(5)** Transfer any income or assets to a disqualified person (or make any of either available | | | | |
| | for the benefit or use of a disqualified person)? | ☐ Yes ☒ No | | | |
| | **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No" if | | | | |
| | the trust agreed to make a grant to or to employ the official for a period after termination | | | | |
| | of government service, if terminating within 90 days.) | ☐ Yes ☒ No | | | |
| **b** | If any answer is "Yes" to 75a(1) through (6), did **any** of the acts fail to qualify under the exceptions described | | | | |
| | in Regulations sections 53.4941(d)-3 and 4, or in a current Notice regarding disaster assistance (see page | | | | |
| | 9 of the instructions)? N/A | | **75b** | | |
| | Organizations relying on a current Notice regarding disaster assistance, check here ▶ ☐ | | | | |
| **c** | Did the trust engage in a prior year in any of the acts described in 75a, other than excepted acts, that were | | | | |
| | not corrected before January 1, 2011? | | **75c** | | X |
| **76** | Does section 4947(b)(3)(A) or (B) apply? (See the instructions.) | ☐ Yes ☒ No | | | |
| | If "Yes," check the "N/A" box in questions 77 and 78. | | | | |
| **77** | Taxes on excess business holdings (section 4943): ☐ **N/A** | | | | |
| **a** | Did the trust hold more than a 2% direct or indirect interest in any business enterprise at | | | | |
| | any time during 2011? | ☐ Yes ☒ No | | | |
| **b** | If "Yes," did the trust have excess business holdings in 2011 as a result of **(1)** any purchase by the trust or | | | | |
| | disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the | | | | |
| | Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or | | | | |
| | **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? | | **77b** | | |
| | Use Schedule C, Form 4720, to determine if the trust had excess business holdings in 2011. | | | | |
| **78** | Taxes on investments that jeopardize charitable purposes (section 4944): ☐ **N/A** | | | | |
| **a** | Did the trust invest during 2011 any amount in a manner that would jeopardize its charitable purpose? | | **78a** | | X |
| **b** | Did the trust make any investment in a prior year (but after December 31, 1969) that could jeopardize its | | | | |
| | charitable purpose that had not been removed from jeopardy before January 1, 2011? | | **78b** | | X |
| **79** | Taxes on taxable expenditures (section 4945) and political expenditures (section 4955): | | | | |
| **a** | During 2011, did the trust pay or incur any amount to: | | | | |
| | **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? | ☐ Yes ☒ No | | | |
| | **(2)** Influence the outcome of any specific public election (see section 4955); or to carry | | | | |
| | on, directly or indirectly, any voter registration drive? | ☐ Yes ☒ No | | | |
| | **(3)** Provide a grant to an individual for travel, study, or other similar purposes? | ☐ Yes ☒ No | | | |
| | **(4)** Provide a grant to an organization other than a charitable, etc., organization described | | | | |
| | in section 509(a)(1), (2), or (3), or section 4940(d)(2)? | ☐ Yes ☒ No | | | |
| | **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or | | | | |
| | educational, or for the prevention of cruelty to children or animals? | ☐ Yes ☒ No | | | |
| **b** | If any answer is "Yes" to 79a(1) through (5), did **any** of the transactions fail to qualify under the exceptions | | | | |
| | described in Regulations section 53.4945, or in a current Notice regarding disaster assistance (see the | | | | |
| | instructions)? N/A | | **79b** | | |
| | Organizations relying on a current Notice regarding disaster assistance, check here ▶ ☐ | | | | |
| **c** | If the answer is "Yes" to question 79a(4), does the trust claim exemption from the tax | | | | |
| | because it maintained expenditure responsibility for the grant? (See the | | | | |
| | instructions.) N/A ☐ Yes ☐ No | | | | |
| | If "Yes," attach the statement required by Regulations section 53.4945-5(d). | | | | |
| **80** | Personal benefit contracts (section 170(f)(10)): | | | | |
| **a** | Did the trust, during the year, receive any funds, directly or indirectly, to pay premiums on | | | | |
| | a personal benefit contract? | ☐ Yes ☒ No | | | |
| **b** | Did the trust, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | **80b** | | X |
| | *If "Yes" to 80b, file Form 8870 (see the instructions.)* | | | | |

124052
01-11-12

Form 5227 (2011)   ATLANTIC CHARITABLE REMAINDER TRUST                          **-*******   Page **6**

| Part VII | **Questionnaire for Charitable Lead Trusts, Pooled Income Funds, and Charitable Remainder Trusts** (see the instructions) |
|---|---|

### Section A - All Trusts

| | | |
|---|---|---|
| 81 | Check this box if any of the split-interest trust's income interests expired during 2011 ........................ ▶ | ☐ |
| 82 | Check this box if all of the split-interest trust's income interests expired before 2011 ........................ ▶ | ☐ |
| | If 82 (above) is checked and this is **not** a final return, attach an explanation. | |

### Section B - Charitable Lead Trusts

| | | |
|---|---|---|
| 83 | Does the governing instrument require income in excess of the required annuity or unitrust payments to be paid for charitable purposes? ........................ | ☐ Yes  ☐ No |

| | | | |
|---|---|---|---|
| 84 | Enter the amount of any excess income required to be paid for charitable purposes for 2011 | **84** | |
| 85 | Enter the amount of annuity or unitrust payments required to be paid to charitable beneficiaries for 2011 ........ | **85** | |

### Section C - Pooled Income Funds

| | | | |
|---|---|---|---|
| 86 | Enter the amount of contributions received during 2011 ........................ | **86** | |
| 87 | Enter the amount required to be distributed for 2011 to satisfy the remainder interest ........................ | **87** | |
| 88 | Enter any amounts that were required to be distributed to the remainder beneficiary that remain undistributed | **88** | |
| 89 | Enter the amount of income required to be paid to the charitable remainder beneficiary for 2011 ........................ | **89** | |

### Section D - Charitable Remainder Trusts

| | | |
|---|---|---|
| 90 | Check this box if you are filing for a charitable remainder annuity trust or a charitable remainder unitrust whose charitable interests involve only cemeteries or war veterans' posts ........................ ▶ | ☐ |
| 91 | Check this box if you are making an election under Regulations section 1.664-2(a)(1)(i)(a)(2) or 1.664-3(a)(1)(i)(g)(2) to treat income generated from certain property distributions (other than cash) by the trust as occurring on the last day of the tax year. (See the instructions.) ........................ ▶ | ☐ |
| 92 | Is this the initial return? If "Yes," attach a copy of the trust instrument ........................ | ☐ Yes  ☒ No |
| 93 | Was the trust instrument amended during the year? If "Yes," attach a copy ........................ | ☐ Yes  ☒ No |
| 94 a | If this is the final return, were final distributions made according to the trust instrument? ........................ | ☐ Yes  ☐ No |
| b | If "Yes," did you complete line 31? ........................ | ☐ Yes  ☐ No |
| c | If either line 94a or 94b is "No," explain why ▶ | |

| | | |
|---|---|---|
| 95 | At any time during calendar year 2011, did the trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? ........................ See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ▶ | ☐ Yes  ☐ No |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than trustee) is based on all information of which preparer has any knowledge. | |
|---|---|---|
| | ▶ Signature of trustee or officer representing trustee | ▶ Date |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | RONALD LARROW, CPA | | | | *********  |
| | Firm's name ▶ SIMIONE MACCA & LARROW, LLP | | | Firm's EIN ▶ | **-******* |
| | Firm's address ▶ 4130 WHITNEY AVENUE HAMDEN, CT 06518 | | | Phone no. | 203-281-0540 |

124053 01-11-12                                                                                    Form **5227** (2011)

Form 5227 (2011)                                                                           **Page 7**

| Full name of trust | Employer identification number |
|---|---|
| ATLANTIC CHARITABLE REMAINDER TRUST | **_*_******* |

**NOT Open To Public Inspection**

### Schedule A - Distributions, Assets, and Donor Information

| **Part I** | **Accumulation Schedule** (Section 664 trust only) See the instructions | | | |
|---|---|---|---|---|
| | Accumulations | **(a)** Ordinary income | **(b)** Capital gain (loss) | **(c)** Nontaxable income |
| 1 | Total distributable income. Enter the amount from line 29 | −1,632,179. | −47,158. | |
| **2 a** | Total distributions for 2011:       0. | | | |
| **b** | 2011 distributions from income | | | |
| 3 | Undistributed income at end of tax year. Subtract line 2b from line 1 | −1,632,179. | −47,158. | |

| **Part II-A** | **Current Distributions Schedule** (Section 664 trust only) See the instructions | | |
|---|---|---|---|
| | **(a)** Name of recipient | **(b)** Identifying number | **(c)** Percentage of total unitrust amount payable (if applicable) |
| **4 a** | | | % |
| **b** | | | % |
| **c** | | | % |

| | **(d)** Ordinary Income | Capital gains | | **(g)** Nontaxable Income | **(h)** Corpus | **(i)** Total (add cols. **(d)** through **(h)**) |
|---|---|---|---|---|---|---|
| | | **(e)** Short-term | **(f)** Long-term | | | |
| **4 a** | | | | | | |
| **b** | | | | | | |
| **c** | | | | | | |
| **Total** | 0. | 0. | 0. | 0. | 0. | 0. |

If Part II-A, Total, column (i) does not agree with line 61b of Form 5227 for a CRAT or line 68 of Form 5227 for a CRUT, check here ▶ ☐ and attach an explanation.

| **Part II-B** | **Current Distributions** (charitable lead trusts or pooled income funds only) See the instructions |
|---|---|
| 5 | Enter the amount required to be paid to private beneficiaries for 2011 ............................ ▶ |

| **Part III** | **Assets and Donor Information** (Section 664 trust or charitable lead trust only) |
|---|---|

6   Is this the initial return or were additional assets contributed to the trust in 2011? ....................... ☐ Yes ☒ No

    **If "Yes," complete the schedule below.**

    **If "No," complete only column (a) of the schedule below.**

| | **(a)** Name and address of donor | **(b)** Description of each asset donated | **(c)** Fair market value of each asset on date of donation | **(d)** Date of donation |
|---|---|---|---|---|
| **7 a** | | | | |
| **7 b** | | | | |
| **7 c** | | | | |
| **7 d** | **Total** .................................................. ▶ | | | |

8   For charitable remainder trusts: If this was the final year, was an early termination agreement signed by all parties to the trust? ........................ ☐ Yes ☐ No ☒ N/A

    If "Yes," attach a copy of the signed agreement.

124054
01-11-12                                                                          Form **5227** (2011)

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

# Supplemental Income and Loss

**(From rental real estate, royalties, partnerships,**
**S corporations, estates, trusts, REMICs, etc.)**

▶ **Attach to Form 1040, 1040NR, or Form 1041.**   ▶ **See separate instructions.**

OMB No. 1545-0074

# 2011

Attachment
Sequence No. **13**

Name(s) shown on return

ATLANTIC CHARITABLE REMAINDER TRUST

Your social security number

\*\*-\*\*\*\*\*\*\*

| | | Yes | No |
|---|---|---|---|
| **A** | Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) | ☐ | ☐ |
| **B** | If "Yes," did you or will you file all required Forms 1099? | ☐ | ☐ |

**Part I**   **Income or Loss From Rental Real Estate and Royalties**   **Note.** If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**Caution.** For each rental property listed on line 1, check the box in the last column only if you owned that property as a member of a qualified joint venture (QJV) reporting income not subject to self-employment tax.

| 1 Physical address of each property-street, city, state, ZIP | Type-from list below | 2 For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| **A** | | | **A** | 365 | | |
| **B** PHOENIX ALLIANCE INVESTMENT GROUP EN | 6 | | **B** | | | |
| **C** | | | **C** | | | |

**Type of Property:**

1  Single Family Residence     3  Vacation/Short-Term Rental     5  Land     7  Self-Rental
2  Multi-Family Residence      4  Commercial                     6  Royalties 8  Other (describe)

**Income:**

| | | | Properties | | |
|---|---|---|---|---|---|
| | | | **A** | **B** | **C** |
| **3a** Merchant card and third party payments. For 2011, enter -0- | | 3a | 0. | 0. | |
| **b** Payments not reported to you on line 3a | | 3b | | 664. | |
| **4** Total not including amounts on line 3a that are not income (see instructions) | | 4 | | 664. | |

**Expenses:**

| | | | A | B | C |
|---|---|---|---|---|---|
| **5** Advertising | | 5 | | | |
| **6** Auto and travel (see instructions) | | 6 | | | |
| **7** Cleaning and maintenance | | 7 | | | |
| **8** Commissions | | 8 | | | |
| **9** Insurance | | 9 | | | |
| **10** Legal and other professional fees | | 10 | | | |
| **11** Management fees | | 11 | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | | 12 | | | |
| **13** Other interest | | 13 | | | |
| **14** Repairs | | 14 | | | |
| **15** Supplies | | 15 | | | |
| **16** Taxes | | 16 | | | |
| **17** Utilities | | 17 | | | |
| **18** Depreciation expense or depletion | | 18 | | | |
| **19** Other (list) ▶ | | 19 | | | |
| **20** Total expenses. Add lines 5 through 19 | | 20 | | | |
| **21** Subtract line 20 from line 4. If result is a (loss), see instructions to find out if you must file **Form 6198** | | 21 | 0. | 664. | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | 22 | ( )( | )( | ) |

| | | | | |
|---|---|---|---|---|
| **23a** Total of all amounts reported on line 3a for all rental properties | 23a | | | |
| **b** Total of all amounts reported on line 3a for all royalty properties | 23b | | | |
| **c** Total of all amounts reported on line 4 for all rental properties | 23c | | | |
| **d** Total of all amounts reported on line 4 for all royalty properties | 23d | 664. | | |
| **e** Total of all amounts reported on line 12 for all properties | 23e | | | |
| **f** Total of all amounts reported on line 18 for all properties | 23f | | | |
| **g** Total of all amounts reported on line 20 for all properties | 23g | | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | 24 | | 664. |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | 25 | ( | ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | 26 | | 664. |

121491  10-25-11     LHA   **For Paperwork Reduction Act Notice, see instructions.**

9

Schedule E (Form 1040) 2011

Schedule E (Form 1040) 2011     Attachment Sequence No. **13**     Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on page 1. | Your social security number |
|---|---|
| ATLANTIC CHARITABLE REMAINDER TRUST | ** – ** *** |

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**   **Income or Loss From Partnerships and S Corporations**   **Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column (e) on line 28 and attach **Form 6198.** See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? .......... ☐ Yes   ☒ No

If you answered "Yes," see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | GRIST MILL HOLDINGS, LLC | P | | ** – ** *** | |
| B | PHOENIX ALLIANCE INVESTMENT GROUP ENTITI | P | | ** – ** *** | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | 713,623. | | |
| B | | | 1,432. | | |
| C | | | | | |
| D | | | | | |
| 29a | Totals ............ | | | | |
| b | Totals ............ | | 715,055. | | |

| 30 | Add columns (g) and (j) of line 29a .............................................. | 30 | |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b .............................................. | 31 | ( 715,055. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below .............................................. | 32 | –715,055. |

**Part III**   **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a | Totals ................. | | | |
| b | Totals ................. | | | |

| 35 | Add columns (d) and (f) of line 34a .............................................. | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b .............................................. | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

**Part IV**   **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ......... | 39 | |
|---|---|---|---|

**Part V**   **Summary**

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below .................... | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ...... ▶ | 41 | –714,391. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see instructions) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ................ | 43 | |

121501
10-25-11

Schedule E (Form 1040) 2011

# EXHIBIT 8

Form **5227**

Department of the Treasury
Internal Revenue Service

## Split-Interest Trust Information Return

▶ See separate instructions.

OMB No. 1545-0196

**2011**
Open to Public
Inspection

| Full name of trust | **A** Employer identification number |
|---|---|
| AVON CHARITABLE REMAINDER TRUST | **\*\*-\*\*\*\*\*\*\*** |

| Name of trustee | **B Type of Entity** |
|---|---|
| DANIEL E. CARPENTER | **(1)** ☐ Charitable lead trust |
| | **(2)** ☐ Charitable remainder annuity trust described in section 664(d)(1) |
| Number, street, and room or suite no. (If a P.O. box, see the instructions.) | **(3)** ☒ Charitable remainder unitrust |
| 100 GRIST MILL ROAD | described in section 664(d)(2) |
| City, state, and ZIP code | **(4)** ☐ Pooled income fund described in section 642(c)(5) |
| SIMSBURY, CT   06070 | **(5)** ☐ Other |

| **C** Fair market value (FMV) of assets at end of tax year. **-1,531,899.** | **D** Gross Income **163,810.** | **F** Date the trust was created **01/02/2008** |
|---|---|---|

| **E** Check applicable boxes | ☐ Initial return    ☐ Final return    ☐ Amended return |
|---|---|
| | Change in trustee's ▶ ☐ Name    ☐ Address |

| **G** If the trust is a section 664 trust, did it have unrelated business taxable income? If "Yes," file Form 4720 | ☐ Yes | ☒ No |
|---|---|---|

| **Part I** | **Income and Deductions** (All trusts complete Sections A through D) |
|---|---|

### Section A - Ordinary Income

| | | | | |
|---|---|---|---|---|
| **1** | Interest income | SEE STATEMENT 1 | **1** | 119,577. |
| **2a** | Ordinary dividends (including qualified dividends) | SEE STATEMENT 2 | **2a** | 43,159. |
| **b** | Qualified dividends (see the instructions) | **2b** 9,068. | | |
| **3** | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | | **3** | |
| **4** | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | | **4** | -714,394. |
| **5** | Farm income or (loss). Attach Schedule F (Form 1040) | | **5** | |
| **6** | Ordinary gain or (loss). Attach Form 4797 | | **6** | |
| **7** | Other income. List type and amount ▶ | | **7** | |
| **8** | **Total ordinary income.** Combine lines 1a, 2a, and 3 through 7 | | **8** | -551,658. |

### Section B - Capital Gains (Losses)

| | | | | |
|---|---|---|---|---|
| **9** | Total short-term capital gain or (loss). Attach Schedule D, Part I (Form 1041) | | **9** | -71,930. |
| **10** | Total long-term capital gain or (loss). Attach Schedule D, Part II (Form 1041) | | **10** | 411. |
| **11** | Unrecaptured section 1250 gain | **11** 14. | | |
| **12** | 28% gain | **12** | | |
| **13** | **Total capital gains (losses).** Combine lines 9 and 10 | | **13** | -71,519. |

### Section C - Nontaxable Income

| | | | |
|---|---|---|---|
| **14** | Tax-exempt interest | **14** | |
| **15** | Other nontaxable income. List type and amount ▶ | | |
| | | **15** | |
| **16** | **Total nontaxable income.** Add lines 14 and 15 | **16** | |

### Section D - Deductions

| | | | |
|---|---|---|---|
| **17** | Interest | **17** | |
| **18** | Taxes (see the instructions) | **18** | |
| **19** | Trustee fees | **19** | |
| **20** | Attorney, accountant, and return preparer fees | **20** | |
| **21** | Other allowable deductions. Attach schedule | **21** | |
| **22** | **Total.** Add lines 17 through 21 | **22** | 0. |
| **23** | Charitable deduction | **23** | |

### Section E - Deductions Allocable to Income Categories (Section 664 trust only)

| | | | |
|---|---|---|---|
| **24a** | Enter the amount from line 22 allocable to ordinary income | **24a** | 0. |
| **b** | Subtract line 24a from line 8 | **24b** | -551,658. |
| **25a** | Enter the amount from line 22 allocable to capital gains (losses) | **25a** | 0. |
| **b** | Subtract line 25a from line 13 | **25b** | -71,519. |
| **26a** | Enter the amount from line 22 allocable to nontaxable income | **26a** | 0. |
| **b** | Subtract line 26a from line 16 | **26b** | 0. |

LHA    **For Paperwork Reduction Act Notice, see the instructions.**

Form **5227** (2011)

124021
01-11-12

1

Form 5227 (2011)   AVON CHARITABLE REMAINDER TRUST   \*\*–\*\*\*\*\*\*\*   Page **2**

| **Part II** | **Schedule of Distributable Income** (Section 664 trust only) See the instructions | | | |
|---|---|---|---|---|
| | Accumulations | **(a)** Ordinary income | **(b)** Capital gains (losses) | **(c)** Nontaxable income |
| 27 | Undistributed income from prior tax years | −1,080,526. | 24,361. | |
| 28 | Current tax year net income (before distributions): | | | |
| | • In column (a), enter the amount from line 24b | | | |
| | • In column (b), enter the amount from line 25b | | | |
| | • In column (c), enter the amount from line 26b | −551,658. | −71,519. | |
| 29 | Total distributable income. Add lines 27 and 28 | −1,632,184. | −47,158. | |

| **Part III-A** | **Distributions of Principal for Charitable Purposes** | | |
|---|---|---|---|
| 30 | Principal distributed in prior tax years for charitable purposes | **30** | |
| 31 | Principal distributed during the current tax year for charitable purposes. Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the space to the right. (see the instructions) | | |

| (A) Payee's name and address | (B) Date of distribution | (C) Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|
| a | | | **31a** | |
| b | | | **31b** | |
| c | | | **31c** | |
| 32 | **Total.** Add lines 30 through 31c | | **32** | |

| **Part III-B** | **Accumulated Income Set Aside and Income Distributions for Charitable Purposes** Grantor type trusts complete only lines 35 and 36 (see the instructions) | | |
|---|---|---|---|
| 33 a | Accumulated income set aside in prior tax years for which a deduction was claimed under section 642(c) | **33a** | |
| b | Enter the amount shown on line 23 | **33b** | |
| 34 | Add lines 33a and 33b | **34** | |
| 35 | Distributions made during the tax year (see the instructions): | | |
| | • For income set aside in prior tax years for which a deduction was claimed under section 642(c), | | |
| | • For charitable purposes for which a charitable deduction was claimed under section 642(c) in the current tax year, or | | |
| | • For charitable purposes by a grantor type trust for which a charitable deduction was claimed under section 170 upon contribution to the trust | | |
| | Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the line to the right. | | |

| (A) Payee's name and address | (B) Date of distribution | (C) Charitable purpose and description of assets distributed | | |
|---|---|---|---|---|
| a | | | **35a** | |
| b | | | **35b** | |
| c | | | **35c** | |
| 36 | Add lines 35a through 35c | | **36** | |
| 37 | Carryover. Subtract line 36 from line 34 | | **37** | |

Form **5227** (2011)

124031
01-11-12

Form 5227 (2011)   AVON CHARITABLE REMAINDER TRUST                    **–*******        Page **3**

| | **Part IV** | **Balance Sheet** (see the instructions) | | | (a) Beginning-of-Year Book Value | (b) End-of-Year Book Value | (c) FMV (see instructions) |
|---|---|---|---|---|---|---|---|
| | | **Assets** | | | | | |
| 38 | | Cash-non-interest-bearing | | 38 | 49,983. | 9,983. | 9,983. |
| 39 | | Savings and temporary cash investments | | 39 | | | |
| 40 a | | Accounts receivable | 40a | | | | |
| b | | Less: allowance for doubtful accounts | 40b | | | | |
| 41 | | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) | | 41 | | | |
| 42 a | | Other notes and loans receivable | 42a | | | | |
| b | | Less: allowance for doubtful accounts | 42b | | | | |
| 43 | | Inventories for sale or use | | 43 | | | |
| 44 | | Prepaid expenses and deferred charges | | 44 | | | |
| 45 a | | Investments-U.S. and state government obligations (attach schedule) | | 45a | | | |
| b | | Investments-corporate stock. Attach schedule | | 45b | | | |
| c | | Investments-corporate bonds. Attach schedule | | 45c | | | |
| 46 a | | Investments-land, buildings, and equipment: basis (attach schedule) | 46a | | | | |
| b | | Less: accumulated depreciation | 46b | | | | |
| 47 | | Investments-other (attach schedule) | | 47 | | | |
| 48 a | | Land, buildings, and equipment: basis | 48a | | | | |
| b | | Less: accumulated depreciation | 48b | | | | |
| 49 | | Other assets. Describe ▶           STMT 4 | | 49 | −918,705. | −1,541,882. | −1,541,882. |
| 50 | | **Total assets.** Add lines 38 through 49 (must equal line 60) ▶ | | 50 | −868,722. | −1,531,899. | −1,531,899. |
| | | **Liabilities** | | | | | |
| 51 | | Accounts payable and accrued expenses | | 51 | | | |
| 52 | | Deferred revenue | | 52 | | | |
| 53 | | Loans from officers, directors, trustees, and other disqualified persons | | 53 | | | |
| 54 | | Mortgages and other notes payable. Attach schedule | | 54 | | | |
| 55 | | Other liabilities. Describe ▶           STMT 5 | | 55 | 50,000. | 10,000. | 10,000. |
| 56 | | **Total liabilities.** Add lines 51 through 55 ▶ | | 56 | 50,000. | 10,000. | 10,000. |
| | | **Net Assets** | | | | | |
| 57 | | Trust principal or corpus | | 57 | −918,722. | −1,541,899. | |
| 58 a | | Undistributed income | | 58a | | | |
| b | | Undistributed capital gains | | 58b | | | |
| c | | Undistributed nontaxable income | | 58c | | | |
| 59 | | **Total net assets.** Add lines 57 through 58c | | 59 | −918,722. | −1,541,899. | |
| 60 | | **Total liabilities and net assets.** Add lines 56 and 59 | | 60 | −868,722. | −1,531,899. | |

Form **5227** (2011)

124041
01-11-12

Form 5227 (2011)   AVON CHARITABLE REMAINDER TRUST                    **-*******   Page **4**

| Part V-A | Charitable Remainder Annuity Trust (CRAT) Information (to be completed **only** by a section 664 CRAT) | | |
|---|---|---|---|
| 61 a | Enter the initial fair market value (FMV) of the property placed in the trust | 61a | |
| b | Enter the total annual annuity amounts for all recipients | 61b | |

| Part V-B | Charitable Remainder Unitrust (CRUT) Information (to be completed **only** by a section 664 CRUT) See the instructions | | | |
|---|---|---|---|---|
| 62 | Is the CRUT a net income charitable remainder unitrust (NICRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(1)? | | Yes | X No |
| 63 | Is the CRUT a net income with make-up charitable remainder unitrust (NIMCRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(2)? | X Yes | | No |
| 64 | Did the trust change its method of payment during the tax year? | | Yes | X No |
| | If "Yes," describe the triggering event including the date of the event and the old method of payment ▶ | | | |

| | | | | |
|---|---|---|---|---|
| 65 a | Enter the unitrust fixed percentage to be paid to the recipients | 65a | 5.0000% | |
| b | **Unitrust amount.** Subtract line 56, column (c), from line 50, column (c), and multiply the result by the percentage on line 65a. Do not enter less than -0-. | 65b | 0. | |
| | **If the answer is "Yes" on line 62 or line 63, go to line 66a. Otherwise, skip lines 66a through 67b and enter the line 65b amount on line 68.** | | | |
| 66 a | Trust's accounting income for 2011. Attach schedule | 66a | -551,658. | |
| | **If the answer is "Yes" on line 62, go to line 66b. If the answer is "Yes" on line 63, skip line 66b and go to line 67a.** | | | |
| b | Enter the smaller of line 65b or line 66a here and on line 68. Skip lines 67a and 67b | 66b | | |
| 67 a | Total accumulated distribution deficiencies from previous years (see the instructions) | 67a | 3. | |
| b | Add lines 65b and 67a | 67b | 3. | |
| | **If lines 67a and 67b are completed, enter the smaller of line 66a or line 67b on line 68.** | | | |
| 68 | Required unitrust distribution for 2011 | 68 | 0. | |
| 69 | Carryover of accumulated distribution deficiency (only for trusts that answered "Yes" on line 63). Subtract line 68 from line 67b | 69 | 3. | |
| 70 | If this is the final return, enter the initial FMV of all assets placed in trust by the donor | 70 | | |
| 71 | Did the trustee change the method of determining the fair market value of the assets? | | Yes | X No |
| | If "Yes," attach an explanation. | | | |
| 72 | Were any additional contributions received by the trust during 2011? | | Yes | X No |
| | If "Yes," be sure to complete all columns of line 7 in Schedule A, Part III. | | | |

| Part VI-A | Statements Regarding Activities (see the instructions) | | Yes | No |
|---|---|---|---|---|
| 73 | Are the requirements of section 508(e) satisfied either: | | | |
| | • By the language in the governing instrument; or | | | |
| | • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 73 | | X |
| 74 | Are you using this return only to report the income and assets of a segregated amount under section 4947(a)(2)(B)? | 74 | | X |

Form **5227** (2011)

124051
01-11-12

Form 5227 (2011)   AVON CHARITABLE REMAINDER TRUST                    **–*******   Page **5**

| Part VI-B | Statements Regarding Activities for Which Form 4720 May Be Required |
|---|---|

File Form 4720 if any item is checked in the "Yes" column (to the right), unless an exception applies.

|  |  | Yes | No |
|---|---|---|---|
| **75** | Self-dealing (section 4941): | | |
| **a** | During 2011, did the trust (either directly or indirectly): | | |
| (1) | Engage in the sale or exchange, or leasing of property with a disqualified person? ............... ☐ Yes ☒ No | | |
| (2) | Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? ...... ☐ Yes ☒ No | | |
| (3) | Furnish goods, services, or facilities to (or accept them from) a disqualified person? ......... ☐ Yes ☒ No | | |
| (4) | Pay compensation to, or pay or reimburse the expenses of, a disqualified person? ........ ☐ Yes ☒ No | | |
| (5) | Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? ......... ☐ Yes ☒ No | | |
| (6) | Agree to pay money or property to a government official? (**Exception.** Check "No" if the trust agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) ...... ☐ Yes ☒ No | | |

| | | | |
|---|---|---|---|
| **b** | If any answer is "Yes" to 75a(1) through (6), did **any** of the acts fail to qualify under the exceptions described in Regulations sections 53.4941(d)-3 and 4, or in a current Notice regarding disaster assistance (see page 9 of the instructions)?    N/A | **75b** | |
| | Organizations relying on a current Notice regarding disaster assistance, check here ........ ▶ ☐ | | |
| **c** | Did the trust engage in a prior year in any of the acts described in 75a, other than excepted acts, that were not corrected before January 1, 2011? | **75c** | X |
| **76** | Does section 4947(b)(3)(A) or (B) apply? (See the instructions.) ......... ☐ Yes ☒ No | | |
| | If "Yes," check the "N/A" box in questions 77 and 78. | | |
| **77** | Taxes on excess business holdings (section 4943): ☐ **N/A** | | |
| **a** | Did the trust hold more than a 2% direct or indirect interest in any business enterprise at any time during 2011? ...... ☐ Yes ☒ No | | |
| **b** | If "Yes," did the trust have excess business holdings in 2011 as a result of **(1)** any purchase by the trust or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? | **77b** | |
| | Use Schedule C, Form 4720, to determine if the trust had excess business holdings in 2011. | | |
| **78** | Taxes on investments that jeopardize charitable purposes (section 4944): ☐ **N/A** | | |
| **a** | Did the trust invest during 2011 any amount in a manner that would jeopardize its charitable purpose? | **78a** | X |
| **b** | Did the trust make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before January 1, 2011? | **78b** | X |
| **79** | Taxes on taxable expenditures (section 4945) and political expenditures (section 4955): | | |
| **a** | During 2011, did the trust pay or incur any amount to: | | |
| (1) | Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ...... ☐ Yes ☒ No | | |
| (2) | Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? ...... ☐ Yes ☒ No | | |
| (3) | Provide a grant to an individual for travel, study, or other similar purposes? ...... ☐ Yes ☒ No | | |
| (4) | Provide a grant to an organization other than a charitable, etc., organization described in section 509(a)(1), (2), or (3), or section 4940(d)(2)? ...... ☐ Yes ☒ No | | |
| (5) | Provide for any purpose other than religious, charitable, scientific, literary, or educational, or for the prevention of cruelty to children or animals? ...... ☐ Yes ☒ No | | |
| **b** | If any answer is "Yes" to 79a(1) through (5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53.4945, or in a current Notice regarding disaster assistance (see the instructions)?    N/A | **79b** | |
| | Organizations relying on a current Notice regarding disaster assistance, check here ........ ▶ ☐ | | |
| **c** | If the answer is "Yes" to question 79a(4), does the trust claim exemption from the tax because it maintained expenditure responsibility for the grant? (See the instructions.)    N/A ☐ Yes ☐ No | | |
| | If "Yes," attach the statement required by Regulations section 53.4945-5(d). | | |
| **80** | Personal benefit contracts (section 170(f)(10)): | | |
| **a** | Did the trust, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ...... ☐ Yes ☒ No | | |
| **b** | Did the trust, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **80b** | X |
| | *If "Yes" to 80b, file Form 8870 (see the instructions.)* | | |

124052
01-11-12

Form **5227** (2011)

Form 5227 (2011)   AVON CHARITABLE REMAINDER TRUST   \*\*-\*\*\*\*\*\*\*   Page **6**

| **Part VII** | **Questionnaire for Charitable Lead Trusts, Pooled Income Funds, and Charitable Remainder Trusts** (see the instructions) |
| --- | --- |

### Section A - All Trusts

**81** Check this box if any of the split-interest trust's income interests expired during 2011 ............................. ▶ ☐

**82** Check this box if all of the split-interest trust's income interests expired before 2011 ............................. ▶ ☐

If 82 (above) is checked and this is **not** a final return, attach an explanation.

### Section B - Charitable Lead Trusts

**83** Does the governing instrument require income in excess of the required annuity or unitrust payments to be paid for charitable purposes? ............................. ☐ **Yes**  ☐ **No**

**84** Enter the amount of any excess income required to be paid for charitable purposes for 2011 .............. | **84** | |

**85** Enter the amount of annuity or unitrust payments required to be paid to charitable beneficiaries for 2011 ............ | **85** | |

### Section C - Pooled Income Funds

**86** Enter the amount of contributions received during 2011 ............................. | **86** | |

**87** Enter the amount required to be distributed for 2011 to satisfy the remainder interest ............ | **87** | |

**88** Enter any amounts that were required to be distributed to the remainder beneficiary that remain undistributed | **88** | |

**89** Enter the amount of income required to be paid to the charitable remainder beneficiary for 2011 ....... | **89** | |

### Section D - Charitable Remainder Trusts

**90** Check this box if you are filing for a charitable remainder annuity trust or a charitable remainder unitrust whose charitable interests involve only cemeteries or war veterans' posts ............................. ▶ ☐

**91** Check this box if you are making an election under Regulations section 1.664-2(a)(1)(i)(a)(2) or 1.664-3(a)(1)(i)(g)(2) to treat income generated from certain property distributions (other than cash) by the trust as occurring on the last day of the tax year. (See the instructions.) ............................. ▶ ☐

**92** Is this the initial return? If "Yes," attach a copy of the trust instrument ............ ☐ **Yes**  ☒ **No**

**93** Was the trust instrument amended during the year? If "Yes," attach a copy ............ ☐ **Yes**  ☒ **No**

**94 a** If this is the final return, were final distributions made according to the trust instrument? ............ ☐ **Yes**  ☐ **No**

**b** If "Yes," did you complete line 31? ............................. ☐ **Yes**  ☐ **No**

**c** If either line 94a or 94b is "No," explain why ▶ _____

_____
_____
_____
_____

**95** At any time during calendar year 2011, did the trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? ............................. ☐ **Yes**  ☒ **No**

See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ▶

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than trustee) is based on all information of which preparer has any knowledge. |
| --- | --- |

▶ _____  ▶ _____
Signature of trustee or officer representing trustee        Date

| **Paid Preparer Use Only** | Print/Type preparer's name<br>RONALD LARROW, CPA | Preparer's signature | Date | Check ☐ if self- employed | PTIN<br>\*\*\*\*\*\*\*\* |
| --- | --- | --- | --- | --- | --- |
| | Firm's name ▶ SIMIONE MACCA & LARROW, LLP | | | Firm's EIN ▶ | \*\*-\*\*\*\*\*\*\* |
| | Firm's address ▶ 4130 WHITNEY AVENUE<br>HAMDEN, CT 06518 | | | Phone no. | 203-281-0540 |

124053 01-11-12

Form **5227** (2011)

Form 5227 (2011)                                                                                              Page **7**

| Full name of trust | Employer identification number |
|---|---|
| AVON CHARITABLE REMAINDER TRUST | **_*_*******_** |

**NOT Open To Public Inspection**

### Schedule A - Distributions, Assets, and Donor Information

| **Part I** | **Accumulation Schedule** (Section 664 trust only) See the instructions | | | |
|---|---|---|---|---|
| Accumulations | | **(a)** Ordinary income | **(b)** Capital gain (loss) | **(c)** Nontaxable income |
| **1** Total distributable income. Enter the amount from line 29 | | −1,632,184. | −47,158. | |
| **2 a** Total distributions for 2011: | 0. | | | |
| **b** 2011 distributions from income | | | | |
| **3** Undistributed income at end of tax year. Subtract line 2b from line 1 | | −1,632,184. | −47,158. | |

| **Part II-A** | **Current Distributions Schedule** (Section 664 trust only) See the instructions | | |
|---|---|---|---|
| | **(a)** Name of recipient | **(b)** Identifying number | **(c)** Percentage of total unitrust amount payable (if applicable) |
| **4 a** | | | % |
| **b** | | | % |
| **c** | | | % |

| | **(d)** Ordinary Income | Capital gains | | **(g)** Nontaxable Income | **(h)** Corpus | **(i)** Total (add cols. **(d)** through **(h)**) |
|---|---|---|---|---|---|---|
| | | **(e)** Short-term | **(f)** Long-term | | | |
| **4 a** | | | | | | |
| **b** | | | | | | |
| **c** | | | | | | |
| **Total** | 0. | 0. | 0. | 0. | 0. | 0. |

If Part II-A, Total, column (i) does not agree with line 61b of Form 5227 for a CRAT or line 68 of Form 5227 for a CRUT, check here ▶ ☐ and attach an explanation.

| **Part II-B** | **Current Distributions** (charitable lead trusts or pooled income funds only) See the instructions |
|---|---|
| **5** Enter the amount required to be paid to private beneficiaries for 2011 ▶ | |

| **Part III** | **Assets and Donor Information** (Section 664 trust or charitable lead trust only) |
|---|---|

**6** Is this the initial return or were additional assets contributed to the trust in 2011? ☐ Yes ☒ No

**If "Yes," complete the schedule below.**

**If "No," complete only column (a) of the schedule below.**

| | **(a)** Name and address of donor | **(b)** Description of each asset donated | **(c)** Fair market value of each asset on date of donation | **(d)** Date of donation |
|---|---|---|---|---|
| **7 a** | | | | |
| **7 b** | | | | |
| **7 c** | | | | |
| **7 d** | **Total** ▶ | | | |

**8** For charitable remainder trusts: If this was the final year, was an early termination agreement signed by all parties to the trust? ☐ Yes ☐ No ☒ N/A
If "Yes," attach a copy of the signed agreement.

124054
01-11-12                                                                                      Form **5227** (2011)

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040, 1040NR, or Form 1041.    ▶ See separate instructions.

OMB No. 1545-0074

**2011**

Attachment
Sequence No. **13**

Name(s) shown on return

AVON CHARITABLE REMAINDER TRUST

Your social security number

\*\* – \* \* \* \* \* \* \*

| | | Yes | No |
|---|---|---|---|
| **A** | Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) | | **X** |
| **B** | If "Yes," did you or will you file all required Forms 1099? | | |

| **Part I** | **Income or Loss From Rental Real Estate and Royalties**   Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40. |
|---|---|

**Caution.** For each rental property listed on line 1, check the box in the last column only if you owned that property as a member of a qualified joint venture (QJV) reporting income not subject to self-employment tax.

| 1  Physical address of each property-street, city, state, ZIP | Type-from list below | 2  For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| **A** PHOENIX ALLIANCE INVESTMENT GROUP EN | 6 | | **A** | | | |
| **B** | | | **B** | | | |
| **C** | | | **C** | | | |

**Type of Property:**

| 1  Single Family Residence | 3  Vacation/Short-Term Rental | 5  Land | 7  Self-Rental |
|---|---|---|---|
| 2  Multi-Family Residence | 4  Commercial | 6  Royalties | 8  Other (describe) |

**Income:**

| | | | Properties | | |
|---|---|---|---|---|---|
| | | | **A** | **B** | **C** |
| **3a** Merchant card and third party payments. For 2011, enter -0- | | 3a | 0. | | |
| **b** Payments not reported to you on line 3a | | 3b | 663. | | |
| **4** Total not including amounts on line 3a that are not income (see instructions) | | 4 | 663. | | |

**Expenses:**

| | | | | | |
|---|---|---|---|---|---|
| **5** Advertising | | 5 | | | |
| **6** Auto and travel (see instructions) | | 6 | | | |
| **7** Cleaning and maintenance | | 7 | | | |
| **8** Commissions | | 8 | | | |
| **9** Insurance | | 9 | | | |
| **10** Legal and other professional fees | | 10 | | | |
| **11** Management fees | | 11 | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | | 12 | | | |
| **13** Other interest | | 13 | | | |
| **14** Repairs | | 14 | | | |
| **15** Supplies | | 15 | | | |
| **16** Taxes | | 16 | | | |
| **17** Utilities | | 17 | | | |
| **18** Depreciation expense or depletion | | 18 | | | |
| **19** Other (list) ▶ | | 19 | | | |
| **20** Total expenses. Add lines 5 through 19 | | 20 | | | |
| **21** Subtract line 20 from line 4. If result is a (loss), see instructions to find out if you must file **Form 6198** | | 21 | 663. | | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | 22 | ( ) | ( ) | ( ) |

| **23a** Total of all amounts reported on line 3a for all rental properties | 23a | | | |
|---|---|---|---|---|
| **b** Total of all amounts reported on line 3a for all royalty properties | 23b | | | |
| **c** Total of all amounts reported on line 4 for all rental properties | 23c | | | |
| **d** Total of all amounts reported on line 4 for all royalty properties | 23d | 663. | | |
| **e** Total of all amounts reported on line 12 for all properties | 23e | | | |
| **f** Total of all amounts reported on line 18 for all properties | 23f | | | |
| **g** Total of all amounts reported on line 20 for all properties | 23g | | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | 24 | 663. |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | 25 | ( ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | 26 | 663. |

121491  10-25-11    LHA    **For Paperwork Reduction Act Notice, see instructions.**

9

Schedule E (Form 1040) 2011

Schedule E (Form 1040) 2011      Attachment Sequence No. **13**      Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1.     **Your social security number**

AVON CHARITABLE REMAINDER TRUST     \*\*-\*\*\*\*\*\*\*

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| **Part II** | **Income or Loss From Partnerships and S Corporations** Note. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column (e) on line 28 and attach **Form 6198.** See instructions. |

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? .......... ☐ Yes ☒ No

If you answered "Yes," see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | GRIST MILL HOLDINGS, LLC | P | | \*\*-\*\*\*\*\*\*\* | |
| B | PHOENIX ALLIANCE INVESTMENT GROUP ENTITI | P | | \*\*-\*\*\*\*\*\*\* | |
| C | SEC 59(E)(2) - CIRCULATION EXPENDITURES | P | | \*\*-\*\*\*\*\*\*\* | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | 713,624. | | |
| B | | | 1,432. | | |
| C | | | 1. | | |
| D | | | | | |
| 29a | Totals | | | | |
| b | Totals | | 715,057. | | |

| 30 | Add columns (g) and (j) of line 29a ..................... | 30 | |
| 31 | Add columns (f), (h), and (i) of line 29b ..................... | 31 | ( 715,057.) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -715,057. |

| **Part III** | **Income or Loss From Estates and Trusts** |

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a | Totals | | | |
| b | Totals | | | |

| 35 | Add columns (d) and (f) of line 34a ..................... | 35 | |
| 36 | Add columns (c) and (e) of line 34b ..................... | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

| **Part IV** | **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder** |

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............ | 39 | |

| **Part V** | **Summary** |

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ..................... | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ...... ▶ | 41 | -714,394. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see instructions) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ............... | 43 | |

121501
10-25-11

Schedule E (Form 1040) 2011

# EXHIBIT
# 9

Form **5227**

Department of the Treasury
Internal Revenue Service

## Split-Interest Trust Information Return

▶ See separate instructions.

OMB No. 1545-0196

**2011**
Open to Public Inspection

| Full name of trust | A Employer identification number |
|---|---|
| PHOENIX CHARITABLE REMAINDER TRUST | **-*******  |

**Name of trustee**

DANIEL E. CARPENTER

**B  Type of Entity**

- (1) ☐ Charitable lead trust
- (2) ☐ Charitable remainder annuity trust described in section 664(d)(1)
- (3) ☒ Charitable remainder unitrust described in section 664(d)(2)
- (4) ☐ Pooled income fund described in section 642(c)(5)
- (5) ☐ Other

**Number, street, and room or suite no. (If a P.O. box, see the instructions.)**

100 GRIST MILL ROAD

**City, state, and ZIP code**

SIMSBURY, CT   06070

| C Fair market value (FMV) of assets at end of tax year | D Gross Income |
|---|---|
| -1,531,899. | 163,810. |

**E  Check applicable boxes**   ☐ Initial return   ☐ Final return   ☐ Amended return
Change in trustee's ▶   ☐ Name   ☐ Address

**F**  Date the trust was created
01/02/2008

**G**  If the trust is a section 664 trust, did it have unrelated business taxable income? If "Yes," file Form 4720 ..........   ☐ Yes   ☒ No

## Part I   Income and Deductions (All trusts complete Sections A through D)

### Section A - Ordinary Income

| | | | |
|---|---|---|---|
| 1 | Interest income | SEE STATEMENT 1 | **1** | 119,577. |
| 2a | Ordinary dividends (including qualified dividends) | SEE STATEMENT 2 | **2a** | 43,159. |
| b | Qualified dividends (see the instructions) | **2b** 9,068. | | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | | **3** | |
| 4 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | | **4** | -714,394. |
| 5 | Farm income or (loss). Attach Schedule F (Form 1040) | | **5** | |
| 6 | Ordinary gain or (loss). Attach Form 4797 | | **6** | |
| 7 | Other income. List type and amount ▶ | | **7** | |
| 8 | **Total ordinary income.** Combine lines 1a, 2a, and 3 through 7 | | **8** | -551,658. |

### Section B - Capital Gains (Losses)

| | | | |
|---|---|---|---|
| 9 | Total short-term capital gain or (loss). Attach Schedule D, Part I (Form 1041) | | **9** | -71,930. |
| 10 | Total long-term capital gain or (loss). Attach Schedule D, Part II (Form 1041) | | **10** | 411. |
| 11 | Unrecaptured section 1250 gain | **11** 14. | | |
| 12 | 28% gain | **12** | | |
| 13 | **Total capital gains (losses).** Combine lines 9 and 10 ▶ | | **13** | -71,519. |

### Section C - Nontaxable Income

| | | | |
|---|---|---|---|
| 14 | Tax-exempt interest | | **14** | |
| 15 | Other nontaxable income. List type and amount ▶ | | | |
| | | | **15** | |
| 16 | **Total nontaxable income.** Add lines 14 and 15 ▶ | | **16** | |

### Section D - Deductions

| | | | |
|---|---|---|---|
| 17 | Interest | | **17** | |
| 18 | Taxes (see the instructions) | | **18** | |
| 19 | Trustee fees | | **19** | |
| 20 | Attorney, accountant, and return preparer fees | | **20** | |
| 21 | Other allowable deductions. Attach schedule | | **21** | |
| 22 | **Total.** Add lines 17 through 21 | | **22** | 0. |
| 23 | Charitable deduction | **23** | | |

### Section E - Deductions Allocable to Income Categories (Section 664 trust only)

| | | | |
|---|---|---|---|
| 24a | Enter the amount from line 22 allocable to ordinary income | | **24a** | 0. |
| b | Subtract line 24a from line 8 | | **24b** | -551,658. |
| 25a | Enter the amount from line 22 allocable to capital gains (losses) | | **25a** | 0. |
| b | Subtract line 25a from line 13 | | **25b** | -71,519. |
| 26a | Enter the amount from line 22 allocable to nontaxable income | | **26a** | 0. |
| b | Subtract line 26a from line 16 | | **26b** | 0. |

LHA   **For Paperwork Reduction Act Notice, see the instructions.**

Form **5227** (2011)

124021
01-11-12

1

Form 5227 (2011)   PHOENIX CHARITABLE REMAINDER TRUST     \*\*-\*\*\*\*\*\*\*     Page **2**

| **Part II** | **Schedule of Distributable Income** (Section 664 trust only) See the instructions | | | |

| Accumulations | | **(a)** Ordinary income | **(b)** Capital gains (losses) | **(c)** Nontaxable income |
|---|---|---|---|---|
| 27 | Undistributed income from prior tax years | -1,080,526. | 24,361. | |
| 28 | Current tax year net income (before distributions): | | | |
| | • In column (a), enter the amount from line 24b | | | |
| | • In column (b), enter the amount from line 25b | | | |
| | • In column (c), enter the amount from line 26b | -551,658. | -71,519. | |
| 29 | Total distributable income. Add lines 27 and 28 | -1,632,184. | -47,158. | |

| **Part III-A** | **Distributions of Principal for Charitable Purposes** |

| | | | | | 30 | |
|---|---|---|---|---|---|---|
| 30 | Principal distributed in prior tax years for charitable purposes | | | | 30 | |
| 31 | Principal distributed during the current tax year for charitable purposes. Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the space to the right. (see the instructions) | | | | | |
| | **(A)** Payee's name and address | **(B)** Date of distribution | **(C)** Charitable purpose and description of assets distributed | | | |
| a | | | | | 31a | |
| b | | | | | 31b | |
| c | | | | | 31c | |
| 32 | **Total**. Add lines 30 through 31c | | | | 32 | |

| **Part III-B** | **Accumulated Income Set Aside and Income Distributions for Charitable Purposes** Grantor type trusts complete only lines 35 and 36 (see the instructions) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 a | Accumulated income set aside in prior tax years for which a deduction was claimed under section 642(c) | | | | 33a | |
| b | Enter the amount shown on line 23 | | | | 33b | |
| 34 | Add lines 33a and 33b | | | | 34 | |
| 35 | Distributions made during the tax year (see the instructions): | | | | | |
| | • For income set aside in prior tax years for which a deduction was claimed under section 642(c), | | | | | |
| | • For charitable purposes for which a charitable deduction was claimed under section 642(c) in the current tax year, or | | | | | |
| | • For charitable purposes by a grantor type trust for which a charitable deduction was claimed under section 170 upon contribution to the trust | | | | | |
| | Fill in the information for columns (A), (B), and (C) and enter the amount distributed on the line to the right. | | | | | |
| | **(A)** Payee's name and address | **(B)** Date of distribution | **(C)** Charitable purpose and description of assets distributed | | | |
| a | | | | | 35a | |
| b | | | | | 35b | |
| c | | | | | 35c | |
| 36 | Add lines 35a through 35c | | | | 36 | |
| 37 | Carryover. Subtract line 36 from line 34 | | | | 37 | |

Form **5227** (2011)

Form 5227 (2011)   PHOENIX CHARITABLE REMAINDER TRUST                    **–*******         Page **3**

| **Part IV** | **Balance Sheet** (see the instructions) | | | **(a)** Beginning-of-Year Book Value | **(b)** End-of-Year Book Value | **(c)** FMV (see instructions) |
|---|---|---|---|---|---|---|
| | **Assets** | | | | | |
| 38 | Cash-non-interest-bearing | | 38 | 49,983. | 9,983. | 9,983. |
| 39 | Savings and temporary cash investments | | 39 | | | |
| 40 a | Accounts receivable | 40a | | | | |
| b | Less: allowance for doubtful accounts | 40b | | | | |
| 41 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) | | 41 | | | |
| 42 a | Other notes and loans receivable | 42a | | | | |
| b | Less: allowance for doubtful accounts | 42b | | | | |
| 43 | Inventories for sale or use | | 43 | | | |
| 44 | Prepaid expenses and deferred charges | | 44 | | | |
| 45 a | Investments-U.S. and state government obligations (attach schedule) | | 45a | | | |
| b | Investments-corporate stock. Attach schedule | | 45b | | | |
| c | Investments-corporate bonds. Attach schedule | | 45c | | | |
| 46 a | Investments-land, buildings, and equipment: basis (attach schedule) | 46a | | | | |
| b | Less: accumulated depreciation | 46b | | | | |
| 47 | Investments-other (attach schedule) | | 47 | | | |
| 48 a | Land, buildings, and equipment: basis | 48a | | | | |
| b | Less: accumulated depreciation | 48b | | | | |
| 49 | Other assets. Describe ▶        STMT 4 | | 49 | -918,705. | -1,541,882. | -1,541,882. |
| 50 | **Total assets.** Add lines 38 through 49 (must equal line 60) ▶ | | 50 | -868,722. | -1,531,899. | -1,531,899. |
| | **Liabilities** | | | | | |
| 51 | Accounts payable and accrued expenses | | 51 | | | |
| 52 | Deferred revenue | | 52 | | | |
| 53 | Loans from officers, directors, trustees, and other disqualified persons | | 53 | | | |
| 54 | Mortgages and other notes payable. Attach schedule | | 54 | | | |
| 55 | Other liabilities. Describe ▶        STMT 5 | | 55 | 50,000. | 10,000. | 10,000. |
| 56 | **Total liabilities.** Add lines 51 through 55 ▶ | | 56 | 50,000. | 10,000. | 10,000. |
| | **Net Assets** | | | | | |
| 57 | Trust principal or corpus | | 57 | -918,722. | -1,541,899. | |
| 58 a | Undistributed income | | 58a | | | |
| b | Undistributed capital gains | | 58b | | | |
| c | Undistributed nontaxable income | | 58c | | | |
| 59 | **Total net assets.** Add lines 57 through 58c | | 59 | -918,722. | -1,541,899. | |
| 60 | **Total liabilities and net assets.** Add lines 56 and 59 | | 60 | -868,722. | -1,531,899. | |

Form **5227** (2011)

124041
01-11-12

Form 5227 (2011)    PHOENIX CHARITABLE REMAINDER TRUST                    **-*******     Page **4**

| Part V-A | Charitable Remainder Annuity Trust (CRAT) Information (to be completed **only** by a section 664 CRAT) | | |
|---|---|---|---|
| 61 a | Enter the initial fair market value (FMV) of the property placed in the trust | 61a | |
| b | Enter the total annual annuity amounts for all recipients | 61b | |

| Part V-B | Charitable Remainder Unitrust (CRUT) Information (to be completed **only** by a section 664 CRUT) See the instructions | | | |
|---|---|---|---|---|
| 62 | Is the CRUT a net income charitable remainder unitrust (NICRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(1)? | Yes | X No | |
| 63 | Is the CRUT a net income with make-up charitable remainder unitrust (NIMCRUT) as described in Regulations section 1.664-3(a)(1)(i)(b)(2)? | X Yes | No | |
| 64 | Did the trust change its method of payment during the tax year? | Yes | X No | |
|  | If "Yes," describe the triggering event including the date of the event and the old method of payment ▶ | | | |

| | | | |
|---|---|---|---|
| 65 a | Enter the unitrust fixed percentage to be paid to the recipients | 65a | 5.0000 % |
| b | **Unitrust amount.** Subtract line 56, column (c), from line 50, column (c), and multiply the result by the percentage on line 65a. Do not enter less than -0-. | 65b | 0. |
| | **If the answer is "Yes" on line 62 or line 63, go to line 66a. Otherwise, skip lines 66a through 67b and enter the line 65b amount on line 68.** | | |
| 66 a | Trust's accounting income for 2011. Attach schedule | 66a | −551,658. |
| | **If the answer is "Yes" on line 62, go to line 66b. If the answer is "Yes" on line 63, skip line 66b and go to line 67a.** | | |
| b | Enter the smaller of line 65b or line 66a here and on line 68. Skip lines 67a and 67b | 66b | |
| 67 a | Total accumulated distribution deficiencies from previous years (see the instructions) | 67a | |
| b | Add lines 65b and 67a | 67b | |
| | **If lines 67a and 67b are completed, enter the smaller of line 66a or line 67b on line 68.** | | |
| 68 | Required unitrust distribution for 2011 | 68 | 0. |
| 69 | Carryover of accumulated distribution deficiency (only for trusts that answered "Yes" on line 63). Subtract line 68 from line 67b | 69 | |
| 70 | If this is the final return, enter the initial FMV of all assets placed in trust by the donor | 70 | |
| 71 | Did the trustee change the method of determining the fair market value of the assets? | | Yes  X No |
| | If "Yes," attach an explanation. | | |
| 72 | Were any additional contributions received by the trust during 2011? | | Yes  X No |
| | If "Yes," be sure to complete all columns of line 7 in Schedule A, Part III. | | |

| Part VI-A | Statements Regarding Activities (see the instructions) | | Yes | No |
|---|---|---|---|---|
| 73 | Are the requirements of section 508(e) satisfied either: | | | |
| | ● By the language in the governing instrument; or | | | |
| | ● By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 73 | X | |
| 74 | Are you using this return only to report the income and assets of a segregated amount under section 4947(a)(2)(B)? | 74 | | X |

Form **5227** (2011)

124051
01-11-12

4

Form 5227 (2011)   PHOENIX CHARITABLE REMAINDER TRUST   \*\*-\*\*\*\*\*\*\*   Page **5**

## Part VI-B   Statements Regarding Activities for Which Form 4720 May Be Required

File Form 4720 if any item is checked in the "Yes" column (to the right), unless an exception applies.

|  |  | Yes | No |
|---|---|---|---|
| **75** | Self-dealing (section 4941): | | |
| **a** | During 2011, did the trust (either directly or indirectly): | | |
| | **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? ............... ☐ Yes ☒ No | | |
| | **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) | | |
| | a disqualified person? ............................................................ ☐ Yes ☒ No | | |
| | **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? ............ ☐ Yes ☒ No | | |
| | **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? ............... ☐ Yes ☒ No | | |
| | **(5)** Transfer any income or assets to a disqualified person (or make any of either available | | |
| | for the benefit or use of a disqualified person)? ........................................ ☐ Yes ☒ No | | |
| | **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No" if | | |
| | the trust agreed to make a grant to or to employ the official for a period after termination | | |
| | of government service, if terminating within 90 days.) ................................. ☐ Yes ☒ No | | |

**b** If any answer is "Yes" to 75a(1) through (6), did **any** of the acts fail to qualify under the exceptions described
in Regulations sections 53.4941(d)-3 and 4, or in a current Notice regarding disaster assistance (see page
9 of the instructions)? ........................................................ N/A | **75b** | | |

Organizations relying on a current Notice regarding disaster assistance, check here .......... ▶ ☐

**c** Did the trust engage in a prior year in any of the acts described in 75a, other than excepted acts, that were
not corrected before January 1, 2011? .......................................... N/A | **75c** | | |

**76** Does section 4947(b)(3)(A) or (B) apply? (See the instructions.) ........................ ☐ Yes ☒ No
If "Yes," check the "N/A" box in questions 77 and 78.

**77** Taxes on excess business holdings (section 4943): ☐ **N/A**

**a** Did the trust hold more than a 2% direct or indirect interest in any business enterprise at
any time during 2011? ........................................................ ☐ Yes ☒ No

**b** If "Yes," did the trust have excess business holdings in 2011 as a result of **(1)** any purchase by the trust or
disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the
Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or
**(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? | **77b** | | |
Use Schedule C, Form 4720, to determine if the trust had excess business holdings in 2011.

**78** Taxes on investments that jeopardize charitable purposes (section 4944): ☐ **N/A**

**a** Did the trust invest during 2011 any amount in a manner that would jeopardize its charitable purpose? | **78a** | | X |

**b** Did the trust make any investment in a prior year (but after December 31, 1969) that could jeopardize its
charitable purpose that had not been removed from jeopardy before January 1, 2011? | **78b** | | X |

**79** Taxes on taxable expenditures (section 4945) and political expenditures (section 4955):

**a** During 2011, did the trust pay or incur any amount to:

| | **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ......... ☐ Yes ☒ No |
| | **(2)** Influence the outcome of any specific public election (see section 4955); or to carry |
| | on, directly or indirectly, any voter registration drive? ................................ ☐ Yes ☒ No |
| | **(3)** Provide a grant to an individual for travel, study, or other similar purposes? ............... ☐ Yes ☒ No |
| | **(4)** Provide a grant to an organization other than a charitable, etc., organization described |
| | in section 509(a)(1), (2), or (3), or section 4940(d)(2)? .............................. ☐ Yes ☒ No |
| | **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or |
| | educational, or for the prevention of cruelty to children or animals? .................... ☐ Yes ☒ No |

**b** If any answer is "Yes" to 79a(1) through (5), did **any** of the transactions fail to qualify under the exceptions
described in Regulations section 53.4945, or in a current Notice regarding disaster assistance (see the
instructions)? ............................................................... N/A | **79b** | | |

Organizations relying on a current Notice regarding disaster assistance, check here .......... ▶ ☐

**c** If the answer is "Yes" to question 79a(4), does the trust claim exemption from the tax
because it maintained expenditure responsibility for the grant? (See the
instructions.) ................................................... N/A ☐ Yes ☐ No
If "Yes," attach the statement required by Regulations section 53.4945-5(d).

**80** Personal benefit contracts (section 170(f)(10)):

**a** Did the trust, during the year, receive any funds, directly or indirectly, to pay premiums on
a personal benefit contract? .................................................. ☐ Yes ☒ No

**b** Did the trust, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ..... | **80b** | | X |
*If "Yes" to 80b, file Form 8870 (see the instructions.)*

124052
01-11-12

Form **5227** (2011)

Form 5227 (2011)   PHOENIX CHARITABLE REMAINDER TRUST                **-*******   Page **6**

| **Part VII** | **Questionnaire for Charitable Lead Trusts, Pooled Income Funds, and Charitable Remainder Trusts** (see the instructions) |

## Section A - All Trusts

| 81 | Check this box if any of the split-interest trust's income interests expired during 2011 ..................................................... ▶ ☐ |
| 82 | Check this box if all of the split-interest trust's income interests expired before 2011 ..................................................... ▶ ☐ |
| | If 82 (above) is checked and this is **not** a final return, attach an explanation. |

## Section B - Charitable Lead Trusts

| 83 | Does the governing instrument require income in excess of the required annuity or unitrust payments to be paid for charitable purposes? ..................................................... ☐ Yes ☐ No |

| 84 | Enter the amount of any excess income required to be paid for charitable purposes for 2011 | 84 | |
| 85 | Enter the amount of annuity or unitrust payments required to be paid to charitable beneficiaries for 2011 ............ | 85 | |

## Section C - Pooled Income Funds

| 86 | Enter the amount of contributions received during 2011 ..................................................... | 86 | |
| 87 | Enter the amount required to be distributed for 2011 to satisfy the remainder interest ...... | 87 | |
| 88 | Enter any amounts that were required to be distributed to the remainder beneficiary that remain undistributed | 88 | |
| 89 | Enter the amount of income required to be paid to the charitable remainder beneficiary for 2011 ...... | 89 | |

## Section D - Charitable Remainder Trusts

| 90 | Check this box if you are filing for a charitable remainder annuity trust or a charitable remainder unitrust whose charitable interests involve only cemeteries or war veterans' posts ..................................................... ▶ ☐ |
| 91 | Check this box if you are making an election under Regulations section 1.664-2(a)(1)(i)(a)(2) or 1.664-3(a)(1)(i)(g)(2) to treat income generated from certain property distributions (other than cash) by the trust as occurring on the last day of the tax year. (See the instructions.) ..................................................... ▶ ☐ |
| 92 | Is this the initial return? If "Yes," attach a copy of the trust instrument ...... ☐ Yes ☒ No |
| 93 | Was the trust instrument amended during the year? If "Yes," attach a copy ...... ☐ Yes ☒ No |
| 94 a | If this is the final return, were final distributions made according to the trust instrument? ☐ Yes ☐ No |
| **b** | If "Yes," did you complete line 31? ...... ☐ Yes ☐ No |
| **c** | If either line 94a or 94b is "No," explain why ▶ _____ |
| | _____ |
| | _____ |
| | _____ |
| 95 | At any time during calendar year 2011, did the trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? ..................................................... ☐ Yes ☐ No See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ▶ |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than trustee) is based on all information of which preparer has any knowledge. |
| | ▶ _____   ▶ Date _____ |
| | Signature of trustee or officer representing trustee |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| | RONALD LARROW, CPA | | | | ********* |
| | Firm's name ▶ SIMIONE MACCA & LARROW, LLP | | | Firm's EIN ▶ | **-******* |
| | Firm's address ▶ 4130 WHITNEY AVENUE   HAMDEN, CT 06518 | | Phone no. | 203-281-0540 | |

124053 01-11-12

6

Form **5227** (2011)

Form 5227 (2011)                                                                                                      Page **7**

| Full name of trust | Employer identification number |
|---|---|
| PHOENIX CHARITABLE REMAINDER TRUST | ** - * * * * * * * |

**NOT Open To Public Inspection**

### Schedule A - Distributions, Assets, and Donor Information

**Part I   Accumulation Schedule** (Section 664 trust only) See the instructions

| Accumulations | (a) Ordinary income | (b) Capital gain (loss) | (c) Nontaxable income |
|---|---|---|---|
| 1   Total distributable income. Enter the amount from line 29 | −1,632,184. | −47,158. | |
| 2 a Total distributions for 2011:                           0. | | | |
| b 2011 distributions from income | | | |
| 3   Undistributed income at end of tax year. Subtract line 2b from line 1 | −1,632,184. | −47,158. | |

**Part II-A   Current Distributions Schedule** (Section 664 trust only) See the instructions

| | (a) Name of recipient | (b) Identifying number | (c) Percentage of total unitrust amount payable (if applicable) |
|---|---|---|---|
| 4 a | | | % |
| b | | | % |
| c | | | % |

| | (d) Ordinary Income | Capital gains (e) Short-term | (f) Long-term | (g) Nontaxable Income | (h) Corpus | (i) Total (add cols. (d) through (h)) |
|---|---|---|---|---|---|---|
| 4 a | | | | | | |
| b | | | | | | |
| c | | | | | | |
| Total | 0. | 0. | 0. | 0. | 0. | 0. |

If Part II-A, Total, column (i) does not agree with line 61b of Form 5227 for a CRAT or line 68 of Form 5227 for a CRUT, check here ▶ ☐ and attach an explanation.

**Part II-B   Current Distributions** (charitable lead trusts or pooled income funds only) See the instructions

5   Enter the amount required to be paid to private beneficiaries for 2011 ................................... ▶

**Part III   Assets and Donor Information** (Section 664 trust or charitable lead trust only)

6   Is this the initial return or were additional assets contributed to the trust in 2011? ................ ☐ Yes  ☒ No

**If "Yes," complete the schedule below.**

**If "No," complete only column (a) of the schedule below.**

| | (a) Name and address of donor | (b) Description of each asset donated | (c) Fair market value of each asset on date of donation | (d) Date of donation |
|---|---|---|---|---|
| 7 a | | | | |
| 7 b | | | | |
| 7 c | | | | |
| 7 d | Total ................................... ▶ | | | |

8   For charitable remainder trusts: If this was the final year, was an early termination agreement signed by all parties to the trust? ........................... ☐ Yes  ☐ No  ☒ N/A

If "Yes," attach a copy of the signed agreement.

124054
01-11-12                                                                                              Form **5227** (2011)

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040, 1040NR, or Form 1041.   ▶ See separate instructions.

OMB No. 1545-0074

## 2011

Attachment
Sequence No. **13**

Name(s) shown on return

PHOENIX CHARITABLE REMAINDER TRUST

Your social security number

** – *******

| | | Yes | No |
|---|---|---|---|
| **A** Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) | | | X |
| **B** If "Yes," did you or will you file all required Forms 1099? | | | |

**Part I**   **Income or Loss From Rental Real Estate and Royalties**   Note. If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**Caution.** For each rental property listed on line 1, check the box in the last column only if you owned that property as a member of a qualified joint venture (QJV) reporting income not subject to self-employment tax.

| 1 Physical address of each property-street, city, state, ZIP | | Type-from list below | 2 For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|---|
| **A** PHOENIX ALLIANCE INVESTMENT GROUP EN | | 6 | | **A** | | | |
| **B** | | | | **B** | | | |
| **C** | | | | **C** | | | |

**Type of Property:**

| | | |
|---|---|---|
| 1  Single Family Residence | 3  Vacation/Short-Term Rental | 5  Land | 7  Self-Rental |
| 2  Multi-Family Residence | 4  Commercial | 6  Royalties | 8  Other (describe) |

**Income:**

| | | | Properties | | |
|---|---|---|---|---|---|
| | | | **A** | **B** | **C** |
| **3a** Merchant card and third party payments. For 2011, enter -0- | 3a | | 0. | | |
| **b** Payments not reported to you on line 3a | 3b | | 663. | | |
| **4** Total not including amounts on line 3a that are not income (see instructions) | 4 | | 663. | | |

**Expenses:**

| | | | | | |
|---|---|---|---|---|---|
| **5** Advertising | 5 | | | | |
| **6** Auto and travel (see instructions) | 6 | | | | |
| **7** Cleaning and maintenance | 7 | | | | |
| **8** Commissions | 8 | | | | |
| **9** Insurance | 9 | | | | |
| **10** Legal and other professional fees | 10 | | | | |
| **11** Management fees | 11 | | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | 12 | | | | |
| **13** Other interest | 13 | | | | |
| **14** Repairs | 14 | | | | |
| **15** Supplies | 15 | | | | |
| **16** Taxes | 16 | | | | |
| **17** Utilities | 17 | | | | |
| **18** Depreciation expense or depletion | 18 | | | | |
| **19** Other (list) ▶ | 19 | | | | |
| **20** Total expenses. Add lines 5 through 19 | 20 | | | | |
| **21** Subtract line 20 from line 4. If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | | 663. | | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | | ( ) | ( ) | ( ) |
| **23a** Total of all amounts reported on line 3a for all rental properties | 23a | | | | |
| **b** Total of all amounts reported on line 3a for all royalty properties | 23b | | | | |
| **c** Total of all amounts reported on line 4 for all rental properties | 23c | | | | |
| **d** Total of all amounts reported on line 4 for all royalty properties | 23d | | | 663. | |
| **e** Total of all amounts reported on line 12 for all properties | 23e | | | | |
| **f** Total of all amounts reported on line 18 for all properties | 23f | | | | |
| **g** Total of all amounts reported on line 20 for all properties | 23g | | | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | | | 24 | 663. |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | | | 25 | ( ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | 26 | 663. |

121491  10-25-11   LHA   **For Paperwork Reduction Act Notice, see instructions.**

Schedule E (Form 1040) 2011

Schedule E (Form 1040) 2011     Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**Your social security number**

PHOENIX CHARITABLE REMAINDER TRUST

\*\*–\*\*\*\*\*\*\*

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| **Part II** | **Income or Loss From Partnerships and S Corporations** **Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column (e) on line 28 and attach **Form 6198.** See instructions. |
|---|---|

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ............ ☐ Yes   ☒ No

If you answered "Yes," see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | GRIST MILL HOLDINGS, LLC. | P | | \*\*–\*\*\*\*\*\*\* | |
| B | PHOENIX ALLIANCE INVESTMENT GROUP ENTITI | P | | \*\*–\*\*\*\*\*\*\* | |
| C | SEC 59(E)(2) – CIRCULATION EXPENDITURES | P | | \*\*–\*\*\*\*\*\*\* | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | 713,624. | | |
| B | | | 1,432. | | |
| C | | | 1. | | |
| D | | | | | |
| 29a | Totals | | | | |
| b | Totals | | 715,057. | | |

| 30 | Add columns (g) and (j) of line 29a ................................................ | 30 | |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b ................................................ | 31 | ( 715,057. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | –715,057. |

| **Part III** | **Income or Loss From Estates and Trusts** |
|---|---|

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a | Totals | | | |
| b | Totals | | | |

| 35 | Add columns (d) and (f) of line 34a ................................................ | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b ................................................ | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

| **Part IV** | **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder** |
|---|---|

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............ | 39 | |
|---|---|---|---|

| **Part V** | **Summary** |
|---|---|

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ................................ | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ...... ▶ | 41 | –714,394. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see instructions) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ................ | 43 | |

121501
10-25-11

Schedule E (Form 1040) 2011

# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>                    Petitioner,<br><br>          v.<br><br>NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al.<br><br>                    Respondent. | No.: 1:11-cv-1590-LTS-HBP<br><br>Hon. Laura Taylor Swain |
| NOVA GROUP, INC, as trustee, sponsor, and fiduciary of THE CHARTER OAK TRUST WELFARE BENEFIT PLAN, et al.<br><br>                    Petitioner,<br><br>          v.<br><br>UNIVERSITAS EDUCATION, LLC,<br><br>                    Respondent. | No.: 1:11-cv-8726-LTS-HBP |

**DECLARATION OF DANIEL CARPENTER IN SUPPORT OF RESPONDENT GRIST MILL CAPITAL, LLC'S MOTION UNDER RULE 60(b) FOR RELIEF FROM JUDGMENTS**

I, Daniel Carpenter, hereby declare under 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      Grist Mill Capital, LLC ("GMC") is a Connecticut-based limited liability company organized under the laws of the State of Delaware.

2. Two entities own 100% of the membership interest in GMC: (i) Caroline Financial Group, Inc. ("Caroline"); and (ii) Grist Mill Holdings LLC.

3. Caroline is a Delaware corporation with its principal place of business in Connecticut. Caroline and five charitable trusts hold 100% of the membership interest in Grist Mill Holdings LLC. The trustee of each of those trusts is a Connecticut domiciliary.

4. GMC loaned funds to the Charter Oak Trust Welfare Benefit Plan ("Charter Oak"), which Charter Oak used to pay the premiums on life insurance policies it held. In return, GMC was the primary beneficiary of the death proceeds from the insurance policies issued to the Charter Oak and was to receive the payback of the premiums that it had advanced to Charter Oak.

5. In 2008, Sash Spencer, the founder and chair of Holding Capital Group, a private investment firm, died.

6. Charter Oak owned two life insurance policies on the life of Mr. Spencer and received the death proceeds after his passing only after Charter Oak had sued the insurer.

7. Universitas Education, LLC ("Universitas") approached Nova Group, Inc. ("Nova")—Charter Oak's sponsor and trustee—in July 2008 claiming entitlement to the proceeds from Mr. Spencer's life insurance policies. Nova refused to remit the proceeds to Universitas, prompting Universitas to bring an arbitration against Nova. In its arbitration, Universitas originally named GMC as a party but dismissed GMC before the arbitration began.

8.      GMC, therefore, did not participate in the arbitration and the resulting arbitral award did not name GMC as a party.

9.      Universitas sought post-judgment, non-party discovery from GMC as an affiliate of Nova and served GMC with a restraining notice.

10.     Universitas did not serve GMC with any form of formal process to establish this Court's jurisdiction over GMC.

11.     I only learned that GMC had failed to appear when I returned home from prison.

Executed on January 5, 2021 at Simsbury, CT.


                                        /s/ Daniel E. Carpenter
                                        Daniel E. Carpenter

# EXHIBIT 11

May 5, 2021



The Hon. Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY. 10007

Re: *Universitas v. Nova Group, Inc.*, Case No. 11-1590-LTS-HBP

Dear Judge Swain:

  Based on discovery in new cases brought by Universitas in 2021, a full eight years beyond the Statute of Limitations of October 2012 set by Judge Schiendlin in *Universitas v. TD Bank* (2015), Universitas has received over $22,000,000 from various sources in the adjudication of its claims involving the Charter Oak Trust. As Your Honor will recall, based on the Second Circuit's "One Satisfaction Rule" (See e.g. *Singer v. Olympia Brewing*), those offsets would discharge and release all of the alleged judgement debtors from the Clerk's Judgement of August 2014 except the Petitioner pro se Daniel Carpenter and Grist Mill Capital, LLC (GMC), both of which have motions pending before the Court. Petitioner respectfully requests that this Court expeditiously grant the Carpenter Motion pursuant to Rule 60(b)(4) and GMC's Motion pursuant to Rule 60(b)(6). The Court should not allow GMC's counsel Mintz & Gold to withdraw while GMC's Motion is pending.

  At no time did Roger Stavis or Kevin Brown contact Petitioner about any complaint or reason to withdraw. Therefore, based on the same reasoning that this Court dismissed Petitioner's Rule 60(d)(3) Motion for Fraud on the Court (See Doc. 700), this lack of contact requires that the Court dismiss the Mintz & Gold motion to withdraw. To be clear, all legal bills have been paid to date and neither Attorney Stavis or Brown had any contact or discussion with Petitioner about their decision to withdraw. Therefore, it can be assumed that Mintz & Gold is reacting to the standard sanctions motion whereby Universitas sues every attorney for sanctions that enters the case to represent a "Carpenter-related" entity. This makes getting an attorney for a cash-strapped entity very difficult.

It has been six years since this Court's ruling against Universitas in January 2015. It is time for the Court to bring this tragedy to a close before it becomes a farce. The Court should grant Petitioner's and GMC's Motions on an expedited basis and then sanction Attorney Manson and Attorney Chernow for the time they have wasted and award that amount of money to GMC for the egregious overbillings in this case (See Doc. 700). Once this Court discharges the claims against the other judgment debtors, the senseless litigation in Connecticut, Massachusetts, and Oklahoma should come to a prompt end as well. But Petitioner respectfully asks the Court to not allow Mintz & Gold to withdraw until GMC's Rule 60(b) Motion is granted, and this case is resolved once and for all.

Thank you for your thoughtful consideration of Petitioner's request.

Respectfully submitted,
/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, pro se
18 Pond Side Lane
West Simsbury, CT
06092

cc: Attorneys Manson and Chernow via mail
 Attorneys Stavis and Brown via mail and email
 Please put on Docket via ECF for other interested parties

Insert shipping
document here. ▶



ORIGIN ID:EHTA        (860) 408-7000
DAN CARPENTER

18 POND SIDE LANE

WEST SIMSBURY, CT 06092
UNITED STATES US

SHIP DATE: 05MAY21
ACTWGT: 1.00 LB
CAD: 5508595/INET4340

BILL SENDER

TO   HON. JUDGE LAURA T. SWAIN

DANIEL PATRICK MOYNIHAN

UNITED STATES COURTHOUSE

500 PEARL STREET

NEW YORK CITY NY 10007

(212) 805-0424        REF:
INV:
PO:                          DEPT:

FedEx
Express

**THU - 06 MAY 10:30A**

PRIORITY OVERNIGHT

TRK#
0201   7736 4115 0590



# E3 PCTA

NY-US

10007
EWR

