**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>        *Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>        *Defendants.* | CASE NO. 3:20-cv-00738-JAM |

**AFFIDAVIT OF JOSEPH L. MANSON III IN SUPPORT OF PLAINTIFF UNIVERSITAS EDUCATION, LLC'S MOTION FOR SANCTIONS AND LEGAL FEES**

CITY OF ALEXANDRIA
COMMONWEALTH OF VIRGINIA

I Joseph L. Manson III, affirm and declare:

1. I am the lead attorney for Plaintiff Universitas Education, LLC ("Universitas").

2. In this capacity, I have personal knowledge of all matters stated in this Affidavit or have knowledge of these matters based upon a review of the relevant Dockets, filings, and legal bills.

**THE AMOUNT OF JUDGMENT AND ATTORNEYS' FEES**

3. Universitas commenced this action on May 28, 2020. The case is currently ongoing and the parties are engaged in discovery.

4. Because I am a lawyer barred in Virginia and Washington, DC, Universitas also engaged Barclay Damon, LLP as local counsel in this matter.

5. In early 2021, Universitas served a subpoena on Daniel Carpenter seeking documents related to his personal finances, as well as corporate documents for multiple entities

1

under his direct control. Mr. Carpenter moved to quash the subpoena, and Universitas opposed the motion.

6. This Court denied Mr. Carpenter's motion to quash the subpoena duly served on him on June 5, 2021. Mr. Carpenter's objected to the denial of his motion, and this Court overruled his objection. The Court ordered Mr. Carpenter to comply with the subpoena by July 15, 2021.

7. Mr. Carpenter failed to comply with the Court's order, which made it necessary for Universitas to file a Motion for Contempt, which also sought sanctions against Mr. Carpenter. Universitas filed this motion on August 3, 2021. This Court took the Motion for Contempt under advisement on August 19, 2021, and gave Mr. Carpenter until September 9, 2021 to fully comply with the subpoena.

8. This Court ordered in its Recommended Ruling on the Motion for Contempt that Universitas provide a supplemental affidavit by January 14, 2021 to support the attorneys' fees and costs sought in connection with Mr. Carpenter's contempt, which are supported by redacted bills that are already on the record. Through the mistake of counsel, Universitas missed the deadline to file this affidavit. Both counsel and Universitas apologize for this error, and respectfully request that the Court permit the filing of this affidavit after the Court's initial deadline.

9. From July 15, 2021 through September 6, 2021, through the present, the Law Offices of Joseph L. Manson III and local counsel have performed the following necessary tasks in connection with the Motion for Contempt:

   a. Conducted legal research regarding the standards for contempt and the imposition of sanctions against a non-party who failed to produce documents requested in a subpoena *duces tecum* after being ordered to do so by the court;

2

    b. Attended hearings regarding the discovery dispute and the failure of Mr. Carpenter to produce relevant documents;

    c. Analyzed the categories of documents that Mr. Carpenter was obligated to produce, as well as the rationales provided for the lack of production; analyzed Mr. Carpenter's discovery responses;

    d. Drafted letters to Mr. Carpenter's counsel regarding his failure to produce relevant documents and seeking to avoid court intervention if possible;

    e. Drafted a Motion for Contempt and the imposition sanctions, including finding and attaching exhibits in support of the motion, which was reviewed by Local Counsel; and

    f. With the help of local counsel ensured that the Motion for Contempt and for sanctions complied with Local Rules and was filed correctly.

10. Thus, the Law Offices of Joseph L. Manson III has performed numerous hours of work between its counsel working on this matter during the relevant time period of July 15, 2021 to September 6, 2021: Joseph L. Manson III and Ben Chernow. My billable rate was $600.00 per hour working on this matter and its ancillary cases. Mr. Chernow's billable rate was $400 per hour during the relevant time period. A true and accurate copy of these bills, which include contemporaneous time entries is attached to Universitas's Supplemental Motion for Contempt as Exhibit 7. (Doc. No. 197-7.) Barclay Damon performed 3.5 hours of work between its counsel working on this matter: Elizabeth K. Acee. Ms. Acee's billable rate was $400 per hour working on this matter. A true and accurate copy of these bills, which include contemporaneous time entries is attached to Universitas's Supplemental Motion for Contempt as Exhibit 7. (Doc. No. 197-7.) In total, Universitas expended fees in the amount of $20,333.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Alexandria, Virginia on January 21, 2022

By: _____
Joseph L. Manson III
*Counsel for Universitas Education, LLC*
*Admitted Pro Hac Vice*

Sworn before me on this __21ST__ day of January, 2022.

_____
Notary Public

My commission expires on __5/31/2022__.

Shanna C Hogans
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7621775
Commission Exp. 5/31/2022

4