Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | NO. 3:20-CV-00738 (JAM) |
| v. | |
| BENISTAR, ET AL. | MARCH 2022 |

**[Proposed] Order Dissolving Attachment on 392B Cards Pond Road**

WHEREAS the plaintiff in the above-captioned action filed an application for a prejudgment remedy to attach real and personal property of the defendants, as more particularly described in the application.

WHEREAS the parties agreed to resolve the plaintiff's application by entering into a Stipulation for Prejudgment Attachment of Real Estate.

WHEREAS on July 20, 2020, in accordance with the parties' stipulation, the Court entered an order [#66] allowing the plaintiff to attach, in the amount of $1,060.000, certain real property owned by Moonstone Partners, LLC located at 392B Cards Pond Road, South Kingstown, Rhode Island.

WHEREAS on September 24, 2020, the Court's Order of Attachment was recorded on the land records of the Town of South Kingstown, Rhode Island in Book 1758 at Pages 477 to 484.

WHEREAS the Court has since dismissed the plaintiff's claims against Moonstone Partners, LLC and, therefore, probable cause no longer exists to sustain the validity of those claims or the prejudgment attachment.

2

NOW THEREFORE, it is hereby ORDERED that: (1) the Order of Attachment pertaining to Moonstone Partners, LLC is hereby vacated; (2) the plaintiff's attachment of the real property located at 392B Cards Pond Road, South Kingstown, Rhode Island is hereby dissolved; and (3) the Order of July 20, 2020 otherwise remains in full effect.

Dated at New Haven, Connecticut this ___ day of March 2022.

_____