Civil- (Dec-2008)

HONORABLE: **Jeffrey A. Meyer**

DEPUTY CLERK **Donna Barry**     RPTR/ECRO/TAPE **Diana Huntington**

TOTAL TIME: **0** hours **59** minutes

DATE: **3/21/22**   START TIME: **3:00 p.m.**   END TIME: **3:59 p.m.**

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. **3:20-cv-00738-JAM**

**Universitas Education, LLC**

vs

**Benistar et al**

Plaintiff's Counsel: **Joseph L Manson, III**

Defendant's Counsel: **See list of participating counsel below**

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ …..#**167** Motion **for Contempt** ☐ granted ☐ denied ☑ advisement
☐ …..# ____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ Hearing continued until ____ at ____

Notes: Participating Defense counsel: M. McPherson, J. Sandbert, G. Holmes, J. Sklarz, J. Williams