UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNIVERSITAS EDUCATION, LLC** ) <br> ) <br> **Plaintiff** ) <br> ) <br> **vs.** ) <br> ) <br> **BENISTAR, et al** ) <br> ) <br> **Defendants** ) <br> ) | **CIVIL ACTION NO.** <br> **3:20-cv-00738-JAM** <br><br><br> **MARCH 29, 2022** |

**Movant/Non-Party Daniel E. Carpenter's**
**Motion to Amend/Correct the Court's Order Denying Universitas's Motion to Reconsider**

TO THE HONORABLE JUDGE JEFFREY A. MEYER, MAY IT PLEASE THE COURT:

NOW COMES THE NONPARTY/MOVANT, Daniel E. Carpenter, to request that this Court to alter and/or amend its order denying the motions to reconsider (Doc. 240), pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Because there are several statements that are made in the Court's order that are clearly erroneous and need to be corrected in the interest of justice.

WHERFORE, Nonparty/Movant respectfully requests the Court grant this motion on grounds that there is a clear "need to correct a clear error or prevent manifest injustice*." Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992).

Respectfully Submitted

By: /s/ Jeffrey R. Sandberg_____
Palmer Lehman Sandberg, PLLC
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 265-1950 Fax
jsandberg@pamlaw.com
Counsel for Daniel E. Carpenter
*Admitted Pro Hac Vice*

## **CERTIFICATION**

     I hereby certify that on this 29th day of March, 2022, a copy of the foregoing was filed with this court and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Jeffrey R. Sandberg*_____
    Jeffrey R. Sandberg