AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, <br> *Plaintiff* <br> v. <br> BENISTAR et. al, <br> *Defendant* | ) <br> ) <br> ) Case No. 3:20 cv 738 (JAM) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Carpenter

Date:   04/15/2022

*Attorney's signature*

JONATHAN J. EINHORN
*Printed name and bar number*
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FED BAR NO. CT 00163

*Address*

einhornlawoffice@gmail.com
*E-mail address*

(203) 777-3777
*Telephone number*

(203) 782-1721
*FAX number*