UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>*Defendants.* | CASE NO. 3:20-cv-00738-JAM |

**PLAINTIFF UNIVERSITAS EDUCATION, LLC'S NOTICE OF APPEAL –
MARCH 15, 2021 AND MARCH 16, 2022 ORDERS**

COMES NOW Plaintiff Universitas Education, LLC ("Plaintiff" or "Universitas"), and hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the district court granting certain defendants' Motions to Dismiss entered in this action on March 15, 2021 (Doc. No. 110) and from the Order denying Plaintiff's Motion for Reconsideration entered in this action on March 16, 2022 (Doc. No. 240).

Dated: April 15, 2022

Respectfully submitted,

/s/ Joseph L. Manson III
JOSEPH L. MANSON, III
(*Admitted Pro Hac Vice*)
jmanson@jmansonlaw.com
LAW OFFICES OF JOSEPH L. MANSON III
600 Cameron St,
Alexandria, VA 22314
Telephone: (703) 340-1693

ATTORNEYS FOR PLAINTIFF
UNIVERSITAS EDUCATION, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and to all counsel of record.

/s/ Joseph L. Manson III