UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>       *Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>       *Defendant*s. | CASE NO. 3:20-cv-00738-JAM |

### DECLARATION OF JOSEPH L. MANSON III IN SUPPORT OF PLAINTIFF UNIVERSITAS EDUCATION, LLC'S RESPONSE TO DANIEL CARPENTER'S OBJECTION TO PAYING ANY SANCTIONS

CITY OF ALEXANDRIA
COMMONWEALTH OF VIRGINIA

I Joseph L. Manson III, affirm and declare:

1. I am the lead attorney for Plaintiff Universitas Education, LLC ("Universitas").

2. In this capacity, I have personal knowledge of all matters stated in this Affidavit or have knowledge of these matters based upon a review of the relevant Dockets, filings, and legal bills.

3. Universitas commenced this action on May 28, 2020. The case is currently ongoing and the parties are engaged in discovery.

4. I am the principal of the Law Offices of Joseph L. Manson III. Various attorneys at my firm have provided legal services for Universitas Education, LLC in this and other matters.

5. I have over 35 years of litigation experience at various prestigious law firms. I served as the co-chairperson of Verner Liipfert Bernhard McPherson and Hand LLP in

1

Washington, DC before it merged into DLA Piper. After the merger, I became a partner at DLA Piper. I later became a partner at Baker Hostetler LLP before starting my own firm.

6. John McNaughton serves as of counsel to the Law Offices of Joseph L. Manson III. MR. McNaughton similarly has over 35 years of experience as a litigator and was a partner at Morris Manning & Martin LLP in Atlanta, Georgia for many years. His litigation expertise has been invaluable in our representation of Universitas.

7. Ben Chernow was formerly an associate at the Law Offices of Joseph L. Manson III. Mr. Chernow was an accomplished associate and possessed extensive knowledge of the underlying facts and documents in the Universitas litigation.

8. Because I am a lawyer barred in Virginia and Washington, DC, Universitas also engaged Barclay Damon, LLP as local counsel in this matter. Ilan Markus and Elizabeth Acee, both of whom are partners at Barclay Damon, have engaged in limited work on behalf of Universitas, and have been necessary in ensuring that Universitas's briefing and litigation strategy complies with all local rules and norms. Their support has been necessary in this action.

9. Both my normal hourly rate and Mr. McNaughton's have been reduced in this matter. Normally, my hourly rate is $1000/hr and Mr. McNaughton's is $800.

10. Universitas's litigation efforts to recover the insurance proceeds stolen by Mr. Carpenter have been ongoing for over 12 years. These efforts have spanned a multitude of jurisdictions and the litigation history is extraordinarily complex and the factual record is extensive. This protracted and complex litigation is a direct result of Mr. Carpenter and his entities' efforts to prevent Universitas from realizing its litigation victory, by transferring and hiding assets in numerous corporate entities. Currently, Universitas is prosecuting cases against Mr. Carpenter and his affiliates (both entities and individuals) in the following jurisdictions: the District of

Massachusetts, the Western District of Oklahoma, the Southern District of New York, and the District of Connecticut. Universitas has previously had to litigate in other jurisdictions as well, including in the Middle District of Florida.

11. It would be impractical and create massive sunk costs for Universitas to use only local counsel in each of these cases, as each of those counsel would have to familiarize themselves with the extensive legal and factual record of this litigation prior to being able to effectively represent Universitas. Universitas does not have the resources for such expenditures. My firm's role as lead counsel for all the litigations mitigates these costs to Universitas and is the most efficient manner to prosecute all the cases across different jurisdictions.

12. The Law Offices of Joseph L. Manson III has performed numerous hours of work by its counsel working on this matter during the relevant time period of July 15, 2021 to September 6, 2021: Joseph L. Manson III, John McNaughton, and Ben Chernow. My billable rate was $600.00 per hour working on this matter, as was Mr. McNaughton's. Mr. Chernow's billable rate was $400 per hour during the relevant time period. A true and accurate copy of these bills, which include contemporaneous time entries is attached to Universitas's Supplemental Motion for Contempt as Exhibit 7. (Doc. No. 197-7.) Barclay Damon performed 3.5 hours of work between its counsel working on this matter: Elizabeth K. Acee, who is a partner in the firm. Ms. Acee's billable rate was $400 per hour working on this matter. A true and accurate copy of these bills, which include contemporaneous time entries is attached to Universitas's Supplemental Motion for Contempt as Exhibit 7. (Doc. No. 197-7.) In total, Universitas expended fees and costs in the amount of $20,333. All of these fees and costs were reasonable and necessary in order to prosecute Universitas's motion for contempt between July 14, 2021 and September 6, 2021.

13. Counsel for Universitas also expended fees and costs in responding to Mr. Carpenter's Objection, which was meritless. If this Court grants its fee request, Universitas will promptly supplement its current bills and fee requests to include fees and costs incurred in responding to the Objection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Alexandria, Virginia on April 19, 2022

By: _____
Joseph L. Manson III
*Counsel for Universitas Education, LLC*
*Admitted Pro Hac Vice*