UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:20-cv-00738-JAM |
| | : | |
| v. | : | |
| | : | |
| BENISTAR, et al. | : | |
| | : | |
| Defendants | : | April 22, 2022 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 7 and L. Civ. R. 7(b), the defendant Grist Mill Partners, LLC (the "Defendant" or "GMP"), hereby moves, on consent, for an extension of time, up to and including May 11, 2022,[1] to respond to the first amended complaint (ECF No. 249) filed by plaintiff, Universitas Education, LLC (the "Plaintiff" or "Universitas"). In support thereof, GMP states as follows:

1. On March 16, 2022, the Court issued its Memorandum of Decision (ECF No. 240) on Plaintiff's motion for reconsideration, in part denying the relief requested therein.

2. On April 6, 2022, Plaintiff filed its first amended complaint, wherein it asserted new theories of liability in its claims against GMP (ECF No. 249).

3. Despite GMP's diligent efforts to address these new theories of liability asserted in the first amended complaint by the April 27, 2022 deadline, the undersigned requests a modest extension of time in order to file a dispositive motion which will likely resolve all matters concerning GMP.

---

[1] The present response date is April 27, 2022.

{00266659.4 }

4.  This is GMP's first request for an extension of time with respect to the aforementioned.

5.  Joseph Manson, counsel to Universitas, consents to the relief sought in this motion.

WHEREFORE, Defendant respectfully requests that this Court grant the consented to motion and extend the deadline for Defendant to respond to Plaintiff's amended complaint to May 11, 2022.

                        THE DEFENDANT
                        GRIST MILL PARTNERS, LLC

By: /s/ Matthew A. Pesce
Jeffrey M. Sklarz (ct20938)
Lawrence S. Grossman (ct15790)
Matthew A. Pesce (ct31208)
Green & Sklarz LLC
One Audubon Street, Third Floor
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
lgrossman@gs-lawfirm.com
jsklarz@gs-lawfirm.com
mpesce@gs-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: April 22, 2022                     /s/ Matthew A. Pesce