UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
|---|---|---|
| Plaintiff | : | 3:20-cv-00738-JAM |
| v. | : | |
| BENISTAR, et al. | : | |
| Defendants | : | June 10, 2022 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO MEMORANDUM IN OPPOSITION**

Pursuant to Fed. R. Civ. P. 7 and L. Civ. R. 7(b), the defendant Grist Mill Partners, LLC (the "Defendant" or "GMP"), hereby moves on consent, for an extension of time, up to and including June 22, 2022,[1] to reply to the Memorandum in Opposition (ECF No. 256) filed by plaintiff, Universitas Education, LLC (the "Plaintiff" or "Universitas"). In support thereof, GMP states as follows:

1. On March 16, 2022, the Court issued its Memorandum of Decision (ECF No. 240) on Plaintiff's motion for reconsideration, in part denying the relief requested therein.

2. On April 6, 2022, Plaintiff filed its first amended complaint, wherein it asserted various new theories of liability in its claims against GMP (ECF No. 249) and which carried a response date of April 27, 2022.

3. On April 22, 2022, GMP sought an extension of time until May 11 in order to file its reply (*see* ECF No. 255).

---

[1] The present response date is June 15, 2022.

{00275484.1 }

4. The Court granted GMP's motion and on May 11, 2022, GMP filed its Motion to Dismiss First Amended Complaint ("Motion to Dismiss", ECF No. 261) which it believed would resolve all matters concerning GMP.

5. On June 1, 2022, Universitas filed its Memorandum in Opposition, which carries a reply deadline of June 15, 2022.

6. Despite GMP's diligent efforts, the undersigned does not believe GMP will be able to adequately prepare its reply by the June 15, 2022 deadline. Accordingly, the undersigned requested a modest extension of time to June 22, 2022, in order to file a reply in support of its Motion to Dismiss.

7. This is GMP's first request for an extension of time with respect to its reply to Plaintiff's Memorandum of Opposition.

8. Joseph Manson, counsel to Universitas, consents to the relief sought in this motion.

WHEREFORE, Defendant respectfully requests that this Court grant the consented to motion and extend the deadline for Defendant to reply to Plaintiff's Memorandum in Opposition to June 22, 2022.

Dated at New Haven, Connecticut, this 10th day of June, 2022.

                        THE DEFENDANT
                        GRIST MILL PARTNERS, LLC

By:    /s/ Matthew A. Pesce
        Jeffrey M. Sklarz (ct20938)
        Lawrence S. Grossman (ct15790)
        Matthew A. Pesce (ct31208)
        Green & Sklarz LLC
        One Audubon Street, Third Floor
        New Haven, CT 06511
        (203) 285-8545
        Fax: (203) 823-4546
        jsklarz@gs-lawfirm.com
        lgrossman@gs-lawfirm.com
        mpesce@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: June 10, 2022                /s/ Matthew A. Pesce