UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>*Defendants.* | CASE NO. 3:20-cv-00738-JAM |

### PLAINTIFF UNIVERSITAS EDUCATION, LLC'S RESPONSE TO MOTION TO VACATE/DISSOLVE PREJUDGMENT ATTACHMENT

Plaintiff Universitas Education, LLC ("Universitas") hereby files this Response to Molly Carpenter's Motion to Vacate/Dissolve Prejudgment Attachment, (the "Motion"). As explained in the Motion, Ms. Carpenter, as well as Defendants Benistar Administrative Services, Inc., Donald Trudeau, Moonstone Partner, LLC and TPG Group, Inc., were all dismissed from the case after this Court found that *res judicata* bars the claims asserted against them. Universitas initially appealed this Court's order dismissing those parties, but withdrew that appeal as it appeared premature. While Universitas intends to renew its appeal when the appeal is ripe, under the current circumstances, Universitas does not object to the relief sought in the Motion.[1]

Dated: June 28, 2022

                                          Respectfully submitted,

                                          /S/ Joseph L. Manson III
                                          JOSEPH L. MANSON, III
                                          (*Admitted Pro Hac Vice*)
                                          jmanson@jmansonlaw.com
                                          LAW OFFICES OF JOSEPH L. MANSON III

---

[1] Universitas notes that its position on the relief sought by the Motion has no bearing on Universitas's other claims in the above-captioned action, including those against new defendant 1 & 3 Mill Pond Partners, LLC, which appears to have improperly offloaded assets at Ms. Carpenter's direction.

1

2

600 Cameron St,
Alexandria, VA 22314
Telephone: (703) 340-1693

ATTORNEYS FOR PLAINTIFF
UNIVERSITAS EDUCATION, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and to all counsel of record.

/s/ Joseph L. Manson III