# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**UNIVERSITAS EDUCATION, LLC,**

V.                                        **SUMMONS IN A CIVIL CASE**

**BENISTAR, ET AL.,**

CASE NUMBER: **3:20–CV–00738–JAM**

TO: **13 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Caroline Meckel, Steven Meckel, Seir Hill Partners, LLC**

Defendant's Address:

Steven Meckel
41 Church Street,
Tariffville, Connecticut 06081

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Joseph L Manson, III**
**Law Offices of Joseph L. Manson III**
**600 Cameron St.**
**Alexandria, VA 22314**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

 /s/ – Dave Carr
---
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2022–06–23 08:28:56**, Clerk USDC CTD

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**UNIVERSITAS EDUCATION, LLC,**

V.  **SUMMONS IN A CIVIL CASE**

**BENISTAR, ET AL.,**

CASE NUMBER: **3:20–CV–00738–JAM**

TO: **13 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Caroline Meckel, Steven Meckel, Seir Hill Partners, LLC**
Defendant's Address:

Caroline Meckel
41 Church Street,
Tariffville, Connecticut 06081

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Joseph L Manson, III**
**Law Offices of Joseph L. Manson III**
**600 Cameron St.**
**Alexandria, VA 22314**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – Dave Carr
-----------------------------------
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2022–06–23 08:28:56**, Clerk USDC CTD

CASE: 3:20-CV-00738-JAM   Document 277   Filed 06/23/22   Page 1 of 2

## RETURN OF SERVICE

| Service of the Summons was made by me | Date: June 28, 2022 |
|---|---|
| Name of Server: Alex J. Rodriguez | Title: Connecticut State Marshal |

Then and by virtue hereof, on the 28th day of June, 2022, I left a verified true and attested copy of the within original **Summons in a Civil Case, and First Amended Complaint,** with and in the hands of the within named, **CAROLINE MECKEL,** at 41 Church Street, in the Town of Tariffville.

Afterwards on the 28th day of June, 2022, I left a verified true and attested copy of the within original **Summons in a Civil Case, and First Amended Complaint,** at the usual place abode of the within named Defendant, **STEVEN MECKEL,** at 41 Church Street, in the Town of Tariffville.

### STATEMENT OF SERVICE FEES

| Travel $ 17.00 | Services $ 176.00 | Total $ 193.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 28, 2022

Alex J. Rodriguez-State Marshal
39 Russ Street
Hartford, CT 06106