UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCTION, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BENISTAR, ET AL.,<br><br>        Defendants. | Case No.: 3:20-cv-00738 (JAM) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants Steven Meckel and Caroline Meckel in the above captioned matter.

Dated: July 6, 2022

/s/ Michael R. McPherson
Michael R. McPherson, Esquire
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: 860.522.6103
Fax: 860.548.0006
Fed. Bar No. ct24082
mcpherson@halloransage.com

*Attorney for Defendants Steven Meckel and Caroline Meckel*

## CERTIFICATION

This is to certify that on the 6th day of July 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Michael R. McPherson*
Michael R. McPherson