UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | NO. 3:20-CV-00738 (JAM) |
| V. | |
| BENISTAR, ET AL. | JULY 13, 2022 |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12 and D. Conn. L. Civ. R. 7(b), the defendants, **Steven Meckel and Caroline Meckel**, respectfully move for an extension of time, up to and including August 18, 2022, to file an answer or motion to dismiss in response to the plaintiff's First Amended Complaint, which was served on these new defendants on June 28, 2022. The undersigned needs additional time to address the extensive allegations contained in the First Amended Complaint and confer with his clients to determine whether there is a basis for a dispositive motion. Further, other pressing deadlines in the Connecticut Superior Court and Connecticut Appellate Court require his attention that will impact his ability to comply with the July 19, 2022 pleading deadline in this case.

This is the defendants' first request for an extension of time. Counsel for the following parties have given their consent: the plaintiff, Universitas; the Charitable Trusts co-defendants; and the co-defendants, 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, and Seir Hill Partners, LLC. The undersigned attempted to contact counsel for the co-defendant, Grist Mill Partners, LLC, via email, but received an autoreply stating that Attorney Sklarz and Attorney Grossman are out of the office until July 18, 2022.[1] Thus, the undersigned was unable to ascertain their position before filing this motion.

---

[1] The undersigned counsel already represents the dismissed co-defendants: Molly Carpenter; Donald Trudeau; TPG, Group, Inc.; Benistar Admin Services, Inc.; and Moonstone Partners, LLC.

**Wherefore**, the undersigned defendants respectfully request that this Court grant this motion for extension of time.

THE DEFENDANTS,
STEVEN MECKEL AND
CAROLINE MECKEL

By:   /s/ Michael R. McPherson
      Michael R. McPherson, Esq.
      Fed. Bar No. ct24082
      mcpherson@halloransage.com
      HALLORAN & SAGE, LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06880
      Tel: (860) 241-4079
      Fax: (860) 548-0006

## CERTIFICATION

I hereby certify that on July 13, 2022, a copy of foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael R. McPherson (ct24082)
