**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | NO. 3:20-CV-00738 (JAM) |
| V. | |
| BENISTAR, ET AL. | JULY 18, 2022 |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, Dan E. LaBelle, Esq., hereby moves to withdraw his appearance in this matter for defendants Molly Carpenter, Donald Trudeau, Benistar Admin Services, Inc., TPG Group, Inc. and Moonstone Partners LLC.  In support of the motion, the undersigned counsel represents the following:

1. The undersigned counsel is retiring from the active practice of law.

2. Defendants Molly Carpenter, Donald Trudeau, Benistar Admin Services, Inc., TPG Group, Inc. and Moonstone Partners LLC will continue to be represented by co-counsel Michael McPherson, Esq.

3. A copy of this motion has been sent to the parties represented by the undersigned counsel.

Wherefore, the undersigned counsel respectfully requests that the instant

motion be granted and that counsel's appearance be withdrawn for the subject parties.

                                                        THE DEFENDANTS,
                                                       MOLLY CARPENTER, DONALD
                                                       TRUDEAU, BENISTAR ADMIN
                                                       SERVICES, INC., TPG GROUP, INC.
                                                       AND MOONSTONE PARTERS LLC

                                   By:     /s/ Dan E. LaBelle
                                                Dan E. LaBelle, Esq.
                                                Fed. Bar No. ct01984
                                                labelle@halloransage.com
                                                HALLORAN & SAGE, LLP
                                                265 Church Street, Suite 802
                                                New Haven, CT  06510
                                                (203) 222-4303

## CERTIFICATION

I hereby certify that on July 18, 2022, a copy of foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Dan E. LaBelle