## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNIVERSITAS EDUCATION, LLC ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. |
| ) | 3:20-cv-00738-JAM |
| vs. ) | |
| ) | |
| BENISTAR, et al ) | |
| ) | AUGUST 29, 2022 |
| Defendants ) | |

## MOTION OF CARPENTER FINANCIAL GROUP, INC. TO INTERVENE AS AN INTERESTED PARTY

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, proposed Intervenor, Carpenter Financial Group, Inc., (hereinafter CFG) respectively moves to intervene in the above-captioned proceeding as an Interested Party to assist the Court in dismissing this case due to Fraud on the Court pursuant to Rule 60 (d) (3). For the reasons set forth in the accompanying Memorandum, the Court should grant CFG intervention as a right because its property is being affected or, in the alternative, permissive intervention so that CFG can fully participate in this action and present the true history of this case to the Court.

Wherefore, the proposed Intervenor respectfully moves this Court to grant this Motion. A Memorandum of Points and Authorities in support is attached hereto.

Respectfully Submitted
CARPENTER FINANCIAL GROUP, INC.

By:  /s/ Jonathan J. Einhorn
JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM

## **CERTIFICATION**

      I hereby certify that on this 29th day of August, 2022, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                                                    By: */s/ Jonathan J. Einhorn*
                                                                      JONATHAN J. EINHORN