## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC ) | |
|     Plaintiff ) | CIVIL ACTION NO. |
| ) | 3:20-cv-00738-JAM |
| vs. ) | |
| ) | |
| BENISTAR, et al ) | |
|     Defendants ) | JULY 26, 2022 |

### Joinder in Rule 12(b)(1) Motion to Dismiss Due to Lack of Diversity Jurisdiction filed by Defendant Greyhound Partners, LLC

Pursuant to the Federal Rules of Civil Procedure, Defendants Seir Hill Partners, LLC; Birch Hill Partners, LLC; and 1 & 3 Mill Pond Partners, LLC join in the Rule 12(b)(1) Motion to Dismiss filed by Defendant Greyhound Partners, LLC. Universitas did not respond to the Motion.

                                            Respectfully Submitted
                                            DEFENDANTS SEIR HILL PARTNERS, LLC;
                                            GREYHOUND PARTNERS, LLC; 1 & 3 MILL
                                            POND PARTNERS, LLC; and BIRCH HILL
                                            PARTNERS, LLC

                                            By: */s/ Jonathan J. Einhorn*
                                            JONATHAN J. EINHORN
                                            129 WHITNEY AVENUE
                                            NEW HAVEN, CT 06510
                                            FEDERAL BAR NO. ct00163
                                            EINHORNLAWOFFICE@GMAIL.COM

### CERTIFICATION

I hereby certify that on this 30th day of August, 2022, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                            By: */s/ Jonathan J. Einhorn*
                                            JONATHAN J. EINHORN