UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | |
| VS. | : | NO. 3:20cv738(JAM) |
| BENISTAR, ET AL. | : | SEPTEMBER 2, 2022 |

**NOTICE OF APPEARANCE**

Please note the appearance of John R. Williams (ct00215) on behalf of SEIR HILL PARTNERS, LLC.

        SEIR HILL PARTNERS, LLC

        BY: ____/s/____ (ct00215)____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/       (ct00215)
                                  JOHN R. WILLIAMS