UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC          :

VS.                                                 :          NO. 3:20cv738(JAM)

BENISTAR, ET AL.                              :          SEPTEMBER 2, 2022

**MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY R. SANDBERG**

  The defendants Seir Hill Partners, LLC, Greyhound Partners, LLC, 1 & 3 Mill Pond Partners, LLC, and Birch Hill Partners, LLC, by the undersigned counsel, respectfully move for the admission *pro hac vice* of Jeffrey R. Sandberg for purposes of representing them as counsel in this matter.

  This motion is made pursuant to Local Rule 83.1(d) by the undersigned member of the Bar of this Court and is supported by the attached Affidavit of Jeffrey R. Sandberg and Certificate from the Texas Supreme Court.

  The required $200 fee has been paid herewith pursuant to Local Rule 83.1(d)(3).

1

SEIR HILL PARTNERS, LLC,
GREYHOUND PARTNERS, LLC,
1 & 3 MILL POND PARTNERS, LLC,
and BIRCH HILL PARTNERS, LLC


BY:_____/s/_____(ct00215)_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax:  203.776.9494
        jrw@johnrwilliams.com


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____(ct00215)_____
        JOHN R. WILLIAMS