# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC,
    *Plaintiff*,

v.

BENISTAR *et al.*,
    *Defendants*.

No. 3:20-cv-738 (JAM)

## ORDER DISSOLVING ATTACHMENT ON 18 PONDSIDE LANE

WHEREAS the plaintiff in the above-captioned action filed an application for a prejudgment remedy to attach real and personal property of the defendants, as more particularly described in the application.

WHEREAS the parties agreed to resolve the plaintiff's application by entering into a Stipulation for Prejudgment Attachment of Real Estate.

WHEREAS on July 20, 2020, in accordance with the parties' stipulation, the Court entered an order (Doc. #66) allowing the plaintiff to attach, in the amount of $400,000, certain real property owned by Molly Carpenter located at 18 Pondside Lane, Simsbury, Connecticut.

WHEREAS on July 29, 2020, a Certificate of Attachment of Real Estate, Writ for Attachment, and the Court's Order of Attachment were recorded on the land records of the Town of Simsbury, Connecticut, in Book 961 at Pages 840 to 844.

WHEREAS the Court has since dismissed the plaintiff's claims against Molly Carpenter and, therefore, probable cause no longer exists to sustain the validity of those claims or the prejudgment attachment.

NOW THEREFORE, it is hereby ORDERED that: (1) the Order of Attachment pertaining to Molly Carpenter is hereby vacated; (2) the plaintiff's attachment of the real

1

property located at 18 Pondside Lane, Simsbury, Connecticut, is hereby dissolved; and (3) the Order of July 20, 2020, otherwise remains in full effect.

It is so ordered.

Dated at New Haven this 20th day of October 2022.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge