UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNIVERSITAS EDUCATION, LLC** | ) | |
| Plaintiff | ) | **CIVIL ACTION NO.** |
| | ) | **3:20-cv-00738-JAM** |
| vs. | ) | |
| | ) | |
| **BENISTAR, et al** | ) | |
| Defendants | ) | **SEPTEMBER 6, 2022** |

**Notice of Filing Certificate of Good Standing - Jeffrey Robert Sandberg**

On October 20, 2022, the Court entered its Order [Dkt 328] granting the Motion for Admission Pro Hac Vice of Jeffrey R. Sandberg and requiring that a certificate of good standing be filed on or before December 19, 2022. An October 17, 2022 Certificate of Good Standing is attached to this notice.

By: /s/ Jeffrey R. Sandberg_____
Palmer Lehman Sandberg, PLLC
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 265-1950 Fax
jsandberg@pamlaw.com

*Admitted Pro Hac Vice*

**CERTIFICATION**

I hereby certify that on this 21st day of October 2022, a copy of the foregoing was filed with this court and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Jeffrey R. Sandberg_____*
Jeffrey R. Sandberg

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jeffrey Robert Sandberg**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 15th day of July, 1994.

I further certify that the records of this office show that, as of this date

**Jeffrey Robert Sandberg**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of October, 2022.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 6194C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.