# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:20-cv-00738-JAM |
| v. | : | |
| BENISTAR, et al. | : | |
| Defendants | : | October 27, 2022 |

### EX PARTE MOTION TO EXPEDITE CONSIDERATION RE: GRIST MILL PARTNERS, LLC'S EMERGENCY MOTION TO (1) SUBSTITUTE SECURITY FOR ATTACHMENT, (2) SET BAR DATE FOR OBJECTIONS AND (3) SCHEDULE HEARING

Pursuant to Local Rule 7(a)(4), the defendant, Grist Mill Partners, LLC ("GMP"), respectfully seeks expedited consideration of its *Motion to (1) Substitute Security for Attachment, (2) Set Bar Date for Objections, and (3) Schedule Hearing* (the "Motion to Modify"), filed concurrently herewith. For the following reasons, the Court should grant this Motion to Expedite and enter the proposed scheduling order in substantially the form set forth in **Exhibit A** to the Motion to Modify:

1. The purpose of the Motion to Modify is to seek a modification of the *Order of Attachment* (ECF No. 66, the "Stipulated PJR") so as to: (a) allow GMP to sell the real property that is the subject to the Stipulated PJR, free and clear of the Stipulated PJR, and (b) protect the plaintiff's, Universitas Education, LLC ("Plaintiff" or "Universitas"), interest in the Stipulated PJR by causing the proceeds of the sale to be held in escrow in furtherance of the Stipulated PJR (the "Motion to Modify").

2. As set forth in the Motion to Modify, GMP has entered into a purchase and sale agreement to sell the Property (defined in the Motion to Modify) to a third-party for sufficient

{00294801.1 }

consideration to pay all debts prior in right to the Stipulated PJR. However, the buyer of the Property requires clear title to close the sale. Additionally, the Property is under foreclosure and a hearing is set for November 7, 2022 for entry of a judgment in the foreclosure action.

3. *Presently, the agreement between GMP and its buyer requires a closing prior to December 31, 2022*. Therefore, GMP requests that the Court schedule a hearing to consider this matter no later than December 9, 2022, with a bar date for objections to the Motion to Modify to be filed on or before November 9, 2022.

4. Good cause exists for the Court to consider the Motion to Modify on the proposed expedited time schedule. First, Universitas will be afford several weeks to contest the Motion to Modify if it wishes. Second, the time frame proposed above will permit the Court to consider this matter and rule in sufficient time to allow GMP to close on the sale and maximize the sale price for the Property. If GMP cannot modify the Stipulated PJR, the Property will be foreclosed and it is unlikely that any party, other than TD Bank, N.A., which holds the first mortgage on the Property, would receive any payment.

5. Pursuant to Conn. Gen. Stat. § 52-278k a court may "....modify the prejudgment remedy requested as may be warranted by the circumstances. The court may, upon motion and after hearing, at any time modify or vacate any prejudgment remedy granted or issued under this chapter upon the presentation of evidence which would have justified such court in modifying or denying such prejudgment remedy under the standards applicable at an initial hearing."

6. Accordingly, the Court should grant this Motion to Expedite and enter the proposed scheduling order set forth as Exhibit A to the Motion to Modify.

WHEREFORE, the Court should grant this Motion to Expedite and enter the proposed scheduling order in substantially the form set forth as <u>Exhibit A</u> to the Motion to Modify and any other such relief as the Court deems just and proper.

                THE DEFENDANT

                GRIST MILL PARTNERS

By:  <u>/s/ Jeffrey M. Sklarz</u>
      Lawrence S. Grossman (ct15790)
      Jeffrey M. Sklarz (ct20938)
      Matthew A. Pesce (ct31208)
      Green & Sklarz LLC
      One Audubon Street, Third Floor
      New Haven, CT 06511
      Tel: (203) 285-8545
      Fax: (203) 823-4546
      lgrossman@gs-lawfirm.com
      jsklarz@gs-lawfirm.com
      mpesce@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Date: October 27, 2022

/s/ Jeffrey M. Sklarz