UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:20-cv-00738-JAM |
| | : | |
| v. | : | |
| | : | |
| BENISTAR, et al. | : | |
| | : | |
| Defendants | : | |

**ORDER GRANTING GRIST MILL PARTNERS, LLC'S
MOTION TO SUBSTITUTE SECURITY FOR ATTACHMENT**

Upon the motion (the "Motion to Modify") pursuant to Fed. R. Civ. P. 65 and Conn. Gen. Stat. § 52-278k, filed by the defendant, Grist Mill Partners, LLC ("GMP"), requesting this honorable Court to modify the *Order of Attachment* (ECF No. 66, the "Stipulated PJR"); and upon due and proper notice and good cause shown;

IT IS HEREBY ORDERED THAT:

1. The Motion to Modify is GRANTED, in all respects.

2. Upon a closing of title with respect to the Property, as described in the Motion to Modify, the Order of Attachment shall be, and hereby is DISSOLVED as to the property known as 100 Grist Mill Road, Simsbury, Connecticut, as more fully described in the Stipulated PJR. The Property shall be, and hereby it, deemed to be *sold free and clear* of the Order of Attachment. The buyer of the Property, or any other party, may record a copy of this Order as evidence that the Property is sold free and clear of the Order of Attachment.

3. Upon the dissolution of the Order of Attachment, the Order of Attachment is MODIFIED as follows:

    a. The Order of Attachment shall attach to and is deemed to continue as an *in choate* prejudgment attachment and security interest on to the full proceeds of the sale of the property, if any, after payment only of all prior encumbrances, as well as customary costs and fees associated with the sale and closing of title of the Property.

    b. Within two (2) business days of the closing of the sale of the Property, GMP shall file on the docket of the Court a report stating the full amount of the sale proceeds, only subtracting the payment of prior encumbrances and customary costs and fees (the "Proceeds").

    c. Within two (2) business days of the closing of the sale of the Property, the title company and/or attorney that collects the Proceeds shall remit the Proceeds to the Clerk of the Court, United States District Court for the District of Connecticut to be held pending further order of this Court.

    4. Upon disposition of this case, either by settlement or judgment, any party may file an appropriate motion seeking to terminate any Escrow and for disbursement of any remaining Proceeds ("Disbursement Motion"). Further, any party may object to any Disbursement Motion.

                ROBERT M. SPECTOR
                UNITED STATES MAGISTRATE JUDGE