# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:20-cv-00738-JAM |
| | : | |
| v. | : | |
| | : | |
| BENISTAR, et al. | : | |
| | : | |
| Defendants | : | |

## ORDER DIRECTING CLERK OF COURT TO DEPOSIT PROCEEDS INTO AN INTEREST-BEARING ACCOUNT

Pursuant to Federal Rule of Civil Procedure 67, and in accordance with this Court's Order granting Defendant's *Motion to Substitute Security for Attachment* (ECF No. 338), wherein Defendant was directed to remit the proceeds from the sale of real property known as 100 Grist Mill Road, Simsbury, Connecticut ("Proceeds") to the Clerk of the Court, United States District Court for the District of Connecticut so as to be held pending further order of this Court, Grist Mill Partners, LLC's ("GMP") *Motion for Order* is hereby GRANTED in all respects. Further, the Clerk of Court is hereby

ORDERED to accept the funds wired on January 4, 2023, from Grist Mill Partners, LLC ("GMP") in the amount of $630,393.67.[1]

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court, as soon as the business of the Clerk's Office allows, into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

IT IS FURTHER ORDERED that pursuant to D. Conn. L. Civ. R 67 and Standing Order

---

[1] *See* January 4, 2023, Clerk's Entry (acknowledging receipt of wired funds in the amount of $630,393.67).

{00302851.1 }

No. 2017-1A, a CRIS fee of 0.10% for the management of investments in the CRIS shall be deducted from the interest earnings on the funds deposited with the Court;

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing CRIS fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE