Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK Donna Barry          RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 2 hours 30 minutes

DATE: 2/01/2023          START TIME: 11:03 a.m.          END TIME: 1:33 p.m.

LUNCH RECESS          FROM: _____ TO: _____

RECESS (if more than ½ hr)          FROM: _____ TO: _____

CIVIL NO. 3:20-cv-00738-JAM

Universitas Education, LLC                              Ilan Markus

                                                        Plaintiff's Counsel

                    vs

Benistar et al.                                         See below

                                                        Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                    ☐ Show Cause Hearing

☐ Evidentiary Hearing               ☐ Judgment Debtor Exam

☐ Miscellaneous Hearing

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☑ advisement

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____

☑ ............ Oral argument held, see attached agenda. All motions listed were taken ☐ filed ☐ docketed

☐ ............     under advisement.                                      ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ Hearing continued until _____ at _____

Notes: The following attorneys were present for various defendants: Jeffrey Sandberg, Grayson Colt Holmes, Michael R. McPherson, Jeffrey M. Sklarz, Jonathan J. Einhorn,  John R. Williams.

3:20-cv-00738-JAM Universitas Education, LLC v. Benistar et al
February 1, 2023 Agenda

Oral Argument held on the following motions on February 1, 2023.  All motions listed below were taken under advisement.

1. Motions to Dismiss for Lack of Subject Matter Jurisdiction (Docs. #294, #342)
2. Motions to Dismiss by the Trust defendants and Grist Mill (Docs. #257, #261)
3. Motions to Dismiss by Seir Hill, Birch Hill, Mill Pond, and Greyhound (Docs. #291, #292, #293, #294)
4. Motion to Dismiss by the Meckels (Doc. #301)
5. Motion to Intervene (Doc. #303)