UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC,　　　　　　　　　　No. 3:20-CV-00738 (JAM)

v.

BENISTAR, ET AL.　　　　　　　　　　　　　　　　FEBRUARY 3, 2023

### Statement

Pursuant to the Court's request at oral argument on February 1, 2023, the defendants, **Caroline Meckel and Steven Meckel**, file this statement[1] and represent as follows:

1.　　Caroline Meckel is a 2017 graduate of Quinnipiac University School of Law where, upon information and belief, the Court's spouse, Linda Meyer, is still a professor of law. During law school, Mrs. Meckel attended three courses with Professor Meyer.

2.　　After she graduated, in 2018, Mrs. Meckel offered to conduct research for a project that Professor Meyer was contemplating; however, Mrs. Meckel never ultimately worked on the project. Also in 2018, Mrs. Meckel asked Professor Meyer to review a letter Mrs. Meckel intended to submit to the Honorable Judge Robert N. Chatigny during the sentencing phase of her father, Daniel Carpenter's, federal criminal proceeding in *United States v. Carpenter*, 3:13-CR-226 (RNC).

3.　　From time to time after she graduated from law school, Mrs. Meckel also exchanged emails and Facebook messages with Professor Meyer regarding academic interests.

---

[1]　　The undersigned apologizes to the Court for raising this issue for the first time at oral argument on the defendants' respective motions to dismiss. At the time, the undersigned believed that it was the best course of action to do so on the record, in person before the Court, with all counsel present, and Mrs. Meckel herself present in the courtroom to answer any questions the Court may have had. The undersigned did not know all the information in this statement until recently, and further, only learned of certain information while preparing this statement with Mrs. Meckel.

4. In 2019, Professor Meyer wrote recommendations in support of Mrs. Meckel's job applications for teaching positions.

5. Mrs. Meckel has had no further contact with Professor Meyer since April 2022, when Mrs. Meckel shared a Facebook event invitation to a lecture on medieval literature presented by Mrs. Meckel's college advisor, a teaching colleague of Professor Meyer's at York Correctional Institute.

        THE DEFENDANTS,
        CAROLINE MECKEL AND
        STEVEN MECKEL,

By:   /s/ Michael R. McPherson
      Michael R. McPherson, Esq. (ct24082)
      mcpherson@halloransage.com
      HALLORAN & SAGE, LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06880
      Tel: (860) 241-4079
      Fax: (860) 548-0006

## Certification

I hereby certify that on February 3, 2023 a copy of foregoing statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        /s/ Michael R. McPherson (ct24082)