# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | ) | |
| **UNIVERSITAS EDUCATION, LLC** | ) | |
| **Plaintiff** | ) | **CIVIL ACTION NO.** |
| | ) | **3:20-cv-00738-JAM** |
| **vs.** | ) | |
| | ) | |
| **BENISTAR, et al** | ) | |
| **Defendants** | ) | **FEBRUARY 7, 2022** |

### Supplemental Memorandum of Law in Support of Motion to Dismiss
### (Regarding Caroline Financial Group, Inc.)

Pursuant to Rules 12(b)(1) of the Federal Rules of Civil Procedure, and as directed by the Honorable Jeffrey A. Meyer at the February 1, 2023 hearing before Judge Meyer, Defendants Greyhound Partners, LLC, Seir Hill Partners, LLC, 1 & 3 Mill Pond Partners, LLC and Birch Hill Partners, LLC submit this supplemental memorandum of law in support of their respective motions to dismiss Universitas's Amended Complaint.

### Argument and Authorities

As argued previously, the citizenship of a limited liability company is each of the states of its members. *Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000). The federal diversity jurisdiction statute provides that "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

In order for diversity of citizenship to exist in this action, all plaintiffs' citizenship must be diverse from that of all defendants. *St. Paul Fire and Marine Ins. Co. v. Universal Builders Supply*, 409 F.3d 73, 80 (2d Cir. 2005). Courts "have an independent obligation to ensure that federal subject-matter jurisdiction exists." *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010); *Sullivan v. Am. Airlines, Inc.*, 424 F.3d 267, 274 (2nd Cir. 2005) (cit. omitted) (district court lacked jurisdiction).

Universitas, as the "party asserting diversity jurisdiction[,] bears the burden of establishing the parties' citizenships." *See Hertz Corp.*, 559 U.S. at 96. Because Universitas failed to meet its pleading burden and multiple defendants moved for a dismissal due to the lack of diversity jurisdiction, dismissal is required. *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 506 (2006) ("[W]hen a federal court concludes that it lacks subject-matter jurisdiction, the court must dismiss the complaint in its entirety.").

As discussed during the February 1, 2023 hearing, the First Amended Complaint [Dkt. 249] refers to Caroline Financial Group, Inc. as a member or managing member of various LLCs in multiple places, but Universitas makes no mention of this corporation's principal place of business and where it is incorporated:

Par. 88:    Upon information and belief, Caroline Financial Group, Inc. serves as the managing member for numerous Benistar[1] entities.

Par. 129:   Upon information and belief, GM Partners [Grist Mill Partners, LLC] is 1% owned by Caroline Financial Group, Inc. Upon information and belief, Caroline Financial Group, Inc. is the managing member of GM Partners.

Par. 148:   Upon information and belief, Seir Hill [Partners, LLC] is owned by Molly Carpenter and Caroline Financial Group, Inc.

Par. 158:   Upon information and belief, Caroline Financial Group, Inc. is the managing member of [1 & 3] Mill Pond [Partners, LLC].

Par. 164:   Upon information and belief, Birch Hill [Partners, LLC] is owned by Caroline Financial Group, Inc.

[Dkt 249, First Amended Complaint]

As Judge Meyers noted during the February 1, 2023 hearing, Universitas is required to plead facts, that, if true, would establish diversity jurisdiction. Because Universitas has clearly

---

[1] In paragraph 18 of the First Amended Complaint, Universitas defines "Benistar" to include all "Defendants" in this case. [Dkt 149]

failed to meet its burden of pleading sufficient facts to establish diversity jurisdiction, this case

must be dismissed.

## CONCLUSION

Defendants Greyhound Partners, LLC, Seir Hill Partners, LLC, 1 & 3 Mill Pond Partners,

LLC and Birch Hill Partners, LLC move this Honorable Court to dismiss the Universitas Amended

Complaint with prejudice.

> Respectfully Submitted
> DEFENDANTS GREYHOUND PARTNERS,
> LLC, SEIR HILL PARTNERS, LLC, 1 & 3 MILL
> POND PARTNERS, LLC AND BIRCH HILL
> PARTNERS, LLC
>
> By: _/s/ Jonathan J. Einhorn_____
> JONATHAN J. EINHORN
> 129 WHITNEY AVENUE
> NEW HAVEN, CT 06510
> FEDERAL BAR NO. ct00163
> EINHORNLAWOFFICE@GMAIL.COM

## CERTIFICATION

I hereby certify that on this 7th day of February 2023, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

> By: */s/ Jonathan J. Einhorn*
> JONATHAN J. EINHORN