# EXHIBIT 2



# Secretary of the State of Connecticut
# Annual Report

## FILING DETAILS

| | | | |
|---|---|---|---|
| Filing Number: | 0010395336 | Report Year Due Date: | 03/31/2022 |
| Filing Fee: | $80.00 | Filed On: | 3/10/2022 12:38:22 PM |

## PRIMARY DETAILS

| | |
|---|---|
| Business Type: | Domestic |
| Legal Structure: | LLC |
| Business Name: | SEIR HILL PARTNERS LLC |
| Business ALEI: | US-CT.BER:1091562 |

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Business Email Address: | rmackenzie@benistar.com | No update |
| NAICS Information: | Lessors of Nonresidential Buildings (except Miniwarehouses) (531120) | No update |

## BUSINESS LOCATION

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Principal Office Address: | 10 TOWER LANE<br>AVON, CT<br>06001<br>United States | No update |
| Mailing Address: | 10 TOWER LANE<br>AVON, CT<br>06001<br>United States | P.O. Box 300<br>AVON, CT<br>06001<br>United States |



# Secretary of the State of Connecticut
# Annual Report

## APPOINTMENT OF REGISTERED AGENT

| | |
|---|---|
| Type: | Business |
| Agent's Name: | HALLORAN & SAGE LLP |
| Agent's ALEI: | US-CT.BER:0556499 |
| Business Address: | 225 ASYLUM STREET, HARTFORD, CT 06103-1503 United States |
| Mailing Address: | ATTN: ROBERT B. COX, 225 ASYLUM STREET, HARTFORD, CT 06103 United States |

## NEW AGENT APPOINTMENT ACCEPTANCE

| | |
|---|---|
| Agent Signature: | ROBERT B. COX |
| Title: | ATTORNEY |

This signature has been executed electronically

## CURRENT PRINCIPAL INFORMATION

This section contains principals already on record who remained the same as part of this report; updates to address or title information is displayed as applicable.

| Principal Name: | CAROLINE FINANCIAL GROUP INC | |
|---|---|---|
| | *Existing Information* | *Updated Information* |
| Title: | Member | No Update |
| Business Address: | 10 Tower Ln, Avon, CT, 06001-4211, United States | No Update |
| Residence Address: | None | No Update |
| **Principal Name:** | MOLLY CARPENTER | |
| | *Existing Information* | *Updated Information* |
| Title: | MANAGING MEMBER | No Update |



# Secretary of the State of Connecticut
# Annual Report

| Business Address: | 10 TOWER LANE, AVON, CT, 06001, United States | No Update |
|---|---|---|
| Residence Address: | 18 PONDSIDE LANE, SIMSBURY, CT, 06092, United States | No Update |

## ACKNOWLEGEMENT

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:
  Name of Authorizer:    ROBERT B. COX


| | |
|---|---|
| Filer Name: | Olivia Albanese |
| Filer Signature: | Olivia Albanese |
| Execution Date: | 03/10/2022 |

*This signature has been executed electronically*