Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK: Donna Barry     RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: 0 hours 32 minutes

DATE: 2/16/2023   START TIME: 4:01 p.m.   END TIME: 4:33 p.m.

LUNCH RECESS   FROM:           TO:
RECESS (if more than ½ hr)   FROM:           TO:

CIVIL NO. 3:20-cv-00738-JAM

Universitas Education, LLC                           Joseph Manson
                                                     Plaintiff's Counsel
                    vs
Benistar et al.                                      See below
                                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☐ .....#____ Motion_____ ☐ granted ☐ denied ☑ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....       ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☑ ..........  Hearing on notice filed by counsel for the Meckel defendants (Doc. 354) held   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: Chief Deputy Clerk Monica Watson Cucchiarelli participated in the hearing. The following attorneys were present for various defendants: Jeffrey Sandberg, Grayson Colt Holmes, Michael R. McPherson, Jonathan J. Einhorn, John R. Williams, Matt Pesce.