

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC )<br>  Plaintiff )<br>vs. )<br>  )<br>BENISTAR, et al )<br>  Defendants )<br>  ) | CIVIL ACTION NO.<br>3:20-cv-00738-JAM<br><br>February 15, 2023 |

### MOTION PURSUANT TO RULE 12(h)(3) TO DISMISS THE CLAIMS AGAINST CAROLINE AND STEVEN MECKEL

**TO THE HONORABLE JUDGE JEFFREY A MEYER, MAY IT PLEASE THE COURT:**

NOW COMES THE NON-PARTY MOVANT, Daniel E. Carpenter, requesting this Court to dismiss the counts against Caroline and Steven Meckel pursuant to Rule 12(h)(3) as a matter of law as this Court lacks jurisdiction because Universitas lacks Article III standing to sue the Meckels and the claims against the Meckels are all pre-empted and barred by ERISA and the Supreme Court's direct holding on the point in *Peacock v. Thomas*, 516 U.S. 349, (1996), citing H.C. Cook Co. v. Beecher, 217 U.S. 497, 30 S.Ct. 601, 54 L.Ed. 855 (1910).

                                              Respectfully submitted,
                                              /s/ Daniel Carpenter
                                              Daniel Carpenter
                                              Non-Party Movant
                                              18 Pond Side Lane
                                              West Simsbury, CT 06092