# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>BENISTAR, ET AL.<br><br>*Defendants.* | CASE NO. 3:20-cv-00738-JAM |

## PLAINTIFF UNIVERSITAS EDUCATION, LLC'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) and this Court's inherent power to manage its affairs, Plaintiff Universitas Education, LLC ("Universitas") hereby files this Motion for Extension of Time (the "Motion"), to file its Opposition to Motion to Vacate Charging Order, (Doc. No. 362), filed on March 7, 2023 by Grist Mill Partners, LLC ("GMP"). In support of its Motion, Universitas states as follows:

GMP filed its Motion to Vacate on March 7, 2023.[1] Currently, Universitas's Opposition is due on March 28, 2023 pursuant to Local Rule 7. However, the above-captioned case is in the process of being transferred to a new District Court Judge in light of the Honorable Judge Meyer's recusal. It is not set to be transferred to a new judge until April 3, 2023, and thus a brief extension will not cause any unnecessary delay in this case. In addition, the associate responsible for the day-to-day work on this matter for Universitas was out of the country for a week on a longstanding

---

[1] The Motion to Vacate contains significant legal and factual overlap with GMP's briefing on its Motion to Dismiss the Amended Complaint, which was argued before the Hon. Judge Meyer on February 1, 2023. (Doc. No. 261.) Moreover, this Court has already granted GMP's Motion to Substitute Security for the Attachment on November 1, 2022, which all the parties agreed to and which mooted GMP's prior attempt to vacate the prejudgment remedy in this action. (Doc. No. 338.)

vacation. Universitas has not previously asked for any extensions in responding to this motion. Therefore, Universitas requests a brief seven (7) day extension to file its Opposition, for a new due date of April 4, 2023.

Pursuant to Local Rule 7(b), Universitas certifies that it has made diligent effort to confer with counsel for the other parties in the case. Counsel for Grist Mill Partners, LLC, the moving party, indicated that Grist Mill Partners does not object to the relief requested herein. Counsel for Steven and Caroline Meckel indicated that they do not object to the relief requested herein. Universitas has not yet heard back from counsel for the Charitable Trust Defendants or the Limited Liability Company Defendants, but will promptly supplement this Motion with their responses.

WHEREFORE, Plaintiff Universitas Education, LLC respectfully requests that this Court grant its Motion for Extension for a new due date to respond to the Motion to Vacate on April 4, 2023.

Dated: March 28, 2023

    Respectfully submitted,

    /S/ Joseph L. Manson III
    JOSEPH L. MANSON, III
    (*Admitted Pro Hac Vice*)
    jmanson@jmansonlaw.com
    LAW OFFICES OF JOSEPH L. MANSON III
    600 Cameron St,
    Alexandria, VA 22314
    Telephone: (703) 340-1693

    ATTORNEYS FOR PLAINTIFF
    UNIVERSITAS EDUCATION, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and to all counsel of record.

/s/ Joseph L. Manson III