UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Universitas Education, LLC

vs.                                                                                                  3:20cv738 (JAM)

Benistar et al

## ORDER RETURNING SUBMISSION

We have received your filing, however, it is deficient in the area(s) checked below:

☒   Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐   Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐   Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)

☐   Other:   Click or tap here to enter text.

The Clerk is hereby ORDERED to return the above document.

3/30/2023
Date

/s/ Jeffrey Alker Meyer
Choose a Judge's Title

( DL )

Rev 3-4-22