**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Universitas Education, LLC<br><br>vs.<br><br>Benistar et al | 3:20cv738 (KAD) |

## ORDER RETURNING SUBMISSION

We have received your filing, however, it is deficient in the area(s) checked below:

☒   Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐   Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐   Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982).)

☐   Other:   Click or tap here to enter text.

The Clerk is hereby ORDERED to return the above document.

| | |
|---|---|
| April 11, 2023 | /s/ Kari A. Dooley |
| Date | Choose a Judge's Title |

( NF)