UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC,
    Plaintiffs,

V.    CASE NO. 3:20-CV-00738 (KAD)

BENISTAR, ALLIANCE CHARITABLE TRUST, PHOENIX CHARITABLE TRUST, ATLANTIC CHARITABLE TRUST, AVON CHARITABLE TRUST, CARPENTER CHARITABLE TRUST, JANE DOE, GRIST MILL PARTNERS, LLC, GREYHOUND PARTNERS, LLC, 1&3 MILL POND PARTNERS, LLC, SEIR HILL PARTNERS, LLC, BIRCH HILL PARTNERS, LLC, CAROLINE MECKEL, STEVEN MECKEL, CARPENTER FINANCIAL GROUP, INC.,
    Defendants,

DANIEL CARPENTER, MICHAEL G. CALDWELL,
    Movants.

## JUDGMENT

This matter came on for consideration of the following motions before the Honorable Kari A. Dooley, United States District Judge: 342 Motion to Dismiss for Lack of Jurisdiction, 362 Motion to Vacate, 372 Motion to Dismiss for Lack of Jurisdiction, 257 Motion to Dismiss, 261 Motion to Dismiss, 291 Motion to Dismiss, 292 Motion to Dismiss, 293 Motion to Dismiss, 294 Motion to Dismiss, 301 Motion to Dismiss, 303 Motion to Intervene. The Court has considered the full record of the case including applicable principles of law. On August 2, 2023, the Court issued a ruling denying 342 Motion to Dismiss for Lack of Jurisdiction; granting 362 Motion to Vacate; denying 372 Motion to Dismiss for Lack of Jurisdiction; granting 257 Motion to Dismiss; granting 261 Motion to Dismiss; granting 291 Motion to Dismiss; granting 292 Motion to Dismiss; granting 293 Motion to Dismiss; granting in part and denying in part 294 Motion to Dismiss; granting 301 Motion to Dismiss; finding as moot 303 Motion

EOD: 8/8/2023

to Intervene. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the Defendants with prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 8th day of August 2023.

DINAH MILTON KINNEY, Clerk
By /s/ Kristen Gould
Kristen Gould
Deputy Clerk
