UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNIVERSITAS EDUCATION, LLC         NO. 3:20-CV-00738-KAD

V.

BENISTAR, ET AL.            FEBRUARY 12, 2024

## Motion to Withdraw Appearance

Pursuant to D. Conn. L. Civ. Rule 7(e), Attorney Michael R. McPherson, the undersigned counsel for the defendants, Molly Carpenter, Donald Trudeau, Benistar Admin Services, Inc., TPG Group, Inc., Moonstone Partners, LLC, Caroline Meckel and Steven Meckel respectfully moves this Court to withdraw his appearance in this matter. Attorney McPherson is leaving the law firm of Halloran & Sage, LLP. His partner, Attorney Kevin J. Greene, has filed an appearance in this matter for these defendants and will continue representing them going forward. The undersigned certifies that he has notified his clients of this motion.

               THE DEFENDANTS,
               MOLLY CARPENTER, DONALD
               TRUDEAU, BENISTAR ADMIN SERVICES,
               INC., TPG GROUP, INC., MOONSTONE
               PARTNERS, LLC, CAROLINE MECKEL,
               AND STEVEN MECKEL,

     By:    /s/ Michael R. McPherson
          Michael R. McPherson, Esq.
          Federal Bar No. ct24082
          mcpherson@halloransage.com
          HALLORAN & SAGE, LLP
          225 Asylum Street
          Hartford, CT 06103
          Tel: (860) 241-4079
          Fax: (860) 548-0006

**Certification**

I hereby certify that on February 12, 2024 a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael R. McPherson (ct24082)

9025435v.1