UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:20-cv-00738-KAD |
| | : | |
| v. | : | |
| | : | |
| BENISTAR, et al. | : | |
| | : | |
| Defendants | : | February 23, 2024 |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. Civ. Rule 7(e), Attorney Matthew A. Pesce (the "Movant"), the undersigned counsel for Grist Mill Partners, LLC (the "GMP") in the above captioned case, respectfully moves this Court to withdraw his appearance in this matter. Attorney Pesce is leaving the law firm Green & Sklarz LLC ("G&S"). Attorney Jeffrey M. Sklarz of G&S has an appearance in this matter for GMP and will continue representing it going forward.

WHEREFORE, the Movant respectfully requests that he be authorized to withdraw as counsel of record to GMP, and to withdraw his appearance of record on his behalf, and that the Court grant such other and further relief as it deems just and proper.

                                              THE MOVANT: Matthew A. Pesce

                                       By: */s/ Matthew A. Pesce*
                                                Matthew A. Pesce (ct31208)
                                                Green & Sklarz LLC
                                                One Audubon Street, Third Floor
                                                New Haven, CT 06511
                                                (203) 285-8545
                                                mpesce@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: February 23, 2024

               */s/ Matthew A. Pesce*

{00352776.2 }